UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

In re:  

**EXCELL AUTO GROUP, INC.**

    Debtor.

_____/

Case No. 22-12790-EPK

Chapter 7

**TRUSTEE'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF COUNSEL**

NICOLE TESTA MEHDIPOUR, as the Chapter 7 Trustee (the "Trustee") for the estate of Excell Auto Group, Inc. (the "Debtor"), pursuant to S.D. Bankr. Local Rules 2014-1 and 9013-1(C)(3), 11 U.S.C. §§327 and 330, and Rule 2014 of the Federal Rules of Bankruptcy Procedure, respectfully requests an Order of the Court authorizing the employment of Nicole Testa Mehdipour, Esq. ("Attorney Mehdipour") of the Law Office of Nicole Testa Mehdipour, P.A., and David A. Ray, in an *Of Counsel* capacity (collectively, the "Firm" or "Law Office of Nicole Testa Mehdipour, P.A."), to represent the Trustee in this case retroactive to April 8, 2022 and states:

**BACKGROUND**

1. The Debtor filed a voluntary petition for bankruptcy relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on April 8, 2022 [ECF No. 1] (the "Petition Date").

2. Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee in the above-captioned case on April 8, 2022 [ECF No. 2].

3. Applicant makes the following disclosures as to the *Of Counsel* relationship of Attorney Ray to the Firm.

    a. Since February 2019, Attorney Ray has been held out to the public and the Court to be *Of Counsel* to the Firm in selected cases where additional support is required.

    b. Attorney Ray has appeared numerous times before this Court as *Of Counsel*.

    c. Attorney Ray has his own webpage listed on the Firm's website disclosing that he

1

       acts as *Of Counsel* to the Firm and his joining the Firm was announced on the Firm's website.

   d. Attorney Ray has a designated *ntmlawfirm.com* email address when he acts in this *Of Counsel* capacity with a clear signature as *Of Counsel* to the Firm.

   e. The signature block on all pleadings filed with the Court includes a designation as *Of Counsel* at the Firm's mailing address.

   f. Attorney Ray has his own dedicated phone extension within the Firm.

   g. Attorney Ray is included in the Firm's professional liability insurance coverage in this capacity.

   h. The Affidavit in the Retention Application disclosed the following: "David A. Ray, Esquire is serving as Of Counsel to the Firm in this matter."

## RELIEF REQUESTED

4. It is necessary to employ an attorney in this case in order to perform ordinary and necessary legal services required in the administration of this case.

5. Attached to this Application is the *Affidavit of Nicole Testa Mehdipour of the Law Office of Nicole Testa Mehdipour, P.A.* (the "Affidavit"), demonstrating that both Attorney Mehdipour and the Firm are disinterested as required by 11 U.S.C. §327(a), and a verified statement as required under Bankruptcy Rule 2014. *See* **Composite Exhibit A**.

6. Also attached to this Application is the *Affidavit of David A. Ray, Esquire* (the "Supplemental Affidavit"), demonstrating that Attorney Ray is disinterested as required by 11 U.S.C. §327(a), and a verified statement as required under Bankruptcy Rule 2014. *See* **Composite Exhibit A**.

7. Except as set forth in Exhibits 1 of the Affidavit and Supplemental Affidavit, neither Attorney Mehdipour, Attorney Ray, nor the Firm hold or represent any interests adverse to the estate and the Trustee believes that the Firm's employment would be in the best interest of this estate.

8. The Trustee believes that Attorney Mehdipour and Attorney Ray are qualified to practice in this Court and is qualified to advise the Trustee on her relations with and responsibilities to the Debtor, creditors, and other parties.

9. Attorney Mehdipour, Attorney Ray and the Firm have agreed to be compensated pursuant to 11 U.S.C. §330.

WHEREFORE, the Trustee, respectfully requests an Order authorizing the employment of Nicole Testa Mehdipour, Esq. of the Law Office of Nicole Testa Mehdipour, P.A. and David A. Ray, in an *Of Counsel* capacity, under the terms and conditions stated herein, to represent the Trustee on a general retainer.

Respectfully submitted this 12th day of April, 2022.

*Nicole Mehdipour*
_____
Nicole Testa Mehdipour
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
www.NTMLawFirm.com

**COMPOSITE EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Case No. 22-12790-EPK |
| **EXCELL AUTO GROUP, INC.** | Chapter 7 |
| Debtor.                              / | |

**AFFIDAVIT OF NICOLE TESTA MEHDIPOUR, ESQUIRE OF THE LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A. AS PROPOSED COUNSEL FOR TRUSTEE**

**NICOLE TESTA MEHDIPOUR**, pursuant to 28 U.S.C. § 1746, does state:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I submit this Affidavit in support of the Chapter 7 Trustee's *Ex Parte* Application for Employment of Nicole Testa Mehdipour, Esquire of the Law Office of Nicole Testa Mehdipour, P.A. as Counsel to the Chapter 7 Trustee.

3. I am the owner and managing partner of the Law Office of Nicole Testa Mehdipour, P.A. (the "Firm") located at 6278 North Federal Highway, Suite 408, Fort Lauderdale, FL 33308.

4. Neither I nor the Firm represent any interest adverse to the Debtor, nor the estate, and we are disinterested persons as required by 11 U.S.C. §327(a).

5. Except as set forth in *Exhibit A*, neither I nor the Firm have any connections with the Debtor, creditors, any other party in interest, its respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee. I am a member of the Chapter 7 Panel of Trustees for the Southern District of Florida.

6.      I have read the Application and affirm all factual statements made therein as true, accurate and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2022.

> **I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**
>
> **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
> *Proposed Counsel for Chapter 7 Trustee*
> 6278 North Federal Highway
> Suite 408
> Fort Lauderdale, FL 33308
> Tel: (954) 858-5880   Fax: (954) 208-0888
> Email: NicoleM@ntmlawfirm.com
>
> /s/ Nicole Testa Mehdipour
>     Nicole Testa Mehdipour
>     Florida Bar No. 177271

## **EXHIBIT 1**

      1.     Attorney Mehdipour and the Firm previously represented, and currently represent the Chapter 7 Trustee in other, unrelated matters.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                              Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                         Chapter 7

      **Debtor.**
_____/

### AFFIDAVIT OF DAVID A. RAY, ESQUIRE, OF COUNSEL TO THE LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A. AS PROPOSED COUNSEL FOR TRUSTEE

**DAVID A. RAY**, pursuant to 28 U.S.C. § 1746, does state:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida and qualified to practice in the U.S. Bankruptcy Court for the Southern District of Florida.

2. I submit this Affidavit in support of the Chapter 7 Trustee's *Ex Parte* Application for Employment of Nicole Testa Mehdipour, Esquire of the Law Office of Nicole Testa Mehdipour, P.A. as Counsel to the Chapter 7 Trustee.

3. I am a member[1] of the Law Office of Nicole Testa Mehdipour, P.A. located at 6278 North Federal Highway, Suite 408, Fort Lauderdale, FL 33308 and act in an Of Counsel capacity to the Firm when requested.

4. I am also the owner and managing partner of David A. Ray, P.A. located at 1330 Southeast 4th Avenue, Suite I, Fort Lauderdale, Florida 33316.

5. Neither I nor the Firm represent any interest adverse to the Debtor, nor the estate,

---

[1] *See, e.g.,* In re GSC Group, Inc., 502 B.R. 673 (Bankr. S.D.N.Y. 2013) (holding, in a Chapter 11 case, that an independent contractor was functionally acting as part of firm and could be considered "regular associate" or "member" of firm; independent contractor held himself out (and was held out by firm) as acting on behalf of and affiliated with firm and there even was press release announcing that independent contractor had joined firm).

7

and we are disinterested persons as required by 11 U.S.C. §327(a).

6. Except as set forth in *Exhibit A*, neither I nor the Firm have any connections with the Debtor, creditors, any other party in interest, its respective attorneys and accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee.

7. I have read the Application and affirm all factual statements made therein as true, accurate and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 12, 2022.

> I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).
>
> **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
> *Proposed Of Counsel for Chapter 7 Trustee*
> 6278 North Federal Highway
> Suite 408
> Fort Lauderdale, FL 33308
> Tel: (954) 858-5880   Fax: (954) 208-0888
> Email: DRay@ntmlawfirm.com
>
> /s/ David A. Ray
>     David A. Ray (Of Counsel)
>     Florida Bar No. 13871

## **EXHIBIT 1**

1. David A. Ray, Esquire is serving as Of Counsel to the Firm in this matter and unrelated matters. Mr. Ray represents and has represented the Trustee in unrelated matters.

**EXHIBIT B**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                   Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                              Chapter 7

      Debtor.
_____/

**ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION**
**FOR EMPLOYMENT OF COUNSEL RETROACTIVE TO APRIL 8, 2022**

THIS CAUSE came on before the Court upon the Trustee's *Ex Parte* Application for Employment of Counsel (the "Application") [ECF No. ___]. Upon the representations that Nicole Testa Mehdipour, Esq., and David A. Ray, in an *Of Counsel* capacity, are duly qualified to practice in this Court pursuant to Local Rule 2090-1(A), that Nicole Testa Mehdipour, Esq. of the Law Office of Nicole Testa Mehdipour, P.A., and David A. Ray, in an *Of Counsel* capacity, hold no

10

interest adverse to the estate in the matters upon which they are engaged, that Nicole Testa Mehdipour, Esq. and the Law Office of Nicole Testa Mehdipour, P.A., and David A. Ray, in an *Of Counsel* capacity, are disinterested persons as required by 11 U.S.C §327(a), and have disclosed any connections with parties set forth in Rule 2014 of the Federal Rules of Bankruptcy Procedure, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** and **ADJUDGED** that the Trustee, Nicole Testa Mehdipour, is authorized to employ Nicole Testa Mehdipour, Esquire of the Law Office of Nicole Testa Mehdipour, P.A., and David A. Ray, in an *Of Counsel* capacity, *retroactive to April 8, 2022*, as attorney for the Trustee.

###

**Submitted by:**
Nicole Testa Mehdipour, Esquire
LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Attorney Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 12, 2022, via the Court's CM/ECF electronic mail notification system as indicated below.

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour

***Sent via CM/ECF***

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC
Eyal Berger, Esq. on behalf of Creditor Edward Brown
Eyal Berger, Esq. on behalf of Creditor John Wittig
Eyal Berger, Esq. on behalf of Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

David B Marks on behalf of Creditor Millco Atwater, LLC
David B Marks on behalf of Creditor Edward Brown
David B Marks on behalf of Creditor John Wittig
David B Marks on behalf of Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com