UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                         Case No.: 22-12790
                                                                               Chapter 7
EXCELL AUTO GROUP, INC.,
     Debtor.
_____/

### NOTICE OF APPEARANCE OF COUNSEL

Creditor, Savannah Row Development Company, LLC, hereby notifies the Court and all parties of the appearance of M.A. Dinkin Law Firm, P.L.L.C. as its counsel of record. Undersigned counsel requests that copies of all pleadings and notices be forwarded to the address below.

### CERTIFICATE OF SERVICE AND
### COMPLIANCE WITH LOCAL RULE 9011

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished this 12th day of April, 2022 to the parties listed on the attached service list via the electronic CM/ECF system or U.S. Mail as indicated.

**M.A. Dinkin Law Firm, P.L.L.C.**

By:_____/s/ Mitchell A. Dinkin_____
**Mitchell A. Dinkin, Esquire**
Florida Bar No.: 0975125
*Counsel for Creditor Savannah Row Development Company, LLC*
3319 S.R. 7, Suite 303
Wellington, FL 33449
Tel. (561) 207-7684
Primary e-mail: mdinkin@madlegal.net
Secondary e-mail: lucyd@madlegal.net

**SERVICE LIST**

**VIA CM/ECF:**

***Attorney for Debtor***
Harry Winderman, Esq.
2255 Glades Rd #218A
Boca Raton, FL 33431
Email: harry4334@hotmail.com

***U.S. Trustee***
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

***Trustee***
**Nicole Testa Mehdipour**
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308
Trustee@ntmlawfirm.com