UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERALE DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP INC.,                          CASE NO. 22-12790-EPK
                                                 CHAPTER 7

            DEBTOR.
_____/

## NOTICE OF APPEARANCE BY JAMES B. MILLER, P.A.

The law firm of JAMES B. MILLER, P.A. hereby enters its appearance in this case as counsel for **Auto Wholesale of Boca, LLC, MMS Ultimate Services, Inc., 1001 Clint Moore LLC and Moshe Farache** and requests that copies of all pleadings, filings, and other papers filed with the Court be served upon the undersigned.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of this *Notice* has been served this 13th day of April, 2022 *via* CM/ECF Service in pdf format upon those named below and identified as CM/ECF recipients, and *via* US Mail on the attached mailing service list.

CM/ECF SERVICE LIST:

- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net

- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

## **Certificate of Admission**

     **I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida; and, am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 13th day of April, 2022.

James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
bkcmiami@gmail.com,
jbm@title11law.com


_____/S/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164