**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 22-12790-EPK
CHAPTER 7

EXCELL AUTO GROUP, INC.,

     Debtor.

_____/

## <u>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE</u>

PLEASE TAKE NOTICE of the appearance of the undersigned attorney as counsel for Creditor, RICHARD APPLEGATE.  Request is made that any and all motions, pleadings, notices, orders, applications, schedules, statement of affairs, amendments to schedules, reports and/or documents of any kind or nature filed in this bankruptcy proceeding by the Court, the Debtor, the Trustee, or any other party in interest be forwarded to the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically where available or by regular mail to all creditors and interested parties enumerated on the attached list this 13th day of April, 2022.

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Richard Applegate
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone:  (561) 368-2200

BY:_____/s/_____
    JORDAN L. RAPPAPORT, ESQ.
    FL Bar No. 108022

SERVICE LIST:

Eyal Berger     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
Mitchell A Dinkin     mdinkin@madlegal.net, lucyd@madlegal.net

David B Marks     brett.marks@akerman.com, charlene.cerda@akerman.com
Nicole Testa Mehdipour     nicolem@ntmlawfirm.com,
cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
Nicole Testa Mehdipour     Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
James B Miller     bkcmiami@gmail.com
Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
Harry Winderman     harry4334@hotmail.com,
lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Attached Matrix

```
Label Matrix for local noticing        1001 Clint Moore, LLC              Auto Wholesale of Boca, LLC
113C-9                                  6560 W Rogers Circle              6560 W Rogers Circle
Case 22-12790-EPK                       Suite B27                        Suite B27
Southern District of Florida            Boca Raton, FL 33487-2746        Boca Raton, FL 33487-2746
West Palm Beach
Wed Apr 13 11:50:37 EDT 2022

EXCELL Auto Group, Inc.                 MMS Ultimate Services, Inc.      Milco Atwater, LLC
1001 Clint Moore Road                   7241 Catalina Isle Drive         c/o Eyal Berger
Suite 101                               Lake Worth, FL 33467-7746        201 Las Olas Blvd #1800
Boca Raton, FL 33487-2830                                                Fort Lauderdale, FL 33301-4442


Millco Atwater, LLC                     Savannah Row Development Company, LLC   22 Capital
201 E Las Olas Blvd #1800               c/o M.A. Dinkin Law Firm, P.L.L.C.     1900 Glades Road
Fort Lauderdale, FL 33301-4442          3319 SR 7, Suite 303                   Suite 540
                                        Wellington, FL 33449-8147              Boca Raton, FL 33431-7378


AJA Realty                              Alpine Business Capital          Auto Wholesale Boca
16850 Charles River Drive               99 Wall Street                   6560 West Rogers Circle
Delray Beach, FL 33446-0010             New York, NY 10005-4301          Suite B27
                                                                         Boca Raton, FL 33487-2746


BAL Investments                         DCG Trust                        Ed Brown
1114 Ashton Trace                       c/o Kenny Goodman                152 Bears Club Drive
Atlanta, GA 30319-2681                  1928 Thatch Palm Drive           Jupiter, FL 33477-4203
                                        Boca Raton, FL 33432-7457


Get Backed                              Mike Halperin                    Office of the US Trustee
2101 Interstate 35                      5820 Harrington Way              51 S.W. 1st Ave.
4th Floor                               Boca Raton, FL 33496-2511        Suite 1204
Austin, TX 78741-3800                                                    Miami, FL 33130-1614


Parkview                                Prestige Luxury Motors           Spin Capital
400 Main Street                         4301 Oak Circle                  1968 S. Coast Highway
Stamford, CT 06901-3000                 Suite 25                         Suite 5021
                                        Boca Raton, FL 33431             Laguna Beach, CA 92651-3681
                                        Shrayber Land
                                        15700 Dallas Parkway  33431-4258

TBF                                     TVT                              Wing Lake Capital Partners
333 River Street                        1407 Broadway                    32300 Northwestern Highway
Hoboken, NJ 07030-5856                  New York, NY 10018-5100          Suite 200
                                                                         Farmington Hills, MI 48334-1501


Edward Brown                            Harry Winderman                  John Wittig
c/o Eyal Berger                         2255 Glades Rd #218A             c/o Eyal Berger
201 Las Olas Blvd #1800                 Boca Raton, FL 33431-7391        201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442                                           Fort Lauderdale, FL 33301-4442


Moshe Farache                           (p)NICOLE TEST MEHDIPOUR         Philip T. Gori
c/o James B. Miller, P.A.               6278 NORTH FEDERAL HIGHWAY SUITE 408   c/o Eyal Berger
19 West Flagler St.                     FORT LAUDERDALE FL 33308-1916    201 Las Olas Blvd #1800
Suite 416                                                                Fort Lauderdale, FL 33301-4442
Miami, FL 33130-4419
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach                     End of Label Matrix
                                       Mailable recipients    29
                                       Bypassed recipients     1
                                       Total                  30