UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF FLORIDA
West Palm Beach Division

IN RE.

EXCELL AUTO GROUP, INC.                    Case No.: 22-12790-EPK
                                            Chapter 7

Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

The law firm of Nason, Yeager, Gerson, Harris & Fumero, P.A., and its attorney Ivan J. Reich, hereby give notice of their appearance in the above-captioned case on behalf of Creditor, the DCG 2008 Irrevocable Wealth Trust ("Creditor").  This Notice of Appearance is made pursuant to 11 U.S.C. §1109(b).  In accordance with Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, the undersigned hereby requests copies of all papers, notices, and pleadings in this case be directed to the undersigned.

Please take further notice that this Notice of Appearance is not intended to be, and shall not constitute, a waiver of Creditor's:  (1) right to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (2) right to trial by jury in any proceeding so trial; (3) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor may be entitled under any agreements, in law or in equity, all of which rights are expressly reserved.

Dated:  April 13, 2022        /s/ Ivan J. Reich
                              Ivan J. Reich (FBN:  778011)
                              NASON, YEAGER, GERSON, HARRIS
                                  & FUMERO, P.A.
                              750 Park of Commerce Blvd, Suite 210
                              Boca Raton, FL  33487
                              Tel:  (561) 982-7114
                              Fax:  (561) 982-7116
                              Email:  ireich@nasonyeager.com
                                      msmith@nasonyeager.com
                              *Attorneys for Creditor,*
                              *the DCG 2008 Irrevocable Wealth Trust*

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 13th day of April 2022, a true and accurate copy of the foregoing has been furnished to the Clerk of the Court using CM/ECF electronic service. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                                                 /s/ Ivan J. Reich
                                                 Attorney

SERVICE LIST
22-12790-EPK Notice will be electronically mailed to:

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
FL80@ecfcbis.com; ntm@trustesolutions.net; BCasey@ntmlawfirm.com

Office of the US Trustee
US TPRegion21.MM.ECF@usdoj.gov

Harry Winderman
Counsel for Excell Auto Group, Inc., Debtor
harry4334@hotmail.com; lynoramae@gmail.com; lm@whcfla.com; filings@whcfla.com

D. Brett Marks, Esq.
Counsel for Milco Atater, LLC, Edward Brown, John Wittig and Philip; T. Gori, Creditors
brett.marks@akerman.com

Eyal Berger, Esq.
Counsel for Milco Atater, LLC, Edward Brown, John Wittig and Philip; T. Gori, Creditors
eyal.berger@akerman.com