UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                              Case No.: 22-12790
                                                                                                    Chapter 7

EXCELL AUTO GROUP, INC.,
      Debtor.
_____/

### REQUEST FOR COPIES PRODUCED PURSUANT TO THE SUBPOENAS FOR RULE 2004 EXAMINATION DUCES TECUM [DE 7], [DE 8] & [DE 9]

Creditor, Savannah Row Development Company, LLC, hereby formally requests copies of any and all documents provided to the Chapter 7 Trustee pursuant to the 2004 Examination *Duces Tecum* of JPMorgan Chase Bank NA, [DE 7]; the 2004 Examination *Duces Tecum* of BankUnited, Inc., [DE 8]; and the 2004 Examination Duces Tecum of First Horizon Bank [DE9].

### CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 9011

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished this 15th day of April, 2022 to the parties listed on the attached service list via the electronic CM/ECF system or U.S. Mail as indicated.

      **M.A. Dinkin Law Firm, P.L.L.C.**

      By:   */s/ Mitchell A. Dinkin*
      **Mitchell A. Dinkin, Esquire**
      Florida Bar No.: 0975125
      *Counsel for Creditor Savannah Row Development Company, LLC*
      3319 S.R. 7, Suite 303
      Wellington, FL 33449
      Tel. (561) 207-7684
      Primary e-mail: mdinkin@madlegal.net
      Secondary e-mail: lucyd@madlegal.net

**SERVICE LIST**

**VIA CM/ECF:**

*Attorney for Debtor*
Harry Winderman, Esq.
2255 Glades Rd #218A
Boca Raton, FL 33431
Email: harry4334@hotmail.com

*U.S. Trustee*
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov

*Trustee*
**Nicole Testa Mehdipour**
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308
Trustee@ntmlawfirm.com
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Eyal Berger, Esq.
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

David B Marks
brett.marks@akerman.com, charlene.cerda@akerman.com

James B Miller
bkcmiami@gmail.com

Jordan L Rappaport, Esq on
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Ivan J Reich, Esq
ireich@nasonyeager.com, msmith@nasonyeager.com

Harry Winderman, Esq.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com