UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

**EXCELL AUTO GROUP, INC.**

Debtor.
_____/

Case No.: 22-12790-EPK
Chapter 7

**TRUSTEE'S EMERGENCY MOTION FOR
TURNOVER OF ALL ASSETS, INCLUDING BOOKS, RECORDS,
AND ELECTRONICALLY STORED INFORMATION OF THE DEBTOR, FROM THE
DEBTOR, INCLUDING THROUGH ITS PRINCIPALS SCOTT ZANKL AND KRISTEN
ZANKL**

**Exigent Circumstances**

The Debtor filed a petition without schedules or statements of financial affairs. The public records, local news, and information being presented by active creditors allege either gross mismanagement or fraud in this case. Further, there have been serious allegations that several high-end motor vehicles have been transferred, voluntarily or involuntarily, and no longer remain in the Debtor's possession. The Trustee cannot wait for the Debtor to file schedules. The Trustee cannot wait to take control of the assets, including the book, records, and electronically stored information, all of which are moveable and easily transferred or destroyed. Accordingly, the Trustee respectfully requests that this Court set this Motion for hearing within two business days. Because of the allegations being made, good cause exists to shorten the time for noticing of this motion and the notice of hearing thereon pursuant to Fed. R. Bankr. P. 9006(c)(1).

Nicole Testa Mehdipour ("**Trustee**"), Chapter 7 trustee of the bankruptcy estate of Excell Auto Group, Inc., through undersigned counsel, pursuant to 11 U.S.C. §§ 521, 541 and 542, files this *Motion for Turnover of All Assets, including Books, Records, and Electronically Stored Information of the Debtor* (the "**Motion**") from the Debtor, including its principals Scott Zankl and Kristen Zankl, and in support thereof, states as follows:

**Background**

1. On April 8, 2022 (the "**Petition Date**"), Excell Auto Group, Inc. filed a voluntary

1

petition for relief (the "**Petition**") under Chapter 7 of the Bankruptcy Code[1].

2.      Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee for the Debtor's estate (the "**Estate**").

3.      Scott Zankl is believed to the majority owner, a principal, officer and/or director Debtor with knowledge of the Debtor's assets and financial affairs.

4.      Kristen Zankl is believed to an owner, principal, officer and/or director of the Debtor with knowledge of the Debtor's assets and financial affairs. Further, Kristen Zankl signed the bankruptcy petition.

5.      The Debtor did not file any schedules or statement of financial affairs with its petition. Accordingly, the Trustee is not aware of the full extent of the assets of the Estate, including avoidance actions or other litigation, nor the creditor body.

6.      In response to the Trustee's initial demand for the customary asset and banking information, on April 8, 2022, Debtor's counsel replied that there were no bank accounts in the name of the Debtor and no physical assets located anywhere.

7.      Notwithstanding the misinformation and lack of disclosures by the Debtor, the Trustee through a review of public filings, information from active creditors, and local news stories requiring the Trustee to investigate possible mismanagement and fraud. Further, the Trustee is investigating the relationships, including vehicle and other business transactions, between the Debtor, its insiders and affiliates Specifically, a number of high-end motor vehicles that are no longer in the Debtor's possession, having been transferred, voluntarily or involuntarily, by the Debtor to third parties shortly before the Petition Date.

8.      The Debtor was a purveyor of very high-end motor vehicles. The primary assets of the Debtor are moveable and can be transferred and secreted away with relative ease, as has been

---

[1] 11 U.S.C. §§ 101 *et seq*.

demonstrated by the current lack of possession of all such vehicles. The remaining assets would be cash which can also be transferred away with ease. For example, while visiting the Debtor's business premises, the Trustee came across an account statement for the month of March 2020, through which over $21 million was deposited and withdrawn for the month. On the petition date, the account had a negative opening value and closing value.

9. Although the Trustee has secured the business premises at 1001 Clint Moore Rd, Suite 101, Boca Raton, FL, she must gain control of and access to all the Debtor's books and records to understand the finances and assets of the Debtor and fulfill her fiduciary duties to this estate. The Trustee cannot wait for the Debtor to file its schedules. The Trustee must all take control of assets of the Debtor to preserve this estate.

## **Legal Basis for Relief**

10. The information and documentation sought regarding the Debtor's assets are property of the Estate pursuant to 11 U.S.C. § 541, and subject to turnover pursuant to 11 U.S.C. § 542.

11. Moreover, 11 U.S.C. § 521(a)(3) requires a debtor to "... cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under this title;" and 11 U.S.C. § 521(a)(4) requires a debtor to "... surrender to the trustee all property of the estate and any recorded information, including books, documents, records, and papers, relating to property of the estate..."

12. The Debtor's failure to turn over assets of the estate including the books and records of the Debtor, not only violates the Debtor's duties under 11 U.S.C. §§ 521(a)(3) and (4) but is prejudicing the Trustee's administration of this Estate.

13. The Trustee is not aware of the Debtor's policy with respect to document retention or electronic devices, and therefore requests that all officers, directors, or employees of the Debtor in possession of the books, records, electronic devices, or electronically stored information of the

Debtor turn the same over to the Trustee.

14. Included in this demand is a list of vehicles in the name of the Debtor from 90 days pre-petition through the date of production, including last known location, keys, registrations, titles, consignment agreements, insurance policies any other asset of the Debtor.

15. In addition to the above, this demand includes all documents demonstrating the receipt of actual or constructive possession of all vehicles, regardless of whether the Debtor would assert that it had a legal or equitable interest in the vehicle, whether through purchase, consignment or other, for the 4 years prior to the petition through and including the date of production. This request requires turnover of all bills of sale, titles, registrations, deal sheets, contracts, including contracts for consignment, of any vehicle.

16. Included in this demand are all documents, including bank records, ledgers, canceled checks, wire transfer devices for the 4 years prior to the petition through and including the date of production.

17. Included in this demand is a list of all bank or deposit accounts in the name of the Debtor for the 4 years prior to the petition date.

18. Included in this demand are all documents demonstrating any vehicle received for consignment or the 4 years prior to the petition through and including the date of production, including the receipt and disposition of each vehicle.

19. Included in this demand are all documents demonstrating the receipt of any funds from investors, including the agreements, bank records, ledgers and any account statements for the 4 years prior to the petition through and including the date of production.

20. Included in this demand is a list of the names, addresses and all supporting documents for any creditor of the Debtor regardless of whether the Debtor would dispute a potential claim by the creditor.

21. Included in this demand are all documents demonstrating any vehicle received for consignment or the 4 years prior to the petition through and including the date of production, D&O policies; all insurance contracts, investment agreements, and consignment agreements between the Debtor or an affiliate or insider of the Debtor and any third party.

22. Included in this demand, but in no way limiting the scope of the obligations of the Debtor to turnover property of the estate, the following records for the last 4 years prior to the petition date: state and federal tax returns for income taxes, intangible, tangible and sales taxes.

23. Included in this demand are the names of the Debtor's accountants and bookkeepers for the last 4 years.

24. Included is this demand are the login credentials in order for the Trustee to review the all video footage of the Debtor's premises.

25. Included is this demand is the login information in order to access the Debtor's server as well as the contact information for any Information Technology service provider or IT employee .Through the Trustee's own investigation, public record searches, and due diligence, the Trustee has uncovered the assets in the name of the Debtor, ("**Assets – Public Records**"):  The Asset- Public Records is attached as *Exhibit A* and incorporated herein.

26. Through the Trustee's investigation of the Debtor's books and records, the Trustee has uncovered the assets in the name of the Debtor. ("**Assets – Debtor's Records**"):  The Asset- Debtor's Records is attached as *Exhibit B* and incorporated herein.

27. The Trustee is demanding that the Debtor, including Scott Zankl and Kristen Zankl, be directed to turnover the assets listed in the Assets – Public Records and in the Assets – Debtor's Records.  (Collectively "Debtor's Assets").  Further, that the Debtor, including Scott Zankl and Kirsten Zankl be required to account for any of Debtor's Assets that are unable to be located and turned over, including the last known address of the asset, provide all documentation, bills of sale,

bank records, titles, and registrations.

28. Further, the Debtor, including Scott Zankl and Kristen Zankl, be directed to turn over the books, records and information set forth above in paragraphs 13 – 27.

## **Requested Relief**

29. Accordingly, the Trustee seeks entry of an order compelling the Debtor, including Scott Zankl and Kristen Zankl, to turn over and to assist the Trustee in recovering the Debtor's Assets and the books, records and information set forth in paragraphs 13 -28 above which should begin upon entry of an order approving this relief and completed no later than 5 business days of the entry such order, unless extended by written agreement of the Trustee or Court Order.

30. This request is without prejudice to seeking discovery, including but not limited to seeking a Rule 2004 Examination of the Debtor, its principals, and any other party that that has knowledge of the facts and circumstances of the financial affairs of this Debtor.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court enter an Order: (i) granting this Motion; (ii) directing the Debtor, including Scott Zankl and Kristen Zankl; and (iii) directing the Debtor, including Scott Zankl and Kristen Zankl to turn over all documents requested above; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted on this 15th day of April, 2022.

> **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
> *Proposed Counsel for Chapter 7 Trustee*
> 200 E. Broward Boulevard, Suite 1110
> Fort Lauderdale, FL 33301
> Tel: (954) 858-5880   Fax: (954) 208-0888
>
>  /s/ Nicole Testa Mehdipour
>     Nicole Testa Mehdipour
>     Florida Bar No. 177271
>     Nicole.Mehdipour@ntmlawfirm.com
>     David A. Ray (Of Counsel)
>     Florida Bar No. 13871
>     DRay@ntmlawfirm.com

**EXHIBIT A**
*Vehicles/Vessels as per Public Records*

| Year | Make Model | VIN/Hull No. | Color |
|---|---|---|---|
| 2013 | Dodge RAM Series 5500 CHASSIS | 3C7WRMDL7DG588303 | White |
| 2016 | Mercedes Benz S 65 AMG | WDDXJ7KB0GA015594 | White |
| 2021 | Mercedes-Maybach GLS600 | 4JGFF8HB3MA365586 | Black |
| 2020 | Karma Revero GT | 50GK43SB7LA000074 | White |
| 2018 | BMW M760 | WBA7H6C58JG614866 | Black |
| 2017 | Peterbilt 337 | 2NP2HM6X8HM431884 | White |
| 2008 | Freightliner M2 106 Sport Chassis | 1FVAFCBT58HY59162 | Red |
| 2020 | 2020 Karma Revero GT | 50GK43SB4LA000033 | Unknown |
| 2020 | International MV607 | 3HAEUMML8LL393674 | White |
| 2021 | Moke Emoke | 5YNWAHBG1MS100136 | Unknown |
| 2021 | Moke Emoke | 5YNWAHBG6MS113027 | Unknown |
| 2019 | YDV VS Jetski | YDV05820J819 | Unknown |
| 2019 | YDV VS Jetski | YDV39699J819 | Unknown |
| 2017 | CAAM OH Golf cart | 3JBKKAP25HJ000525 | Unknown |
| 2016 | UNKNOWN TL Vehicle Type: Unknown, Weight: 3000 lbs Most Current Tag #: FL HWSE35 | 593100V31G1052134 | Unknown |
| 2019 | McLaren Automotive Spider Model: 570S | SBM13FAA4KW005859 | Silver |
| 2017 | Mercedes-Benz C-Class AMG C 63 S | WDDWJ8HB6HF452299 | Grey |
| 2009 | Ferrari 430 Scuderia Base | ZFFKW64A690166647 | Black |
| 2020 | Chevrolet Corvette Stingray | 1G1Y72D41L5114144 | Yellow |
| 2021 | Jeep Gladiator Sport S | 1C6JJTAG3ML570133 | |
| 2020 | Mercedes-Benz G-Class AMG G63 | W1NYC7HJ7LX364470 | |
| 2020 | Lamborghini Urus | ZPBUA1ZLXLLA06529 | White |
| 2019 | Land Rover Range Rover Sport Supercharged Dynamic | SALWR2RE9KA855652 | Black |
| 2020 | McLaren 720S Spider Base | SBM14FCA1LW005247 | Orange |

**EXHIBIT B**
*Debtor's Inventory as per Debtor's Books & Records*

| Make | Model | Year | Color | Vin # | Keys | Book | Miles | Last update | Date of Arriv | Extra | Location | Sold By: | Recal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aston Martin | DB11 | 2019 | White | M06618 | 2 | Yes | 3,559 | 2/22/2022 | 2/21/2022 | Charger + Umbrella + Wind Screen | EAG | | |
| A. Martin | DB11 | 2019 | Gold | M07671 | 2 (1 is not working) | Yes | 13,349 | 02/21/2022 | 2/9/2022 | Wind screen + Tire repair kit | EAG | | |
| Bentley | Bentayga | 2019 | White | 027489 | 2 | Yes | 13,122 | 2/3/2022 | 2/3/2022 | - | KARMA BROWARD | $174,900.00 | |
| Bentley | Flying Spur | 2020 | Black | 082455 | 2 | Yes | 2,311 | 2/21/2022 | 2/18/2022 | - | EAG | | |
| BMW | 760I | 2018 | Black | 614866 | 2 | No | 61,328 | 9/9/2021 | 7/16/2021 | - | STEVE (PU 10/11) | | |
| BMW | X7 | 2019 | Black | S39222 | 2 | Yes | 26,518 | 01/12/2022 | 04/02/2021 | - | AT BMW DEALER | | |
| Cadillac | Escalade | 2018 | Blue | 261612 | 1 | Yes | 28360 | 01/12/2022 | 07/16/2021 | - | Rizzo (PU 03/03) | | |
| Ferrari | F12 | 2017 | Red | 221036 | 2 | Yes | 3,834 | 02/21/2022 | 02/02/2022 | Car Cover + Charger | EAG | | |
| Ferrari | 360 | 2005 | Red | 139787 | 1 | No | 35,763 | 02/21/2022 | 02/02/2022 | Car Cover + Charger + Tool set | EAG | | |
| Ferrari | 458 | 2013 | Black | 191526 | 1 | Yes | 13,716 | 02/21/2022 | 12/10/2021 | Charger + Car Cover (not OEM) | EAG | | |
| Ferrari | 488 | 2017 | Red | 226183 | 1 | No | 3,533 | 03/07/2022 | 03/07/2022 | Charger + Car cover | EAG | | |
| Ferrari | 812 | 2020 | Black | 254693 | 2 | Yes | 1,314 | 03/09/2022 | 03/09/2022 | W. Sticker + Car cover + Charger | EAG | | |
| GMC | Denali | 2019 | White | 354378 | 2 | Yes | 27816 | 12/11/2021 | 10/18/2021 | - | EAG | | |
| Jeep | Gladiator | 2021 | Black | 571540 | 2 | No | 1042 | 01/04/2021 | 07/19/2021 | - | EAG | | |
| Jeep | Gladiator | 2021 | Black | 564806 | 1 | Yes | 1168 | 03/05/2022 | 03/05/2022 | - | EAG | | |
| Karma | Revero GT | 2020 | Red | 000070 | 2 | Quick Guide | 12371 | 10/15/2021 | 7/6/2020 | charger + window sticker | EAS Loaner Car | | |
| Karma | Revero GT | 2020 | Red | 000130 | 2 | Quick Guide | 7,457 | 03/03/2021 | 7/6/2020 | charger + window sticker | EAG | | |
| Karma | Revero GT | 2020 | Blue | 000027 | 2 | Quick Guide | 7197 | 01/20/2021 | 7/6/2020 | charger + window sticker | KAWA (PU 02/12) | | |
| Karma | Revero GT | 2020 | Blue | 000033 | 2 | Quick Guide | 11,092 | 8/11/2021 | 8/11/2021 | charger + window sticker | PARKOFF (PU 02/17) | | |
| Karma | Revero GT | 2020 | Silver | 000094 | 1 | Quick Guide | 6,728 | 9/20/2021 | 9/17/2021 | charger + window sticker | At Boca Mall | | |
| Lamborghini | Aventador | 2012 | White | A00244 | 1 | No | 12,226 | 03/03/2022 | 03/03/2022 | - | AT LAMBO MIAMI | | |
| Lamborghini | Gallardo | 2005 | Yellow | A02493 | 1 | No | 4,390 | 02/21/2022 | 02/10/2022 | Seat cover + Car cover + Charger | EAG | | |
| Lamborghini | Aventador | 2014 | White | A02931 | 1 | No | 16,560 | 02/01/2022 | 01/06/2022 | Charger | EXCELL | | |
| Lamborghini | Performante | 2018 | Black | A11207 | 2 | Yes | 6,458 | 03/01/2022 | 03/01/2022 | Charger + wheel lock + K40 | EAG | | |
| Lamborghini | Performante | 2018 | Green | A10303 | 2 | No | 4,133 | 02/21/2022 | 01/07/2022 | Charger | EAG | | |
| Lamborghini | SVJ | 2019 | Green | A08766 | 2 | Yes | 817 | 03/01/2022 | 03/01/2022 | W. Sticker + Car Cover + Charger | EAG | | |
| Lamborghini | Urus | 2019 | Blue | A01961 | 1 | Yes | 19,725 | 03/03/2022 | 03/03/2022 | - | AT LAMBO MIAMI | | |
| Lamborghini | Urus | 2020 | Silver | A09315 | 1 | Yes | 5,310 | 02/03/2022 | 02/02/2022 | - | AT DEVIN | | |
| Maserati | Levante | 2021 | White | 372118 | 1 | No | 10542 | 03/08/2022 | 03/08/2022 | mbrella + Safety kit + Windshield sunblocke | AT MASERATI DEALER | | |
| McLaren | 600LT | 2019 | Purple | 006903 | 1 | No | 7610 | 02/01/2022 | 11/22/2021 | Charger | EXCELL | | |
| McLaren | 720S | 2020 | White | 004229 | 1 | Yes | 4930 | 02/01/2022 | 01/13/2022 | Charger + Cover | EAG | | |
| McLaren | 720S | 2019 | Orange | 003714 | 1 | No | 13739 | 01/04/2022 | 11/11/2021 | - | EAG | | |
| McLaren | 720S | 2018 | Gray | 000606 | 2 | ce and warranty | 6750 | 02/03/2022 | 02/02/2022 | Charger | KARMA BROWARD | | |
| Mercedes Benz | Brabus | 2020 | Blue | 362080 | 2 | Yes | 6697 | 02/21/2022 | 02/10/2022 | - | EAG | | |
| Mercedes Benz | G63 | 2020 | Blue | 334940 | 2 | Yes | 25242 | 02/22/2022 | 02/03/2022 | - | EAG | | |
| Mercedes Benz | G63 | 2020 | White | 361422 | 1 | Yes | 10704 | 02/21/2022 | 02/21/2022 | - | EAG | | |
| Mercedes Benz | G63 | 2020 | Green | 346462 | 1 | Yes | 10276 | 02/23/2022 | 02/23/2022 | W. Sticker | EAG | | |
| Mercedes Benz | GLE63 | 2021 | White | 537139 | 2 | Yes | 8794 | 03/07/2021 | 03/07/2021 | - | EAG | | |
| Mercedes Benz | Maybach | 2021 | Silver | 381213 | 2 | Yes | 4053 | 02/21/2022 | 01/22/2021 | - | EAG | | |
| Moke | Moke | 2022 | Blue | 083115 | 2 | No | | 03/12/2022 | 03/12/2022 | Charger + Cover | EAG | | |
| Porsche | Cayenne | 2014 | Black | A00731 | 1 | Yes | 58,807 | 01/26/2022 | 01/26/2022 | - | M. Miller (PU 02/04) | | |
| Porsche | 911 | 2008 | Red | 783176 | 2 | Yes | 32,320 | 03/02/2022 | 03/02/2022 | - | EAG | | |
| Range Rover | Sport | 2021 | Black | 754441 | 1 | No | 8135 | 03/03/2022 | 03/03/2022 | - | NICK (PU 03/09) | | |
| Range Rover | SVR | 2019 | Blue | 817050 | 1 | No | 32711 | 02/21/2022 | 2/17/2022 | - | AT THE RANGE ROVER DEALER | | |
| Rolls Royce | Dawn | 2017 | White | 107006 | 1 | No | 22206 | 02/21/2022 | 02/16/2022 | No umbrellas | EAG | | |
| Rolls Royce | Ghost | 2017 | Black | X54039 | 1 | Yes | 9014 | 02/21/2022 | 02/12/2022 | 2 Umbrellas | EAG | | |
| Rolls Royce | Ghost | 2021 | Gray | 207524 | 1 | Yes | 2636 | 03/08/2022 | 03/08/2022 | 2 Umbrellas | EAG | | |
| USSV | Rhino | 2016 | Black | B79768 | 1 | No | 15,687 | 01/12/2022 | - | 2 Headphones | AARON (PU 03/04) | | |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 15, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to the Debtor and to all parties as are indicated below and on the attached mailing matrix.

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour

### *Via CM/ECF*

- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

**Via U.S. Mail**
See attached mailing matrix.

1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Fri Apr 15 10:59:23 EDT 2022 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 |
| Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 |
| AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 | Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 |
| Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway   33431-4258 | Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 |
| TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 |
| Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 |

| | | |
|---|---|---|
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36