

**ORDERED in the Southern District of Florida on April 14, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-12790-EPK |
| **EXCELL AUTO GROUP, INC.** | Chapter 7 |
| Debtor._____/ | |

**ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION**
**FOR EMPLOYMENT OF COUNSEL**

THIS CAUSE came on before the Court upon the Trustee's *Ex Parte* Application for Employment of Counsel (the "Application") [ECF No. 5]. Upon the representations that Nicole Testa Mehdipour, Esq., and David A. Ray, in an *Of Counsel* capacity, are duly qualified to practice in this Court pursuant to Local Rule 2090-1(A), that Nicole Testa Mehdipour, Esq. of

1

the Law Office of Nicole Testa Mehdipour, P.A., and David A. Ray, in an *Of Counsel* capacity, hold no interest adverse to the estate in the matters upon which they are engaged, that Nicole Testa Mehdipour, Esq. and the Law Office of Nicole Testa Mehdipour, P.A., and David A. Ray, in an *Of Counsel* capacity, are disinterested persons as required by 11 U.S.C §327(a), and have disclosed any connections with parties set forth in Rule 2014 of the Federal Rules of Bankruptcy Procedure, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** and **ADJUDGED** that the Trustee, Nicole Testa Mehdipour, is authorized to employ Nicole Testa Mehdipour, Esquire of the Law Office of Nicole Testa Mehdipour, P.A., and David A. Ray, in an *Of Counsel* capacity, *retroactive to* April 8, 2022, as attorney for the Trustee.

###

**Submitted by:**
Nicole Testa Mehdipour, Esquire
LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Attorney Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*