## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

**In Re:**

**EXCELL AUTO GROUP, INC.**

     **Debtor.**
_____/

Case No.: 22-12790-EPK
Chapter 7

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Approving Trustee's Ex Parte Application for Employment of Counsel* [ECF No. 21] was served on April 15, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties as indicated below and on the attached service list.

    Dated: April 15, 2022.

          **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
          *Counsel for Chapter 7 Trustee*
          200 E. Broward Boulevard, Suite 1110
          Fort Lauderdale, FL 33301
          Tel: (954) 858-5880   Fax: (954) 208-0888

          /s/ Nicole Testa Mehdipour
            Nicole Testa Mehdipour
            Florida Bar No. 177271
            Nicole.Mehdipour@ntmlawfirm.com

***Via CM/ECF***

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC, Creditor Edward Brown, Creditor John Wittig, Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Mitchell A Dinkin, Esq. on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

David B Marks on behalf of Creditor Millco Atwater, LLC, Creditor Edward Brown, Creditor John Wittig, Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

1

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,
cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC, Creditor Auto Wholesale of Boca, LLC, Creditor MMS Ultimate Services, Inc., Creditor Moshe Farache
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg, Creditor Richard Applegate, Creditor Richard Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com, msmith@nasonyeager.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

***Via U.S. Mail***
Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust
(a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."),
c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118