**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

                                              Case No.: 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                    Chapter 7

    **Debtor.**
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the ***Notice of Hearing*** on *Emergency Application to Employ Alan R. Crane, Esq., and the law firm of Furr and Cohen, P.A. as Special Counsel to Trustee [ECF No. 25]*, was served on April 15, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties below and as are indicated on the attached service list.

    Dated: April 15, 2022.

                                              **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
                                              *Counsel for Chapter 7 Trustee*
                                              200 E. Broward Boulevard, Suite 1110
                                              Fort Lauderdale, FL 33301
                                              Tel: (954) 858-5880   Fax: (954) 208-0888

                                               /s/ Nicole Testa Mehdipour
                                                  Nicole Testa Mehdipour
                                                  Florida Bar No. 177271
                                                 Nicole.Mehdipour@ntmlawfirm.com

### *Via CM/ECF*

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC, Creditor Edward Brown, Creditor John Wittig, Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Mitchell A Dinkin, Esq. on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

David B Marks on behalf of Creditor Millco Atwater, LLC, Creditor Edward Brown, Creditor John Wittig, Creditor Philip T. Gori

brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,
cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC, Creditor Auto Wholesale of Boca, LLC, Creditor MMS Ultimate Services, Inc., Creditor Moshe Farache
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg, Creditor Richard Applegate, Creditor Richard Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com, msmith@nasonyeager.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

### *Via U.S. Mail*
See attached mailing matrix.

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Fri Apr 15 10:59:23 EDT 2022

Auto Wholesale of Boca, LLC              DOG 2008 Irrevocable Wealth Trust        EXCELL Auto Group, Inc.
6560 W Rogers Circle                     c/o Ivan J. Reich                        1001 Clint Moore Road
Suite B27                                750 Park of Commerce Blvd, Suite 210     Suite 101
Boca Raton, FL 33487-2746                Boca Raton, FL 33487-3611                Boca Raton, FL 33487-2830


Franklin Capital Funding, LLC            MMS Ultimate Services, Inc.              Milco Atwater, LLC
c/o Shraiberg Page, PA                   7241 Catalina Isle Drive                 c/o Eyal Berger
2385 NW Executive Center Dr., #300       Lake Worth, FL 33467-7746                201 Las Olas Blvd #1800
Boca Raton, FL 33431-8530                                                         Fort Lauderdale, FL 33301-4442


Millco Atwater, LLC                      Savannah Row Development Company, LLC    22 Capital
201 E Las Olas Blvd #1800                c/o M.A. Dinkin Law Firm, P.L.L.C.       1900 Glades Road
Fort Lauderdale, FL 33301-4442           3319 SR 7, Suite 303                     Suite 540
                                         Wellington, FL 33449-8147                Boca Raton, FL 33431-7378


AJA Realty                               Alpine Business Capital                  Auto Wholesale Boca
16850 Charles River Drive                99 Wall Street                           6560 West Rogers Circle
Delray Beach, FL 33446-0010              New York, NY 10005-4301                  Suite B27
                                                                                  Boca Raton, FL 33487-2746


BAL Investments                          DOG Trust                                Ed Brown
1114 Ashton Trace                        c/o Kenny Goodman                        152 Bears Club Drive
Atlanta, GA 30319-2681                   1928 Thatch Palm Drive                   Jupiter, FL 33477-4203
                                         Boca Raton, FL 33432-7457


Get Backed                               Mike Halperin                            Office of the US Trustee
2101 Interstate 35                       5820 Harrington Way                      51 S.W. 1st Ave.
4th Floor                                Boca Raton, FL 33496-2511                Suite 1204
Austin, TX 78741-3800                                                             Miami, FL 33130-1614


Parkview                                 Prestige Luxury Motors                   Spin Capital
400 Main Street                          4301 Oak Circle                          1968 S. Coast Highway
Stamford, CT 06901-3000                  Suite 25                                 Suite 5021
                                         Boca Raton, FL 33431                     Laguna Beach, CA 92651-3681
                                         Shrayber Land
                                         15700 Dallas Parkway   33431-4258


TBF                                      TVT                                      Wing Lake Capital Partners
333 River Street                         1407 Broadway                            32300 Northwestern Highway
Hoboken, NJ 07030-5856                   New York, NY 10018-5100                  Suite 200
                                                                                  Farmington Hills, MI 48334-1501


Andrew Greenberg                         Edward Brown                             Harry Winderman
c/o Jordan L Rappaport                   c/o Eyal Berger                          Harry Winderman, ESQ.
1300 N Federal Hwy #203                  201 Las Olas Blvd #1800                  2255 Glades Road
Boca Raton, FL 33432-2848                Fort Lauderdale, FL 33301-4442           Suite 205e
                                                                                  Boca Raton, FL 33431-7391
```

| | | |
|---|---|---|
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients   35
Bypassed recipients    1
Total                 36