UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.  Chapter 7

    Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Law Firm of Brinkley Morgan is appearing in this case on behalf of Creditor, Chad Zakin, and pursuant to Fed. R. Bankr. P. 2002, and requests that the undersigned be served with copies of all pleadings, notices, motions, orders and other documents filed in these proceedings.

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was served as set forth on the attached Service List.

    BRINKLEY MORGAN
    Attorneys for Creditor Chad Zakin
    100 SE Third Avenue, 23rd Floor
    Fort Lauderdale, Florida  33394
    Telephone:  (954) 522-2200
    Facsimile:   (954) 522-9123
    E-Mail:  mark.levy@brinkleymorgan.com

By: /s/ Mark A. Levy
    MARK A. LEVY
    Florida Bar No. 121320

**SERVICE LIST**

**SERVED VIA CM/ECF ON APRIL 18, 2022:**

Harry Winderman on behalf of Debtor EXCELL Auto Group Inc.
harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com

Nicole Testa Mehdipour, Trustee
Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com; FL80@ecfcbis.com; ntm@trustesolutions.net; BCasey@ntmlawfirm.com; nicolem@ntmlawfirm.com; cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestca se.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

David B. Marks on behalf of Creditors Philip T. Gori, John Wittig, Edward Brown, Millco Atwater LLC
brett.marks@akerman.com charlene.cerda@akerman.com

Eyal Berger on behalf of Creditors Philip T. Gori, John Wittig, Edward Brown, Millco Atwater LLC
eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Ivan J. Reich on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com msmith@nasonyeager.com

James B. Miller on behalf of Creditors MMS Ultimate Services Inc., Auto Wholesale of Boca LLC, 1001 Clint Moore LLC, Moshe Farache
bkcmiami@gmail.com

Jordan L. Rappaport on behalf of Creditor Richard Applegate
office@rorlawfirm.com 1678370420@filings.docketbird.com

Mitchell A. Dinkin on behalf of Creditor Savannah Row Development Company LLC
mdinkin@madlegal.net, lucyd@madlegal.net