UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| EXCELL AUTO GROUP, INC. | : | CASE NO. 22-12790-EPK |
| | : | |
| Debtor. | : | |

## NOTICE OF UPDATED CALL-IN INFORMATION FOR §341 MEETING

NOTICE IS HEREBY GIVEN that the §341 meeting in the above matter scheduled for May 13, 2022 at 8:30 am will be conducted via Zoom at the following link:

Join Zoom Meeting
https://zoom.us/j/96441949873?pwd=UmNpa2pzVFpNRlhTRnk1M2oyeUs5UT09

Meeting ID: 964 4194 9873
Passcode: 407890


DATED:   April 18, 2022


_____/s/_____
HEIDI A. FEINMAN
Trial Attorney
Office of the U.S. Trustee
51 SW First Avenue
Miami, FL 33130
(305) 536-7285
Heidi.A.Feinman@usdoj.gov