UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

    Debtor.
_____/

Case No.: 22-12790-EPK

Chapter 7

### NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that David A. Ray of the Law Office of Nicole Testa Mehdipour hereby appears as of counsel for Chapter 7 Trustee, Nicole Testa Mehdipour (the "Plaintiff").

PLEASE TAKE FURTHER NOTICE that request is made, pursuant to 11 U.S.C. §§ 342 and 1109(b), and Rules 2002, 2018, 3017, 7005, 7024, 9007, 9019(b) and 9013 of the Federal Rules of Bankruptcy Procedure, as applicable, and the applicable local rules, that a true, complete and accurate copy of each and every notice required to be given in this case, as well as copies of all pleadings and other papers filed in the captioned matter, be directed to:

David A. Ray, Of Counsel
Law Office of Nicole Testa Mehdipour, P.A.
6278 North Federal Highway, Suite 408
Fort Lauderdale, Florida 33308
Tel: (954) 858-5880  Fax: (954) 208-0888
DRay@NTMLawFirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, disclosure statement, plan, complaint, demand, objection, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, email or otherwise, which may affect or seek to affect in any way the rights or interests of the Plaintiff, property or proceeds in which the Plaintiff may claim an interest.

Dated: April 18, 2022.

                                                Law Office of Nicole Testa Mehdipour, P.A.
Counsel for Chapter 7 Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, Florida 33308
Tel: (954) 858-5880  Fax: (954) 208-0888

By: /s/ David A. Ray
David A. Ray (Of Counsel)
Florida Bar No. 13871
DRay@ntmlawfirm.com


## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on April 18, 2022, a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/David A. Ray
David A. Ray