**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                                         Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                                Chapter 7

    Debtor(s).
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Trustee's Emergency Motion for Turnover of All Assets, Including Books, Records, and Electronically Stored Information of the Debtor, from Debtor, Including Through its Principals Scott Zankl and Kristen Zankl* [ECF No. 34], was served on April 18, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties as indicated on the attached service list.

    Dated: April 18, 2022

                                                                                      LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.
                                                                                      *Counsel for Chapter 7 Trustee*
                                                                                      6278 North Federal Highway
                                                                                       Suite 408
                                                                                       Fort Lauderdale, FL 33308
                                                                                      Tel: (954) 858-5880  Fax: (954) 208-0888
                                                                                      Email: trustee@ntmlawfirm.com

                                                              By: /s/ Nicole Testa Mehdipour
                                                                               Nicole Testa Mehdipour
                                                                               Florida Bar No. 177271
                                                                               Nicole.M@ntmlawfirm.com


*Sent via CM/ECF:*

- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Alan R Crane**    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

*Sent via First Class US Mail:*

See attached mailing matrix.

```
Label Matrix for local noticing         1001 Clint Moore, LLC                  Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                  6560 W Rogers Circle                   4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                       Suite B27                              Oklahoma City, OK 73118-7901
Southern District of Florida            Boca Raton, FL 33487-2746
West Palm Beach
Mon Apr 18 16:27:47 EDT 2022

Auto Wholesale of Boca, LLC             Chapford Credit Opportunities Fund LP  Chapford Specialty Finance LLC
6560 W Rogers Circle                    c/o James C. Moon, Esq.                c/o James C. Moon, Esq.
Suite B27                               Meland Budwick, P.A.                   Meland Budwick, P.A.
Boca Raton, FL 33487-2746               200 South Biscayne Blvd., Ste 3200     200 South Biscayne Blvd., Ste 3200
                                        Miami, FL 33131-5323                   Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust       EXCELL Auto Group, Inc.                Franklin Capital Funding, LLC
c/o Ivan J. Reich                       1001 Clint Moore Road                  c/o Shraiberg Page, PA
750 Park of Commerce Blvd, Suite 210    Suite 101                              2385 NW Executive Center Dr., #300
Boca Raton, FL 33487-3611               Boca Raton, FL 33487-2830              Boca Raton, FL 33431-8530

MMS Ultimate Services, Inc.             Milco Atwater, LLC                     Millco Atwater, LLC
7241 Catalina Isle Drive                c/o Eyal Berger                        201 E Las Olas Blvd #1800
Lake Worth, FL 33467-7746               201 Las Olas Blvd #1800                Fort Lauderdale, FL 33301-4442
                                        Fort Lauderdale, FL 33301-4442

Savannah Row Development Company, LLC   22 Capital                             AJA Realty
c/o M.A. Dinkin Law Firm, P.L.L.C.      1900 Glades Road                       16850 Charles River Drive
3319 SR 7, Suite 303                    Suite 540                              Delray Beach, FL 33446-0010
Wellington, FL 33449-8147               Boca Raton, FL 33431-7378

Alpine Business Capital                 Auto Wholesale Boca                    BAL Investments
99 Wall Street                          6560 West Rogers Circle                1114 Ashton Trace
New York, NY 10005-4301                 Suite B27                              Atlanta, GA 30319-2681
                                        Boca Raton, FL 33487-2746

DCG Trust                               Ed Brown                               Get Backed
c/o Kenny Goodman                       152 Bears Club Drive                   2101 Interstate 35
1928 Thatch Palm Drive                  Jupiter, FL 33477-4203                 4th Floor
Boca Raton, FL 33432-7457                                                      Austin, TX 78741-3800

Mike Halperin                           Office of the US Trustee               Parkview
5820 Harrington Way                     51 S.W. 1st Ave.                       400 Main Street
Boca Raton, FL 33496-2511               Suite 1204                             Stamford, CT 06901-3000
                                        Miami, FL 33130-1614

Prestige Luxury Motors                  Spin Capital                           TBF
4301 Oak Circle                         1968 S. Coast Highway                  333 River Street
Suite 25                                Suite 5021                             Hoboken, NJ 07030-5856
Boca Raton, FL 33431                    Laguna Beach, CA 92651-3681
Shrayber Land
15700 Dallas Parkway  33431-4258

TVT                                     Wing Lake Capital Partners             Andrew Greenberg
1407 Broadway                           32300 Northwestern Highway             c/o Jordan L Rappaport
New York, NY 10018-5100                 Suite 200                              1300 N Federal Hwy #203
                                        Farmington Hills, MI 48334-1501        Boca Raton, FL 33432-2848
```

| | | |
|---|---|---|
| Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 |
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39