**Fill in this information to identify the case:**

Debtor name __EXCELL AUTO GROUP, INC.__ _____

United States Bankruptcy Court for the: __Southern_____ District of __Florida___
(State)

Case number (If known): __22-12790-EPK_____

❑ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................
   $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................
   $ 562,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................
   $ 562,000.00

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................
   $ 2,200,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................
   $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................
   + $ 38,371,608.63

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b
   $ 40,571,608.63

---

**Fill in this information to identify the case:**

Debtor name ___EXCELL AUTO GROUP, INC._____

United States Bankruptcy Court for the:___Southern_____ District of __Florida__
                                                                                    (State)

Case number (If known):    ___22-12790-EPK_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | $_____ |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _ _____ | _____ | __ __ __ __ | $_____ |
| 3.2. _ _____ | _____ | __ __ __ __ | $_____ |

4.  **Other cash equivalents** *(Identify all)*

| | |
|---|---|
| 4.1. _____ | $_____ |
| 4.2. _____ | $_____ |

5.  **Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

## Part 2:    Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | |
|---|---|
| 7.1._____ | $_____ |
| 7.2._____ | $_____ |

| Debtor | EXCELL AUTO GROUP, INC. | Case number *(if known)* | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**10. Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    _____ – _____ = ........➔    $_____
face amount          doubtful or uncollectible accounts

11b. Over 90 days old:    _____ – _____ = ........➔    $_____
face amount          doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $_____

---

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

| Debtor | EXCELL AUTO GROUP, INC. | Case number *(if known)* 22-12790-EPK |
|--------|-------------------------|----------------------------------------|
| | Name | |

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor    EXCELL AUTO GORUP, INC._____    Case number *(if known)*____22-12790-EPK_____
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    EXCELL AUTO GROUP, INC.             Case number *(if known)*   22-12790-EPK
Name

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2019 Mercedes Sprinter | $ 0 | Estimate | $ 115,000.00 |
| 47.2 Peter-built flatbed | $ 0 | Estimate | $ 90,000.00 |
| 47.3 Box truck | $ 0 | Estimate | $ 145,000.00 |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 Jetskis (2) | $ 0 | | $ 20,000.00 |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Service Shop equipment | $ 0 | Estimate | $ 1,000,000.00 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.        **$ 1,370,000.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | EXCELL AUTO GORUP, INC. | Case number *(if known)* | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| 65. **Goodwill** _____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor    EXCELL AUTO GROUP, INC.                                    Case number *(if known)*    22-12790-EPK
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____      _____ − _____ = ➜   $_____
                                Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____      Tax year _____   $_____
_____      Tax year _____   $_____
_____      Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

___Spin Capital/Hibar___                             $  562,000.00

**Nature of claim**        ___Overpayment___

**Amount requested**       $  562,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                            $_____

**Nature of claim**        _____

**Amount requested**       $_____

76. **Trusts, equitable or future interests in property**

_____                            $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____                            $_____
_____                            $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $  562,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor | EXCELL AUTO GROUP, INC. | Case number *(if known)* 22-12790-EPK |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,370,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................➤ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 562,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $ 1,932,000.00 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................................  $ 1,932,000.00

**Fill in this information to identify the case:**

Debtor name __EXCELL AUTO GROUP, INC.__

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number (If known): __22-12790-EPK__

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
Auto Wholesale Boca

Creditor's mailing address
6560 West Rogers Circle, Suite B27
Boca Raton, FL 33487

Creditor's email address, if known

Date debt was incurred __2015__

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
Inventory                                          $ 2,200,000.00      $ _____

Describe the lien
UCC

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
                                          $ _____      $ _____

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 2,200,000.00

| Debtor | EXCELL AUTO GROUP, INC. | Case number (if known) | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| JAMES B. MILLER, P.A.<br>19 West Flagler Street, Suite 416, Miami, FL 33130 | Line 2. _2_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    EXCELL AUTO GROUP, INC.

United States Bankruptcy Court for the:   Southern    District of   Florida
                                                             (State)

Case number   22-12790-EPK
(If known)

☐ Check if this is an
     amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

     As of the petition filing date, the claim is:   $_____    $_____
     *Check all that apply.*
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___      **Is the claim subject to offset?**
     ☐ No
     ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

     As of the petition filing date, the claim is:   $_____    $_____
     *Check all that apply.*
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___      **Is the claim subject to offset?**
     ☐ No
     ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

     As of the petition filing date, the claim is:   $_____    $_____
     *Check all that apply.*
     ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___      **Is the claim subject to offset?**
     ☐ No
     ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  EXCELL AUTO GROUP, INC.
      Name

Case number (if known)  22-12790-EPK

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1**

Nonpriority creditor's name and mailing address
AJA Realty

16850 Charles River Drive
Delray Beach, FL 33446

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,500,000.00

---

**3.2**

Nonpriority creditor's name and mailing address
Auto Wholesale Boca

6560 West Rogers Circle, Suite B27
Boca Raton, FL 33484

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 7,000,000.00

---

**3.3**

Nonpriority creditor's name and mailing address
BAL Investments

1114 Ashton Trace
Atlanta, GA 30319

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 5,000,000.00

---

**3.4**

Nonpriority creditor's name and mailing address
Howard N. Castleman

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 222,051.63

---

**3.5**

Nonpriority creditor's name and mailing address
Chapford Specialty Finance, LLC

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 970,000.00

---

**3.6**

Nonpriority creditor's name and mailing address
DCG Trust (Kenny Goodman)

1928 Thatch Palm Drive
Boca Raton, FL 33432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ 3,350,000.00

---

Debtor  EXCELL AUTO GROUP, INC.
_____
Name

Case number *(if known)* 22-12790-EPK

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Phil Gori

195 W. Alexander Palm Road

Boca Raton, FL 33432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,700,000.00

**3.8** Nonpriority creditor's name and mailing address

Mike Halpern

5820 Harrington Way

Boca Raton, FL 33496

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 2,500,000.00

**3.9** Nonpriority creditor's name and mailing address

MXT Solutions, LLC

2101 Interstate 35, 4th Floor

Austin, TX 78741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,249,495.00

**3.10** Nonpriority creditor's name and mailing address

Prestige Luxury Cars, LLC

4301 Oak Circle, Suite 25

Boca Raton, FL 33431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,350,000.00

**3.11** Nonpriority creditor's name and mailing address

Savannah Row

300 SE 15th Avebue

Boca Raton, FL 33432

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$ 1,250,000.00

Debtor   EXCELL AUTO GROUP, INC.          Case number *(if known)*  22-12790-EPK
         Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.12** | Nonpriority creditor's name and mailing address

Shrayber Land

15700 Dallas Parkway, Suite 11

Dallas, TX 75248

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$ 1,000,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address

Nick Strategakis

175 Fiesta Way

Fort Lauderdale, FL 33301

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 4,000,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address

TVT Capital

1407 Broadway

New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 980,062.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address

Wing Lake

32300 Northwestern Highway, Suite 200

Farmington Hills, MI 48334

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 5,900,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address

Anatoliy Zicanov

408 NW 6th Street, Apt. 525

Fort Lauderdale, FL 33304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 400,000.00

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | EXCELL AUTO GROUP, INC. | Case number *(if known)* 22-12790-EPK |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. Padulla Bennardo Levine, LLP<br>3837 NW Boca Raton Blvd., Suite 200<br>Boca Raton, FL 33431 | Line 3.4<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. Meland Budwick, P.A.<br>3200 Southeast Financial Center, 200 South Biscayne Blvd., Miami, FL 33131 | Line 3.5<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. Nayson Yeager, Gerson, Harris & Fumero, P.A.<br>750 Park of Commerce Blvd., Suite 210<br>Boca Raton, FL 33487 | Line 3.6<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. Cahen Law, PA<br>1900 Glades Road, Suite 200<br>Boca Raton, FL 33431 | Line 3.10<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 41. M.A. Dinkin Law Firm, P.L.L.C.<br>3319 State Road 7, Suite 303<br>Wellington, FL 33449 | Line 3.11<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   EXCELL AUTO GROUP, INC.                                    Case number *(if known)*  22-12790-EPK
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 38,371,608.63 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 38,371,608.63 |

**Fill in this information to identify the case:**

Debtor name ___EXCELL AUTO GROUP, INC.___

United States Bankruptcy Court for the: ___Southern___    District of ___Florida___
(State)

Case number (If known): ___22-12790-EPK___    Chapter ___7___

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | Building Lease | 1001 Clint Moore, LLC |
| | | 6560 West Rogers Circle |
| State the term remaining | Expires October 22, 2022 | Boca Raton, FL 33487 |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   EXCELL AUTO GROUP, INC.

United States Bankruptcy Court for the:   Southern   District of   Florida
                                                                      (State)

Case number (If known):   22-12790-EPK

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** Scott Zankl | 16937 Pierre Cirle<br>Street<br><br>Delray Beach   FL   33446<br>City   State   ZIP Code | Auto Wholesale Boca | ☒ D<br>☒ E/F<br>☐ G |
| **2.2** Karma of Palm Beach, Inc. | 1001 Clint Moore Road<br>Street<br>Suite 101<br>Boca Raton   FL   33487<br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** Kristen Zankl | 16937 Pierre Cirle<br>Street<br><br>Delray Beach   FL   33446<br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| **2.5** | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| **2.6** | Street<br><br>City   State   ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __EXCELL AUTO GROUP, INC.__

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number (*if known*): __22-12790-EPK__

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04 / 18 / 2022__        ✗ _____
MM / DD / YYYY                              Signature of individual signing on behalf of debtor

__Kristen Zankl__
Printed name

__President__
Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name ___EXCELL AUTO GROUP, INC.___

United States Bankruptcy Court for the: ___Southern___ District of ___Florida___
(State)

Case number (If known): ___22-12790-EPK___

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 0 |
| **For prior year:** | From 01/01/2020 to 12/31/2020<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 72,844,733.00 |
| **For the year before that:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY   MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 64,209,515.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From _____ to Filing date<br>MM / DD / YYYY | _____ | $ _____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY   MM / DD / YYYY | _____ | $ _____ |

Debtor    EXCELL AUTO GROUP, INC.           Case number *(if known)*   22-12790-EPK
       Name

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | AJA Realty (Mark Miller) <br> *Creditor's name* <br> 16850 Charles River Drive <br> *Street* <br><br> Delray Beach   FL   33446 <br> *City*    *State*   *ZIP Code* | 01/04/2022 <br><br> 02/18/2022 | $ 34,416.67 | ☐ Secured debt <br> ☒ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | Savannah Row (Steve Gelb) <br> *Creditor's name* <br> 300 SE 15th Avenue <br> *Street* <br><br> Boca Raton   FL   33432 <br> *City*    *State*   *ZIP Code* | 01/07/2022 <br> 01/19/2022 <br> 02/01/2022 <br> 02/16/2022 <br> 03/03/2022 <br> 03/17/2022 | $ 91,500.00 | ☐ Secured debt <br> ☒ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Ed Brown <br> *Insider's name* <br> 430 Via Del Orso <br> *Street* <br><br> Jupiter   FL   33477 <br> *City*    *State*   *ZIP Code* <br><br> **Relationship to debtor** <br> Partner | 01/27/2022 <br><br> 02/22/2022 | $ 203,332.00 | Money owed back based loans Ed Brown has with the business. |
| 4.2. | <br> *Insider's name* <br><br> *Street* <br><br>     <br> *City*    *State*   *ZIP Code* <br><br> **Relationship to debtor** | | $ | |

Debtor ___EXCELL AUTO GROUP, INC._____     Case number *(if known)*___22-12790-EPK___
       Name

---

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City            State      ZIP Code | _____<br>_____<br>_____<br>_____ | _____ | $_____ |
| 5.2. _____<br>Creditor's name<br>_____<br>Street<br>_____<br>City            State      ZIP Code | _____<br>_____<br>_____<br>_____ | _____ | $_____ |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Rich Applegate<br>Creditor's name<br>1705 S. Ocean Blvd.<br>Street<br>Delray Beach        FL    33483<br>City            State      ZIP Code | Froze bank accounts and took $142,000.00<br>_____<br>Last 4 digits of account number: XXXX– _3_ _1_ _9_ _9_ | 3/8/2022 | $ 142,000.00 |

---

## Part 3:   Legal Actions or Assignments

---

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Auto Wholesale of Boca v. Excell Auto Group, Inc., et al.<br><br>**Case number**<br>not yet assigned | Complaint for damages for breach of note and security agreement, replevin, foreclosure of security interest and appointment of receiver | Circuit Court for the 15th Judicial Circuit<br>Name<br>205 N. Dixie Highway<br>Street<br>West Palm Beach   FL      33401<br>City            State      ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. MXT Solutions, LLC v. Excell Auto Group, Inc., et al.<br><br>**Case number**<br>D-1-GN-22-001424 | Petition for monetary relief in excess of $1,000,000.00 for breach of contract. | District Court for the 419th Judicial Circuit<br>Name<br>1000 Guadalupe<br>Street<br>Room 507<br>Austin        TX      78701<br>City            State      ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor: <u>EXCELL AUTO GROUP, INC.</u>         Case number (if known) <u>22-12790-EPK</u>

Official Form 207 (Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy) – Part 3 (add'l legal actions)

7.3:   Applegate v. Excell Auto Group, Inc., et al.
       Case No. 50-2021-CA-00981XXXXMB
       Circuit Court for the 15th Judicial Circuit
       In and For Palm Beach County, Florida
       205 N. Dixie Highway
       West Palm Beach, FL 33401
       Nature of Case: Breach of promissory note, breach of guaranty.
       Case Status: Pending

7.4:   Castleman v. Excell Auto Group, Inc., et al.
       Case No. 50-2022-CA-001832XXXXMB
       Circuit Court for the 15th Judicial Circuit
       In and For Palm Beach County, Florida
       205 N. Dixie Highway
       West Palm Beach, FL 33401
       Nature of Case: Breach of settlement agreement
       Case Status: Pending

7.5:   FVP Opportunity Fund, III, LP v. Karma of Broward, Inc., et al.
       Case No. CACE-22-005125
       Circuit Court for the 17th Judicial Circuit
       In and Form Broward County, Florida
       201 SE 6th Street
       Fort Lauderdale, FL 33301
       Nature of Case: Fraud, Fraudulent transfer, Injunctive relief, Civil conspiracy, Breach of contract, Foreclosure of security interests, Replevin, Fraud in the inducement
       Case Status: Pending

7.6:   Hi Bar Capital, LLC v. Excell Auto Group, Inc., et al.
       Index No. 502846/2022
       Supreme Court of the State of New York
       County of Kings
       360 Adams Street, Room 4
       Brooklyn, NY 11201
       Nature of Case: Breach of settlement agreement
       Case Status: Pending

7.7:    Prestige Luxury Cars, LLC v. Excell Auto Group, Inc., et al.
        Case No. 50-2022-CA-003301XXXXMB
        Circuit Court for the 15th Judicial Circuit
        In and For Palm Beach County, Florida
        205 N. Dixie Highway
        West Palm Beach, FL 33401
        Nature of Case: Violation of Fla. Stat. § 68.065, Breach of joint venture agreement,
        Fraudulent transfer, Foreclosure of real property, Foreclosure of security interest in vessel
        Case Status: Pending

7.8:    TVT Direct Funding, LLC v. Excell Auto Group, Inc., et al.
        Index No. 510223/2022
        Supreme Court of the State of New York
        County of Kings
        360 Adams Street, Room 4
        Brooklyn, NY 11201
        Nature of Case: Breach of contract, personal guarantee
        Case Status: Pending

Excell Auto Finance, LLC            Auto finance            8  1   4  1 9 2  8 1  4

1699 South Federal Highway

Suite 300
Boca Raton        FL        33432                            10/19/2016      present

Debtor    EXCELL AUTO GROUP, INC.                                    Case number (if known)   22-12790-EPK
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | Name |
| _____ | **Case number** | Street |
| City          State     ZIP Code | _____ | City          State          ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Self-Less Love<br>Recipient's name<br>1095 Military Trail<br>Street<br>Suite 1033<br>Jupiter          FL          33458<br>City          State          ZIP Code | 2022 Karma G56<br>_____ | 1/2022 | $100,000.00 |
| **Recipient's relationship to debtor**<br>None | | | |
| 9.2. Self-Less Love<br>Recipient's name<br>1095 Military Trail<br>Street<br>Suite 1033<br>Jupiter          FL          33458<br>City          State          ZIP Code | _____<br>_____ | _____ | $2,000.00 |
| **Recipient's relationship to debtor**<br>None | | | |

Type text here

---

| Part 5: | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

---

Debtor     EXCELL AUTO GORUP, INC.                          Case number (if known)   22-12790-EPK
          Name

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Weiss, Handler & Cornwell, P.A. | | 4/6/2022 | $ 25,000.00 |
| | **Address** | | | |
| | 2255 Glades Road | | | |
| | Street | | | |
| | Suite 205E | | | |
| | Boca Raton     FL     33431 | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | www.weisshandler.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

Debtor    EXCELL AUTO GROUP, INC.                                    Case number *(if known)*    22-12790-EPK
          Name

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | | Dates of occupancy |
|---|---|---|---|---|
| 14.1. | _____ Street | | | From _____  To _____ |
| | City          State     ZIP Code | | | |
| 14.2. | _____ Street | | | From _____  To _____ |
| | City          State     ZIP Code | | | |

Debtor    EXCELL AUTO GROUP, INC.                  Case number *(if known)*  22-12790-EPK
           Name

---

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | <br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City   State   ZIP Code | _____<br>_____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____<br>_____ | <br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.  Personal Information - Finance and Social Security numbers

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    EXCELL AUTO GROUP, INC.                          Case number (if known)  22-12790-EPK
_____Name_____

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br><br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>Name<br>801 Clint Moore Road<br>Street<br>Boca Raton    FL    33487<br>City    State    ZIP Code | Scott Zankl<br>_____<br>_____<br><br>**Address**<br>16937 Pierre Circle<br>Delray Beach, FL 33446 | Parts, Displays<br>_____<br>_____ | ☐ No<br>☒ Yes |

---

Debtor    EXCELL AUTO GROUP, INC.
_____    Case number *(if known)*__22-12790-EPK_____
Name

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City        State        ZIP Code | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City        State        ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

Debtor   EXCELL AUTO GROUP, INC.
         Name                                                          Case number *(if known)*   22-12790-EPK

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Excell Auto Sport and Service, Inc.<br>Name<br>5471 N. Dixie Highway<br>Street<br><br>Boca Raton        FL        33487<br>City          State      ZIP Code | Auto Repair Shop | EIN: 8 1 – 3 9 8 8 8 4 6<br><br>**Dates business existed**<br><br>From 9/27/2016  To 4/8/2022 |
| 25.2. | Name<br>Street<br>City          State      ZIP Code | | EIN: _ _ - _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |
| 25.3. | Name<br>Street<br>City          State      ZIP Code | | EIN: _ _ - _ _ _ _ _ _ _<br><br>**Dates business existed**<br><br>From _____   To _____ |

---

Debtor    EXCELL AUTO GROUP, INC.                          Case number *(if known)*    22-12790-EPK
          Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Teddi Sofoul <br> Name <br> 1715 SW 19th Court <br> Street <br><br> Boynton Beach                FL            33426 <br> City                          State         ZIP Code | From  1/6/2012   To  4/2/2022 |

| Name and address | Dates of service |
|---|---|
| **26a.2.** Nidia Leiva <br> Name <br> 5761 Fox Hollow Drive <br> Street <br><br> Boca Raton                   FL            33487 <br> City                          State         ZIP Code | From  2/1/2017   To  4/8/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Paul Rubin <br> Name <br> 2080 NW Boca Raton Blvd. <br> Street <br> Suite 2 <br> Boca Raton                   FL            33431 <br> City                          State         ZIP Code | From  1/5/2015   To  1/15/2022 |

| Name and address | Dates of service |
|---|---|
| **26b.2.** <br> Name <br><br> Street <br><br><br> City                          State         ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** <br> Name <br><br> Street <br><br><br> City                          State         ZIP Code | <br><br><br> |

Debtor    EXCELL AUTO GROUP, INC.
          _____
          Name

Case number (if known)    22-12790-EPK

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| City    State    ZIP Code | _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    West Lake Flooring Services |
| Name |
| 4751 Wilshire Blvd. |
| Street |
| Suite 100 |
| Los Angeles    CA    90010 |
| City    State    ZIP Code |

| Name and address |
|---|
| 26d.2.    Next Gear Capital |
| Name |
| 11799 N. College Avenue |
| Street |
| Carmel    IN    46032 |
| City    State    ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1.    Mosha Farache |
| Name |
| 270 S. Silver Palm Road |
| Street |
| Boca Raton    FL    33462 |
| City    State    ZIP Code |

Debtor    EXCELL AUTO GROUP, INC.
_____
Name

Case number (if known)   22-12790-EPK
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
Name _____

Street _____

City _____  State _____  ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Zankl | 16937 Pierre Circle, Delray Beach, FL 33446 | General Manager | 40% |
| Kristen Zankl | 16937 Pierre Circle, Delray Beach, FL 33446 | President | 40% |
| Edward Brown | 430 Via Del Orso, Jupiter, FL 33477 | Secretary | 20% |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
- ☒ No
- ☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
- ☐ No
- ☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  Edward Brown<br>Name<br><br>Street<br><br>City _____ State _____ ZIP Code _____<br>Relationship to debtor<br>Co-owner of Debtor | $800,000.00 (est.) | 4/2021-4/2022 | Loan Repayment |

Debtor    EXCELL AUTO GROUP, INC.
                Name

Case number *(if known)*   22-12790-EPK

| | Name and address of recipient | | | 2022 | |
|---|---|---|---|---|---|

30.2    Scott Zankl/Kristen Zankl
        Name
        16937 Pierre Circle
        Street

        Delray Beach          FL          33446
        City                  State       ZIP Code

        Relationship to debtor

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04  18  2022
              MM / DD  / YYYY

✗ _____         Printed name   Scott Zankl
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   General Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☒ No

☐ Yes

---