UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:                                                        Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                      Chapter 7

     Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

     Zach B. Shelomith, Esq. and the law firm of LSS Law, pursuant to Fed. R. Bankr. P. 9010, hereby enters their appearance as counsel for creditor **WOODSIDE CREDIT, LLC**, with regard to all matters and proceedings in the above-captioned bankruptcy proceeding.  Woodside Credit, LLC hereby requests that all notices required to be given under Fed. R. Bankr. P. 2002 be given to it by due service upon its undersigned attorneys.

Dated:  April 18, 2022

LSS LAW
Counsel for Woodside Credit, LLC
2699 Stirling Road, Suite C401
Ft. Lauderdale, Florida 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
ZACH B. SHELOMITH
Florida Bar No. 0122548
zbs@lss.law

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing was served on April 18, 2022 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference) and via U.S. Mail to Ally Bank Lease Trust, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118.

By:_____/s/_____
Zach B. Shelomith