**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

EXCELL Auto Group, Inc.,
    Debtor.

Case No.: 22-12790-EPK
Chapter: 7

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    Please take note that Anne M. Gannon, Constitutional Tax Collector, Serving Palm Beach County, through undersigned counsel, makes an appearance in this case on behalf of the creditor Palm Beach County Tax Collector. All parties are requested to take notice and to serve copies of any and all pleadings, notices and pertinent documentation in this cause upon undersigned counsel.

Hampton Peterson, Esq.<br>
Palm Beach County Tax Collector's Office<br>
P.O. Box 3715<br>
West Palm Beach, Florida 33402-3715<br>
legalservices@pbctax.com

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

    **I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance and Request for Service has been furnished by Notice of Electronic Filing, this 19th day of April 2022 to: Harry Winderman, Esq., harry4334@hotmail.com; Nicole Testa Mehdipour, Trustee, nicolem@ntmlawfirm.com; Alan R. Crane, Special Counsel to Trustee, acrane@furrcohen.com and to all those receiving electronic notice.

Respectfully submitted,
Hampton Peterson, Esq.
Office of the Tax Collector
P. O. Box 3715
West Palm Beach, Florida 33402-3715
Telephone: (561) 355-2141
Facsimile: (561) 355-1110
Florida Bar No. 331384

By: /s/ Hampton Peterson, Esq.
Attorney for Anne M. Gannon
Constitutional Tax Collector,
Serving Palm Beach County