**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

In re:                                                       Case No.: 22-12790-EPK
Chapter 7

EXCELL AUTO GROUP, INC.              WEST PALM BEACH DIVISION

Debtor(s).
_____/

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Bankruptcy Rule 1007(a)(1) and Local Rule 1002-1(A)(2), EXCELL AUTO GROUP, INC., a Corporate Debtor, makes the following disclosure(s):

There are no entities that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interest.

Dated: April 19, 2022.          Respectfully submitted,

                                          WEISS, HANDLER & CORNWELL, PA
*Attorneys for Debtor*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
      HARRY WINDERMAN, ESQ.
      Florida Bar No. 209562
      hw@whcfla.com
      filings@whcfla.com
      gg@whcfla.com

**LOCAL RULE 9011-4(B)(1) CERTIFICATION**

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                                                              By: /s/ Harry Winderman
                                                                   HARRY WINDERMAN, ESQ.
                                                                   Florida Bar No. 209562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 19, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

> WEISS, HANDLER & CORNWELL, PA
> *Attorneys for Debtor*
> One Boca Place, Suite 205-E
> 2255 Glades Road
> Boca Raton, FL 33431
> Telephone: (561) 997-9995
>
> By: /s/ Harry Winderman
> HARRY WINDERMAN, ESQ.
> Florida Bar No. 209562
> hw@whcfla.com
> filings@whcfla.com
> gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- Eyal Berger eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Alan R Crane acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- Mitchell A Dinkin mdinkin@madlegal.net lucyd@madlegal.net
- Mark A Levy mark.levy@brinkleymorgan.com,
- sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- David B Marks brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour nicolem@ntmlawfirm.com,
- cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour Trustee@ntmlawfirm.com,
- TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- James B Miller bkcmiami@gmail.com
- James C. Moon jmoon@melandbudwick.com,
- ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Hampton Peterson, Esq. legalservices@pbctax.com
- Jordan L Rappaport office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- Ivan J Reich ireich@nasonyeager.com msmith@nasonyeager.com
- Jason S Rigoli jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- Bradley S Shraiberg bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- Zach B. Shelomith, Esq. zbs@lss.law
- Harry Winderman harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com

**Via US Mail:**

*See Attached Address Matrix*

```
Label Matrix for local noticing        1001 Clint Moore, LLC                  Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                 6560 W Rogers Circle                   4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                      Suite B27                              Oklahoma City, OK 73118-7901
Southern District of Florida           Boca Raton, FL 33487-2746
West Palm Beach
Tue Apr 19 08:49:58 EDT 2022

Auto Wholesale of Boca, LLC            Chapford Credit Opportunities Fund LP  Chapford Specialty Finance LLC
6560 W Rogers Circle                   c/o James C. Moon, Esq.                c/o James C. Moon, Esq.
Suite B27                              Meland Budwick, P.A.                   Meland Budwick, P.A.
Boca Raton, FL 33487-2746              200 South Biscayne Blvd., Ste 3200     200 South Biscayne Blvd., Ste 3200
                                       Miami, FL 33131-5323                   Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust      EXCELL Auto Group, Inc.                Franklin Capital Funding, LLC
c/o Ivan J. Reich                      1001 Clint Moore Road                  c/o Shraiberg Page, PA
750 Park of Commerce Blvd, Suite 210   Suite 101                              2385 NW Executive Center Dr., #300
Boca Raton, FL 33487-3611              Boca Raton, FL 33487-2830              Boca Raton, FL 33431-8530

MMS Ultimate Services, Inc.            Milco Atwater, LLC                     Millco Atwater, LLC
7241 Catalina Isle Drive               c/o Eyal Berger                        201 E Las Olas Blvd #1800
Lake Worth, FL 33467-7746              201 Las Olas Blvd #1800                Fort Lauderdale, FL 33301-4442
                                       Fort Lauderdale, FL 33301-4442

Savannah Row Development Company, LLC  Woodside Credit, LLC                   22 Capital
c/o M.A. Dinkin Law Firm, P.L.L.C.     c/o Zach B. Shelomith, Esq.            1900 Glades Road
3319 SR 7, Suite 303                   2699 Stirling Rd # C401                Suite 540
Wellington, FL 33449-8147              Fort Lauderdale, FL 33312-6598         Boca Raton, FL 33431-7378

AJA Realty                             Alpine Business Capital                Auto Wholesale Boca
16850 Charles River Drive              99 Wall Street                         6560 West Rogers Circle
Delray Beach, FL 33446-0010            New York, NY 10005-4301                Suite B27
                                                                              Boca Raton, FL 33487-2746

BAL Investments                        DCG Trust                              Ed Brown
1114 Ashton Trace                      c/o Kenny Goodman                      152 Bears Club Drive
Atlanta, GA 30319-2681                 1928 Thatch Palm Drive                 Jupiter, FL 33477-4203
                                       Boca Raton, FL 33432-7457

Get Backed                             MXT Solutions, LLC                     Mike Halperin
2101 Interstate 35                     2101 Interstate 35, 4th Floor          5820 Harrington Way
4th Floor                              Austin, TX 78741-3800                  Boca Raton, FL 33496-2511
Austin, TX 78741-3800

Office of the US Trustee               Parkview                               Phil Gori
51 S.W. 1st Ave.                       400 Main Street                        195 W. Alexander Palm Road
Suite 1204                             Stamford, CT 06901-3000                Boca Raton, FL 33432-8602
Miami, FL 33130-1614

Prestige Luxury Motors                 Savannah Row                           Shrayber Land
4301 Oak Circle                        30 SE 15th Avenue                      15700 Dallas Parkway, Suite 11
Suite 25                               Boca Raton, FL 33432                   Dallas, TX 75248-3306
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258
```

| | | |
|---|---|---|
| Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 |
| Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 |
| Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 | John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients    43
Bypassed recipients     1
Total                  44