**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                   Case No.   22-12790-EPK
                                                                          Chapter    7
    EXCELL AUTO GROUP, INC.

_____Debtor_____/

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[x]    The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
  1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
  2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
  3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
  4. filed an amended schedule(s) and summary of schedules; and
  5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[ ]    The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[ ]    The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
  1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  2. filed an amended schedule(s) or other paper.

[ ]    The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[ ]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: 4/19/2022

_____          _____
Attorney for Debtor (or Debtor, if pro se)       Joint Debtor (if applicable)
Harry Winderman
_____          _____
Print Name                                       Address
209562
_____          _____
Florida Bar Number                               Phone Number

LF-4 (rev. 12/01/15)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on April 19, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

>WEISS, HANDLER & CORNWELL, PA
>*Attorneys for Debtor*
>One Boca Place, Suite 205-E
>2255 Glades Road
>Boca Raton, FL 33431
>Telephone: (561) 997-9995
>
>By: /s/ Harry Winderman
>HARRY WINDERMAN, ESQ.
>Florida Bar No. 209562
>hw@whcfla.com
>filings@whcfla.com
>gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- Eyal Berger eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Alan R Crane acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- Mitchell A Dinkin mdinkin@madlegal.net lucyd@madlegal.net
- Mark A Levy mark.levy@brinkleymorgan.com,
- sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- David B Marks brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour nicolem@ntmlawfirm.com,
- cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour Trustee@ntmlawfirm.com,
- TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- James B Miller bkcmiami@gmail.com
- James C. Moon jmoon@melandbudwick.com,
- ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Hampton Peterson, Esq. legalservices@pbctax.com
- Jordan L Rappaport office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- Ivan J Reich ireich@nasonyeager.com msmith@nasonyeager.com
- Jason S Rigoli jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- Bradley S Shraiberg bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- Zach B. Shelomith, Esq. zbs@lss.law
- Harry Winderman harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com

**Via US Mail:**

*See Attached Address Matrix*