## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:  
EXCELL Auto Group, Inc.,

Debtor.  
_____/

Case No.: 22-12790-EPK

Chapter 7

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor David Amsel ("Amsel"), by and through its undersigned counsel, hereby files this Notice of Appearance, and requests that all further papers, pleadings, motions, notices, and other documents filed in connection with this case are served upon Amsel as follows:

> David Amsel  
> c/o Breuer Law, PLLC  
> Attn.: Stephen C. Breuer, Esq.  
> 6501 Congress Avenue, Ste. 240  
> Boca Raton, FL 33487  
> Telephone     954-607-3244  
> FAX              954-607-3244  
> Email   stephen@breuer.law

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida, that I am in compliance with the qualifications to practice in this Court set forth in Local Rule 2090-1(a), and that a true and correct copy of the foregoing was filed and served this 19th day of April, 2022, via: (i) CM/ECF, upon those registered to receive electronic filings in this case including the Debtor, c/o counsel, Harry Winderman to harry4334@hotmail.com.

> Breuer Law, PLLC  
> Attorneys for Amsel  
> 6501 Congress Avenue, Ste. 240  
> Boca Raton, FL 33487  
> Telephone     954-607-3244  
> FAX              954-607-3244  
> Email   stephen@breuer.law
>
> By: /s/ Stephen C. Breuer  
>      Stephen C. Breuer  
>      FBN 99709