UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

EXCELL AUTO GROUP, INC.,

CASE NO. 22-12790-EPK

Chapter 7

Debtor.
_____/

## NOTICE OF APPEARANCE AS COUNSEL AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** of the appearance of LIEBLER, GONZALEZ & PORTUONDO, as counsel for Creditor, WESTLAKE SERVICES, LLC, in these proceedings. All parties are requested to take notice of the appearance of this counsel and to serve all copies of any and all motions, orders, pleadings, notices, papers, reports, and/or documents of any kind or nature upon the undersigned counsel. The following email addresses are hereby designated for purpose of service:

| | |
|---|---|
| Primary E-Mail Address: | service@lgplaw.com |
| Secondary E-Mail Addresses: | mes@lgplaw.com; pm@lgplaw.com |
| | jrlII@lgplaw.com; mkv@lgplaw.com |

Respectfully submitted,

/s/ James R. Liebler, II
MARK E. STEINER
Florida Bar No. 28513
JAMES R. LIEBLER, II
Florida Bar No. 115348
Liebler, Gonzalez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130
Tel: (305) 379-0400
Email: service@lgplaw.com
*Counsel for Westlake Services, LLC*

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130    (305) 379-0400

CASE NO.: 22-12790-EPK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of April, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ James R. Liebler, II<br>JAMES R. LIEBLER, II