

**ORDERED in the Southern District of Florida on April 19, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

**ORDER APPROVING EMREGENCY APPLICATION FOR AUTHORIZATION TO EMPLOY FURR AND COHEN, P.A. AS SPECIAL COUNSEL**

THIS CASE came before the Court for a hearing on April 18, 2022, at 9:30 a.m. in West Palm Beach, Florida, upon the *Emergency Application for Authorization to Employ Furr and Cohen, P.A. as Special Counsel* [ECF No. 24] (the "**Application**")[1], filed by Nicole Testa Mehdipour ("**Trustee**"), Chapter 7 trustee for Excell Auto Group, Inc. (the "**Debtor**"). The Court has reviewed the Application and supporting declaration of Alan R. Crane, notes that no objections were filed to the Application, finds that Furr and Cohen, P.A. ("**FurrCohen**") does not hold an interest adverse to the estate in the matters upon which FurrCohen is engaged, FurrCohen, P.A.

---

[1] Capitalized terms used in this Order and not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

1

disclosed any connection with parties as set forth in Rule 2014 of the Federal Rules of Bankruptcy Procedure; FurrCohen's employment is necessary and in the best interest of the estate; and due and proper notice of the Application and of the hearing thereon was given pursuant to applicable law, and the Court finds it appropriate to approve the Application on a final basis.  Accordingly, it is-

**ORDERED** that:

1. The Application is APPROVED on a final basis.

2. The Trustee is authorized to employ and retain FurrCohen. as special counsel in this Chapter 7 case, effective as of **April 11, 2022**, on a general retainer, pursuant to 11 U.S.C. §§ 327, 330, and 331, and in accordance with the terms and conditions set forth in the Application, including, but not limited to, the following:

   a. to assist, advise and represent the Trustee in the investigation, formulation, filing, prosecution, negotiation and/or settlement of litigation claims and causes of action available to the Trustee and the bankruptcy estate, including, without limitation, avoidance actions under sections 542 through 550 of the Bankruptcy Code which the Trustee requests that Furr Cohen handle;

   b. to advise and assist the Trustee in the performance of her duties under the Bankruptcy Code, including to investigate the acts, conduct, assets, liabilities and financial condition of the pre-petition Debtor and to locate and repatriate assets of the estate;

   c. to attend meetings and negotiate with representatives of the former principals and management of the Debtor, creditors and other parties-in interest and advise and consult on the conduct of the case to the extent requested by the Trustee;

   d. to assist, advise and represent the Trustee in any other matter as directed by the Trustee and Trustee's proposed general counsel, Law Office of Nicole Testa Mehdipour, P.A, including but not limited to, those instances where the Trustee requires counsel to handle a specific matter or matters on behalf of the Trustee; and

   e. appear before this Court, the District Court, any appellate courts, and the U.S. Trustee, and protect the interests of the Debtor and the estate before such courts and the U.S. Trustee.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Final Order.

###

**Submitted by:**
Alan R. Crane, Esq.
Furr and Cohen, P.A.
*Special Counsel to Trustee*
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
(561)395-0500/(561)338-7532 fax
E-mail:  acrane@furrcohen.com

*Attorney Alan Crane is directed to serve a copy of this Order on all parties listed below and file a Certificate of Service with the Court.*