**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**EXCELL AUTO GROUP, INC.,**   CASE NO. 22-12790-EPK

    Debtor.   Chapter 7

_____/

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that David R. Softness, Esq. and the law firm of David R. Softness, P.A. (together, "DRSPA"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby appear in the above-captioned bankruptcy case on behalf of FVP Opportunity Fund III, LP, a Delaware limited partnership ("FVP Fund"); FVP Investments, LLC, a Delaware limited liability company ("FVP Investments"); and FVP Servicing, LLC a Delaware limited liability company ("FVP Servicing" and together, for convenience and where the context allows or requires "FVP"), a creditor and interested party herein. Pursuant to Bankruptcy Code Section 1109(b) (the "Code") and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Rules"), FVP requests special notice and service of all pleadings or documents in all matters pertaining to the above-referenced bankruptcy case. FVP consents to notice by Email. FVP requests that for all notice purposes, the following address be used:

    David R. Softness, Esq.
    David R. Softness, P.A.
    201 South Biscayne Boulevard
    Suite 2740
    Miami, Florida  33131
    Email:       david@softnesslaw.com
    Tel:         305-341-3111

**PLEASE TAKE FURTHER NOTICE** that neither this appearance and request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct shall constitute a waiver of FVP's:

(a) Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

(b) Right to trial by jury in any proceeding as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or

(d) Other rights, claims, actions, defenses, set-offs, recoupments or other matters to which this party is entitled under any agreements or at law or equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these matters.

DATED: April 20, 2022

/s/ David R. Softness
David R. Softness, Esq.
(FBN: 513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard, Suite 2740
Miami, FL  33131
Tel:           305-341-3111
Email:       david@softnesslaw.com

*Counsel for*
FVP Opportunity Fund III, LP
FVP Investments, LLC
FVP Servicing, LLC