United States Bankruptcy Court

Southern District of Florida

In re:  
EXCELL Auto Group, Inc.  
    Debtor

Case No. 22-12790-EPK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 3  
Date Rcvd: Apr 18, 2022      Form ID: 309D      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | EXCELL Auto Group, Inc., 1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487-2830 |
| aty | + | Alan R Crane, 2255 Glades Rd 419A, Boca Raton, FL 33431-7379 |
| aty | + | Bradley S Shraiberg, 2385 NW Executive Center Dr. #300, Boca Raton, FL 33431-8530 |
| aty | + | David B Marks, 201 E Las Olas Blvd # 1800, Ft Lauderdale, FL 33301-4442 |
| aty | + | Eyal Berger, Esq., Akerman LLP, 201 E Las Olas Blvd #1800, Ft Lauderdale, FL 33301-4442 |
| aty | + | Ivan J Reich, Esq, NASON YEAGER, 750 Park of Commerce Blvd., Ste. 210, Boca Raton, FL 33487-3611 |
| aty | + | James B Miller, 19 W Flagler St #416, Miami, FL 33130-4419 |
| aty | + | Jason S Rigoli, Esq., 2255 Glades Rd # 419A, Boca Raton, FL 33431-7379 |
| aty | + | Jordan L Rappaport, Esq, 1300 N Federal Hwy #203, Boca Raton, FL 33432-2848 |
| aty | + | Mark A Levy, Esq, Brinkley Morgan, 100 SE Third Avenue, 23rd Floor, Ft. Lauderdale, FL 33394-0002 |
| aty | | Mitchell A Dinkin, Esq., M.A. Dinkin Law Firm, P.L.L.C., 3319 S.R. 7, Suite 303, Wellington, FL 33449 |
| cr | + | 1001 Clint Moore, LLC, 6560 W Rogers Circle, Suite B27, Boca Raton, FL 33487-2746 |
| cr | + | Andrew Greenberg, c/o Jordan L Rappaport, 1300 N Federal Hwy #203, Boca Raton, FL 33432-2848 |
| cr | + | Auto Wholesale of Boca, LLC, 6560 W Rogers Circle, Suite B27, Boca Raton, FL 33487-2746 |
| cr | + | Chad Zakin, c/o Mark A. Levy, 100 SE Third Avenue, 23rd Floor, Fort Lauderdale, FL 33394-0002 |
| cr | + | DCG 2008 Irrevocable Wealth Trust, c/o Ivan J. Reich, 750 Park of Commerce Blvd, Suite 210, Boca Raton, FL 33487-3611 |
| cr | + | Edward Brown, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Franklin Capital Funding, LLC, c/o Shraiberg Page, PA, 2385 NW Executive Center Dr., #300, Boca Raton, FL 33431-8530 |
| cr | + | John Wittig, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | MMS Ultimate Services, Inc., 7241 Catalina Isle Drive, Lake Worth, FL 33467-7746 |
| cr | + | Milco Atwater, LLC, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Millco Atwater, LLC, 201 E Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Moshe Farache, c/o James B. Miller, P.A., 19 West Flagler St., Suite 416, Miami, FL 33130-4419 |
| cr | + | Philip T. Gori, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Richard Applegate, c/o Jordan L. Rappaport, Suite 203, Squires Building, 1300 North Federal Highway, Boca Raton, FL 33432-2801 |
| cr | + | Richard Greenberg, c/o Jordan L Rappaport, 1300 N Federal Hwy #203, Boca Raton, FL 33432-2848 |
| cr | + | Savannah Row Development Company, LLC, c/o M.A. Dinkin Law Firm, P.L.L.C., 3319 SR 7, Suite 303, Wellington, FL 33449-8147 |
| 96550654 | + | 22 Capital, 1900 Glades Road, Suite 540, Boca Raton, FL 33431-7378 |
| 96550656 | + | AJA Realty, 16850 Charles River Drive, Delray Beach, FL 33446-0010 |
| 96550655 | + | Alpine Business Capital, 99 Wall Street, New York, NY 10005-4301 |
| 96550657 | + | Auto Wholesale Boca, 6560 West Rogers Circle, Suite B27, Boca Raton, FL 33487-2746 |
| 96550658 | + | BAL Investments, 1114 Ashton Trace, Atlanta, GA 30319-2681 |
| 96550660 | #+ | DCG Trust, c/o Kenny Goodman, 1928 Thatch Palm Drive, Boca Raton, FL 33432-7457 |
| 96550659 | + | Ed Brown, 152 Bears Club Drive, Jupiter, FL 33477-4203 |
| 96550661 | + | Get Backed, 2101 Interstate 35, 4th Floor, Austin, TX 78741-3800 |
| 96550663 | + | Parkview, 400 Main Street, Stamford, CT 06901-3000 |
| 96550664 | + | Prestige Luxury Motors, 4301 Oak Circle, Suite 25, Boca Raton, FL 33431, Shrayber Land 15700 Dallas Parkway 33431-4258 |
| 96550665 | + | Spin Capital, 1968 S. Coast Highway, Suite 5021, Laguna Beach, CA 92651-3681 |
| 96550666 | + | TBF, 333 River Street, Hoboken, NJ 07030-5856 |
| 96550667 | + | TVT, 1407 Broadway, New York, NY 10018-5100 |
| 96550668 | + | Wing Lake Capital Partners, 32300 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-1501 |

TOTAL: 41

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: 309D | Total Noticed: 47 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: harry4334@hotmail.com | Apr 18 2022 22:26:00 | Harry Winderman, Harry Winderman, ESQ., 2255 Glades Road, Suite 205e, Boca Raton, FL 33431 |
| aty | EDI: FNTMEHDIPOUR.COM | Apr 19 2022 02:28:00 | Nicole Testa Mehdipour, Law Office of Nicole Testa Mehdipour, PA, 6278 North Federal Highway, Suite 408, Ft Lauderdale, FL 33308 |
| tr | EDI: FNTMEHDIPOUR.COM | Apr 19 2022 02:28:00 | Nicole Testa Mehdipour, United States Bankruptcy Trustee, 6278 North Federal Highway Suite 408, Ft Lauderdale, FL 33308 |
| smg | EDI: FLDEPREV.COM | Apr 19 2022 02:28:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| ust | + Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 18 2022 22:26:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + EDI: AISACG.COM | Apr 19 2022 02:29:00 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96550662 | ##+ | Mike Halperin, 5820 Harrington Way, Boca Raton, FL 33496-2511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan R Crane | on behalf of Trustee Nicole Testa Mehdipour acrane@furrcohen.com rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com |
| Bradley S Shraiberg | on behalf of Creditor Franklin Capital Funding  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| David B Marks | on behalf of Creditor Millco Atwater  LLC brett.marks@akerman.com, charlene.cerda@akerman.com |

District/off: 113C-9  User: admin  Page 3 of 3
Date Rcvd: Apr 18, 2022  Form ID: 309D  Total Noticed: 47

| Name | Notice |
|---|---|
| David B Marks | on behalf of Creditor Philip T. Gori brett.marks@akerman.com  charlene.cerda@akerman.com |
| David B Marks | on behalf of Creditor Edward Brown brett.marks@akerman.com  charlene.cerda@akerman.com |
| David B Marks | on behalf of Creditor John Wittig brett.marks@akerman.com  charlene.cerda@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Milco Atwater  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Edward Brown eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Philip T. Gori eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor John Wittig eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Harry Winderman | on behalf of Debtor EXCELL Auto Group  Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Ivan J Reich, Esq | on behalf of Creditor DCG 2008 Irrevocable Wealth Trust ireich@nasonyeager.com  msmith@nasonyeager.com |
| James B Miller | on behalf of Creditor Moshe Farache bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor MMS Ultimate Services  Inc. bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor Auto Wholesale of Boca  LLC bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor 1001 Clint Moore  LLC bkcmiami@gmail.com |
| Jason S Rigoli, Esq. | on behalf of Trustee Nicole Testa Mehdipour jrigoli@furrcohen.com  rrivera@furrcohen.com;staff1@furrcohen.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Andrew Greenberg office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Richard Applegate office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Richard Greenberg office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Mark A Levy, Esq | on behalf of Creditor Chad Zakin mark.levy@brinkleymorgan.com  sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com |
| Mitchell A Dinkin, Esq. | on behalf of Creditor Savannah Row Development Company  LLC mdinkin@madlegal.net, lucyd@madlegal.net |
| Nicole Testa Mehdipour | Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com |
| Nicole Testa Mehdipour | on behalf of Trustee Nicole Testa Mehdipour nicolem@ntmlawfirm.com cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 25

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | EXCELL Auto Group, Inc.<br>Name | EIN: | 80–0344450 |
| United States Bankruptcy Court | Southern District of Florida | Date case filed for chapter: | 7    4/8/22 |
| Case number: | 22–12790–EPK | | |

# Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**You may want to consult an attorney to protect your rights. The bankruptcy clerk's office staff cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

**WARNING TO DEBTOR:** WITHOUT FURTHER NOTICE OR HEARING THE COURT MAY DISMISS YOUR CASE FOR FAILURE OF THE DEBTOR TO APPEAR AT THE MEETING OF CREDITORS OR FAILURE TO TIMELY FILE REQUIRED SCHEDULES, STATEMENTS OR LISTS.

| 1. | **Debtor's Full Name** | EXCELL Auto Group, Inc. | |
|---|---|---|---|
| 2. | **All Other Names Used in the Last 8 Years** | | |
| 3. | **Address** | 1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487 | |
| 4. | **Debtor's Attorney**<br>(or Pro Se Debtor)<br>Name and address | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431 | Contact phone 561–997–9995 |
| 5. | **Bankruptcy Trustee**<br>Name and address | Nicole Testa Mehdipour<br>United States Bankruptcy Trustee<br>6278 North Federal Highway Suite 408<br>Ft Lauderdale, FL 33308 | Contact phone 954–858–5880 |
| 6. | **Bankruptcy Clerk's Divisional Office Where Assigned Judge is Chambered** | Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401 | Hours open 8:30 a.m. – 4:00 p.m.<br>Contact Phone (561) 514–4100 |
| | Documents filed conventionally in paper may be filed at any bankruptcy clerk's office location. Documents may be viewed in electronic format via CM/ECF at any clerk's office public terminal (at no charge for viewing) or via PACER on the internet accessible at pacer.uscourts.gov (charges will apply). Case filing and unexpired deadline dates can be obtained by calling the Voice Case Information System toll–free at (866) 222–8029. As mandated by the Department of Homeland Security, ALL visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g. drivers' license, state identification card, passport, or immigration card.) | | **Note:** Contact the Clerk's Office at the number listed above or check the court's website for reduced hours of operation for in–person filings.<br><br>Clerk of Court:  **Joseph Falzone**<br>Dated: **4/18/22** |
| 7. | ***MEETING OF CREDITORS***<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | May 13, 2022 at 08:30 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | ***MEETING WILL BE HELD BY TELEPHONE***<br><br>Trustee:  Nicole Testa Mehdipour<br>Call in number:  866–818–8683<br>Passcode: 8748416 |

Local Form 309D USBC SDFL (Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set**    page **1**
(06/14/2021)

Debtor  **EXCELL Auto Group, Inc.**                                                                                              Case number **22–12790–EPK**

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.<br><br>**When Filing Proofs of Claim:** Claims may be delivered or mailed to the clerk's office. Creditors with internet access have the option to use the electronic claims filing program on the court website at www.flsb.uscourts.gov to electronically file a proof of claim. | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>**Deadlines for Filing Proof of Claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at  www.flsb.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. If this is a converted case proofs of claim filed under the initial chapter shall be deemed filed and need not be refiled.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing proofs of claim in this notice apply to all creditors. If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline to file a proof of claim. See also box 9 below. | **Filing deadline: 6/27/22**<br><br>**Filing deadline: 10/17/22** |
| 9. **Creditors with a Foreign Address** | Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the Debtor's Property and Payment of Creditors' Claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |
| 11. **Abandonment of Property by Trustee, Deadline to Object to Trustee's Report** | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within two business days. Objections to the report must be filed within 14 days of the meeting. | |
| 12. **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) EBN program open to all parties. Register at the BNC website bankruptcynotices.uscourts.gov, **OR** 2) DeBN program open to debtors only. Register by filing with the Clerk of Court, Local Form "Debtor's Request to Receive Notices Electronically Under DeBN Program". There is no charge for either option. See also Local Rule 9036–1(B) and (C). | |
| 13. **Translating Services** | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. | |

Local Form 309D USBC SDFL (Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case – Proof of Claim Deadline Set**      page **2**