United States Bankruptcy Court

Southern District of Florida

In re:  
EXCELL Auto Group, Inc.  
    Debtor

Case No. 22-12790-EPK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 3  
Date Rcvd: Apr 18, 2022      Form ID: pdf004      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | EXCELL Auto Group, Inc., 1001 Clint Moore Road, Suite 101, Boca Raton, FL 33487-2830 |
| cr | + | 1001 Clint Moore, LLC, 6560 W Rogers Circle, Suite B27, Boca Raton, FL 33487-2746 |
| cr | + | Andrew Greenberg, c/o Jordan L Rappaport, 1300 N Federal Hwy #203, Boca Raton, FL 33432-2848 |
| cr | + | Auto Wholesale of Boca, LLC, 6560 W Rogers Circle, Suite B27, Boca Raton, FL 33487-2746 |
| cr | + | Chad Zakin, c/o Mark A. Levy, 100 SE Third Avenue, 23rd Floor, Fort Lauderdale, FL 33394-0002 |
| cr | + | DCG 2008 Irrevocable Wealth Trust, c/o Ivan J. Reich, 750 Park of Commerce Blvd, Suite 210, Boca Raton, FL 33487-3611 |
| cr | + | Edward Brown, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Franklin Capital Funding, LLC, c/o Shraiberg Page, PA, 2385 NW Executive Center Dr., #300, Boca Raton, FL 33431-8530 |
| cr | + | John Wittig, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | MMS Ultimate Services, Inc., 7241 Catalina Isle Drive, Lake Worth, FL 33467-7746 |
| cr | + | Milco Atwater, LLC, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Millco Atwater, LLC, 201 E Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Moshe Farache, c/o James B. Miller, P.A., 19 West Flagler St., Suite 416, Miami, FL 33130-4419 |
| cr | + | Philip T. Gori, c/o Eyal Berger, 201 Las Olas Blvd #1800, Fort Lauderdale, FL 33301-4442 |
| cr | + | Richard Applegate, c/o Jordan L. Rappaport, Suite 203, Squires Building, 1300 North Federal Highway, Boca Raton, FL 33432-2801 |
| cr | + | Richard Greenberg, c/o Jordan L Rappaport, 1300 N Federal Hwy #203, Boca Raton, FL 33432-2848 |
| cr | + | Savannah Row Development Company, LLC, c/o M.A. Dinkin Law Firm, P.L.L.C., 3319 SR 7, Suite 303, Wellington, FL 33449-8147 |
| 96550654 | + | 22 Capital, 1900 Glades Road, Suite 540, Boca Raton, FL 33431-7378 |
| 96550656 | + | AJA Realty, 16850 Charles River Drive, Delray Beach, FL 33446-0010 |
| 96550655 | + | Alpine Business Capital, 99 Wall Street, New York, NY 10005-4301 |
| 96550657 | + | Auto Wholesale Boca, 6560 West Rogers Circle, Suite B27, Boca Raton, FL 33487-2746 |
| 96550658 | + | BAL Investments, 1114 Ashton Trace, Atlanta, GA 30319-2681 |
| 96550660 | #+ | DCG Trust, c/o Kenny Goodman, 1928 Thatch Palm Drive, Boca Raton, FL 33432-7457 |
| 96550659 | + | Ed Brown, 152 Bears Club Drive, Jupiter, FL 33477-4203 |
| 96550661 | + | Get Backed, 2101 Interstate 35, 4th Floor, Austin, TX 78741-3800 |
| 96550663 | + | Parkview, 400 Main Street, Stamford, CT 06901-3000 |
| 96550664 | + | Prestige Luxury Motors, 4301 Oak Circle, Suite 25, Boca Raton, FL 33431, Shrayber Land 15700 Dallas Parkway 33431-4258 |
| 96550665 | + | Spin Capital, 1968 S. Coast Highway, Suite 5021, Laguna Beach, CA 92651-3681 |
| 96550666 | + | TBF, 333 River Street, Hoboken, NJ 07030-5856 |
| 96550667 | + | TVT, 1407 Broadway, New York, NY 10018-5100 |
| 96550668 | + | Wing Lake Capital Partners, 32300 Northwestern Highway, Suite 200, Farmington Hills, MI 48334-1501 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 18 2022 22:32:57 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

| District/off: 113C-9 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2022 | Form ID: pdf004 | Total Noticed: 32 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 96550662 | ##+ | Mike Halperin, 5820 Harrington Way, Boca Raton, FL 33496-2511 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan R Crane | on behalf of Trustee Nicole Testa Mehdipour acrane@furrcohen.com rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com |
| Bradley S Shraiberg | on behalf of Creditor Franklin Capital Funding  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| David B Marks | on behalf of Creditor Millco Atwater  LLC brett.marks@akerman.com, charlene.cerda@akerman.com |
| David B Marks | on behalf of Creditor Philip T. Gori brett.marks@akerman.com  charlene.cerda@akerman.com |
| David B Marks | on behalf of Creditor Edward Brown brett.marks@akerman.com  charlene.cerda@akerman.com |
| David B Marks | on behalf of Creditor John Wittig brett.marks@akerman.com  charlene.cerda@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Milco Atwater  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Edward Brown eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Philip T. Gori eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor John Wittig eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com |
| Harry Winderman | on behalf of Debtor EXCELL Auto Group  Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Ivan J Reich, Esq | on behalf of Creditor DCG 2008 Irrevocable Wealth Trust ireich@nasonyeager.com  msmith@nasonyeager.com |
| James B Miller | on behalf of Creditor Moshe Farache bkcmiami@gmail.com |
| James B Miller | |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 18, 2022 | Form ID: pdf004 | Total Noticed: 32 |

on behalf of Creditor MMS Ultimate Services  Inc. bkcmiami@gmail.com

James B Miller

on behalf of Creditor Auto Wholesale of Boca  LLC bkcmiami@gmail.com

James B Miller

on behalf of Creditor 1001 Clint Moore  LLC bkcmiami@gmail.com

Jason S Rigoli, Esq.

on behalf of Trustee Nicole Testa Mehdipour jrigoli@furrcohen.com  rrivera@furrcohen.com;staff1@furrcohen.com

Jordan L Rappaport, Esq

on behalf of Creditor Andrew Greenberg office@rorlawfirm.com  1678370420@filings.docketbird.com

Jordan L Rappaport, Esq

on behalf of Creditor Richard Applegate office@rorlawfirm.com  1678370420@filings.docketbird.com

Jordan L Rappaport, Esq

on behalf of Creditor Richard Greenberg office@rorlawfirm.com  1678370420@filings.docketbird.com

Mark A Levy, Esq

on behalf of Creditor Chad Zakin mark.levy@brinkleymorgan.com sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Mitchell A Dinkin, Esq.

on behalf of Creditor Savannah Row Development Company  LLC mdinkin@madlegal.net, lucyd@madlegal.net

Nicole Testa Mehdipour

Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour

on behalf of Trustee Nicole Testa Mehdipour nicolem@ntmlawfirm.com cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 25

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

IN RE:                                    :    CHAPTER 7
                                          :
EXCELL AUTO GROUP, INC.                   :    CASE NO. 22-12790-EPK
                                          :
    Debtor.                               :

## NOTICE OF UPDATED CALL-IN INFORMATION FOR §341 MEETING

NOTICE IS HEREBY GIVEN that the §341 meeting in the above matter scheduled for May 13, 2022 at 8:30 am will be conducted via Zoom at the following link:

Join Zoom Meeting
https://zoom.us/j/96441949873?pwd=UmNpa2pzVFpNRlhTRnk1M2oyeUs5UT09

Meeting ID: 964 4194 9873
Passcode: 407890


DATED:   April 18, 2022


                                        _____/s/_____
                                        HEIDI A. FEINMAN
                                        Trial Attorney
                                        Office of the U.S. Trustee
                                        51 SW First Avenue
                                        Miami, FL 33130
                                        (305) 536-7285
                                        Heidi.A.Feinman@usdoj.gov