**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In Re:**

**EXCELL AUTO GROUP, INC.,**                     **Case No. 22-12790-EPK**

    **Debtor,**                                                **Chapter 7**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PLEADINGS AND OTHER PAPERS**

The undersigned hereby files this Notice of Appearance as counsel for Prestige Luxury

Cars, LLC, a party in interest, and hereby requests that copies of all future pleadings and notices

be sent to the undersigned:

Thomas G. Zeichman, Esquire
BEIGHLEY, MYRICK, UDELL & LYNNE, PA
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com
csalomon@bmulaw.com

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), the request for service of

notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and

additionally includes, without limitation, notices of any application, complaint, demand, hearing,

motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in

the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or

otherwise.

1

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleadings, claim or suit is intended or shall be deemed a waiver of any right: (i) to have final orders in non-core matters entered only after de novo review by Untied States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Prestige Luxury Cars, LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Prestige Luxury Cars, LLC expressly reserves hereby.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on this 21st day of April, 2022, I electronically filed this document with the Clerk of Court using CM/ECF.  I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**BEIGHLEY, MYRICK, UDELL**
**& LYNNE, PA**
*Counsel for Prestige Luxury Cars, LLC*
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Phone: 561-549-9036
Fax: 561-491-5509
tzeichman@bmulaw.com

By:    /s/ Thomas G. Zeichman
       THOMAS G. ZEICHMAN
       Florida Bar No. 99239