**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.                    Case No. 22-12790-EPK

                                                        Chapter 7

      Debtor.
_____/

## NOTICE OF APPEARANCE

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE,** pursuant to Rule 9010, Fed. R. Bankr. P., of the appearance of ERIC J. SILVER**,** of the law firm of STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. (together, "Stearns Weaver") as counsel of record for BENIDT INVESTMENTS/SLINGER, LLC.  Undersigned counsel respectfully request that copies of all future notices, pleadings and orders served and/or filed in the above-styled and numbered cause be served upon the following:

ERIC J. SILVER, ESQ.
*esilver@stearnsweaver.com*
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-2688


*(signature page follows)*

Date:  April 22, 2022

Respectfully submitted,

S<small>TEARNS</small> W<small>EAVER</small> M<small>ILLER</small> W<small>EISSLER</small>
 A<small>LHADEFF</small> & S<small>ITTERSON</small>, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:	(305) 789-3200
Facsimile:	(305) 789-3395

By:	*/s/ Eric J. Silver*
	ERIC J. SILVER
	Florida Bar No. 057262
	*esilver@stearnsweaver.com*
	*Counsel for Benidt Investments/Slinger, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel or parties who are registered to receive Notices of Electronic Filing in this case, as identified on the attached service list.

*/s/ Eric J. Silver*
Eric J. Silver, Esq.
Florida Bar No. 057262
*esilver@stearnsweaver.com*

## SERVICE LIST
## Case Nos.: 22-12790-EPK
## United States Bankruptcy Court, Southern District of Florida

a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- David R. Softness    david@softnesslaw.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

#10538831 v1