**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                                                 Case No. 22-12790-EPK
                                                                                        Chapter 11

EXCELL AUTO GROUP, INC.,
EIN: 80-0344450

                              Debtor.
_____/

**NOTICE OF APPEARANCE REQUEST FOR <u>SERVICE</u> OF PETER SPINDEL, ESQ., P.A.,
AND RESERVATION OF RIGHTS ON BEHALF OF TULOCAY FARM, INC.**

      1. **PLEASE TAKE NOTICE** that **PETER SPINDEL, ESQ, P.A.** enters his appearance in this case as counsel on behalf of **TULOCAY FARM, INC. ("Tulocay")**, a fully secured creditor. All interested parties are requested to take notice of said appearance in accordance with 11 U.S.C. § 1109(b), Fed. R. Bankr. P. 2002(g)(1) and 9010(b), and Local Rule 9010-1(A) and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served thereupon.

      2. Peter Spindel, Esq., requests that he be served with copies of all notices, papers and pleadings of any kind filed in the within case whether filed by the Court, the Debtor, the U.S. Trustee, a creditor, or any other interested party in order that he may appear and be heard on any issue as a party-in-interest on behalf of Tulocay.

      3. Peter Spindel, Esq., pursuant to Local Rule 2002-1(E)(1-2), requests that the Clerk of Bankruptcy Court place his name and mailing address on the Debtor's matrix to receive notices as counsel on behalf of Tulocay in this case.

      4. All such notices, papers and pleadings should be served at the following address:

            Tulocay Farm, Inc.
            c/o Peter Spindel, Esq., P.A.
            P.O. Box 835063
            Miami, FL 33283-5063
            peterspindel@gmail.com

      5. **PLEASE TAKE NOTICE** that the foregoing request includes not only the notices and papers referred to in Fed. R. Bankr. P. 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, telegraph, cable, world wide web internet, electronic mail or otherwise filed with regard

to the referenced case and in the within proceedings that (a) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including Tulocay with respect to (1) the debtor; (2) property of the estate or proceeds thereof in which the debtor may claim an interest; or (3) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (b) requires or seeks to require any act, delivery of any property, payment, or other conduct by Tulocay.

6. **PLEASE TAKE NOTICE** that Tulocay intends that neither this Notice of Appearance nor any later appearance, pleading or claim shall affect (a) Tulocay's right to have final orders in noncore matters entered only after *de novo* review by a U.S. District Court Judge, (b) Tulocay's right to trial by jury in any proceeding so triable in this case, or proceeding related to this case, (c) Tulocay's right to have the District Court withdraw the reference in any matter subject to mandatory or discretional withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which Tulocay is or may be entitled under agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Tulocay expressly reserves.

<u>Certificate of Admission</u>

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Loc.R.Bankr.P. 2090-1(A).

/s/ *Peter Spindel*

SPINDEL
Florida Bar No. 816183
PETER SPINDEL
Florida Bar No. 816183
Peter Spindel, Esq., P.A.
P.O. Box 835063
Miami, FL 33283-5063
Tel: 786.355.4631
email: peterspindel@gmail.com

<u>Certificate of Service</u>

I CERTIFY that a true copy of the foregoing and Notice of Hearing were served on all CM/ECF registered users via Notice of Electronic Filing and by regular first class USPS carrier mail, postage fully prepaid, on all other interested parties not served via CM/ECF as indicated on the attached service list on April 24, 2022.

/s/ *Peter Spindel*

PETER SPINDEL

*Via NEF:*
All CM/ECF registered parties

*By USPS mail:*
EXCELL Auto Group, Inc.
1001 Clint Moore Rd. #101
Boca Raton, FL 33487

Scott Zankl
Kristen Zankl
16937 Pierre Cir.
Delray Beach, FL 33446

###
3894.2201
\tulocay1.app