UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Debtor.
_____/

Case No.: 22-12790-EPK
Chapter 7

## EX PARTE MOTION TO SHORTEN TIME TO PRODUCE DOCUMENTS RESPONSIVE TO NOTICES OF 2004 EXAMINATION

Nicole Testa Mehdipour, Chapter 7 Trustee of the estate of Excell Auto Group, LLC, by and through undersigned counsel, pursuant to Rules 2004 and 9006 of the Federal Rules of Bankruptcy Procedure and Local Rules 2004-1(B) and 9013-1(C)(7), files this *Ex Parte Motion to Shorten Time to Produce Documents Responsive to Notices of 2004 Examination*, and in support respectfully states as follows:

1. Concurrently with this Motion the Trustee filed a Rule 2004 Subpoena on JP Morgan Chase Bank. N.A. [ECF No. 54]. This is the second subpoena duces tecum under Fed. R. Bankr. P. 2004, that the Trustee served on Chase. The first subpoena was field and served on April 12, 2022 [ECF No. 7].

2. On April 12, 2022, the Trustee similarly filed Rule 2004 subpoenas *duces tecum* on BankUnited, Inc. [ECF No. 8] and First Horizon Bank f/k/a Iberiabank [ECF No. 9]. Production from BankUnitde and First horizon is due May 12, 2022.

3. The Trustee has only received partial banking records of the Debtor. The initial review of the bank statements demonstrates a pattern of funds flowing between the Debtor and two or more non-debtor entities, including Karma of Palm Beach and Karma of Broward. Further, the Trustee has received statements by creditors indicating that vehicles were purchased and not

paid for by either the Debtor one of the non-debtor entities. The 341 meeting is scheduled for May 13, 2022, at 8:30 am by Zoom [ECF No. 31]. The shortened return date is necessary so that the Trustee can review the records to properly examine the Debtor.

4. The subpoenas request the production of documents, communications, and electronically stored information related to certain accounts of the Debtor or related to the Debtor, which can be produced in lieu of an oral examination. The second subpoena to JP Morgan Chase Bank, N.A. does overlap the first subpoena.

5. The information obtained from the Debtor to date is inadequate to allow the Trustee and her professionals to identify property of the estate and effectuate a full analysis of the financial condition of the Debtor's business operations.

6. The Debtor, and related entities, did their banking at Chase, BankUnited, and/or First Horizon f/k/a Iberiabank.

7. Local Rule 2004-1(B) shortens the response time to 14-days under Fed. R. Civ. P. 34, which is incorporated into Rule 45. Each of the subpoenas issued on April 12, 2022, could have requested production by today, April 26, 2022.

8. The Trustee needs to shorten the response time further to allow the Trustee to address several pending issues, including determining whether the Trustee is in possession of non-debtor property, issues arising in related state court litigation, and more.

9. Fed. R. Bankr. P. 9006(c) authorizes the Court to shorten the time for response to request for production. Local Rule 9013-1(C)(7) of the Local Rules of the United States Bankruptcy Court for the Southern District of Florida provides that the Court may enter an Order shortening the time to respond to production request without noticing a hearing.

10. No party in interest will be prejudiced by the granting of this request.

11.     Trustee requests that the Court shorten the time for JP Morgan Chase Bank, N.A., BankUnited, Inc., and First Horizon f/k/a Iberibank to respond to each of the respective subpoenas and produce all responsive documents, communications, or electronically stored information requested therein within to seven (7) days from the filing of this motion, specifically by 5:00 p.m. (prevailing eastern time) on May 3, 2022.

WHEREFORE, the Trustee respectfully request that this Honorable Court enter an order: (i) granting this motion; (ii) shortening the time for JP Morgan Chase, N.A., BankUnited, Inc., and First Horizon Bank f/k/a Iberiabank to respond to the respective Rule 2004 Subpoenas duces tecum to seven (7) days from the date of filing this motion, specifically by 5:00 p.m. (prevailing eastern time) on May 3, 2022; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 26th day of April 2022.

>                    FURR AND COHEN, P.A.
>                    *Special Counsel to the Trustee*
>                    2255 Glades Road, Suite 419A
>                    Boca Raton, Florida 33431
>                    (561) 395-0500
>                    (561) 338-7532 - facsimile
>
>                    By */s/ Jason S. Rigoli*
>                         Alan R. Crane, Esq.
>                         Florida Bar No. 963836
>                         E-mail: acrane@furrcohen.com
>                         Jason S. Rigoli, Esq.
>                         Florida Bar No. 91990
>                         E-mail: jrigoli@furrcohen.com