## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
## www.flsb.uscourts.gov

In re:                                                                                     Case No. 22-12790-EPK
                                                                                           Chapter 7
EXCELL AUTO GROUP, INC.,

     Debtor.
_____/

## TRUSTEE'S NOTICE OF ABANDONMENT

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee (the "Trustee") for the estate of EXCELL AUTO GROUP, INC., gives notice of the proposed abandonment of the Trustee's interest in the following property to the extent that it was or potentially is owned by the Debtor:

*Storage shelving (affixed), installed/hardwired cameras, storage cabinets, kitchen cabinets (affixed), appliances, bar height tables, miscellaneous furniture and décor, computer desks/hutches, reception desk, filing cabinets, waiting and office chairs, small love seats/settees, monitors, billiards table and several cue sticks, printers, desk and office supplies, general supplies, miscellaneous auto parts and tools, garbage cans, marketing and promotional materials and supplies, large white screen (affixed), basketball hoop, miscellaneous blank forms, Karma display signs, and personal items of former officers/directors.*

The Trustee submits, that after inspection, evaluation and consultation with her proposed auctioneer, the moving, storage and sale costs of the above items would outweigh any benefit to the estate and its creditors. The Trustee believes that the property and its contents are burdensome and of inconsequential value and benefit to the estate. Any objection shall be filed with the U.S. Bankruptcy Court 1515 N. Flagler Drive #801, West Palm Beach, FL 33401, and a copy served on the trustee.

Date: May 2, 2022

                                              /s/ *Nicole Testa Mehdipour, Trustee*
                                              Nicole Testa Mehdipour, Chapter 7 Trustee
                                              6278 North Federal Highway, Suite 408
                                              Fort Lauderdale, FL 33308
                                              Tel: (954) 858-5880
                                              www.NTMLawFirm.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Abandonment* was served on May 2, 2022, via the Court's CM/ECF notification and via U.S. Mail upon all parties as indicated below and on the attached service list.

/s/ *Nicole Testa Mehdipour, Trustee*
Nicole Testa Mehdipour, Trustee

## *Via CM/ECF Notification*

- Zachary J Bancroft    zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;zshelomith@ecf.inoruptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

- David R. Softness    david@softnesslaw.com
- Peter D Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

*<u>Via US Mail</u>*

See attached matrix.

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Mon May  2 12:18:28 EDT 2022

Auto Wholesale of Boca, LLC              BAL INVESTMENTS, LLC                     BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                     c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.
Suite B27                                Baker Donelson, et al.                   150 West Flagler Street
Boca Raton, FL 33487-2746                200 S. Orange Ave., Ste. 2900            Suite 2200
                                         Orlando, FL 32801-3448                   Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC           DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o James C. Moon, Esq.                  c/o Ivan J. Reich
Meland Budwick, P.A.                     Meland Budwick, P.A.                     750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       200 South Biscayne Blvd., Ste 3200       Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Miami, FL 33131-5323

EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.      FVP Investments, LLC, a Delaware limited lia
1001 Clint Moore Road                    c/o Nathan G. Mancuso                    c/o David R. Softness, Esq.
Suite 101                                7777 Glades Rd., Suite 100               201 South Biscayne Boulevard #2740
Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150                MIami, FL 33131-4332

FVP Opportunity Fund III, LP             FVP Servicing, LLC a Delaware limited liabil  Franklin Capital Funding, LLC
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.              c/o Shraiberg Page, PA
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740       2385 NW Executive Center Dr., #300
Miami, FL 33131-4332                     Miami, FL 33131-4332                     Boca Raton, FL 33431-8530

MMS Ultimate Services, Inc.              Milco Atwater, LLC                       Millco Atwater, LLC
7241 Catalina Isle Drive                 c/o Eyal Berger                          201 E Las Olas Blvd #1800
Lake Worth, FL 33467-7746                201 Las Olas Blvd #1800                  Fort Lauderdale, FL 33301-4442
                                         Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector          Prestige Luxury Cars, LLC                Savannah Row Development Company, LLC
c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman                   c/o M.A. Dinkin Law Firm, P.L.L.C.
POB 3715                                 2385 Executive Center Drive, Suite 250   3319 SR 7, Suite 303
West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511                Wellington, FL 33449-8147

Tulocay Farm, Inc.                       Westlake Services, LLC                   Woodside Credit, LLC
c/o Peter Spindel, Esq., P.A.            c/o Liebler Gonzalez & Portuondo         c/o Zach B. Shelomith, Esq.
POB 835063                               44 West Flagler Street                   2699 Stirling Rd # C401
Miami, FL 33283-5063                     25th Floor                               Fort Lauderdale, FL 33312-6598
                                         Miami, FL   33130-1808

22 Capital                               AJA Realty                               AMEX TRS Co., Inc.
1900 Glades Road                         16850 Charles River Drive                c/o Becket and Lee LLP
Suite 540                                Delray Beach, FL 33446-0010              PO Box 3001
Boca Raton, FL 33431-7378                                                         Malvern PA 19355-0701

Alpine Business Capital                  Auto Wholesale Boca                      BAL Investments
99 Wall Street                           6560 West Rogers Circle                  1114 Ashton Trace
New York, NY 10005-4301                  Suite B27                                Atlanta, GA 30319-2681
                                         Boca Raton, FL 33487-2746
```

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Moshe Farache
c/o James B. Miller, P.A.
19 West Flagler St.
Suite 416
Miami, FL 33130-4419

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

5

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients   55
Bypassed recipients    1
Total                 56