UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Debtor.
_____/

Case No.: 22-12790-EPK
Chapter 7

**AGREED NOTICE OF LIMITED 2004 EXAMINATION
_DUCES TECUM_ OF THE DEBTOR**

**PLEASE TAKE NOTICE** that Nicole Testa Mehdipour ("**Trustee**"), Chapter 7 trustee of the estate of Excell Auto Group, Inc. , by and through undersigned counsel, will examine under oath Scott Zankl, as authorized representative of the Debtor Excell Auto Group, Inc, beginning at **11:30 a.m. on Wednesday, May 4, 2022**. This Limited Rule 2004 Examination Duces Tecum of the Debtor will take place in-person only at Karma of Broward, 1717 SE 17th St, Fort Lauderdale, FL 33316.

**PLEASE TAKE FURTHER NOTICE** that the Trustee and Debtor, Scott Zankl and Kristin Zankl agree that this examination will be limited in scope and will not in any way prejudice the Trustee or any other party in interest from seeking discovery, including the setting of additional Rule 2004 examinations, as to the Debtor, Scott Zankl and Kristin Zankl, including on matters covered by this Rule 2004 examination. This Rule 2004 examination set pursuant to Fed. R. Bankr. P. 2004, is limited to the following topics:

   A. Whether the Bankruptcy Estate has an interest in a 2021 Range Rover;

   B. Whether the Bankruptcy Estate has an interest in a 2019 Chevy Camaro; and

   C. Whether the Bankruptcy Estate has an interest in aa 2021 Baby Blue Moke.

1

**PLEASE TAKE FURTHER NOTICE** that the oral examination will be performed by video conferencing, and arrangements can be coordinated in advance with any creditor or interested party who wishes to appear. The Debtor shall produce all Documents or Communications (as defined herein) identified in the attached **"Exhibit A,"** at the 2004 Examination. The document request is limited to those documents within the Debtor's possession, custody, and/or control, and is further limited in number not to exceed 300 pages. If the number of requested documents in the Debtor's possession, custody, or control is greater than 300 pages, the Debtor is hereby requested to contact the Trustee's attorney to discuss the document production, to avoid unnecessary cost and expense to the parties.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1. The scope of the examination is as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

Dated: May 2, 2022

                                            FURR COHEN, P.A.
                                            *Attorney for Trustee*
                                            2255 Glades Road, Suite 419A
                                            Boca Raton, Florida 33431
                                            (561) 395-0500;(561) 338-7532 - facsimile

                                            By /s/*Alan R. Crane*
                                                Alan R. Crane
                                                Florida Bar No. 0963836
                                                      acrane@furrcohen.com

**EXHIBIT "A"**

I. **Instructions**

    A.    <u>Time Period</u>: Unless otherwise stated herein, the time period encompassed by this Notice is from **April 8, 2012** up to an including the date of the production of the documents by you. With respect to the requests relating to any operating agreements, shareholder agreements, partnership agreements, or any other agreements or documents relating to the formations, governance, and/or operation of any entity, the time period for that request shall be from formation of the entity to the present.

    B.    <u>Duty to Supplement</u>: This Document request is continuing in nature and when new knowledge or information comes to the attention of the Debtor, the information supplied in the answers to the Document request shall be supplemented forthwith.

    C.    <u>Scope of Requests</u>: For each and every Request herein, you shall produce Documents in your possession, custody, or control within the meaning of Rule 2004 of the Federal Rules of Bankruptcy Procedure, including but be limited to Documents, objects or articles described that are in your possession or that you have the right to secure the original or a copy from another person or entity. The fact that your investigation is continuing or discovery is incomplete is not an excuse for your failure to respond to each request as fully and completely as possible. Your responses should consist of information known to you through yourself, your agents, your attorneys, your employees, or your representatives. All Documents produced pursuant to this request are to be produced as they are kept in the usual course of business and shall be organized and labeled (without permanently marking the item produced) to correspond with the categories of each numbered request hereof. If copies or drafts exist of a Document, the production of which has been requested herein, produce and submit for inspection and copying each and every copy and draft which differs in any way from the original Document or from any copy or draft.

    D.    <u>Lost Documents</u>: If you at any time had possession, custody, or control of any Document requested herein, and such Document has been lost, destroyed, discarded, or is not presently in your possession, such Documents shall be identified as completely as possible, including:

1. The names of the authors of the Document;
2. The names of the persons to whom the Documents or copies were sent;
3. The date of the Document;
4. The date on which the Document was received by each addressee, copyee or its recipients;
5. A description of the nature and subject matter of the Document that is as complete as possible;
6. The date on which the Document was lost, discarded or destroyed; and
7. The manner in which the Document was lost, discarded or destroyed.

    E.    <u>Claim of Privilege</u>: With respect to any Document that Debtor withholds under claim of privilege, the Debtor shall number such Documents, hold them separately, and retain them intact pending a ruling by the Court on the claimed privilege. In addition, the Debtors shall provide a statement, signed by an attorney representing the Debtor, setting forth as to each such Document:

3

1. The names of the senders of the Document;
2. The names of the authors of the Document;
3. The names of the persons to whom the Document or copies were sent;
4. The job title of every person named in subparagraphs 1, 2 and 3 above;
5. The date of the Document;
6. The date on which the Document was received by each addressee, copyee or its recipient;
7. A brief description of the nature and subject matter of the Document; and
8. The statute, rule or decision which is claimed to give rise to the privilege.

F. <u>Responses</u>: If you cannot, after exercising due diligence to secure or produce the Document(s) requested, you must identify which Request(s) that you do not have any responsive Documents for, and answer the request for production to the fullest extent possible, specifying your inability to produce the Document(s), providing the identity of the person who has possession, custody, or control of the requested Document(s).

G. <u>Definitions</u>: All words in this request for production shall have their plain, ordinary and common meanings unless specifically defined below in the Definition section of this Notice.

H. <u>Duplicate Copies</u>: Copies of Documents which are identical duplicates of other Documents which have already been produced for inspection and copying in this action need not be produced again, except that the duplicates must be produced if handwritten or any other type of notes or similar intelligence appear thereon or are attached thereto, including markings on slips indicating the routing of the Document to individuals or organizations.

I. <u>Inclusive Construction</u>: Generally, each request should be construed to bring within the scope of the request any Documents or information that might otherwise be construed as outside of the scope. For example, the singular form of any word includes the plural, and vice versa; the words "and" and "or" shall be construed interchangeably; the words "any" and "all" shall be construed interchangeably; the past tense of any word incorporates the present tense and vice versa; the use of any gender encompasses the other gender; and, the use of the word "including" shall be construed as illustrating and not excluding.

II. **Definitions**

A. "**Petition Date**" means April 8, 2022.

B. "**Bankruptcy Case**" means the above captioned bankruptcy case.

C. "**Debtor**" means Excell Auto Group, Inc., as well as any other person acting for the benefit of on behalf of Excell Auto Group, Inc.

D. "**Karma of Broward**" means Karma of Broward, Inc., FEI/EIN Number 85-0531887, a Florida corporation, as well as any other person acting for the benefit of on behalf of Karma of Broward, Inc.

4

E. "**Karma of Palm Beach**" means Karma of Palm Beach, Inc., FEI/EIN Number 30-1246034, a Florida corporation, as well as any other person acting for the benefit of on behalf of Karma of Palm Beach, Inc.

F. "**Document(s)**" means information in all stored or communicated forms. With respect to all electronically stored information, "Document(s)" shall expressly be deemed to include such items in their native electronic form unless expressly stated otherwise. The meaning of "Document(s)" shall be construed as broadly as permitted by the Federal Rules of Civil Procedure.

G. "**Communication(s)**" means any act or process imparting, express, or exchanging information in any manner or form.

H. "**Affiliated**" means being in close formal or informal association; related.

I. "**Affiliate(s)**" shall have the meaning ascribed in 11 U.S.C. § 101(2) (2019).

J. The terms "**support**," "**evidence**," "**relate to**," "**relating to**," "**related to**," "**referred to**," "**concerning**," "**pertaining to**," and "**regarding**" shall mean anything which directly, or indirectly, concerns, consists of, pertains to, reflects, evidences, describes, sets forth, constitutes, contains, shows, underlies, supports, refers to in any manner, is or was used in the preparation of, appended to, legally, logically or factually connected with, proves, disproves, or tends to prove or disprove.

## DOCUMENTS REQUESTED

a. All documents supporting the contention that the 2021 Range Rover; 2019 Chevy Camaro; and 2021 Baby Blue Moke are not property of the bankruptcy estate.
b. All emails, text messages, correspondence regarding any and all of the 3 vehicles whether the emails, text messages, correspondence were initiated or received by Scott Zankl, in his individual or corporate capacity, Kristen Zankl in her individual or corporate capacity, any employee of the Debtor, and the purported owners of the vehicles that mention or refer to any of the three vehicles directly or indirectly.

###