UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.,            Chapter 7
                                                  Case No.: 22-12790-EPK
    Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric Pendergraft, Esquire of Shraiberg Page, P.A., hereby enters this notice of appearance as counsel for Creditor, Johnie Floyd Weems, III, in the above-styled action and requests that he receive copies of all pleadings, motions, schedules and notices filed or served in this matter.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on May 3, 2022.

{2422/000/00539085}

Respectfully submitted,

SHRAIBERG PAGE, P.A.
Attorneys for Creditor
2385 NW Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email:  ependergraft@slp.law


By:   /s/ Eric Pendergraft
        Eric Pendergraft
        Fla. Bar No. 91927