**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

**In re:**

**EXCELL AUTO GROUP, INC.**                    **Case No. 22-12790-EPK**

        **Debtor.**                                    **Chapter 7**

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

  **JOAQUIN J. ALEMANY** of the law firm of HOLLAND & KNIGHT LLP files this

Notice of Appearance and Request for Service of Papers as counsel on behalf of **SHRAYBER**

**LAND, INC.,** a creditor in the above-referenced case.  Said person appears pursuant to Federal

Rule of Bankruptcy Procedure 9010(b), and requests, pursuant to, *inter alia*, Federal Rules of

Bankruptcy Procedure 2002 and 9007, that all notices given or required to be served in this case

be served upon the below-named attorney:

Joaquin J. Alemany, Esq.
HOLLAND 7 KNIGHT LLP
701 Brickell Avenue, Suite 3300
Miami, Florida  33131
Telephone:  305.789.7763
Facsimile: 305.789.7799
Email:  joaquin.alemany@hklaw.com

  The foregoing request includes not only the notices and papers referred to in the Federal

Rules of Bankruptcy Procedure specified above but also includes, without limitation, any notice,

application, complaint, demand, motion, pleading, request, whether formal or informal, and

financial reports, and whether transmitted or conveyed by mail, electronic mail, delivery,

telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the above-

referenced case.

Dated:  May 3, 2022

Respectfully submitted,

**HOLLAND & KNIGHT LLP**
*Counsel for Shrayber Land, Inc.*
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
Telephone: (305) 789-7763
Facsimile:  (305) 789-7799
E-mail: joaquin.alemany@hklaw.com

By:  /s/ Joaquin Alemany
       Joaquin J. Alemany
       Florida Bar No. 662380

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, a true and correct copy of the foregoing was served via the Court's CM/ECF System to all parties authorized to receive notice via CM/ECF.

By:  /s/ Joaquin Alemany
       Joaquin J. Alemany, Esq.