**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                                   Case No. 22-12790-EPK
                                                                                              Chapter 7
EXCELL AUTO GROUP, INC.,

     Debtor.
_____/

**AMENDED CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the *Trustee's Notice of Abandonment* [ECF No. 60] was served on May 2, 2022, via the Court's CM/ECF notification and via U.S. Mail on May 3, 2022, upon all parties as indicated below and on the attached service list.

    Dated: May 3, 2022

/s/ *Nicole Testa Mehdipour, Trustee*
Nicole Testa Mehdipour, Chapter 7 Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
www.NTMLawFirm.com

*Via CM/ECF Notification*

- Zachary J Bancroft    zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com

- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Zach B Shelomith    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Peter D Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

### *Via US Mail*

See attached matrix.

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (U)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        1001 CLINT MOORE  LLC                   ALLY BANK LEASE TRUST  ASSIGNOR TO
NCRS ADDRESS DOWNLOAD                   6560 W ROGERS CIRCLE                    VEHICLE
CASE 22-12790-EPK                       SUITE B27                               4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF FLORIDA            BOCA RATON   FL 33487-2746              OKLAHOMA CITY   OK 73118-7901
TUE MAY 3 11-30-59 PST 2022



AUTO WHOLESALE OF BOCA  LLC             BAL INVESTMENTS  LLC                    BENIDT INVESTMENTSSLINGER  LLC
6560 W ROGERS CIRCLE                    CO ZACHARY J BANCROFT  ESQ              CO ERIC J SILVER  ESQ
SUITE B27                               BAKER DONELSON  ET AL                   150 WEST FLAGLER STREET
BOCA RATON   FL 33487-2746              200 S ORANGE AVE  STE 2900              SUITE 2200
                                        ORLANDO   FL 32801-3448                 MIAMI   FL 33130-1545



CHAPFORD CREDIT OPPORTUNITIES FUND LP   CHAPFORD SPECIALTY FINANCE LLC          DCG 2008 IRREVOCABLE WEALTH TRUST
CO JAMES C MOON  ESQ                    CO JAMES C MOON  ESQ                    CO IVAN J REICH
MELAND BUDWICK  PA                      MELAND BUDWICK  PA                      750 PARK OF COMMERCE BLVD  SUITE 210
200 SOUTH BISCAYNE BLVD  STE 3200       200 SOUTH BISCAYNE BLVD  STE 3200       BOCA RATON   FL 33487-3611
MIAMI   FL 33131-5323                   MIAMI   FL 33131-5323


DEBTOR
EXCELL AUTO GROUP  INC                  EXCELL AUTO SPORT AND SERVICE  INC      FVP INVESTMENTS  LLC  A DELAWARE
1001 CLINT MOORE ROAD                   CO NATHAN G MANCUSO                     LIMITED LIA
SUITE 101                               7777 GLADES RD  SUITE 100               CO DAVID R SOFTNESS  ESQ
BOCA RATON   FL 33487-2830              BOCA RATON   FL 33434-4150              201 SOUTH BISCAYNE BOULEVARD 2740
                                                                                MIAMI   FL 33131-4332



FVP OPPORTUNITY FUND III  LP            FVP SERVICING  LLC A DELAWARE LIMITED   FRANKLIN CAPITAL FUNDING  LLC
CO DAVID R SOFTNESS  ESQ                LIABIL                                  CO SHRAIBERG PAGE  PA
201 SOUTH BISCAYNE BOULEVARD 2740       CO DAVID R SOFTNESS  ESQ                2385 NW EXECUTIVE CENTER DR  300
MIAMI   FL 33131-4332                   201 SOUTH BISCAYNE BOULEVARD 2740       BOCA RATON   FL 33431-8530
                                        MIAMI   FL 33131-4332



MMS ULTIMATE SERVICES  INC              MILCO ATWATER  LLC                      MILLCO ATWATER  LLC
7241 CATALINA ISLE DRIVE                CO EYAL BERGER                          201 E LAS OLAS BLVD 1800
LAKE WORTH   FL 33467-7746              201 LAS OLAS BLVD 1800                  FORT LAUDERDALE   FL 33301-4442
                                        FORT LAUDERDALE   FL 33301-4442



PALM BEACH COUNTY TAX COLLECTOR         PRESTIGE LUXURY CARS  LLC               SAVANNAH ROW DEVELOPMENT COMPANY  LLC
CO HAMPTON PETERSON ESQ                 CO THOMAS G ZEICHMAN                    CO MA DINKIN LAW FIRM  PLLC
POB 3715                                2385 EXECUTIVE CENTER DRIVE  SUITE 250  3319 SR 7  SUITE 303
WEST PALM BEACH   FL 33402-3715         BOCA RATON   FL 33431-8511              WELLINGTON   FL 33449-8147



SHRAYBER LAND  INC                      TULOCAY FARM  INC                       WESTLAKE SERVICES  LLC
CO JOAQUIN J ALEMANY  ESQ               CO PETER SPINDEL  ESQ  PA               CO LIEBLER GONZALEZ  PORTUONDO
HOLLAND  KNIGHT LLP                     POB 835063                              44 WEST FLAGLER STREET
701 BRICKELL AVE  SUITE 3300            MIAMI   FL 33283-5063                   25TH FLOOR
MIAMI   FL 33131-2898                                                           MIAMI   FL   33130-1808



                                        EXCLUDE
WOODSIDE CREDIT  LLC                    (U)WEST PALM BEACH                      22 CAPITAL
CO ZACH B SHELOMITH  ESQ                                                        1900 GLADES ROAD
2699 STIRLING RD  C401                                                          SUITE 540
FORT LAUDERDALE   FL 33312-6598                                                 BOCA RATON   FL 33431-7378
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (U)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


AJA REALTY                        AMEX TRS CO  INC                  ALPINE BUSINESS CAPITAL
16850 CHARLES RIVER DRIVE         CO BECKET AND LEE LLP             99 WALL STREET
DELRAY BEACH   FL 33446-0010      PO BOX 3001                       NEW YORK  NY 10005-4301
                                  MALVERN  PA 19355-0701




AUTO WHOLESALE BOCA               BAL INVESTMENTS                   DCG TRUST
6560 WEST ROGERS CIRCLE           1114 ASHTON TRACE                 CO KENNY GOODMAN
SUITE B27                         ATLANTA  GA 30319-2681            1928 THATCH PALM DRIVE
BOCA RATON   FL 33487-2746                                          BOCA RATON  FL 33432-7457




ED BROWN                          GET BACKED                        MXT SOLUTIONS   LLC
152 BEARS CLUB DRIVE              2101 INTERSTATE 35                2101 INTERSTATE 35   4TH FLOOR
JUPITER  FL 33477-4203            4TH FLOOR                         AUSTIN  TX 78741-3800
                                  AUSTIN  TX 78741-3800




MIKE HALPERIN                     OFFICE OF THE US TRUSTEE          PARKVIEW
5820 HARRINGTON WAY               51 SW 1ST AVE                     400 MAIN STREET
BOCA RATON   FL 33496-2511        SUITE 1204                        STAMFORD  CT 06901-3000
                                  MIAMI  FL 33130-1614




PHIL GORI                         PRESTIGE LUXURY MOTORS            SAVANNAH ROW
195 W ALEXANDER PALM ROAD         4301 OAK CIRCLE                   30 SE 15TH AVENUE
BOCA RATON   FL 33432-8602        SUITE 25                          BOCA RATON  FL 33432
                                  BOCA RATON  FL 33431
                                  SHRAYBER LAND
                                  15700 DALLAS PARKWAY  33431-4258


SHRAYBER LAND                     SPIN CAPITAL                      TBF
15700 DALLAS PARKWAY   SUITE 11   1968 S COAST HIGHWAY              333 RIVER STREET
DALLAS  TX 75248-3306             SUITE 5021                        HOBOKEN  NJ 07030-5856
                                  LAGUNA BEACH  CA 92651-3681




TVT                               WING LAKE CAPITAL PARTNERS        ANDREW GREENBERG
1407 BROADWAY                     32300 NORTHWESTERN HIGHWAY        CO JORDAN L RAPPAPORT
NEW YORK  NY 10018-5100           SUITE 200                         1300 N FEDERAL HWY 203
                                  FARMINGTON HILLS  MI 48334-1501   BOCA RATON  FL 33432-2848




CHAD ZAKIN                        DAVID AMSEL                       EDWARD BROWN
CO MARK A LEVY                    CO BREUER LAW  PLLC               CO EYAL BERGER
100 SE THIRD AVENUE  23RD FLOOR   6501 CONGRESS AVENUE              201 LAS OLAS BLVD 1800
FORT LAUDERDALE   FL 33394-0002   SUITE 240                         FORT LAUDERDALE  FL 33301-4442
                                  SUITE 240
                                  BOCA RATON  FL 33487-2840


                                                                    EXCLUDE
HARRY WINDERMAN                   JOHN WITTIG                       (U)JOHNIE FLOYD WEEMS  III
HARRY WINDERMAN  ESQ              CO EYAL BERGER
2255 GLADES ROAD                  201 LAS OLAS BLVD 1800
SUITE 205E                        FORT LAUDERDALE  FL 33301-4442
BOCA RATON  FL 33431-7391
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| KRISTEN ZANKL<br>16937 PIERRE CIRCLE<br>DELRAY BEACH   FL 33446-3693 | MOSHE FARACHE<br>CO JAMES B MILLER  PA<br>19 WEST FLAGLER ST<br>SUITE 416<br>MIAMI   FL 33130-4419 | (P)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| PHILIP T GORI<br>CO EYAL BERGER<br>201 LAS OLAS BLVD 1800<br>FORT LAUDERDALE   FL 33301-4442 | RICHARD APPLEGATE<br>CO JORDAN L RAPPAPORT<br>SUITE 203   SQUIRES BUILDING<br>1300 NORTH FEDERAL HIGHWAY<br>BOCA RATON   FL 33432-2801 | RICHARD GREENBERG<br>CO JORDAN L RAPPAPORT<br>1300 N FEDERAL HWY 203<br>BOCA RATON   FL 33432-2848 |
| SCOTT ZANKL<br>16937 PIERRE CIRCLE<br>DELRAY BEACH   FL 33446-3693 | | |

ADDRESSES WHERE AN EMAIL ADDRESS WERE RECEIVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Interested Party)
Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446
represented by:
Aaron A Wernick
Wernick Law, PLLC
2255 Glades Rd # 324A
Boca Raton, FL 33431

awernick@wernicklaw.com

(Interested Party)
Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446
represented by:
Aaron A Wernick
Wernick Law, PLLC
2255 Glades Rd # 324A
Boca Raton, FL 33431

awernick@wernicklaw.com

(Creditor)
Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394
represented by:
Mark A Levy, Esq
Brinkley Morgan
100 SE Third Avenue, 23rd Floor
Ft. Lauderdale, FL 33394

mark.levy@brinkleymorgan.com

(Creditor)
Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312
represented by:
Zach B Shelomith
2699 Stirling Rd # C401
Ft Lauderdale, FL 33312

zbs@lss.law

David B Marks
201 E Las Olas Blvd # 1800
Ft Lauderdale, FL 33301

brett.marks@akerman.com

(Creditor)
John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301
represented by:
Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301

eyal.berger@akerman.com

Mark E Steiner
Liebler, Gonzalez & Portuondo, P.A.
44 W Flagler St 25 Fl
Miami, FL 33130

MES@lgplaw.com

(Creditor)
Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL
represented by:
James Randolph Liebler
44 W Flagler St 25 Fl
Miami, FL 33130

jrlii@lgplaw.com

Eric S Pendergraft
Shraiberg Page P.A.
2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431

ependergraft@slp.law

(Creditor)
Johnie Floyd Weems, III
represented by:
John E Page
Shraiberg Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431

jpage@slp.law

(Creditor)
Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063
represented by:
Peter D Spindel
POB 835063
Miami, FL 33283-5063

peterspindel@gmail.com

(Creditor)
Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131
represented by:
Joaquin J Alemany
701 Brickell Ave Suite 3000
Miami, FL 33131

joaquin.alemany@hklaw.com

ADDRESSES WHERE AN EMAIL NOTIFICATION WAS RECEIVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449
represented by:
Mitchell A Dinkin, Esq.
M.A. Dinkin Law Firm, P.L.L.C.
3319 S.R. 7, Suite 303
Wellington, FL 33449

mdinkin@madlegal.net

(Creditor)
Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Tax ID / EIN: 85-0953771
represented by:
Thomas G Zeichman
2385 Executive Center Drive
Suite 250
Boca Raton, FL 33431

tzeichman@bmulaw.com

(Creditor)
Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402
represented by:
Hampton Peterson, Esq
PO Box 3715
West Palm Beach, FL 33402

legalservices@PBCTax.com

(U.S. Trustee)
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

USTPRegion21.MM.ECF@usdoj.gov

(Creditor)
Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-2999
represented by:
David B Marks
201 E Las Olas Blvd # 1800
Ft Lauderdale, FL 33301

brett.marks@akerman.com

(Creditor)
Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301
represented by:
Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301

eyal.berger@akerman.com

Jason S Rigoli, Esq.
2255 Glades Rd # 419A
Boca Raton, FL 33431

jrigoli@furrcohen.com

David A Ray
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308

dray@draypa.com

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Trustee@ntmlawfirm.com

Nicole Testa Mehdipour
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway
Suite 408
Ft Lauderdale, FL 33308

nicolem@ntmlawfirm.com

(Trustee)
Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308
represented by:
Alan R Crane
2255 Glades Rd 419A
Boca Raton, FL 33431

acrane@furrcohen.com

(Creditor)
MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com

ADDRESSES WHERE AN EMAIL OF THE FOREGOING WAS SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| (Creditor) | (Creditor) | |
|---|---|---|
| Richard Greenberg | Andrew Greenberg | David B Marks |
| c/o Jordan L Rappaport | c/o Jordan L Rappaport | 201 E Las Olas Blvd # 1800 |
| 1300 N Federal Hwy #203 | 1300 N Federal Hwy #203 | Ft Lauderdale, FL 33301 |
| Boca Raton, FL 33432 | Boca Raton, FL 33432 | |
| represented by: | represented by: | brett.marks@akerman.com |
| Jordan L Rappaport, Esq | Jordan L Rappaport, Esq | |
| 1300 N Federal Hwy #203 | 1300 N Federal Hwy #203 | |
| Boca Raton, FL 33432 | Boca Raton, FL 33432 | |
| office@rorlawfirm.com | office@rorlawfirm.com | |

ADDRESSES WHERE AN EMAIL ADDRESS WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301
represented by:
Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301

eyal.berger@akerman.com

(Creditor)
Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431
represented by:
Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431

bss@slp.law

(Creditor)
Moshe Farache
c/o James B. Miller, P.A.
19 West Flagler St.
Suite 416
Miami, FL 33130
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com

(Creditor)
FVP Servicing, LLC a Delaware limited
liability company
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131
represented by:
David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

david@softnesslaw.com

(Creditor)
FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131
represented by:
David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

david@softnesslaw.com

(Creditor)
FVP Investments, LLC, a Delaware
limited liability company
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
MIami, FL 33131
represented by:
David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

david@softnesslaw.com

(Creditor)
Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434
represented by:
Nathan G Mancuso
7777 Glades Rd # 100
Boca Raton, FL 33434

ngm@mancuso-law.com

(Debtor)
EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487
Tax ID / EIN: 80-0344450
represented by:
Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431

harry4334@hotmail.com

(Creditor)
DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487
represented by:
Ivan J Reich, Esq
NASON YEAGER
750 Park of Commerce Blvd., Ste. 210
Boca Raton, FL 33487

ireich@nasonyeager.com

(Creditor)
Chapford Specialty Finance LLC
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131
represented by:
James C. Moon, Esq
200 S. Biscayne Blvd # 3200
Miami, FL 33131

jmoon@melandbudwick.com

(Creditor)
Chapford Credit Opportunities Fund LP
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131
represented by:
James C. Moon, Esq
200 S. Biscayne Blvd # 3200
Miami, FL 33131

jmoon@melandbudwick.com

David B Marks
201 E Las Olas Blvd # 1800
Ft Lauderdale, FL 33301

brett.marks@akerman.com

ADDRESSES WHERE AN EMAIL REPRESENTATIVE WAS SERVED VIA EMAIL OF SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Creditor)
Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301
represented by:
Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301

eyal.berger@akerman.com

(Creditor)
BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130
represented by:
Eric J Silver
150 W Flagler St # 2200
Miami, FL 33130

esilver@stearnsweaver.com

(Creditor)
BAL INVESTMENTS, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801
represented by:
Zachary J Bancroft
P.O. Box 1549
Orlando, FL 32802-1549

zbancroft@bakerdonelson.com

(Creditor)
Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com

(Creditor)
Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432
represented by:
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

office@rorlawfirm.com

(Creditor)
David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487
(fax)
represented by:
Stephen C Breuer
Breuer Law, PLLC
6501 Congress Ave.
Suite 240
Boca Raton, FL 33487
(fax)

stephen@breuer.law

(Creditor)
Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."),
c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(Creditor)
1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com