THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: EXCELL AUTO GROUP, INC.,    CASE NO. 22-12790-EPK
                                    Chapter 7
         Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**TO THE CLERK OF THE ABOVE STYLED COURT:**

**PLEASE TAKE NOTICE** that Harry J. Ross, Esquire, notices his appearance on behalf of SVETLANA PETROVNA GORODOVA and ALEXEY ALEKSEYEVICH GORODOVA and requests that documents and pleadings be sent to the undersigned and Jerri F. Timmons, FRP.

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that the following parties were served by electronic filing on May 3, 2022:

Office of the U.S. Trustee - USTPRegion21.MM.ECF@usdoj.gov
Nicole Testa Mehdipour – nicolem@ntmlawfirm.com
Harry Winderman – harry4334@hotmail.com
Alan R. Crane – acrane@furrcohen.com
David A. Ray – dray@draypa.com
Jason S. Rigoli, Esq. - jrigoli@furrcohen.com

> LAW OFFICES OF HARRY J. ROSS
> Attorney for Gorodovas
> 6100 Glades Road, Suite 211
> Boca Raton, FL 33434
> Tel: (561) 482-2400
> Fax: (561) 482-2602
> hross@hjrlaw.com
> jerri@hjrlaw.com
>
> By: _____
> HARRY J. ROSS, ESQ.
> Fla. Bar No. 846228

\\server1\SYS\WP51DOCS\CLIENTS\GORODOVA SVETLANA\WEEMS V. GORDOVA\NOA 5-3-2022.docx

1