UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Debtor.
_____/

Case No.: 22-12790-EPK
Chapter 7

## CROSS NOTICE OF LIMITED 2004 EXAMINATION
*DUCES TECUM* OF THE DEBTOR

**PLEASE TAKE NOTICE** that Franklin Capital Funding, LLC ("**Secured Creditor**"), by and through undersigned counsel, will examine under oath Scott Zankl, as authorized representative of the Debtor Excell Auto Group, Inc, beginning at **1:30 p.m. on Wednesday, May 4, 2022**. This Limited Rule 2004 Examination Duces Tecum of the Debtor will take place in-person only at Karma of Broward, 1717 SE 17th St, Fort Lauderdale, FL 33316.

The Debtor shall produce all Documents or Communications identified in the *Amended Notice of Limited 2004 Examination Duces Tecum of the Debtor* [ECF No. 66] filed by Alan R. Crane, Attorney for the Trustee (the "Trustee's Notice") at the same date and time as required in the Trustee's Notice.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1. The scope of the examination is as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

{2425/000/00539101}    1

**ATTORNEY CERTIFICATION**

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 4th day of May 2022.

Respectfully Submitted,

**SHRAIBERG PAGE, P.A.**
Attorney for Franklin Capital Funding, LLC
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: bss@slp.law

By:    /s/ *Bradley S. Shraiberg*
        Bradley S. Shraiberg
        Florida Bar No. 121622