UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-12790-EPK
CHAPTER 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE of the appearance of the undersigned attorney as counsel for Interested Party, STEFANO RIGA. Request is made that any and all motions, pleadings, notices, orders, applications, schedules, statement of affairs, amendments to schedules, reports and/or documents of any kind or nature filed in this bankruptcy proceeding by the Court, the Debtor, the Trustee, or any other party in interest be forwarded to the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically where available or by regular mail to all creditors and interested parties enumerated on the attached list this 4th day of May, 2022.

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Stefano Riga
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: /s/ _____
    JORDAN L. RAPPAPORT, ESQ.
    FL Bar No. 108022

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                    6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                         Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida              Boca Raton, FL 33487-2746
West Palm Beach
Wed May   4 14:37:32 EDT 2022

Auto Wholesale of Boca, LLC               BAL INVESTMENTS, LLC                     BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                      c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.
Suite B27                                 Baker Donelson, et al.                   150 West Flagler Street
Boca Raton, FL 33487-2746                 200 S. Orange Ave., Ste. 2900            Suite 2200
                                          Orlando, FL 32801-3448                   Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP     Chapford Specialty Finance LLC           DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                   c/o James C. Moon, Esq.                  c/o Ivan J. Reich
Meland Budwick, P.A.                      Meland Budwick, P.A.                     750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200        200 South Biscayne Blvd., Ste 3200       Boca Raton, FL 33487-3611
Miami, FL 33131-5323                      Miami, FL 33131-5323

EXCELL Auto Group, Inc.                   Excell Auto Sport and Service, Inc.      FVP Investments, LLC, a Delaware limited lia
1001 Clint Moore Road                     c/o Nathan G. Mancuso                    c/o David R. Softness, Esq.
Suite 101                                 7777 Glades Rd., Suite 100               201 South Biscayne Boulevard #2740
Boca Raton, FL 33487-2830                 Boca Raton, FL 33434-4150                MIami, FL 33131-4332

FVP Opportunity Fund III, LP              FVP Servicing, LLC a Delaware limited liabil  Franklin Capital Funding, LLC
c/o David R. Softness, Esq.               c/o David R. Softness, Esq.              c/o Shraiberg Page, PA
201 South Biscayne Boulevard #2740        201 South Biscayne Boulevard #2740       2385 NW Executive Center Dr., #300
Miami, FL 33131-4332                      Miami, FL 33131-4332                     Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave  MMS Ultimate Services, Inc.          Milco Atwater, LLC
c/o Kelley, Fulton, Kaplan & Eller PL     7241 Catalina Isle Drive                 c/o Eyal Berger
1665 Palm Beach Lakes Blvd.,Ste. 1000     Lake Worth, FL 33467-7746                201 Las Olas Blvd #1800
West Palm Beach, FL 33401-2109                                                      Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC                       Palm Beach County Tax Collector          Prestige Luxury Cars, LLC
201 E Las Olas Blvd #1800                 c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman
Fort Lauderdale, FL 33301-4442            POB 3715                                 2385 Executive Center Drive, Suite 250
                                          West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511

Savannah Row Development Company, LLC     Shrayber Land, Inc.                      Tulocay Farm, Inc.
c/o M.A. Dinkin Law Firm, P.L.L.C.        c/o Joaquin J. Alemany, Esq.             c/o Peter Spindel, Esq., P.A.
3319 SR 7, Suite 303                      HOLLAND & KNIGHT LLP                     POB 835063
Wellington, FL 33449-8147                 701 Brickell Ave., Suite 3300            Miami, FL 33283-5063
                                          Miami, FL 33131-2898

Westlake Services, LLC                    Woodside Credit, LLC                     22 Capital
c/o Liebler Gonzalez & Portuondo          c/o Zach B. Shelomith, Esq.              1900 Glades Road
44 West Flagler Street                    2699 Stirling Rd # C401                  Suite 540
25th Floor                                Fort Lauderdale, FL 33312-6598           Boca Raton, FL 33431-7378
Miami, FL   33130-1808

AJA Realty                                AMEX TRS Co., Inc.                       Alpine Business Capital
16850 Charles River Drive                 c/o Becket and Lee LLP                   99 Wall Street
Delray Beach, FL 33446-0010               PO Box 3001                              New York, NY 10005-4301
                                          Malvern  PA 19355-0701
```

| | | |
|---|---|---|
| Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 |
| Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 |
| Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 |
| Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 |
| Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 |
| Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 | John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |

```
Richard Applegate                    Richard Greenberg                  Scott Zankl
c/o Jordan L. Rappaport              c/o Jordan L Rappaport             16937 Pierre Circle
Suite 203, Squires Building          1300 N Federal Hwy #203            Delray Beach, FL 33446-3693
1300 North Federal Highway           Boca Raton, FL 33432-2848
Boca Raton, FL 33432-2801


Steven Graves                        Svetlana Petrovna Gorodova
c/o Kelley, Fulton, Kaplan & Eller PL 1100 S Miami Avenue
1665 Palm Beach Lakes Blvd., Ste. 1000 Apt 1210
West Palm Beach, FL 33401-2109       Miami, FL 33130-4164
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)West Palm Beach                   (u)Johnie Floyd Weems, III         End of Label Matrix
                                                                        Mailable recipients    64
                                                                        Bypassed recipients     2
                                                                        Total                  66
```