**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**


IN RE:

                                                     CASE NO.: 22-12790-EPK

EXCELL Auto Group, Inc.,

                                                     CHAPTER 7

_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE


     **PLEASE TAKE NOTICE** that the undersigned attorney hereby appears as counsel for

Tim Olesijuk, ("Creditor") and requests that all notices required to be given in this case and

all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure

2002 be served upon the undersigned, and that the undersigned be added to the Court's Master

Mailing List.


                    John D. Segaul, Esq.
                SEGAUL LAW FIRM, P.A.
          300 S. Pine Island Road, Suite 304
                Plantation, FL 33324


                                    SEGAUL LAW FIRM, P.A.
                                    300 S. Pine Island Road, Suite 304
                                    Plantation, FL 33324
                                    *T*: 954.424.3600 *F*: 954.423.3561
                                    *Email*: John@Segaul.com

                   BY:    **/s/ John D. Segaul**
                                  John D. Segaul, Esq.
                                  FL Bar No. 907405

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the Notice of Appearance and

Request for Service, was served electronically or via U.S. Mail, first class postage prepaid, on

this **6**th day of May 2022, to all Creditors, Appearances, and Parties in interest on the Creditor

Mailing Matrix found on ECF/PACER.

SEGAUL LAW FIRM, P.A.
300 S. Pine Island Road, Suite 304
Plantation, FL 33324
*T*: 954.424.3600 *F*: 954.423.3561
*Email*: John@Segaul.com

BY:     **/s/ John D. Segaul**
John D. Segaul, Esq.
FL Bar No. 907405