**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                    Case No. 22-12790-EPK
                                                                              Chapter 7

**EXCELL AUTO GROUP, INC.,**

        Debtor.

_____/

| |
|---|
| **TRUSTEE'S NOTICE OF ABANDONMENT**<br>**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.** |

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee (the "Trustee") for the estate of EXCELL AUTO GROUP, INC., gives notice of the proposed abandonment of the following property:

| Year/Make | In Trustee's Possession? | Color | VIN |
|---|---|---|---|
| 2019 Chevrolet Camaro ZL1 | Yes | Yellow/Green | 1G1FK1R67K0150099 |
| 2020 Karma Revero | Yes | Orange | 50G6E4SSXMA000060 |
| 2020 Karma Revero | Yes | Burgundy | 50GK43SBXLA000070 |
| 2020 Karma Revero | Yes | Grey | 50GK43SB6LA000129 |
| 2020 Karma Revero | Yes | Silver | 50GK43SB2LA000094 |
| 2020 Karma Revero | Yes | White | 50GK43SB7LA000074 |
| 2020 Karma Revero | Yes | Blue | 50GK43SB4LA000033 |
| 2018 Karma Revero | No | Red | 50GK41SA2JA000170 |
| 2021 Karma Revero | No | Black/Blue | 50G6E4SS7MA000047 |
| 2022 Karma Revero | No | Blue | 50G6E4SS9NA000066 |
| 2022 Honda MC | No | Grey | JH2AF5813NK900455 |
| 2022 Honda MC | No | White | JH2AF5818NK900516 |
| 2022 Honda MC | No | White | JH2AF5815NK900537 |
| 1968 Ford Mustang | No | Blue/White | 8F02C131515 |

The Trustee believes that the property and its contents are burdensome and of inconsequential value and benefit to the estate. Any objection shall be filed with the U.S. Bankruptcy Court 1515 N. Flagler Drive #801, West Palm Beach, FL 33401, and a copy served on the trustee.

Date: May 7, 2022

/s/ *Nicole Testa Mehdipour, Trustee*
Nicole Testa Mehdipour, Chapter 7 Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
www.NTMLawFirm.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Abandonment* was served on May 7, 2022, via the Court's CM/ECF notification and via U.S. Mail upon all parties as indicated below and on the attached service lists.

/s/ *Nicole Testa Mehdipour, Trustee*
Nicole Testa Mehdipour, Trustee

### *Via CM/ECF Notification*

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com

2

- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lta
  nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdriv
  e.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com,
  sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**    john@segaul.com,
  court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mf
  ernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Peter D Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick**    awernick@wernicklaw.com,
  awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mla
  verriere@wernicklaw.com
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**    tzeichman@bmulaw.com, G67999@notify.cincompass.com

## _Via US Mail_

See attached supplemental service list and matrix.

Apple 3 Investments, Inc.
1001 Clint Moore Road, #101
Boca Raton, FL 33487

Automotive Service Systems Inc.
1001 Clint Moore Road, #101
Boca Raton, FL 33487

Barrella, Frank P
208 Moccasin Trail North
Jupiter, FL 33458

CSC
801 Adlai Stevenson Drive
Springfield, IL 62703

C T Corporation System, as
Representative
Attn: SPRS
330 N Brand Blvd, Suite 700
Glendale, CA 91203

Corporation Service Company
1201 Hays St
Tallahassee, FL 32301

Dealer Souq USA LLC
1001 Clint Moore Road, #101
Boca Raton, FL 33487

EAG Wholesale LLC
1001 Clint Moore Road, #101
Boca Raton, FL 33487

Excell Auto Group, Inc.
6454 East Rogers Circle
Boca Raton, FL 33487

Excell Auto Leasing Inc.
1001 Clint Moore Road, #101
Boca Raton, FL 33487

Excell Auto Wholesale Inc.
1001 Clint Moore Road, #101
Boca Raton, FL 33487

Farache Moshe
6560 West Rogers Circle, Suite #B27
Boca Raton, FL 33487

Franklin Capital Group, LLC
32300 Northwestern Hwy.
Farmington Hills, MI 48334

Franklin Capital Management LLC
1315 W. Indiantown Road, 2nd Floor
Jupiter, FL 33458

Franklin Capital Management LLC
P.O. Box 7642
Jupiter, FL 33468-7642

Hi Bar Capital
1825 65th St
Brooklyn, NY 11204

KZ Consultants Inc.
1001 Clint Moore Road, #101
Boca Raton, FL 33487

Lavish Hero Fund Inc.
1001 Clint Moore Road, #101
Boca Raton, FL 33487

Law Offices of Steven Zakharyayev, as
Representative for Secured Party
10 West 37th Street, #602
New York, NY 10018

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Miss Kris LLC
1001 Clint Moore Road, #101
Boca Raton, FL 33487

MXT Solutions, LLC
2101 S IH 35 Frontage Road, Ste. 400
Austin, TX 78741

Nason, Yeager, Gerson, White &
Lioce, P.A.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410

Nextgear Capital, Inc.
1320 City Center Dr., Ste 100
Carmel, IN 46032

Patricia, Barrella Lousie
1315 W. Indiantown Road, 2nd Floor
Jupiter, FL 33458

Peak Finance, LLC
14545 Military Trail, Suite 200
Delray Beach, FL 33484

Prestige Luxury Cars, LLC
70 SE 4th Avenue
Delray Beach, FL 33483

4

Peak Finance, LLC
1013 Lucerne Avenue
Lake Worth, FL 33460

Quick Shift Capital
c/o Gavriele Green
2200 Butts Road, Suite 240
Boca Raton, FL 33431

Ross, Sandra Rhee
640 Lee Road, 3rd Floor
Wayne, PA 19087

Seaside National Bank & Trust
201 South Orange Avenue, Suite 1350
Orlando, FL 32801

Shah, Bhavin
1013 Lucerne Avenue
Lake Worth, FL 33460

Simon & Sigalos, LLP
c/o Damon E. Gasser, Esq.
3839 NW Boca Raton Blvd, Suite 100
Boca Raton, FL 33431

Simon & Sigalos, LLP
c/o Michael W. Simon
3839 NW Boca Raton Blvd., Suite 100
Boca Raton, FL 33431

TBF
460 Faraday Ave
Jackson, NJ 08527

Westlake Flooring Company, LLC
4751 Wilshire Blvd
Los Angeles, CA 90010

Zankl Kristen
1001 Clint More Rd., Ste 101
Boca Raton, FL 33487

Barbara Sacks
3759 Coventry Ln
Boca Raton, FL 33496

Daylight Outdoor LLC
Attn: Hans Kahlert
500 Australian Ave S #170
West Palm Beach, FL 33401

Drew Wilson
6601 NW 26th Way
Boca Raton, FL 33496

Karma Automotive LLC
9950 Jeronimo Road
Irvine, CA 92618

Karma Broward
1717 SE 17th St
Fort Lauderdale, FL 33316

Karma Palm Beach
1001 Clint Moore Rd, Ste 101
Boca Raton, FL 33487

Florida Department of Motor Vehicles
PO Box 3715
West Palm Beach, FL 33402

Lee Douglas Glassman
2518 Poinciana Drive
Weston, FL 33327

Michael Longo
Blue Realty
7504 Wiles Rd #101A
Coral Springs, FL 33065

Stella and Joseph Pores
1000 Spanish River Rd. Apt. 3C
Boca Raton, FL 33432

Label Matrix for local noticing
113C-9
Case 22-12790-EPK
Southern District of Florida
West Palm Beach
Sat May  7 13:27:30 EDT 2022

1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487-3611

EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487-2830

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
MIami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467-7746

Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL   33130-1808

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Moshe Farache
c/o James B. Miller, P.A.
19 West Flagler St.
Suite 416
Miami, FL 33130-4419

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)Johnie Floyd Weems, III

(u)Tim Olesijuk

End of Label Matrix
Mailable recipients    66
Bypassed recipients     3
Total                  69