UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 22-12790-EPK
Chapter: 7

IN RE:

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Paul E. Wilson, Esq. and Wilson Law Firm South Florida, P.A. has been retained as counsel of record and will appear on behalf of Creditors, DAIMLER TRUST and MERCEDES-BENZ FINANCIAL SERVICES USA, LLC. in the above styled cause. Please direct all future correspondence and pleadings, papers, and/or inquiries to the undersigned counsel.

## ATTORNEY CERTIFICATION

    I HERBY CERTIFY that I am admitted to the Bar of the United States District Court for the South District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was and filed electronically with the Clerk of Court and served by electronic transmission upon the following parties on this 12th day of May, 2022:

- John D. Segal, Esq., Counsel for Tim Olesijuk;
- Jordan L. Rappaport, Esq., Counsel for Stefano Riga and Tarek Aboualazzm;
- Dana L. Kaplan, Esq., Counsel for Graves Directional and Steven Graves;
- Joaquin J. Alemany, Esq., Counsel for Shrayber Land, Inc.;
- Aaron A. Wernick, Esq., Counsel for the Zankles;
- Eric S. Pedergraft, Esq., Counsel for Johnie Weems;
- Zachary Bancroft, Esq., Counsel for BAL;
- Eric Silver, Esq., Counsel for Benidt;
- Peter Spindel, Esq., Counsel for Tulocay Farm;
- Thomas G. Zeichman, Esq., Counsel for Prestige;
- Mark Steiner, Esq., Counsel for Westlake;
- David R. Softness, Esq., Counsel for FVP;
- Hampton Peterson, Esq., Counsel for Palm Beach County;
- James C. Mone, Esq., Counsel for Chapford;
- Nicole Testa Mehdipar, Esq. Trustee;
- Jason S. Rigolie, Esq., Counsel Trustee;
- Mark A. Levy, Esq. Counsel for Zakin;
- Alan Crane, Esq., Counsel for Furr Cohen, P.A.

By: ___/s/*Paul Wilson*_____
       PAUL E. WILSON, ESQ.
       Florida Bar No. 924741
       Wilson Law Firm South Florida, P.A.
       Attorney for Daimler Trust and MBFS
       1776 N. Pine Island Rd., Suite 308
       Plantation, FL 33322
       954-327-7285
       954-327-7290 (Fax)
       E-Mail: pwilson@paulwilsonesq.com
       E-Serv: pwilson@paulwilsonesq.com