**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                  Case No. 22-12790-EPK

    EXCELL AUTO GROUP, INC.                 Chapter    7

_____Debtor_____/

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING**
**CREDITOR INFORMATION**

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[x]  The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
  1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
  2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
  3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
  4. filed an amended schedule(s) and summary of schedules; and
  5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[ ]  The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[ ]  The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
  1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  2. filed an amended schedule(s) or other paper.

[x]  The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
  1. remitted the required fee;
  2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3. filed an amended schedule(s) and summary of schedules.

[ ]  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: 5/12/2022

/s/Harry Winderman

Attorney for Debtor (or Debtor, if pro se)                Joint Debtor (if applicable)

Harry Winderman
Print Name                                                Address

209562
Florida Bar Number                                        Phone Number

LF-4 (rev. 12/01/15)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 12, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

> WEISS, HANDLER & CORNWELL, PA
> *Attorneys for Debtor*
> One Boca Place, Suite 205-E
> 2255 Glades Road
> Boca Raton, FL 33431
> Telephone: (561) 997-9995
>
> By: /s/ Harry Winderman
> HARRY WINDERMAN, ESQ.
> Florida Bar No. 209562
> hw@whcfla.com
> filings@whcfla.com
> gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **Joaquin J Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com
- **Alan R Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Mitchell A Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **Dana L Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Mark A Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso** ngm@mancuso-law.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Harry J Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Peter D Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick** awernick@wernicklaw.com, awernick@ecf.courtdrive.com, crubin@wernicklaw.com, dkariotis@wernicklaw.com, mlaverriere@wernicklaw.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Thu May 12 19:14:58 EDT 2022

Auto Wholesale of Boca, LLC              BAL INVESTMENTS, LLC                     BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                     c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.
Suite B27                                Baker Donelson, et al.                   150 West Flagler Street
Boca Raton, FL 33487-2746                200 S. Orange Ave., Ste. 2900            Suite 2200
                                         Orlando, FL 32801-3448                   Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC           DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o James C. Moon, Esq.                  c/o Ivan J. Reich
Meland Budwick, P.A.                     Meland Budwick, P.A.                     750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       200 South Biscayne Blvd., Ste 3200       Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Miami, FL 33131-5323

Daimler Trust                            EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.
c/o Paul Wilson                          1001 Clint Moore Road                    c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308       Suite 101                                7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP       FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.              c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                     Miami, FL 33131-4332                     Miami, FL 33131-4332

Franklin Capital Funding, LLC            Graves Directional Drilling Inc. a/k/a Grave   MMS Ultimate Services, Inc.
c/o Shraiberg Page, PA                   c/o Kelley, Fulton, Kaplan & Eller PL    7241 Catalina Isle Drive
2385 NW Executive Center Dr., #300       1665 Palm Beach Lakes Blvd.,Ste. 1000    Lake Worth, FL 33467-7746
Boca Raton, FL 33431-8530                West Palm Beach, FL 33401-2109

Mercedes Benz Financial Services USA, LLC.   Milco Atwater, LLC                   Millco Atwater, LLC
14372 Heritage Parkway                   c/o Eyal Berger                          201 E Las Olas Blvd #1800
Fort Worth, TX 76177-3300                201 Las Olas Blvd #1800                  Fort Lauderdale, FL 33301-4442
                                         Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector          Prestige Luxury Cars, LLC                Savannah Row Development Company, LLC
c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman                   c/o M.A. Dinkin Law Firm, P.L.L.C.
POB 3715                                 2385 Executive Center Drive, Suite 250   3319 SR 7, Suite 303
West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511                Wellington, FL 33449-8147

Shrayber Land, Inc.                      Tulocay Farm, Inc.                       Westlake Services, LLC
c/o Joaquin J. Alemany, Esq.             c/o Peter Spindel, Esq., P.A.            c/o Liebler Gonzalez & Portuondo
HOLLAND & KNIGHT LLP                     POB 835063                               44 West Flagler Street
701 Brickell Ave., Suite 3300            Miami, FL 33283-5063                     25th Floor
Miami, FL 33131-2898                                                              Miami, FL   33130-1808

Woodside Credit, LLC                     22 Capital                               A&A Publishing Corp d/b/a The Boca Raton Obs
c/o Zach B. Shelomith, Esq.              1900 Glades Road                         7700 Congress Avenue Ste 3115
2699 Stirling Rd # C401                  Suite 540                                Boca Raton, FL 33487-1357
Fort Lauderdale, FL 33312-6598           Boca Raton, FL 33431-7378
```

```
AJA Realty                         AMEX TRS Co., Inc.                    Alpine Business Capital
16850 Charles River Drive          c/o Becket and Lee LLP                99 Wall Street
Delray Beach, FL 33446-0010        PO Box 3001                           New York, NY 10005-4301
                                   Malvern  PA 19355-0701


Auto Wholesale Boca                BAL Investments                       DCG Trust
6560 West Rogers Circle            1114 Ashton Trace                     c/o Kenny Goodman
Suite B27                          Atlanta, GA 30319-2681                1928 Thatch Palm Drive
Boca Raton, FL 33487-2746                                                Boca Raton, FL 33432-7457


Ed Brown                           Fedex Corporate Services Inc          Geoffrey Thomas Keable
152 Bears Club Drive               3965 Airways Blvd, Module G, 3rd Floor Lawrence A. Caplan, P.A.
Jupiter, FL 33477-4203             Memphis, TN 38116-5017                1375 Gateway Blvd
                                                                         Boynton Beach, FL 33426-8304


Get Backed                         MXT Solutions, LLC                    Mike Halperin
2101 Interstate 35                 2101 Interstate 35, 4th Floor         5820 Harrington Way
4th Floor                          Austin, TX 78741-3800                 Boca Raton, FL 33496-2511
Austin, TX 78741-3800


Office of the US Trustee           Parkview                              Phil Gori
51 S.W. 1st Ave.                   400 Main Street                       195 W. Alexander Palm Road
Suite 1204                         Stamford, CT 06901-3000               Boca Raton, FL 33432-8602
Miami, FL 33130-1614


Prestige Luxury Motors             Savannah Row                          Shrayber Land
4301 Oak Circle                    30 SE 15th Avenue                     15700 Dallas Parkway, Suite 11
Suite 25                           Boca Raton, FL 33432                  Dallas, TX 75248-3306
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258

Spin Capital                       TBF                                   TVT
1968 S. Coast Highway              333 River Street                      1407 Broadway
Suite 5021                         Hoboken, NJ 07030-5856                New York, NY 10018-5100
Laguna Beach, CA 92651-3681


Wing Lake Capital Partners         Alexey Alekseyevich Gorodova          Andrew Greenberg
32300 Northwestern Highway         1100 S Miami Avenue                   c/o Jordan L Rappaport
Suite 200                          Apt 1210                              1300 N Federal Hwy #203
Farmington Hills, MI 48334-1501    Miami, FL 33130-4164                  Boca Raton, FL 33432-2848


Chad Zakin                         David Amsel                           Edward Brown
c/o Mark A. Levy                   c/o Breuer Law, PLLC                  c/o Eyal Berger
100 SE Third Avenue, 23rd Floor    6501 Congress Avenue                  201 Las Olas Blvd #1800
Fort Lauderdale, FL 33394-0002     Suite 240                             Fort Lauderdale, FL 33301-4442
                                   Suite 240
                                   Boca Raton, FL 33487-2840


Harry Winderman                    John Wittig                           Kristen Zankl
Harry Winderman, ESQ.              c/o Eyal Berger                       16937 Pierre Circle
2255 Glades Road                   201 Las Olas Blvd #1800               Delray Beach, FL 33446-3693
Suite 205e                         Fort Lauderdale, FL 33301-4442
Boca Raton, FL 33431-7391
```

| | | |
|---|---|---|
| Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 |
| Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     2<br>Total                  72 |