**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 22-12790-EPK
CHAPTER 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

**TAREK ABOUALAZZM'S EXPEDITED MOTION TO COMPEL TURNOVER
OF 2021 LAND ROVER RANGE ROVER**

**REASON FOR EXIGENCY**

**Movant requests an expedited hearing as he has not had use of his vehicle since April 8, 2022 but has been making monthly loan and insurance payments. Movant requests a hearing be scheduled on or before May 20, 2022**

COMES NOW, Interested Party, TAREK ABOUALAZZM, by and through undersigned counsel, and hereby files this Expedited Motion to Compel Turnover of 2021 Land Rover Range Rover, and states as follows:

1. The Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on April 8, 2022.

2. On March 3, 2022, Movant entered into a Purchase Agreement with Karma Broward to sell his 2021 Land Rover Range Rover, VIN SALWR2SUOMA754441 for $80,000.00. A copy of the Payoff Authorization/Title Release and Purchase Agreement are attached hereto as Ex "A".

3. At the 2004 Examination taken on May 4, 2022, Scott Zankl testified that Karma Broward believed it had a buyer for the vehicle and sent a payoff to Chase Auto as the lienholder on the vehicle. It is believed and therefore alleged that the payoff check came from Karma Broward and that the payoff check was returned by Karma Broward's

bank. A copy of the March 13, 2022 letter from Chase Auto is attached as Exhibit "B".

4. The potential buyer that was test driving the vehicle learned of the bankruptcy and decided to drive the vehicle to the Trustee.

5. The Trustee is now possession of the vehicle.

6. The title of the vehicle has never been turned over to any third party and Movant is still the owner of the vehicle. Movant continues to make payments and maintain insurance on the vehicle.

7. Movant believes that no other party has an interest in the vehicle.

8. The Trustee has advised undersigned that she has no objection to turning the vehicle over to Movant upon entry of an Order directing her to do so.

WHEREFORE, Interested Party, TAREK ABOUALAZZM, requests this Court enter an Order directing the Trustee to turnover the 2021 Land Rover Range Rover to Movant without further delay, and awarding such other relief as may be just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically where available or by regular mail to all parties listed below this the 18th day of May, 2022.

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for ABOUALAZZM
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

BY: /s/
JORDAN L. RAPPAPORT, ESQ.
FL Bar No. 108022

SERVICE LIST:

Chase Auto
PO Box 182055
Columbus, OH 43218-2055

Karma Broward
1717 SE 17th Street
Ft. Lauderdale, FL 33316

Karma Palm Beach
1001 Clint Moore Road #101
Boca Raton, FL 33487

Attached matrix



O 954.900.1025
F 954.900.1753
1717 SE 17th St.
Fort Lauderdale, FL 33316

## PAYOFF AUTHORIZATION / TITLE RELEASE

Customer(s) Name: TAREK MOHAMED KHAMEES ABOUALAZZM    SS#

Yr/ Make/ Model: 2021 LAND ROVER RANGE ROVER    VIN# SALWR2SU0MA754441

Bank: **LAND ROVER FINANCIAL GROUP**    Phone#

Payoff Address: ATTN: PAYOFF DEPT, 14800 FRYE ROAD, 1ST FLOOR, TX1-1300, FORT WORTH, TX 76155

Account# 12029816330307    Payoff Amount: 63,531.02

Good Through: 03/23/2022    Per Diem: 7.430

Spoke to:    Verified By: DEALERTRACK

By signing below, I understand that the above-listed payoff amount is an estimated payoff on my vehicle. If upon verification the payoff is a higher amount, I agree to pay the difference upon request. If the amount is lower than estimated, the difference will be mailed to me upon receiving the title or lien release to my vehicle.

I/we, TAREK MOHAMED KHAMEES ABOUALAZZ, hereby grant authorization to the above referenced bank and/or finance company to release the payoff information on my vehicle, and to
**release the title and lien satisfaction to:**
Karma Broward
1717 SE 17Tth St
Fort Lauderdale, FL 33316

Customer(s) Signature: *[signed]*

Manager Signature:

karmaofbroward.com

EXHIBIT "A"


**KARMA | BROWARD**
1717 SE 17TH ST. FORT LAUDERDALE, FL 33316
OFFICE 954.900.1025  FAX 954.900.1753


KARMA
BROWARD | PALM BEACH
— EXCELL AUTO GROUP

# PURCHASE AGREEMENT

SALES PERSON  SCOTT                              DATE 03 / 03 / 22

PURCHASER:  KARMA BROWARD
ADDRESS:    1717 SE 17TH STREET
            FORT LAUDERDALE, FL 33316

OWNER/SELLER  TAREK MOHAMED KHAMEES ABOUALAZZM

ADDRESS  16836 STRASBOURG LN, DELRAY BEACH, FL 33446

PHONE _____  EMAIL: _____

CO-OWNER/CO-SELLER  N/A

ADDRESS  N/A

**VEHICLE DESCRIPTION:**

YEAR  2021                          COLOR  BLACK

MAKE  LAND ROVER                    MILEAGE  8120

MODEL  RANGE ROVER                  VIN  SALWR2SU0MA764441

BODY TYPE  UT                       PURCHASE PRICE $  80,000.00

IT IS AGREED THAT THE OWNER(S)/SELLER(S) WILL FURNISH KARMA BROWARD A FREE AND CLEAR TITLE.

_____            _____
Karma Broward                      Owner/Seller Signature

                                   _____
                                   Co-Owner/Co-Seller Signature



PO Box 182055
Columbus, OH 43218-2055

**Questions?**
1-800-336-6675
We accept operator relay calls

00182 QST 021 001 13422 NNNNNNNNNNNN MR0008
**TAREK M ABOUALAZZM**
16836 STRASBOURG LN
DELRAY BEACH FL 33446-3699

May 13, 2022

**Account Number:**   Ending in 0307
**Vehicle:**   21, LAND R, RANGE ROVE
**VIN:**   SALWR2SU0MA754441

## Action Needed:   Please resubmit your last payment

Dear Tarek M Aboualazzm:

Thank you for being our customer. Your financial institution returned your $63,531.02 payment on 03/31/2022, so we reversed the payment credit. Please resubmit your payment as soon as possible.

We reopened your account and will close it when it's paid in full. If we mailed you a refund check, please don't deposit it because we stopped payment. If you already did, we'll add the refund to your payoff amount.

| To resubmit your payment, you can: ||
|---|---|
| <ul><li>Sign in to: chase.com</li><li>Call us at 1-800-336-6675, or</li><li>Mail it to one of the addresses below.</li></ul> ||
| **Regular Mail:** | **Overnight Mail:** |
| Chase Auto Finance<br><br>PO Box 901065<br>Fort Worth, TX 76101-22065 | Chase Auto Finance<br><br>14800 Frye Road, TX1-0016<br>Fort Worth, TX 76155-2732 |

If you have questions, please call us at 1-800-336-6675.

Sincerely,

Research Representative

Esta carta contiene información importante de la cuenta.
Si tiene alguna pregunta, por favor llame al 1-800-336-6675.

EXHIBIT "B"

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Tue May 17 15:26:18 EDT 2022

Auto Wholesale of Boca, LLC              BAL INVESTMENTS, LLC                     BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                     c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.
Suite B27                                Baker Donelson, et al.                   150 West Flagler Street
Boca Raton, FL 33487-2746                200 S. Orange Ave., Ste. 2900            Suite 2200
                                         Orlando, FL 32801-3448                   Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC           DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o James C. Moon, Esq.                  c/o Ivan J. Reich
Meland Budwick, P.A.                     Meland Budwick, P.A.                     750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       200 South Biscayne Blvd., Ste 3200       Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Miami, FL 33131-5323

Daimler Trust                            EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.
c/o Paul Wilson                          1001 Clint Moore Road                    c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308       Suite 101                                7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP       FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.              c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                     Miami, FL 33131-4332                     Miami, FL 33131-4332

Franklin Capital Funding, LLC            Graves Directional Drilling Inc. a/k/a Grave   MMS Ultimate Services, Inc.
c/o Shraiberg Page, PA                   c/o Kelley, Fulton, Kaplan & Eller PL    7241 Catalina Isle Drive
2385 NW Executive Center Dr., #300       1665 Palm Beach Lakes Blvd.,Ste. 1000    Lake Worth, FL 33467-7746
Boca Raton, FL 33431-8530                West Palm Beach, FL 33401-2109

Mercedes Benz Financial Services USA, LLC.    Milco Atwater, LLC                  Millco Atwater, LLC
14372 Heritage Parkway                   c/o Eyal Berger                          201 E Las Olas Blvd #1800
Fort Worth, TX 76177-3300                201 Las Olas Blvd #1800                  Fort Lauderdale, FL 33301-4442
                                         Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector          Prestige Luxury Cars, LLC                Savannah Row Development Company, LLC
c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman                   c/o M.A. Dinkin Law Firm, P.L.L.C.
POB 3715                                 2385 Executive Center Drive, Suite 250   3319 SR 7, Suite 303
West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511                Wellington, FL 33449-8147

Shrayber Land, Inc.                      Tulocay Farm, Inc.                       Westlake Services, LLC
c/o Joaquin J. Alemany, Esq.             c/o Peter Spindel, Esq., P.A.            c/o Liebler Gonzalez & Portuondo
HOLLAND & KNIGHT LLP                     POB 835063                               44 West Flagler Street
701 Brickell Ave., Suite 3300            Miami, FL 33283-5063                     25th Floor
Miami, FL 33131-2898                                                              Miami, FL   33130-1808

Woodside Credit, LLC                     22 Capital                               A&A Publishing Corp d/b/a The Boca Raton Obs
c/o Zach B. Shelomith, Esq.              1900 Glades Road                         7700 Congress Avenue Ste 3115
2699 Stirling Rd # C401                  Suite 540                                Boca Raton, FL 33487-1357
Fort Lauderdale, FL 33312-6598           Boca Raton, FL 33431-7378
```

| | | |
|---|---|---|
| AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 |
| Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 |
| Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 |
| Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 |
| Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 |
| Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 |
| Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 | John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |

| | | |
|---|---|---|
| Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 |
| Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     2<br>Total                  72 |