UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

           Chapter 7

EXCELL Auto Group, Inc.,            Case No. 22-12790-EPK

       Debtor.
_____/

### EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR SCOTT ZANKL

#### Reason for Exigency

**Counsel for Interested Party Scott Zankl respectfully requests this Court set a hearing on an expedited basis due to irreconcilable differences between Scott Zankl and Counsel. Counsel respectfully requests that this Court set a hearing such date as this Court deems appropriate.**

The undersigned attorney Aaron A. Wernick, Esq. and Wernick Law, PLLC ("Counsel"), attorneys of record for Interested Party Scott Zankl, respectfully moves this Court for an order authorizing Counsel to withdraw as attorneys of record, and as grounds in support thereof, state as follows:

1. Irreconcilable differences have arisen between Counsel and Scott Zankl such that Counsel is unable to proceed with representation of Scott Zankl as an Interested Party in the above captioned case.

2. If this Court enters an order granting this motion, Counsel respectfully requests that all interested parties serve any and all documents, pleadings and/or communications upon Scott Zankl, 16937 Pierre Circle, Delray Beach, FL 33446.

3. This Motion is not a request to withdraw from the representation of Kristen Zankl.

WHEREFORE, Aaron A. Wernick, Esq. and the law firm of Wernick Law, PLLC respectfully requests that this Court enter an order granting the motion, authorizing Counsel to withdraw from the case immediately, and for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served with a Notice of Hearing thereon.

Dated: May 19, 2022

    Wernick Law, PLLC
*Counsel for Interested Party Scott Zankl*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561) 961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
aaron@wernicklaw.com