UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-12790-EPK
CHAPTER 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

**CERTIFICATE OF SERVICE AND**
**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

I HEREBY CERTIFY that a true copy of the NOTICE OF HEARING (ECF 85) was served electronically where available or by regular mail to all those enumerated on the attached list on the 18th day of May, 2022. I further certify that I have attempted to confer with opposing counsel in an attempt to resolve these issues without a hearing.

    RAPPAPORT OSBORNE & RAPPAPORT, PLLC
    Attorneys for ABOUALAZZM
    Suite 203, Squires Building
    1300 North Federal Highway
    Boca Raton, Florida 33432
    Telephone: (561) 368-2200

    BY: /s/_____
        JORDAN L. RAPPAPORT, ESQ.
        FL Bar No. 108022

SERVICE LIST:

Chase Auto
PO Box 182055
Columbus, OH 43218-2055

Karma Broward
1717 SE 17th Street
Ft. Lauderdale, FL 33316

Karma Palm Beach
1001 Clint Moore Road #101
Boca Raton, FL 33487

Attached matrix

```
Label Matrix for local noticing        1001 Clint Moore, LLC                  Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                  6560 W Rogers Circle                   4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                       Suite B27                              Oklahoma City, OK 73118-7901
Southern District of Florida            Boca Raton, FL 33487-2746
West Palm Beach
Tue May 17 15:26:18 EDT 2022

Auto Wholesale of Boca, LLC             BAL INVESTMENTS, LLC                   BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                    c/o Zachary J. Bancroft, Esq.          c/o Eric J. Silver, Esq.
Suite B27                               Baker Donelson, et al.                 150 West Flagler Street
Boca Raton, FL 33487-2746               200 S. Orange Ave., Ste. 2900          Suite 2200
                                        Orlando, FL 32801-3448                 Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP   Chapford Specialty Finance LLC         DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                 c/o James C. Moon, Esq.                c/o Ivan J. Reich
Meland Budwick, P.A.                    Meland Budwick, P.A.                   750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200      200 South Biscayne Blvd., Ste 3200     Boca Raton, FL 33487-3611
Miami, FL 33131-5323                    Miami, FL 33131-5323

Daimler Trust                           EXCELL Auto Group, Inc.                Excell Auto Sport and Service, Inc.
c/o Paul Wilson                         1001 Clint Moore Road                  c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308      Suite 101                              7777 Glades Rd., Suite 100
Plantation, FL 33322-5235               Boca Raton, FL 33487-2830              Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP    FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.             c/o David R. Softness, Esq.            c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740      201 South Biscayne Boulevard #2740     201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                    Miami, FL 33131-4332                   Miami, FL 33131-4332

Franklin Capital Funding, LLC           Graves Directional Drilling Inc. a/k/a Grave   MMS Ultimate Services, Inc.
c/o Shraiberg Page, PA                  c/o Kelley, Fulton, Kaplan & Eller PL  7241 Catalina Isle Drive
2385 NW Executive Center Dr., #300      1665 Palm Beach Lakes Blvd.,Ste. 1000  Lake Worth, FL 33467-7746
Boca Raton, FL 33431-8530               West Palm Beach, FL 33401-2109

Mercedes Benz Financial Services USA, LLC.   Milco Atwater, LLC                Millco Atwater, LLC
14372 Heritage Parkway                  c/o Eyal Berger                        201 E Las Olas Blvd #1800
Fort Worth, TX 76177-3300               201 Las Olas Blvd #1800                Fort Lauderdale, FL 33301-4442
                                        Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector         Prestige Luxury Cars, LLC              Savannah Row Development Company, LLC
c/o Hampton Peterson Esq                c/o Thomas G. Zeichman                 c/o M.A. Dinkin Law Firm, P.L.L.C.
POB 3715                                2385 Executive Center Drive, Suite 250 3319 SR 7, Suite 303
West Palm Beach, FL 33402-3715          Boca Raton, FL 33431-8511              Wellington, FL 33449-8147

Shrayber Land, Inc.                     Tulocay Farm, Inc.                     Westlake Services, LLC
c/o Joaquin J. Alemany, Esq.            c/o Peter Spindel, Esq., P.A.          c/o Liebler Gonzalez & Portuondo
HOLLAND & KNIGHT LLP                    POB 835063                             44 West Flagler Street
701 Brickell Ave., Suite 3300           Miami, FL 33283-5063                   25th Floor
Miami, FL 33131-2898                                                           Miami, FL   33130-1808

Woodside Credit, LLC                    22 Capital                             A&A Publishing Corp d/b/a The Boca Raton Obs
c/o Zach B. Shelomith, Esq.             1900 Glades Road                       7700 Congress Avenue Ste 3115
2699 Stirling Rd # C401                 Suite 540                              Boca Raton, FL 33487-1357
Fort Lauderdale, FL 33312-6598          Boca Raton, FL 33431-7378
```

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

| | | |
|---|---|---|
| Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 |
| Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    70<br>Bypassed recipients     2<br>Total                  72 |