UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:  
                                                                                                                      CASE NO. 22-12790-EPK  
                                                                                                                      Chapter 7

EXCELL AUTO GROUP, INC.,

Debtor.

_____/

**CREDITOR WESTLAKE FLOORING COMPANY, LLC'S**
**EXPEDITED MOTION TO COMPEL TURNOVER OF VEHICLES**

**Movant requests an expedited hearing for the release of the below-defined Vehicles. Movant further requests that the Court enter an Order prohibiting the release of the below Vehicles before the hearing on this Motion takes place.**

COMES NOW, Creditor and Interested Party Westlake Flooring Company, LLC ("Westlake"), by and through undersigned counsel, and hereby files this Expedited Motion to Compel Turnover of the following (collectively, the "Vehicles"):

| VIN | Year | Make/Model |
| --- | --- | --- |
| 50G6E4SSXMA000060 | 2021 | Karma GS-6 |
| 50GK43SBXLA000070 | 2020 | Karma Revero GT |
| 50GK43SB6LA000129 | 2020 | Karma Revero GT |

1. On October 14, 2020, Westlake executed a Loan and Security Agreement (the "Excell LSA") with Excell Auto Group, Inc. ("Excell"). The Excell LSA is attached hereto as Exhibit A.

2. Pursuant to the Excell LSA, Westlake would loan money to Excell for the purchase of vehicles for its inventory. Among the vehicles purchased by Excell were the Vehicles identified above.

3. On December 10, 2021, the owner of Excell, Mr. Scott Zankl ("Mr. Zankl"), requested that the Vehicles be transferred to Karma of Palm Beach, Inc., another dealership owned by Mr. Zankl. A copy of the transfer of inventory request is attached as Exhibit B.

4. On November 2, 2021, Mr. Zankl, on behalf of Karma of Palm Beach, executed a Loan and Security Agreement (the "Karma LSA") and the Vehicles were transferred to the inventory of Karma. A copy of the Karma LSA is attached as Exhibit C.

5. Westlake has and continues to maintain the titles to the Vehicles.

6. Under the terms of the Excell LSA and the Karma LSA, the following are events of default:

- Borrower or any Guarantor fails to perform any of its obligations, undertakings or covenants under this Note or under any other Loan Document, including any obligation to repay any Liability when due and Borrower's obligation to pay upon demand any outstanding Liability under this Note.

- Borrower or any Guarantor, any of their respective Parent Companies, or Affiliates, becomes insolvent or consents to the appointment of a trustee, receiver, or other custodian for such Borrower, Guarantor, or Parent Company, as the case may be, or for any property belonging to any of the foregoing Persons; or such Borrower, Guarantor, or Parent Company, as the case may be, makes a general assignment for the benefit of its creditors; or any bankruptcy, reorganization, debt arrangement, or other case or proceeding under any bankruptcy or insolvency Law, or a dissolution or liquidation proceeding, is commenced by or against such Borrower, Guarantor, or Parent Company, as the case may be.

- Lender in its sole and absolute discretion deems itself insecure for any reason

*See* Exhibits A and C ¶¶ 5a, 5f, 5l.

7. On April 8, 2022, Excell filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. DE 1.

8. On May 2, 2022, the Trustee filed a Notice of Abandonment [DE 60] of the Vehicles pursuant to Bankruptcy Rule 6007. The Trustee has taken the position that the Vehicles are overly burdensome and the bankruptcy estate will have no further interest in the Vehicles.

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130    (305) 379-0400

9.   On May 19, 2022, counsel for the Trustee advised that the Trustee will not release any of the vehicles listed in her Notice of Abandonment absent a court order providing authorization.

10.   Westlake is entitled to possession of the Vehicles because it is the titleholder and because Karma is in default under the terms of the Karma LSA.

WHEREFORE, Interested Party and Creditor Westlake Flooring Company, LLC requests this Court enter an Order authorizing and directing the Trustee to turn over the Vehicles to Westlake without further delay, and awarding such other relief as may be just.

Respectfully submitted,

*/s/ James R. Liebler, II*
MARK E. STEINER
Florida Bar No. 28513
JAMES R. LIEBLER, II
Florida Bar No. 115348
Liebler, Gonzalez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130
Tel: (305) 379-0400
Email: service@lgplaw.com
*Counsel for Westlake Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ James R. Liebler, II*
JAMES R. LIEBLER, II