**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:	Case No.: 22-12790-EPK
	Chapter 7
EXCELL AUTO GROUP, INC.	WEST PALM BEACH DIVISION

Debtor(s).
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears as counsel for Interested Party, KARMA OF BROWARD, INC., in the above-captioned case. Request is hereby made pursuant to Bankruptcy Rule 9010(b) that all notices given or required to be given in this case and all pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

    Harry Winderman, Esq.
    Primary email 1:    hw@whcfla.com
    Alternate email:    gg@whcfla.com; filings@whcfla.com

        WEISS, HANDLER & CORNWELL, PA
        *Attorneys for Karma of Broward, Inc.*
        One Boca Place, Suite 205-E
        2255 Glades Road
        Boca Raton, FL 33431
        Telephone: (561) 997-9995

        By: /s/ Harry Winderman
            HARRY WINDERMAN, ESQ.
            Florida Bar No. 209562
            hw@whcfla.com
            filings@whcfla.com
            gg@whcfla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 23, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
HARRY WINDERMAN, ESQ.
Florida Bar No. 209562
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **Joaquin J Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com
- **Alan R Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Mitchell A Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **Dana L Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Mark A Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso** ngm@mancuso-law.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Harry J Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Peter D Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick** awernick@wernicklaw.com, awernick@ecf.courtdrive.com, crubin@wernicklaw.com, dkariotis@wernicklaw.com, mlaverriere@wernicklaw.com
- **Paul Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Mon May 23 15:35:08 EDT 2022

Auto Wholesale of Boca, LLC              BAL INVESTMENTS, LLC                     BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                     c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.
Suite B27                                Baker Donelson, et al.                   150 West Flagler Street
Boca Raton, FL 33487-2746                200 S. Orange Ave., Ste. 2900            Suite 2200
                                         Orlando, FL 32801-3448                   Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC           DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o James C. Moon, Esq.                  c/o Ivan J. Reich
Meland Budwick, P.A.                     Meland Budwick, P.A.                     750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       200 South Biscayne Blvd., Ste 3200       Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Miami, FL 33131-5323

Daimler Trust                            EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.
c/o Paul Wilson                          1001 Clint Moore Road                    c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308       Suite 101                                7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia    FVP Opportunity Fund III, LP      FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.              c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                     Miami, FL 33131-4332                     Miami, FL 33131-4332

Franklin Capital Funding, LLC            Graves Directional Drilling Inc. a/k/a Grave    MMS Ultimate Services, Inc.
c/o Shraiberg Page, PA                   c/o Kelley, Fulton, Kaplan & Eller PL    7241 Catalina Isle Drive
2385 NW Executive Center Dr., #300       1665 Palm Beach Lakes Blvd.,Ste. 1000    Lake Worth, FL 33467-7746
Boca Raton, FL 33431-8530                West Palm Beach, FL 33401-2109

Mercedes Benz Financial Services USA, LLC.    Milco Atwater, LLC                  Millco Atwater, LLC
14372 Heritage Parkway                   c/o Eyal Berger                          201 E Las Olas Blvd #1800
Fort Worth, TX 76177-3300                201 Las Olas Blvd #1800                  Fort Lauderdale, FL 33301-4442
                                         Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector          Prestige Luxury Cars, LLC                Savannah Row Development Company, LLC
c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman                   c/o M.A. Dinkin Law Firm, P.L.L.C.
POB 3715                                 2385 Executive Center Drive, Suite 250   3319 SR 7, Suite 303
West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511                Wellington, FL 33449-8147

Shrayber Land, Inc.                      Tulocay Farm, Inc.                       Westlake Flooring Company, LLC
c/o Joaquin J. Alemany, Esq.             c/o Peter Spindel, Esq., P.A.            c/o Liebler Gonzalez & Portuondo
HOLLAND & KNIGHT LLP                     POB 835063                               44 West Flagler Street
701 Brickell Ave., Suite 3300            Miami, FL 33283-5063                     25th Floor
Miami, FL 33131-2898                                                              Miami, FL 33130-1808

Westlake Services, LLC                   Woodside Credit, LLC                     22 Capital
c/o Liebler Gonzalez & Portuondo         c/o Zach B. Shelomith, Esq.              1900 Glades Road
44 West Flagler Street                   2699 Stirling Rd # C401                  Suite 540
25th Floor                               Fort Lauderdale, FL 33312-6598           Boca Raton, FL 33431-7378
Miami, FL   33130-1808
```

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

| | | |
|---|---|---|
| Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     2<br>Total                  73 |