UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

EXCELL Auto Group, Inc.,

Chapter 7

Case No. 22-12790-EPK

Debtor.
_____/

**INTERESTED PARTY KRISTEN ZANKL'S EXPEDITED MOTION TO COMPEL TURNOVER OF 2019 CHEVROLET CAMARO HELD BY TRUSTEE**

**Reason for Exigency**

**Movant respectfully requests this Court set a hearing on an expedited basis as Movant has not had use of her vehicle since April 8, 2022 despite making insurance payments as contractually due and despite the fact that only the Movant is on title to the vehicle in question. In addition, the Trustee does not object to the relief sought. Therefore, the Movant respectfully requests that this Court set a hearing on this matter for June 1, 2022 or such date as this Court deems appropriate.**

Interested Party KRISTEN ZANKL ("Movant"), by and through undersigned counsel, files this expedited motion seeking an order authorizing the Trustee to turn over the 2019 Chevrolet Camaro (VIN #1G1FK1R67K0150099) (the "Vehicle") to the Movant, and as grounds therefore, states as follows:

1. On December 23, 2021, Movant purchased the Vehicle.

2. The Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on April 8, 2022 (the "Petition Date").

3. On the Petition Date, the Movant, and only the Movant, was on the Vehicle's title.

4. The Trustee is now possession of the Vehicle.

5. Movant believes that no other party has an interest in the Vehicle and has no

objection to the relief requested herein.

6. The Trustee has advised undersigned that she has no objection to turning the Vehicle over to Movant upon entry of an Order directing her to do so.

WHEREFORE, Interested Party KRISTEN ZANKL requests this Court enter an Order directing the Trustee to turn over the Vehicle; to wit, the 2019 Chevrolet Camaro, to the Movant forthwith, and awarding such other relief as may be just.

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on those registered for CM/ECF notifications in this case on May 23, 2022, and will be served upon all creditors and interested parties on the official court matrix upon receipt of the notice of hearing.

RESPECTFULLY SUBMITTED,

Wernick Law, PLLC
*Counsel for Interested Party Kristen Zankl*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561) 961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
aaron@wernicklaw.com