UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              Case No.: 22-12790-EPK
                                                    Chapter 7
EXCELL AUTO GROUP, INC.                             WEST PALM BEACH DIVISION

Debtor(s).
_____/

**EXPEDITED MOTION TO AUTHORIZE TURNOVER OF ABANDONED VEHICLES HELD BY TRUSTEE**

**REASON FOR EXIGENCY**

**Movant requests an expedited hearing as it has not had use of its vehicles since April 8, 2022 but has been making monthly loan and insurance payments. Movant requests a hearing be scheduled on or before May 25, 2022.**

Interested Party, KARMA OF BROWAD, INC. ("Movant"), by and through undersigned counsel and pursuant to Local Bankruptcy Rule 9013-1(C)(1), files this expedited motion seeking an order authorizing the Trustee to turn over the vehicles listed in Trustee's Notice of Abandonment (ECF No. 76) (the "Abandoned Vehicles"), and as grounds states as follows:

1. The Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on April 8, 2022. (ECF No. 1).

2. The Trustee is now possession of the following Abandoned Vehicles:

| Year/Make | Color | VIN No. |
|---|---|---|
| 2019 Chevrolet Camaro ZL1 | Yellow/Green | 1G1FK1R67K0150099 |
| 2020 Karma Revero | Orange | 50G6E4SSXMA000060 |
| 2020 Karma Revero | Burgundy | 50GK43SBXLA000070 |
| 2020 Karma Revero | Grey | 50GK43SB6LA000129 |
| 2020 Karma Revero | Silver | 50GK43SB2LA000094 |

In Re Excell Auto Group, Inc.
Case No. 22-12790-EPK

| 2020 Karma Revero | White | 50GK43SB7LA000074 |
|---|---|---|
| 2020 Karma Revero | Blue | 50GK43SB4LA000033 |

3. Movant believes that no other party has an interest in the Abandoned Vehicles and has no objection to the relief requested herein.

4. The Trustee has advised undersigned that she has no objection to turning the Abandoned Vehicles over to Movant upon entry of an Order directing her to do so.

WHEREFORE, Interested Party, KARMA OF BROWARD, INC., requests this Court enter an Order directing the Trustee to turn over the Abandoned Vehicles to Movant without further delay, and awarding such other relief as may be just.

Dated: May 23, 2022.    Respectfully submitted,

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
 HARRY WINDERMAN, ESQ.
 Florida Bar No. 209562
 hw@whcfla.com
 filings@whcfla.com
 gg@whcfla.com

### LOCAL RULE 9011-4(B)(1) CERTIFICATION

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

By: /s/ Harry Winderman
 HARRY WINDERMAN, ESQ.
 Florida Bar No. 209562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 23, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

> WEISS, HANDLER & CORNWELL, PA
> *Attorneys for Karma of Broward, Inc.*
> One Boca Place, Suite 205-E
> 2255 Glades Road
> Boca Raton, FL 33431
> Telephone: (561) 997-9995
>
> By: /s/ Harry Winderman
> HARRY WINDERMAN, ESQ.
> Florida Bar No. 209562
> hw@whcfla.com
> filings@whcfla.com
> gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **Joaquin J Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com
- **Alan R Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Mitchell A Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **Dana L Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Mark A Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso** ngm@mancuso-law.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com

In Re Excell Auto Group, Inc.
Case No. 22-12790-EPK

- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Harry J Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Peter D Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick** awernick@wernicklaw.com, awernick@ecf.courtdrive.com, crubin@wernicklaw.com, dkariotis@wernicklaw.com, mlaverriere@wernicklaw.com
- **Paul Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

Page 4 of 4

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon May 23 15:35:08 EDT 2022 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 |
| Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 | Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 |
| FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 |
| Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 | Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 |
| Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 |
| Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL   33130-1808 | Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 |

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701


Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681


DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017


Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800


Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000


Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432


Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

TBF
333 River Street
Hoboken, NJ 07030-5856


TVT
1407 Broadway
New York, NY 10018-5100

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164


Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840


Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

| | | |
|---|---|---|
| Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     2<br>Total                  73 |