**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-12790-EPK |
| **EXCELL AUTO GROUP, INC.** | Chapter 7 |
| Debtor. | |
| _____/ | |

**CHAPTER 7 TRUSTEE'S NOTICE OF TAKING RULE 2004 EXAMINATION**

**PLEASE TAKE NOTICE** that Nicole Testa Mehdipour ("**Trustee**"), Chapter 7 trustee of the estate of Excell Auto Group, Inc., by and through undersigned counsel, will examine under oath Scott Zankl, as authorized representative of the Debtor Excell Auto Group, Inc, beginning at **9:30 a.m.** on **Monday, June 6, 2022**.

**PLEASE TAKE FURTHER NOTICE** that the oral examination will be performed by video conferencing, and arrangements can be coordinated in advance with any creditor or interested party who wishes to appear. The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1. The scope of the examination is as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary

Dated this 23rd day of May, 2022.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419a
Boca Raton, Fl 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

By: */s/ Alan R. Crane*
    Alan R. Crane
    Florida Bar No.: 0963836
    E-Mail: Acrane@Furrcohen.com
    Jason S. Rigoli, Esq.
    Florida Bar No. 91990
    E-mail: jrigoli@furrcohen.com

-and-

2

          **LAW OFFICE OF**
          **NICOLE TESTA MEHDIPOUR, P.A.**
          *Counsel for Chapter 7 Trustee*
          6278 N. Federal Highway, Suite 408
          Fort Lauderdale, FL 33308
          Tel: (954) 858-5880
          Fax: (954) 208-0888

          */s/ Nicole Testa Mehdipour*
              Nicole Testa Mehdipour
              Florida Bar No. 177271
              Nicole.Mehdipour@ntmlawfirm.com