UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 22-12790-EPK
Chapter: 7

IN RE:

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

## DAIMLER TRUST AND MERCEDES BENZ FINANCIAL SERVICES USA, LLC. EXPEDITED MOTION TO COMPEL TURNOVER OF 2019 MERCEDES-BENZ S63

COMES NOW, Interested Parties, DAIMLER TRUST and MERCEDES BENZ FINANCIAL SERVICES USA, LLC., by and through the undersigned counsel hereby files this Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S63, and states as follows:

1. EXCELL AUTO GROUP, INC. ("EXCELL") filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on April 8, 2022.

2. On March 13, 2019, Delores Reiter, entered into a Motor Vehicle Lease Agreement, with MERCEDES BENZ FINANCIAL SERVICES USA, LLC., for a 2019 Mercedes-Benz S63 VIN WDDXK8JB1KA037679 ("2019 Mercedes-Benz") (See Motor Vehicle Lease Agreement attached hereto as Exhibit A)

3. DAIMLER TRUST is the owner of the 2019 Mercedes-Benz. (See New York State Certificate of Title attached hereto as Exhibit B)

4. On or about March 8, 2022, Delores Reiter sold the 2019 Mercedes-Benz to Karma of Broward, Inc. ("Karma")

5. Karma is a corporate entity associated with EXCELL so much so that Karma does not have an identity different than that of EXCELL. Additionally, Scott and Kristen Zankle, are the sole shareholders and managers of EXCELL and Karma.

6. On March 24, 2022, Karma remitted payment to DAIMLER TRUST, through its payment agent MERCEDES BENZ FINANCIAL SERVICES USA, LLC., in the amount of $102,528.01. (See March 24, 2022 check attached hereto as Exhibit C)

7. Upon receipt of payment from Karma, DAIMLER released the title of the 2019 Mercedes-Benz to Karma Palm Beach, 1001 Clint Moore Rd., Suite 101, Boca Raton, FL 33487.

8. The address where the New York Certificate of Title was sent to is the principal address of EXCELL.

9. Karma's check in the amount of $102,528.01 was returned for insufficient funds.

10. Karma has refused to honor the check or return the 2019 Mercedes-Benz to DAIMLER.

11. EXCELL or one of its associated corporate entities or individuals is in possession of the 2019 Mercedes-Benz.

12. Delores Reiter, the lessee of the 2019 Mercedes-Benz, may have an interest in the vehicle.

13. An expedited hearing is requested in this case because the title to the 2019 Mercedes-Benz has been administratively stopped by Florida HSMV, in response to a title fraud complaint. (See Florida HSMV VIN Check attached hereto as Exhibit D) The administrative stop is not permanent.

WHEREFORE, Interested Parties, DAIMLER TRUST and MERCEDES BENZ FINANCIAL SERVICES USA, LLC. requests this Court enter an order directing the Debtor or Trustee to turnover the 2019 Mercedes-Benz VIN WDDXK8JB1KA037679 and/or the Certificate of Title for the vehicle without further delay.

## ATTORNEY CERTIFICATION

I HERBY CERTIFY that I am admitted to the Bar of the United States District Court for the South District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was and filed electronically with the Clerk of Court and served by electronic transmission upon the following parties on this 24th day of May, 2022:

- John D. Segal, Esq., Counsel for Tim Olesijuk;
- Jordan L. Rappaport, Esq., Counsel for Stefano Riga and Tarek Aboualazzm;
- Dana L. Kaplan, Esq., Counsel for Graves Directional and Steven Graves;
- Joaquin J. Alemany, Esq., Counsel for Shrayber Land, Inc.;
- Aaron A. Wernick, Esq., Counsel for the Zankles;
- Eric S. Pedergraft, Esq., Counsel for Johnie Weems;
- Zachary Bancroft, Esq., Counsel for BAL;
- Eric Silver, Esq., Counsel for Benidt;
- Peter Spindel, Esq., Counsel for Tulocay Farm;
- Thomas G. Zeichman, Esq., Counsel for Prestige;
- Mark Steiner, Esq., Counsel for Westlake;
- David R. Softness, Esq., Counsel for FVP;
- Hampton Peterson, Esq., Counsel for Palm Beach County;
- James C. Mone, Esq., Counsel for Chapford;
- Nicole Testa Mehdipar, Esq. Trustee;
- Jason S. Rigolie, Esq., Counsel Trustee;
- Mark A. Levy, Esq. Counsel for Zakin;
- Alan Crane, Esq., Counsel for Furr Cohen, P.A.

By: /s/*Paul Wilson*
PAUL E. WILSON, ESQ.
Florida Bar No. 924741
Wilson Law Firm South Florida, P.A.
Attorney for Daimler Trust and MBFS
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322
954-327-7285
954-327-7290 (Fax)
E-Mail: pwilson@paulwilsonesq.com
E-Serv: pwilson@paulwilsonesq.com