# EXHIBIT C

Date: 20220326, Site: 21, Lockbox: 5209, Batch: 3030, Trans: 7, Seq: 30, Amt: 102528.01

KARMA | BROWARD

1717 Se 17Th St Fort Lauderdale, FL 33316
Phone: (954) 998-5557

CHASE BANK

| DATE | CHECK |
|------|-------|
| 3/24/2022 | 314 |

AMOUNT

$ 102,528.01

Pay One Hundred Two Thousand, Five Hundred Twenty-Eight Dollars and One Cent

TO
THE
ORDER
OF

MERCEDES BENZ FINANCIAL SERVICES
ATTN BOX 5209, 8430 WEST BRYN MAWR
3RD FLOOR
CHICAGO, IL   60631

⑯ Security features included. Details on back.

⑈"000000314"⑈  ⑈:267084413⑈:61257596⑈"

Date: 20220326, Site: 21, Lockbox: 5209, Batch: 3030, Trans: 7, Seq: 30, Amt: 102528.01

**ENDORSE HERE:**

☐ CHECK HERE IF MOBILE DEPOSIT

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
★ RESERVED FOR FINANCIAL INSTITUTION USE ★

CHI-MercedesBe 03/26/22 5001102485001
Citibank >031100209< 0005209 ENDORSEMENT
Endpoint 20 31056939    GRNTD CRDT PAYEE
273910 030 000 273910-20-10-007/3030-007



***The security features listed below, as well as those not listed, exceed industry guidelines.***

| Security Features: | Results of document alteration |
|---|---|
| Padlock Icon | • Alerts handler the document contains security features. |
| Chemical Protection | • Stains or spots appear with chemical alteration. |
| Chemical Erasure Protection | • Colored marks appear when chemically altered or erased. |
| Security Screen | • Absence of "Original Document" verbiage on back of check. |
| Microprint | • Small type in check border and back signature lines, readable with a magnifying lens, appears as dots if copied or scanned. |
| Artificial Watermark | • Artificial watermark not visible on back of check when held at 45° angle. |
| Fluorescent Fibers | • Visible under ultraviolet light. Cannot be photocopied or scanned. |
| Colored Pantograph | • The face of this document contains a colored check background. |
| Coin Reactive | • The back of check will not change color when rubbed with a coin. |

★ FEDERAL RESERVE BOARD OF GOVERNORS REG. CC