# EXHIBIT D

# Vehicle Information Check

There is an administrative vehicle stop on the record found for the title or vehicle identification number that was entered. For more information, please contact the Customer Service Center at 850/617-2000. Hours of operation are Monday through Friday, 8 a.m. - 5 p.m. Eastern Standard Time. Please have the title or vehicle identification number available when you call.

## Vehicle Information:

| | | | |
|---|---|---|---|
| Vehicle Identification Number: | WDDXK8JB1KA037679 | Year/Make: | 2019 MERCEDES-BENZ FOR PASSENER AND COMMERCIAL VEHICLES |
| Previous Title State: | | Registration Expiration Date: | 5/25/2022 |
| Title: | NO TITLE ON FILE | Title Issue Date: | |
| Title Status: | | Title Print Date: | |
| Odometer Reading/Status: | | Odometer Date: | |
| Color: | BLACK | Vehicle Type: | AUTO |
| Net Weight: | 4,817 | Owner Information: | 1 owner |
| Paper Title | | Salvage: | |
| Brands: | | | |

## Lien Information

There is no lien on this vehicle.

**If any of the information on this record needs to be corrected**, please contact your tax collector and complete appropriate paperwork to update the record.
**If you have lost or misplaced your title** and need to apply for a duplicate, click here for the form and instructions.