UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.                     Case No.: 22-12790-EPK
                                            Chapter 7
    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the *Motion to Reject the Lease of Real Property Effective on April 30, 2022* **[ECF No. 95]**; *Notice of Hearing on Motion to Reject the Lease of Real Property Effective on April 30, 2022* **[ECF No. 96]**; *Expedited Motion to Compel Scott Zankl, in his Capacity as Corporate Representative of Debtor, to Appear for Rule 2004 Examination* **[ECF No. 105]**; and *Notice of Hearing regarding Expedited Motion to Compel Scott Zankl, in his Capacity as Corporate Representative of Debtor, to Appear for Rule 2004 Examination* **[ECF No. 108]** were served via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. mail as listed in the attached service list on the dates indicated below

Dated: May 25, 2022

                                            Furr Cohen, P.A.
                                            *Counsel for the Trustee*
                                            2255 Glades Road, Suite 419A
                                            Boca Raton, Florida 33431
                                            (561)395-0500/(561)338-7532- fax

                                            BY:    */s/ Alan R. Crane*
                                                       Alan R. Crane
                                                       Florida Bar No.: 0963836
                                                       E-mail: acrane@furrcohen.com

- 2 -

**By Notice of Electronic Filing:** ECF No. 95 and 96 were served on May 20, 2022 and ECF No. 105 and ECF No. 108 were served on 5/25/2022 to all parties registered with CM/ECF to receive electronic notices.

**By U.S. Mail:** ECF No. 95, 96, 105 and 108 were served on May 25, 2022 on all Creditors and parties on the attached official court matrix and parties listed below, except those receiving CM/ECF notices were served on the dates indicated above.

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Wed May 25 13:03:56 EDT 2022

Auto Wholesale of Boca, LLC              BAL INVESTMENTS, LLC                     BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                     c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.
Suite B27                                Baker Donelson, et al.                   150 West Flagler Street
Boca Raton, FL 33487-2746                200 S. Orange Ave., Ste. 2900            Suite 2200
                                         Orlando, FL 32801-3448                   Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC           DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o James C. Moon, Esq.                  c/o Ivan J. Reich
Meland Budwick, P.A.                     Meland Budwick, P.A.                     750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       200 South Biscayne Blvd., Ste 3200       Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Miami, FL 33131-5323

Daimler Trust                            EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.
c/o Paul Wilson                          1001 Clint Moore Road                    c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308       Suite 101                                7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP       FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.              c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                     Miami, FL 33131-4332                     Miami, FL 33131-4332

Franklin Capital Funding, LLC            Graves Directional Drilling Inc. a/k/a Grave   Karma of Broward, Inc.
c/o Shraiberg Page, PA                   c/o Kelley, Fulton, Kaplan & Eller PL    c/o Weiss Handler & Cornwell, PA
2385 NW Executive Center Dr., #300       1665 Palm Beach Lakes Blvd.,Ste. 1000    2255 Glades Road
Boca Raton, FL 33431-8530                West Palm Beach, FL 33401-2109           Suite 205E
                                                                                  Boca Raton, FL 33431-7391

MMS Ultimate Services, Inc.              Mercedes Benz Financial Services USA, LLC.   Milco Atwater, LLC
7241 Catalina Isle Drive                 14372 Heritage Parkway                   c/o Eyal Berger
Lake Worth, FL 33467-7746                Fort Worth, TX 76177-3300                201 Las Olas Blvd #1800
                                                                                  Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC                      Palm Beach County Tax Collector          Prestige Luxury Cars, LLC
201 E Las Olas Blvd #1800                c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman
Fort Lauderdale, FL 33301-4442           POB 3715                                 2385 Executive Center Drive, Suite 250
                                         West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511

Savannah Row Development Company, LLC    Shrayber Land, Inc.                      Tulocay Farm, Inc.
c/o M.A. Dinkin Law Firm, P.L.L.C.       c/o Joaquin J. Alemany, Esq.             c/o Peter Spindel, Esq., P.A.
3319 SR 7, Suite 303                     HOLLAND & KNIGHT LLP                     POB 835063
Wellington, FL 33449-8147                701 Brickell Ave., Suite 3300            Miami, FL 33283-5063
                                         Miami, FL 33131-2898

Westlake Flooring Company, LLC           Westlake Services, LLC                   Woodside Credit, LLC
c/o Liebler Gonzalez & Portuondo         c/o Liebler Gonzalez & Portuondo         c/o Zach B. Shelomith, Esq.
44 West Flagler Street                   44 West Flagler Street                   2699 Stirling Rd # C401
25th Floor                               25th Floor                               Fort Lauderdale, FL 33312-6598
Miami, FL 33130-1808                     Miami, FL   33130-1808
```

| | | |
|---|---|---|
| 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 | AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 |
| AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 | Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 |
| Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 | Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 |
| MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 | Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 |
| Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 | Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 |
| TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 |
| Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 |
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 |

| | | |
|---|---|---|
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 |
| (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 |
| Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 |
| Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 |
| Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     2<br>Total                  74 |