UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

                                                  Chapter 7

EXCELL Auto Group, Inc.,                     Case No. 22-12790-EPK

           Debtor.
_____/

## CERTIFICATE OF SERVICE - ECF 99 and 103

I HEREBY CERTIFY that true and correct copies of the following documents were served on all parties listed below in the manner and dates indicated:

**[ECF 99]** *Interested Party Kristen Zankl's Expedited Motion to Compel Turnover of 2019 Chevrolet Camaro Held by Trustee*
and
**[ECF 103]** *Notice of Hearing*

Dated: May 26, 2022

                                               Wernick Law, PLLC
                                               *Counsel for Scott Zankl*
                                               2255 Glades Road, Suite 324A
                                               Boca Raton, Florida 33431
                                               (561)961-0922/(561)431-2474- fax

                                               By: */s/Aaron A. Wernick*
                                               Aaron A. Wernick, Esq.
                                               Florida Bar No.: 14059
                                               awernick@wernicklaw.com

## MOTION [ECF 99} SERVED VIA CM/ECF NOTICE ON MAY 23, 2022; NOTICE OF HEARING [ECF 103] SERVIED VIA CM/ECF NOTICE ON MAY 24, 2022 TO:

- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Zachary J Bancroft    zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com

- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- John D. Segaul    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- Zach B Shelomith    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Peter D Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com

- Aaron A Wernick    awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com
- Paul E Wilson    pwilson@paulwilsonesq.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

| IN RE: | CASE NO: 22-12790-EPK |
|---|---|
| EXCELL AUTO GROUP INC. | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 5/26/2022, I did cause a copy of the following documents, described below,

[ECF 99] Interested Party Kristen Zankl's Expedited Motion to Compel Turnover of 2019 Chevrolet Camaro Held by Trustee and [ECF 103] Notice of Hearing

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/26/2022

/s/ Aaron A. Wernick Esq.
Aaron A. Wernick Esq.

Wernick Law PLLC
2255 Glades Road Suite 324A
Boca Raton, FL  33431

dkariotis@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: <br><br> EXCELL AUTO GROUP INC. | CASE NO: 22-12790-EPK <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 7 |

On 5/26/2022, a copy of the following documents, described below,

[ECF 99] Interested Party Kristen Zankl's Expedited Motion to Compel Turnover of 2019 Chevrolet Camaro Held by Trustee and [ECF 103] Notice of Hearing

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/26/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Aaron A. Wernick Esq.
Wernick Law PLLC
2255 Glades Road Suite 324A
Boca Raton, FL  33431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL OR DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
22 CAPITAL                           AA PUBLISHING CORP DBA THE BOCA RATON   AJA REALTY
1900 GLADES ROAD SUITE 540           OBS                                     16850 CHARLES RIVER DRIVE
BOCA RATON FL 33431-7348             7700 CONGRESS AVENUE STE 3115           DELRAY BEACH FL 33446-0010
                                     BOCA RATON FL 33487-1357


ALLY BANK LEASE TRUST  ASSIGNOR TO   ALPINE BUSINESS CAPITAL                 AMEX TRS CO
VEHICLE                              99 WALL STREET                          INC
4515 N SANTA FE AVE DEPT APS         NEW YORK NY 10005-4301                  CO BECKET AND LEE LLP
OKLAHOMA CITY OK 73118-7901                                                  MALVERN PA 19355-0701


AUTO WHOLESALE BOCA                  BAL INVESTMENTS                         DCG TRUST
6560 WEST ROGERS CIRCLE              1114 ASHTON TRACE                       CO KENNY GOODMAN
BOCA RATON FL 33487-2746             ATLANTA GA 30319-2681                   BOCA RATON FL 33432-7457


EXCELL AUTO GROUP INC                FEDEX CORPORATE SERVICES INC            GEOFFREY THOMAS KEABLE
1001 CLINT MOORE ROAD                3965 AIRWAYS BLVD MODULE G 3RD FLOOR    LAWRENCE A CAPLAN PA
BOCA RATON FL 33487-2830             MEMPHIS TN 38116-5017                   BOYNTON BEACH FL 33426-8304


GET BACKED                           MIKE HALPERIN                           MXT SOLUTIONS LLC
2101 INTERSTATE 35                   5820 HARRINGTON WAY                     2101 INTERSTATE 35 4TH FLOOR
AUSTIN TX 78741-3800                 BOCA RATON FL 33496-2511                AUSTIN TX 78741-3800


PARKVIEW                             PRESTIGE LUXURY MOTORS                  SAVANNAH ROW
400 MAIN STREET                      4301 OAK CIRCLE                         30 SE 15TH AVENUE
STAMFORD CT 06901-3000               BOCA RATON FL 33431                     BOCA RATON FL 33423


SCOTT ZANKL                          SPIN CAPITAL                            TBF
16937 PIERRE CIRCLE                  1968 S COAST HIGHWAY                    333 RIVER STREET
DELRAY BEACH FL 33446-3693           LAGUNA BEACH CA 92651-3681              HOBOKEN NJ 07030-5856


TVT                                  WING LAKE CAPITAL PARTNERS
1407 BROADWAY                        32300 NORTHWESTERN HIGHWAY STE 200
NEW YORK NY 10018-5100               FARMINGTON HILLS MI 48334-1501
```