UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL Auto Group, Inc.,   Case No.: 22-12790-EPK

   Debtor.   Chapter 7
_____/

**CROSS-NOTICE OF TAKING 2004 EXAMINATION DUCES TECUM**

NOTICE IS HEREBY GIVEN, that Creditor, DCG 2008 Irrevocable Wealth Trust ("DCG"), by and through its undersigned counsel, hereby Cross Notices the Rule 2004 Examination, under oath of Scott Zankl ("S. Zankl"), as authorized representative of the Debtor, Excell Auto Group, Inc., ("Debtor"), previously set by the Chapter 7 Trustee in this case, Nicole Testa Mehdipour (the "Trustee") on May 23, 2022 (D.E. 101) for, and beginning at, **9:30 AM on Monday, June 6, 2022 via video conferencing.**

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1. The scope of the examination shall be described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004, no order shall be necessary. The examination may continue from day to day until completed. If the Examinee requires an interpreter, it is the Examinee's responsibility to engage the employment of such interpreter to be present at the examination.

Dated: May 27, 2022

                                                  */s/ Ivan J. Reich*
                                                  Ivan J. Reich, Esq.
                                                  FBN: 778011
                                                  NASON, YEAGER, GERSON, HARRIS
                                                       & FUMERO, P.A.
                                                  Counsel for Creditor, DCG 2008 Irrevocable Wealth Trust
                                                 750 Park of Commerce Boulevard, Suite 210
                                                 Boca Raton, Florida 33487
                                                 Tel.: (561) 982-7114
                                                 Fax: (561) 982-7116
                                                 Email: ireich@nasonyeager.com
                                                           msmith@nasonyeager.com

CERIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2022 a true and correct copy of the foregoing was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing generated by CM/ECF, on the date the Notice was entered on the court docket, to those parties registered to receive Notices of Electronic Filing ("NEF") in this case.

*/s/ Ivan J. Reich, Esq.*
Ivan J. Reich, Esq.