UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:                                                                                    CASE NO. 22-12790-EPK
                                                                                          Chapter 7

EXCELL AUTO GROUP, INC.,

Debtor.
_____/

**CREDITOR WESTLAKE FLOORING COMPANY, LLC'S
RESPONSE IN OPPOSITION TO KARMA OF BROWARD, INC'S MOTION TO
AUTHORIZE TURNOVER OF ABANDONED VEHICLES HELD BY TRUSTEE**

COMES NOW, Creditor and Interested Party Westlake Flooring Company, LLC ("Westlake"), by and through undersigned counsel, and files this Response in Opposition to Karma of Broward, Inc's ("Karma Broward") Motion to Authorize Turnover of Abandoned Vehicles Held by Trustee [DE 100] (the "Motion"). Karma Broward's Motion should be denied and the Court should enter an order releasing the Vehicles (defined below) to Westlake pursuant to Westlake's own Motion for Turnover [DE 92] because, *inter alia*, Westlake holds title to the Vehicles and has a secured purchase money security interest in the Vehicles, and Karma Broward has not established its own interest in the Vehicles.

The vehicles at issue between Westlake and Karma Broward (collectively, the "Vehicles") are:

| VIN | Year | Make/Model |
|---|---|---|
| 50G6E4SSXMA000060 | 2021 | Karma GS-6 |
| 50GK43SBXLA000070 | 2020 | Karma Revero GT |
| 50GK43SB6LA000129 | 2020 | Karma Revero GT |

1.     On October 14, 2020, Westlake executed a Loan and Security Agreement (the "Excell LSA") with Excell Auto Group, Inc. ("Excell"). The Excell LSA is attached hereto as Exhibit A.

2. Pursuant to the Excell LSA, Westlake would loan money to Excell for the purchase of vehicles for its inventory. The Vehicles were among those purchased by Excell.

3. On December 10, 2021, the owner of Excell, Mr. Scott Zankl ("Mr. Zankl"), requested that the Vehicles be transferred from Excell to Karma of Palm Beach, Inc. ("Karma Palm Beach"), another dealership owned by Mr. Zankl. A copy of the transfer of inventory request is attached as Exhibit B.

4. On November 2, 2021, Mr. Zankl, on behalf of Karma Palm Beach, executed a Loan and Security Agreement (the "Karma LSA") and the Vehicles were transferred to the inventory of Karma Palm Beach. A copy of the Karma LSA is attached as Exhibit C.

5. Westlake has and continues to maintain the titles to the Vehicles.

6. Under the terms of the Excell LSA and the Karma LSA, the following are events of default:

- Borrower or any Guarantor fails to perform any of its obligations, undertakings or covenants under this Note or under any other Loan Document, including any obligation to repay any Liability when due and Borrower's obligation to pay upon demand any outstanding Liability under this Note.

- Borrower or any Guarantor, any of their respective Parent Companies, or Affiliates, becomes insolvent or consents to the appointment of a trustee, receiver, or other custodian for such Borrower, Guarantor, or Parent Company, as the case may be, or for any property belonging to any of the foregoing Persons; or such Borrower, Guarantor, or Parent Company, as the case may be, makes a general assignment for the benefit of its creditors; or any bankruptcy, reorganization, debt arrangement, or other case or proceeding under any bankruptcy or insolvency Law, or a dissolution or liquidation proceeding, is commenced by or against such Borrower, Guarantor, or Parent Company, as the case may be.

- Lender in its sole and absolute discretion deems itself insecure for any reason

*See* Exhibits A and C ¶¶ 5a, 5f, 5l.

7. Karma Palm Beach is in default under the terms of the Karma LSA. On April 27, 2022, Westlake sent Karma Palm Beach a Demand for Payment and/or Turnover of Collateral

("Demand") as a result of the of Karma Palm Beach's breach of the Karma LSA. The Demand sought the immediate return of the Vehicles, as provided by the Karma LSA at paragraph 6(a). A copy of the Demand is attached as Exhibit D.

8.   On April 8, 2022, Excell filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. DE 1.

9.   On May 7, 2022, the Trustee filed a Notice of Abandonment [DE 76] of the Vehicles pursuant to Bankruptcy Rule 6007. The Trustee has taken the position that the Vehicles are overly burdensome and the bankruptcy estate will have no further interest in the Vehicles.

10.   On May 19, 2022, Westlake filed its Motion to Compel Turnover of Vehicles.

11.   On May 23, 2022, Karma Broward filed its motion for the trustee to turn over the same Vehicles sought by Westlake indicating that Karma Broward "believes that no other party has an interest in the Abandoned Vehicles and has not objection to the relief requested." This is not the case, as Westlake has already filed its own motion for turnover (DE 92) asserting its first-priority security interest and seeking to retake possession of the Vehicles. Moreover, Karma Broward's Motion does not state any valid basis for its having an interest in the Vehicles. In fact, Karma Broward has no interests in the Vehicles. Instead, only Karma Palm Beach holds an interest, which is inferior to Westlake's secured interest in the Vehicles.

12.   Westlake is entitled to the Vehicles because Karma Palm Beach is in default under the terms of the Karma LSA.

WHEREFORE, Interested Party and Creditor Westlake Flooring Company, LLC requests this Court enter an order denying Karma's Motion and order the Trustee to turn over the Vehicles to Westlake without further delay, and awarding such other relief as may be just.

Respectfully submitted,

*/s/ James R. Liebler, II*
MARK E. STEINER
Florida Bar No. 28513
JAMES R. LIEBLER, II
Florida Bar No. 115348
Liebler, Gonzalez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130
Tel: (305) 379-0400
Email: service@lgplaw.com
*Counsel for Westlake Services, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **26th** day of May, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ James R. Liebler, II*
JAMES R. LIEBLER, II