# EXHIBIT B

KARMA | PALM BEACH

O: 561.998.5557
F: 561.998.4703
1001 Clint Moore Rd. Ste 103
Boca Raton, FL 33487

December 10, 2021

To Whom it may concern:

I, Scott Zankl, am requesting to have all the Excell Auto Group Inc. Inventory below be transferred to the Karma Palm Beach, Inc account.

| Description | CP | Fee | Interest | Paid to Date | DD | Curtailment | Pay Off |
|---|---|---|---|---|---|---|---|
| VIN: 50G6E4SS9NA000066 2022 Karma GS 6S Blue | $102,612.35 | $475.00 | $883.50 | $6,745.65 | 12/09/2021 | | $104,070.85 |
| VIN: 50G6E4SS4NA000069 2022 Karma GS | $101,800.10 | $475.00 | $876.68 | $6,696.23 | 12/09/2021 | | $103,251.78 |
| VIN: 50GK43SB6LA000129 2020 KARMA REVERO GT Grey | $93,862.09 | $475.00 | $651.75 | $0.00 | 12/14/2021 | $5,819.85 | $95,088.84 |
| VIN: 50GK43SBXLA000070 2020 KARMA REVERO GT Red | $100,900.80 | $200.00 | $840.90 | $30,485.06 | 01/10/2022 | $13,653.50 | $102,041.70 |
| VIN: 50G6E4SS4MA000006 2021 Karma Rivero | $68,821.20 | $200.00 | $19.12 | $54,050.60 | 01/10/2022 | | $69,140.32 |
| VIN: 50G6E4SSXMA000012 2021 Karma Rivero | $67,021.20 | $200.00 | $18.62 | $52,507.57 | 01/10/2022 | | $67,339.82 |
| VIN: 50G6E4SSXMA000060 2021 Karma Rivero | $78,472.80 | $200.00 | $610.40 | $24,639.69 | 01/11/2022 | $10,619.50 | $79,383.20 |
| VIN: 50GK43SB4LA000114 2020 KARMA REVERO GT White | $75,327.84 | $0.00 | $523.00 | $36,991.30 | 03/11/2022 | | $75,950.84 |

Sincerely,

Scott Zankl