# EXHIBIT D

9171 9690 0935 0270 4536 71



Loss Mitigation
(855) 493-7357 ext. 3736
FlooringLossMitigation@westlakeflooring.com

April 27, 2022

Karma of Palm Beach, Inc. dba Karma Palm Beach
1001 Clint Moore Rd Ste 103
Boca Raton, FL 33487

## DEMAND FOR PAYMENT AND/OR TURNOVER OF COLLATERAL

**Re:** Karma of Palm Beach, Inc. dba Karma Palm Beach's **BREACH OF THE LOAN SECURITY AGREEMENT**
**Westlake file no.: 100431690**

Dear Sir or Madam:

    This Notice is being sent on behalf of Westlake Flooring Company, LLC dba Westlake Flooring Services ("Westlake") pursuant to UCC § 9-607 regarding the above-referenced matter. Your dealership defaulted on the Loan and Security Agreement (the "Agreement") it executed with Westlake on November 03, 2021, as amended, modified, or extended. Your dealership's current deficiency balance is not less than $316,381.01, and interest continues to accrue.

    Pursuant to Section 5 of the Agreement:

> For purposes of securing the Loans . . . Borrower hereby grants Lender a security interest in all of Borrower's assets and personal properties, now owned and hereinafter acquired, wherever located, including . . . accounts receivable.

    Further, a UCC-1 was filed and perfected in Florida thereby securing all of your dealership's receivables as collateral for payment. A copy of the UCC-1 is attached for your reference. As you are aware, the UCC-1 serves to put all on notice of Westlake's rights as to the collateral.

    Because you are in default of the Agreement, Westlake has the right to foreclose on its security interest in your dealership, including but not limited to receivables, inventory, collections, proceeds, and substitutions thereof.

    Westlake demands that you identify all accounts receivable, balances due, monies received, and substitutions thereof from the date your dealership signed the Agreement and forward any monies related to the foregoing in your possession and hereafter received directly to Westlake at the following address:

Westlake Flooring Company, LLC
4751 Wilshire Blvd., Ste. 100
Los Angeles, CA 90010-3838
Attn: Loss Mitigation

Loss Mitigation
(855) 493-7357 ext. 3736
FlooringLossMitigation@westlakeflooring.com

Further, you must not sell, encumber, or conceal the location of any of the vehicles listed below. This inventory is secured property that belongs to Westlake and must be surrendered immediately.

The implicated vehicles are as follows:

| VIN | Year | Make | Model |
| --- | --- | --- | --- |
| 50GK43SB4LA000114 | 2020 | KARMA | REVERO GT |
| 50G6E4SSXMA000060 | 2021 | KARMA | GS-6 |
| 50GK43SBXLA000070 | 2020 | KARMA | Revero GT |
| 50GK43SB6LA000129 | 2020 | KARMA | Revero GT |

Westlake demands that you immediately deliver full payment to this office by certified funds or wire payments in the amount of $316,381.01. If you fail to pay the amount due or surrender any implicated vehicles in your possession, Westlake reserves its rights under the Agreement, including pursuing legal action.

A judgment awarded against you, among other things, may result in remedies such as wage garnishments, bank account levies, or a lien against your assets, as well as accrued interest at the Agreement rate and/or at the legal rate of 10% per year on the amount of any judgment that may be obtained. Under the terms of the Agreement, you will also be responsible for reasonable attorneys' fees, costs, penalties, and interest.

Please contact us by phone at (855) 493-7357 to coordinate your payment.

Sincerely,

Loss Mitigation