UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                              Case No.: 22-12790-EPK
                                                                    Chapter 7
EXCELL AUTO GROUP, INC.                                             WEST PALM BEACH DIVISION

Debtor(s).
_____/

**RESPONSE TO TRUSTEE'S EXPEDITED MOTION TO COMPEL SCOTT ZANKL, IN HIS CAPACITY AS CORPORATE REPRESENTATIVE OF DEBTOR, TO APPEAR FOR RULE 2004 EXAMINATION**

The Debtor, EXCELL AUTO GROUP, INC., and SCOTT ZANKL, through undersigned counsel files this Response to the Trustee's Expedited Motion to Compel Scott Zankl, in his Capacity as Corporate Representative of Debtor, to Appear for Rule 2004 Examination ("Motion to Compel"), and state:

1. A motion to compel attendance at a deposition is premature until the party fails to appear following service of a properly noticed deposition. *Tian-Rui Si v. CSM Inv. Corp.*, 2007 WL 9232170, at *1 (N.D. Cal. July 25, 2007) ("At this time, Defendant Chen has not failed to appear because the deposition date is still in the future. Accordingly, the motion to compel [is] premature and must be denied without prejudice."). The same principle should apply to a Rule 2004 examination.

2. Here, the Motion to Compel does *not* allege that in response to a Notice of Rule 2004 Examination, Scott Zankl, in his capacity as Corporate Representative of the Debtor, failed to attend his deposition. The Motion to Compel should therefore be denied as premature. *See, DeepGulf, Inc. v. Moszkowski*, 330 F.R.D. 600, 606 (N.D. Fla. 2019).

3. The Trustee's attempt to portray Mr. Zank's request for access to the Debtor's records as nothing more than a delaying tactic is belied by the emails attached to her Motion which

Page 1 of 5

reflect that the Debtor's current predicament of not having access to its financial records was the result of matters beyond its control, to wit: the records having been seized by Moshe Farache, a principal of the Debtor's landlord.

4. Accurate disclosure of a debtor's financial situation is perhaps the primary duty of debtors seeking relief under the Bankruptcy. *In re Kelton*, 389 B.R. 812, 818 (Bankr. S.D. Ga. 2008). Clearly, having access to the actual records reflecting a debtor's financial situation is a key to a debtor being able to fulfill that duty even more so in a case where the Trustee is investigating "numerous allegations of fraud and/or gross mismanagement of the Debtor and related entities." (Mot. 1.)

5. The Trustee admits in her Motion that she "has recovered sufficient books and records to commence the Rule 2004 examination of Scott Zankl in his corporate capacity." (*Id*.) Yet in a case involving numerous financial transactions, the Trustee now seeks to force Mr. Zankl to answer deposition questions from memory without having had had the opportunity to review his company's records in advance (and to deprive him of his ability to be able to refer to specific records in answering questions). The refusal to allow access to records under the unique circumstances of this case will likely result in a needlessly prolonged Rule 2004 examination deposition and is unfairly prejudice to the Debtor and Mr. Zankl.

6. Allowing Mr. Zankl access to the records in no way prejudices the Trustee as the Debtor is merely requesting copies of its own records, noting more. *See, In re Kearney*, 590 B.R. 913 (Bankr. N.M. 2018) (Chapter 11 debtor-income beneficiary of trust was entitled to production of documents from company whose stock was held by trust only to the extent company had already produced documents in state court action). In fact, the Motion to Compel admits at paragraph 23 that the Trustee previously gave Scott Zankl the option of testifying from the "Karma of Broward

location, in front of his computer, to answer questions, the Trustee has no objection as long he identifies the document(s) he is reviewing." Furthermore, the Trustee's counsel at the 341 meeting of creditors stated that he did not care if the deponent guessed or even speculated and would need more than another seven hours of 2004 examination.

7. Finally, there is no support for the Trustee's assertion that the request for access to the records is being made to "indefinitely" delay the Rule 2004 examination or that the request for access to the Debtor's records were "threats". Asserting a legal right (due process) is never a threat and nothing in the attached emails threatened to take any action other than to seek court protection. Rather, Mr. Zankl merely seeks access to the records and a reasonable time (10 days in advance of the examination) to review the records.

WHEREFORE, the Debtor and SCOTT ZANKL, request this Court enter an Order denying the Trustee's Motion to Compel.

Dated: May 27, 2022.    Respectfully submitted,

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
   HARRY WINDERMAN, ESQ.
   Florida Bar No. 209562
   hw@whcfla.com
   filings@whcfla.com
   gg@whcfla.com

### LOCAL RULE 9011-4(B)(1) CERTIFICATION

I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

By: /s/ Harry Winderman
HARRY WINDERMAN, ESQ.
Florida Bar No. 209562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 27, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
HARRY WINDERMAN, ESQ.
Florida Bar No. 209562
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **Joaquin J Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com
- **Alan R Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Mitchell A Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **Dana L Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Mark A Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso** ngm@mancuso-law.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Harry J Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Peter D Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick** awernick@wernicklaw.com, awernick@ecf.courtdrive.com, crubin@wernicklaw.com, dkariotis@wernicklaw.com, mlaverriere@wernicklaw.com
- **Paul Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon May 23 15:35:08 EDT 2022 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 |
| Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 | Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 |
| FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 |
| Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 | Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 |
| Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 |
| Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL  33130-1808 | Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 |

```
A&A Publishing Corp d/b/a The Boca Raton Obs     AJA Realty                              AMEX TRS Co., Inc.
7700 Congress Avenue Ste 3115                    16850 Charles River Drive               c/o Becket and Lee LLP
Boca Raton, FL 33487-1357                        Delray Beach, FL 33446-0010             PO Box 3001
                                                                                         Malvern  PA 19355-0701


Alpine Business Capital                          Auto Wholesale Boca                     BAL Investments
99 Wall Street                                   6560 West Rogers Circle                 1114 Ashton Trace
New York, NY 10005-4301                          Suite B27                               Atlanta, GA 30319-2681
                                                 Boca Raton, FL 33487-2746


DCG Trust                                        Ed Brown                                Fedex Corporate Services Inc
c/o Kenny Goodman                                152 Bears Club Drive                    3965 Airways Blvd, Module G, 3rd Floor
1928 Thatch Palm Drive                           Jupiter, FL 33477-4203                  Memphis, TN 38116-5017
Boca Raton, FL 33432-7457


Geoffrey Thomas Keable                           Get Backed                              MXT Solutions, LLC
Lawrence A. Caplan, P.A.                         2101 Interstate 35                      2101 Interstate 35, 4th Floor
1375 Gateway Blvd                                4th Floor                               Austin, TX 78741-3800
Boynton Beach, FL 33426-8304                     Austin, TX 78741-3800


Mike Halperin                                    Office of the US Trustee                Parkview
5820 Harrington Way                              51 S.W. 1st Ave.                        400 Main Street
Boca Raton, FL 33496-2511                        Suite 1204                              Stamford, CT 06901-3000
                                                 Miami, FL 33130-1614


Phil Gori                                        Prestige Luxury Motors                  Savannah Row
195 W. Alexander Palm Road                       4301 Oak Circle                         30 SE 15th Avenue
Boca Raton, FL 33432-8602                        Suite 25                                Boca Raton, FL 33432
                                                 Boca Raton, FL 33431
                                                 Shrayber Land
                                                 15700 Dallas Parkway   33431-4258


Shrayber Land                                    Spin Capital                            TBF
15700 Dallas Parkway, Suite 11                   1968 S. Coast Highway                   333 River Street
Dallas, TX 75248-3306                            Suite 5021                              Hoboken, NJ 07030-5856
                                                 Laguna Beach, CA 92651-3681


TVT                                              Wing Lake Capital Partners              Alexey Alekseyevich Gorodova
1407 Broadway                                    32300 Northwestern Highway              1100 S Miami Avenue
New York, NY 10018-5100                          Suite 200                               Apt 1210
                                                 Farmington Hills, MI 48334-1501         Miami, FL 33130-4164


Andrew Greenberg                                 Chad Zakin                              David Amsel
c/o Jordan L Rappaport                           c/o Mark A. Levy                        c/o Breuer Law, PLLC
1300 N Federal Hwy #203                          100 SE Third Avenue, 23rd Floor         6501 Congress Avenue
Boca Raton, FL 33432-2848                        Fort Lauderdale, FL 33394-0002          Suite 240
                                                                                         Suite 240
                                                                                         Boca Raton, FL 33487-2840


Edward Brown                                     Harry Winderman                         John Wittig
c/o Eyal Berger                                  Harry Winderman, ESQ.                   c/o Eyal Berger
201 Las Olas Blvd #1800                          2255 Glades Road                        201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442                   Suite 205e                              Fort Lauderdale, FL 33301-4442
                                                 Boca Raton, FL 33431-7391
```

| | | |
|---|---|---|
| Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    71<br>Bypassed recipients     2<br>Total                  73 |