

ORDERED in the Southern District of Florida on May 27, 2022.



**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

CASE NO. 22-12790-EPK
CHAPTER 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

**ORDER GRANTING TAREK ABOUALAZZM'S EXPEDITED MOTION
TO COMPEL TURNOVER OF 2021 LAND ROVER RANGE ROVER (ECF 84)**

THIS MATTER came on to be heard on May 25, 2022 in West Palm Beach, upon the Expedited Motion to Compel Turnover of 2021 Land Rover Range Rover filed by TAREK ABOUALAZZM (ECF 84), and the Court having heard argument of counsel and being otherwise duly advised, it is:

ORDERED AND ADJUDGED:

1. The Expedited Motion to Compel Turnover of 2021 Land Rover Range Rover filed by Tarek Aboualazzm is GRANTED for the reasons stated on the record; and

2. The Trustee shall release the subject 2021 Land Rover Range Rover to Tarek Aboualazzm forthwith.

###

Submitted by:

Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Aboualazzm
1300 N. Federal Highway, Suite 203
Boca Raton, FL  33432
Telephone:  561-368-2200
Facsimile:  561- 338-0350

Jordan L. Rappaport is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.