UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.,　　　　　　　Case No. 22-12790-EPK
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor.
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND PAPERS**

PLEASE TAKE NOTICE that Travis A. Harvey, Esquire of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, hereby appears as counsel of record on behalf of BAL INVESTMENTS, LLC ("BAL"), a creditor and party-in-interest in the above-referenced case. Such counsel hereby enters his appearance pursuant to Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, inter alia, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007 and §342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given to and served upon the undersigned:

　　　Travis Harvey, Esq.
　　　Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
　　　1 Financial Plaza
　　　100 S.E. Third Avenue, Suite 1620
　　　Fort Lauderdale, Florida  33394
　　　Telephone:  (954) 768-1628
　　　Telecopier:  (954) 337-7636
　　　tharvey@bakerdonelson.com
　　　emcfadden@bakerdonelson.com
　　　fllservice@bakerdonelson.com

Further, the undersigned consents to service of papers and notices via electronic mail, facsimile, or other electronic means at the fax number or electronic mail address shown above.

PLEASE TAKE FURTHER notice that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise filed or made in or with regard to the referenced case and proceedings herein.

This Notice of Appearance of Request for Service of Notices and Papers shall not be deemed or construed to be a waiver of BAL's rights (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case, controversy, or proceedings related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

Submitted May 27, 2022

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
1 Financial Plaza
100 S.E. Third Avenue, Suite 1620
Fort Lauderdale, Florida  33394
Telephone:  (954) 768-1600
Telecopier:  (954) 337-7636

By: /s/ *Travis Harvey*
    Travis Harvey
    Florida Bar No.: 44117
    tharvey@bakerdonelson.com
    emcfadden@bakerdonelson.com
    fllservice@bakerdonelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 27, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants in this case, including the office of the U.S. Trustee and all other parties in interest, as per the Master Address List.

By: /s/ *Travis Harvey*
Travis Harvey