**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In re:**

**EXCELL AUTO GROUP, INC.**

    **Debtor.**
_____/

Case No.: 22-12790-EPK

Chapter 7

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true copies of 1) *Integrated Vehicle Leasing, Inc.'s Verified Emergency Motion for Relief from Stay to Allow it to Recover Possession of its Vehicle and to Exercise its Rights and Remedies* [ECF 117], and 2) *Notice of Hearing* [ECF 118] were served on all counsel of record or pro se parties identified on the attached Service List (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case, and (ii) via U.S. Mail to all parties who are not authorized to receive electronically, on this 27th day of May, 2022.

I FURTHER CERTIFY that this is not an issue that lends itself to resolution without a hearing.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Dated: May 27, 2022**

    **FENDER, BOLLING AND PAIVA, P.A.**

    */s/ G. Steven Fender*
    G. STEVEN FENDER, ESQ.
    Florida Bar No. 060992
    *Attorney for Integrated Vehicle Leasing, Inc.*
    P.O. Box 1545
    Ft. Lauderdale, FL 33302
    Telephone: (407) 810-2458
    Email: steven.fender@fender-law.com

## SERVICE LIST

**ELECTRONIC ECF NOTICE**

**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's notice of Electronic Filing:**

**Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Shrayber Land, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Zachary J Bancroft on behalf of Creditor BAL INVESTMENTS, LLC
zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor John Wittig
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Stephen C Breuer on behalf of Creditor David Amsel
stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com

Alan R Crane on behalf of Trustee Nicole Testa Mehdipour
acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com

Mitchell A Dinkin, Esq. on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Steven Graves
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Mark A Levy, Esq on behalf of Creditor Chad Zakin
mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

James Randolph Liebler on behalf of Creditor Westlake Flooring Company, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

James Randolph Liebler on behalf of Creditor Westlake Services, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

Nathan G Mancuso on behalf of Creditor Excell Auto Sport and Service, Inc.
ngm@mancuso-law.com

David B Marks on behalf of Creditor Millco Atwater, LLC
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor John Wittig
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor MMS Ultimate Services, Inc.
bkcmiami@gmail.com

James B Miller on behalf of Creditor Moshe Farache
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Johnie Floyd Weems, III
jpage@slp.law,
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

Eric S Pendergraft on behalf of Creditor Johnie Floyd Weems, III
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Applegate
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Stefano Riga
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Tarek Aboualazzm
office@rorlawfirm.com, 1678370420@filings.docketbird.com

David A Ray on behalf of Trustee Nicole Testa Mehdipour
dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com, msmith@nasonyeager.com

Jason S Rigoli, Esq. on behalf of Trustee Nicole Testa Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

Harry J Ross, Esq on behalf of Interested Party Alexey Alekseyevich Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

Harry J Ross, Esq on behalf of Interested Party Svetlana Petrovna Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

John D. Segaul on behalf of Creditor Tim Olesijuk
john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R. Softness on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
david@softnesslaw.com

5

Peter D Spindel on behalf of Creditor Tulocay Farm, Inc.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Mark E Steiner on behalf of Creditor Westlake Flooring Company, LLC
MES@lgplaw.com, pm@lgplaw.com

Mark E Steiner on behalf of Creditor Westlake Services, LLC
MES@lgplaw.com, pm@lgplaw.com

Aaron A Wernick on behalf of Interested Party Kristen Zankl
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com

Aaron A Wernick on behalf of Interested Party Scott Zankl
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com

Paul E Wilson on behalf of Creditor Daimler Trust
pwilson@paulwilsonesq.com

Paul E Wilson on behalf of Creditor Mercedes Benz Financial Services USA, LLC.
pwilson@paulwilsonesq.com

Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Thomas G Zeichman on behalf of Creditor Prestige Luxury Cars, LLC
tzeichman@bmulaw.com, G67999@notify.cincompass.com

**MANUAL SERVICE LIST**
**Notice will be sent via US Mail, postage prepaid, to all parties on the attached Mailing List:**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Fri May 27 15:15:14 EDT 2022 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 |
| Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 | Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 |
| FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | Integrated Vehicle Leasing, Inc.<br>c/o Fender, Bolling and Paiva, P.A.<br>Steven Fender, Esq.<br>P.O. Box 1545<br>Ft. Lauderdale, FL 33302 United States 33302- |
| Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 | MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 |
| Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 | Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 | Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 |
| Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL   33130-1808 |

```
Woodside Credit, LLC                    22 Capital                              A&A Publishing Corp d/b/a The Boca Raton Obs
c/o Zach B. Shelomith, Esq.             1900 Glades Road                        7700 Congress Avenue Ste 3115
2699 Stirling Rd # C401                 Suite 540                               Boca Raton, FL 33487-1357
Fort Lauderdale, FL 33312-6598          Boca Raton, FL 33431-7378


AJA Realty                              AMEX TRS Co., Inc.                      Alpine Business Capital
16850 Charles River Drive               c/o Becket and Lee LLP                  99 Wall Street
Delray Beach, FL 33446-0010             PO Box 3001                             New York, NY 10005-4301
                                        Malvern  PA 19355-0701


Auto Wholesale Boca                     BAL Investments                         DCG 2008 Irrevocable Wealth Trust
6560 West Rogers Circle                 1114 Ashton Trace                       c/o Kenneth J. Goodman, as Trustee
Suite B27                               Atlanta, GA 30319-2681                  1001 East Telecom Drive
Boca Raton, FL 33487-2746                                                       Boca Raton, FL 33431-4422


DCG Trust                               Ed Brown                                Fedex Corporate Services Inc
c/o Kenny Goodman                       152 Bears Club Drive                    3965 Airways Blvd, Module G, 3rd Floor
1928 Thatch Palm Drive                  Jupiter, FL 33477-4203                  Memphis, TN 38116-5017
Boca Raton, FL 33432-7457


Geoffrey Thomas Keable                  Get Backed                              MXT Solutions, LLC
Lawrence A. Caplan, P.A.                2101 Interstate 35                      2101 Interstate 35, 4th Floor
1375 Gateway Blvd                       4th Floor                               Austin, TX 78741-3800
Boynton Beach, FL 33426-8304            Austin, TX 78741-3800


Mike Halperin                           Office of the US Trustee                Parkview
5820 Harrington Way                     51 S.W. 1st Ave.                        400 Main Street
Boca Raton, FL 33496-2511               Suite 1204                              Stamford, CT 06901-3000
                                        Miami, FL 33130-1614


Phil Gori                               Prestige Luxury Motors                  Savannah Row
195 W. Alexander Palm Road              4301 Oak Circle                         30 SE 15th Avenue
Boca Raton, FL 33432-8602               Suite 25                                Boca Raton, FL 33432
                                        Boca Raton, FL 33431
                                        Shrayber Land
                                        15700 Dallas Parkway   33431-4258


Shrayber Land                           Spin Capital                            TBF
15700 Dallas Parkway, Suite 11          1968 S. Coast Highway                   333 River Street
Dallas, TX 75248-3306                   Suite 5021                              Hoboken, NJ 07030-5856
                                        Laguna Beach, CA 92651-3681


TVT                                     Wing Lake Capital Partners              Alexey Alekseyevich Gorodova
1407 Broadway                           32300 Northwestern Highway              1100 S Miami Avenue
New York, NY 10018-5100                 Suite 200                               Apt 1210
                                        Farmington Hills, MI 48334-1501         Miami, FL 33130-4164


Andrew Greenberg                        Chad Zakin                              David Amsel
c/o Jordan L Rappaport                  c/o Mark A. Levy                        c/o Breuer Law, PLLC
1300 N Federal Hwy #203                 100 SE Third Avenue, 23rd Floor         6501 Congress Avenue
Boca Raton, FL 33432-2848               Fort Lauderdale, FL 33394-0002          Suite 240
                                                                                Suite 240
                                                                                Boca Raton, FL 33487-2840
```

| | | |
|---|---|---|
| Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 | John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients     2<br>Total                   76 |