UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO.:  22-12790-EPK

EXCELL AUTO GROUP, INC.,                                  Chapter 7

      Debtor.

_____/

### CHRISTOPHER TODD BLUDWORTH AND ANDREW TODD McNEILL'S MOTION TO COMPEL TRUSTEE TO TURN OVER NON-ESTATE PROPERTY, 2021 MOKE VEHICLE

Christopher Todd Bludworth and Andrew Todd McNeill (collectively, the "Owners/Parties-in-Interest"), move for entry of an Order directing the Trustee, Nicole Testa Mehdipour (the "Trustee"), to turn over the Owners/Parties-in-Interest's 2021 Moke, VIN 4C9WAHBG0MS092505 (the "Moke"), which does *not* constitute property of the estate.  In support of the Motion,  the Owners/Parties-in-Interest state:

### Background[1]

1.      On April 8, 2022 (the "Petition Date"), Excell Auto Group, Inc. (the "Debtor") filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code.

2.      The Trustee is the duly appointed and acting Chapter 7 Trustee of the Debtor's estate.

3.      On November 15, 2021, the Owners/Parties-in-Interest purchased the Moke from third-parties, Vicky Keith and Madeliene Abling.

---

[1] Attached hereto as **Exhibit "1"** is the *Affidavit of Christopher Todd Bludworth in Support of Christopher Todd Bludworth and Andrew Todd McNeill's Motion to Compel Turnover of Non-Estate Property, 2021 Moke* (one of the owners of the Moke), attesting to the facts stated herein.

4.      In December 2021, the Owners/Parties-in-Interest noticed that the front right tire was wearing and they inquired of the previous owners in mid-December 2021, if they had information on the warranty or knew of a certified Moke mechanic in the area to service the Moke.  The previous owners advised that they were not aware of a mechanic in the area who services Mokes.

5.      On March 26, 2022, while driving the Moke, the Owners/Parties-in-Interest noticed a rubbing sound that the Owners/Parties-in-Interest assumed may have something to do with the previously noticed wearing of the front right tire, and passed by a golf cart shop, Beachside Golf Cars ("Beachside") located at 317 N. Federal Highway, Fort Lauderdale, FL 33301.   The Owners/Parties-in-Interest called Beachside on the same day (March 26, 2022) to inquire if Beachside could service and repair the Moke.  Having been advised by the Beachside representative that Beachside does not service Mokes at this time, Beachside referred the Owners/Parties-in-Interest to an independent mechanic and a certified mechanic named Melton to make repairs to the Moke.

6.      On the same day (March 26, 2022), the Owners/Parties-in-Interest called Melton, who confirmed that he was certified to perform service on Mokes and who also confirmed that he could transport the Moke on a trailer from the Owners/Parties-in-Interest's home in Fort Lauderdale, Florida, in order to have the front tires replaced, an alignment done, and the batteries checked (collectively, the "Service and Repairs").

7.      On April 5, 2022 at approximately 3:00 p.m., the Moke was picked up for service from the home of the Owners-Parties-in-Interest by someone with a trailer, sent by Melton, for the Service and Repairs.

2

8.       On April 8, 2022, the Owners/Parties-in-Interest called Melton to inquire as to the status of the Service and Repairs and to request an estimate for same.   Melton indicated that he was finishing other vehicles and would get to the Service and Repairs for the Moke over the weekend of April 9-10, 2022.  The Owners/Parties-in-Interest informed Melton that there was no rush as the Owners/Parties-in-Interest were taking their family to New York for Spring Break and that they would be returning from their vacation around April 19, 2022.

9.       On Monday, April 11, 2022, at 7:42 p.m., the Owners/Parties-in-Interest received a telephone call from Melton while they were in New York.  Melton advised the Owners/Parties-in-Interest that the Moke had been confiscated, that there was some lawsuit that had been filed (which the Owners/Parties-in-Interest now believe was the commencement of this bankruptcy case) and to come the next day at 12:30 p.m. with the title and vehicle registration for the Moke, so that the Owners/Parties-in-Interest could retrieve the Moke.   Melton also provided the Owners/Parties-in-Interest with a telephone number for the Trustee.

10.       On April 11, 2022, Mr. Bludworth and the Trustee corresponded by electronic mail with respect to the Moke and the Trustee advised that the Moke is at the Debtor's premises. On or about April 23, 2022, through a subsequent e-mail between Mr. Bludworth and the Trustee, Mr. Bludworth was advised that the Moke was on a showroom floor at the Debtor's premises.

11.       On May 17, 2022, special counsel for the Trustee corresponded with Mr. Bludworth advising that the Moke came into either the possession of the Debtor or non-debtor, Karma of Palm Beach, and confirmed that the Moke was placed on the showroom floor, as it was believed that the Moke had come to the Debtor on consignment.

## Relief Requested

12.      By this Motion, at the request of Trustee's counsel, the Owners/Parties-in-Interest request turnover of the Moke because it is *not* owned by the Debtor. The Moke was *not* brought to the Debtor on consignment.   The Moke was picked up from the home of the Owners/Parties-in-Interest on April 5, 2022 (three days prior to the Petition Date) solely for performance of the Service and Repairs identified above by Melton, with no notice that he was an employee of any third party, including the Debtor.

13.      The Owners/Parties-in-Interest were advised by Beachside to contact Melton, an independent mechanic and certified Moke mechanic, to facilitate the Service and Repairs. Again, at no time were the Owners/Parties-in-Interest advised that Melton was an employee of the Debtor.  Regardless, the Owners/Parties-in-Interest are the rightful and sole owners of the Moke, which is not subject to any liens or encumbrances by any third parties, including the Debtor which, upon information and belief, has performed none of the Service and Repairs.   In short, the Moke is not property of the Debtor's estate under 11 U.S.C. § 541(a) and, therefore, should be turned over to the Owners/Parties-in-Interest.

14.      The Trustee's counsel has advised that the Trustee has no objection to the relief sought in this Motion and to turning over the Moke to the Owners/Parties-in-Interest, but requires an order of this Court directing her to do so.   Hence, the filing of this Motion.

15.      In addition, counsel for secured creditor, Auto Wholesale of Boca, Inc., has advised the undersigned that Auto Wholesale of Boca, Inc. has no objection to the relief requested in this Motion.

**WHEREFORE,** Owners/Parties-in-Interest respectfully request the entry of an Order in the form attached hereto as **Exhibit "2"** (i) granting this Motion; (ii) directing the Trustee to turn

over the Moke to the Owners/Parties-in-Interest; and (iii) granting such other and further relief as

the Court deems just and proper.

Dated: May 27, 2022.

Respectfully submitted,

BERGER SINGERMAN LLP
*Counsel for Creditors*
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax (954) 523-2872

By: */s/  Paul A. Avron*
     Paul A. Avron
     Florida Bar No. 50814
     pavron@bergersingerman.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the

27th day of May, 2022, via (i) electronic transmission through the Court's CM/ECF system upon

all parties on the attached CM/ECF Service List, and (ii) first class, U.S. Mail to Karma of Palm

Beach, Attn.: Scott Zankl, President, 1001 Clint Moore Road, Suite 103, Boca Raton, FL 33487.

By: */s/  Paul A. Avron*
     Paul A. Avron

## CM/ECF SERVICE LIST

- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Zachary J Bancroft    zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- John D. Segaul    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- Zach B Shelomith    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com

- Bradley S Shraiberg    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mf
  ernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Peter D Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Aaron A Wernick    awernick@wernicklaw.com,
  awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mla
  verriere@wernicklaw.com
- Paul E Wilson    pwilson@paulwilsonesq.com
- Harry Winderman    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

# EXHIBIT "1"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO.: 22-12790-EPK

EXCELL AUTO GROUP, INC.,                                  Chapter 7

      Debtor.

_____/

**AFFIDAVIT OF CHRISTOPHER TODD BLUDWORTH IN SUPPORT OF
CHRISTOPHER TODD BLUDWORTH AND ANDREW TODD
McNEILL'S MOTION TO COMPEL TRUSTEE TO TURN OVER OF
NON-ESTATE PROPERTY, 2021 MOKE**

STATE OF FLORIDA

COUNTY OF BROWARD

      1.     My name is Christopher Todd Bludworth and I am over eighteen years of age.

      2.     I make this Affidavit based upon my personal knowledge, and in support of *Christopher Todd Bludworth and Andrew Todd McNeill's Motion to Compel Trustee to Turn Over Non-Estate Property, 2021 Moke* (the "Motion").

      3.     On November 15, 2021, I, together with husband, Andrew Todd McNeill, purchased a baby blue colored 2021 Moke, bearing VIN 4C9WAHBG0MS092505 (the "Moke") from the original owners, Vicky Keith and Madeliene Abling. The Moke was originally purchased from Orlando Infinite by Vicky Keith and Madeliene Abling on February 16, 2021. No other parties have had possession of the Moke. See (i) *Buyer's Order, Agreement & Vehicle Information Form* dated February 16, 2021, evidencing that Vicky Keith and Madeliene Abiling purchased the vehicle from Orlando Infinite; (ii) *Certificate of Title* issued on May 4, 2021, evidencing that Vicky

Keith and Madeliene Abling were the registered owners of the Moke; and (iii) *Notice of Sale and/or Bill of Sale for a Motor Vehicle, Mobile Home, Off-Highway Vehicle or Vessel* dated November 15, 2021, evidencing that the Moke was purchased by me and my husband from Vicky Keith and Madeliene Abling on November 15, 2021, attached hereto as **Composite Exhibit "A"**.

4.      The Moke is titled and insured in both my name and my husband's name and is also registered in the State of Florida under both my name and my husband's name.  See (i) *Certificate of Title* issued on November 15, 2021, (ii)  USAA Casualty Insurance Company insurance card; and (iii) *Florida Vehicle Registration* issued on November 15, 2021, attached hereto as **Composite Exhibit "B"**.

5.      In December 2021, my husband and I noticed that the front right tire was wearing and had asked the previous owners, Vicky Keith and Medeliene Albing, in mid-December 2021, if they had information on the warranty or knew of a certified Moke mechanic in the area to service the Moke. My husband and I were unsuccessful in finding a certified Moke mechanic at that time.

6.      On Saturday, March 26, 2022, my husband and I were driving the Moke with our children and noticed a rubbing sound. We assumed it may also have something to do with the previously noticed wearing of the front right tire. We passed by a golf cart shop, Beachside Golf Cars ("Beachside"), located at 317 N. Federal Highway, Fort Lauderdale, FL 33301, and called the phone number on their signage (754-206-2203).   We called at 3:21 p.m. on the same day, March 26, 2022, to inquire if they could service and repair the Moke.  The representative of Beachside Golf Cars indicated that they do not service Mokes at this time but referred us to an individual named Melton, an independent mechanic and certified Moke mechanic, to make repairs to our Moke.  My husband and I were provided a telephone number to contact Melton.

11422412-3

7.      That same day, on Saturday, March 26, 2022, we called Melton at 2:35 p.m. who confirmed that he was certified to service Mokes. Melton confirmed that he could transport the Moke on a trailer from our home to his garage for service.

8.      On April 5, 2022, at approximately 3:00 p.m., the Moke was picked up for service by someone with a trailer, sent by Melton, at my home, in order to have the front tired replaced, an alignment done, and the batteries checked (the "Service and Repairs").

9.      On Friday, April 8, 2022, I called Melton at 4:06 p.m. asking him for an update on the Moke, and asked if he had an estimate for the repairs.   Melton said that he was finishing other vehicles and would get to our vehicle over the weekend of April 9-10, 2022.  I informed Melton that there was no rush as my husband and I were taking our children to New York for their Spring Break and returning around April 19, 2022.

10.     On Monday, April 11, 2022, at 7:42 p.m., we received a call from Melton while we were in New York. Melton said our Moke had been "confiscated."  Melton said there was some sort of lawsuit and to come the next day at 12:30 p m, with the title and vehicle registration for our Moke, and we could retrieve the Moke.    This is the first we had ever heard of the company Excell Auto Group, Inc. ("Excell" or the "Debtor") and of the Chapter 7 bankruptcy filing by the Debtor. Melton told us what little he knew and gave us a telephone phone number for Nicole Mehdipour, who I understand is the Chapter 7 Trustee (the "Trustee") for the Debtor's bankruptcy estate.

11.     My husband and I called and texted the Trustee immediately (See text messages attached hereto as **Exhibit "C"**) starting on April 11, 2022.  Since that time, I have been attempting to communicate, through electronic mail, directly with the Trustee and her special counsel, Alan Crane, Esq. of Furr and Cohen, P.A., in order to arrange for the pick-up of the Moke.

11422412-3

12.      After the first text with the Trustee, the Trustee said to send her a picture of the Moke, our registration and title, which we did immediately.   The Trustee told us to let her know when we were back in town.      Upon returning to Fort Lauderdale, we attempted to reach the Trustee several times by telephone and text messages, with no response.

13.      During these communications, I was advised that the Moke was located on the showroom floor and that the Debtor believed that the Moke had come to the Debtor on consignment. At no point was the Moke there on consignment. This is a new purchase for our family and we had no intention of selling it.

14.      At no time did I or my husband intend or approve for the Moke to be on consignment. The Moke was picked up on April 5, 2022, for the sole purpose of having the front tires changed and an alignment by the independent mechanic, Melton, to perform the Service and Repairs, not as an employee of any third party, including Excell.

15.      In fact, prior to April 11, 2022, neither I nor my husband ever heard of Excell.   We still retain the charger, extra key and all paperwork establishing our ownership of the Moke because it was to be returned to us after the Service and Repairs.

16.      Upon information and belief, the Services and Repairs have not been undertaken by Melton, individually, or on behalf of Excell.

17.      My husband and I are the rightful owners of the Moke.

18.      Excell has no ownership interest in the Moke.

4

19.    The Moke is not subject to any liens or encumbrances.

FURTHER AFFIANT SAYETH NAUGHT.

_____
CHRISTOPHER TODD BLUDWORTH

STATE OF FLORIDA
COUNTY OF BROWARD

The foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization, this ___25___ day of May, 2022, by CHRISTOPHER TODD BLUDWORTH who is personally known to me or who has produced _____ as identification.

_____
Notary Public, State of Florida
My Commission Expires: 04-14-2024

Tatiana Piedrahita
NOTARY
My Comm. Expires
04-14-2024
No. GG 978402
PUBLIC
STATE OF FLORIDA

5

11422412-3

# COMPOSITE EXHIBIT "A"



**ORLANDO**

**INFINITI**

4237 Millenia Blvd. • Orlando, FL 32839
(407) 660-0077 • Fax: (407) 660-2647

**Buyer's Order, Agreement
& Vehicle Information Form**

Date: 02/16/2021    DEAL#: 11374    CUST#: 223311

| Buyer Name and Address | Co-Buyer Name and Address | Seller Name and Address |
|---|---|---|
| VICKY KEITH | MADELINE ABLING | ORLANDO INFINITI |
| | | 4237 MILLENIA BLVD |
| County: BROWARD | County: BROWARD | ORLANDO FL 32839 |
| Email: | Email: | Salesperson: |
| Phone: | Phone: | |
| Cell: | Cell: | |

In this Buyer's Order, Agreement and Vehicle Information Form ("Order and Agreement"), "you" means the buyer, and any co-buyer. "We," "us" and "our" means the Seller. You agree to purchase the vehicle from us according to the terms of this Order and Agreement.

## Vehicle Description

| Year: | Make: | Model: | Mileage: | Vehicle Identification Number: |
|---|---|---|---|---|
| 2021 | MOKE | MOKE | 7 | 4 C 9 M A H B G 0 M S 0 9 2 5 0 5 |
| New/Used/Demo/Executive: | Color: | Body: | Stock Number: | |
| NEW | BLUE | LOW | HK092505 | |

### Additional Vehicle Information

Unless checked below, Seller has no knowledge of and makes no representation about the history of the vehicle.

The vehicle was previously titled, registered, or used as a (check as applicable) ☐ taxicab ☐ police vehicle ☐ short term rental.

The vehicle is (check as applicable) ☐ rebuilt or assembled from parts ☐ a kit car ☐ a glider kit ☐ a replica ☐ a flood vehicle ☐ a manufacturer buy back.

☐ THIS VEHICLE WAS DELIVERED TO A PREVIOUS PURCHASER.

Buyer X

Co-Buyer X

**Purchase Information (e) means an estimate**

| | |
|---|---|
| Vehicle Purchase Price | |
| Accessories | |
| | |
| | |
| | |
| Subtotal | |
| Less Allowance or Discount of | |
| Net Difference | |
| Predelivery Service Charge** | |
| Electronic Registration Filing Fee** | |

### Disclosures

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, this vehicle is sold "AS IS" and "WITH ALL FAULTS." The Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.** This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. Buyer acknowledges receipt of any warranty information prior to the sale of the vehicle.

Buyer's Initials _____ Co-Buyer's Initials _____

Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

You have thoroughly inspected, accepted, and approved the vehicle described above in all respects. You may obtain an independent third party inspection of the vehicle on your own.

Buyer's Initials _____ Co-Buyer's Initials _____

We acknowledge that as a condition of sale of the Vehicle, we will perform the following services within _____ days of the date of purchase. Call to schedule service.

**These charges represent costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

| | |
|---|---|
| Lead Acid Battery Fee | |
| New Tire Fee ($1.00 per tire) | |
| | |
| Subtotal | |
| Sales Tax | |
| County Tax | |
| Other Tax | |
| Lemon Law - Warranty Enforcement Act (New Car 1 Only) | |
| | |
| Title, Registration, and License Fees (e) | |
| ☐ New ☐ Transfer | |
| | |
| Prior Credit or Lease Balance | |
| Subtotal | |
| | |
| Service Contract | |
| Maintenance Agreement | |
| | |
| | |
| | |
| Sales Tax on Ancillary Products | |
| Total Sale Price | |
| Rebate | |
| Cash Down | |
| Other Downpayment (Describe) | |
| Total Downpayment | |

form overrides any contrary provisions in the
contract of sale.

**Spanish Translation: Guía para compradores de vehículos usados.** La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

You have thoroughly inspected, accepted, and approved the vehicle described above in all respects. You may obtain an independent third party inspection of the vehicle on your own.

Buyer's Initials _____   Co-Buyer's Initials _____

We acknowledge that as a condition of sale of the Vehicle, we will perform the following services within _____ days of the date of purchase. Call _____ to schedule service.

| Title, Registration, and License Fees (e) | |
| --- | --- |
| ☐ New   ☐ Transfer | |
| Prior Credit or Lease Balance | |
| Subtotal | |
| Service Contract | |
| Maintenance Agreement | |
| | |
| | |
| Sales Tax on Ancillary Products | |
| **Total Sale Price** | |
| Rebate | |
| Cash Down | |
| Other Downpayment (Describe) | |
| | |
| Total Downpayment | |
| **Balance Due on Delivery** | |

|  | **Trade-in Vehicle** |  |  | **Trade-in Vehicle** |  |
| --- | --- | --- | --- | --- | --- |
| Year ___ Make ___ | Model ___ | | Year ___ Make ___ | Model ___ | |
| VIN ___ | Mileage ___ | | VIN ___ | Mileage ___ | |
| Lienholder ___ | | | Lienholder ___ | | |
| Payoff Amount ___ N/A | Good Thru: ___ | | Payoff Amount ___ N/A | Good Thru: ___ | |
| Lienholder ___ | | | Lienholder ___ | | |
| Payoff Amount ___ | Good Thru: ___ | | Payoff Amount ___ | Good Thru: ___ | |

You assign to us all of your rights, title and interest in such Trade-in vehicle(s). You represent that your Trade-in vehicle(s) was not previously used as a police vehicle, taxicab, or under a short-term lease. To the best of your knowledge, the vehicle(s) you are trading in ☐ have ☐ have not been in any accident with damages exceeding $500.

Buyer Initials _____   Co-Buyer Initials _____

**SELLER'S RIGHT TO CANCEL** - If Buyer and Co-buyer sign here, the provisions of the Seller's Right to Cancel section on the back, which gives the Seller the right to cancel if Seller is unable to assign a Retail Installment Sale Contract signed with this Order and Agreement within _____ days, will apply. If you fail to return the vehicle within 48 hours after receipt of the notice of cancellation, you agree to pay Seller a charge of $ 50.00 per day from the date of cancellation until the vehicle is returned or repossessed.

X _____
**Buyer Signs**

X _____
**Co-Buyer Signs**

**Payoff Agreement** - We relied on information from you and/or the lienholder(s) or lessor(s) of your Trade-in vehicle(s) to arrive at the payoff amount(s) shown above. You understand that the amount(s) quoted is/are an estimate. We agree to pay the payoff amount(s) shown above to the identified lienholder(s) or lessor(s) of the Trade-in vehicle(s), or a designee. If the actual payoff amount(s) is/are more than the amount(s) shown above, you must pay us the excess on demand. If the actual payoff amount(s) is less than the amount(s) shown above, we will refund to you any overage we receive from your prior lienholder(s) or lessor(s).

You may secure financing through us or through any financing entity you choose. The financing terms you get could be more favorable than the terms we give you. If we sell you any ancillary product, such as credit insurance or GAP, we may receive part of the cost of the product and/or other compensation from the provider of the product.

*The Annual Percentage Rate in a Retail Installment Sale Contract may be negotiable with the Seller. The Seller may assign any Retail Installment Sale Contract to a finance source and retain its right to receive a part of the finance charge imposed on that contract.*

Section 501.98, Florida Statutes, requires that, at least 30 days before bringing any claim against a motor vehicle dealer for an unfair or deceptive trade practice, a consumer must provide the dealer with a written demand letter stating the name, address, and telephone number of the consumer; the name and address of the dealer; a description of the facts that serve as the basis for the claim; the amount of damages; and copies of any documents in the possession of the consumer which relate to the claim. Such notice must be delivered by the United States Postal Service or by a nationally recognized carrier, return receipt requested, to the address where the subject vehicle was purchased or leased or where the subject transaction occurred, or an address at which the dealer regularly conducts business.

X _____
**Buyer's Signature**

X _____
**Co-Buyer's Signature**

This Order and Agreement represents the final agreement between the parties related to the sale of the vehicle and may not be contradicted by evidence of prior, contemporaneous, or subsequent oral agreements of the parties.

Buyer Signs: X _____   Co-Buyer Signs: X _____
You have read each page of this Order and Agreement, including the arbitration provision on the reverse side, and agree to its terms. You have received a completely filled in copy of this Order and Agreement.

Buyer Signs: X _____   Co-Buyer Signs: X _____

Accepted by Seller: X _____   By: _____

LAW FORM NO. FADA-BDVIABB-CUST
©The Reynolds and Reynolds Company  CC736122-O (05/20)

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4C9WAHBGOMS092505 | 2021 | MOKE | GC | 2200 | | 142507325 |

Date of Issue 05/04/2021

Registered Owner:

VICKY LEE KEITH   OR
MADELIENE CAROL ABLING

Mail To:

VICKY LEE KEITH

**Lien Release**
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel:
http://www.flhsmv.gov/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4C9WAHBGOMS092505 | 2021 | MOKE | GC | 2200 | | 142507325 |

| Prev. State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| N | BLU | | | | PRIVATE | |

| Odometer Status or Vessel Manufacturer or OH use | Hull Material | Prop | Date of Issue |
|---|---|---|---|
| 7 MILES   02/16/2021 ACTUAL | | | 05/04/2021 |

**Lien Release**
Interest in the described vehicle is hereby released
By _____
Title _____
Date _____

Registered Owner

VICKY LEE KEITH   OR
MADELIENE CAROL ABLING

1st Lienholder

**NONE**

DIVISION OF MOTORIST SERVICES

*Robert R. Kynoch*
Robert R. Kynoch
Director

TALLAHASSEE          FLORIDA

Control Number  151811652

DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Terry L. Rhodes*
Terry L. Rhodes
Executive Director

---

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: CHRISTOPHER T. BLUDWORTH   OR
ANDREW McNEILL          Address: _____

Seller Must Enter Selling Price: _____   Seller Must Enter Date Sold: 10/11/2021

I/We state that this ☑ 5 or ☐ 6 digit odometer now reads | 1 |0 |0 | 1 |2 |5 | 3 | 1 x | (no tenths) miles, date read 11/11/2021 and I hereby certify that to the best of my knowledge the odometer reading:
☑ 1. reflects ACTUAL MILEAGE.   ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. is NOT THE ACTUAL MILEAGE.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must Sign Here: *Vicky Lee Keith*
Print Here: VICKY LEE KEITH
Selling Dealer's License Number: _____   Tax No.: _____

CO-SELLER Must Sign Here: *Madeliene Carol Abling*
Print Here: MADELIENE CAROL ABLING
Tax Collected: _____

Auction Name _____   License Number: _____

PURCHASER Must Sign Here: X _____
Print Here: CHRISTOPHER T. BLUDWORTH

CO-PURCHASER Must Sign Here: X _____
Print Here: ANDREW McNEILL

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE

STATE OF FLORIDA

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES - DIVISION OF MOTORIST SERVICES
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/ offices/

## Notice of Sale and/or Bill of Sale for a Motor Vehicle, Mobile Home, Off-Highway Vehicle or Vessel

☐ Notice of Sale (Seller must complete sections 1 & 3). The purchaser's signature in section 3 is optional.

☐ Bill of Sale (Seller and purchaser must complete sections 1, 2 (when applicable) & 3).

| 1. | Motor Vehicle, Mobile Home, Off- Highway or Vessel Description | | | |
|---|---|---|---|---|
| Year 2021 | Make/Manufacturer MOKE | Body Type GL | Model | Color Blue |
| Certificate of Title Number 142507325 | | Current Title Issue Date 11-15-2021 | Vehicle/Vessel Identification Number 4C9WAHBGOMS092505 | |

I/we do hereby sell or have sold and delivered the above described motor vehicle, mobile home, off-highway vehicle or vessel to:

Print Name(s) of Purchaser(s)
Christopher Todd Bludworth and Andrew Todd McNeill

| Address | City | State | Zip Code |
|---|---|---|---|
| | | | |

| Date of Sale November 15, 2021 | Selling price $ |
|---|---|

| 2. | Odometer Disclosure Statement (Required For a Motor Vehicle) |
|---|---|

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THIS MOTOR VEHICLE'S ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐ , ☐ 2 5 3 .xx

(NO TENTHS) MILES, DATE READ  11 / 11 / 2021 , AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS THE ACTUAL MILEAGE. ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS. ☐ 3. IS NOT THE ACTUAL MILEAGE.

**Affidavit (When applicable):**

| 3. | Certification |
|---|---|

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Seller's Signature Vicky Keith | Seller's Printed Name Vicky Lee | Date 11/15/2021 |
|---|---|---|
| Seller's Address | City                                      State | Zip Code |
| Co-Seller's Signature (when applicable) | Co-Seller's Printed Name (when applicable) Madeleine Abling | Date 11/15/2021 |
| Co-Seller's Address (when applicable) | City                                      State | Zip Code |
| Purchaser's Signature | Purchaser's Printed Name Christopher T. Bludworth | Date 11/15/21 |
| Co-Purchaser's Signature (when applicable) | Co-Purchaser's Printed name (when applicable) Andrew McNeill | Date 11/15/21 |

✱ OWNERSHIP STATUS FOR THE ABOVE DESCRIBED MOTOR VEHICLE, MOBILE HOME, OFF-HIGHWAY VEHICLE OR VESSEL WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.

Check your local phone book government pages or visit the following website for current mailing addresses: http:// www.flhsmv.gov/ offices/

HSMV 82050 (Rev. 03/21) S

# COMPOSITE EXHIBIT "B"

A03855

Mail Lien Satisfaction to: Dept of Highway Safety & Motor Vehicles, Neil Kirkman Building, Tallahassee, Florida 32399-0610

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4C9WAHBGOMS092505 | 2021 | MOKE | GC | 2200 | | 142507325 |

Date of Issue 11/15/2021

Registered Owner:

CHRISTOPHER TODD BLUDWORTH   OR
ANDREW TODD MCNEILL

Mail To:

AUTO TAGS OF EAST BROWARD
1881 NE 26TH ST # 95
FORT LAUDERDALE  FL 33305-1427

ılıılıılıılıdlıılıulıddldlıulldldabldaldldılıl

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

**IMPORTANT INFORMATION**
1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.flhsmv.gov/html/titlinf.html

**STATE OF FLORIDA** — **LIEN SATISFACTION**

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| 4C9WAHBGOMS092505 | 2021 | MOKE | GC | 2200 | | 142507325 |

| Prev State | Color | Primary Brand | Secondary Brand | No. of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLU | | | | PRIVATE | 05/04/2021 |

| Odometer Status or Vessel Manufacturer or OH use | | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 253 MILES | 11/11/2021 ACTUAL | | | 11/15/2021 |

**Lien Release**
Interest in the described vehicle is hereby released
By_____
Title_____
Date_____

Registered Owner

CHRISTOPHER TODD BLUDWORTH   OR
ANDREW TODD MCNEILL

1st Lienholder

NONE

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

Robert R. Kynoch
Robert R. Kynoch
Director

**Control Number  154791038**

Terry L. Rhodes
Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)
Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership.
Failure to complete or providing a false statement may result in fines and/or imprisonment.
This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: _____     Address: _____
Seller Must Enter Selling Price: _____     Seller Must Enter Date Sold: _____
I/We state that this ☐ 5 or ☐ 6 digit odometer now reads |_||_||_|,|_||_||_| x | (no tenths) miles, date read _____ and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE.    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. is NOT THE ACTUAL MILEAGE.
**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

SELLER Must Sign Here: _____     CO-SELLER Must Sign Here: _____
Print Here: _____     Print Here: _____
Selling Dealer's License Number: _____     Tax No.: _____     Tax Collected: _____
Auction Name _____     License Number: _____

PURCHASER Must Sign Here: _____     CO-PURCHASER Must Sign Here: _____
Print Here: _____     Print Here: _____
**NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE**

HSMV 82250 (REV. 3/15)        **STATE OF FLORIDA**

VOID IF ALTERED

FLORIDA AUTOMOBILE INSURANCE IDENTIFICATION CARD
USAA CASUALTY INSURANCE COMPANY

| POLICY IDENTIFICATION NO. | CO. CODE | EFF. DATE |
|---|---|---|
| 00531 02 24C        7105    0 | -02865 | 11/11/21 |

Name
ANDREW TODD MC NEILL
CHRISTOPHER T BLUDWORTH

VEHICLE DESCRIPTION

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2021 | MOKE | 4C9WAHBG0MS092505 |

NOT VALID MORE THAN ONE YEAR FROM EFFECTIVE DATE

Misrepresentation of Insurance is a first degree misdemeanor. Policy
coverages extend to a rental car. See outline of coverage.

800 Fredericksburg Road
an Antonio, Texas 78288
**CONTACT US: 210-531-USAA(8722)**

OR 800-531-USAA

Additional copies available at usaa.com

CO/AGY   10  / 4      T#   1555738297
B#   2675673

# FLORIDA VEHICLE REGISTRATION

| PLATE | **81ATDK** | DECAL | 17484632 | Expires | **Midnight Wed 7/6/2022** |
|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| YR/MK | **2021/MOKE** | BODY | **GC** | COLOR | **BLU** | Reg. Tax | 53.10 | Class Code | 1 |
| VIN | **4C9WAHBG0MS092505** | | | TITLE | **142507325** | Init. Reg. | 225.00 | Tax Months | 8 |
| Plate Type | **RGS** | NET WT | **2200** | | | County Fee | 3.00 | Back Tax Mos |
| | | | | | | Mail Fee | | Credit Class |
| DL/FEID | | | | 2ND DL# | | Sales Tax | | Credit Months |
| Date Issued | **11/15/2021** | Plate Issued | **11/15/2021** | | | Voluntary Fees | |
| | | | | | | Grand Total | 281.10 |

**CHRISTOPHER TODD BLUDWORTH, ANDREW TODD MCNEILL**

**AUTO TAGS OF EAST BROWARD**
**CALL OR TEXT: (954) 417-6130**
**WWW.BROWARDAUTOTAGS.COM**
**E-MAIL: Info@browardautotags.com**
**RENEW TAG BY PHONE WITH US!**

RGS - SUNSHINE STATE    PLATE ISSUED X

IMPORTANT INFORMATION

1. The Florida license plate must remain with the registrant upon sale of vehicle.
2. The registration must be delivered to a Tax Collector or Tag Agent for transfer to a replacement vehicle.
3. Your registration must be updated to your new address within 30 days of moving.
4. Registration renewals are the responsibility of the registrant and shall occur during the 30-day period prior to the expiration date shown on this registration. Renewal notices are provided as a courtesy and are not required for renewal purposes.
5. I understand that my driver license and registrations will be suspended immediately if the insurer denies the insurance information submitted for this registration.

# EXHIBIT "C"

**Text Screen Shots Between C Todd Bludworth and trustee Lawyer Nicole Mehdipour**

12:40

NM
Nicole

Mon, Apr 11, 8:22 PM

Mr. Bludworth -thank you for your message. I can be reached via text in the future at (954) 302-5937. Please email me at my business email address nicolem@ntmlawfirm.com and provide the car year, make, model, Color, VIN and copy of the title and registration. Also include where you last dropped off the vehicle and the reason. I will reply in short order.

Bankruptcy Trustee Nicole Mehdipour

Text Message

12:40

NM
Nicole

Bankruptcy Trustee Nicole Mehdipour

Thank you for your quick response. This is in regards to our Baby Blue Moke picked up at our house at [redacted] at 3pm on Tuesday, April 5, 2022. He Moke is registered and owned by both me and my husband, Andrew McNeill (also copied on this email). Pick up for service was arranged through an individual named Melton. Melton's name and number, 561-235-9105, were provided my Moke America

Text Message

12:40

NM
Nicole

name and number, 561-235-9105, were provided my Moke America Service as a local serviceman for the brand. The Moke was picked up to replace the front tires, an alignment and check the charge on the batteries. Attached is our vehicle registration for the vehicle as well as our title. Please call me with any questions. Melton mentioned something about being there at 12:30pm tomorrow but we are in NY for our kids Spring Break until Sunday. Please let me know what we need to do. I have also attached a

Text Message

12:41

NM
Nicole

questions. Melton mentioned something about being there at 12:30pm tomorrow but we are in NY for our kids Spring Break until Sunday. Please let me know what we need to do. I have also attached a picture of our vehicle. Thank you.

Todd Bludworth
Todd@americanmeetings.com
Mobile: 954-553-2870

Text Message

12:41

NM
Nicole

Text Message

12:41

NM
Nicole

Receipt confirmed. I will review. The vehicle is at the premises and I am the only person with the keys and authorized to enter the building. When you are back in town please let me know. Thank you.

We will back early next week. Thank you.

Thu, Apr 21, 1:41 PM

Hello Nicole. I have left a phone message and emailed about our Moke. Please contact me as to when we can pick up our

Text Message



**Text Screen Shots Between C Todd Bludworth and trustee Lawyer Nicole Mehdipour**



# EXHIBIT "2"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO.:  22-12790-EPK

EXCELL AUTO GROUP, INC.,                    Chapter 7

      Debtor.

_____/

**ORDER GRANTING CHRISTOPHER TODD BLUDWORTH AND ANDREW
TODD McNEILL'S MOTION TO COMPEL TRUSTEE TO TURN OVER
NON-ESTATE PROPERTY, 2021 MOKE VEHICLE**

**THIS MATTER** having come before the Court on the _____ day of June, 2022, at

_____ a.m./p.m., in West Palm Beach, Florida, upon *Christopher Todd Bludworth and*

*Andrew Todd McNeill's Motion to Compel Trustee to Turn Over Non-Estate Property, 2021*

*Moke Vehicle* (the "Motion") [ECF No. ___].  The Court, having considered the Motion and the

*Affidavit of Christopher Todd Bludworth in Support of Christopher Todd Bludworth and Andrew*

*Todd McNeill's Motion to Compel Trustee to Turn Over Non-Estate Property, 2021 Moke*

attached thereto as Exhibit "1", having heard the argument of counsel, having determined that

the Moke[1] is not property of the Debtor's estate, and being otherwise fully advised does

**ORDER** as follows:

1.    The Motion is **GRANTED**.

2.    Within two (2) business days of entry of this Order on the Court's docket, the

Trustee shall make the Moke available for retrieval by the Owners/Parties-in-Interest.

3.    The Court retains the power to interpret and enforce this Order.

# # #

Submitted by:
Paul A. Avron, Esq.
BERGER SINGERMAN LLP
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile:  (954) 523-2872
pavron@bergersingerman.com

Copies to:
Paul A. Avron, Esq.
*(Attorney Avron is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.

11432078-1

2