UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 22-12790-EPK

EXCELL AUTO GROUP, INC.,                           Chapter 7

    Debtor.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that true and correct copies of (i) *Christopher Todd Bludworth and Andrew Todd McNeill's Motion to Compel Trustee to Turn Over Non-Estate Property, 2021 Moke Vehicle* [ECF No. 121] and the (ii) *Notice of Hearing* [ECF No. 122] were served on May 31, 2022, via first class, U.S. Mail to all creditors and interested parties on the attached Court Matrix, to the extent that such parties were not already served electronically through the Court's CM/ECF system.

**I FURTHER CERTIFY** that a true and correct copy of the *Notice of Hearing* [ECF No. 122] was served on May 27, 2022, by electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List, and by first class, U.S. Mail upon Karma of Palm Beach, Attn.: Scott Zankl, President, 1001 Clint Moore Road, Suite 103, Boca Raton, FL 33487.

                                        Respectfully submitted,

                                        BERGER SINGERMAN LLP
                                        *Counsel for Christopher Todd Bludworth and Andrew Todd McNeill*
                                        201 E. Las Olas Boulevard, Suite 1500
                                        Fort Lauderdale, FL 33301
                                        Tel. (954) 525-9900
                                        Fax (954) 523-2872

                          By: /s/ *Paul A. Avron*
                                    Paul A. Avron
                                    Florida Bar No. 50814
                                    pavron@bergersingerman.com

11444456-1

**CM/ECF SERVICE LIST**

- Joaquin J Alemany     joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Zachary J Bancroft     zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- Eyal Berger     eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer     stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Alan R Crane     acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin     mdinkin@madlegal.net, lucyd@madlegal.net
- Dana L Kaplan     dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Mark A Levy     mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler     jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso     ngm@mancuso-law.com
- David B Marks     brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour     nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour     Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller     bkcmiami@gmail.com
- James C. Moon     jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- John E Page     jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft     ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Hampton Peterson     legalservices@PBCTax.com
- Jordan L Rappaport     office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray     dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich     ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli     jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Harry J Ross     hross@hjrlaw.com, jerri@hjrlaw.com
- John D. Segaul     john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- Zach B Shelomith     zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com

11444456-1

- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Peter D Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Aaron A Wernick    awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com
- Paul E Wilson    pwilson@paulwilsonesq.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

3

11444456-1

```
Label Matrix for local noticing        1001 Clint Moore, LLC                  Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                 6560 W Rogers Circle                   4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                      Suite B27                              Oklahoma City, OK 73118-7901
Southern District of Florida           Boca Raton, FL 33487-2746
West Palm Beach
Tue May 24 16:08:51 EDT 2022

Auto Wholesale of Boca, LLC            BAL INVESTMENTS, LLC                   BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                   c/o Zachary J. Bancroft, Esq.          c/o Eric J. Silver, Esq.
Suite B27                              Baker Donelson, et al.                 150 West Flagler Street
Boca Raton, FL 33487-2746              200 S. Orange Ave., Ste. 2900          Suite 2200
                                       Orlando, FL 32801-3448                 Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP  Chapford Specialty Finance LLC         DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                c/o James C. Moon, Esq.                c/o Ivan J. Reich
Meland Budwick, P.A.                   Meland Budwick, P.A.                   750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200     200 South Biscayne Blvd., Ste 3200     Boca Raton, FL 33487-3611
Miami, FL 33131-5323                   Miami, FL 33131-5323

Daimler Trust                          EXCELL Auto Group, Inc.                Excell Auto Sport and Service, Inc.
c/o Paul Wilson                        1001 Clint Moore Road                  c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308     Suite 101                              7777 Glades Rd., Suite 100
Plantation, FL 33322-5235              Boca Raton, FL 33487-2830              Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP   FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.            c/o David R. Softness, Esq.            c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740     201 South Biscayne Boulevard #2740     201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                   Miami, FL 33131-4332                   Miami, FL 33131-4332

Franklin Capital Funding, LLC          Graves Directional Drilling Inc. a/k/a Grave   Karma of Broward, Inc.
c/o Shraiberg Page, PA                 c/o Kelley, Fulton, Kaplan & Eller PL  c/o Weiss Handler & Cornwell, PA
2385 NW Executive Center Dr., #300     1665 Palm Beach Lakes Blvd.,Ste. 1000  2255 Glades Road
Boca Raton, FL 33431-8530              West Palm Beach, FL 33401-2109         Suite 205E
                                                                              Boca Raton, FL 33431-7391

MMS Ultimate Services, Inc.            Mercedes Benz Financial Services USA, LLC.    Milco Atwater, LLC
7241 Catalina Isle Drive               14372 Heritage Parkway                 c/o Eyal Berger
Lake Worth, FL 33467-7746              Fort Worth, TX 76177-3300              201 Las Olas Blvd #1800
                                                                              Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC                    Palm Beach County Tax Collector        Prestige Luxury Cars, LLC
201 E Las Olas Blvd #1800              c/o Hampton Peterson Esq               c/o Thomas G. Zeichman
Fort Lauderdale, FL 33301-4442         POB 3715                               2385 Executive Center Drive, Suite 250
                                       West Palm Beach, FL 33402-3715         Boca Raton, FL 33431-8511

Savannah Row Development Company, LLC  Shrayber Land, Inc.                    Tulocay Farm, Inc.
c/o M.A. Dinkin Law Firm, P.L.L.C.     c/o Joaquin J. Alemany, Esq.           c/o Peter Spindel, Esq., P.A.
3319 SR 7, Suite 303                   HOLLAND & KNIGHT LLP                   POB 835063
Wellington, FL 33449-8147              701 Brickell Ave., Suite 3300          Miami, FL 33283-5063
                                       Miami, FL 33131-2898

Westlake Flooring Company, LLC         Westlake Services, LLC                 Woodside Credit, LLC
c/o Liebler Gonzalez & Portuondo       c/o Liebler Gonzalez & Portuondo       c/o Zach B. Shelomith, Esq.
44 West Flagler Street                 44 West Flagler Street                 2699 Stirling Rd # C401
25th Floor                             25th Floor                             Fort Lauderdale, FL 33312-6598
Miami, FL 33130-1808                   Miami, FL   33130-1808
```

```
22 Capital                          A&A Publishing Corp d/b/a The Boca Raton Obs    AJA Realty
1900 Glades Road                    7700 Congress Avenue Ste 3115                   16850 Charles River Drive
Suite 540                           Boca Raton, FL 33487-1357                       Delray Beach, FL 33446-0010
Boca Raton, FL 33431-7378


AMEX TRS Co., Inc.                  Alpine Business Capital                         Auto Wholesale Boca
c/o Becket and Lee LLP              99 Wall Street                                  6560 West Rogers Circle
PO Box 3001                         New York, NY 10005-4301                         Suite B27
Malvern  PA 19355-0701                                                              Boca Raton, FL 33487-2746


BAL Investments                     DCG Trust                                       Ed Brown
1114 Ashton Trace                   c/o Kenny Goodman                               152 Bears Club Drive
Atlanta, GA 30319-2681              1928 Thatch Palm Drive                          Jupiter, FL 33477-4203
                                    Boca Raton, FL 33432-7457


Fedex Corporate Services Inc        Geoffrey Thomas Keable                          Get Backed
3965 Airways Blvd, Module G, 3rd Floor  Lawrence A. Caplan, P.A.                    2101 Interstate 35
Memphis, TN 38116-5017              1375 Gateway Blvd                               4th Floor
                                    Boynton Beach, FL 33426-8304                    Austin, TX 78741-3800


MXT Solutions, LLC                  Mike Halperin                                   Office of the US Trustee
2101 Interstate 35, 4th Floor       5820 Harrington Way                             51 S.W. 1st Ave.
Austin, TX 78741-3800               Boca Raton, FL 33496-2511                       Suite 1204
                                                                                    Miami, FL 33130-1614


Parkview                            Phil Gori                                       Prestige Luxury Motors
400 Main Street                     195 W. Alexander Palm Road                      4301 Oak Circle
Stamford, CT 06901-3000             Boca Raton, FL 33432-8602                       Suite 25
                                                                                    Boca Raton, FL 33431
                                                                                    Shrayber Land
                                                                                    15700 Dallas Parkway  33431-4258


Savannah Row                        Shrayber Land                                   Spin Capital
30 SE 15th Avenue                   15700 Dallas Parkway, Suite 11                  1968 S. Coast Highway
Boca Raton, FL 33432                Dallas, TX 75248-3306                           Suite 5021
                                                                                    Laguna Beach, CA 92651-3681


TBF                                 TVT                                             Wing Lake Capital Partners
333 River Street                    1407 Broadway                                   32300 Northwestern Highway
Hoboken, NJ 07030-5856              New York, NY 10018-5100                         Suite 200
                                                                                    Farmington Hills, MI 48334-1501


Alexey Alekseyevich Gorodova        Andrew Greenberg                                Chad Zakin
1100 S Miami Avenue                 c/o Jordan L Rappaport                          c/o Mark A. Levy
Apt 1210                            1300 N Federal Hwy #203                         100 SE Third Avenue, 23rd Floor
Miami, FL 33130-4164                Boca Raton, FL 33432-2848                       Fort Lauderdale, FL 33394-0002


David Amsel                         Edward Brown                                    Harry Winderman
c/o Breuer Law, PLLC                c/o Eyal Berger                                 Harry Winderman, ESQ.
6501 Congress Avenue                201 Las Olas Blvd #1800                         2255 Glades Road
Suite 240                           Fort Lauderdale, FL 33301-4442                  Suite 205e
Suite 240                                                                           Boca Raton, FL 33431-7391
Boca Raton, FL 33487-2840
```

| | | |
|---|---|---|
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 |
| (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 |
| Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 |
| Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 |
| Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (u)Johnie Floyd Weems, III | End of Label Matrix<br>Mailable recipients    72<br>Bypassed recipients     2<br>Total                   74 |