

**ORDERED in the Southern District of Florida on June 2, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:

EXCELL AUTO GROUP, INC.,

      Debtor.
_____/

Case No. 22-12790-EPK
Chapter 7

**ORDER GRANTING INTEGRATED VEHICLE LEASING, INC.'S VERIFIED
EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW
IT TO RECOVER POSSESSION OF ITS VEHICLE
AND TO EXERCISE ITS RIGHTS AND REMEDIES [ECF 117]**

      This cause came before the Court for a hearing in West Palm Beach, Florida at 9:30 a.m. on June 1, 2022 upon Integrated Vehicle Leasing, Inc.'s Verified Emergency Motion for Relief from the Automatic Stay to Allow it to Recover Possession of Its Vehicle and to Exercise all its

Rights and Remedies [ECF 117] (the "Motion"), and the Court, having reviewed the Motion, having heard the argument of counsel, and noting that the chapter 7 trustee Nicole Mehdipour consents to such relief,

    ORDERS:

    1.    The Motion is granted.

    2.    Integrated Vehicle Leasing, Inc. is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) to enforce all of its rights as the owner and lessor of the 2020 Mercedes Benz Sprinter 3500 (VIN# W1X5EDHY0LT020339).

    3.    Pursuant to F.R.B.P 4001(a)(3), this Order is stayed until the expiration of 14 days after the entry of the order.

###

**Submitted by:**

G. Steven Fender, Esq.
FENDER, BOLLING, & PAIVA, P.A.
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

Mr. Fender is instructed to serve copies of this Order on all parties in interest and to file a certificate of service that he has done so.