

ORDERED in the Southern District of Florida on June 2, 2022.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

EXCELL Auto Group, Inc.,

Chapter 7
Case No. 22-12790-EPK

Debtor.
_____/

### ORDER GRANTING EXPEDITED MOTION TO COMPEL TURNOVER OF 2019 CHEVROLET CAMARO HELD BY TRUSTEE

THIS MATTER came before the Court on June 1, 2022 at 9:30 a.m. in West Palm Beach, Florida upon *Interested Party Kristen Zankl's Expedited Motion to Compel Turnover of 2019 Chevrolet Camaro Held by Trustee* (the "Motion") [ECF 99] filed by Interested Party Kristen Zankl (the "Movant"). The Court, having reviewed the record, having heard the presentation of counsel, and otherwise being fully advised,

**ORDERS** as follows:

1. The Motion is GRANTED.

2. The Trustee is authorized and directed to turn over the Vehicle; to wit, the 2019 Chevrolet Camaro, to the Movant forthwith.

### 

**Submitted by:**

Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for Kristen Zankl*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922/(561)431-2474-fax
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*