

**ORDERED in the Southern District of Florida on June 3, 2022.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 22-12790-EPK |
| | Chapter 7 |
| EXCELL AUTO GROUP, INC., | |
| Debtor. | |
| _____/ | |

**ORDER GRANTING TRUSTEE'S EXEPEDITED MOTION COMPEL SCOTT ZANKL, IN HIS CAPACITY AS CORPORATE REPRESENTATIVE OF DEBTOR, TO APPEAR FOR RULE 2004 EXAMINATION**

THIS CASE came before the Court for hearing on June 1, 2022, at 9:30 AM in West Palm Beach, Florida upon the *Trustee's Expedited Motion Compel Scott Zankl, In His Capacity as Corporate Representative of Debtor, to Appear for Rule 2004 Examination* [ECF No. 105] and the *Response to Trustee's Expedited Motion Compel Scott Zankl, In His Capacity as Corporate Representative of Debtor, to Appear for Rule 2004 Examination* [ECF No. 114] filed by the Debtor and Scott Zankl. The Court has reviewed the Motion and Response, heard the arguments of counsel, and is otherwise fully advised. Accordingly, it is

1

**ORDERED as follows:**

1. The Trustee's *Expedited Motion Compel Scott Zankl, In His Capacity As Corporate Representative of Debtor, to Appear for Rule 2004 Examination* is **GRANTED**.

2. Scott Zankl, in his capacity as corporate representative, is ordered to testify at a Rule 2004 Examination of the Debtor on June 6, 2022, at 9:30 am via Zoom.

3. Any motions to postpone, absent written consent from Trustee, or motions for protective order will be denied without necessity of a further hearing.

###

**Submitted by:**
Alan R. Crane, Esquire
FURR & COHEN, P.A.
One Boca Place, Suite 419A
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: acrane@furrcohen.com

*Attorney, ALAN R. CRANE, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*