UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

      Debtor.
_____/

Case No.: 22-12790-EPK
Chapter 7

**CROSS NOTICE OF TAKING 2004 EXAMINATION**

**PLEASE TAKE NOTICE** that Franklin Capital Funding, LLC ("Secured Creditor"), by and through undersigned counsel, hereby cross notices the Rule 2004 Examination under oath of Scott Zankl, as authorized representative of the Debtor Excell Auto Group, Inc., beginning at **9:30 a.m. on Monday, June 6, 2022** by video conferencing.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1. The scope of the examination is as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary. The examination may continue from day to day until completed. If the Examinee requires an interpreter, it is the Examinee's responsibility to engage the employment of such interpreter to be present at the examination.

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 3rd day of June 2022.

        Respectfully Submitted,

        **SHRAIBERG PAGE, P.A.**
        Attorney for Franklin Capital Funding, LLC
        2385 NW Executive Center Drive, #300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: bss@slp.law

        By:   /s/ *Bradley S. Shraiberg*
                Bradley S. Shraiberg
                Florida Bar No. 121622