UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                               CHAPTER 7
                                                                     CASE NO. 22-12790-EPK

EXCELL AUTO GROUP, INC.

    Debtor.
_____/

## CROSS NOTICE OF TAKING 2004 EXAMINATION

PLEASE TAKE NOTICE that Woodside Credit, LLC ("Woodside"), by and through undersigned counsel, hereby cross notices the Rule 2004 Examination under oath of Scott Zankl, as authorized representative of the Debtor Excell Auto Group, Inc., beginning at **9:30 a.m. on Monday, June 6, 2022** by video conferencing.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1. The scope of the examination is as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary. The examination may continue from day to day until completed. If the Examinee requires an interpreter, it is the Examinee's responsibility to engage the employment of such interpreter to be present at the examination.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on this the 3rd day of June 2022.

    Respectfully submitted,

    LSS LAW
    Counsel for Woodside Credit, LLC
    2 S. Biscayne Blvd., Suite 2300
    Miami, FL 33131
    Tel: (305) 894-6163
    Fax: (305) 503-9447
    Email: cs@lss.law

    /s/ Christian Somodevilla
    Christian Somodevilla, Esq.
    FL Bar No. 59539