**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In re:**

**EXCELL AUTO GROUP, INC.**

Debtor.
_____/

Case No.: 22-12790-EPK

Chapter 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the *Amended Order Granting Integrated Vehicle Leasing, Inc.'s Verified Emergency Motion for Relief from Stay to Allow it to Recover Possession of its Vehicle and to Exercise its Rights and Remedies* [ECF 131], was served on all counsel of record or pro se parties identified on the attached Service List (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case; and (ii) via U.S. Mail to all parties who are not authorized to receive electronically, on this 2nd day of June, 2022.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**Dated: June 2, 2022**

**FENDER, BOLLING AND PAIVA, P.A.**

*/s/ G. Steven Fender*
G. STEVEN FENDER, ESQ.
Florida Bar No. 060992
*Attorney for Integrated Vehicle Leasing, Inc.*
P.O. Box 1545
Ft. Lauderdale, FL 33302
Telephone: (407) 810-2458
Email: steven.fender@fender-law.com

**SERVICE LIST**

**ELECTRONIC ECF NOTICE**
**The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's notice of Electronic Filing:**

**Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Shrayber Land, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Paul A Avron, Esq. on behalf of Interested Party Andrew Todd McNeill
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Paul A Avron, Esq. on behalf of Interested Party Christopher Todd Bludworth
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Zachary J Bancroft on behalf of Creditor BAL INVESTMENTS, LLC
zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor John Wittig
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Stephen C Breuer on behalf of Creditor David Amsel
stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com

Alan R Crane on behalf of Trustee Nicole Testa Mehdipour
acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com

Mitchell A Dinkin, Esq. on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

Travis A Harvey on behalf of Creditor BAL INVESTMENTS, LLC
tharvey@bakerdonelson.com

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com,
cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Steven Graves
dana@kelleylawoffice.com,
cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Mark A Levy, Esq on behalf of Creditor Chad Zakin
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

James Randolph Liebler on behalf of Creditor Westlake Flooring Company, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

James Randolph Liebler on behalf of Creditor Westlake Services, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

Nathan G Mancuso on behalf of Creditor Excell Auto Sport and Service, Inc.
ngm@mancuso-law.com

David B Marks on behalf of Creditor Millco Atwater, LLC
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor John Wittig
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,
cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor MMS Ultimate Services, Inc.
bkcmiami@gmail.com

James B Miller on behalf of Creditor Moshe Farache
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Johnie Floyd Weems, III
jpage@slp.law,
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

Eric S Pendergraft on behalf of Creditor Johnie Floyd Weems, III
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Applegate
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Stefano Riga
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Tarek Aboualazzm
office@rorlawfirm.com, 1678370420@filings.docketbird.com

David A Ray on behalf of Trustee Nicole Testa Mehdipour
dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com, msmith@nasonyeager.com

Jason S Rigoli, Esq. on behalf of Trustee Nicole Testa Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

Harry J Ross, Esq on behalf of Interested Party Alexey Alekseyevich Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

Harry J Ross, Esq on behalf of Interested Party Svetlana Petrovna Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

John D. Segaul on behalf of Creditor Tim Olesijuk
john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R. Softness on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
david@softnesslaw.com

Peter D Spindel on behalf of Creditor Tulocay Farm, Inc.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Mark E Steiner on behalf of Creditor Westlake Flooring Company, LLC
MES@lgplaw.com, pm@lgplaw.com

Mark E Steiner on behalf of Creditor Westlake Services, LLC
MES@lgplaw.com, pm@lgplaw.com

Aaron A Wernick on behalf of Interested Party Kristen Zankl
awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com

Aaron A Wernick on behalf of Interested Party Scott Zankl
awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com

Paul E Wilson on behalf of Creditor Daimler Trust
pwilson@paulwilsonesq.com

Paul E Wilson on behalf of Creditor Mercedes Benz Financial Services USA, LLC.
pwilson@paulwilsonesq.com

Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Thomas G Zeichman on behalf of Creditor Prestige Luxury Cars, LLC
tzeichman@bmulaw.com, G67999@notify.cincompass.com

**MANUAL SERVICE LIST**
**Notice will be sent via US Mail, postage prepaid, to all parties on the Attached Mailing List:**

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)(E)-DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      1001 CLINT MOORE   LLC                ALLY BANK LEASE TRUST  ASSIGNOR TO
NCRS ADDRESS DOWNLOAD                 6560 W ROGERS CIRCLE                  VEHICLE
CASE 22-12790-EPK                     SUITE B27                             4515 N SANTA FE AVE DEPT APS
SOUTHERN DISTRICT OF FLORIDA          BOCA RATON   FL 33487-2746            OKLAHOMA CITY   OK 73118-7901
FRI JUN 3 14-51-8 PST 2022


AUTO WHOLESALE OF BOCA   LLC          BAL INVESTMENTS   LLC                 BENIDT INVESTMENTSSLINGER   LLC
6560 W ROGERS CIRCLE                  CO ZACHARY J BANCROFT   ESQ           CO ERIC J SILVER   ESQ
SUITE B27                             BAKER DONELSON   ET AL                150 WEST FLAGLER STREET
BOCA RATON   FL 33487-2746            200 S ORANGE AVE   STE 2900           SUITE 2200
                                      ORLANDO   FL 32801-3448               MIAMI   FL 33130-1545


CHAPFORD CREDIT OPPORTUNITIES FUND LP CHAPFORD SPECIALTY FINANCE LLC        DCG 2008 IRREVOCABLE WEALTH TRUST
CO JAMES C MOON   ESQ                 CO JAMES C MOON   ESQ                 CO IVAN J REICH
MELAND BUDWICK   PA                   MELAND BUDWICK   PA                   750 PARK OF COMMERCE BLVD   SUITE 210
200 SOUTH BISCAYNE BLVD   STE 3200    200 SOUTH BISCAYNE BLVD   STE 3200    BOCA RATON   FL 33487-3611
MIAMI   FL 33131-5323                 MIAMI   FL 33131-5323


                                      DEBTOR
DAIMLER TRUST                         EXCELL AUTO GROUP   INC               EXCELL AUTO SPORT AND SERVICE   INC
CO PAUL WILSON                        1001 CLINT MOORE ROAD                 CO NATHAN G MANCUSO
1776 N PINE ISLAND RD   SUITE 308     SUITE 101                             7777 GLADES RD   SUITE 100
PLANTATION   FL 33322-5235            BOCA RATON   FL 33487-2830            BOCA RATON   FL 33434-4150


FVP INVESTMENTS   LLC   A DELAWARE    FVP OPPORTUNITY FUND III   LP         FVP SERVICING   LLC A DELAWARE LIMITED
LIMITED LIA                           CO DAVID R SOFTNESS   ESQ             LIABIL
CO DAVID R SOFTNESS   ESQ             201 SOUTH BISCAYNE BOULEVARD 2740     CO DAVID R SOFTNESS   ESQ
201 SOUTH BISCAYNE BOULEVARD 2740     MIAMI   FL 33131-4332                 201 SOUTH BISCAYNE BOULEVARD 2740
MIAMI   FL 33131-4332                                                       MIAMI   FL 33131-4332


FRANKLIN CAPITAL FUNDING   LLC        GRAVES DIRECTIONAL DRILLING INC AKA   INTEGRATED VEHICLE LEASING   INC
CO SHRAIBERG PAGE   PA                GRAVE                                 CO FENDER   BOLLING AND PAIVA   PA
2385 NW EXECUTIVE CENTER DR   300     CO KELLEY   FULTON   KAPLAN   ELLER PL STEVEN FENDER   ESQ
BOCA RATON   FL 33431-8530            1665 PALM BEACH LAKES BLVD STE 1000   PO BOX 1545
                                      WEST PALM BEACH   FL 33401-2109       FT LAUDERDALE   FL 33302 UNITED STATES
                                                                            33302-1545


KARMA OF BROWARD   INC                MMS ULTIMATE SERVICES   INC           MERCEDES BENZ FINANCIAL SERVICES USA
CO WEISS HANDLER   CORNWELL   PA      7241 CATALINA ISLE DRIVE              LLC
2255 GLADES ROAD                      LAKE WORTH   FL 33467-7746            14372 HERITAGE PARKWAY
SUITE 205E                                                                  FORT WORTH   TX 76177-3300
BOCA RATON   FL 33431-7391


MILCO ATWATER   LLC                   MILLCO ATWATER   LLC                  PALM BEACH COUNTY TAX COLLECTOR
CO EYAL BERGER                        201 E LAS OLAS BLVD 1800              CO HAMPTON PETERSON ESQ
201 LAS OLAS BLVD 1800                FORT LAUDERDALE   FL 33301-4442       POB 3715
FORT LAUDERDALE   FL 33301-4442                                             WEST PALM BEACH   FL 33402-3715


PRESTIGE LUXURY CARS   LLC            SAVANNAH ROW DEVELOPMENT COMPANY  LLC SHRAYBER LAND   INC
CO THOMAS G ZEICHMAN                  CO MA DINKIN LAW FIRM   PLLC          CO JOAQUIN J ALEMANY   ESQ
2385 EXECUTIVE CENTER DRIVE   SUITE 250 3319 SR 7   SUITE 303               HOLLAND   KNIGHT LLP
BOCA RATON   FL 33431-8511            WELLINGTON   FL 33449-8147            701 BRICKELL AVE   SUITE 3300
                                                                            MIAMI   FL 33131-2898
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


TULOCAY FARM  INC                   WESTLAKE FLOORING COMPANY  LLC    WESTLAKE SERVICES  LLC
CO PETER SPINDEL  ESQ  PA           CO LIEBLER GONZALEZ  PORTUONDO    CO LIEBLER GONZALEZ  PORTUONDO
POB 835063                          44 WEST FLAGLER STREET            44 WEST FLAGLER STREET
MIAMI  FL 33283-5063                25TH FLOOR                        25TH FLOOR
                                    MIAMI  FL 33130-1808              MIAMI  FL   33130-1808




                                    EXCLUDE
WOODSIDE CREDIT  LLC                (U)WEST PALM BEACH                22 CAPITAL
CO ZACH B SHELOMITH  ESQ                                              1900 GLADES ROAD
2699 STIRLING RD  C401                                                SUITE 540
FORT LAUDERDALE  FL 33312-6598                                        BOCA RATON  FL 33431-7378




AA PUBLISHING CORP DBA THE BOCA RATON   AJA REALTY                    AMEX TRS CO  INC
OBS                                     16850 CHARLES RIVER DRIVE     CO BECKET AND LEE LLP
7700 CONGRESS AVENUE STE 3115           DELRAY BEACH  FL 33446-0010   PO BOX 3001
BOCA RATON  FL 33487-1357                                             MALVERN  PA 19355-0701




ALPINE BUSINESS CAPITAL             AUTO WHOLESALE BOCA               BAL INVESTMENTS
99 WALL STREET                      6560 WEST ROGERS CIRCLE           1114 ASHTON TRACE
NEW YORK  NY 10005-4301             SUITE B27                         ATLANTA  GA 30319-2681
                                    BOCA RATON  FL 33487-2746




DCG 2008 IRREVOCABLE WEALTH TRUST   DCG TRUST                         ED BROWN
CO KENNETH J GOODMAN  AS TRUSTEE    CO KENNY GOODMAN                  152 BEARS CLUB DRIVE
1001 EAST TELECOM DRIVE             1928 THATCH PALM DRIVE            JUPITER  FL 33477-4203
BOCA RATON  FL 33431-4422           BOCA RATON  FL 33432-7457




FEDEX CORPORATE SERVICES INC        FREDERICK HALL                    GEOFFREY THOMAS KEABLE
3965 AIRWAYS BLVD  MODULE G  3RD FLOOR  200 N PALM AVE                LAWRENCE A CAPLAN  PA
MEMPHIS  TN 38116-5017              INDIALANTIC  FL 32903-5051        1375 GATEWAY BLVD
                                                                      BOYNTON BEACH  FL 33426-8304




GET BACKED                          MXT SOLUTIONS  LLC                MIKE HALPERIN
2101 INTERSTATE 35                  2101 INTERSTATE 35  4TH FLOOR     5820 HARRINGTON WAY
4TH FLOOR                           AUSTIN  TX 78741-3800             BOCA RATON  FL 33496-2511
AUSTIN  TX 78741-3800




EXCLUDE
OFFICE OF THE US TRUSTEE            PARKVIEW                          PHIL GORI
51 SW 1ST AVE                       400 MAIN STREET                   195 W ALEXANDER PALM ROAD
SUITE 1204                          STAMFORD  CT 06901-3000           BOCA RATON  FL 33432-8602
MIAMI  FL 33130-1614




PRESTIGE LUXURY CARS  LLC           PRESTIGE LUXURY MOTORS            SAVANNAH ROW
70 SE 4TH AVE                       4301 OAK CIRCLE                   30 SE 15TH AVENUE
DELRAY BEACH  FL 33483-4514         SUITE 25                          BOCA RATON  FL 33432
                                    BOCA RATON  FL 33431
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (E)-DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
SHRAYBER LAND                          SPIN CAPITAL                           TBF
15700 DALLAS PARKWAY   SUITE 11        1968 S COAST HIGHWAY                   333 RIVER STREET
DALLAS   TX 75248-3306                 SUITE 5021                             HOBOKEN   NJ 07030-5856
                                       LAGUNA BEACH   CA 92651-3681



TVT                                    WING LAKE CAPITAL PARTNERS             ALEXEY ALEKSEYEVICH GORODOVA
1407 BROADWAY                          32300 NORTHWESTERN HIGHWAY             1100 S MIAMI AVENUE
NEW YORK   NY 10018-5100               SUITE 200                              APT 1210
                                       FARMINGTON HILLS  MI 48334-1501        MIAMI   FL 33130-4164



ANDREW GREENBERG                       ANDREW TODD MCNEILL                    CHAD ZAKIN
CO JORDAN L RAPPAPORT                  CO PAID A AVRON                        CO MARK A LEVY
1300 N FEDERAL HWY 203                 201 E LAS OLAS BOULEVARD   SUITE 1500  100 SE THIRD AVENUE  23RD FLOOR
BOCA RATON   FL 33432-2848             FORT LAUDERDALE   FL 33301-4439        FORT LAUDERDALE   FL 33394-0002



CHRISTOPHER TODD BLUDWORTH             DAVID AMSEL                            EDWARD BROWN
CO PAID A AVRON                        CO BREUER LAW  PLLC                    CO EYAL BERGER
201 E LAS OLAS BOULEVARD   SUITE 1500  6501 CONGRESS AVENUE                   201 LAS OLAS BLVD 1800
FORT LAUDERDALE   FL 33301-4439        SUITE 240                              FORT LAUDERDALE   FL 33301-4442
                                       SUITE 240
                                       BOCA RATON   FL 33487-2840
                                                                              EXCLUDE
HARRY WINDERMAN                        JOHN WITTIG                            (U)JOHNIE FLOYD WEEMS   III
HARRY WINDERMAN   ESQ                  CO EYAL BERGER
2255 GLADES ROAD                       201 LAS OLAS BLVD 1800
SUITE 205E                             FORT LAUDERDALE   FL 33301-4442
BOCA RATON   FL 33431-7391



KRISTEN ZANKL                          MOSHE FARACHE                          (P)NICOLE TEST MEHDIPOUR
16937 PIERRE CIRCLE                    CO JAMES B MILLER  PA                  6278 NORTH FEDERAL HIGHWAY SUITE 408
DELRAY BEACH   FL 33446-3693           19 WEST FLAGLER ST                     FORT LAUDERDALE FL 33308-1916
                                       SUITE 416
                                       MIAMI   FL 33130-4419



PHILIP T GORI                          RICHARD APPLEGATE                      RICHARD GREENBERG
CO EYAL BERGER                         CO JORDAN L RAPPAPORT                  CO JORDAN L RAPPAPORT
201 LAS OLAS BLVD 1800                 SUITE 203  SQUIRES BUILDING            1300 N FEDERAL HWY 203
FORT LAUDERDALE   FL 33301-4442        1300 NORTH FEDERAL HIGHWAY             BOCA RATON   FL 33432-2848
                                       BOCA RATON   FL 33432-2801



SCOTT ZANKL                            STEFANO RIGA                           STEVEN GRAVES
16937 PIERRE CIRCLE                    CO JORDAN L RAPPAPORT   ESQ            CO KELLEY  FULTON  KAPLAN  ELLER PL
DELRAY BEACH   FL 33446-3693           1300 N FEDERAL HWY  STE 203            1665 PALM BEACH LAKES BLVD  STE 1000
                                       BOCA RATON   FL 33432-2848             WEST PALM BEACH   FL 33401-2109



SVETLANA PETROVNA GORODOVA             TAREK ABOUALAZZM                       TIM OLESIJUK
1100 S MIAMI AVENUE                    CO JORDAN L RAPPAPORT   ESQ            CO JOHN D SEGAUL
APT 1210                               1300 N FEDERAL HWY  STE 203            300 S PINE ISLAND ROAD  SUITE 304
MIAMI   FL 33130-4164                  BOCA RATON   FL 33432-2848             PLANTATION   FL 33324-2621
```

ADDRESSES WHERE AN EMAIL REPRESENT WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

| | | |
|---|---|---|
| (Interested Party)PRO SE<br>Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446<br>represented by:<br>Aaron A Wernick<br>Wernick Law, PLLC<br>2255 Glades Rd # 324A<br>Boca Raton, FL 33431<br><br>awernick@wernicklaw.com | (Interested Party)<br>Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446<br>represented by:<br>Aaron A Wernick<br>Wernick Law, PLLC<br>2255 Glades Rd # 324A<br>Boca Raton, FL 33431<br><br>awernick@wernicklaw.com | (Creditor)<br>Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394<br>represented by:<br>Mark A Levy, Esq<br>Brinkley Morgan<br>100 SE Third Avenue, 23rd Floor<br>Ft. Lauderdale, FL 33394<br><br>mark.levy@brinkleymorgan.com |
| Christian Somodevilla<br>LSS Law<br>2 S. Biscayne Boulevard<br>Suite 2300<br>Miami, FL 33131<br><br>cs@lss.law | (Creditor)<br>Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312<br>represented by:<br>Zach B Shelomith<br>2699 Stirling Rd # C401<br>Ft Lauderdale, FL 33312<br><br>zbs@lss.law | David B Marks<br>201 E Las Olas Blvd # 1800<br>Ft Lauderdale, FL 33301<br><br>brett.marks@akerman.com |
| (Creditor)<br>John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301<br>represented by:<br>Eyal Berger, Esq.<br>Akerman LLP<br>201 E Las Olas Blvd #1800<br>Ft Lauderdale, FL 33301<br><br>eyal.berger@akerman.com | Mark E Steiner<br>Liebler, Gonzalez & Portuondo, P.A.<br>44 W Flagler St 25 Fl<br>Miami, FL 33130<br><br>MES@lgplaw.com | (Creditor)<br>Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL<br>represented by:<br>James Randolph Liebler<br>44 W Flagler St 25 Fl<br>Miami, FL 33130<br><br>jrlii@lgplaw.com |
| Mark E Steiner<br>Liebler, Gonzalez & Portuondo, P.A.<br>44 W Flagler St 25 Fl<br>Miami, FL 33130<br><br>MES@lgplaw.com | (Creditor)<br>Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130<br>represented by:<br>James Randolph Liebler<br>44 W Flagler St 25 Fl<br>Miami, FL 33130<br><br>jrlii@lgplaw.com | Eric S Pendergraft<br>Shraiberg Page P.A.<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431<br><br>ependergraft@slp.law |

ADDRESSES WHERE AN EMAIL ADDRESS WAS SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
Johnie Floyd Weems, III
represented by:
John E Page
Shraiberg Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431

jpage@slp.law

(Creditor)
Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063
represented by:
Peter D Spindel
POB 835063
Miami, FL 33283-5063

peterspindel@gmail.com

(Creditor)
Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131
represented by:
Joaquin J Alemany
701 Brickell Ave Suite 3000
Miami, FL 33131

joaquin.alemany@hklaw.com

(Creditor)
Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449
represented by:
Mitchell A Dinkin, Esq.
M.A. Dinkin Law Firm, P.L.L.C.
3319 S.R. 7, Suite 303
Wellington, FL 33449

mdinkin@madlegal.net

(Interested Party)
Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432
represented by:
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

office@rorlawfirm.com

(Creditor)
Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431
Tax ID / EIN: 85-0953771
represented by:
Thomas G Zeichman
2385 Executive Center Drive
Suite 250
Boca Raton, FL 33431

tzeichman@bmulaw.com

(Creditor)
Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402
represented by:
Hampton Peterson, Esq
PO Box 3715
West Palm Beach, FL 33402

legalservices@PBCTax.com

(Creditor)
Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324
represented by:
John D. Segaul
300 S. Pine Island Rd #304
Plantation, FL 33324

john@segaul.com

(U.S. Trustee)
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

USTPRegion21.MM.ECF@usdoj.gov

(Creditor)
Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-2999
represented by:
David B Marks
201 E Las Olas Blvd # 1800
Ft Lauderdale, FL 33301

brett.marks@akerman.com

(Creditor)
Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301
represented by:
Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301

eyal.berger@akerman.com

(Creditor)
Mercedes Benz Financial Services USA, LLC.
14372 Heritage Parkway
Fort Worth, TX 76177
represented by:
Paul E Wilson
1776 N. Pine Island Rd.
Suite 308
Plantation, FL 33322

pwilson@paulwilsonesq.com

ADDRESSES WHERE AN EMAIL ADDRESS IS PRESENT WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| | | |
|---|---|---|
| Jason S Rigoli, Esq.<br>Furr Cohen<br>2255 Glades Road<br>Suite 419a<br>Boca Raton, FL 33431<br><br>jrigoli@furrcohen.com | David A Ray<br>6278 North Federal Highway, Suite 408<br>Fort Lauderdale, FL 33308<br><br>dray@draypa.com | Nicole Testa Mehdipour<br>United States Bankruptcy Trustee<br>6278 North Federal Highway Suite 408<br>Ft Lauderdale, FL 33308<br><br>Trustee@ntmlawfirm.com |

ADDRESSES WHERE AN EMAIL ADDRESS WAS SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

Nicole Testa Mehdipour
Law Office of Nicole Testa Mehdipour, PA
6278 North Federal Highway
Suite 408
Ft Lauderdale, FL 33308

nicolem@ntmlawfirm.com

(Trustee)
Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308
represented by:
Alan R Crane
2255 Glades Rd 419A
Boca Raton, FL 33431

acrane@furrcohen.com

(Interested Party)
Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
represented by:
Paul A Avron, Esq.
Berger Singerman LLP
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301

pavron@bergersingerman.com

(Creditor)
MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com

(Interested Party)
Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205E
Boca Raton, FL 33431
Tax ID / EIN: 85-0531887
represented by:
Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431

harry4334@hotmail.com

(Creditor)
Integrated Vehicle Leasing, Inc.
c/o Fender, Bolling and Paiva, P.A.
Steven Fender, Esq.
P.O. Box 1545
Ft. Lauderdale, FL 33302United States
represented by:
G Steven Fender
Fender, Bolling and Paiva, P.A.
Post Office Box 1545
Ft. Lauderdale, FL 33302

steven.fender@fender-law.com

(Creditor)
Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432
represented by:
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

office@rorlawfirm.com

(Creditor)
Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432
represented by:
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

office@rorlawfirm.com

(Creditor)
Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401
represented by:
Dana L Kaplan
1665 Palm Beach Lakes Blvd #1000
W Palm Beach, FL 33401

dana@kelleylawoffice.com

(Creditor)
Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401
represented by:
Dana L Kaplan
1665 Palm Beach Lakes Blvd #1000
W Palm Beach, FL 33401

dana@kelleylawoffice.com

(Interested Party)
Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130
represented by:
Harry J Ross, Esq
6100 Glades Rd #211
Boca Raton, FL 33434

hross@hjrlaw.com

(Interested Party)
Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130
represented by:
Harry J Ross, Esq
6100 Glades Rd #211
Boca Raton, FL 33434

hross@hjrlaw.com

ADDRESSES WHERE AN EMAIL WAS NOT PRESENT WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

David B Marks
201 E Las Olas Blvd # 1800
Ft Lauderdale, FL 33301

brett.marks@akerman.com

(Creditor)
Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301
represented by:
Eyal Berger, Esq.
Akerman LLP
201 E Las Olas Blvd #1800
Ft Lauderdale, FL 33301

eyal.berger@akerman.com

(Creditor)
Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431
represented by:
Bradley S Shraiberg
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431

bss@slp.law

(Creditor)
Moshe Farache
c/o James B. Miller, P.A.
19 West Flagler St.
Suite 416
Miami, FL 33130
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com

(Creditor)
FVP Servicing, LLC a Delaware limited
liability company
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131
represented by:
David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

david@softnesslaw.com

(Creditor)
FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131
represented by:
David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

david@softnesslaw.com

(Creditor)
FVP Investments, LLC, a Delaware
limited liability company
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
MIami, FL 33131
represented by:
David R. Softness
201 South Biscayne Blvd
Suite 2740
Miami, FL 33131

david@softnesslaw.com

(Creditor)
Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434
represented by:
Nathan G Mancuso
7777 Glades Rd # 100
Boca Raton, FL 33434

ngm@mancuso-law.com

(Debtor)
EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487
Tax ID / EIN: 80-0344450
represented by:
Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431

harry4334@hotmail.com

(Creditor)
Daimler Trust
c/o Paul Wilson
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322
represented by:
Paul E Wilson
1776 N. Pine Island Rd.
Suite 308
Plantation, FL 33322

pwilson@paulwilsonesq.com

(Creditor)
DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487
represented by:
Ivan J Reich, Esq
NASON YEAGER
750 Park of Commerce Blvd., Ste. 210
Boca Raton, FL 33487

ireich@nasonyeager.com

(Creditor)
Chapford Specialty Finance LLC
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131
represented by:
James C. Moon, Esq
200 S. Biscayne Blvd # 3200
Miami, FL 33131

jmoon@melandbudwick.com

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

| (Creditor) | David B Marks | (Creditor) |
|---|---|---|
| Chapford Credit Opportunities Fund LP | 201 E Las Olas Blvd # 1800 | Edward Brown |
| c/o James C. Moon, Esq. | Ft Lauderdale, FL 33301 | c/o Eyal Berger |
| Meland Budwick, P.A. | | 201 Las Olas Blvd #1800 |
| 200 South Biscayne Blvd., Ste 3200 | brett.marks@akerman.com | Fort Lauderdale, FL 33301 |
| Miami, FL 33131 | | represented by: |
| represented by: | | Eyal Berger, Esq. |
| James C. Moon, Esq | | Akerman LLP |
| 200 S. Biscayne Blvd # 3200 | | 201 E Las Olas Blvd #1800 |
| Miami, FL 33131 | | Ft Lauderdale, FL 33301 |
| jmoon@melandbudwick.com | | eyal.berger@akerman.com |

ADDRESSES WHERE AN EMAIL ADDRESS IS PRESENT WERE SERVED VIA CM/ECF E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Interested Party)
Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
represented by:
Paul A Avron, Esq.
Berger Singerman LLP
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301

pavron@bergersingerman.com

(Creditor)
BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130
represented by:
Eric J Silver
150 W Flagler St # 2200
Miami, FL 33130

esilver@stearnsweaver.com

Travis A Harvey
Baker Donelson
1 Financial Plaza
One S.E. Third Ave.
Ste 1620
Fort Lauderdale, FL 33394

tharvey@bakerdonelson.com

(Creditor)
BAL INVESTMENTS, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801
represented by:
Zachary J Bancroft
P.O. Box 1549
Orlando, FL 32802-1549

zbancroft@bakerdonelson.com

(Creditor)
Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com

(Creditor)
Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432
represented by:
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

office@rorlawfirm.com

(Creditor)
David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487
(fax)
represented by:
Stephen C Breuer
Breuer Law, PLLC
6501 Congress Ave.
Suite 240
Boca Raton, FL 33487
(fax)

stephen@breuer.law

(Creditor)
Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."),
c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(Interested Party)
Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432
represented by:
Jordan L Rappaport, Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432

office@rorlawfirm.com

(Creditor)
1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487
represented by:
James B Miller
19 W Flagler St #416
Miami, FL 33130

bkcmiami@gmail.com