

**ORDERED in the Southern District of Florida on June 9, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                          CASE NO.: 22-12790-EPK

EXCELL AUTO GROUP, INC.,                    Chapter 7

    Debtor.
_____/

### ORDER GRANTING CHRISTOPHER TODD BLUDWORTH AND ANDREW TODD McNEILL'S MOTION TO COMPEL TRUSTEE TO TURN OVER NON-ESTATE PROPERTY, 2021 MOKE VEHICLE

**THIS MATTER** having come before the Court on the 8th day of June, 2022, at 10:30 a.m., in West Palm Beach, Florida, upon *Christopher Todd Bludworth and Andrew Todd McNeill's Motion to Compel Trustee to Turn Over Non-Estate Property, 2021 Moke Vehicle* (the "Motion") [ECF No. 121]. The Court, having considered the Motion and the *Affidavit of Christopher Todd Bludworth in Support of Christopher Todd Bludworth and Andrew Todd McNeill's Motion to Compel Trustee to Turn Over Non-Estate Property, 2021 Moke* attached

11432078-1

thereto as Exhibit "1", having heard the argument of counsel, having determined that the Moke[1] is not property of the Debtor's estate, and being otherwise fully advised does

**ORDER** as follows:

1. The Motion is **GRANTED**.

2. Within two (2) business days of entry of this Order on the Court's docket, the Trustee shall make the Moke available for retrieval by the Owners/Parties-in-Interest.

3. The Court retains the power to interpret and enforce this Order.

# # #

Submitted by:
Paul A. Avron, Esq.
BERGER SINGERMAN LLP
201 East Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872
pavron@bergersingerman.com

Copies to:
Paul A. Avron, Esq.
*(Attorney Avron is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed in the Motion.