

**ORDERED in the Southern District of Florida on June 9, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In Re:

EXCELL AUTO GROUP, INC.,

Debtor.
_____/

CASE NO. 22-12790-EPK
Chapter 7

### AGREED ORDER GRANTING WESTLAKE FLOORING COMPANY, LLC'S EXPEDITED MOTION TO COMPEL TURNOVER OF VEHICLES [ECF 92]

THIS MATTER came before the Court on June 1, 2022 at 9:30 a.m. in West Palm Beach, Florida and again at a continued hearing on June 8, 2022 upon *Interested Party and Creditor Westlake Flooring Company LLC's Expedited Motion to Compel Turnover of Vehicles [ECF 92]*. The Court, having reviewed the record, having heard the presentation of counsel, and noting Westlake Flooring Company, LLC and Karma of Broward's agreement to the relief provided herein,

**It is ORDERED that:**

1. *Interested Party and Creditor Westlake Flooring Company LLC's Expedited Motion to Compel Turnover of Vehicles [ECF 92]* is **GRANTED**.

2. The Trustee is authorized and directed to turn over the Vehicles identified below to Westlake Flooring Company LLC forthwith and at a mutually agreeable time and place between them.

| VIN | Year | Make/Model |
| --- | --- | --- |
| 50G6E4SSXMA000060 | 2021 | Karma GS-6 |
| 50GK43SBXLA000070 | 2020 | Karma Revero GT |
| 50GK43SB6LA000129 | 2020 | Karma Revero GT |

###

**Submitted by:**

James R. Liebler, II, Esquire
Liebler, Gonzalez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130
Tel: (305) 379-0400
Email: service@lgplaw.com
*Counsel for Westlake Services, LLC*

Attorney James R. Liebler, II is directed to serve a copy of this Order on all parties listed below and file a Certificate of Service with the Court.