# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

In Re:

EXCELL AUTO GROUP, INC.,

Debtor.

_____/

CASE NO. 22-12790-EPK

Chapter 7

## CERTIFICATE OF SERVICE – ECF 153

**I HEREBY CERTIFY** that a true and correct copy of the Agreed Order Granting Westlake Flooring Company, LLC's Expedited Motion to Compel Turnover of Vehicles [ECF 153] entered on June 9th, 2022, was furnished, on that date, via CM/ECF electronic transmission and via U.S. Mail the 9th day of June, 2022, to all parties in attached Service List.

Respectfully submitted,

*/s/ James R. Liebler, II*
MARK E. STEINER
Florida Bar No. 28513
JAMES R. LIEBLER, II
Florida Bar No. 115348
Liebler, Gonzalez & Portuondo
44 West Flagler Street, 25th Floor
Miami, FL 33130
Tel: (305) 379-0400
Email: service@lgplaw.com
*Counsel for Westlake Flooring Company, LLC*

CASE NO.: 22-12790-EPK

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of June, 2022, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

                                */s/ James R. Liebler, II*
                                JAMES R. LIEBLER, II

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130    (305) 379-0400

CASE NO.: 22-12790-EPK

# SERVICE LIST

**ORDER [ECF 153] SERVED VIA CM/ECF NOTICE SERVIED VIA CM/ECF NOTICE ON JUNE 9. 2022 TO:**

Joaquin J Alemany on behalf of Creditor Shrayber Land, Inc.
joaquin.alemany@hklaw.com, jose.casal@hklaw.com

Paul A Avron, Esq. on behalf of Interested Party Andrew Todd McNeill
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Paul A Avron, Esq. on behalf of Interested Party Christopher Todd Bludworth
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Zachary J Bancroft on behalf of Creditor BAL INVESTMENTS, LLC
zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor John Wittig
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Stephen C Breuer on behalf of Creditor David Amsel
stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com

Alan R Crane on behalf of Trustee Nicole Testa Mehdipour
acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com

Mitchell A Dinkin, Esq. on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

G Steven Fender on behalf of Creditor Integrated Vehicle Leasing, Inc.
steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Travis A Harvey on behalf of Creditor BAL INVESTMENTS, LLC
tharvey@bakerdonelson.com

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com,

CASE NO.: 22-12790-EPK

cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Steven Graves
dana@kelleylawoffice.com,
cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Mark A Levy, Esq on behalf of Creditor Chad Zakin
mark.levy@brinkleymorgan.com,
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Nathan G Mancuso on behalf of Creditor Excell Auto Sport and Service, Inc.
ngm@mancuso-law.com

David B Marks on behalf of Creditor Millco Atwater, LLC
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor John Wittig
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,
cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,
TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

CASE NO.: 22-12790-EPK

James B Miller on behalf of Creditor MMS Ultimate Services, Inc.
bkcmiami@gmail.com

James B Miller on behalf of Creditor Moshe Farache
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC
jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law,
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

John E Page on behalf of Creditor Johnie Floyd Weems, III
jpage@slp.law,
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Creditor Johnie Floyd Weems, III
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Applegate
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Stefano Riga
office@rorlawfirm.com, 1678370420@filings.docketbird.com

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130    (305) 379-0400

CASE NO.: 22-12790-EPK

Jordan L Rappaport, Esq on behalf of Interested Party Tarek Aboualazzm
office@rorlawfirm.com, 1678370420@filings.docketbird.com

David A Ray on behalf of Trustee Nicole Testa Mehdipour
dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com, msmith@nasonyeager.com

Jason S Rigoli, Esq. on behalf of Trustee Nicole Testa Mehdipour
jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

Harry J Ross, Esq on behalf of Interested Party Alexey Alekseyevich Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

Harry J Ross, Esq on behalf of Interested Party Svetlana Petrovna Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

John D. Segaul on behalf of Creditor Tim Olesijuk
john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R. Softness on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
cs@lss.law, info@lss.law;cs@ecf.courtdrive.com

Peter D Spindel on behalf of Creditor Tulocay Farm, Inc.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

CASE NO.: 22-12790-EPK

Aaron A Wernick on behalf of Interested Party Kristen Zankl
awernick@wernicklaw.com,
awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com

Paul E Wilson on behalf of Creditor Daimler Trust
pwilson@paulwilsonesq.com

Paul E Wilson on behalf of Creditor Mercedes Benz Financial Services USA, LLC.
pwilson@paulwilsonesq.com

Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Scott Zankl
harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Thomas G Zeichman on behalf of Creditor Prestige Luxury Cars, LLC
tzeichman@bmulaw.com, G67999@notify.cincompass.com

**ORDERS [ECF 153] SERVED BY UNITED STATES POSTAL MAIL. FIRST CLASS. POSTAGE PREPAID ON June 9, 2022 TO:**

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130    (305) 379-0400