# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
## www.flsb.uscourts.gov

**In re:**

**EXCELL AUTO GROUP, INC.**

    **Debtor.**

_____/

**Case No.: 22-12790-EPK**

**Chapter 7**

## NOTICE OF WITHDRAWAL OF APPEARANCE

    G. Steven Fender, Esq. and Fender, Bolling and Paiva, P.A., pursuant to Local Rule 2091-1(A), hereby withdraw their appearance for Creditor Integrated Vehicle Leasing, Inc., and request to be removed from the CM/ECF notification list, as the creditor is no longer a party to any contested matters in this case.

**Dated: June 9, 2022**

    **FENDER, BOLLING AND PAIVA, P.A.**

    */s/ G. Steven Fender*
    G. Steven Fender, Esq.
    Fla. Bar No. 060992
    P.O. Box 1545
    Ft. Lauderdale, FL 33302
    Telephone: (407) 810-2458
    Email: steven.fender@fender-law.com

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing notice was served via CM/ECF transmission on all parties currently on the list to receive e-mail notice/service for this case, on this 9th day of June, 2022.

    By: */s/ G. Steven Fender*
        G. Steven Fender

2

**Via CM/ECF**