

ORDERED in the Southern District of Florida on June 10, 2022.

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | Case No.: 22-12790-EPK |
| | Chapter 7 |
| EXCELL AUTO GROUP, INC., | |
| Debtor | |
| _____/ | |

**Agreed Order Granting In Part Expedited Motion to Compel**
**Turnover Of Abandoned Vehicles Held By Trustee (ECF 100)**

THIS MATTER came before the Court on June 1, 2022, and June 8, 2022 in West Palm Beach, upon the Expedited Motion To Authorize Turnover Of Abandoned Vehicles Held By Trustee ("Motion") (ECF 100) filed by Karma of Broward, Inc. ("Movant"), the Court noting that the sole remaining objection ("Objection") to the Motion at the June 8, 2022 was asserted by Karma Automotive, LLC, the Court further having been informed that an agreement has been reached by Movant and Karma Automotive, LLC resolving the Objection on the terms set forth herein and that the Chapter 7 Trustee has no objection to same, and the Court being otherwise duly advised, it is:

ORDERED AND ADJUDGED:

1. The Expedited Motion To Authorize Turnover Of Abandoned Vehicles Held By Trustee is GRANTED in part as follows;

2. The Trustee shall release the vehicles identified below to Karma Automotive, LLC:

    (a).  2020 Karma Revero, White, VIN No. 50GK43SB7LA000074; and

    (b).  2020 Karma Revero, Blue, VIN No. 50GK43SB4LA000033.

###

Submitted by:

James B. Sowka, Esq. (FL Bar No. 0869821)
Seyfarth Shaw LLP
Attorneys for Karma Automotive, LLC
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:  312-460-5325
Facsimile:  312-460-7325

Attorney Sowka is directed to serve a copy of this Order upon all interested parties and to file a certificate service with the Court.