

**ORDERED in the Southern District of Florida on June 10, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:  

EXCELL AUTO GROUP, INC.  

Debtor(s).  
_____/

Case No.: 22-12790-EPK  
Chapter 7  
WEST PALM BEACH DIVISION

### ORDER GRANTING IN PART EXPEDITED MOTION TO AUTHORIZE TURNOVER OF ABANDONED VEHICLES HELD BY TRUSTEE

THIS MATTER came before the Court on June 8, 2022, at 10:30 a.m. in West Palm Beach, Florida upon the Expedited Motion to Compel Turnover of Abandoned Vehicles Held by Trustee (the "Motion") (DE # 100) filed by Interested Party Karma of Broward ("Movant"). The Court, having reviewed the record, having heard the presentation of counsel, the Court further having been informed that the Chapter 7 Trustee has no objection and otherwise being fully advised, it is:

ORDERED AND ADJUDGED:

1. The Motion is GRANTED in part as set forth herein:

   a. The Trustee is authorized and directed to turn over the AbandonVehicle; to wit, the 2020 Karma Revero (VIN # 50GK43SB2LA000094), to the Movant forthwith.

In re: EXCELL AUTO GROUP, INC.
Case No.: 22-12790-EPK
Page 2

### 

**Submitted by:**
Harry Winderman, Esq.
WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

*Attorney, HARRY WINDERMAN, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*