United States Bankruptcy Court
Southern District of Florida

In re:  
EXCELL Auto Group, Inc.  
    Debtor

Case No. 22-12790-EPK  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 10, 2022 | Form ID: pdf004 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

**Recip ID**    **Recipient Name and Address**
+  James B. Sowka, 233 South Wacker Drive, Suite 8000, Chicago, IL 60606-6448

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

**Name**    **Email Address**

Aaron A Wernick
    on behalf of Interested Party Kristen Zankl awernick@wernicklaw.com
    awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com

Alan R Crane
    on behalf of Trustee Nicole Testa Mehdipour acrane@furrcohen.com
    rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com

Bradley S Shraiberg
    on behalf of Creditor Franklin Capital Funding  LLC bss@slp.law,
    dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Christian Somodevilla
    on behalf of Creditor Woodside Credit  LLC cs@lss.law, info@lss.law;cs@ecf.courtdrive.com

Dana L Kaplan
    on behalf of Creditor Steven Graves dana@kelleylawoffice.com
    cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;sc

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 4 |
| Date Rcvd: Jun 10, 2022 | Form ID: pdf004 | Total Noticed: 1 |

ott@kelleylawoffice.com

Dana L Kaplan

on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. dana@kelleylawoffice.com cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

David A Ray

on behalf of Trustee Nicole Testa Mehdipour dray@draypa.com sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com

David B Marks

on behalf of Creditor Philip T. Gori brett.marks@akerman.com charlene.cerda@akerman.com

David B Marks

on behalf of Creditor John Wittig brett.marks@akerman.com charlene.cerda@akerman.com

David B Marks

on behalf of Creditor Edward Brown brett.marks@akerman.com charlene.cerda@akerman.com

David B Marks

on behalf of Creditor Millco Atwater LLC brett.marks@akerman.com, charlene.cerda@akerman.com

David R. Softness

on behalf of Creditor FVP Servicing LLC a Delaware limited liability company david@softnesslaw.com

David R. Softness

on behalf of Creditor FVP Opportunity Fund III LP david@softnesslaw.com

David R. Softness

on behalf of Creditor FVP Investments LLC, a Delaware limited liability company david@softnesslaw.com

Eric J Silver

on behalf of Creditor BENIDT INVESTMENTS/SLINGER LLC esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric S Pendergraft

on behalf of Creditor Edvard Dessalines ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft

on behalf of Creditor Johnie Floyd Weems III ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eyal Berger, Esq.

on behalf of Creditor Philip T. Gori eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Creditor John Wittig eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Creditor Milco Atwater LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Creditor Edward Brown eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

G Steven Fender

on behalf of Creditor Integrated Vehicle Leasing Inc. steven.fender@fender-law.com, simone@fenderbollingpaiva.com

Hampton Peterson, Esq

on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com

Harry Winderman

on behalf of Interested Party Scott Zankl harry4334@hotmail.com lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman

on behalf of Interested Party Karma of Broward Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman

on behalf of Debtor EXCELL Auto Group Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry J Ross, Esq

on behalf of Interested Party Svetlana Petrovna Gorodova hross@hjrlaw.com jerri@hjrlaw.com

Harry J Ross, Esq

on behalf of Interested Party Alexey Alekseyevich Gorodova hross@hjrlaw.com jerri@hjrlaw.com

Ivan J Reich, Esq

on behalf of Creditor DCG 2008 Irrevocable Wealth Trust ireich@nasonyeager.com msmith@nasonyeager.com

James B Miller

on behalf of Creditor Auto Wholesale of Boca LLC bkcmiami@gmail.com

| | |
|---|---|
| James B Miller | on behalf of Creditor Moshe Farache bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor MMS Ultimate Services  Inc. bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor 1001 Clint Moore  LLC bkcmiami@gmail.com |
| James C. Moon, Esq | on behalf of Creditor Chapford Specialty Finance LLC jmoon@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| James C. Moon, Esq | on behalf of Creditor Chapford Credit Opportunities Fund LP jmoon@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| James Randolph Liebler | on behalf of Creditor Westlake Flooring Company  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| James Randolph Liebler | on behalf of Creditor Westlake Services  LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jason S Rigoli, Esq. | on behalf of Trustee Nicole Testa Mehdipour jrigoli@furrcohen.com  rrivera@furrcohen.com;staff1@furrcohen.com |
| Joaquin J Alemany | on behalf of Creditor Shrayber Land  Inc. joaquin.alemany@hklaw.com, jose.casal@hklaw.com |
| John D. Segaul | on behalf of Creditor Tim Olesijuk john@segaul.com court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net |
| John E Page | on behalf of Creditor Johnie Floyd Weems  III jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com |
| John E Page | on behalf of Creditor Edvard Dessalines jpage@slp.law dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Andrew Greenberg office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Richard Greenberg office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Interested Party Stefano Riga office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Richard Applegate office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Interested Party Tarek Aboualazzm office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Mark A Levy, Esq | on behalf of Creditor Chad Zakin mark.levy@brinkleymorgan.com sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com |
| Mark E Steiner | on behalf of Creditor Westlake Services  LLC MES@lgplaw.com, pm@lgplaw.com |
| Mark E Steiner | on behalf of Creditor Westlake Flooring Company  LLC MES@lgplaw.com, pm@lgplaw.com |
| Mitchell A Dinkin, Esq. | on behalf of Creditor Savannah Row Development Company  LLC mdinkin@madlegal.net, lucyd@madlegal.net |
| Nathan G Mancuso | on behalf of Creditor Excell Auto Sport and Service  Inc. ngm@mancuso-law.com |
| Nicole Testa Mehdipour | on behalf of Trustee Nicole Testa Mehdipour Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com |
| Nicole Testa Mehdipour | Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com |
| Office of the US Trustee | |

District/off: 113C-9  User: admin  Page 4 of 4
Date Rcvd: Jun 10, 2022  Form ID: pdf004  Total Noticed: 1

USTPRegion21.MM.ECF@usdoj.gov

Paul E Wilson
  on behalf of Creditor Mercedes Benz Financial Services USA  LLC. pwilson@paulwilsonesq.com

Paul E Wilson
  on behalf of Creditor Daimler Trust pwilson@paulwilsonesq.com

Paul A Avron, Esq.
  on behalf of Interested Party Christopher Todd Bludworth pavron@bergersingerman.com
  efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Paul A Avron, Esq.
  on behalf of Interested Party Andrew Todd McNeill pavron@bergersingerman.com
  efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Peter D Spindel
  on behalf of Creditor Tulocay Farm  Inc. peterspindel@gmail.com, peterspindelcmecf@gmail.com

Stephen C Breuer
  on behalf of Creditor David Amsel stephen@breuer.law  genna@breuer.law,stephen@ecf.courtdrive.com

Thomas G Zeichman
  on behalf of Creditor Prestige Luxury Cars  LLC tzeichman@bmulaw.com, G67999@notify.cincompass.com

Travis A Harvey
  on behalf of Creditor BAL INVESTMENTS  LLC tharvey@bakerdonelson.com

Zach B Shelomith
  on behalf of Creditor Woodside Credit  LLC zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com

Zachary J Bancroft
  on behalf of Creditor BAL INVESTMENTS  LLC zbancroft@bakerdonelson.com,
  sdenny@bakerdonelson.com,bkcts@bakerdonelson.com

TOTAL: 65



**ORDERED in the Southern District of Florida on June 10, 2022.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:                                                          Case No.: 22-12790-EPK
                                                                Chapter 7
EXCELL AUTO GROUP, INC.,

Debtor
_____/

**Agreed Order Granting In Part Expedited Motion to Compel**
**Turnover Of Abandoned Vehicles Held By Trustee (ECF 100)**

THIS MATTER came before the Court on June 1, 2022, and June 8, 2022 in West Palm Beach, upon the Expedited Motion To Authorize Turnover Of Abandoned Vehicles Held By Trustee ("Motion") (ECF 100) filed by Karma of Broward, Inc. ("Movant"), the Court noting that the sole remaining objection ("Objection") to the Motion at the June 8, 2022 was asserted by Karma Automotive, LLC, the Court further having been informed that an agreement has been reached by Movant and Karma Automotive, LLC resolving the Objection on the terms set forth herein and that the Chapter 7 Trustee has no objection to same, and the Court being otherwise duly advised, it is:

ORDERED AND ADJUDGED:

1. The Expedited Motion To Authorize Turnover Of Abandoned Vehicles Held By Trustee is GRANTED in part as follows;

2. The Trustee shall release the vehicles identified below to Karma Automotive, LLC:

    (a). 2020 Karma Revero, White, VIN No. 50GK43SB7LA000074; and

    (b). 2020 Karma Revero, Blue, VIN No. 50GK43SB4LA000033.

###

Submitted by:

James B. Sowka, Esq. (FL Bar No. 0869821)
Seyfarth Shaw LLP
Attorneys for Karma Automotive, LLC
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone: 312-460-5325
Facsimile: 312-460-7325

Attorney Sowka is directed to serve a copy of this Order upon all interested parties and to file a certificate service with the Court.