UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                    Case No.: 22-12790-EPK
                                                          Chapter 7
EXCELL AUTO GROUP, INC.                                   WEST PALM BEACH DIVISION

Debtor(s).
_____/

**CERTIFICATE OF SERVICE – ECF. 159**

    I HEREBY CERTIFY that a true and correct copy of the Order Granting in Part the Expedited Motion to Compel Turnover of Vehicles [ECF 159] entered on June 10th, 2022, was furnished, on that date, via CM/ECF electronic transmission and via U.S. Mail the 10th day of June, 2022, to all parties on attached Service List.

    WEISS, HANDLER & CORNWELL, PA
*Attorneys for Interested Party*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    filings@whcfla.com
    gg@whcfla.com

**SERVICE LIST**

**Via ECF:**

- **Joaquin J. Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A. Avron** pavron@bergersingerman.com
- **Zachary J. Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C. Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com

- **Alan R. Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Mitchell A. Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **Travis A. Harvey** tharvey@bakerdonelson.com
- **Dana L. Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Mark A. Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G. Mancuso** ngm@mancuso-law.com
- **David B. Marks** brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B. Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E. Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com
- **Eric S. Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L. Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A. Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J. Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S. Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Harry J. Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B. Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S. Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J. Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Christian Somodevilla** cs@lss.law
- **Peter D. Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com

- **Mark E. Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Paul E. Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G. Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

```
Label Matrix for local noticing              1001 Clint Moore, LLC                        Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                        6560 W Rogers Circle                         4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                             Suite B27                                    Oklahoma City, OK 73118-7901
Southern District of Florida                  Boca Raton, FL 33487-2746
West Palm Beach
Mon Jun 13 08:44:21 EDT 2022

Auto Wholesale of Boca, LLC                   BAL INVESTMENTS, LLC                         BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                          c/o Zachary J. Bancroft, Esq.                c/o Eric J. Silver, Esq.
Suite B27                                     Baker Donelson, et al.                       150 West Flagler Street
Boca Raton, FL 33487-2746                     200 S. Orange Ave., Ste. 2900                Suite 2200
                                              Orlando, FL 32801-3448                       Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP         Chapford Specialty Finance LLC               DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                       c/o James C. Moon, Esq.                      c/o Ivan J. Reich
Meland Budwick, P.A.                          Meland Budwick, P.A.                         750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200            200 South Biscayne Blvd., Ste 3200           Boca Raton, FL 33487-3611
Miami, FL 33131-5323                          Miami, FL 33131-5323

Daimler Trust                                 EXCELL Auto Group, Inc.                      Excell Auto Sport and Service, Inc.
c/o Paul Wilson                               1001 Clint Moore Road                        c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308            Suite 101                                    7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                     Boca Raton, FL 33487-2830                    Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia  FVP Opportunity Fund III, LP                 FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.                   c/o David R. Softness, Esq.                  c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740            201 South Biscayne Boulevard #2740           201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                          Miami, FL 33131-4332                         Miami, FL 33131-4332

Franklin Capital Funding, LLC                 Graves Directional Drilling Inc. a/k/a Grave Integrated Vehicle Leasing, Inc.
c/o Shraiberg Page, PA                        c/o Kelley, Fulton, Kaplan & Eller PL        c/o Moritt Hock & Hamroff LLP
2385 NW Executive Center Dr., #300            1665 Palm Beach Lakes Blvd.,Ste. 1000        Attn.: Theresa A. Driscoll, Esq.
Boca Raton, FL 33431-8530                     West Palm Beach, FL 33401-2109               400 Garden City Plaza
                                                                                           Garden City, NY 11530-3327

Karma of Broward, Inc.                        MMS Ultimate Services, Inc.                  Mercedes Benz Financial Services USA, LLC.
c/o Weiss Handler & Cornwell, PA              7241 Catalina Isle Drive                     14372 Heritage Parkway
2255 Glades Road                              Lake Worth, FL 33467-7746                    Fort Worth, TX 76177-3300
Suite 205E
Boca Raton, FL 33431-7391

Milco Atwater, LLC                            Millco Atwater, LLC                          Palm Beach County Tax Collector
c/o Eyal Berger                               201 E Las Olas Blvd #1800                    c/o Hampton Peterson Esq
201 Las Olas Blvd #1800                       Fort Lauderdale, FL 33301-4442               POB 3715
Fort Lauderdale, FL 33301-4442                                                             West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC                     Savannah Row Development Company, LLC        Shrayber Land, Inc.
c/o Thomas G. Zeichman                        c/o M.A. Dinkin Law Firm, P.L.L.C.           c/o Joaquin J. Alemany, Esq.
2385 Executive Center Drive, Suite 250        3319 SR 7, Suite 303                         HOLLAND & KNIGHT LLP
Boca Raton, FL 33431-8511                     Wellington, FL 33449-8147                    701 Brickell Ave., Suite 3300
                                                                                           Miami, FL 33131-2898

Tulocay Farm, Inc.                            Westlake Flooring Company, LLC               Westlake Services, LLC
c/o Peter Spindel, Esq., P.A.                 c/o Liebler Gonzalez & Portuondo             c/o Liebler Gonzalez & Portuondo
POB 835063                                    44 West Flagler Street                       44 West Flagler Street
Miami, FL 33283-5063                          25th Floor                                   25th Floor
                                              Miami, FL 33130-1808                         Miami, FL   33130-1808
```

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-5051

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Moshe Farache
c/o James B. Miller, P.A.
19 West Flagler St.
Suite 416
Miami, FL 33130-4419

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(u)Johnie Floyd Weems, III

End of Label Matrix
Mailable recipients    81
Bypassed recipients     2
Total                  83