**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                                       Case No. 22-12790-EPK
                                                                                             Chapter 7
EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Hearing by Filer (Re: [163] Application to Employ Alan R. Barbee, CPA, and GlassRatner Advisory & Capital Group, LLC, d/b/a B. Riley Advisory Services as Accountant and Financial Advisor* [ECF No. 164] was served on June 14, 2022, via the Court's CM/ECF notification and via U.S. Mail upon all parties as indicated below and on the attached service list.

Date: June 14, 2022

                                                              /s/ *Nicole Testa Mehdipour, Trustee*
                                                             Nicole Testa Mehdipour, Chapter 7 Trustee
                                                             6278 North Federal Highway, Suite 408
                                                             Fort Lauderdale, FL 33308
                                                             Tel: (954) 858-5880
                                                             www.NTMLawFirm.com

### *Via CM/ECF*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour**     nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**     Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**     bkcmiami@gmail.com
- **James C. Moon**     jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**     jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**     ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**     legalservices@PBCTax.com
- **Jordan L Rappaport**     office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**     dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**     ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**     jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**     hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**     john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**     zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**     bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**     esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**     david@softnesslaw.com
- **Christian Somodevilla**     cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **Peter D Spindel**     peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**     MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick**     awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com
- **Paul E Wilson**     pwilson@paulwilsonesq.com
- **Harry Winderman**     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**     tzeichman@bmulaw.com, G67999@notify.cincompass.com

## *Via U.S. Mail:*

See attached matrix.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Jun 14 10:35:39 EDT 2022 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 |
| Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 | Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 |
| FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | Integrated Vehicle Leasing, Inc.<br>c/o Moritt Hock & Hamroff LLP<br>Attn.: Theresa A. Driscoll, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 | MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 |
| Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 | Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 | Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 |
| Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL   33130-1808 |

| | | |
|---|---|---|
| Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 |
| AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 |
| Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 |
| DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 | Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 |
| Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 |
| Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 | Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 |
| Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301-4442 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 | Prestige Luxury Cars, LLC<br>70 SE 4TH AVE<br>DELRAY BEACH, FL 33483-4514 |
| Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 |
| Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 |

| | | |
|---|---|---|
| TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 | United Healthcare Insurance Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 |
| Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Andrew Todd McNeill<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 |
| Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Christopher Todd Bludworth<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 | David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 |
| Edvard Dessalines<br>c/o John E. Page<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431-8530 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 |
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 |
| (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 |
| Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 |
| Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 |
| Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach                (u)Johnie Floyd Weems, III              End of Label Matrix
                                                                          Mailable recipients    84
                                                                          Bypassed recipients     2
                                                                          Total                  86