UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 22-12790-EPK
Chapter: 7

IN RE:

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

**<u>DAIMLER TRUST AND MERCEDES BENZ FINANCIAL SERVICES USA, LLC. MOTION TO CONTINUE HEARING ON EXPEDITED MOTION TO COMPEL TURNOVER OF 2019 MERCEDES-BENZ S63</u>**

    COMES NOW, Interested Parties, DAIMLER TRUST and MERCEDES BENZ FINANCIAL SERVICES USA, LLC., by and through the undersigned counsel hereby files this Motion to Continue Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S63, and states as follows:

    1.    DAIMLER TRUST and MERCEDES BENZ FINANCIAL SERVICES USA, LLC.'S hearing on the Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S63 is set for June 15, 2022 at 9:30am.

    2.    DAIMER TRUST and MERCEDES BENZ FINANCIAL SERVICES USA, LLC. has not been able to serve the Amended Notice of Hearing for the Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S63.  The undersigned's secretary is working from home.

    3.    DAIMLER TRUST and MERCEDES BENZ FINANCIAL SERVICES USA, LLC. would respectfully request that the hearing on the Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S3 be continued until June 29, 2022 at 9:30am.

    WHEREFORE, Interested Parties, DAIMLER TRUST and MERCEDES BENZ FINANCIAL SERVICES USA, LLC. requests this Court enter an order

continuing the hearing on the Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S63 until June 29, 2022 at 9:30am.

## **ATTORNEY CERTIFICATION**

I HERBY CERTIFY that I am admitted to the Bar of the United States District Court for the South District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was and filed electronically with the Clerk of Court and served by electronic transmission upon the following parties on this 14th day of June, 2022:

- John D. Segal, Esq., Counsel for Tim Olesijuk;
- Jordan L. Rappaport, Esq., Counsel for Stefano Riga and Tarek Aboualazzm;
- Dana L. Kaplan, Esq., Counsel for Graves Directional and Steven Graves;
- Joaquin J. Alemany, Esq., Counsel for Shrayber Land, Inc.;
- Aaron A. Wernick, Esq., Counsel for the Zankles;
- Eric S. Pedergraft, Esq., Counsel for Johnie Weems;
- Zachary Bancroft, Esq., Counsel for BAL;
- Eric Silver, Esq., Counsel for Benidt;
- Peter Spindel, Esq., Counsel for Tulocay Farm;
- Thomas G. Zeichman, Esq., Counsel for Prestige;
- Mark Steiner, Esq., Counsel for Westlake;
- David R. Softness, Esq., Counsel for FVP;
- Hampton Peterson, Esq., Counsel for Palm Beach County;
- James C. Mone, Esq., Counsel for Chapford;
- Nicole Testa Mehdipar, Esq. Trustee;
- Jason S. Rigolie, Esq., Counsel Trustee;
- Mark A. Levy, Esq. Counsel for Zakin;
- Alan Crane, Esq., Counsel for Furr Cohen, P.A.

By:___/s/*Paul Wilson*_____
PAUL E. WILSON, ESQ.
Florida Bar No. 924741
Wilson Law Firm South Florida, P.A.
Attorney for Daimler Trust and MBFS
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322
954-327-7285
954-327-7290 (Fax)
E-Mail:  pwilson@paulwilsonesq.com
E-Serv:  pwilson@paulwilsonesq.com