UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: EXCELL AUTO GROUP                    CASE NO.   22-12790-EPK

,                                          Chapter 7

        Debtor.

_____/

## **ORDER CONTINUING HEARING**

THIS CAUSE came before the Court on June 14, 2022 upon Daimler Trust and Mercedes Benz Financial Services USA, LLC.'s Motion to Continue Hearing on Expedited Motion to Compel Turnover of 2019 Mercedes Benz S63 and the Court having reviewed the Motion, it is

**ORDERED AND ADJUDGED** that:

1.      The hearing on Daimler Trust and Mercedes Benz Financial Services USA, LLC.'s Expedited Motion to Compel Turnover of 2019 Mercedes Benz S63 is hereby continued to June 29, 2022 at 9:30am.

Copy to:

*Attorney _____ is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF, and file a proof of such service within two (2) business days from entry of the Order.*