UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERALE DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP INC.,            CASE NO. 22-12790-EPK
                                               CHAPTER 7
        DEBTOR.
_____/

**LANDLORD'S LIMITED OBJECTION TO TRSUTEE'S MOTION TO REJECT THE LEASE OF REAL PROPERTY EFFECTIVE ON APRIL 30, 2022.**

Comes Now, 1001 Clint Moore LLC ("Landlord"), by and through undersigned counsel, and files and serves the instant *Limited Objection To Trustee's Motion To Reject The Lease Of Real Property Effective On April 30, 2022*, and states the following:

1. Debtor, Excell Auto Group Inc., filed a voluntary petition [ECF No. 1] ("Petition") on the evening of Friday, April 8th, 2022 ("Petition Date"), commencing this Chapter 7 Bankruptcy Case.

2. Pre-petition, Debtor entered into a written lease ("Lease") for non-residential real property located at 1001 Clint Moore Road, Boca Raton, FL ("Premises").

3. The Lease expires on its own effective August 31, 2022 ("Expiration Date").

4. Immediately upon the filing of the Petition, the Trustee and undersigned conferred to obtain entry into the Premises in favor of the Trustee and her professionals.

5. The Trustee changed the locks and took possession of the Premises, through the evening of May 1, 2022; and, on the evening of May 1, 2022, the Trustee turned over a set of keys to the Premises to Landlord.

6. On May 20th, 2022, after much prodding by the undersigned, the Trustee filed the *Trustee's Motion To Reject The Lease Of Real Property Effective On April 30, 2022* [ECF No.20] ("Rejection Motion")

7. The Rejection Motion seeks *nunc pro tunc* relief to relate back to either April 30, 2022 (*see* para 6 of the Rejection Motion) or the Petition Date (*see* para 7 of the Rejection Motion).

8. The Rejection Motion mistakenly states that the Lease expires on its own right on April 30, 2022. However, this is incorrect, the Lease expires August 31, 2022. *See* Exhibits A and B hereto (original Lease and extension agreement).

9. The Landlord reserves its right to administrative rent; and, objects to rejection relating back to April 30, 2022 and/or the Petition Date. *See, e.g., In re CHS Electronics, Inc.,* 265 B.R. 339 (Bankr. S.D. Fla. 2001), 11 U.S.C. Sect. 365(d)(3) and Sect. 503(B)(1).

10. Furthermore, the Landlord possesses a security deposit of $9,250.00 for which they seek to setoff against.

WHEREFORE, the Landlord requests that the Court deny any relief which relates back to the dates requested in the Rejection Motion, preserves the Landlord's right to an administrative claim and the Security Deposit, and otherwise does not waive any claims in favor of the Landord, and for such other and further relief deemed equitable and just.
.

## Certificate of Service

**I HEREBY CERTIFY** that a true and correct copy of this *Objection* (and attachments) has been served this 14th day of June, 2022 *via* CM/ECF Service in pdf format upon those named below and identified as CM/ECF recipients.

James B. Miller, P.A.
Landlord's Counsel
19 West Flagler Street, Suite 416
Miami, FL 33130
Tel. No. (305) 374-0200
Fax. No. (305) 374-0250
bkcmiami@gmail.com,
jbm@title11law.com


_____/S/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164

CM/ECF SERVICE LIST:

- Joaquin J Alemany on behalf of Creditor Shrayber Land, Inc. joaquin.alemany@hklaw.com, jose.casal@hklaw.com
  -Paul A Avron, Esq. on behalf of Interested Party Andrew Todd McNeill pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
  -Paul A Avron, Esq. on behalf of Interested Party Christopher Todd Bludworth pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
  -Zachary J Bancroft on behalf of Creditor BAL INVESTMENTS, LLC zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
  -Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
  -Eyal Berger, Esq. on behalf of Creditor Edward Brown eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
  -Eyal Berger, Esq. on behalf of Creditor John Wittig eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
  -Eyal Berger, Esq. on behalf of Creditor Philip T. Gori eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
  -Stephen C Breuer on behalf of Creditor David Amsel stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
  -Alan R Crane on behalf of Trustee Nicole Testa Mehdipour acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
  -Mitchell A Dinkin, Esq. on behalf of Creditor Savannah Row Development Company, LLC   mdinkin@madlegal.net, lucyd@madlegal.net
  -Travis A Harvey on behalf of Creditor BAL INVESTMENTS, LLC tharvey@bakerdonelson.com
  -Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
  -Dana L Kaplan on behalf of Creditor Steven Graves dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
  -Mark A Levy, Esq on behalf of Creditor Chad Zakin mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com; brinkleymorganecf@gmail.com
  -James Randolph Liebler on behalf of Creditor Westlake Flooring

Company, LLC jrlii@lgplaw.com, mkv@lgplaw.com
-James Randolph Liebler on behalf of Creditor Westlake Services, LLC jrlii@lgplaw.com, mkv@lgplaw.com
-Nathan G Mancuso on behalf of Creditor Excell Auto Sport and Service, Inc.ngm@mancuso-law.com
-David B Marks on behalf of Creditor Millco Atwater, LLC brett.marks@akerman.com, charlene.cerda@akerman.com
-David B Marks on behalf of Creditor Edward Brown brett.marks@akerman.com, charlene.cerda@akerman.com
-David B Marks on behalf of Creditor John Wittig brett.marks@akerman.com, charlene.cerda@akerman.com
-David B Marks on behalf of Creditor Philip T. Gori brett.marks@akerman.com, charlene.cerda@akerman.com
-Nicole Testa Mehdipour Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com; FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
-Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
-Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com; FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
-James B Miller on behalf of Creditor 1001 Clint Moore, LLC bkcmiami@gmail.com
-James B Miller on behalf of Creditor Auto Wholesale of Boca, LLC bkcmiami@gmail.com
-James B Miller on behalf of Creditor MMS Ultimate Services, Inc. bkcmiami@gmail.com
-James B Miller on behalf of Creditor Moshe Farache bkcmiami@gmail.com
-James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
-James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
-Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
-John E Page on behalf of Creditor Edvard Dessalines jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;

pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
-John E Page on behalf of Creditor Johnie Floyd Weems, III jpage@slp.law, dwoodall@slp.law;pmouton@slp.law; pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
-Eric S Pendergraft on behalf of Creditor Edvard Dessalines ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law; bshraibergecfmail@gmail.com;pmouton@slp.law
-Eric S Pendergraft on behalf of Creditor Johnie Floyd Weems, III ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law; bshraibergecfmail@gmail.com;pmouton@slp.law
-Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com
-Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg office@rorlawfirm.com, 1678370420@filings.docketbird.com
-Jordan L Rappaport, Esq on behalf of Creditor Richard Applegate office@rorlawfirm.com, 1678370420@filings.docketbird.com
-Jordan L Rappaport, Esq on behalf of Creditor Richard Greenberg office@rorlawfirm.com, 1678370420@filings.docketbird.com
-Jordan L Rappaport, Esq on behalf of Interested Party Stefano Riga office@rorlawfirm.com, 1678370420@filings.docketbird.com
-Jordan L Rappaport, Esq on behalf of Interested Party Tarek Aboualazzm office@rorlawfirm.com, 1678370420@filings.docketbird.com
-David A Ray on behalf of Trustee Nicole Testa Mehdipour dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
-Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust ireich@nasonyeager.com, msmith@nasonyeager.com
-Jason S Rigoli, Esq. on behalf of Trustee Nicole Testa Mehdipour jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
-Harry J Ross, Esq on behalf of Interested Party Alexey Alekseyevich Gorodova hross@hjrlaw.com, jerri@hjrlaw.com
-Harry J Ross, Esq on behalf of Interested Party Svetlana Petrovna Gorodova hross@hjrlaw.com, jerri@hjrlaw.com
-John D. Segaul on behalf of Creditor Tim Olesijuk john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
-Zach B Shelomith on behalf of Creditor Woodside Credit, LLC zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
-Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC bss@slp.law,  dwoodall@slp.law;dwoodall@ecf.courtdrive.com; pmouton@slp.law
-Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC esilver@stearnsweaver.com, jless@stearnsweaver.com;

fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
-David R. Softness on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company david@softnesslaw.com
-David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP david@softnesslaw.com
-David R. Softness on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company david@softnesslaw.com
-Christian Somodevilla on behalf of Creditor Woodside Credit, LLC cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
-Peter D Spindel on behalf of Creditor Tulocay Farm, Inc. peterspindel@gmail.com, peterspindelcmecf@gmail.com
-Mark E Steiner on behalf of Creditor Westlake Flooring Company, LLC MES@lgplaw.com, pm@lgplaw.com
-Mark E Steiner on behalf of Creditor Westlake Services, LLC MES@lgplaw.com, pm@lgplaw.com
-Aaron A Wernick on behalf of Interested Party Kristen Zankl awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com
-Paul E Wilson on behalf of Creditor Daimler Trust pwilson@paulwilsonesq.com
-Paul E Wilson on behalf of Creditor Mercedes Benz Financial Services USA, LLC.pwilson@paulwilsonesq.com
-Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Karma of Broward, Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Harry Winderman on behalf of Interested Party Scott Zankl harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
-Thomas G Zeichman on behalf of Creditor Prestige Luxury Cars, LLC tzeichman@bmulaw.com, G67999@notify.cincompass.com

## Certificate of Admission

**I HEREBY CERTIFY** that I am admitted to the Bar for the District Court in and for the Southern District of Florida; and, am duly-qualified to practice before this Court as set forth in Local Rule 2090-1(A).

Respectfully submitted this 14th day of June, 2022.

_____/S/_____
JAMES B. MILLER, ESQ.
Florida Bar No. 0009164