## LEASE EXTENSION AGREEMENT

THIS LEASE EXTENSION AGREEMENT was made and is entered into by and between 1001 Clint Moore, LLC, a Florida limited liability company ("Landlord") and Excell Auto Group, Inc., ("Tenant") and Scott Zankl and Kristen Zankl (collectively, "Guarantors").

WHEREAS, the Landlord and Tenant and Guarantors fully intend to be bound by this Agreement;

WHEREAS, the Landlord and Tenant and Guarantors entered into the lease agreement (including all exhibits thereto) dated June 22, 2012 attached hereto as *Exhibit "1"* for the Premises described in the lease agreement as Unit B located at 1001 Clint Moore Road, Boca Raton, Florida 33487 (the "Leased Premises");

WHEREAS, under Article 2 of the lease agreement, Tenant had the right to extend the lease agreement for a period of five (5) years by providing written notice to Landlord by no later than six (6) months from the expiration of the term of the lease; and

WHEREAS, in spite having failed to provide Landlord such notice in a timely fashion, Tenant has requested that Landlord allow Tenant to extend the lease as provided in the lease agreement and Landlord has agreed;

NOW THEREFORE, in consideration of the mutual covenants and agreements described herein, Landlord and Tenant agree as follows:

1. Landlord agrees to extend the lease agreement for five (5) years and Tenant agrees to pay rent for years 6 through 10 as set forth in Article 3 of the lease agreement. By virtue of the lease agreement being extended, Guarantors agree that the Guaranty attached to the lease agreement as Exhibit "B" is also extended for an equal five (5) year extended term.

2. All other terms of the lease agreement shall remain the same except as follows:

A. Any and all rights and obligations between Landlord and Tenant under the terms of the lease agreement shall be subject to and subordinate to the terms of the mortgage on the Leased Premises as was recorded on 08/08/2017 in Official Records Book 29275, Page 377 in the Public Records of Palm Beach County, Florida;

B. Tenant shall provide proof to Landlord that Tenant is maintaining adequate insurance naming Landlord as an additional insured concerning any and all property being kept on or about the Leased Premises and/or in the Building and as to any liability.

C. Notwithstanding any provision to the contrary in the lease agreement, Tenant acknowledges that it shall at all times be Tenant's obligation to properly secure any and all property used by Tenant in the course of conducting its day to day business, and to further ensure that any and all necessary and appropriate precautions are taken to protect and safeguard such property from the perils of any disasters, including but not limited to, fire, wind, rain, tropical storms, hurricanes and/or tornadoes. In the event of, and upon receiving notice from Tenant that it is in need of assistance, Landlord, if possible, shall use its best efforts to assist Tenant in performing this task; however, unless advised otherwise by Landlord in writing, under no circumstances shall Landlord's ability to assist Tenant excuse Tenant's performance of its obligations under this provision.

LANDLORD:  
1001 Clint Moore, LLC  
By: _____  
Lisa Farache, as manager  
Date: 10/24/17

TENANT(s):  
Excell Auto Group, LLC  
By: _____  
Kristen Zankl  
Date: Oct. 24, 2017

GUARANTORS:  
By: _____  Date: _____
Scott Zankl  

By: _____  Date: _____
Kristen Zankl

*Notary Page follows*

*Page 1 of 2*

**CERTIFICATE OF ACKNOWLEDGEMENT**

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 24 day of October, 2017, by Lisa Farache, Manager of 1001 Clint Moore, LLC, who [X] is personally known to me or [ ] produced _____ as identification.

_____
Notary Public

MICHELE A. MARTIN
Commission # FF 954782
Expires April 27, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 24 day of October, 2017, by Kristen Zankl, President of Excell Auto Group who [X] is personally known to me or [ ] produced _____ as identification.

_____
Notary Public

ALANA C. BAILEY
MY COMMISSION # GG 109131
EXPIRES: May 30, 2021
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 24 day of October, 2017, by Kristen Zankl who [X] is personally known to me or [ ] produced _____ as identification.

_____
Notary Public

ALANA C. BAILEY
MY COMMISSION # GG 109131
EXPIRES: May 30, 2021
Bonded Thru Notary Public Underwriters

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 24 day of October, 2017, by Scott Zankl who [X] is personally known to me or [ ] produced _____ as identification.

_____
Notary Public

ALANA C. BAILEY
MY COMMISSION # GG 109131
EXPIRES: May 30, 2021
Bonded Thru Notary Public Underwriters