

**ORDERED in the Southern District of Florida on June 15, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: EXCELL AUTO GROUP         CASE NO.   22-12790-EPK

,                                Chapter 7

    Debtor.
_____/

### ORDER GRANTING MOTION TO CONTINUE HEARING

THIS CAUSE came before the Court on June 14, 2022 upon Daimler Trust and Mercedes Benz Financial Services USA, LLC.'s Motion to Continue Hearing on Expedited Motion to Compel Turnover of 2019 Mercedes Benz S63 and the Court having reviewed the Motion, it is

**ORDERED AND ADJUDGED** that:

1.   Daimler Trust and Mercedes Benz Financial Services USA, LLC.'s Motion to Continue Hearing on Expedited Motion to Compel Turnover of 2019 Mercedes Benz S63 [ECF No. 166] is GRANTED.

2.   The hearing on Daimler Trust and Mercedes Benz Financial Services USA, LLC.'s Expedited Motion to Compel Turnover of 2019 Mercedes Benz S63 is hereby continued

to June 29, 2022 at 9:30am.  The hearing will be held at the Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL, 33401.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To resister, click or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95

###

Submitted by:
Paul E. Wilson, Esq.
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322

Attorney Wilson shall serve a copy of the signed order on all interested parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).