UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

                                      Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                  Chapter 7

      Debtor.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned appears as counsel for Creditor, Michael Halperin (the "Creditor"), in the above-captioned case, and requests pursuant to Bankruptcy Rules 2002 and 9010 that all notices given or required to be given and all papers served in this case be delivered to and served upon:

      **LANDAU LAW, PLLC**
      Attorney for Michael Halperin
      3010 N. Military Trail, Suite 318
      Boca Raton, Florida 33431
      Telephone:  561-443-0802
      Email:  phil@landau.law

**PLEASE TAKE FURTHER NOTICE**, that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, electronic mail, the internet, or

otherwise filed or made with regard to this case, which affects or seeks to affect in any way any rights or interests of the Creditor or any party in interest in this case.

## **ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted,

**LANDAU LAW, PLLC**
Attorney for Michael Halperin
3010 N. Military Trail, Suite 318
Boca Raton FL 33431
Telephone: 561-443-0802
Email:  phil@landau.law

By: _/s/ Philip Landau_
    Philip Landau
    Florida Bar No. 504017

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the court's CM/ECF system to all parties registered to receive such notice on the 15th day of June 2022.

By:  _/s/ Philip Landau_
    Philip Landau