UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

In re:                                           Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                      Chapter 7

      Debtor.
_____/

### CHAPTER 7 TRUSTEE'S *EX PARTE* APPLICATION TO EMPLOY DOCUMENT MANAGEMENT SOLUTIONS, INC. AS AUCTIONEER

NICOLE TESTA MEHDIPOUR, Trustee (the "Trustee"), pursuant to 11 U.S.C. §327(a) and Local Rule 6005-1 applies for entry of an Order approving the employment of Carina Avila of Document Management Solutions, Inc. ("DMS") (the "Auctioneer"), subject to the terms and conditions herein, relative to a proposed auction of the Debtor's Jet Skis including but not limited to the following: a 2019 SeaDoo 155 (Hull ID# YDV39699J819) and a 2019 SeaDoo GTX(Hull ID# YDV05820J819, (the "Jet Skis").

    1.    The Trustee believes that the highest and best value for the Jet Skis will be generated pursuant to a online auction and that such auction is in the best interest of the estate.

    2.    The proposed Auctioneer is disinterested within the meaning of 11 U.S.C. §101(14) and §327(a), pursuant to the Affidavit of Auctioneer, attached hereto as part of ***Composite Exhibit A***.

    3.    The Auctioneer is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statues §468.381 et.seq. or §468.387 for out-of-state auctioneers. In addition, Auctioneer has obtained an annual blanket bond of $100,000.00 which is in place and is greater than the revenues expected to be generated by the proposed auction of the property or combination of auctions. The bond is issued by a surety company approved by the Department of the Treasury, and the bond is in favor of the United States of America. A copy of the license and bond are attached to the Affidavit of Auctioneer as part of ***Composite Exhibit A***.

    4.    The maximum amount of costs to be expended by and reimbursed to the Auctioneer is $475.00 for each Jet Ski listing fee, Jet Ski preparation, and administrative fees, detailed herein:

| | |
|---|---|
| Estimated Listing Fee | $150.00 |
| (each): Jet Ski Preparation | $175.00 |
| (each): Administrative Fees | $150.00 |
| (each): **Total:** | **$475.00** |

    5.    Compensation of the Auctioneer will be ten percent (10%) return, based on the gross

revenue from the sale of each of the Jet Skis.

6. The Trustee will serve copies of the Order granting this motion together with the notice of sale in accordance with Bankruptcy Rules 6004(a)(2) and 2002(a)(2) and (c)(1), and Local Rule 6005-1(E).

7. Upon completion of the auction, the Auctioneer will file a report summarizing the results of the auction and stating the fees and expenses which will be paid to Auctioneer in accordance with the Order approving the retention. The report shall be served only on the U.S. Trustee, the Trustee and any other interest party who specifically requests a copy. The fees and expenses will be paid without the necessity of further notice or hearing unless any party in interest files an objection within fourteen (14) days from the filing of the report.

WHEREFORE, Trustee, NICOLE TESTA MEHDIPOUR, moves for the entry of an Order granting this Application, approving the retention and compensation of Auctioneer, substantially in the form attached to as *Exhibit B* upon the terms and conditions stated herein.

Respectfully submitted this 16th day of June, 2022.

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
www.NTMLawFirm.com

**COMPOSITE**
**EXHIBIT A**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:  
**EXCELL AUTO GROUP INC.**  
Debtor.

Case No.: 22-12790-EPK  
Chapter 7

_____/

**AFFIDAVIT OF CARINA AVILA**
**FOR DOCUMENT MANAGEMENT SOLUTIONS, INC. AS PROPOSED AUCTIONEER**

STATE OF FLORIDA )
COUNTY OF BROWARD )

BEFORE ME, the undersigned authority, this date did personally appear, Document Management Solutions, Inc., who being duly sworn under Oath, deposes and states:

1. I submit this Affidavit in support of the *Chapter 7 Trustee's Ex Parte Application to Employ Document Management Solutions, Inc. as Auctioneer* (the "Application"). I have read the Application and affirm all factual statements made therein as true, accurate and correct.

2. DMS is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statues §468.381 et.seq. or §468.387 for out-of-state auctioneers.

3. In addition, I have obtained an annual blanket bond of $100,000 which is in place and is greater than the revenues expected to be generated by the proposed auction of the property or combination of auctions. The bond is issued by a surety company approved by the Department of the Treasury, and the bond is in favor of the United States of America. Copies are attached. True copies are the license and bond are attached hereto.

4. I have no connections to the Debtor, the estate, the Trustee (other than serving as auctioneer in unrelated cases) or the U.S. Trustee, and am a disinterested person as required by 11 U.S.C. §327(a).

5. I understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as deemed appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT

**CARINA AVILA**, for
**Document Management Solutions, Inc.**
The foregoing instrument was acknowledged before me this 7 day of JUNE, 2022.

Notary Public, State of Florida

My Commission Expires:



Notary Public State of Florida
Lilibeth Cedeno
My Commission
HH 164572
Exp. 8/12/2025

# Western Surety Company

## VERIFICATION CERTIFICATE
TO VERIFY THAT A CONTINUOUS FORM OF
BOND OR POLICY HAS NOT BEEN CANCELLED

This is to certify that the Dishonest/Fidelity Bond No. **61158326**, in the amount of **$100,000** issued by **Western Surety Company**, as Surety and on behalf of **Document Management Solutions, Inc., located at 4701 SW 51st Street, Davie, FL 33314**, as Principal, and effective September 01, 2011 is a continuous instrument covering an indefinite term, is now in full force and effect and has been renewed for an additional one year term beginning on September 01, 2020. This bond will continue in full force and effect until cancelled or terminated.

**Signed,** sealed and dated this **12th** day of **January**, **2021**.

**Western Surety Company**

*Clinton J, Diers, Attorney-in-Fact*

Ron DeSantis, Governor                                    Julie I. Brown, Secretary

# STATE OF FLORIDA
# DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

# FLORIDA BOARD OF AUCTIONEERS

THE AUCTION BUSINESS HEREIN IS LICENSED UNDER THE
PROVISIONS OF CHAPTER 468, FLORIDA STATUTES

# DOCUMENT MANAGEMENT SOLUTIONS, INC.

DMS, INC.
4701   SW 51 STREET

DAVIE            FL 33314

**LICENSE NUMBER: AB3922**

**EXPIRATION DATE:  NOVEMBER 30, 2023**

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

**EXHIBIT B**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                                                           Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.,**

                                                                                                     Chapter 7

            Debtor.
_____/

**ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION TO RETAIN DOCUMENT MANAGEMENT SOLUTIONS. INC., AS AUCTIONEER IN CONNECTION WITH THE SALE OF JET SKIS**

**THIS MATTER** having come before the Court upon the Chapter 7 Trustee's *Ex Parte* Application for Approval of Employment of Carina Avila of Document Management Solutions, Inc., ("DMS") as Auctioneer in Connection with the Sale of two Jet Skis (ECF #    ), (the "Application") pursuant to  11 U.S.C. §327(a), Bankruptcy Rule 2014 and Local Rule 6005-1 [ECF No.___], seeking the entry of an Order approving the retention of Carina Avila of DMS, Inc., (the "Auctioneer"), subject to the terms and conditions delineated therein, relative to an auction of property of the Debtor's estate referenced in the Application.  The Application was considered *ex parte,* and the Court finds that no

notice of hearing was necessary upon the circumstances.  The Court having considered the record, as related to the sale of the estate's interest in the Jet Skis referenced in the Application, finds good cause to approve the retention and compensation of DMS, Inc. pursuant to the terms and conditions stated in the Application.

Thereupon, it is

**ORDERED AND ADJUDGED** that:

1.The Application is **GRANTED**.

2.The Auctioneer shall sell two (2) Jet Skis utilizing E-Bay for the sale of each Jet Ski with compensation to be set at ten percent (10%) return, based on the gross revenue The maximum amount of costs and expenses to be expended by and reimbursed to the Auctioneer is $475.00 for each Jet Ski.

3.The Trustee shall serve this Order on all creditors together with service of the notice of proposed auction sale pursuant to Bankruptcy Rule 6002, 2002(a)(2) and 2002(c)(1), as well as Local Rule 6005-1.

4.Upon the completion of the auction, DMS, Inc. shall file a report summarizing the results of the auction and stating the fees and expenses which will be paid in accordance with this Order.  The report shall be served only on the U.S. Trustee, the Trustee and any other interested party who specifically requests a copy.  The Trustee is authorized to pay the fees and expenses, as referenced in paragraph 2 of this Order, without the necessity of further notice or hearing, unless any party in interest files an objection within fourteen (14) days from the filing of the report.

###

**Submitted by:**
Nicole Testa Mehdipour, Chapter 7 Trustee
6278 North Federal Highway. Suite 408
Fort Lauderdale, FL 33308

*(Trustee Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 16, 2022, via the Court's CM/ECF electronic mail notification system, and via U.S. mail to all parties as indicated below.

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour

### *Via CM/ECF*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **G Steven Fender**   steven.fender@fender-law.com, simone@fenderbollingpaiva.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **Peter D Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick**   awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com

*Served via First Class U.S. Mail:*

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie Fl. 33314