

**ORDERED in the Southern District of Florida on June 21, 2022.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.,

    Debtor.

_____/

Case No.: 22-12790-EPK

Chapter 7

### ORDER GRANTING TRUSTEE'S MOTION TO REJECT THE LEASE OF REAL PROPERTIES EFFECTIVE ON APRIL 30, 2022 [ECF NO. 95]

**THIS MATTER** came before the Court on Wednesday, June 15, 2022, at 9:30 a.m., upon the *Trustee's Motion to Reject the Lease for Real Properties Effective om April 30, 2022* [ECF No. 95] (the "Motion"). The Court, having reviewed the Motion, heard argument of counsel, and finding good and sufficient cause shown for granting the relief set forth herein, does hereby

    **ORDER that:**

    1.    The Motion is **GRANTED** as set forth herein.

    2.    The lease of real property located at 1001 Clint Moore Road, Boca Raton, FL 33487 between the Debtor and 1001 Clint Moore, LLC ("Landlord") is rejected

pursuant to section 365(a) of the Bankruptcy Code, effective no later than June 15, 2022.

3. The Court reserves jurisdiction to determine the effective date of the rejection of the lease.

4. Counsel for the Trustee shall submit a memorandum regarding the effective date of the rejection of this lease on or before June 29, 2022.

5. Counsel for 1001 Clint Moore, LLC shall submit a response memorandum regarding the effective date of the rejection of this lease on or before July 13, 2022.

###

**Submitted by:**
Jason S. Rigoli, Esquire
FURR & COHEN, P.A.
One Boca Place, Suite 419A
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Attorney, Jason S. Rigoli, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*