# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# (WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

**In re:**  Case No. 22-12790-BKC-EPK
  Chapter 7

**EXCELL AUTO GROUP, INC.**

   **Debtor.**
_____/

## NOTICE OF FILING
## *AMENDED EXHIBIT A*

**NICOLE TESTA MEHDIPOUR**, the Chapter 7 Trustee for the above-referenced estate, hereby files an **Amended Exhibit A** in connection with the *Trustee's Ex-Parte Motion to Shorten Notice Period to Creditors on Notice of Proposed Auction Sale Set for July 8, 2022* [ECF No. 174].

Dated: June 22, 2022

   /s/ Nicole Testa Mehdipour, Trustee
   Nicole Testa Mehdipour, Trustee
   Chapter 7 Trustee
   6278 North Federal Highway
   Suite 408
   Fort Lauderdale, FL 33308
   Tel: (954) 858-5880
   www.NTMLawFirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 22, 2022, via the Court's CM/ECF electronic mail notification system.

   /s/ Nicole Testa Mehdipour, Trustee
   Nicole Testa Mehdipour, Trustee

**AMENDED EXHIBIT A**
**PROPOSED ORDER**

 

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRIT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | Case No. 22-12790-BKC-EPK |
| | Chapter 7 |
| **EXCELL AUTO GROUP, INC.** | |
|     **Debtor.** | |
| _____/ | |

**ORDER GRANTING TRUSTEE'S *EX-PARTE* MOTION TO SHORTEN NOTICE PERIOD TO CREDITORS ON NOTICE OF PROPOSED AUCTION SALE SET FOR JULY 8, 2022**

THIS CAUSE came before the Court upon the Trustee's *Ex Parte* Motion to Shorten Time for Noticing Creditors of Proposed Auction Sale Set for July 8, 2022, in connection with Debtor's Jet skis, specifically, a 2019 SeaDoo 155 (Hull ID# YDV39699J819) and a 2019 SeaDoo GTX (Hull ID# YDV05820J819 (the "Motion") [ECF No. 174].  The Court having reviewed and considered the Motion, finds good cause to grant the Motion.[1]  Accordingly, it is

---

[1] All capitalized terms shall have the same meaning ascribed to them in the Motion, unless otherwise defined.

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**.

2. The Notice Period to Creditors of the Trustee's Notice of Proposed Auction Sale is reduced to fourteen (14) days.

### ###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*