

**ORDERED in the Southern District of Florida on June 23, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov**

| | |
|---|---|
| **In re:** | Case No. 22-12790-BKC-EPK |
| | Chapter 7 |
| **EXCELL AUTO GROUP, INC.** | |
|     **Debtor.** | |
| _____/ | |

**ORDER GRANTING TRUSTEE'S *EX-PARTE* MOTION TO SHORTEN NOTICE PERIOD TO CREDITORS ON NOTICE OF PROPOSED AUCTION SALE SET FOR JULY 8, 2022**

THIS CAUSE came before the Court upon the Trustee's *Ex Parte* Motion to Shorten Time for Noticing Creditors of Proposed Auction Sale Set for July 8, 2022, in connection with Debtor's Jet skis, specifically, a 2019 SeaDoo 155 (Hull ID# YDV39699J819) and a 2019 SeaDoo GTX (Hull ID# YDV05820J819 (the "Motion") [ECF No. 174]. The Court having reviewed and considered the Motion, finds good cause to grant the Motion.[1] Accordingly, it is

---
[1] All capitalized terms shall have the same meaning ascribed to them in the Motion, unless otherwise defined.

ORDERED AND ADJUDGED as follows:

1. The Motion is **GRANTED**.

2. The Notice Period to Creditors of the Trustee's Notice of Proposed Auction Sale is reduced to fourteen (14) days.

###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*