**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                              Case No. 22-12790-EPK
                                                                    Chapter 7
**EXCELL AUTO GROUP, INC.,**

    Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Granting Ex-Parte Motion to Shorten Notice Period to Creditors on Notice of Proposed Auction Sale Set for July 8, 2022* [ECF No. 176] was served on June 23, 2022, via the Court's CM/ECF notification upon all parties as indicated below and on the attached list and, on June 23. 2022, via U.S. Mail upon the attached matrix service list.

Date: June 23, 2022

                                              /s/ *Nicole Testa Mehdipour, Trustee*
                                                 Nicole Testa Mehdipour, Chapter 7 Trustee
                                                 6278 North Federal Highway, Suite 408
                                                 Fort Lauderdale, FL 33308
                                                 Tel: (954) 858-5880
                                                 www.NTMLawFirm.com

*Via CM/ECF*

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**    abarbee@brileyfin.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Aaron A Wernick**   awernick@wernicklaw.com, awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com

### *Via U.S. Mail:*

See attached matrix.

```
Label Matrix for local noticing          1001 Clint Moore, LLC                   Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                    4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                               Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Thu Jun 23 14:53:53 EDT 2022

Auto Wholesale of Boca, LLC              BAL INVESTMENTS, LLC                    BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                     c/o Zachary J. Bancroft, Esq.           c/o Eric J. Silver, Esq.
Suite B27                                Baker Donelson, et al.                  150 West Flagler Street
Boca Raton, FL 33487-2746                200 S. Orange Ave., Ste. 2900           Suite 2200
                                         Orlando, FL 32801-3448                  Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC          DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o James C. Moon, Esq.                 c/o Ivan J. Reich
Meland Budwick, P.A.                     Meland Budwick, P.A.                    750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       200 South Biscayne Blvd., Ste 3200      Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Miami, FL 33131-5323

Daimler Trust                            EXCELL Auto Group, Inc.                 Excell Auto Sport and Service, Inc.
c/o Paul Wilson                          1001 Clint Moore Road                   c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308       Suite 101                               7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                Boca Raton, FL 33487-2830               Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP      FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.             c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740      201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                     Miami, FL 33131-4332                    Miami, FL 33131-4332

Franklin Capital Funding, LLC            Graves Directional Drilling Inc. a/k/a Grave   Integrated Vehicle Leasing, Inc.
c/o Shraiberg Page, PA                   c/o Kelley, Fulton, Kaplan & Eller PL   c/o Moritt Hock & Hamroff LLP
2385 NW Executive Center Dr., #300       1665 Palm Beach Lakes Blvd.,Ste. 1000   Attn.: Theresa A. Driscoll, Esq.
Boca Raton, FL 33431-8530                West Palm Beach, FL 33401-2109          400 Garden City Plaza
                                                                                 Garden City, NY 11530-3327

Karma of Broward, Inc.                   MMS Ultimate Services, Inc.             Mercedes Benz Financial Services USA, LLC.
c/o Weiss Handler & Cornwell, PA         7241 Catalina Isle Drive                14372 Heritage Parkway
2255 Glades Road                         Lake Worth, FL 33467-7746               Fort Worth, TX 76177-3300
Suite 205E
Boca Raton, FL 33431-7391

Milco Atwater, LLC                       Millco Atwater, LLC                     Palm Beach County Tax Collector
c/o Eyal Berger                          201 E Las Olas Blvd #1800               c/o Hampton Peterson Esq
201 Las Olas Blvd #1800                  Fort Lauderdale, FL 33301-4442          POB 3715
Fort Lauderdale, FL 33301-4442                                                   West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC                Savannah Row Development Company, LLC   Shrayber Land, Inc.
c/o Thomas G. Zeichman                   c/o M.A. Dinkin Law Firm, P.L.L.C.      c/o Joaquin J. Alemany, Esq.
2385 Executive Center Drive, Suite 250   3319 SR 7, Suite 303                    HOLLAND & KNIGHT LLP
Boca Raton, FL 33431-8511                Wellington, FL 33449-8147               701 Brickell Ave., Suite 3300
                                                                                 Miami, FL 33131-2898

Tulocay Farm, Inc.                       Westlake Flooring Company, LLC          Westlake Services, LLC
c/o Peter Spindel, Esq., P.A.            c/o Liebler Gonzalez & Portuondo        c/o Liebler Gonzalez & Portuondo
POB 835063                               44 West Flagler Street                  44 West Flagler Street
Miami, FL 33283-5063                     25th Floor                              25th Floor
                                         Miami, FL 33130-1808                    Miami, FL  33130-1808
```

| | | |
|---|---|---|
| Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 |
| AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 |
| Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esquire<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 |
| DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 |
| Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 | Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 |
| MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301-4442 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 |
| Prestige Luxury Cars, LLC<br>70 SE 4TH AVE<br>DELRAY BEACH, FL 33483-4514 | Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway   33431-4258 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 |
| Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 | Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 |

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

The Gori Family Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Alan Barbee
1400 Centerpark Blvd Suite 860
Suite 860
West Palm Beach, FL 33401-7421

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Moshe Farache
c/o James B. Miller, P.A.
19 West Flagler St.
Suite 416
Miami, FL 33130-4419

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

(u)Johnie Floyd Weems, III

End of Label Matrix
Mailable recipients    89
Bypassed recipients     3
Total                  92