UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case Number: 22-12790-EPK
Chapter: 7

IN RE:

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

### NOTICE OF WITHDRAWAL OF DAIMLER TRUST AND MERCEDES BENZ FINANCIAL SERVICES USA, LLC.'S EXPEDITED MOTION TO COMPEL TURNOVER OF 2019 MERCEDES-BENZ S63

PLEASE TAKE NOTICE that Creditors, DAIMLER TRUST and MERCEDES-BENZ FINANCIAL SERVICES USA, LLC. hereby withdraws their Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S63. The issues raised within the Expedited Motion to Compel Turnover of 2019 Mercedes-Benz S63 are moot. DAIMLER TRUST and MERCEDES-BENZ FINANCIAL SERVICES USA, LLC. have located the 2019 Mercedes-Benz S63 and the same is not in possession of EXCELL AUTO GROUP, INC. or the estate.

### ATTORNEY CERTIFICATION

I HERBY CERTIFY that I am admitted to the Bar of the United States District Court for the South District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was and filed electronically with the Clerk of Court and served by electronic transmission upon the following parties on this 27th day of June, 2022:

- John D. Segal, Esq., Counsel for Tim Olesijuk;
- Jordan L. Rappaport, Esq., Counsel for Stefano Riga and Tarek Aboualazzm;
- Dana L. Kaplan, Esq., Counsel for Graves Directional and Steven Graves;
- Joaquin J. Alemany, Esq., Counsel for Shrayber Land, Inc.;
- Aaron A. Wernick, Esq., Counsel for the Zankles;
- Eric S. Pedergraft, Esq., Counsel for Johnie Weems;
- Zachary Bancroft, Esq., Counsel for BAL;
- Eric Silver, Esq., Counsel for Benidt;
- Peter Spindel, Esq., Counsel for Tulocay Farm;
- Thomas G. Zeichman, Esq., Counsel for Prestige;
- Mark Steiner, Esq., Counsel for Westlake;
- David R. Softness, Esq., Counsel for FVP;
- Hampton Peterson, Esq., Counsel for Palm Beach County;
- James C. Mone, Esq., Counsel for Chapford;
- Nicole Testa Mehdipar, Esq. Trustee;
- Jason S. Rigolie, Esq., Counsel Trustee;
- Mark A. Levy, Esq. Counsel for Zakin;
- Alan Crane, Esq., Counsel for Furr Cohen, P.A.

By: ___/s/*Paul Wilson*_____
PAUL E. WILSON, ESQ.
Florida Bar No. 924741
Wilson Law Firm South Florida, P.A.
Attorney for Daimler Trust and MBFS
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322
954-327-7285
954-327-7290 (Fax)
E-Mail: pwilson@paulwilsonesq.com
E-Serv: pwilson@paulwilsonesq.com