UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

                                                                                                                                                                  Chapter 7

EXCELL Auto Group, Inc.,                                                      Case No. 22-12790-EPK

              Debtor.
_____/

**<u>EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR KRISTEN ZANKL</u>**

**<u>Reason for Exigency</u>**

**Counsel for Interested Party Kristen Zankl respectfully requests this Court set a hearing on an expedited basis due to irreconcilable differences between Kristen Zankl and Counsel. Counsel respectfully requests that this Court set a hearing such date as this Court deems appropriate.**

The undersigned attorney Aaron A. Wernick, Esq. and Wernick Law, PLLC ("Counsel"), attorneys of record for Interested Party Kristen Zankl, respectfully move this Court for an order authorizing Counsel to withdraw as attorneys of record, and as grounds in support thereof, state as follows:

1. Irreconcilable differences have arisen between Counsel and Kristen Zankl such that Counsel is unable to proceed with representation of Kristen Zankl as an Interested Party in the above captioned case.

2. If this Court enters an order granting this motion, Counsel respectfully requests that all interested parties serve any and all documents, pleadings and/or communications upon Kristen Zankl, 16937 Pierre Circle, Delray Beach, FL 33446.

WHEREFORE, Aaron A. Wernick, Esq. and the law firm of Wernick Law, PLLC respectfully requests that this Court enter an order granting the motion, authorizing Counsel to

withdraw from the case immediately, and for any other relief this Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing will be served with a Notice of Hearing thereon.

Dated: June 29, 2022

Wernick Law, PLLC
*Counsel for Interested Party Kristen Zankl*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561) 961-0922

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
aaron@wernicklaw.com