**Fill in this information to identify the case:**

Debtor name ___EXCELL AUTO GROUP, INC.___

United States Bankruptcy Court for the: ___Southern___ District of ___Florida___
(State)

Case number (If known): ___22-12790-EPK___

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                              $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | ___ ___ ___ ___ | $_____ |
   | 3.2. _____ | _____ | ___ ___ ___ ___ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____         $_____
   4.2. _____         $_____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____         $_____
   7.2. _____         $_____

| Debtor | EXCELL AUTO GROUP, INC. | Case number *(if known)* | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $ _____

8.2. _____ $ _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81. $ _____

---

## Part 3:    Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | _____ | − | _____ | = ....⟶ | $ _____ |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | 148,000.00 | − | 0 | = ....⟶ | $ 148,000.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ 148,000.00

---

## Part 4:    Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $ _____

14.2. _____    _____    $ _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1. _____    _____%    _____    $ _____

15.2. _____    _____%    _____    $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $ _____

16.2. _____    _____    $ _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83. $ _____

---

Debtor    EXCELL AUTO GROUP, INC.

Name

Case number *(if known)*  22-12790-EPK

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

| Debtor | EXCELL AUTO GORUP, INC. | Case number (if known) | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | | $_____ |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    EXCELL AUTO GROUP, INC.
          Name

Case number *(if known)*   22-12790-EPK

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2019 Mercedes Sprinter | $ 0 | Estimate | $ 115,000.00 |
| 47.2 Peter-built flatbed | $ 0 | Estimate | $ 90,000.00 |
| 47.3 Box truck | $ 0 | Estimate | $ 145,000.00 |
| 47.4 | $ | | $ |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 Jetskis (2) | $ 0 | | $ 20,000.00 |
| 48.2 | $ | | $ |

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| Service Shop equipment | $ 0 | Estimate | $ 1,000,000.00 |

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,370,000.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Debtor | EXCELL AUTO GORUP, INC. | Case number *(if known)* | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
☒ No. Go to Part 10.
☐ Yes. Fill in the information below

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

| Debtor | EXCELL AUTO GROUP, INC. | Case number *(if known)* | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**71. Notes receivable**

Description (include name of obligor)

_____   _____ − _____   = ➜   $ _____
                                  Total face amount   doubtful or uncollectible amount

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

| | | |
|---|---|---|
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |
| _____ | Tax year _____ | $ _____ |

**73. Interests in insurance policies or annuities**

_____   $ _____

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Spin Capital/Hibar   $  562,000.00

Nature of claim   Overpayment

Amount requested   $  562,000.00

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____

Nature of claim   _____

Amount requested   $ _____

**76. Trusts, equitable or future interests in property**

_____   $ _____

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____   $ _____
_____   $ _____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $   562,000.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor    EXCELL AUTO GROUP, INC.
_____
          Name

Case number *(if known)*  22-12790-EPK
_____

---

**Part 12:**    **Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 148,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 562,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................. 91a. | $ 710,000.00 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................   $ 710,000.00

---

**Fill in this information to identify the case:**

Debtor name  EXCELL AUTO GROUP, INC.

United States Bankruptcy Court for the:  Southern   District of  Florida
(State)

Case number (If known):  22-12790-EPK

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** Creditor's name
1001 Clint Moore, LLC

Creditor's mailing address
c/o James B. Miller, PA
19 W. Flagler Street, Suite 416, Miami, FL 33130

Creditor's email address, if known
bckmiami@gmail.com

Date debt was incurred  4/30/2020
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
Security Deposit        $ 122,616.54    $ 9,250.00

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
Auto Wholesale of Boca, LLC

Creditor's mailing address
c/o James B. Miller, PA
19 W. Flagler Street, Suite 416, Miami, FL 33130

Creditor's email address, if known
bckmiami@gmail.com

Date debt was incurred
Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines ___

Describe debtor's property that is subject to a lien
Motor vehicle        $ 7,115,550.11    $ 3,500,000.00

Describe the lien
Possession, Security Agreement, UCC1, Note and PMSI

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ 39,120,348.96

| Debtor | EXCELL AUTO GROUP, INC. | | |
|---|---|---|---|
| | Name | | |
| | | Case number *(if known)* 22-12790-EPK | |

| **Part 1:** | **Additional Page** | **Column A** **Amount of claim** Do not deduct the value of collateral. | **Column B** **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**

BAL Investments, LLC

**Creditor's mailing address**

c/o Travis Harvey, Esq.

100 S.E. Third Ave, Suite 1620, Fort Lauderdale, FL 33396

**Creditor's email address, if known**

tharvey@bakerdonelson.com

**Date debt was incurred** 10/19/21, 1/28/22, 2/1/22, 2/3/22, and 2/11/22

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Any and all personal property, tangible or intangible, then possessed or after acquired.

McLaren 720 Spyder, VIN # SCAXZ8C09LU118289, Rolls Royce Dawn, VIN # SBM14FCA1LW005247
Lamborghini SVJ 63, VIN# ZHWUM6ZD3KLA08766, McLaren P1, VIN# SBM12ABA2EW000085,
Lamborghini 2019 SVJ, VIN # ZHWUM6ZD5KLA086698

$ 8,517,479.33 | $ Unknown

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**

Chapford Specialty Finance, LLC

**Creditor's mailing address**

c/o James C. Moon, Esq.

200 S. Biscayne Blvd., Ste. 3200, Miami, FL 33131

**Creditor's email address, if known**

jmoon@melandbudwick.com

**Date debt was incurred** 2/18/2022

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____
     _____
     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Lamborghini Aventador SVJ 63
VIN ZHWUM6ZD5KLA08766

$ 1,085,000.00 | $ 1,000,000.00

**Describe the lien**

Security Agreement/UCC-1 20220057454X

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | EXCELL AUTO GROUP, INC. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* 22-12790-EPK |

**Part 1:    Additional Page**

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

Edvard Dessalines

**Creditor's mailing address**

6160 Kelty Way

Lake Worth, FL 33467

**Creditor's email address, if known**

ed@dessalines.us

**Date debt was incurred**   2/21/2022

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 1,953,000.00    $ Unknown

**Describe the lien**
Constructive Trust on Vehicle or Vehicle Proceeds

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6** Creditor's name

EAG Wholesale, LLC and OLP EAG, LLC

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**   5/01/2020

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$   2,774,199.86    $ _____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    EXCELL AUTO GROUP, INC.
          Name
Case number *(if known)* 22-12790-EPK

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---------|-----------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.7**

**Creditor's name**

First Citizens Bank & Trust Company

**Creditor's mailing address**

PO Box 593007
San Antonio, TX 78259

**Creditor's email address, if known**

staceyrgray@aol.com

**Date debt was incurred**   12/19/2019
**Last 4 digits of account number**   3  5  4  3

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Konica Equipment     $ 7,139.00     $ 7,139.00
_____
_____

**Describe the lien**
Lease Agreement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

Franklin Capital Funding, LLC

**Creditor's mailing address**

c/o Bradley S. Shraiberg, Esq
2385 NW Executive Center Dr., Suite 300, Boca Raton, FL 33431

**Creditor's email address, if known**

bss@slp.law

**Date debt was incurred**   11/03/2021
**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets now owned or hereafter acquired     $ 11,721,025.50     $ Unknown
_____
_____

**Describe the lien**
Filed UCC-1 and UCC-3 statements

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor     EXCELL AUTO GROUP, INC.
           Name

Case number *(if known)* 22-12790-EPK

| **Part 1:** | **Additional Page** | **Column A** | **Column B** |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**

**Creditor's name**

FVP Opportunity Fund III

**Creditor's mailing address**

c/o David R. Softness, Esq.

201 S. Biscayne Blvd., Suite 2740, Miami, FL 33131

**Creditor's email address, if known**

david@softnesslaw.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Vehicles - ownership and possession unknown         $ Unknown    $ Unknown

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

Moshe Farache and MMS Ultimate Services, Inc.

**Creditor's mailing address**

c/o James B. Miller, PA

19 W. Flagler Street, Suite 416, Miami, FL 33130

**Creditor's email address, if known**

bkcmiami@gmail.com

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle         $ 860,492.50    $ 1,000,000.00

_____

_____

**Describe the lien**

PMSI, Possession of Titles & Bills of Sale, Note & Security Agreement

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    EXCELL AUTO GROUP, INC.
          Name                                                          Case number (if known) 22-12790-EPK

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11** Creditor's name

MXT Solutions, LLC

**Creditor's mailing address**

2101 Interstate 35, 4th Floor
Austin, TX 78741

**Creditor's email address, if known**

chris@backd.com

**Date debt was incurred**   11/21/2021
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Receivables    $ 1,100,900.00    $ 1,100,900.00

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name

Peak Finance, LLC

**Creditor's mailing address**

14545J Military Trail, #200
Delray Beach, FL 33484

**Creditor's email address, if known**

_____

**Date debt was incurred**   5/01/2020
**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$ 1,649,332.10    $ Unknown

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    EXCELL AUTO GROUP, INC.
          Name

Case number *(if known)* 22-12790-EPK

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13**

**Creditor's name**

Prestige Luxury Cars, LLC

**Creditor's mailing address**

c/o Thomas Zeichman, Esq.

2385 NW Executive Center Drive, Boca Raton, FL 33431

**Creditor's email address, if known**

tzeichman@bmulaw.com

**Date debt was incurred** 10/14/2020

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
       _____
       _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Motor vehicle

$ 1,320,000.00     $ Unknown

**Describe the lien**

UCC and purchase money security interest

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.14**

**Creditor's name**

TVT Direct Funding, LLC

**Creditor's mailing address**

65 West 36th Street, Floor 12
New York, NY 10018

**Creditor's email address, if known**

jessica.patrovic@libertasfunding.com

**Date debt was incurred** 12/14/2021

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
       _____
       _____
       _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All assets of the Debtor now owned or hereafter acquired and wherever located, including, but not limited to, any and all receivables, equipment, fixtures, inventory, accounts, credit card receivables, chattel paper, documents, instruments, investment property, general intangibles, letter-of-credit rights and deposit accounts, together with any products and proceeds thereof.

$ 893,614.02     $ 893,614.02

**Describe the lien**

UCC–1 Financing Stmt.

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**Fill in this information to identify the case:**

Debtor    EXCELL AUTO GROUP, INC.

United States Bankruptcy Court for the: __Southern__ District of __Florida__
                                                   (State)

Case number  22-12790-EPK
(If known)

☑ Check if this is an
   amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>1001 Clint Moore, LLC<br><br>c/o James B. Miller, PA<br><br>19 West Flagler Street, Suite 416, Miami, FL 33130<br><br>**Date or dates debt was incurred**<br>4/30/2020<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 2 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Non-residential Lease<br><br>**Is the claim subject to offset?**<br>☐ No<br>☑ Yes | | $ 122,616.54 | $ 34,828.50 |
| **2.2** | **Priority creditor's name and mailing address**<br>David Amsel<br><br>c/o Breuer Law, PLLC<br><br>6501 Congress Avenue, Suite 240, Boca Raton, FL 33487<br><br>**Date or dates debt was incurred**<br><br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 7 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Failure to pay purchase price of vehicle<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ 173,000.00 | $ 3,300.00 |
| **2.3** | **Priority creditor's name and mailing address**<br>United Healthcare Insurance Company<br><br>ATTN: COM/Bankruptcy<br><br>185 Asylum Street - 03B, Hartford, CT 06103<br><br>**Date or dates debt was incurred**<br>3/12/2022<br><br>**Last 4 digits of account number** 4 4 5 0<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Unpaid employee health insurance premiums<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ 1,792.13 | $ 1,792.13 |

| Debtor | | Case number (if known) | 22-12790-EPK |
|---|---|---|---|
| | EXCELL AUTO GROUP, INC. | | |
| | Name | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
**Nonpriority creditor's name and mailing address**
A&A Publishing Corp d/b/a The Boca Raton Observer

7700 Congress Avenue, Suite 3115

Boca Raton, FL 33487

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising services

$ 4,000.00

**Date or dates debt was incurred** 3/24/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2**
**Nonpriority creditor's name and mailing address**
AJA Realty

16850 Charles Rives Drive

Delray Beach, FL 33446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 1,500,000.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.3**
**Nonpriority creditor's name and mailing address**
AMEX TRS Co., Inc.

c/o Becket and Lee LLP

PO Box 3001, Malvern, PA 19355-0701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit card

$ 220,652.30

**Date or dates debt was incurred** 3/30/2022
**Last 4 digits of account number** 1 0 0 5

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4**
**Nonpriority creditor's name and mailing address**
Richard Applegate

c/o Jordan L. Rappaport, Esq.

1300 N. Federal Hwy. Ste. 203, Boca Raton, FL 33432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Final judgment

$ 414,848.44

**Date or dates debt was incurred** 1/25/2022
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5**
**Nonpriority creditor's name and mailing address**
Edward M. Brown

c/o D. Brett Marks, Esq.

201 E. Las Olas Blvd., Suite 1800, Fort Lauderdale, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Breach of Loan Agreement

$ 12,520,000.00

**Date or dates debt was incurred** 2/12/2021
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6**
**Nonpriority creditor's name and mailing address**
DCG 2008 Irrevocable Wealth Trust

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note, dated 9/18/19, as amended, 12/5/19 & 11/2/20, Profit Participation Agreement dated 9/1/19, and deposit held

$ 3,570,000.00

**Date or dates debt was incurred** 9/8/2019
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **EXCELL AUTO GROUP, INC.**

Name

Case number *(if known)* 22-12790-EPK

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address
Eric G. Dore

c/o Jack Brennan, Esq.

301 E. Pine Street, Suite 1400, Orlando, FL 32801

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 361,512.88

Basis for the claim: Car purchased and not delivered

Date or dates debt was incurred    2/23/2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Fedex Corporate Services Inc.

3965 Airways Blvd, Module G, 3rd Floor

Memphis, TN 38116-5017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,162.47

Basis for the claim: Services

Date or dates debt was incurred    12/07/2021

Last 4 digits of account number    0  6  6  0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Graves Directional Drilling, Inc.

c/o Kelley Fulton Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Suite 1000, West Palm Beach, FL 33401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 139,000.00

Basis for the claim: Purchase proceeds

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Green Bucket Investments

6700 N. Andrews Ave., 3rd Floor
Fort Lauderdale, FL 33309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,285,000.00

Basis for the claim: Monies loaned

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Frederick Hall

200 N. Palm Ave.
Indialantic, FL 32903

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 523,814.08

Basis for the claim: Funds transferred and amounts financed for purchase of vehicle

Date or dates debt was incurred    3/09/2022

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **EXCELL AUTO GROUP, INC.**
Name

Case number (*if known*) 22-12790-EPK

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address
Michael Halperin

c/o Philip Landau, Esq.

3010 N. Military Trail, Suite 318, Boca Raton, FL 33432

Date or dates debt was incurred 9/20/2021

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Breach of Agreements, Civil Theft, Alter-Ego, Worthless Checks

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,118,900.00

---

**3.13** Nonpriority creditor's name and mailing address
Integrated Vehicle Leasing Inc.

c/o Theresa A. Driscoll

400 Garden City Plaza, Garden City, NY 11530

Date or dates debt was incurred 12/23/2020

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Motor Vehicle Lease

Is the claim subject to offset?
☒ No
☐ Yes

$ 92,558.65

---

**3.14** Nonpriority creditor's name and mailing address
Karma of Palm Beach, Inc. & Karma of Broward, Inc.

c/o Harry Winderman, Esq.

2255 Glades Road, Suite 205E, Boca Raton, FL 33431

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Money loaned

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,000,000.00

---

**3.15** Nonpriority creditor's name and mailing address
Geoffrey Thomas Keable

c/o Lawrence A. Caplan, P.A.

1375 Gateway Blvd., Boynton Beach, FL 33426

Date or dates debt was incurred 2/11/2022

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Goods sold (2020 Audi R8 Coupe #WUAKBAFX5L7900209)

Is the claim subject to offset?
☒ No
☐ Yes

$ 185,500.00

---

**3.16** Nonpriority creditor's name and mailing address
Milco-Atwater, LLC

c/o D. Brett Marks, Esq.

201 E. Las Olas Blvd., Suite 1800, Fort Lauderdale, FL 33301

Date or dates debt was incurred 11/17/20, 3/12/22

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Alter-Ego/Breach of Agreement/Fraud

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,532,000.00

---

Debtor EXCELL AUTO GROUP, INC.
_____
Name

Case number (*if known*) 22-12790-EPK

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.17** Nonpriority creditor's name and mailing address
Timothy Olesijuk

c/o John D. Segaul Esq.

300 S. Pine Island Rd. #304, Plantation, FL 33324

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Consignment Sale of Automobile

Is the claim subject to offset?
☑ No
☐ Yes

$ 240,000.00

---

**3.18** Nonpriority creditor's name and mailing address
Aaron Parkinson

1361 SW 21st Street

Boca Raton, FL 33486

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Money loaned

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,661,000.00

---

**3.19** Nonpriority creditor's name and mailing address
Aaron Parkinson and Frederick Middleton

1361 SW 21st Street
Boca Raton, FL 33486

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 150,000.00

---

**3.20** Nonpriority creditor's name and mailing address
Parkinson Holdings Pty Ltd.

19 Oatland Esp., Unit 26
Runaway Bay QLD 4

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies loaned

Is the claim subject to offset?
☑ No
☐ Yes

$ 980,000.00

---

**3.21** Nonpriority creditor's name and mailing address
Parkinson Super Pty Ltd.

19 Oatland Esp., Unit 26
Runaway Bay QLD 4

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Monies loaned

Is the claim subject to offset?
☑ No
☐ Yes

$ 500,000.00

---

Debtor  EXCELL AUTO GROUP, INC.
_____
        Name

Case number *(if known)* 22-12790-EPK

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
Stefano Riga

c/o Jordan L. Rappaport, Esq.

1300 N. Federal Hwy. Ste. 203, Boca Raton, FL 33432

Date or dates debt was incurred   3/04/2022

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 167,500.00

---

**3.23** Nonpriority creditor's name and mailing address
Lillian Roberts

6360 NW 42nd Avenue

Coconut Creek, Florida 33073

Date or dates debt was incurred   _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Money loaned

Is the claim subject to offset?
☑ No
☐ Yes

$ 500,000.00

---

**3.24** Nonpriority creditor's name and mailing address
Savannah Row Development Company, LLC

c/o M.A. Dinkin Law Firm, P.L.L.C.

3319 SR 7, Suite 303, Wellington, FL 33449

Date or dates debt was incurred   6/15/2017

Last 4 digits of account number  4  4  5  0

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Money loaned

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,407,708.76

---

**3.25** Nonpriority creditor's name and mailing address
Shrayber Land, Inc.

c/o Joaquin J. Alemany, Esq.

701 Brickell Ave., Suite 3300, Miami, FL 33131

Date or dates debt was incurred   _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Money loaned

Is the claim subject to offset?
☑ No
☐ Yes

$ 1,242,850.00

---

**3.26** Nonpriority creditor's name and mailing address
Nick Strategakis

Date or dates debt was incurred   _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 4,000,000.00

---

Official Form 206E/F        Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | EXCELL AUTO GROUP, INC. | Case number (if known) | 22-12790-EPK |
|--------|--------------------------|------------------------|--------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.27** Nonpriority creditor's name and mailing address
The Gori Family Limited Partnership

c/o D. Brett Marks, Esq.

201 E. Las Olas Blvd., Suite 1800, Fort Lauderdale, FL 33301

Date or dates debt was incurred    3/17/22, 3/25/22

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $ 5,400,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Alter-Ego/Breach of Agreement/Worthless Checks

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Haley Walker

c/o Olive Judd, P.A.
2426 E. Las Olas Blvd., Fort Lauderdale, FL 33301

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $ 26,471.88
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Purchase of 2022 Moke - Title not received

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Johnie Floyd Weems, III

1199 S. Federal Hwy., Suite 423
Boca Raton, FL 33432

Date or dates debt was incurred    1/03/2022

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $ 781,899.63
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Alter Ego and Civil Theft

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
Wing Lake

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $ 5,900,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
Woodside Credit, LLC

c/o Zach B. Shelomith, Esq.

2699 Stirling Road, Suite C401, Fort Lauderdle, FL 33312

Date or dates debt was incurred    3/16/2021

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $ 1,211,066.68
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Various tort claims

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor ___EXCELL AUTO GROUP, INC.___
     Name

Case number *(if known)* 22-12790-EPK

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.32** | **Nonpriority creditor's name and mailing address**

Chad Zakin

c/o Mark A. Levy, Esq.

100 SE Third Avenue, 23rd Floor, For Lauderdale, FL 33394

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _Conversion of vehicle_

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 375,000.00

---

**3.33** | **Nonpriority creditor's name and mailing address**

Anatoliy Zicanov

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 400,000.00

---

**3.___** | **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.___** | **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.___** | **Nonpriority creditor's name and mailing address**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor  EXCELL AUTO GROUP, INC.                                    Case number *(if known)* 22-12790-EPK
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 297,408.67 |
| **5b. Total claims from Part 2** | 5b. **+** | $ 62,412,445.77 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 62,709,854.44 |

**Fill in this information to identify the case:**

Debtor name ___EXCELL AUTO GROUP, INC.___

United States Bankruptcy Court for the: ___Southern___    District of ___Florida___
(State)

Case number (If known): ___22-12790-EPK___

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| **Part 1:** | **Income** |
|---|---|

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☐ Other _____ | $0 |
   | **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $24,248,197.00 |
   | **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $72,844,733.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | EXCELL AUTO GROUP, INC. | Case number (if known) | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | AJA Realty (Mark Miller) | 01/04/2022 | $ 44,571.00 | ☐ Secured debt |
| | Creditor's name | | | ☒ Unsecured loan repayments |
| | 16850 Charles River Drive | 02/18/2022 | | ☐ Suppliers or vendors |
| | Street | | | ☐ Services |
| | Delray Beach     FL     33446 | | | ☐ Other _____ |
| | City     State     ZIP Code | | | |
| 3.2. | Savannah Row (Steve Gelb) | 01/07/2022 | $ 46,000.00 | ☐ Secured debt |
| | Creditor's name | 01/19/2022 | | ☒ Unsecured loan repayments |
| | 300 SE 15th Avenue | 02/01/2022 | | ☐ Suppliers or vendors |
| | Street | 02/16/2022 | | ☐ Services |
| | | 03/03/2022 | | |
| | Boca Raton     FL     33432 | 03/17/2022 | | ☐ Other _____ |
| | City     State     ZIP Code | | | |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Ed Brown | 01/27/2022 | $ 203,332.00 | Money owed back based loans Ed Brown has with |
| | Insider's name | 02/22/2022 | | the business. |
| | 430 Via Del Orso | | | |
| | Street | | | |
| | Jupiter     FL     33477 | | | |
| | City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Partner | | | |
| 4.2. | Scott Zankl | April 2022 | $ 4,084.36 | Salary from April 1 to April 8, 2022. |
| | Insider's name | | | |
| | 16937 Pierre Cirle | | | |
| | Street | | | |
| | Delray Beach     FL     33446 | | | |
| | City     State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Secretary | | | |

Debtor: <u>EXCELL AUTO GROUP, INC.</u>          Case number (if known) <u>22-12790-EPK</u>

Official Form 207 (Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy) – Part 2 (add'l payments)

4.3:    Insider's Name: Kristen Zankl
        Address: 16937 Pierre Circle, Delray Beach, FL 33446
        Relationship to Debtor: President
        Dates: April 2021 - October 2021, April 2022
        Total Amount of Value: $ 100,216.41
        Reasons for Payment or Transfer: Salary from April 1-8, 2022

4.4:    Insider's Name: Scott and Kristen Zankl
        Address: 16937 Pierre Circle, Delray Beach, FL 33446
        Relationship to Debtor: Secretary and President
        Dates: April 2022
        Total Amount of Value: $94,500.00
        Reasons for Payment or Transfer: Personal distribution

Debtor    EXCELL AUTO GROUP, INC.                                    Case number (if known)    22-12790-EPK
          Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |
| 5.2. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Rich Applegate | Froze bank accounts and took $142,000.00 | 3/8/2022 | $ 142,000.00 |
| Creditor's name | | | |
| 1705 S. Ocean Blvd. | | | |
| Street | | | |
| Delray Beach        FL    33483 | Last 4 digits of account number: XXXX– 3  1  9  9 | | |
| City          State     ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Auto Wholesale of Boca v. Excell Auto Group, Inc., et al. | Complaint for damages for breach of note and security agreement, replevin, foreclosure of security interest and appointment of receiver | Circuit Court for the 15th Judicial Circuit | ☒ Pending |
| | **Case number** | | Name | ☐ On appeal |
| | | | 205 N. Dixie Highway | ☐ Concluded |
| | not yet assigned | | Street | |
| | | | West Palm Beach    FL    33401 | |
| | | | City          State     ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☒ Pending |
| | TVT Direct Funding, LLC v. Excell auto Group Inc., et al. | Breach of contract, personal guarantee | Supreme Court of the State of New York | ☐ On appeal |
| | **Case number** | | Name | ☐ Concluded |
| | | | 360 Adams Street, Room 4 | |
| | 510223/2022 | | Street | |
| | | | Brooklyn          NY    11201 | |
| | | | City          State     ZIP Code | |

Debtor: <u>EXCELL AUTO GROUP, INC.</u>          Case number (if known) <u> 22-12790-EPK </u>

Official Form 207 (Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy) –
Part 3 (add'l legal actions)

7.3:    Applegate v. Excell Auto Group, Inc., et al.
        Case No. 50-2021-CA-00981XXXXMB
        Circuit Court for the 15th Judicial Circuit
        In and For Palm Beach County, Florida
        205 N. Dixie Highway
        West Palm Beach, FL 33401
        Nature of Case: Breach of promissory note, breach of guaranty.
        Case Status: Pending

7.4:    Castleman v. Excell Auto Group, Inc., et al.
        Case No. 50-2022-CA-001832XXXXMB
        Circuit Court for the 15th Judicial Circuit
        In and For Palm Beach County, Florida
        205 N. Dixie Highway
        West Palm Beach, FL 33401
        Nature of Case: Breach of settlement agreement
        Case Status: Pending

7.5:    Hi Bar Capital, LLC v. Excell Auto Group, Inc., et al.
        Index No. 502846/2022
        Supreme Court of the State of New York
        County of Kings
        360 Adams Street, Room 4
        Brooklyn, NY 11201
        Nature of Case: Breach of settlement agreement
        Case Status: Pending

7.6:    Prestige Luxury Cars, LLC v. Excell Auto Group, Inc., et al.
        Case No. 50-2022-CA-003301XXXXMB
        Circuit Court for the 15th Judicial Circuit
        In and For Palm Beach County, Florida
        205 N. Dixie Highway
        West Palm Beach, FL 33401
        Nature of Case: Violation of Fla. Stat. § 68.065, Breach of joint venture agreement,
        Fraudulent transfer, Foreclosure of real property, Foreclosure of security interest in vessel
        Case Status: Pending

| Debtor | EXCELL AUTO GROUP, INC. | Case number (if known) | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | _____ | Name |
| City        State        ZIP Code | **Case number** | Street |
| | _____ | |
| | | City        State        ZIP Code |
| | **Date of order or assignment** | |
| | _____ | |

---

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Self-Less Love | 2022 Karma G56 | 1/2022 | $100,000.00 |
| Recipient's name | | | |
| 1095 Military Trail | | | |
| Street | | | |
| Suite 1033 | | | |
| Jupiter        FL        33458 | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| None | | | |
| 9.2. | | | $_____ |
| Recipient's name | | | |
| Street | | | |
| City        State        ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

---

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| _____ | _____ | _____ | $_____ |

Debtor _____EXCELL AUTO GORUP, INC._____     Case number *(if known)*___22-12790-EPK____
       Name

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Weiss, Handler & Cornwell, P.A. | | 4/6/2022 | $ 25,000.00 |
| | **Address** | | | |
| | 2255 Glades Road | | | |
| | Street | | | |
| | Suite 205E | | | |
| | Boca Raton     FL     33431 | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | www.weisshandler.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City     State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

---

Debtor    EXCELL AUTO GROUP, INC.                                    Case number (if known)    22-12790-EPK
_____
Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

### Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ Street | | From _____ | To _____ |
| | _____ City          State     ZIP Code | | | |
| 14.2. | _____ Street | | From _____ | To _____ |
| | _____ City          State     ZIP Code | | | |

Debtor    EXCELL AUTO GROUP, INC.
          _____    Case number *(if known)*  22-12790-EPK
          Name

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____<br>City    State    ZIP Code | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained.   Personal Information - Finance and Social Security numbers

    the debtor have a privacy policy about that information?          10/19/2016      present

    ☐ No

    ☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

    Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

| Debtor | EXCELL AUTO GROUP, INC. | Case number *(if known)* | 22-12790-EPK |
|---|---|---|---|
| | Name | | |

---

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>Name<br>801 Clint Moore Road<br>Street<br>Boca Raton    FL    33487<br>City    State    ZIP Code | Scott Zankl<br>_____<br>_____<br>**Address**<br>16937 Pierre Circle<br>Delray Beach, FL 33446 | Parts, Displays<br>_____<br>_____ | ☐ No<br>☒ Yes |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 8

Debtor  EXCELL AUTO GROUP, INC.
        Name                                                    Case number (if known)  22-12790-EPK

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    EXCELL AUTO GROUP, INC.                                    Case number *(if known)*  22-12790-EPK
_____
Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

[X] No

[ ] Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

[ ] None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Excell Auto Sport and Service, Inc.<br>Name<br>5471 N. Dixie Highway<br>Street<br><br>Boca Raton      FL      33487<br>City      State      ZIP Code | Auto Repair Shop | EIN: _8_ _1_ – _3_ _9_ _8_ _8_ _4_ _6_<br>**Dates business existed**<br><br>From _9/27/2016_  To _4/8/2022_ |
| 25.2. | Name<br>Street<br><br>City      State      ZIP Code | | EIN: _ _ - _ _ _ _ _ _ _<br>**Dates business existed**<br><br>From _10/19/2016_  To _present_ |
| 25.3. | Name<br>Street<br><br>City      State      ZIP Code | | EIN: _ _ - _ _ _ _ _ _ _<br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor    EXCELL AUTO GROUP, INC.
     Name

Case number *(if known)*    22-12790-EPK

---

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Teddi Sofoul<br>Name<br>1715 SW 19th Court<br>Street<br><br>Boynton Beach    FL    33426<br>City    State    ZIP Code | From 1/6/2012  To 4/2/2022 |
| **26a.2.** Nidia Leiva<br>Name<br>5761 Fox Hollow Drive<br>Street<br><br>Boca Raton    FL    33487<br>City    State    ZIP Code | From 2/1/2017  To 4/8/2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** Paul Rubin<br>Name<br>2080 NW Boca Raton Blvd.<br>Street<br>Suite 2<br>Boca Raton    FL    33431<br>City    State    ZIP Code | From 1/5/2015  To 1/15/2022 |
| **26b.2.**<br>Name<br><br>Street<br><br>City    State    ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**<br>Name<br><br>Street<br><br>City    State    ZIP Code | _____<br>_____<br>_____ |

---

Debtor    EXCELL AUTO GROUP, INC.                    Case number (if known)    22-12790-EPK
Name

| Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|
| 26c.2. | Name | | _____ |
| | Street | | _____ |
| | City | State | ZIP Code |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | | |
|---|---|---|
| 26d.1. | West Lake Flooring Services | |
| | Name | |
| | 4751 Wilshire Blvd. | |
| | Street | |
| | Suite 100 | |
| | Los Angeles | CA | 90010 |
| | City | State | ZIP Code |

| Name and address | | |
|---|---|---|
| 26d.2. | Next Gear Capital | |
| | Name | |
| | 11799 N. College Avenue | |
| | Street | |
| | Carmel | IN | 46032 |
| | City | State | ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.1. | Mosha Farache | |
| | Name | |
| | 270 S. Silver Palm Road | |
| | Street | |
| | Boca Raton | FL | 33462 |
| | City | State | ZIP Code |

Debtor    EXCELL AUTO GROUP, INC.
_____
Name

Case number (if known)___22-12790-EPK_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.
Name _____

Street _____

City _____ State _____ ZIP Code _____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Zankl | 16937 Pierre Circle, Delray Beach, FL 33446 | General Manager | 30% |
| Kristen Zankl | 16937 Pierre Circle, Delray Beach, FL 33446 | President | 30% |
| Edward Brown | 430 Via Del Orso, Jupiter, FL 33477 | Secretary | 40% |
| | | | |
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Edward Brown | $800,000.00 (est.) | 4/2021-4/2022 | Loan Repayment |
| Name | | | |
| Street | | _____ | |
| City State ZIP Code | | _____ | |
| Relationship to debtor | | | |
| Co-owner of Debtor | | _____ | |

Debtor  EXCELL AUTO GROUP, INC.  Case number *(if known)*  22-12790-EPK
        Name

| Name and address of recipient | | | |
|---|---|---|---|
| 30.2 | | | |
| Name | | | |
| Street | | | |
| City | State | ZIP Code | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/29/2022
             MM  /  DD  / YYYY

✗ /s/Scott Zankl                                    Printed name  Scott Zankl
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  General Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No.

☑ Yes