Fill in this information to identify the case and this filing:

Debtor Name __EXCELL AUTO GROUP, INC.__

United States Bankruptcy Court for the: __Southern__ District of __Florida__
(State)

Case number (If known): __22-12790-EPK__

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [x] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [ ] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [x] Other document that requires a declaration __Form 207 - Amended Statement of Financial Affairs__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/29/2022__
MM / DD / YYYY

X __/s/ signature__
Signature of individual signing on behalf of debtor

__Harry Winderman__
Printed name

__Attorney__
Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF electronic transmission and via U.S. Mail on the 29th day of June, 2022, to all parties on attached Service List.

                                              WEISS, HANDLER & CORNWELL, PA
*Attorneys for Interested Party*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
     HARRY WINDERMAN, ESQ.
     Florida Bar No. 209562
     hw@whcfla.com
     filings@whcfla.com
     gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **Joaquin J. Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A. Avron** pavron@bergersingerman.com
- **Zachary J. Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C. Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com
- **Alan R. Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Mitchell A. Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **Travis A. Harvey** tharvey@bakerdonelson.com
- **Dana L. Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Philip J. Landau** phil@landau.law
- **Mark A. Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G. Mancuso** ngm@mancuso-law.com
- **David B. Marks** brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B. Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E. Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com
- **Eric S. Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L. Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A. Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J. Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S. Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Harry J. Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B. Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S. Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J. Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Christian Somodevilla** cs@lss.law
- **Peter D. Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E. Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Aaron A. Wernick** awernick@wernicklaw.com
- **Paul E. Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G. Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

```
Label Matrix for local noticing          1001 Clint Moore, LLC                    Ally Bank Lease Trust - Assignor to Vehicle
113C-9                                   6560 W Rogers Circle                     4515 N Santa Fe Ave. Dept. APS
Case 22-12790-EPK                        Suite B27                                Oklahoma City, OK 73118-7901
Southern District of Florida             Boca Raton, FL 33487-2746
West Palm Beach
Wed Jun 29 12:11:26 EDT 2022

Auto Wholesale of Boca, LLC              BAL INVESTMENTS, LLC                     BENIDT INVESTMENTS/SLINGER, LLC
6560 W Rogers Circle                     c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.
Suite B27                                Baker Donelson, et al.                   150 West Flagler Street
Boca Raton, FL 33487-2746                200 S. Orange Ave., Ste. 2900            Suite 2200
                                         Orlando, FL 32801-3448                   Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC           DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o James C. Moon, Esq.                  c/o Ivan J. Reich
Meland Budwick, P.A.                     Meland Budwick, P.A.                     750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       200 South Biscayne Blvd., Ste 3200       Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Miami, FL 33131-5323

Daimler Trust                            EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.
c/o Paul Wilson                          1001 Clint Moore Road                    c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308       Suite 101                                7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia    FVP Opportunity Fund III, LP      FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.              c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                     Miami, FL 33131-4332                     Miami, FL 33131-4332

Franklin Capital Funding, LLC            Graves Directional Drilling Inc. a/k/a Grave    Integrated Vehicle Leasing, Inc.
c/o Shraiberg Page, PA                   c/o Kelley, Fulton, Kaplan & Eller PL    c/o Moritt Hock & Hamroff LLP
2385 NW Executive Center Dr., #300       1665 Palm Beach Lakes Blvd.,Ste. 1000    Attn.: Theresa A. Driscoll, Esq.
Boca Raton, FL 33431-8530                West Palm Beach, FL 33401-2109           400 Garden City Plaza
                                                                                  Garden City, NY 11530-3327

Karma of Broward, Inc.                   MMS Ultimate Services, Inc.              Mercedes Benz Financial Services USA, LLC.
c/o Weiss Handler & Cornwell, PA         7241 Catalina Isle Drive                 14372 Heritage Parkway
2255 Glades Road                         Lake Worth, FL 33467-7746                Fort Worth, TX 76177-3300
Suite 205E
Boca Raton, FL 33431-7391

Milco Atwater, LLC                       Millco Atwater, LLC                      Palm Beach County Tax Collector
c/o Eyal Berger                          201 E Las Olas Blvd #1800                c/o Hampton Peterson Esq
201 Las Olas Blvd #1800                  Fort Lauderdale, FL 33301-4442           POB 3715
Fort Lauderdale, FL 33301-4442                                                    West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC                Savannah Row Development Company, LLC    Shrayber Land, Inc.
c/o Thomas G. Zeichman                   c/o M.A. Dinkin Law Firm, P.L.L.C.       c/o Joaquin J. Alemany, Esq.
2385 Executive Center Drive, Suite 250   3319 SR 7, Suite 303                     HOLLAND & KNIGHT LLP
Boca Raton, FL 33431-8511                Wellington, FL 33449-8147                701 Brickell Ave., Suite 3300
                                                                                  Miami, FL 33131-2898

Tulocay Farm, Inc.                       Westlake Flooring Company, LLC           Westlake Services, LLC
c/o Peter Spindel, Esq., P.A.            c/o Liebler Gonzalez & Portuondo         c/o Liebler Gonzalez & Portuondo
POB 835063                               44 West Flagler Street                   44 West Flagler Street
Miami, FL 33283-5063                     25th Floor                               25th Floor
                                         Miami, FL 33130-1808                     Miami, FL   33130-1808
```

| | | |
|---|---|---|
| Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | 1001 Clint Moore, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 |
| A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 | AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Aaron Parkinson<br>Frederik Middleton<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 |
| Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Auto Wholesale of Boca, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 |
| Chad Zakin<br>c/o Mark A. Levy, Esq.<br>Brinkley Morgan<br>100 SE Third Ave, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esquire<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 |
| DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 | David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Ave., Ste. 240<br>Boca Raton, FL 33487-2840 | (c)EAG WHOLESALE, LLC/OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 |
| Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 | Edvard Dessalines<br>6160 Kelty Way<br>Lake Worth, FL 33467-6117 | Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 |
| FVP Opportunity Fund III LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd, Suite 2740<br>Miami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2740<br>Miami, FL  33131<br>david@softnesslaw.com  33131-4332 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 |
| First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Franklin Capital Funding, LLC<br>c/o Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 |
| Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 | Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | Graves Directional Drilling Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 |

| | | |
|---|---|---|
| Green Bucket Investments<br>Aaron Parkinson<br>6700 N Andrews Ave 3 Fl<br>Ft Laud., FL 33309-2204 | Haley Walker<br>c/o Olive Judd, P.A.<br>2426 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301-1573 | Integrated Vehicle Leasing Inc.<br>Theresa A. Driscoll<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Jack Brennan<br>GrayRobinson, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2798 | Jack Brennan<br>GrayRobison, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2741 | Johnie Floyd Weems, III<br>1199 S. Federal Highway, Suite 423<br>Boca Raton, FL 33432-7335 |
| Karma Palm Beach Inc. & Karma of Broward Inc<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Karma of Palm Beach Inc. & Karma of Broward<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Lillian Roberts<br>6360 NW 42nd Avenue<br>Coconut Creek, Florida 33073<br>Coconut Creek, FL 33073-3262 |
| MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Mike Halperin<br>c/o Philip J. Landau, Esq.<br>3010 N. Military Trail, Suite 318<br>Boca Raton, FL 33431-6300 |
| Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301-4442 | Moshe Farache and<br>MMS Ultimate Services, Inc.<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | (c)OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | (c)PEAK FINANCE, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 |
| Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 | Prestige Luxury Cars, LLC<br>70 SE 4TH AVE<br>DELRAY BEACH, FL 33483-4514 | Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway   33431-4258 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 |
| Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | Stefano Riga<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy Suite 203<br>Boca Raton, FL 33432-2848 | Stephen Breuer<br>Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Boca Raton, FL 33487-2840 |
| TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 | TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 |

| | | |
|---|---|---|
| The Gori Family Limited Partnership<br>c/o D. Brett Marks, Esquire<br>Akerman LLP<br>201 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, Florida 33301 | Theresa A. Driscoll<br>Moritt Hock & Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Timothy Olesijuk<br>c/o John D. Segaul, Esq.<br>300 S. Pine Island Rd #304<br>Plantation FL 33324-2621 |
| United Healthcare Insurance Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Alan Barbee<br>1400 Centerpark Blvd Suite 860<br>Suite 860<br>West Palm Beach, FL 33401-7421 |
| Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Andrew Todd McNeill<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 |
| Carina Avila<br>DMS Inc<br>4701 SW 51st St<br>Davie, FL 33314-5503 | Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Christopher Todd Bludworth<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 |
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 | Edvard Dessalines<br>c/o John E. Page<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431-8530 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 | John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Michael Halperin<br>c/o Philip Landau<br>Landau Law, PLLC<br>3010 N. Military Trail<br>Suite 318<br>Boca Raton, FL 33431-6300 | Moshe Farache<br>c/o James B. Miller, P.A.<br>19 West Flagler St.<br>Suite 416<br>Miami, FL 33130-4419 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 |
| Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

(d)Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(u)Johnie Floyd Weems, III

End of Label Matrix
Mailable recipients    119
Bypassed recipients      9
Total                  128