UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

                                                 Chapter 7

EXCELL Auto Group, Inc.,                      Case No. 22-12790-EPK

         Debtor.
_____/

## CERTIFICATE OF SERVICE - ECF 183 and 184

I HEREBY CERTIFY that true and correct copies of the following documents were served on all parties listed below in the manner and dates indicated:

**[ECF 183]** *Emergency Motion to Withdraw as Counsel for Kristen Zankl*
and
**[ECF 184]** *Notice of Hearing*

Dated: June 30, 2022

                                                          Wernick Law, PLLC
                                                          *Counsel for Kristen Zankl*
                                                          2255 Glades Road, Suite 324A
                                                          Boca Raton, Florida 33431
                                                          (561)961-0922/(561)431-2474- fax

                                                          By: */s/Aaron A. Wernick*
                                                          Aaron A. Wernick, Esq.
                                                          Florida Bar No.: 14059
                                                          awernick@wernicklaw.com

## SERVED VIA CM/ECF NOTICE ON JUNE 29, 2022 TO:

- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Paul A Avron    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- Zachary J Bancroft    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- Alan Barbee    abarbee@brileyfin.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com

- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Travis A Harvey    tharvey@bakerdonelson.com
- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Philip J Landau    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- John D. Segaul    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- Zach B Shelomith    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com

- 3 -

- Christian Somodevilla    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- Peter D. Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Paul E Wilson    pwilson@paulwilsonesq.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

**SERVED BY UNITED STATES POSTAL MAIL, FIRST CLASS, POSTAGE PREPAID ON JUNE 30, 2022 TO:**

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446