**U.S. Bankruptcy Court**
**Southern District of Florida (West Palm Beach)**

In re:                                                          Case No. **22-12790-EPK**
                                                                Chapter 13

**EXCELL AUTO GROUP, INC.**

          **Debtor                     /**

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE**

Winston Cuenant, Esq. and the law firm of Cuenant and Pennington P.A., pursuant to Fed. R. Bankr. P. 9010, hereby enters their appearance as counsel for creditor FREDERICK HALL, with regard to all matters and proceedings in the above-captioned bankruptcy proceeding. Frederick Hall hereby requests that all notices required to be given under Fed. R. Bankr. P. 2002 be given to it by due service upon its undersigned attorney.

Dated: July 1, 2022                    /s/WINSTON I. CUENANT
                                       Winston I. Cuenant
                                       Cuenant & Pennington, PA
                                       FBN: 50167
                                       101 NE 3rd Avenue, Suite 1500
                                       Fort Lauderdale, FL 33301
                                       Telephone: (954) 766-4271
                                       Facsimile: (954)379-4454

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) a true and correct copy of this filing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this filing is being served on counsel of record and parties in interest via transmission of Notices of Electronic Filing generated by CM/ECF this 1st day of July 2022.

                                       Respectfully submitted,

                                       /s/WINSTON I. CUENANT
                                       Winston I. Cuenant
                                       Cuenant & Pennington, PA