

**ORDERED in the Southern District of Florida on July 6, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

EXCELL Auto Group, Inc.,

Chapter 7
Case No. 22-12790-EPK

Debtor.
_____/

### ORDER GRANTING EMERGENCY
### MOTION TO WITHDRAW AS COUNSEL FOR KRISTEN ZANKL

THIS MATTER came before the Court on July 6, 2022 at 9:30 a.m. in West Palm Beach, Florida upon the *Emergency Motion to Withdraw as Counsel for Kristen Zankl* (the "Motion") [ECF 183] filed by Aaron A. Wernick, Esq. and the law firm of Wernick Law, PLLC (the "Movant"). The Court having reviewed the record, having heard the presentation of counsel, and having otherwise been fully advised, it is

**ORDERED** as follows:

1. The Motion is GRANTED.

2. The Movant is authorized to withdraw as counsel for Kristen immediately.

3. All interested parties shall serve any and all documents, pleadings and/or communications in this case upon Kristen Zankl at 16937 Pierre Circle, Delray Beach, FL 33446.

###

**Submitted by:**

Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Former Attorneys for Kristen Zankl*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*