UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

           Chapter 7

EXCELL Auto Group, Inc.,          Case No. 22-12790-EPK

        Debtor.
_____/

## CERTIFICATE OF SERVICE - ECF 193

I HEREBY CERTIFY that true and correct copies of the following document was served on all parties listed below in the manner and dates indicated:

**[ECF 193]** *Order Granting Emergency Motion to Withdraw as Counsel for Kristen Zankl*

Dated: July 8, 2022

        Wernick Law, PLLC
        *Counsel for Kristen Zankl*
        2255 Glades Road, Suite 324A
        Boca Raton, Florida 33431
        (561)961-0922/(561)431-2474- fax

        By: */s/Aaron A. Wernick*
        Aaron A. Wernick, Esq.
        Florida Bar No.: 14059
        awernick@wernicklaw.com

**SERVIED VIA CM/ECF NOTICE ON JULY 6, 2022 TO:**

- Joaquin J Alemany    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- Zachary J Bancroft    zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com,bkcts@bakerdonelson.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Alan R Crane    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net

- Dana L Kaplan    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- James C. Moon    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- John D. Segaul    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- Zach B Shelomith    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Peter D Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Paul E Wilson    pwilson@paulwilsonesq.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| IN RE: | CASE NO: 22-12790-EPK |
|---|---|
| EXCELL Auto Group, Inc. | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 193 |

On 7/8/2022, I did cause a copy of the following documents, described below,

Order Granting Emergency Motion to Withdraw as Counsel for Kristen Zankl ECF Docket Reference No. 193

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/8/2022

/s/ Aaron A. Wernick, Esq.
Aaron A. Wernick, Esq.  14059
Attorney for Debtor
Wernick Law, PLLC
2255 Glades Rd, Ste 324A
Boca Raton, FL  33431
561 613 8306
awernick@wernicklaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>EXCELL Auto Group, Inc. | CASE NO: 22-12790-EPK<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 193 |

On 7/8/2022, a copy of the following documents, described below,

Order Granting Emergency Motion to Withdraw as Counsel for Kristen Zankl ECF Docket Reference No. 193

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/8/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Aaron A. Wernick, Esq.
Wernick Law, PLLC
2255 Glades Rd, Ste 324A
Boca Raton, FL  33431

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL OR NEF DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS
ALLY BANK LEASE TRUST - ASSIGNOR TO VAULT
C/O AIS PORT
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY OK 73118

FIRST CLASS
CARINA AVILA
DMS INC
4701 SW 51ST ST
DAVIE FL 33314

FIRST CLASS
INTEGRATED VEHICLE LEASING, INC.
C/O MORITT HOCK & HAMROFF LLP, ATTN:
THERESA A. DRISCOLL, ESQ.
400 GARDEN CITY PLAZA
GARDEN CITY NY 11530

FIRST CLASS
KRISTEN ZANKL
16937 PIERRE CIRCLE
DELRAY BEACH FL 33446