United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 22-12790-EPK |
| EXCELL Auto Group, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| | + | Aaron A. Wernick, Esq., 2255 Glades Road, Suite 324A, Boca Raton, FL 33431-8571 |
| intp | + | Kristen Zankl, 16937 Pierre Circle, Delray Beach, FL 33446-3693 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 08, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron A Wernick | |
| | on behalf of Interested Party Kristen Zankl awernick@wernicklaw.com awernick@ecf.courtdrive.com;crubin@wernicklaw.com;dkariotis@wernicklaw.com;mlaverriere@wernicklaw.com |
| Alan Barbee | |
| | abarbee@brileyfin.com |
| Alan R Crane | |
| | on behalf of Trustee Nicole Testa Mehdipour acrane@furrcohen.com rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com |
| Bradley S Shraiberg | |
| | on behalf of Creditor Franklin Capital Funding  LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law |
| Christian Somodevilla | |
| | on behalf of Creditor Woodside Credit  LLC cs@lss.law, info@lss.law;cs@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 4 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf004 | Total Noticed: 2 |

Dana L Kaplan
    on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. dana@kelleylawoffice.com cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Dana L Kaplan
    on behalf of Creditor Steven Graves dana@kelleylawoffice.com cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

David A Ray
    on behalf of Trustee Nicole Testa Mehdipour dray@draypa.com sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com

David B Marks
    on behalf of Creditor Philip T. Gori brett.marks@akerman.com charlene.cerda@akerman.com

David B Marks
    on behalf of Creditor Millco Atwater LLC brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks
    on behalf of Creditor Edward Brown brett.marks@akerman.com charlene.cerda@akerman.com

David B Marks
    on behalf of Creditor John Wittig brett.marks@akerman.com charlene.cerda@akerman.com

David R. Softness
    on behalf of Creditor FVP Opportunity Fund III LP david@softnesslaw.com

David R. Softness
    on behalf of Creditor FVP Investments LLC, a Delaware limited liability company david@softnesslaw.com

David R. Softness
    on behalf of Creditor FVP Servicing LLC a Delaware limited liability company david@softnesslaw.com

Eric J Silver
    on behalf of Creditor BENIDT INVESTMENTS/SLINGER LLC esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric S Pendergraft
    on behalf of Creditor Edvard Dessalines ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft
    on behalf of Creditor Johnie Floyd Weems III ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eyal Berger, Esq.
    on behalf of Creditor John Wittig eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
    on behalf of Creditor Edward Brown eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
    on behalf of Creditor Philip T. Gori eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.
    on behalf of Creditor Milco Atwater LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Hampton Peterson, Esq
    on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com

Harry Winderman
    on behalf of Interested Party Scott Zankl harry4334@hotmail.com lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman
    on behalf of Interested Party Karma of Broward Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman
    on behalf of Debtor EXCELL Auto Group Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry J Ross, Esq
    on behalf of Interested Party Svetlana Petrovna Gorodova hross@hjrlaw.com jerri@hjrlaw.com

Harry J Ross, Esq
    on behalf of Interested Party Alexey Alekseyevich Gorodova hross@hjrlaw.com jerri@hjrlaw.com

Ivan J Reich, Esq
    on behalf of Creditor DCG 2008 Irrevocable Wealth Trust ireich@nasonyeager.com msmith@nasonyeager.com

James B Miller
    on behalf of Creditor Auto Wholesale of Boca LLC bkcmiami@gmail.com

District/off: 113C-9                              User: admin                                      Page 3 of 4
Date Rcvd: Jul 06, 2022                           Form ID: pdf004                                  Total Noticed: 2

| | |
|---|---|
| James B Miller | on behalf of Creditor Moshe Farache bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor MMS Ultimate Services Inc. bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor 1001 Clint Moore LLC bkcmiami@gmail.com |
| James C. Moon, Esq | on behalf of Creditor Chapford Specialty Finance LLC jmoon@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| James C. Moon, Esq | on behalf of Creditor Chapford Credit Opportunities Fund LP jmoon@melandbudwick.com ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com |
| James Randolph Liebler | on behalf of Creditor Westlake Services LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| James Randolph Liebler | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jason S Rigoli, Esq. | on behalf of Trustee Nicole Testa Mehdipour jrigoli@furrcohen.com rrivera@furrcohen.com;staff1@furrcohen.com |
| Joaquin J Alemany | on behalf of Creditor Shrayber Land Inc. joaquin.alemany@hklaw.com, jose.casal@hklaw.com |
| John D. Segaul | on behalf of Creditor Tim Olesijuk john@segaul.com court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net |
| John E Page | on behalf of Creditor Johnie Floyd Weems III jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com |
| John E Page | on behalf of Creditor Edvard Dessalines jpage@slp.law dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Richard Greenberg office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Andrew Greenberg office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Interested Party Stefano Riga office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Creditor Richard Applegate office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | on behalf of Interested Party Tarek Aboualazzm office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Mark A Levy, Esq | on behalf of Creditor Chad Zakin mark.levy@brinkleymorgan.com sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com |
| Mark E Steiner | on behalf of Creditor Westlake Services LLC MES@lgplaw.com, pm@lgplaw.com |
| Mark E Steiner | on behalf of Creditor Westlake Flooring Company LLC MES@lgplaw.com, pm@lgplaw.com |
| Mitchell A Dinkin, Esq. | on behalf of Creditor Savannah Row Development Company LLC mdinkin@madlegal.net, lucyd@madlegal.net |
| Nathan G Mancuso | on behalf of Creditor Excell Auto Sport and Service Inc. ngm@mancuso-law.com |
| Nicole Testa Mehdipour | Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trusteesolutions.net;BCasey@ntmlawfirm.com |
| Nicole Testa Mehdipour | on behalf of Trustee Nicole Testa Mehdipour Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trusteesolutions.net;BCasey@ntmlawfirm.com |
| Office of the US Trustee | |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf004 | Total Noticed: 2 |

    USTPRegion21.MM.ECF@usdoj.gov

Paul E Wilson
    on behalf of Creditor Daimler Trust pwilson@paulwilsonesq.com

Paul E Wilson
    on behalf of Creditor Mercedes Benz Financial Services USA  LLC. pwilson@paulwilsonesq.com

Paul A Avron, Esq.
    on behalf of Interested Party Andrew Todd McNeill pavron@bergersingerman.com
    efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Paul A Avron, Esq.
    on behalf of Interested Party Christopher Todd Bludworth pavron@bergersingerman.com
    efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Peter D. Spindel
    on behalf of Creditor Tulocay Farm  Inc. peterspindel@gmail.com, peterspindelcmecf@gmail.com

Philip J Landau
    on behalf of Creditor Michael Halperin phil@landau.law
    plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com

Stephen C Breuer
    on behalf of Creditor David Amsel stephen@breuer.law  genna@breuer.law,stephen@ecf.courtdrive.com

Thomas G Zeichman
    on behalf of Creditor Prestige Luxury Cars  LLC tzeichman@bmulaw.com, G67999@notify.cincompass.com

Travis A Harvey
    on behalf of Creditor BAL INVESTMENTS  LLC tharvey@bakerdonelson.com

Winston I Cuenant
    on behalf of Creditor Frederick Hall winston@cuenantlaw.com
    drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com

Zach B Shelomith
    on behalf of Creditor Woodside Credit  LLC zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com

Zachary J Bancroft
    on behalf of Creditor BAL INVESTMENTS  LLC zbancroft@bakerdonelson.com,
    achentnik@bakerdonelson.com,bkcts@bakerdonelson.com

TOTAL: 67



**ORDERED in the Southern District of Florida on July 6, 2022.**



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

EXCELL Auto Group, Inc.,

Debtor.
_____/

Chapter 7

Case No. 22-12790-EPK

## ORDER GRANTING EMERGENCY
## MOTION TO WITHDRAW AS COUNSEL FOR KRISTEN ZANKL

THIS MATTER came before the Court on July 6, 2022 at 9:30 a.m. in West Palm Beach, Florida upon the *Emergency Motion to Withdraw as Counsel for Kristen Zankl* (the "Motion") [ECF 183] filed by Aaron A. Wernick, Esq. and the law firm of Wernick Law, PLLC (the "Movant"). The Court having reviewed the record, having heard the presentation of counsel, and having otherwise been fully advised, it is

**ORDERED** as follows:

1. The Motion is GRANTED.

2. The Movant is authorized to withdraw as counsel for Kristen immediately.

3. All interested parties shall serve any and all documents, pleadings and/or communications in this case upon Kristen Zankl at 16937 Pierre Circle, Delray Beach, FL 33446.

###

**Submitted by:**

Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Former Attorneys for Kristen Zankl*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922
awernick@wernicklaw.com

*Aaron A. Wernick, Esq. is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*