

**ORDERED in the Southern District of Florida on July 14, 2022.**



Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:

EXCELL AUTO GROUP, INC.,

    Debtor.

_____/

Case No. 22-12790-EPK
Chapter 7

**ORDER APPROVING EMPLOYMENT OF
TRUSTEE'S ACCOUNTANT AND FINANCIAL ADVISOR**

THIS CAUSE came before the Court on July 6, 2022, at 9:30 a.m., upon the Trustee's Application for Employment of Alan R. Barbee, CPA, and GlassRatner Advisory & Capital Group, LLC, d/b/a B. Riley Advisory Services ("B. Riley Advisory") [ECF No. 163], Upon the representations that Alan R. Barbee is a Certified Public Accountant qualified to practice in the State of Florida, that Alan R. Barbee, CPA, and B. Riley Advisory

Services hold no interest adverse to the estate in the matters upon which they are engaged, that Alan R. Barbee, CPA, and B. Riley Advisory Services are disinterested as required by 11 U.S.C. §327(a), that their employment is necessary and would be in the best interests of the estate, it is

ORDERED AND ADJUDGED that the Trustee is authorized to employ Alan R. Barbee, CPA, and B. Riley Advisory Services, as Financial Advisor for the Trustee, retroactive to April 11, 2022, on a general retainer pursuant to 11 U.S.C. §§ 327 and 330.

###

Submitted by:
Nicole Testa Mehdipour, Esquire
LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.
6278 North Federal Highway, Suite 408
Ft. Lauderdale, FL  33308

*(Attorney Mehdipour is directed to serve a copy of this Order on all parties and file a Certificate of Service with the Court.)*