**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

In re:                                                                    Case No.:  22-12790-EPK

EXCELL AUTO GROUP, INC.,                                 Chapter 7

Debtor

_____/

**CERTIFICATE OF SERVICE - ECF 158**

I HEREBY CERTIFY that true and correct copies of the following document were

served on all parties listed below in the manner and dates indicated:

[ECF 158]

Dated July 20, 2022

Seyfarth Shaw LLP
Attorneys for Karma Automotive, LLC
233 South Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:  312-460-5325
Facsimile:  312-460-7325

By: /s/ James B. Sowka
James B. Sowka, Esq.
Florida Bar No. 0869821
jsowka@seyfarth.com

**SERVED VIA CM/ECF NOTICE ON JUNE 10, 2022 TO:**

- Joaquin J Alemany  joaquin.alemany@hklaw.com; jose.casal@hklaw.com
- Paul A Avron  pavron@bergersingerman.com; efile@bergersingerman.com;
  efile@ecf.inforuptcy.com; mmorgan@bergersingerman.com
- Zachary J Bancroft  zbancroft@bakerdonelson.com;
  achentnik@bakerdonelson.com; bkcts@bakerdonelson.com
- Alan Barbee  abarbee@brileyfin.com
- Eyal Berger  eyal.berger@akerman.com;
  jeanette.martinezgoldberg@akerman.com
- Stephen C Breuer  stephen@breuer.law; genna@breuer.law;
  stephen@ecf.courtdrive.com
- Alan R Crane  acrane@furrcohen.com; rrivera@furrcohen.com;
  ltitus@furrcohen.com; staff1@furrcohen.com

- Mitchell A Dinkin  mdinkin@madlegal.net; lucyd@madlegal.net
- Travis A Harvey  tharvey@bakerdonelson.com
- Dana L Kaplan  dana@kelleylawoffice.com; cassandra@kelleylawoffice.com; debbie@kelleylawoffice.com; craig@kelleylawoffice.com; kelleycr75945@notify.bestcase.com; scott@kelleylawoffice.com
- Philip J Landau  phil@landau.law; plandau@ecf.courtdrive.com; diane@landau.law; dlocascio@ecf.courtdrive.com
- Mark A Levy  mark.levy@brinkleymorgan.com; sandra.gonzalez@brinkleymorgan.com; brinkleymorganecf@gmail.com
- James Randolph Liebler  jrlii@lgplaw.com; mkv@lgplaw.com
- Nathan G Mancuso  ngm@mancuso-law.com
- David B Marks  brett.marks@akerman.com; charlene.cerda@akerman.com
- Nicole Testa Mehdipour  nicolem@ntmlawfirm.com; cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour  Trustee@ntmlawfirm.com; TRUSTEE_CMECF_Service@ntmlawfirm.com; FL80@ecfcbis.com; ntm@trustesolutions.net; BCasey@ntmlawfirm.com
- James B Miller  bkcmiami@gmail.com
- James C. Moon  jmoon@melandbudwick.com; ltannenbaum@melandbudwick.com; mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com
- Office of the US Trustee  USTPRegion21.MM.ECF@usdoj.gov
- John E Page  jpage@slp.law; dwoodall@slp.law; pmouton@slp.law; pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com
- Eric S Pendergraft  ependergraft@slp.law; dwoodall@slp.law; dlocascio@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law
- Hampton Peterson  legalservices@PBCTax.com
- Jordan L Rappaport  office@rorlawfirm.com; 1678370420@filings.docketbird.com
- David A Ray  dray@draypa.com; sramirez.dar@gmail.com; cm_ecf_service@ntmlawfirm.com
- Ivan J Reich  ireich@nasonyeager.com; msmith@nasonyeager.com
- Jason S Rigoli  jrigoli@furrcohen.com; rrivera@furrcohen.com; staff1@furrcohen.com
- Harry J Ross  hross@hjrlaw.com; jerri@hjrlaw.com
- John D. Segaul  john@segaul.com; court@segaulstoll.com; melissa@segaul.com; segaullawfirmpa@jubileebk.net
- Zach B Shelomith  zbs@lss.law; info@lss.law; zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg  bss@slp.law; dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law
- Eric J Silver  esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com; cgraver@stearnsweaver.com; mfernadez@stearnsweaver.com
- David R. Softness  david@softnesslaw.com
- Christian Somodevilla  cs@lss.law; info@lss.law; cs@ecf.courtdrive.com
- Peter D. Spindel  peterspindel@gmail.com; peterspindelcmecf@gmail.com

- Mark E Steiner  MES@lgplaw.com; pm@lgplaw.com
- Paul E Wilson  pwilson@paulwilsonesq.com
- Harry Winderman  harry4334@hotmail.com; lynoramae@gmail.com; lm@whcfla.com; filings@whcfla.com
- Thomas G Zeichman  tzeichman@bmulaw.com; G67999@notify.cincompass.com

**<u>SERVED BY UNITED STATES POSTAL MAIL, FIRST CLASS, POSTAGE PREPAID ON JULY 20, 2022 TO:</u>**

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust
c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446