UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP INC.,            CASE NO. 22-12790-EPK
                                      CHAPTER 7
        DEBTOR.
_____/

**NOTICE OF WITHDRAWAL AS COUNSEL (MOSHE FARACHE and MMS ULTIMATE SERVICES, INC.)**

      Comes Now, James B. Miller, Esq., and James B. Miller P.A. (collectively, "Firm") and herein withdraws as counsel of record for **Moshe Farache and MMS Ultimate Service, Inc.** in this Bankruptcy Case; and all future pleadings, orders and correspondence for these two creditors should be served via US Mail at:

        **Moshe Farache**
        **6560 W. Rogers Circle**
        **Suite B27**
        **Boca Raton, FL 33487**

        **MMS Ultimate Services, Inc.**
        **7241 Catalina Isla Dr.**
        **Lake Worth, FL 33467**

Dated: July 22nd, 2022.

                                     JAMES B. MILLER, P.A.
                                     JAMES B. MILLER, ESQ.
                                     19 West Flagler Street, Suite 416
                                     Miami, FL 33130
                                     Telephone: (305) 374-0200
                                     Facsimile: (305) 374-0250
                                     Email: jbm@title11law.com

                                     By:_____/s/_____
                                        JAMES B. MILLER
                                       Fla. Bar No. 0009164

**Certificate of Service**

    **I HEREBY CERTIFY** that a true and correct copy of this Notice has been served this 13th day of May, 2022, *via*: a) US Mail, first-class postage prepaid, upon MMS Ultimate Services, 7241 Catalina Isla Dr., Lake Worth, FL 33467; and Moshe Farache, 6560 W. Rogers Circle, Suite B27, Boca Raton, FL 33487; and, *via* CM/ECF upon those named below:

                                                      By:_____/s/_____
                                                        JAMES B. MILLER
                                                        Fla. Bar No. 0009164

**CM/ECF SERVICE LIST**:
-Michael R Bakst efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com; efileu3163@gmlaw.com;efileu3214@gmlaw.com
-Michael R Bakst on behalf of Trustee Michael R Bakst
efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com
-Michael R. Bakst, Esq. on behalf of Trustee Michael R Bakst
efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
-Lara R Fernandez on behalf of Creditor Synovus Bank
lrfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com;tyatsco@trenam.com
-Robert C Gindel on behalf of Defendant Brian Matthew Katz
robertgindel@robertgindel.com, shannon@robertgindel.com;R45854@notify.bestcase.com
-Teresa M Hair on behalf of Creditor Wells Fargo Bank, N.A.
teresa.hair@brockandscott.com, WBECF@brockandscott.com
-Gerard M Kouri Jr., Esq on behalf of Creditor Ford Motor Credit Company LLC
gmkouripaecf@gmail.com, gmkouri@bellsouth.net
-Paul N Mascia on behalf of Debtor Brian Matthew Katz
pmascia@nardellalaw.com, service@nardellalaw.com;klynch@nardellalaw.com
-James B Miller on behalf of Creditor Railside, LLC bkcmiami@gmail.com
-James B Miller on behalf of Plaintiff Railside LLC bkcmiami@gmail.com
-Wanda D Murray on behalf of Creditor Synovus Bank
ecfflsb@aldridgepite.com, WMurray@ecf.courtdrive.com
-Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
-Matthew Lee Schulis on behalf of Creditor Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
FLBKAttorneyecf@orlans.com, mschulis@orlans.com

    **I HEREBY** certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A**).**

                                                      By:_____/s/_____
                                                        JAMES B. MILLER
                                                        Fla. Bar No. 0009164