**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 22-12790-EPK
CHAPTER 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

**MOTION TO COMPEL TURNOVER**
**OF OCC CUSTOM ENZO FERRARI THEMED BIKE**

COMES NOW, Interested Parties, Frederick Middleton and Aaron Parkinson, by and through undersigned counsel, and hereby file this Motion to Compel Turnover of OCC Custom Enzo Ferrari Themed Bike, and state as follows:

1. The Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code on April 8, 2022.

2. Movants are the owners of an Orange County California Custom Enzo Ferrari Themed Bike. Copies of the Bill of Sale and photographs are attached as Composite Exhibit "A".

3. The Bike is not used for operation and therefore does not have a title or registration.

4. Prior to filing, Movants had the Bike delivered to Debtor's premises for display at a promotional event. The Bike was never consigned to Debtor or intended to be sold by Debtor; it was there for promotional purposes only.

5. The Bike was seized by the Trustee upon the filing of the original petition herein and is now in the possession of the Trustee.

6. Movants are and remain the lawful owners of the Bike. No other party has an

any ownership interest in the Bike and it is not property of the Estate.

7.	Movants request this Court enter an Order directing the immediate turnover of the Bike to Movants.

WHEREFORE, Interested Parties, Frederick Middleton and Aaron Parkinson, request this Court enter an Order directing the Trustee to turn over the OCC Custom Enzo Ferrari Themed Bike to Movants without further delay, and awarding such other relief as may be just.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically where available or by regular mail to all creditors and interested parties on the attached list this the 27th day of July, 2022.

>	RAPPAPORT OSBORNE & RAPPAPORT, PLLC
>	Attorneys for Middleton and Parkinson
>	Suite 203, Squires Building
>	1300 North Federal Highway
>	Boca Raton, Florida 33432
>	Telephone: (561) 368-2200
>
>	BY:     /s/
>	     JORDAN L. RAPPAPORT, ESQ.
>	     FL Bar No. 108022

# BILL OF SALE

**Date:** _____June 28, 2014_____

Orange County Choppers, 14 Crossroads Court, Newburgh, NY 12550, representative and OCC Vice-President Joan Kay **(Seller)** hereby certify that I am the lawful owner & manufacturer of this vehicle:

**Vehicle:** OCC Ferrari Bike
**Description**: Black **Year:** 2000
**Make:** OCC Custom Chopper
**Model:** Black Ferrari – Enzo mod

and have the authority to sell it. I hereby acknowledge the receipt of $105,000.00US in the form of (2) wire transfers, from Frederick Middleton & Aaron Parkinson, **(Buyers)** as full payment for the purchase of the above described custom motorcycle, which is sold "AS IS" with no warranty. I hereby state that the mileage of the vehicle at the time of sale is 2 miles.

I do hereby grant, sell and transfer full ownership of this Vehicle to the Buyer. I certify that this Vehicle, at the time of sale, is free from all encumbrances, taxes, fees and liens, and that, I (Seller) will defend and be held fully responsible for such lawful claims and demands with respect to the Vehicle, if any.

Buyer accepts full liability for the vehicle, damages, and any third party liability incurred from the Vehicle use from the date of sale forward.

Seller has signed and given original Title to Buyer upon the completion of this Sale.

_____         _____
Seller's Signature                                               Buyer's Signature

___June 28, 2014_____                                  ____June 30, 2014_____
Date                                                                    Date

# New Enzo Ferrari Themed Chopper





Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400

Commissioned to be built in 2014, Paul Teutul Sr, Aaron Parkinson and Skip Middleton decide to build an Enzo Ferrari themed bike in celebration of the new LaFerrari hitting showrooms at the same time. OCC's Jason Pohl designed the bike and Evan Ferraro worked the metal









Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400



Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400

- 
- Unveil: https://www.youtube.com/watch?v=zqjiy2PA4oQ
- Enzo Ferrari Specs
  Ferrari ENZO Black Chopper 5218

  Motor:   113" S&S polished
  Paint:  High Gloss Black PPG Nero BB Ferrari 1250 (frame painte
  Starter:  High Performance H-D (chrome)
  Transmission:  Baker 6 speed (chrome)  RSD (Hydraulic)
  Chain: EK 150 link chain (chrome)
  Primary:  Baker Open   (NO OBS) (Hidden Bolt Setup)
  Primary Cover: Painted (HG Black)
  License Plate:  Install Provisional plate
  Wheels:  5 spoke custom occ (Black) (painted)
  Tires:   21" X 3.5" front tire, 300 mm  x 18" rear metezler
  Brake Calipers: HHI (occ logo) (Chrome) Rear caliper arm (Chrom
  Gas Tank:  OCC Custom (painted)
  Fenders:  OCC Custom  (painted)
  Head Light: OCC Custom (painted)
  Battery Box:   Custom Under Seat (painted)
  Front End:  Mean Street Avalon (painted)
  Grips:  Custom OCC carbon fiber (with chrome tips)
  Mirrors:  Custom OCC  (chrome)
  Handle Bars:   OCC Custom (chrome)
  Hand Controls:   performance machine (3 button)  (chrome)
  Oil tank:   Under transmission (painted)
  Oil Filter:  chrome
  Exhaust:  OCC Custom (chrome)
  Foot Controls:   OCC Accutronics (kick back) (chrome)
  Shift linkage: Made in the USA (chrome) Air Cleaner:  OCC custom (chrome) Coil Cover:  OCC Dagger (chrome) Point Cover:  OCC logo (chrome)
  Seat: Black Leather "car-sections"  black OCC logo (Pirate Upholstery)
  Rear Brake light:  YES  (built into rear fender) (Radiance Bullets) (painted***)
  License Plate holder:  No (provisional plate)
  Indicators: Yes







Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400





Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400









Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400





Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400



Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400





Owned by Sinteag Ventures, Inc.
Inquiries: 561-808-9400