**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                                    Case No.  22-12790-EPK

**EXCELL AUTO GROUP, INC.**                              Chapter 7

       **Debtors**
_____/

### NOTICE OF FILING AUCTIONEER'S REPORTS OF SALE

    **Nicole Testa Mehdipour**, the Chapter 7 Trustee hereby files the following Reports of Sale on behalf of Document Management Solutions in connection with this Court's Order Approving Employment of Document Management Solutions, Inc. as Auctioneer in Connection with the Sale of Two (2) Jetskis [ECF No. 172], and the auction sale in accordance with the Trustee's Notice of Auction Sale [ECF No. 177] relating to the 2019 SeaDoo 155 (Hull ID# YDV39699J819) and a 2019 SeaDoo GTX (Hull ID# YDV05820J819).

    Dated: August 4, 2022

                                                  /s/ Nicole Testa Mehdipour, Trustee
                                                Nicole Testa Mehdipour, Trustee
                                                Chapter 7 Trustee
                                                6278 North Federal Highway
                                                Suite 408
                                                Fort Lauderdale, FL 33308
                                                Tel: (954) 858-5880
                                                www.NTMLawFirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on August 4, 2022, via the Court's CM/ECF electronic mail notification system and via First Class U.S. Mail as indicated below and on the attached service list.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

### *Sent via CM/ECF*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com

- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com

- **Peter D. Spindel**　peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**　MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**　pwilson@paulwilsonesq.com
- **Harry Winderman**　harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**　tzeichman@bmulaw.com, G67999@notify.cincompass.com

*<u>Sent via First Class U.S. Mail:</u>*

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446



## 4701 SW 51 Street
## Davie, Fl 33314

July 19, 2022

Nicole Testa Mehdipour, Trustee
200 E. Broward Blvd
Suite 1110
Fort Lauderdale, Florida 33301

Re:   Excell Auto Group Inc.
       Case No:  22-12790 EPK
       Asset:  2019 Sea Doo GTX

Dear Mrs. Mehdipour,

We would like to thank you for choosing DMS, Inc. to conduct your online auction of the above referenced asset.  Enclosed, please find the auction report, accounting summary, expense report and a check for the gross proceeds.

Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to contact us.

Sincerely,

Carina Avila
Operations Manager



## REPORT OF SALE

Enclosed, please find total gross proceeds from the sale of the above referenced asset sold on July 19, 2022 in the amount of $ 8,200.00.

During the seven (7) day auction, we had 2845 visits to our listing with 46 bids.

The asset was sold to:

<u>Jorge Arias</u>



## ACCOUNTING SUMMARY

GROSS AUCTION AMOUNT ........................................................  $ 8,200.00

OUT POCKET EXPENSES   ........................................................  <$   475.00>

COMMISSION (10% of gross proceeds) ...............................  <$   820.00>

**NET PROCEEDS** ........................................................................  $ 6,905.00

```
                                                                            1552
    DMS, Inc.
    4701 SW 51 Street
    Davie, Florida 33314
    954-533-3127
                                              DATE 7/05/2022      2047556299

PAY TO THE
ORDER OF  Nicole testa Mehdipour trstee for Excell Auto Group  $ 8200.00
  Eight thousand two hundred dollars & 00/100              DOLLARS

    CHASE
    JPMorgan Chase Bank, N.A.
FOR  2019 Sea doo GTX                    [signature]                    MP

           cdSdASdasdasdfdfsfsafdsafaspdf
```



# DMS

4701 SW 51 Street
Davie, Fl 33314

July 25, 2022

Nicole Testa Mehdipour, Trustee
200 E. Broward Blvd
Suite 1110
Fort Lauderdale, Florida 33301

Re:   Excell Auto Group Inc.
      Case No:  22-12790 EPK
      Asset:  2019 Sea Doo Wake

Dear Mrs. Mehdipour,

   We would like to thank you for choosing DMS, Inc. to conduct your online auction of the above referenced asset. Enclosed, please find the auction report, accounting summary, expense report and a check for the gross proceeds.

   Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to contact us.

Sincerely,

Carina Avila
Operations Manager



## REPORT OF SALE

Enclosed, please find total gross proceeds from the sale of the above referenced asset sold on July 22, 2022 in the amount of $ 4,600.00.

During the seven (7) day auction, we had 1247 visits to our listing with 12 bids. Asset did not meet reserve, best offer was presented to and accepted by Trustee.

The asset was sold to:

Raul Trutie



## ACCOUNTING SUMMARY

GROSS AUCTION AMOUNT ............................................. $ 4,600.00

OUT POCKET EXPENSES  ............................................. <$   475.00>

COMMISSION (10% of gross proceeds) ............................ <$   460.00>

NET PROCEEDS ........................................................... $ 3,665.00

| | |
|---|---|
| DMS, Inc.<br>4701 SW 51 Street<br>Davie, Florida 33314<br>954 533 3127 | 1551<br>DATE 7/21/2022 |

PAY TO THE ORDER OF: Nicole Testa Mehdipour, Trustee for Excell Auto Group   $ 4600.00

Four Thousand Six hundred dollars & 00/100   DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.

FOR 2019 Seadoo Wake