

**ORDERED in the Southern District of Florida on August 10, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                              Case No. 22-12790-EPK
                                                    Chapter 7
**EXCELL AUTO GROUP, LLC,**

     Debtor.
_____/

### ORDER CONTINUING HEARING AND SETTING RESPONSE DEADLINE

This matter came before the Court for hearing on August 10, 2022, upon the *Motion to Compel Turnover of OCC Custom Enzo Ferrari Themed Bike* [ECF No. 207] (the "Motion") filed by Frederick Middleton and Aaron Parkinson. For the reasons stated on the record, it is ORDERED and ADJUDGED:

    1.    The hearing on the Motion [ECF No. 207] is continued to **August 31, 2022, at 9:30 a.m.** The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in

the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E.  If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

     2.    Nicole Testa Mehdipour, chapter 7 trustee, is directed to file a response to the Motion no later than August 24, 2022.

### 

Copy to:
Jordan L. Rappaport, Esq.

*Jordan L. Rappaport, Esq. is directed to serve a copy of this order on all appropriate parties and shall file a certificate of service with the Court.*