

**ORDERED in the Southern District of Florida on August 10, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.,

    Debtor.

_____/

Case No.: 22-12790-EPK

Chapter 7

### AGREED ORDER ON TRUSTEE'S MOTION TO REJECT THE LEASE OF REAL PROPERTIES EFFECTIVE ON APRIL 30, 2022 [ECF NO. 95] AND ALLOWING PROOF OF CLAIM NO. 56

**THIS CASE** came before the Court on Wednesday, August 3, 2022, at 9:30 a.m., upon the *Trustee's Motion to Reject the Lease for Real Properties Effective om April 30, 2022* [ECF No. 95] (the "**Motion**"), the *Landlord's Limited Objection to Trustee's Motion to Reject the Lease for Real Properties Effective om April 30, 2022* [ECF No. 167], pursuant to this Court's *Order Granting Trustee's Motion to Reject the Lease for Real Properties Effective om April 30, 2022 [ECF No. 95]* [ECF No. 173], wherein this Court ordered that the lease was rejected but reserved jurisdiction to determine the effective date of the rejection, after briefing by the Parties (Trustee

1

and Landlord). At the instant Hearing, he Parties notified the Court that they had reached an agreement, which, after announced on the record, the Court finds reasonable and a reasonable exercise of the business judgment of the Trustee, the terms of which are set forth in this Agreed Order.  Accordingly, it is

**ORDERED that:**

1. The Motion is **GRANTED** and the lease is rejected effective June 15, 2022.

2. 1001 Clint Moore, LLC has an allowed administrative expense claim in the amount of $17,000.00, which shall be paid *pari passu* with all other administrative claims and shall forego seeking any other post-petition claims.

3. 1001 Clint Moore's filed Proof of Claim (No. 56) in the total amount of $122,616.54, which included prepetition rent claimed in the amount of $87,788.04, post-petition administrative rent claim of $34,828.50, and a secured claim in the amount of $9,250.00 (the security deposit 1001 Clint Moore was holding).

4. The post-petition administrative rent claim is resolved in paragraph 2 of this Order and without the need to file an amended proof of claim by the Landlord.

5. The Trustee and 1001 Clint Moore agree that the $9,250.00 security deposit shall be offset against 1001 Clint Moore's prepetition rent claim of $87,788.04.

6. The Trustee and 1001 Clint Moore agree that Proof of Claim 56 is allowed as a general unsecured claim in the amount of $78,538.04; and, that 1001 Clint Moore may immediately set off the security deposit of $9,250.00; and 1001 Clint Moore shall be and is entitled to and otherwise awarded and allowed herein a post-petition administrative expense/claim in the amount of $17,000.00.

7. **Any interested party that has an objection to the relief granted in this Order**

**must file and serve a written objection within twenty-one (21) days following the date of entry of this Order.**

###

**Submitted by:**
Jason S. Rigoli, Esquire
FURR & COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Tel: (561) 395-0500 Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Attorney, Jason S. Rigoli, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*