

**ORDERED in the Southern District of Florida on August 10, 2022.**

**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

                                               Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.,

                                               Chapter 7

       Debtor.

_____/

**AGREED ORDER ON TRUSTEE'S MOTION TO REJECT THE LEASE
OF REAL PROPERTIES EFFECTIVE ON APRIL 30, 2022 [ECF NO. 95]
AND ALLOWING PROOF OF CLAIM NO. 56**

**THIS CASE** came before the Court on Wednesday, August 3, 2022, at 9:30 a.m., upon the

*Trustee's Motion to Reject the Lease for Real Properties Effective om April 30, 2022* [ECF No.

95] (the "**Motion**"), the *Landlord's Limited Objection to Trustee's Motion to Reject the Lease for*

*Real Properties Effective om April 30, 2022* [ECF No. 167], pursuant to this Court's *Order*

*Granting Trustee's Motion to Reject the Lease for Real Properties Effective om April 30, 2022*

*[ECF No. 95]* [ECF No. 173], wherein this Court ordered that the lease was rejected but reserved

jurisdiction to determine the effective date of the rejection, after briefing by the Parties (Trustee

and Landlord). At the instant Hearing, he Parties notified the Court that they had reached an agreement, which, after announced on the record, the Court finds reasonable and a reasonable exercise of the business judgment of the Trustee, the terms of which are set forth in this Agreed Order.  Accordingly, it is

**ORDERED that:**

1.	The Motion is **GRANTED** and the lease is rejected effective June 15, 2022.

2.	1001 Clint Moore, LLC has an allowed administrative expense claim in the amount of $17,000.00, which shall be paid *pari passu* with all other administrative claims and shall forego seeking any other post-petition claims.

3.	1001 Clint Moore's filed Proof of Claim (No. 56) in the total amount of $122,616.54, which included prepetition rent claimed in the amount of $87,788.04, post-petition administrative rent claim of $34,828.50, and a secured claim in the amount of $9,250.00 (the security deposit 1001 Clint Moore was holding).

4.	The post-petition administrative rent claim is resolved in paragraph 2 of this Order and without the need to file an amended proof of claim by the Landlord.

5.	The Trustee and 1001 Clint Moore agree that the $9,250.00 security deposit shall be offset against 1001 Clint Moore's prepetition rent claim of $87,788.04.

6.	The Trustee and 1001 Clint Moore agree that Proof of Claim 56 is allowed as a general unsecured claim in the amount of $78,538.04; and, that 1001 Clint Moore may immediately set off the security deposit of $9,250.00; and 1001 Clint Moore shall be and is entitled to and otherwise awarded and allowed herein a post-petition administrative expense/claim in the amount of $17,000.00.

7.	**Any interested party that has an objection to the relief granted in this Order**

**must file and serve a written objection within twenty-one (21) days following the date of entry**

**of this Order.**

*###*

**Submitted by:**
Jason S. Rigoli, Esquire
FURR & COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Tel: (561) 395-0500 Fax: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Attorney, Jason S. Rigoli, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*