

ORDERED in the Southern District of Florida on August 12, 2022.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 22-12790-EPK
CHAPTER 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

**ORDER GRANTING COLUMBUS DAY FINANCE, LLC'S EXPEDITED**
**MOTION TO COMPEL TURNOVER ORIGINAL TITLE AND ORIGINAL APPLICATION**
**FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION FOR 2017**
**MASERATI QUATTROPORTE**

THIS MATTER came on to be heard on August 10, 2022 in West Palm Beach, upon the Expedited Motion to Compel Turnover of Original Title and Original Application for Certificate of Title With/Without Registration for a 2017 Maserati Quattroporte VIN No. ZAM56RRL9H1204223 (ECF 202), and the Court having heard argument of counsel and being otherwise duly advised, it is:

ORDERED AND ADJUDGED:

1.    The Expedited Motion to Compel Turnover of is GRANTED for the reasons

stated on the record; and

      2.     The Trustee shall release the subject Original Title and Original Application for Certificate of Title With/Without Registration for a 2017 Maserati Quattroporte VIN No. ZAM56RRL9H1204223 forthwith.

###

Submitted by:

Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Attorneys for Columbus
1300 N. Federal Highway, Suite 203
Boca Raton, FL  33432
Telephone:  561-368-2200
Facsimile:  561- 338-0350

Jordan L. Rappaport is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.