**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

**EXCELL AUTO GROUP, INC.,**  Case No. 22-12790-EPK
 Chapter 7

　　　　Debtor.
_____/

**TRUSTEE'S NOTICE OF ABANDONMENT**

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

　　NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee (the "Trustee") for the estate of EXCELL AUTO GROUP, INC., gives notice of the proposed abandonment of the Trustee's interest in the following property:

　　8 white chairs; 4 stools; 1 roller desk; 3 desk chairs; 1 white desk and 1 sofa/sectional

　　The Trustee believes that the property and its contents is burdensome and of inconsequential value and benefit to the estate. Any objection shall be filed with the U.S. Bankruptcy Court 1515 N. Flagler Drive #801, West Palm Beach, FL 33401, and a copy served on the trustee.

　　Date: August 12, 2022

　　　　　　　　　　　　　　　　　　　　/s/ Nicole Testa Mehdipour, Trustee
　　　　　　　　　　　　　　　　　　　　Nicole Testa Mehdipour, Trustee
　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee
　　　　　　　　　　　　　　　　　　　　6278 North Federal Highway
　　　　　　　　　　　　　　　　　　　　Suite 408
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL 33308
　　　　　　　　　　　　　　　　　　　　Tel: (954) 858-5880
　　　　　　　　　　　　　　　　　　　　www.NTMLawFirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Abandonment* was served via the Court's CM/ECF notification to all parties indicated below and via U.S. Mail, postage prepaid, upon all creditors and interested parties on the attached notice on this August 12, 2022.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

*Via CM/ECF Notification*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com

2

- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com

- **James B Sowka**     jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**     peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**     MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**     pwilson@paulwilsonesq.com
- **Harry Winderman**     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**     tzeichman@bmulaw.com, G67999@notify.cincompass.com

<u>*Sent via First Class U.S. Mail:*</u>  To all parties on the attached service list.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Fri Aug 12 13:31:45 EDT 2022 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Columbus Day Finance, LLC<br>c/o Jordan L. Rappaport, Esq<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 | Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 |
| Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 | FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Integrated Vehicle Leasing, Inc.<br>c/o Moritt Hock & Hamroff LLP<br>Attn.: Theresa A. Driscoll, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Karma Automotive, LLC<br>c/o James B. Sowka<br>233 South Wacker Drive,, IL 60606 | Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 |
| MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 |
| Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 | Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 |

| | | |
|---|---|---|
| Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 |
| 1001 Clint Moore, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 |
| AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 |
| Aaron Parkinson<br>Frederik Middleton<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 | Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| Auto Wholesale of Boca, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | Chad Zakin<br>c/o Mark A. Levy, Esq.<br>Brinkley Morgan<br>100 SE Third Ave, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 |
| Chapford Specialty Finance LLC<br>c/o James C. Moon, Esquire<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 |
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Ave., Ste. 240<br>Boca Raton, FL 33487-2840 | (c)EAG WHOLESALE, LLC/OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL   33431-5862 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 |
| Edvard Dessalines<br>6160 Kelty Way<br>Lake Worth, FL 33467-6117 | Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 | FVP Opportunity Fund III LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd, Suite 2740<br>Miami, FL 33131-4332 |
| FVP Opportunity Fund III, LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2740<br>Miami, FL  33131<br>david@softnesslaw.com   33131-4332 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| Franklin Capital Funding, LLC<br>c/o Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 |

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

The Gori Family  Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

Timothy Olesijuk
c/o John D. Segaul, Esq.
300 S. Pine Island Rd #304
Plantation FL 33324-2621

United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Aaron Parkinson
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Alan Barbee
1400 Centerpark Blvd Suite 860
Suite 860
West Palm Beach, FL 33401-7421

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Frederick Hall
Cuenant & Pennington P.A.
c/o Winston Cuenant
101 NE 3rd Avenue
Suite #1500
Fort Lauderdale, FL 33301-1181

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164


Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419


(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147


(d)Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(u)Johnie Floyd Weems, III

**End of Label Matrix**
Mailable recipients    124
Bypassed recipients      9
Total                  133