UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,
                                                    Chapter 7 Case
        Debtor.
_____/

### THE CHAPTER 7 TRUSTEE'S EX PARTE APPLICATION FOR APPROVAL OF EMPLOYMENT OF YOUNG FOSTER PLLC AS SPECIAL CONFLICT LITIGATION COUNSEL RETROACTIVE TO AUGUST 1, 2022

Pursuant to 11 U.S.C. §§ 327 and 330, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014-1 and 9013-1, Chapter 7 Trustee, NICOLE TESTA MEHDIPOUR (the "Chapter 7 Trustee"), respectfully applies to the Court on an *ex parte* basis for an Order, substantially in the form attached hereto as **Exhibit B**, authorizing the employment of Michael C. Foster, Esq. and the law firm of Young Foster PLLC (collectively, the "Applicant"), as special conflict litigation counsel to the Chapter 7 Trustee, retroactive to August 1, 2022, stating as follows:

1.      On April 8, 2022 (the "Petition Date"), the Debtor filed a petition for relief (the "Bankruptcy Case") under Chapter 7 of the United States Code (the "Bankruptcy Code") and the Chapter 7 Trustee was thereafter appointed.

2.      Applicant's services are needed to assist the Chapter 7 Trustee with due diligence, investigation, analysis, and to the extent appropriate, pursuit of any and all potential claims and causes of action, including, but not limited to, potential Chapter 5 actions, avoidance actions, and/or actions for turnover of property of the estate against Kenneth J. Goodman, The DCG 2008

Irrevocable Wealth Trust, and related parties (collectively, "Litigation Claims"). The Applicant's assistance is necessary in connection with the Litigation Claims where the law firm of Furr and Cohen, P.A. has previously disclosed a conflict with the evaluation of such claims.

3. The Applicant has substantial experience and expertise in bankruptcy matters, litigating adversary proceedings before this Court, and pursuing Litigation Claims. Therefore, Trustee believes that the Applicant is qualified to act as special conflict litigation counsel for the Trustee. The Trustee submits that Applicant is uniquely qualified to serve as special conflict litigation counsel to the Trustee due to such substantial experience and expertise in these areas.

4. Attached to this Application is the *Declaration of Michael C. Foster in Support of Application to Employ* (the "Declaration") – a verified statement as required under Bankruptcy Rule 2014 – demonstrating that the Applicant and its attorneys are disinterested as required by 11 U.S.C. § 327(a). The Declaration is attached hereto as **Exhibit A.**

5. To the best of the Chapter 7 Trustee's knowledge, pursuant to § 327 of the Bankruptcy Code, the Applicant does not hold or represent any interest adverse to the Debtor or the estate with respect to the matters concerning which the Applicant is to be employed. To the best of the Trustee's knowledge, the Applicant is thus "disinterested" as such term is defined in 11 U.S.C. § 101(14) with respect to the matters concerning which the Applicant is to be employed and has no connection with the Debtor, its creditors, or any other party in interest except as described in the Declaration.

6. Applicant has agreed to be compensated pursuant to 11 U.S.C. § 330.

7. The Trustee respectfully submits that the retention of the Applicant is necessary and in the best interests of the Debtor's estate and that the terms and conditions of such

employment as proposed herein are reasonable, necessary, and in the best interests of the Debtor's estate.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order, in the form attached hereto as **Exhibit B,** approving the employment of the Applicant as special conflict litigation counsel for the Trustee under the terms and conditions set forth herein retroactive as of August 1, 2022.

Dated: August 16, 2022.

Respectfully submitted,

_/s/ Nicole Testa Mehdipour_

Nicole Testa Mehdipour
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 16, 2022, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

YOUNG FOSTER PLLC
*Proposed Special Conflict Litigation*
*Counsel for the Chapter 7 Trustee*
1600 South Federal Highway, Suite 570
Pompano Beach, Florida 33062
Telephone:    (954) 866-3570
Facsimile:    (954) 866-3571


By:    /s/ *Michael C. Foster, Esq.*
      Michael C. Foster, Esq.
      Florida Bar No. 0042765
      michael@youngfoster.com
      admin@youngfoster.com

**SERVICE LIST**

**Sent via CM/ECF**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**  jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**  legalservices@PBCTax.com
- **Jordan L Rappaport**  office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**  dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**  ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**  jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**  hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**  john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**  zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**  bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**  esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**  david@softnesslaw.com
- **Christian Somodevilla**  cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **James B Sowka**  jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**  peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**  MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**  pwilson@paulwilsonesq.com
- **Harry Winderman**  harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**  tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Sent via First Class U.S. Mail:**

**Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446

**See attached mailing matrix.**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Aug 16 15:10:54 EDT 2022 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 |
| Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Columbus Day Finance, LLC<br>c/o Jordan L. Rappaport, Esq<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 | Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 |
| Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 | FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Integrated Vehicle Leasing, Inc.<br>c/o Moritt Hock & Hamroff LLP<br>Attn.: Theresa A. Driscoll, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Karma Automotive, LLC<br>c/o James B. Sowka<br>233 South Wacker Drive,, IL 60606 | Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 |
| MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 |
| Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 | Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 |

| | | |
|---|---|---|
| Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 |
| 1001 Clint Moore, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 |
| AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 |
| Aaron Parkinson<br>Frederik Middleton<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 | Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| Auto Wholesale of Boca, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | Chad Zakin<br>c/o Mark A. Levy, Esq.<br>Brinkley Morgan<br>100 SE Third Ave, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 |
| Chapford Specialty Finance LLC<br>c/o James C. Moon, Esquire<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 |
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Ave., Ste. 240<br>Boca Raton, FL 33487-2840 | (c)EAG WHOLESALE, LLC/OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 |
| Edvard Dessalines<br>6160 Kelty Way<br>Lake Worth, FL 33467-6117 | Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 | FVP Opportunity Fund III LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd, Suite 2740<br>Miami, FL 33131-4332 |
| FVP Opportunity Fund III, LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2740<br>Miami, FL  33131<br>david@softnesslaw.com   33131-4332 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| Franklin Capital Funding, LLC<br>c/o Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 |

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TBF
333 River Street
Hoboken, NJ 07030-5856

| | | |
|---|---|---|
| TVT<br>1407 Broadway<br>New York, NY 10018-5100 | TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 | The Gori Family Limited Partnership<br>c/o D. Brett Marks, Esquire<br>Akerman LLP<br>201 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, Florida 33301 |
| Theresa A. Driscoll<br>Moritt Hock & Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Timothy Olesijuk<br>c/o John D. Segaul, Esq.<br>300 S. Pine Island Rd #304<br>Plantation FL 33324-2621 | United Healthcare Insurance Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 |
| Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Aaron Parkinson<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Alan Barbee<br>1400 Centerpark Blvd Suite 860<br>Suite 860<br>West Palm Beach, FL 33401-7421 |
| Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Andrew Todd McNeill<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 |
| Carina Avila<br>DMS Inc<br>4701 SW 51st St<br>Davie, FL 33314-5503 | Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Christopher Todd Bludworth<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 |
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 | Edvard Dessalines<br>c/o John E. Page<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431-8530 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Frederick Hall<br>Cuenant & Pennington P.A.<br>c/o Winston Cuenant<br>101 NE 3rd Avenue<br>Suite #1500<br>Fort Lauderdale, FL 33301-1181 | Frederick Middleton<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 |
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Michael Halperin<br>c/o Philip Landau<br>Landau Law, PLLC<br>3010 N. Military Trail<br>Suite 318<br>Boca Raton, FL 33431-6300 |
| Moshe Farache<br>6560 W. Rogers Circle Suit B27<br>Boca Raton, FL 33487-2746 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |

| | | |
|---|---|---|
| Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 |
| Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| EAG Wholesale, LLC/OLP EAG, LLC<br>c/o Simon & Sigalos, LLC<br>3839 NW Boca Raton Blvd. #100<br>Boca Raton, FL 33431 | OLP EAG, LLC<br>c/o Simon & Sigalos, LLP<br>3839 NW Boca Raton Blvd. #100<br>Boca Raton, FL 33431 | Peak Finance, LLC<br>c/o Simon & Sigalos, LLP<br>3839 NW Boca Raton Blvd #100<br>Boca Raton FL 33431 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Graves Directional Drilling, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | (d)Moshe Farache and MMS Ultimate Services, I<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 |
| (u)Parkinson Holdings LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216 | (u)Parkinson Super Pty LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216 | (d)Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington FL 33449-8147 |
| (d)Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>Holland & Knight LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | (d)Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | (u)Johnie Floyd Weems, III |

**End of Label Matrix**
**Mailable recipients** 124
**Bypassed recipients** 9
**Total** 133