UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 22-12790-MAM

EXCELL AUTO GROUP, INC.,

Chapter 7 Case

Debtor.
_____/

## DECLARATION OF MICHAEL C. FOSTER, ESQ. IN SUPPORT OF APPLICATION TO EMPLOY

Michael C. Foster, Esq., pursuant to 28 U.S.C. § 1746, does state:

1. I am an attorney admitted to practice in the State of Florida and in the United States Bankruptcy Courts in the Southern District of Florida.

2. I am a partner at the law firm of Young Foster PLLC (the "Firm"), which maintains an office at 1600 S. Federal Highway, Suite 570, Pompano Beach, Florida 33062-7558.

3. I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of *The Chapter 7 Trustee's Ex Parte Application for Approval of the Employment of Young Foster PLLC as Special Conflict Litigation Counsel Retroactive to August 1, 2022* (the "Application").

4. Unless other otherwise stated, this Declaration is based upon facts of which I have personal knowledge.

5. In preparing this Declaration, I reviewed the name of the Debtor (as defined in the Application), the Debtor's insiders, and the Debtor's creditors, as such names are filed with the Court. I compared the information obtained thereby with the information from the Firm's client and adverse party conflict check system. The facts stated in this Declaration as to the relationship

between lawyers in our firm and the Debtor, the Debtor's insiders, the Debtor's creditors, the U.S. Trustee, other persons employed by the U.S. Trustee, and those persons and entities who are defined as disinterested persons in § 101(14) of the Bankruptcy Code, are based on the results of my review of the Firm's conflict check system.  Specifically, I conducted (i) a computer search of the Firm's records with respect to all names referred to in paragraph 5; and (ii) disseminated a written request for information to the attorneys in the Firm regarding connections to the Debtor. Based upon such search, the Firm does not represent any entity in a matter that would constitute a conflict of interest or impair the disinterestedness of the Firm.

6. The Firm's conflicts check system is comprised of records regularly maintained in the course of business of the Firm and it is the regular practice of the Firm to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

7. Neither I, nor the Firm, hold or represent any interest adverse to the estate, and we are disinterested persons within the scope and meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

8. Undersigned counsel has represented, the Chapter Trustee in her fiduciary capacity as trustee in various bankruptcy cases that are unrelated to the bankruptcy case, *sub judice*. Except for the representation of the Chapter 7 Trustee in this and certain unrelated matters, neither I nor the Firm have any connections with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

9.	Neither I, nor the Firm, has or will represent any other entity in connection with this case, and neither I, nor the Firm, will accept any fee from any other party or parties in this case, except the Chapter 7 Trustee, unless otherwise authorized by the Court.

10.	Neither I, nor the Firm, has any connections with the Debtor, the Debtor's creditors, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

11.	The professional fees and costs incurred by the Firm in the course of its representation of the Chapter 7 Trustee in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331 and Federal Rules of Bankruptcy Procedure 2014 and 2016.

12.	The current hourly rates for the attorneys at the Firm range from $350.00 to $550.00. My current hourly rate is $550.00. The current hourly rates for partners who may work on this case range from $450.00 to $550.00. The current hourly rates for other attorneys who may work on this case range from $250.00 to $350.00. The current hourly rates for legal assistants and paralegals that may work on this matter range from $175.00 to $225.00. In the normal course of business, the Firm revises its hourly rates.

13.	No promises have been received by the Firm, any or its partners, or other employees or affiliates as to compensation in connection with the case other than in accordance with the provisions of the Bankruptcy Code.

14.	 No attorney in the Firm has any other connection with the Debtor, the Debtor's creditors, United States Trustee or any employee of that office or any other parties in interest.

15.	No attorney in the Firm has any other interest, direct or indirect, that may be affected by the proposed representation.

16. Except as set forth herein or in the Application, no attorney in the Firm has had or presently has any connection with the captioned Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the Firm is to be engaged, except that I, our law firm, and our attorneys may have appeared in the past, and may appear in the future, in other cases in which one or more of said parties may be involved.

### 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2022.

_____
Michael C. Foster, Esq.