

**ORDERED in the Southern District of Florida on August 19, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,
                                                                          Chapter 7 Case
        Debtor.
_____/

**ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION
FOR EMPLOYMENT OF COUNSEL**

THIS CAUSE came before the Court upon the *Chapter 7 Trustee's Ex Parte Application for Approval of the Employment of Young Foster PLLC as Special Conflict Litigation Counsel Retroactive to August 1, 2022* (the "Application") [ECF No.226]. Upon the representation that Michael C. Foster, Esq. is duly qualified to practice in this Court pursuant to Local Rule 2090-1(A), that Michael C. Foster, Esq. and Young Foster PLLC (collectively the "Applicant") hold no interest adverse to the estate in the matters upon which they are engaged, that the Applicant consists of

disinterested persons as required by 11 U.S.C §327(a), and has disclosed any connections with parties set forth in Rule 2014 of the Federal Rules of Bankruptcy Procedure, and that Applicant's employment is necessary and would be in the best interests of the estate, it is

**ORDERED** and **ADJUDGED** that the Chapter 7 Trustee, Nicole Testa Mehdipour, is authorized to employ Michael C. Foster, Esq. and Young Foster PLLC, retroactive to August 1, 2022, as special conflict litigation counsel for the Chapter 7 Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327, 330, and 331, and in accordance with the terms and conditions set forth in the Application.

###

**Submitted by:**
Michael C. Foster, Esq.
Young Foster PLLC
1600 S. Federal Highway
Suite 570
Pompano Beach, FL 33301

*(Attorney Foster shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*