UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE.

EXCELL AUTO GROUP, INC.      Case No.:  22-12790-EPK
                                                             Chapter 7

Debtor.
_____/

## CREDITOR, THE DCG 2008 IRREVOCABLE WEALTH TRUST'S REQUEST FOR COPIES OF DEBTOR'S TAX RETURNS IN THE POSESSION OF THE CHAPTER 7 TRUSTEE

Creditor, the DCG 2008 Irrevocable Wealth Trust ("DCG"), by and through undersigned counsel, hereby files this its request for copies of all of Debtor, Excell Auto Group, Inc.'s ("Debtor" or "Excell") state and federal tax returns in the possession of, and acquired by, the Chapter 7 Trustee, Nicole Testa Mehdipour ("Trustee"), from Debtor.

Dated:  August 19, 2022        /s/ Ivan J. Reich
                                         Ivan J. Reich (FBN:  778011)
                                         NASON, YEAGER, GERSON, HARRIS
                                              & FUMERO, P.A.
                                         750 Park of Commerce Blvd, Suite 210
                                         Boca Raton, FL  33487
                                         Tel:  (561) 982-7114
                                         Fax:  (561) 982-7116
                                         Email:  ireich@nasonyeager.com
                                                                 msmith@nasonyeager.com
                                         *Attorneys for Creditor,*
                                         *the DCG 2008 Irrevocable Wealth Trust*

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 19th day of August, 2022, a true and accurate copy of the foregoing has been furnished to the Clerk of the Court using CM/ECF electronic service.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

                                                                              /s/  Ivan J. Reich
                                                                              Attorney