UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

                                      Case No.: 22-12790-EPK

EXCELL AUTO GROUP, INC.                Chapter 7

         Debtor.

_____/

**TRUSTEE'S RESPONSE IN OPPOSITION TO MOTION TO COMPEL
TURNOVER OF OCC CUSTOM ENZO FERRARI THEMED BIKE (ECF No. 207)**

Nicole Testa Mehdipour, Chapter 7 Trustee (the "Trustee") for the estate (the "Estate") of Excell Auto Group, Inc. (the "Debtor"), by and through undersigned counsel, files this response in opposition to the *Motion to Compel Turnover of OCC Custom Enzo Ferrari Themed Bike* (ECF No. 207) filed by interested parties Frederick Middleton and Aaron Parkinson, and states as follows:

1.       The Trustee's position is that Mr. Middleton and Mr. Parkinson have no interest in the Ferrari Motorcycle.  The Ferrari Motorcycle was either commissioned by and delivered to the Debtor in July of 2014 or the Debtor was gifted the Ferrari Motorcycle with the purpose of using the Ferrari Motorcycle as part of a raffle to raise money for breast cancer research in or November 2014.  The Ferrari Motorcycle came back into the possession of the Debtor by way of the successful bidder at the auction for resale.  The Trustee asserts that the Ferrari Motorcycle was on consignment with the Debtor at the time of the bankruptcy filing.

2.       Messrs. Middleton and Parkinson submitted a Bill of Sale dated June 28, 2014, with their Motion naming them jointly as the "buyers."  The Trustee questions the authenticity of the Bill of Sale.  The Trustee notes the following discrepancies between the Bill of Sale and other information gleaned by the Trustee:

1

(a)  the Bill of Sale directly contradicts the Movants' statements that "[t]he Bike is not used for operation and therefore does not have a title or registration[,]" [ECF No. 207, p. 1, ¶ 3], where the Bill of Sale reads: "Seller has signed and given original Title to Buyer upon completion of this Sale." [ECF No. 207, p. 3].

(b)  The Bill of Sale reflects year of the motorcycle being a 2000, [ECF No. 207, p. 3], however, the certification label on the Ferrari Motorcycle has the "Date of MFG. April 3, 2014," *see* **Composite Exhibit 1**.

(c)  The Movants' statement that "[t]he Bike is not used for operation and therefore does not have a title or registration[,]" [ECF No. 207, p. 1, ¶ 3], is contradicted by the Bill of Sale which reads: "Seller has signed and given original Title to Buyer upon completion of this Sale." [ECF No. 207, p. 3].

3.    The Trustee requested additional evidence to support the Movants' position, such as proof of payment or a copy of the title, however nothing has been provided to date.

4.    The Trustee is unclear whether there is an actual title or whether the Bill of Sale erroneously refers to a title.  Further, the Ferrari Motorcycle in possession of the Trustee has a vehicle identification number.  Therefore, there should be a title.[1]

**A.  The Business Relationship between the Debtor, Mr. Parkinson, Mr. Middleton, and their Business Entities**

5.    Mr. Parkinson and/or Mr. Middleton, individually, jointly, or through various business entities had a long-term business relationship with the Debtor. Parkinson, Middleton, or their entities appear to have started doing business with the Debtor in 2013.  Parkinson, Middleton and/or their entities were private lenders with the Debtor involving millions of dollars. The financing arrangements appear to have started with notes and security instruments, then developed into a "Wholesale" and "Locate" financing program with the Debtor.

6.    In this case, Aaron Parkinson filed POC 47 claiming an amount owed for $1,661,000.00 for "Monies loaned."   Parkinson Holdings Pty, Ltd, filed POC 48 in the amount of

---

[1] Assuming that Florida law is applicable, Florida Statute §319,14(1)(a) and (b) would require that the Ferrari Motorcycle have a title even if it were rebuilt motorcycle.  The Trustee is unaware of any other applicable state law.

$980,000.00 for "Monies loaned."    Parkinson Super Pty, Ltd, filed POC 49 in the amount of $500,000.00.    Aaron Parkinson and Frederick Middleton filed POC 50 in the amount of $150,000.00 (with neither a basis nor attachment provided).  Green Bucket Investments filed POC 52 in the amount of $2,285,000.00 for Monies loaned."  POC Nos. 47, 48, 49, and 50, collectively are the "<u>Parkinson Claims</u>".    None of the Parkinson Claims have any documentary support. Further, a review of the public records of Palm Beach County and Broward County show no legal proceedings by Mr. Parkinson, Mr. Middleton, or any of the entities against the Debtor.

**B. The Publicly Available and Other Information Evidence that Mr. Parkinson and Mr. Middleton Do Not Have Any Interest in the Ferrari Motorcycle**

7.        The Trustee believes that the Ferrari Motorcycle was commissioned by and for the Debtor.  All publicly available information that the Trustee has reviewed supports a finding that the Ferrari Motorcycle was built for the Debtor.  The Trustee's review of the publicly available information comports with some of the imagery included in the Composite Exhibit A attached to the Motion, specifically the last five images which show the Ferrari Motorcycle being displayed at the Debtor's premises and in the Town Center Mall in Boca Raton, Florida with the Excell Auto Group Banners and the Excell Auto Group auction of the Ferrari Motorcycle to raise funds for breast cancer awareness.  *See* [ECF No. 207, pp. 13-14].

8.        Even if Mr. Parkinson and Mr. Middleton can demonstrate that purchased the Ferrari Motorcycle, the readily available evidence demonstrates that the Ferrari Motorcycle was a gift to the Debtor made back in 2014.  The Ferrari Motorcycle was delivered to the Debtor on July 12, 2014.  On or about July 18, 2014, the Debtor posted a video on the Excell Auto Group channel on YouTube.  The video shows the Ferrari Motorcycle being delivered to the Debtor.  The caption under the video provides the information on how one could enter to win the Ferrari Motorcycle for

a raffle to be held on November 22, 2014.[2]  A screenshot of the YouTube Video showing delivery and raffle information is attached as **Exhibit 2**.  The link to the YouTube Video is as follows:

https://www.youtube.com/watch?v=zqjiy2PA4oQ

9.    The Ferrari Motorcycle was raffled by the Debtor at the 2014 Fort Lauderdale International Boat Show with a portion of proceeds going to Making Strides Against Breast Cancer.  A screenshot of the *Its Brett TV channel* on YouTube is attached as **Exhibit 3**.  The caption of the YouTube video states that the Motorcycle, which was being raffled off, was designed exclusively for the Debtor.  A copy of the Screenshot is attached as **Exhibit 4**.  The link to the YouTube video is as follows:  https://www.youtube.com/watch?v=BLx5M6nQPpo.

10.    Therefore, any claim that Mr. Parkinson or Mr. Middleton had to the Motorcycle was extinguished as early as July 12, 2014, and as late as November 22, 2014.

**(i)    Debtor's Position on Ownership of the Ferrari Motorcycle**

11.    On July 28, 2022, the undersigned issued an email to Harry Winderman, Esq., requesting a proffer of what Scott Zankl's testimony would be regarding "why the Ferrari motorcycle was located on the premises of Excell?"  A copy of the July 28, 2022, email is attached as **Exhibit 5**.  On July 29, 2022, Harry Winderman, on behalf of Scott Zankl, responded, 'The bike was left at excel for resale after work performed over 5 years ago.  Scott does not remember the owner's name."  A copy of the July 29, 2022, email is attached as **Exhibit 6**.

**C.  Conclusion**

12.    Therefore, the Trustee takes the position that the Ferrari Motorcycle was left in possession of the Debtor on consignment on the date of the filing of the bankruptcy by the person(s) who won the raffle.  The Trustee asserts that the Ferrari Motorcycle is property of the

---

[2] The link to the raffle is no longer working as the auction was conducted more than 7 years ago, on November 22, 2014.

bankruptcy estate and that no liens would attach to the Ferrari Motorcycle because the Debtor was

not in the business of selling motorcycles or artwork.

Respectfully submitted this 23rd day of August 2022.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, Fl 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

By: */s/ Alan R. Crane*
Alan R. Crane
Florida Bar No.: 0963836
E-Mail: Acrane@Furrcohen.com
Jason S. Rigoli, Esq.
Florida Bar No. 91990
E-mail: jrigoli@furrcohen.com

-and-

LAW OFFICE OF
NICOLE TESTA MEHDIPOUR, P.A.

*Counsel for Chapter 7 Trustee*
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
Fax: (954) 208-0888

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour
Florida Bar No. 177271
Nicole.Mehdipour@ntmlawfirm.com

## EXHIBIT "1"



THIS VEHICLE CONFORMS TO ALL APPLICABLE U.S. FEDERAL MOTOR VEHICLE SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE

REAR
RIM: 231 KG
18xMT10.5 (610 lbs)
VIN: 129RCV2G9EN170885

KPA/PSI
290/ 250 KPA
TYPE: MO



MFG. BY: ORANGE COUNTY CHOPPERS, INC.
NEWBURGH, NY • (845) 522-5222

| | RIM | | GVWR 385 KG (850 LB) | TYPE: MOTORCYCLE |
|---|---|---|---|---|
| DATE OF MFG. | | April 3, 2014 | | |
| GAWR FRONT | | 154 KG (340 LB) | WITH 120/70B21 | KPA/PSI 250 KPA (36 PSI) |
| | RIM | 21xMT3.5 | KPA/PSI 300/35VR18 | |
| GAWR REAR | | 231 KG (510 LB) | WITH | KPA/PSI 250 KPA (36 PSI) |
| | RIM | 18xMT10.5 | | |
| VIN: | | 1Z9RCV2G9EN170885 | | |

THIS VEHICLE CONFORMS TO ALL APPLICABLE U.S. FEDERAL MOTOR VEHICLE SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE SHOWN ABOVE.

1Z9RCV2G9EN170885



THIS VEHICLE CONFORMS TO ALL APPLICABLE U.S. FEDERAL MOTOR VEHICLE
SAFETY STANDARDS IN EFFECT ON THE DATE OF MANUFACTURE SHOWN

| GAWR REAR | | | | WITH | | TYPE: MOTORCYCLE |
|---|---|---|---|---|---|---|
| RM | 231 KG (510 LBS) | | | KPA/PSI | 250 KPA (36 PSI) | |
| | 18xMT10.5 | | | | | |
| VIN: | 1 Z9RCV2G9EN170885 | | | | | |

1 Z9RCV2G9EN170885

**EXHIBIT "2"**

SKIP NAVIGATION

 YouTube



## Orange County Choppers Bike Unveiling at Excell Auto Group

22,851 views    👍 43    👎 DISLIKE    ➦ SHARE    ⬇ DOWNLOAD    ✂ CLIP    🗐 SAVE    •••

 **Excell Auto Group**
655 subscribers

SUBSCRIBE

The famed Orange County Choppers unveiling their newest Ferrari themed Chopper at our dealership in Boca Raton, Fl. A big shoutout and thank you to the team of OCC and Paul Sr. for yet another stunning one of a kind creation and to everyone that came out to take part in welcoming this unique bike to South Florida!

*ENTER TO WIN THIS CUSTOM OCC CHOPPER BY CLICKING ON THE LINK! RAFFLE WILL BE HELD NOVEMBER 22ND 2014! http://bit.ly/ChopperRaffle

Follow us on Instagram: http://bit.ly/IG_ExcellAuto
Like us on Facebook: http://bit.ly/FB_ExcellAuto
Subscribe to our YouTube Channel: http://bit.ly/ExcellTV

View our entire inventory only on our website: http://bit.ly/ExcellAuto

Music

SKIP NAVIGATION

≡  ▶️ YouTube                                              🔍 🎤 📷 🔔¹ Ⓐ

SONG
SKIP NAVIGATION

**It's Our Fight (From "Transformers: Dark of the Moon")**

ARTIST                                                                    London Music Works

ALBUM                                                                     It's Our Fight

LICENSES                                                                            ⌄

Get YouTube Premium

| 🎵 | Music | > |

SHOW LESS

---

( All )  ( From your search )  ( Motorcycles )  ( Cars )

 **What Really Happened to Michael Teutul From American Chopper**
Quick Shift
8.2K views • 2 days ago
New

 **Paul Teutul Jr.: Where Is the "American Chopper" Star Today?**
Alt_Driver
112K views • 2 years ago

 **Paul Sr. of Orange County Choppers is a LEGEND in the game #ipitythefool #customchopper**
Mr.Supreme T
268 views • 1 month ago

 **EXCELL AUTO GROUP SHOWROOM WALKAROUND! *PLUS MOKE TALK***
Savage Garage Clips
8.9K views • 1 year ago

 **Advantages of a Catamaran Over a Monohull [Wiley Sharp]**
Denison Yachting
96K views • 7 years ago

**The Real Reason Why American Chopper Ended: Family Problems & Legal Battles**
Quick Shift
SKIP NAVIGATION

Case 22-12790-EPK Doc 231 Filed 08/24/22 Page 13 of 23

  9:04

   



**Keanu Reeves Shows Off His Most Prized Motorcycles | Collected | GQ**

GQ ✓

39M views • 3 years ago

11:41



**Florida Sportsman Best Boat - Cats of All Types**

Florida Sportsman

486K views • 6 years ago

23:29



**TOP 5 CATAMARANS UNDER 26FT - 2020 Miami International Boat Show**

Captain Peterson's - More Than Just The Best

84K views • 2 years ago

4:35



**Why you should NEVER Buy an Orange County Chopper**

Srkcycles ✓

6.6M views • 1 year ago

11:25



🛥️🌴 **WAVES VS CATAMARAN HAULOVER BOATING | Miami Beach 4K**

BOATSNAPS ✓

73K views • 2 years ago

10:22



**7 CONFUSING Things That ONLY Motorcyclists Do EXPLAINED!**

Yammie Noob ✓

2.7M views • 1 year ago

10:35



**A Look Into The MINI FREEMAN!**

Life Offshore

128K views • 1 year ago

3:52



**Catamarans vs Monohull - Pros & Cons of each**

Jessica and Ryan Adventures

159K views • 5 years ago

10:27



**First time on the Worldcat 400CC-X**

Center Consoles Only

78K views • 1 year ago

20:22

SKIP NAVIGATION

The best touring motorcycle that no one buys...

**EXHIBIT "3"**

Case 22-12790-EPK Doc 281 Filed 08/24/22 Page 15 of 23

 YouTube



## Orange County Choppers Builds a $150,000 Ferrari Motorcycle

2,416 views... 👍 11 👎 DISLIKE ↗ SHARE ⭳ DOWNLOAD ✂ CLIP ⌕ SAVE ···

 **ITS Brett TV**
36.9K subscribers                                                                SUBSCRIBE

Brett host of " On The Road With Brett Schulman " is at the 2014 Ft. Lauderdale International Boat
show with Miss GEICO Offshore Racing Team and Orange County Choppers. Paul Teutul Sr.
designed this Awesome $150,000 Ferrari Motorcycle for ExcellAuto , they are raffling off this bike

SHOW MORE

All   Orange County Choppers   Motorcycling   Related   Live   Recently uploaded   ›Wat

 **Yacht Equipment Available**
We Have a Team of Highly Dedicated Professionals Who Can Help You with Your Every
Need.

Ad   yachtgurus.us

VISIT SITE ↗

SKIP NAVIGATION

 YouTube    ASEA Builds a Chopper with OCC Episode 2       


Orange County Choppers
9.8K views • 2 years ago


Mix - ITS Brett TV
More from this channel for you


What is Paul Teutul Sr Net Worth from American Chopper in 2021? His Married Life Wife & Children
Celebrity Family
633K views • 1 year ago


A Look Into The MINI FREEMAN!
Life Offshore
128K views • 1 year ago


What Really Happened to Michael Teutul From American Chopper
Quick Shift
8.2K views • 2 days ago
New


7 CONFUSING Things That ONLY Motorcyclists Do EXPLAINED!
Yammie Noob
2.7M views • 1 year ago


Factory Tour - Eastward Boats - Is the Horizon 3000 Catamaran the Most Affordable 30' Boat?
Jigging Jerks
54K views • 1 year ago


The Great Biker Build Off 4 - Billy Lane Vs Indian larry
alca61
2.4M views • 11 years ago


ASEA Builds a Chopper with OCC Episode 3
Orange County Choppers
13K views • 2 years ago

 WAVES VS CATAMARAN HAULOVER BOATING | Miami Beach 4K
 BOATSNAPS

SKIP NAVIGATION

     

SKIP NAVIGATION

73K views • 2 years ago



**The Real Why American Chopper Ended: Family Problems & Legal Battles**

Quick Shift

462K views • 4 months ago



**#TeamSenior - Chopper Live Build Raw Edit**

Orange County Choppers

173K views • 9 years ago



**ASEA Builds a Chopper with OCC Episode 1**

Orange County Choppers

8.6K views • 2 years ago



**American Chopper Fight**

classicvidz1

2.9M views • 11 years ago

**Advantages of a Catamaran Over a Monohull [Wiley Sharp]**

Denison Yachting

96K views • 7 years ago

**Why you should NEVER Buy an Orange County Chopper**

Srkcycles ✓

6.6M views • 1 year ago

**Whatever Happened To Rick From American Chopper?**

Looper ✓

2.6M views • 3 years ago

**The Tricky Father-Son Relationship Between Paul Senior And Junior | American Chopper**

Discovery UK ✓

146K views • 4 years ago

**TOP 5 CATAMARANS UNDER 26FT - 2020 Miami International Boat Show**

Captain Peterson's - More Than Just The Best

84K views • 2 years ago

What actually happened to Cody Connelly on American Chopper? What is he

**EXHIBIT "4"**



# EXHIBIT "5"

| | |
|---|---|
| **From:** | Alan Crane |
| **To:** | Harry Winderman |
| **Cc:** | Nicole Mehdipour (Other); Jason Rigoli |
| **Subject:** | Excell |
| **Date:** | Thursday, July 28, 2022 5:38:00 PM |
| **Attachments:** | image001.png |

Harry,

Can you please provide me a statement, that if called to testify, what Scott would state about why the Ferrari motorcycle was located on the premises of Excell?  Depending upon his initial answer, I may have a couple of follow up questions.

Thank you in advance.

Alan



Alan R. Crane
Attorney At Law
Furr Cohen
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
Email: ACrane@furrcohen.com

******PLEASE NOTE CHANGE IN SUITE NO.

**EXHIBIT "6"**

**From:**      Harry Winderman
**To:**        Alan Crane
**Subject:**   Ferrari bike
**Date:**      Friday, July 29, 2022 10:37:04 AM

The bike was left at excell for resale after work performed over 5 years ago.  Scott does not remember the owner's name.

Sent via the Samsung Galaxy S22 Ultra 5G, an AT&T 5G smartphone
Get Outlook for Android