# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| IN RE:<br><br>EXCELL AUTO GROUP, INC.,<br><br>    Debtor. | Case No. 22-12790-EPK<br><br>Chapter 7 |

## AMENDED CERTIFICATE OF SERVICE[1]

I HEREBY CERTIFY that a true and correct copies of the documents listed below were served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing generated by CM/ECF, on the date the documents were entered on the court docket, to those parties registered to receive Notices of Electronic Filing ("NEF") in this case, and (b) by First Class Mail on August 29, 2022 to those parties who are not registered to receive NEF in this case, as indicated on the Service List attached hereto.

1) *Motion for Entry of an Order Modifying the Automatic Stay to the Extend Applicable* [ECF 235]; and

2) *Notice of Hearing on Motion for Entry of an Order Modifying the Automatic Stay to the Extend Applicable* [ECF No. 236]

Dated: August 29, 2022.

                                              Respectfully submitted,

                                              **STEARNS WEAVER MILLER WEISSLER**
                                              **ALHADEFF & SITTERSON, P.A.**
                                              Museum Tower, Suite 2200
                                              150 West Flagler Street
                                              Miami, Florida 33130
                                              Telephone:   (305) 789-3200
                                              Facsimile:    (305) 789-3395

                                              By:  */s/ Eric J. Silver*
                                                    ERIC J. SILVER
                                                   *esilver@stearnsweaver.com*

---

[1] Amended to reflect correct party.

**SERVICE LIST**
Adversary Case No.: 22-12790-EKP
United States Bankruptcy Court, Southern District of Florida (West Palm Beach)

(a) The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Joaquin J Alemany
joaquin.alemany@hklaw.com
jose.casal@hklaw.com

Paul A Avron
pavron@bergersingerman.com
efile@bergersingerman.com
efile@ecf.inforuptcy.com
mmorgan@bergersingerman.com

Zachary J Bancroft
zbancroft@bakerdonelson.com
achentnik@bakerdonelson.com
bkcts@bakerdonelson.com

Alan Barbee
abarbee@brileyfin.com

Eyal Berger
eyal.berger@akerman.com
jeanette.martinezgoldberg@akerman.com

Stephen C Breuer
stephen@breuer.law
genna@breuer.law
stephen@ecf.courtdrive.com

Alan R Crane
acrane@furrcohen.com
rrivera@furrcohen.com
ltitus@furrcohen.com
staff1@furrcohen.com

Mitchell A Dinkin
mdinkin@madlegal.net
lucyd@madlegal.net

C Craig Eller
celler@kelleylawoffice.com
bankruptcy@kelleylawoffice.com
scott@kelleylawoffice.com

Jay L Farrow
jay@farrowlawfirm.com

Michael Foster
michael@youngfoster.com
admin@youngfoster.com

Travis A Harvey
tharvey@bakerdonelson.com


Case No. 22-12790-EPK

Dana L Kaplan
dana@kelleylawoffice.com
cassandra@kelleylawoffice.com
debbie@kelleylawoffice.com
craig@kelleylawoffice.com
kelleycr75945@notify.bestcase.com
scott@kelleylawoffice.com

Philip J Landau
phil@landau.law
plandau@ecf.courtdrive.com
diane@landau.law
dlocascio@ecf.courtdrive.com

Mark A Levy
mark.levy@brinkleymorgan.com
sandra.gonzalez@brinkleymorgan.com
brinkleymorganecf@gmail.com

James Randolph Liebler
jrlii@lgplaw.com
mkv@lgplaw.com

David B Marks
brett.marks@akerman.com
charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com
TRUSTEE_CMECF_Service@ntmlawfirm.com
FL80@ecfcbis.com
ntm@trustesolutions.net
BCasey@ntmlawfirm.com
*Trustee*

James B Miller
bkcmiami@gmail.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

James C. Moon
jmoon@melandbudwick.com
ltannenbaum@melandbudwick.com
mrbnefs@yahoo.com
jmoon@ecf.courtdrive.com
ltannenbaum@ecf.courtdrive.com
phornia@ecf.courtdrive.com

John E Page
 jpage@slp.law
dwoodall@slp.law
pmouton@slp.law
pmouton@ecf.courtdrive.com
jpage@ecf.courtdrive.com

Hampton Peterson
legalservices@PBCTax.com

Jordan L Rappaport
office@rorlawfirm.com
1678370420@filings.docketbird.com

2

| | |
|---|---|
| **Eric S Pendergraft**<br>ependergraft@slp.law<br>dwoodall@slp.law<br>dlocascio@slp.law<br>bshraibergecfmail@gmail.com | **Hampton Peterson**<br>legalservices@PBCTax.com |
| Jordan L Rappaport<br>office@rorlawfirm.com<br>1678370420@filings.docketbird.com | David A Ray<br>dray@draypa.com<br>sramirez.dar@gmail.com<br>cm_ecf_service@ntmlawfirm.com |
| Ivan J Reich<br>ireich@nasonyeager.com<br>msmith@nasonyeager.com | Jason S Rigoli<br>jrigoli@furrcohen.com<br>rrivera@furrcohen.com<br>staff1@furrcohen.com |
| Harry J Ross<br>hross@hjrlaw.com<br>jerri@hjrlaw.com | John D. Segaul<br>john@segaul.com<br>court@segaulstoll.com<br>melissa@segaul.com<br>segaullawfirmpa@jubileebk.net |
| Zach B Shelomith<br>zbs@lss.law<br>info@lss.law<br>zshelomith@ecf.inforuptcy.com | Bradley S Shraiberg<br>bss@slp.law<br>dwoodall@slp.law<br>dwoodall@ecf.courtdrive.com<br>pmouton@slp.law |
| Eric J Silver<br>esilver@stearnsweaver.com<br>jless@stearnsweaver.com<br>fsanchez@stearnsweaver.com<br>cgraver@stearnsweaver.com<br>mfernandez@stearnsweaver.com<br>*Counsel for Creditor Benidt Investments/Slinger, LLC.* | David R. Softness<br>david@softnesslaw.com |

Case No. 22-12790-EPK

| | |
|---|---|
| Christian Somodevilla<br>cs@lss.law<br>info@lss.law<br>cs@ecf.courtdrive.com | James B Sowka<br>jsowka@seyfarth.com<br>ctholen@seyfarth.com<br>bankruptcydocket@seyfarth.com<br>3913483420@filings.docketbird.com |
| Peter D Spindel<br>peterspindel@gmail.com<br>peterspindelcmecf@gmail.com | Mark E Steiner<br>MES@lgplaw.com<br>pm@lgplaw.com |
| **Paul E Wilson**<br>pwilson@paulwilsonesq.com | Harry Winderman<br>harry4334@hotmail.com<br>lynoramae@gmail.com<br>lm@whcfla.com<br>filings@whcfla.com |
| Thomas G Zeichman<br>tzeichman@bmulaw.com<br>G67999@notify.cincompass.com | |

(b) The following parties were served via First Class Mail.

| | | |
|---|---|---|
| 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | A&A Publishing Corp d/b/a The<br>Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 | Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 |
| Aaron Parkinson<br>Frederik Middleton<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Aaron Parkinson<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 |
| Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Ally Bank Lease Trust - Assignor to<br>Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 |
| AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |

4

Case No. 22-12790-EPK

| | | |
|---|---|---|
| Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 |
| Carina Avila<br>DMS Inc<br>4701 SW 51st St<br>Davie, FL 33314-5503 | Columbus Day Finance, LLC<br>c/o Jordan L. Rappaport, Esq<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 |
| DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 | EAG WHOLESALE, LL<br>c/o  LP EAG, LLC<br>c/o SIMON & SIGALOS, LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 |
| Edvard Dessalines<br>6160 Kelty Way<br>Lake Worth, FL 33467-6117 | Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 |
| Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G,<br>3rd Floor<br>Memphis, TN 38116-5017 | First Citizens Bank & Trust<br>Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr.,<br>#300<br>Boca Raton, FL 33431-8530 |
| Franklin Capital Funding, LLC<br>c/o Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Dr.,<br>#300<br>Boca Raton, FL 33431-8530 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 | Frederick Middleton<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 | Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | Green Bucket Investments<br>Aaron Parkinson<br>6700 N Andrews Ave 3 Fl<br>Ft Laud., FL 33309-2204 |

Case No. 22-12790-EPK

| | | |
|---|---|---|
| Haley Walker<br>c/o Olive Judd, P.A.<br>2426 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301-1573 | Integrated Vehicle Leasing, Inc.<br>c/o Moritt Hock & Hamroff LLP<br>Attn.: Theresa A. Driscoll, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Jack Brennan<br>GrayRobinson, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2798 |
| Jack Brennan<br>GrayRobison, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2741 | John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Johnie Floyd Weems, III<br>1199 S. Federal Highway, Suite 423<br>Boca Raton, FL 33432-7335 |
| Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 | Karma of Palm Beach Inc. & Karma of Broward<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Karma Palm Beach Inc. & Karma of Broward Inc<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 |
| risten Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Lillian Roberts<br>6360 NW 42nd Avenue<br>Coconut Creek, Florida 33073<br>Coconut Creek, FL 33073-3262 | Luxury Lease Company LLC<br>210 Summit Ave, Suite C4<br>Montvale, NJ 07645-1500 |
| Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Moshe Farache<br>6560 W. Rogers Circle Suit B27<br>Boca Raton, FL 33487-2746 |
| MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | Parkinson Holdings LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216 |
| Parkinson Super Pty LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216<br> undeliverable | Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | PEAK FINANCE, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 |

Case No. 22-12790-EPK

| | | |
|---|---|---|
| Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Prestige Luxury Cars, LLC<br>70 SE 4TH AVE<br>DELRAY BEACH, FL 33483-4514 |
| Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 | Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | Stephen Breuer<br>Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Boca Raton, FL 33487-2840 |
| Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | The Gori Family  Limited<br>Partnership<br>c/o D. Brett Marks, Esquire<br>Akerman LLP<br>201 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, Florida 33301 |
| Theresa A. Driscoll<br>Moritt Hock & Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 | TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 |
| United Healthcare Insurance<br>Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | |