UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE.

EXCELL AUTO GROUP, INC.  Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

## NOTICE OF UNAVAILABILITY

The undersigned counsel respectfully requests the Court and all interested parties to please take notice of his unavailability for court proceedings, discovery proceedings, discovery deadlines, and other matters that might otherwise fall within the time periods listed below. Counsel requests that no such matters be scheduled for the following timeframe: September 14, 2022 through and including September 19, 2022.

Dated:  August 31, 2022           */s/ Ivan J. Reich*

Ivan J. Reich (FBN:  778011)
NASON, YEAGER, GERSON, HARRIS
    & FUMERO, P.A.
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL  33487
Tel:  (561) 982-7114
Fax:  (561) 982-7116
Email:  ireich@nasonyeager.com
           msmith@nasonyeager.com
*Attorneys for Creditor,*
*the DCG 2008 Irrevocable Wealth Trust*

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 31st day of August, 2022, a true and accurate copy of the foregoing has been furnished to the Clerk of the Court using CM/ECF electronic service.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

 */s/  Ivan J. Reich*
Attorney