UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

**In re:**                                              Case No. 22-12790-EPK
                                                            Chapter 7

**EXCELL AUTO GROUP, INC.,**

      **Debtor.**
_____/

### CHAPTER 7 TRUSTEE'S MOTION TO PAY
### ADMINISTRATIVE EXPENSE TO ONESOURCE TECHNOLOGIES

Nicole Testa Mehdipour, Trustee, the Chapter 7 Trustee for the above referenced estate (the "Trustee"), hereby files on an *ex parte* basis, this *Motion to Pay Administrative Expenses for Utilities* (the "Motion") and in support thereof states as follows:

1. The Trustee was appointed to administer the above-captioned estate on April 8, 2022 [ECF No. 2].

2. The Trustee required the services of Onesource Technologies in order to assist the Trustee with the following services (collectively, the "Services"): (i) initial collection of all of the Debtor's electronic devices, including computers, tablets, phones, and hard drives located at 1001 Clint Moore Road, Suite 101, Boca Raton, Florida (the "Devices"); (ii) initial storage and safekeeping of the Devices; (iii) providing a detailed inventory of the Devices; and (iv) coordinating the turnover of the Devices to KLDiscovery Ontrack, LLC d/b/a KLDiscovery ("KLDiscovery").

3. The Trustee requests authorization to pay Onesource Technologies ("Onesource") the amount of $1,137.50, which represents the total amount of charges incurred for the services rendered, as set forth in Invoice #INV-000004918 dated August 5, 2022, which is attached hereto as ***Exhibit A.***

4. The Trustee believes the requested fee is reasonable and that utilizing the services of

OneSource was in the best interests of the estate and its creditors.[1]

WHEREFORE, the Trustee respectfully requests the entry of an Order, substantially in the form attached hereto as **Exhibit B**, approving the payment from the estate to Onesource Technologies in the amount of $1,137.50, representing the total costs incurred for the Services rendered; and for such other relief as this Court deems just and proper.

Respectfully submitted this 12th day of September, 2022.

/s/ *Nicole Testa Mehdipour*
Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on September 12, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties indicated below and on the attached service list.

/s/ *Nicole Testa Mehdipour*
Nicole Testa Mehdipour, Trustee

**Sent via CM/ECF**

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com

---

[1] By separate Motion, the Trustee is seeking approval of the employment of KLDiscovery in connection with the subsequent retrieval of the Debtor's devices, extraction of data, and document database management [ECF No. 244] ("KLDiscovery Motion"). The services referenced in this Motion and separate and part from that sought in the KLDiscovery Motion.

- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com

- **Paul E Wilson**     pwilson@paulwilsonesq.com
- **Harry Winderman**     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**     tzeichman@bmulaw.com, G67999@notify.cincompass.com

*Served via First Class U.S. Mail:*

**Ally Bank Lease Trust - Assignor to  Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446



**EXHIBIT A**

# Invoice

**Onesource Technologies**
1330 Sabal Trail
Weston Florida 33327
U.S.A

# INV-000004918

Balance Due
**$1,137.50**

**Bill To**
**Nicole Testa Mehdipour, Trustee**
, ,

| Invoice Date : | 05 Aug 2022 |
| Terms : | DUE NOW |
| Due Date : | 05 Aug 2022 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Support<br>Pickup inventory computers from location Excell Auto Group. | 5.00 | 175.00 | 875.00 |
| 2 | Support<br>Phone call with Nicole to introduce and talk about forensic imaging with Andrew. | 0.50 | 175.00 | 87.50 |
| 3 | Support<br>Inventory of equipment with serial numbers. | 1.00 | 175.00 | 175.00 |

| | | |
|---|---|---|
| | Sub Total | 1,137.50 |
| | **Total** | **$1,137.50** |
| | **Balance Due** | **$1,137.50** |

Notes
Thanks for your business.

1

**EXHIBIT B**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

**In re:**                                                                        Case No. 22-12790-EPK
                                                                                         Chapter 7

**EXCELL AUTO GROUP, INC.,**

    **Debtor.**
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE EXPENSES TO ONESOURCE TECHNOLOGIES**

**THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expenses to Onesource Technologies,* [ECF No. ___] (the "Motion"). The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that:

5

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay, from the estate, the amount of $1,137.50 to Onesource Technologies, representing the total costs incurred for the Services[2] rendered.

###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).)*

---

[2] All capitalized terms shall have the same meaning ascribed to them in the Motion, unless otherwise defined.