UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

**In re:**  Case No. 22-12790-EPK
Chapter 7

**EXCELL AUTO GROUP, INC.,**

    **Debtor.**
_____/

**CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE
EXPENSES TO DOCUMENT MANAGEMENT SOLUTIONS, INC.
FOR RETRIEVAL AND STORAGE OF VEHICLES**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee for the above referenced estate (the "Trustee"), hereby files this *Ex Parte Motion to Pay Administrative Expenses to Document Management Solutions, Inc. for Retrieval and Storage of Vehicles* (the "Motion") and in support thereof states as follows:

1. The Trustee was appointed to administer the above-captioned estate on April 8, 2022 [ECF No. 2].

2. The Debtor did not file any schedules or statement of financial affairs with its petition. Accordingly, the Trustee was initially not aware of the full extent of the assets of the estate. Based upon initial research and her inspection, the Trustee discovered that the Debtor was a purveyor of very high-end motor vehicles. Consistent with customary procedure, and considering such assets are moveable and can be transferred and secreted away with relative ease, the Trustee began efforts to secure and safeguard all assets that were located at 1001 Clint Moore Road, Suite 101, Boca Raton, FL (the "Business Premises").

3. With very little information available, the Trustee took possession of the Business Premises and in order to preserve and safeguard the assets located therein (the "Assets"), the Trustee requested the services of Document Management Solutions, Inc. ("DMS"), located at 4980 SW 52nd

Street, #108, Davie, Florida 33314. DMS was immediately available, and did provide, services consisted of towing, retrieval, and storage of the Assets. Once DMS took possession of the Assets, they were fully insured against any loss resulting from the towing and storage of the Assets.

4. The Trustee has collected and is holding $154,080.14 in the estate's fiduciary account; accordingly, there are available funds to reimburse DMS as set forth herein.

5. The Trustee requests authorization to pay DMS the administrative expenses in the amount of $4,865.00.  A copy of the supporting invoice for the services rendered is attached hereto as **Exhibit A.**

6. DMS has the required resources and expertise in providing the Services to the Trustee and the estate.   The Services were necessary to preserve and protect the Assets and in the best interests of the estate and its creditors.

WHEREFORE, the Trustee respectfully requests the entry of an Order substantially in the form attached hereto as **Exhibit B**, approving the services of Document Management Solutions, Inc., in connection with the towing, retrieval, and storage of the Assets, as an administrative expense in the amount of $4,865.00.

Respectfully submitted this 12th day of September, 2022.

                                                  */s/ Nicole Testa Mehdipour*
                                                  Nicole Testa Mehdipour, Trustee
                                                  Chapter 7 Trustee
                                                  6278 North Federal Highway
                                                  Suite 408
                                                  Fort Lauderdale, FL 33308
                                                  Tel: (954) 858-5880

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on September 12, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties indicated below and on the attached service list.

/s/ *Nicole Testa Mehdipour*
Nicole Testa Mehdipour, Trustee

## *Sent via CM/ECF*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com

## *Served via First Class U.S. Mail:*

**Ally Bank Lease Trust - Assignor to Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446

## EXHIBIT A

| Asset No: | P/U Location | Vehicle Year | Vehicle Make | Vehicle Model | VIN No. | Color | Storage charge | Tow Fees | Storage fees: | | Final Charge | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Excell Boca | 2020 | Karma | Revero GT | 50GK43SB4LA000033 | Blue | 04/27/2022 | $ 150.00 | $300.00 | picked up 6/15/2022 | $ 580.00 | tow fee $ 150.00 1 month storage fee $300.00 + 13 days pro-rated $130.000  final due  $ 580.00 |
| 2 | Excell Boca | 2020 | Karma | Revera GS6 | 50G6E4SSXMA000060 | Orange | 04/27/2022 | $ 150.00 | $300.00 | picked up 6/8/2022 | $ 530.00 | tow fee $150.00 1 month storage fee $ 300.00  + 8 days pro-rated  $80.00 final due  $530.00 |
| 3 | Excell Boca | 2020 | Karma | Revero GT | 50GK43SB2LA000094 | Silver | 04/27/2022 | $ 150.00 | $300.00 | picked up 6/14/2022 | $ 570.00 | tow fee $ 150.00 1 month storage fee $ 300.00 + 12 days  pro-rated $120.00  final due $ 570.00 |
| 4 | Boca Airport | 2021 | Land Rover | Range HSE | SALWR2SU0MA754441 | Black | 04/10/2022 | $ 185.00 | $300.00 | picked up 5/27/2022 | $ 785.00 | tow fee $ 185.00 2 months storage at $300 per month   final due $785.00 |
| 5 | Excell Boca | 2020 | Karma | Revero | 50GK43SB7LA000074 | White | 04/30/2022 | $ 150.00 | $300.00 | picked up 6/15/2022 | $ 580.00 | tow fee $ 150.00 1 month storage fee $300.00   + 13 days pro-rated $130.000  final due  $ 580.00 |
| 6 | Excell Boca | 2020 | Karma | Revero GT | 50GK43SBXLA000070 | Red | 04/30/2022 | $ 150.00 | $300.00 | picked up 6/8/2022 | $ 530.00 | tow fee $150.00 1 month storage fee $ 300.00  + 8 days pro-rated 80.00 final due $530 |
| 7 | Excell Boca | 2020 | Karma | Revero GT | 50GK43SB6LA000129 | Grey | 04/30/2022 | $ 150.00 | $300.00 | picked up 6/8/2022 | $ 530.00 | tow fee $150.00 1 month storage fee $ 300.00   + 8 days pro-rated $80  final due  $530.00 |
| 8 | Excell Boca | 2021 | MOKE | | GV9ELA6V0LL010484 | Blue | 04/30/2022 | $ 150.00 | $200.00 | picked up  6/10/2022 | $ 330.00 | tow fee $ 150.00 1 month storage fee  $ 250.00  + 10 days pro-rated  $80  final due  $ 330.00 |
| 9 | Excell Boca | 2018 | Camaro | ZL1 | 1G1FK1R67K0150099 | Green | 04/30/2022 | $ 150.00 | $300.00 | picked up 6/3/2022 | $ 450.00 | tow fee $150.00 plus 1 month storage $ 300.00 final due $ 450.00 |

Total = $4,865

**EXHIBIT B**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

**In re:**                                                            Case No. 22-12790-EPK
                                                                      Chapter 7

**EXCELL AUTO GROUP, INC.,**

    **Debtor.**
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE EXPENSES FOR RETRIEVAL AND STORAGE OF VEHICLES**

**THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expenses for Retrieval and Storage of Vehicles* (the "Motion") [ECF No. ___] (the "Motion"). The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

5

    2.       The services of Document Management Solutions, Inc., in connection with the towing, retrieval and storage of the Assets, is approved as an administrative expense in the amount of $4,865.00.

    3.       The Trustee is authorized to pay, from the estate, the amount of $4,865.00 to DMS as an administrative expense.

    4.       Nothing herein shall prevent Document Management Solutions, Inc. from seeking further reimbursement as to additional expenses unrelated to the Assets detailed in *Exhibit A* to the Motion.

###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).*