

**ORDERED in the Southern District of Florida on September 14, 2022.**



**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov**

In re:                                                   Case No. 22-12790-EPK

                                                             Chapter 7

**EXCELL AUTO GROUP, INC.,**

       **Debtor.**

_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY
ADMINISTRATIVE EXPENSES FOR RETRIEVAL AND STORAGE OF VEHICLES**

       **THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expenses for Retrieval and Storage of Vehicles* (the "Motion") [ECF No.247] (the "Motion"). The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is

       **ORDERED AND ADJUDGED** that:

       1.       The Motion is **GRANTED**.

1

2. The services of Document Management Solutions, Inc., in connection with the towing, retrieval and storage of the Assets, is approved as an administrative expense in the amount of $4,865.00.

3. The Trustee is authorized to pay, from the estate, the amount of $4,865.00 to DMS as an administrative expense.

4. Nothing herein shall prevent Document Management Solutions, Inc. from seeking further reimbursement as to additional expenses unrelated to the Assets detailed in *Exhibit A* to the Motion.

### ###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).*