

**ORDERED in the Southern District of Florida on September 14, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### (WEST PALM BEACH DIVISION)
### www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-12790-EPK |
| | Chapter 7 |
| EXCELL AUTO GROUP, INC., | |
| Debtor. | |
| _____/ | |

### ORDER GRANTING CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE EXPENSES TO ONESOURCE TECHNOLOGIES

**THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expenses to Onesource Technologies,* [ECF No. 246] (the "Motion"). The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay, from the estate, the amount of $1,137.50 to Onesource Technologies, representing the total costs incurred for the Services[1] rendered.

###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F).*

---

[1] All capitalized terms shall have the same meaning ascribed to them in the Motion, unless otherwise defined.