

**ORDERED in the Southern District of Florida on September 20, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov**

In re:                                                            Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                        Chapter 7

        Debtor.

_____/

### ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION TO RETAIN DOCUMENT MANAGEMENT SOLUTIONS. INC., AS AUCTIONEER IN CONNECTION WITH THE SALE OF VEHICLES

**THIS MATTER** having come before the Court upon the Chapter 7 Trustee's *Ex Parte* Application for Approval of Employment of Carina Avila of Document Management Solutions, Inc., ("DMS") as Auctioneer in Connection with the Sale of Vehicles (ECF #255), (the "Application") pursuant to 11 U.S.C. §327(a), Bankruptcy Rule 2014 and Local Rule 6005-1, seeking the entry of an Order approving the retention of Carina Avila of DMS, Inc., (the "Auctioneer"), subject to the terms

and conditions delineated therein, relative to an auction of property of the Debtor's estate referenced in the Application. The Application was considered *ex parte,* and the Court finds that no notice of hearing was necessary upon the circumstances. The Court having considered the record, as related to the sale of the estate's interest in the Vehicles referenced in the Application, finds good cause to approve the retention and compensation of DMS, Inc. pursuant to the terms and conditions stated in the Application.

Thereupon, it is

**ORDERED AND ADJUDGED** that:

1.    The Application is **GRANTED**.

2.    The Auctioneer shall sell the Vehicles utilizing E-Bay Motors' website, with compensation to be set at ten percent (10%) return, based on the gross revenue. The maximum amount of costs and expenses to be expended by and reimbursed to the Auctioneer is detailed per vehicle in *Exbibit B* to the Motion.

3.    The Trustee shall serve this Order on all creditors together with service of the notice of proposed auction sale pursuant to Bankruptcy Rule 6002, 2002(a)(2) and 2002(c)(1), as well as Local Rule 6005-1.

4.    Upon the completion of the auction, DMS, Inc. shall file a report summarizing the results of the auction and stating the fees and expenses which will be paid in accordance with this Order. The report shall be served only on the U.S. Trustee, the Trustee and any other interested party who specifically requests a copy. The Trustee is authorized to pay the fees and expenses, as referenced in paragraph 2 of this Order, without the necessity of further notice or hearing, unless any party in

interest files an objection within fourteen (14) days from the filing of the report.

###

**Submitted by:**

Nicole Testa Mehdipour, Chapter 7 Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308

*(Trustee Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*