**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 22-12790 EPK
                                                    Chapter 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF PAPERS AND DOCUMENTS

    Please take notice that the undersigned appears as counsel for Creditor, **ROAD RICH, LLC d/b/a ROAD RICH MOTORS.** Request is hereby made, pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rules 2002 and 9007, that all papers, pleadings, motions and applications served or required to be served in this case be given to and be served upon the undersigned.

    Please take notice that the foregoing request includes not only the notices and the papers referred to in the rules specified above, but also includes orders and notices of any applications, motions, petitions, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telefax, telex or otherwise, which may affect or seek to affect in any way any rights or interest of the above stated creditors.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties on the attached mail list this 23rd day of September 2022.

                                        KELLEY, FULTON, KAPLAN & ELLER, P.L.
                                        Attorneys for Road Rich Motors
                                        1665 Palm Beach Lakes Boulevard
                                        The Forum- Suite 1000
                                        West Palm Beach, Florida  33401
                                        Telephone: (561) 491-1200
                                        Facsimile: (561) 684-3773

                                        By:  /s/ Dana Kaplan
                                        Dana Kaplan, Esq.
                                        Florida Bar No.: 44315
                                        C. Craig Eller, Esq.
                                        Florida Bar No.: 767816

**Mailing Information for Case 22-12790-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com

- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

> **Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**

4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446