**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.,                                    Case No. 22-12790-EPK
                                                            Chapter 7

       Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copies of the document listed below was served as follows: (a) based on the Court docket, by transmission of Notices of Electronic Filing generated by CM/ECF, on the date the document was entered on the court docket, to those parties registered to receive Notices of Electronic Filing ("NEF") in this case, and (b) by First Class Mail on September 23, 2022 to those parties who are not registered to receive NEF in this case, as indicated on the Service List attached hereto.

1. *Luxury Lease Company's Supplemental Brief in Further Support of Motion for Entry of an Order Modifying the Stay to the Extend Applicable [ECF No. 261]*

Dated: September 23, 2022.

                              Respectfully submitted,

                              **STEARNS WEAVER MILLER WEISSLER**
                              **ALHADEFF & SITTERSON, P.A.**
                              Museum Tower, Suite 2200
                              150 West Flagler Street
                              Miami, Florida 33130
                              Telephone:    (305) 789-3200
                              Facsimile:     (305) 789-3395

                              By:  */s/ Eric J. Silver, Esq.*
                                 ERIC J. SILVER, ESQ.
                               Florida Bar No. 057262
                               esilver@stearnsweaver.com

#11044054 v1

**<u>SERVICE LIST</u>**
**Adversary Case No.: 22-12790-EKP**
**United States Bankruptcy Court, Southern District of Florida (West Palm Beach)**

(a)  The following parties are registered to receive Notice of Electronic Filing and should have been
     served through CM/ECF.

Joaquin J Alemany
joaquin.alemany@hklaw.com
jose.casal@hklaw.com

Paul A Avron
pavron@bergersingerman.com
efile@bergersingerman.com
efile@ecf.inforuptcy.com
mmorgan@bergersingerman.com

Zachary J Bancroft
zbancroft@bakerdonelson.com
achentnik@bakerdonelson.com
bkcts@bakerdonelson.com

Alan Barbee
abarbee@brileyfin.com

Eyal Berger
eyal.berger@akerman.com
jeanette.martinezgoldberg@akerman.com

Stephen C Breuer
stephen@breuer.law
genna@breuer.law
stephen@ecf.courtdrive.com

Alan R Crane
acrane@furrcohen.com
rrivera@furrcohen.com
ltitus@furrcohen.com
staff1@furrcohen.com

Mitchell A Dinkin
mdinkin@madlegal.net
lucyd@madlegal.net

Winston I Cuenant
winston@cuenantlaw.com
drabrams620@gmail.com
cn.ecf.mail@gmail.com info@cuenantlaw.com
ccyager105@gmail.com

Mitchell A Dinkin
mdinkin@madlegal.net
lucyd@madlegal.net

C Craig Eller
celler@kelleylawoffice.com
bankruptcy@kelleylawoffice.com
scott@kelleylawoffice.com

Jay L Farrow
jay@farrowlawfirm.com

Michael Foster
michael@youngfoster.com
admin@youngfoster.com

Travis A Harvey
tharvey@bakerdonelson.com

Dana L Kaplan
dana@kelleylawoffice.com
cassandra@kelleylawoffice.com
debbie@kelleylawoffice.com
craig@kelleylawoffice.com
kelleycr75945@notify.bestcase.com
scott@kelleylawoffice.com

Philip J Landau
phil@landau.law
plandau@ecf.courtdrive.com
diane@landau.law
dlocascio@ecf.courtdrive.com

Mark A Levy
mark.levy@brinkleymorgan.com
sandra.gonzalez@brinkleymorgan.com
brinkleymorganecf@gmail.com

James Randolph Liebler
jrlii@lgplaw.com
mkv@lgplaw.com

Nathan G Mancuso
ngm@mancuso-law.com

David B Marks
brett.marks@akerman.com
charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com
TRUSTEE_CMECF_Service@ntmlawfirm.com
FL80@ecfcbis.com
ntm@trustesolutions.net
BCasey@ntmlawfirm.com
*Trustee*

James C. Moon
jmoon@melandbudwick.com
ltannenbaum@melandbudwick.com
mrbnefs@yahoo.com
jmoon@ecf.courtdrive.com
ltannenbaum@ecf.courtdrive.com
phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

James B Miller
bkcmiami@gmail.com

John E Page
 jpage@slp.law
dwoodall@slp.law
pmouton@slp.law
pmouton@ecf.courtdrive.com
jpage@ecf.courtdrive.com

Eric S Pendergraft
ependergraft@slp.law
dwoodall@slp.law
dlocascio@slp.law
bshraibergecfmail@gmail.com

Hampton Peterson
legalservices@PBCTax.com

Jordan L Rappaport
office@rorlawfirm.com
1678370420@filings.docketbird.com

Jordan L Rappaport
office@rorlawfirm.com
1678370420@filings.docketbird.com

David A Ray
dray@draypa.com
sramirez.dar@gmail.com
cm_ecf_service@ntmlawfirm.com

Ivan J Reich
ireich@nasonyeager.com
msmith@nasonyeager.com

Jason S Rigoli
jrigoli@furrcohen.com
rrivera@furrcohen.com
staff1@furrcohen.com

Harry J Ross
hross@hjrlaw.com
jerri@hjrlaw.com

John D. Segaul
john@segaul.com
court@segaulstoll.com
melissa@segaul.com
segaullawfirmpa@jubileebk.net

Zach B Shelomith
zbs@lss.law
info@lss.law
zshelomith@ecf.inforuptcy.com

Bradley S Shraiberg
bss@slp.law
dwoodall@slp.law
dwoodall@ecf.courtdrive.com
pmouton@slp.law

Christian Somodevilla
cs@lss.law
info@lss.law
cs@ecf.courtdrive.com

David R. Softness
david@softnesslaw.com

Eric J Silver
esilver@stearnsweaver.com
jless@stearnsweaver.com
fsanchez@stearnsweaver.com
cgraver@stearnsweaver.com
mfernandez@stearnsweaver.com
*Counsel for Creditor Benidt Investments/Slinger, LLC.*

James B Sowka
jsowka@seyfarth.com
ctholen@seyfarth.com
bankruptcydocket@seyfarth.com
3913483420@filings.docketbird.com

Peter D Spindel
peterspindel@gmail.com
peterspindelcmecf@gmail.com

Mark E Steiner
MES@lgplaw.com
pm@lgplaw.com

Paul E Wilson
pwilson@paulwilsonesq.com

Harry Winderman
harry4334@hotmail.com
lynoramae@gmail.com
lm@whcfla.com
filings@whcfla.com

Thomas G Zeichman
tzeichman@bmulaw.com
G67999@notify.cincompass.com

(b) The following parties were served via First Class Mail on September 23, 2022.

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The
Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
Frederik Middleton
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Ally Bank Lease Trust - Assignor to
Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

BAL INVESTMENTS, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503

Columbus Day Finance, LLC
c/o Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

EAG WHOLESALE, LL
c/o  LP EAG, LLC
c/o SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487-2830

Fedex Corporate Services Inc
3965 Airways Blvd, Module G,
3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust
Comapny
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr.,
#300
Boca Raton, FL 33431-8530

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr.,
#300
Boca Raton, FL 33431-8530

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-5051

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205E
Boca Raton, FL 33431-7391

Karma of Palm Beach Inc. & Karma
of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma Palm Beach Inc. & Karma of
Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

risten Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

Luxury Lease Company LLC
210 Summit Ave,  Suite C4
Montvale, NJ 07645-1500

Mercedes Benz Financial Services
USA, LLC.
14372 Heritage Parkway
Fort Worth, TX 76177-3300

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Case No. 22-12790-EPK

Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467-7746

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216
 undeliverable

Parkview
400 Main Street
Stamford, CT 06901-3000

PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

TBF
333 River Street
Hoboken, NJ 07030-5856

The Gori Family  Limited
Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

Case No. 22-12790-EPK

United Healthcare Insurance
Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501