

**ORDERED in the Southern District of Florida on September 28, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                  Case No. 22-12790-EPK

EXCELL AUTO GROUP, LLC,                                                 Chapter 7

    Debtor.
_____/

### ORDER DENYING MOTION TO MODIFY THE AUTOMATIC STAY

This matter came before the Court for hearing on September 7 and 28, 2022, upon the *Motion for Entry of an Order Modifying the Automatic Stay to the Extent Applicable* [ECF No. 235] (the "Motion") filed by Luxury Lease Company (the "Movant"), the Response [ECF No. 248] filed by chapter 7 trustee Nicole Testa Mehdipour (the "Trustee"), the Joinder [ECF No. 249] filed by Chapford Credit Opportunities Fund, LLP, and supplemental briefing [ECF Nos. 260, 261] filed by the Movant and Trustee.

For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES that the Motion [ECF No. 235] is DENIED.

###

Copy to:

Eric J. Silver, Esq.

*Eric J. Silver, Esq. shall serve a copy of this order on all appropriate parties and file a certificate of service with the Court.*