**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                                          Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                               Chapter  7

    **Debtor.**
_____/

**CERTIFICATE OF SERVICE**
*(inadvertently not filed)*

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing [ECF #245] and  Expedited Motion for Authority to Enter into Agreement with KLDiscovery for Document Management Services and to Establish Financial Protocol for the Trustees Responses to Subpoenas for Electronic Information Hosted by KLDiscovery Retroactive to August 3, 2022 filed by Trustee Nicole Testa Mehdipour* [ECF No. 244], were served on September 12, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties as indicated on the attached service list.

Dated:  September 30, 2022

    **LAW OFFICE OF NICOLE TESTA**
    **MEHDIPOUR, P.A.**
    *Counsel for Chapter 7 Trustee*
    6278 N. Federal Highway, Suite 408
    Fort Lauderdale, FL 33308
    Tel: (954) 858-5880
    Fax: (954) 208-0888

    /s/ Nicole Testa Mehdipour
    Nicole Testa Mehdipour
    Florida Bar No. 177271
    NicoleM@ntmlawfirm.com

*Sent via CM/ECF:*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com

<u>*Sent via First Class US Mail:*</u>   To all parties on the attached service list.

```
Label Matrix for local noticing          Luxury Lease Company LLC                 1001 Clint Moore, LLC
113C-9                                   210 Summit Ave, Suite C4                 6560 W Rogers Circle
Case 22-12790-EPK                        Montvale, NJ 07645-1500                  Suite B27
Southern District of Florida                                                      Boca Raton, FL 33487-2746
West Palm Beach
Thu Sep 29 16:27:45 EDT 2022

Ally Bank Lease Trust - Assignor to Vehicle   Ally Bank, c/o AIS Portfolio Services, LLC   Auto Wholesale of Boca, LLC
4515 N Santa Fe Ave. Dept. APS                4515 N Santa Fe Ave. Dept. APS               6560 W Rogers Circle
Oklahoma City, OK 73118-7901                  Oklahoma City, OK 73118-7901                 Suite B27
                                                                                           Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC                     BENDT INVESTMENTS/SLINGER, LLC           Chapford Credit Opportunities Fund LP
c/o Zachary J. Bancroft, Esq.            c/o Eric J. Silver, Esq.                 c/o James C. Moon, Esq.
Baker Donelson, et al.                   150 West Flagler Street                  Meland Budwick, P.A.
200 S. Orange Ave., Ste. 2900            Suite 2200                               200 South Biscayne Blvd., Ste 3200
Orlando, FL 32801-3448                   Miami, FL 33130-1545                     Miami, FL 33131-5323

Chapford Specialty Finance LLC           Columbus Day Finance, LLC                DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                  c/o Jordan L. Rappaport, Esq             c/o Ivan J. Reich
Meland Budwick, P.A.                     Rappaport Osborne & Rappaport, PLLC      750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200       1300 N Federal Hwy #203                  Boca Raton, FL 33487-3611
Miami, FL 33131-5323                     Boca Raton, FL 33432-2848

Daimler Trust                            EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.
c/o Paul Wilson                          1001 Clint Moore Road                    c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308       Suite 101                                7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP       FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.                    c/o David R. Softness, Esq.        c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740             201 South Biscayne Boulevard #2740 201 South Biscayne Boulevard #2740
Miami, FL 33131-4332                           Miami, FL 33131-4332               Miami, FL 33131-4332

Franklin Capital Funding, LLC            Graves Directional Drilling Inc. a/k/a Grave   Integrated Vehicle Leasing, Inc.
c/o Shraiberg Page, PA                   c/o Kelley, Fulton, Kaplan & Eller PL          c/o Moritt Hock & Hamroff LLP
2385 NW Executive Center Dr., #300       1665 Palm Beach Lakes Blvd.,Ste. 1000          Attn.: Theresa A. Driscoll, Esq.
Boca Raton, FL 33431-8530                West Palm Beach, FL 33401-2109                 400 Garden City Plaza
                                                                                        Garden City, NY 11530-3327

Karma Automotive, LLC                    Karma of Broward, Inc.                   MMS Ultimate Services, Inc.
c/o James B. Sowka                       c/o Weiss Handler & Cornwell, PA         7241 Catalina Isle Drive
233 South Wacker Drive,, IL 60606        2255 Glades Road                         Lake Worth, FL 33467-7746
                                         Suite 205E
                                         Boca Raton, FL 33431-7391

Mercedes Benz Financial Services USA, LLC.   Milco Atwater, LLC                   Milco Atwater, LLC
14372 Heritage Parkway                       c/o Eyal Berger                      201 E Las Olas Blvd #1800
Fort Worth, TX 76177-3300                    201 Las Olas Blvd #1800              Fort Lauderdale, FL 33301-4442
                                             Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector          Prestige Luxury Cars, LLC                Road Rich, LLC d/b/a Road Rich Motors
c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman                   c/o Kelley, Fulton, Kaplan & Eller PL
POB 3715                                 2385 Executive Center Drive, Suite 250   1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511                West Palm Beach, FL 33401-2109
```

| | | |
|---|---|---|
| Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 | Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 |
| Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL  33130-1808 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 |
| A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | 1001 Clint Moore, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 |
| Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 |
| Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Alpine Business Capital<br>Frederik Middleton<br>99 Wall Street<br>New York, NY 10005-4301 | Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 |
| Chad Zakin<br>c/o Mark A. Levy, Esq.<br>Brinkley Morgan<br>100 SE Third Ave, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | Auto Wholesale of Boca, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 |
| DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esquire<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 |
| Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 | (c)EAG WHOLESALE, LLC/OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Ave., Ste. 240<br>Boca Raton, FL 33487-2840 |
| FVP Opportunity Fund III LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd, Suite 2740<br>Miami, FL 33131-4332 | Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 | Edvard Dessalines<br>6160 Kelty Way<br>Lake Worth, FL 33467-6117 |
| First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | FVP Opportunity Fund III, LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2740<br>Miami, FL  33131<br>david@softnesslaw.com  33131-4332 |

```
Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

Parkview
400 Main Street
Stamford, CT 06901-3000

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-5051

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681
```

```
Stefano Riga                          Stephen Breuer                        TBF
c/o Jordan L. Rappaport               Breuer Law, PLLC                      333 River Street
1300 N. Federal Hwy Suite 203         6501 Congress Avenue                  Hoboken, NJ 07030-5856
Boca Raton, FL 33432-2848             Suite 240
                                      Boca Raton, FL 33487-2840

TVT                                   TVT Direct Funding LLC                The Gori Family Limited Partnership
1407 Broadway                         65 West 36th Street, Floor 12         c/o D. Brett Marks, Esquire
New York, NY 10018-5100               New York, NY 10018-7935               Akerman LLP
                                                                            201 East Broward Blvd.
                                                                            Suite 1800
                                                                            Fort Lauderdale, Florida 33301

Theresa A. Driscoll                   Timothy Olesijuk                      United Healthcare Insurance Company
Moritt Hock & Hamroff                 c/o John D. Segaul, Esq.              Attn CDM/Bankruptcy
400 Garden City Plaza                 300 S. Pine Island Rd #304            185 Asylum St-03B
Garden City, NY 11530-3327            Plantation FL 33324-2621              Hartford CT 06103-3408

Wing Lake Capital Partners            Aaron Parkinson                       Alan Barbee
32300 Northwestern Highway            c/o Jordan L. Rappaport Esq           1400 Centerpark Blvd Suite 860
Suite 200                             1300 N Federal Hwy #203               Suite 860
Farmington Hills, MI 48334-1501       Boca Raton, FL 33432-2848             West Palm Beach, FL 33401-7421

Alexey Alekseyevich Gorodova          Andrew Greenberg                      Andrew Todd McNeill
1100 S Miami Avenue                   c/o Jordan L Rappaport                c/o Paid A. Avron
Apt 1210                              1300 N Federal Hwy #203               201 E. Las Olas Boulevard, Suite 1500
Miami, FL 33130-4164                  Boca Raton, FL 33432-2848             Fort Lauderdale, FL 33301-4439

Carina Avila                          Chad Zakin                            Christopher Todd Bludworth
DMS Inc                               c/o Mark A. Levy                      c/o Paid A. Avron
4701 SW 51st St                       100 SE Third Avenue, 23rd Floor       201 E. Las Olas Boulevard, Suite 1500
Davie, FL 33314-5503                  Fort Lauderdale, FL 33394-0002        Fort Lauderdale, FL 33301-4439

David Amsel                           Edvard Dessalines                     Edward Brown
c/o Breuer Law, PLLC                  c/o John E. Page                      c/o Eyal Berger
6501 Congress Avenue                  2385 NW Executive Center Dr, Suite 300 201 Las Olas Blvd #1800
Suite 240                             Boca Raton, FL 33431-8530             Fort Lauderdale, FL 33301-4442
Suite 240
Boca Raton, FL 33487-2840

Frederick Hall                        Frederick Middleton                   Harry Winderman
Cuenant & Pennington P. A.            c/o Jordan L. Rappaport Esq           Harry Winderman, ESQ.
c/o Winston Cuenant                   1300 N Federal Hwy #203               2255 Glades Road
101 NE 3rd Avenue                     Boca Raton, FL 33432-2848             Suite 205e
Suite #1500                                                                 Boca Raton, FL 33431-7391
Fort Lauderdale, FL 33301-1181

John Wittig                           Kristen Zankl                         Michael Halperin
c/o Eyal Berger                       16937 Pierre Circle                   c/o Philip Landau
201 Las Olas Blvd #1800               Delray Beach, FL 33446-3693           Landau Law, PLLC
Fort Lauderdale, FL 33301-4442                                              3010 N. Military Trail
                                                                            Suite 318
                                                                            Boca Raton, FL 33431-6300

Moshe Farache                         (p)NICOLE TEST MEHDIPOUR              Philip T. Gori
6560 W. Rogers Circle Suit B27        6278 NORTH FEDERAL HIGHWAY SUITE 408  c/o Eyal Berger
Boca Raton, FL 33487-2746             FORT LAUDERDALE FL 33308-1916         201 Las Olas Blvd #1800
                                                                            Fort Lauderdale, FL 33301-4442
```

```
Richard Applegate                    Richard Greenberg                    Scott Zankl
c/o Jordan L. Rappaport              c/o Jordan L Rappaport               16937 Pierre Circle
Suite 203, Squires Building          1300 N Federal Hwy #203              Delray Beach, FL 33446-3693
1300 North Federal Highway           Boca Raton, FL 33432-2848
Boca Raton, FL 33432-2801

Stefano Riga                         Steven Graves                        Svetlana Petrovna Gorodova
c/o Jordan L Rappaport, Esq          c/o Kelley, Fulton, Kaplan & Eller PL 1100 S Miami Avenue
1300 N Federal Hwy, Ste 203          1665 Palm Beach Lakes Blvd., Ste. 1000 Apt 1210
Boca Raton, FL 33432-2848            West Palm Beach, FL 33401-2109       Miami, FL 33130-4164

Tarek Aboualazm                      Tim Olesijuk
c/o Jordan L. Rappaport, Esq         c/o John D. Segaul
1300 N Federal Hwy, Ste 203          300 S. Pine Island Road, Suite 304
Boca Raton, FL 33432-2848            Plantation, FL 33324-2621


              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308


                          Addresses marked (c) above for the following entity/entities were corrected
                               as required by the USPS Locatable Address Conversion System (LACS).


EAG Wholesale, LLC/OLP EAG, LLC      OLP EAG, LLC                          Peak Finance, LLC
c/o Simon & Sigalos, LLC             c/o Simon & Sigalos, LLP              c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100        3839 NW Boca Raton Blvd. #100         3839 NW Boca Raton Blvd #100
Boca Raton, FL 33431                 Boca Raton, FL 33431                  Boca Raton FL 33431


              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach                   (d)Graves Directional Drilling, Inc.  (d)Moshe Farache and MMS Ultimate Services, I
                                     c/o Kelley, Fulton, Kaplan & Eller, PL c/o James B. Miller, P.A.
                                     1665 Palm Beach Lakes Blvd., Ste 1000  19 West Flagler Street, Suite 416
                                     West Palm Beach, FL 33401-2109         Miami, FL 33130-4419


(u)Parkinson Holdings LTD            (u)Parkinson Super Pty LTD            (d)Savannah Row Development Company, LLC
c/o Aaron Parkinson                  c/o Aaron Parkinson                   c/o M.A. Dinkin Law Firm, P.L.L.C.
19 Oatland Esp, Unit 26              19 Oatland Esp, Unit 26               3319 SR 7, Suite 303
Runaway Bay QLD 4216                 Runaway Bay QLD 4216                  Wellington FL 33449-8147
```

(d) Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

(d) Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(u) Johnie Floyd Weems, III

End of Label Matrix
Mailable recipients     127
Bypassed recipients       9
Total                   136