UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

In re:                                                           Case No. 22-12790-BKC-EPK
                                                                 Chapter 7
**EXCELL AUTO GROUP, INC.,**
        Debtor.
_____/

**TRUSTEE'S NOTICE OF AUCTION SALE PURSUANT TO RULE 6004 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 11 U.S.C. §363(B) AND (F)**

*PURSUANT TO BANKRUPTCY RULE 6004 AND LOCAL RULE 6004-1(D) THIS PROPOSED SALE WILL BE DEEMED APPROVED WITHOUT THE NECESSITY OF HEARING OR ORDER IF NO OBJECTION TO THE SALE IS FILED AND SERVED WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE.*

**TO: ALL CREDITORS AND PARTIES IN INTEREST**

**NOTICE IS HEREBY GIVEN THAT:**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee (The "Trustee") for the bankruptcy estate of EXCELL AUTO GROUP, INC., hereby files this Notice of Sale Pursuant to Rule 6004 of the Federal Rules of Bankruptcy Procedure, Local rule 6004-1(D) and 11 U.S.C. §363(b) and (f), and respectfully states as follows:

1.  The Debtor filed a voluntary petition for bankruptcy relief under Chapter 7 of Title 11 of the Bankruptcy Code on August 8, 2022 [ECF No. 1] and Nicole Testa Mehdipour was duly appointed as the Chapter 7 Trustee in the case [ECF No. 2].

2.  The Trustee seeks authorization to sell the following vehicles:

| Description | VIN | Owner/Registered Name | Payoff | Lienholder |
|---|---|---|---|---|
| 2008 Freightliner M2106 | 1FVAFCBT58HY59162 | Excell Auto Group, Inc. | N/A | N/A |
| 2016 Gooseneck, Trailer | 593100V31G1052134 | Excell Auto Group, Inc. | N/A | N/A |
| 2017 Peterbilt 337 | 2NP2HM6X8HM431884 | Excell Auto Group, Inc. | $13,334.27[1] | Ally Financial |

---

[1] Ally has provided a payoff amount of $13,334.27, effective through the end of business on 10\06\2022, with a per diem of $1.86, to satisfy and release its lien.

(collectively, the "Vehicles").

3. The Vehicles are owned by the Debtor, and research has not uncovered any liens, claims or encumbrances on the Vehicles, other than the lien held by Ally Financial in connection with the 2017 Peterbilt 337.

4. Document Management Solutions, Inc. ("DMS"), was approved by Court Order on September 20, 2022 [ECF No. 259], as the Trustee's auctioneer for the purpose of conducting the Auction. The Chapter 7 Trustee proposes selling the Vehicle by way of E-Bay Motor's Online Vehicles Auction Sale (the "Auction"). The Vehicle will be sold free and clear of all liens, claims and encumbrances, with any liens, claims and encumbrances to attach to the proceeds of the sale.

5. The Auctioneer has agreed to be compensated ten percent (10%) based on the gross revenue from the sale of each vehicle. The maximum amount of costs and expenses to be expended by and reimbursed to the Auction for the vehicles, which will be paid from the proceeds generated from the Auction, is as follows:

| Description | Retrieval Fee | Preparation Fee | Storage/ Administrative Fees | CarFax Report | Estimated Listing Fee |
|---|---|---|---|---|---|
| 2008 Freightliner M2106 (VIN# 1FVAFCBT58HY59162) | $1,250.00 | $200.00 | $1,650.00 | $100.00 | $150.00 |
| 2016 Gooseneck, Trailer (VIN# 593100V31G1052134) | $1,250.00 | $200.00 | $1,650.00 | $100.00 | $150.00 |
| 2017 Peterbilt 337 (VIN# 2NP2HM6X8HM431884) | $1,250.00 | $200.00 | $1,500.00 | $100.00 | $150.00 |

6. The Vehicles shall be listed for sale on E-Bay and shall not close until 21 days service of this Notice. **THE SALE IS 'AS-IS" AND "WHERE IS" AND WITHOUT ANY WARRANTIES OR REPRESENATIONS OF ANY NATURE.**

7. The highest bidder shall be required to pay by cash or cashier's check, and the sale shall be final. The sale shall also be subject to any other terms and conditions as announced by the Auctioneer at the Auction.

8. The Auction proceeds shall be held in trust by the Auctioneer, in accordance with

applicable law, and remitted to the estate within two (2) weeks of the Auction.

9. Any objections to the sale must be in writing, filed with the Clerk of the Bankruptcy Court, and served upon Nicole Testa Mehdipour, the Chapter 7 Trustee.

**WHEREFORE**, the Trustee seeks to sell the Vehicles via online Auction upon the terms and conditions as set forth herein.

Respectfully submitted this 30th day of September, 2022.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
www.NTMLawFirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on September 30, 2022, via the Court's CM/ECF electronic mail notification system and via U.S. mail to *Attn: Ally Bank Department, AIS Portfolio Services, LLC, Account: XXXXXXXX1617, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118*, and to all parties as indicated below and on the attached service list.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

*Sent via CM/ECF*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

- **Winston I Cuenant**    winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**    jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**    pwilson@paulwilsonesq.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

*<u>Sent via U.S. Mail</u>*

See attached matrix.

```
Label Matrix for local noticing           Luxury Lease Company LLC                  1001 Clint Moore, LLC
113C-9                                    210 Summit Ave, Suite C4                  6560 W Rogers Circle
Case 22-12790-EPK                         Montvale, NJ 07645-1500                   Suite B27
Southern District of Florida                                                        Boca Raton, FL 33487-2746
West Palm Beach
Fri Sep 30 13:46:16 EDT 2022

Ally Bank Lease Trust - Assignor to Vehicle   Ally Bank, c/o AIS Portfolio Services, LLC   Auto Wholesale of Boca, LLC
4515 N Santa Fe Ave. Dept. APS            4515 N Santa Fe Ave. Dept. APS            6560 W Rogers Circle
Oklahoma City, OK 73118-7901              Oklahoma City, OK 73118-7901              Suite B27
                                                                                    Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC                      BENIDT INVESTMENTS/SLINGER, LLC           Chapford Credit Opportunities Fund LP
c/o Zachary J. Bancroft, Esq.             c/o Eric J. Silver, Esq.                  c/o James C. Moon, Esq.
Baker Donelson, et al.                    150 West Flagler Street                   Meland Budwick, P.A.
200 S. Orange Ave., Ste. 2900             Suite 2200                                200 South Biscayne Blvd., Ste 3200
Orlando, FL 32801-3448                    Miami, FL 33130-1545                      Miami, FL 33131-5323

Chapford Specialty Finance LLC            Columbus Day Finance, LLC                 DCG 2008 Irrevocable Wealth Trust
c/o James C. Moon, Esq.                   c/o Jordan L. Rappaport, Esq              c/o Ivan J. Reich
Meland Budwick, P.A.                      Rappaport Osborne & Rappaport, PLLC       750 Park of Commerce Blvd, Suite 210
200 South Biscayne Blvd., Ste 3200        1300 N Federal Hwy #203                   Boca Raton, FL 33487-3611
Miami, FL 33131-5323                      Boca Raton, FL 33432-2848

Daimler Trust                             EXCELL Auto Group, Inc.                   Excell Auto Sport and Service, Inc.
c/o Paul Wilson                           1001 Clint Moore Road                     c/o Nathan G. Mancuso
1776 N. Pine Island Rd., Suite 308        Suite 101                                 7777 Glades Rd., Suite 100
Plantation, FL 33322-5235                 Boca Raton, FL 33487-2830                 Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia   FVP Opportunity Fund III, LP         FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.               c/o David R. Softness, Esq.               c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740        201 South Biscayne Boulevard #2740        201 South Biscayne Boulevard #2740
MIami, FL 33131-4332                      Miami, FL 33131-4332                      Miami, FL 33131-4332

Franklin Capital Funding, LLC             Graves Directional Drilling Inc. a/k/a Grave   Integrated Vehicle Leasing, Inc.
c/o Shraiberg Page, PA                    c/o Kelley, Fulton, Kaplan & Eller PL     c/o Moritt Hock & Hamroff LLP
2385 NW Executive Center Dr., #300        1665 Palm Beach Lakes Blvd.,Ste. 1000     Attn.: Theresa A. Driscoll, Esq.
Boca Raton, FL 33431-8530                 West Palm Beach, FL 33401-2109            400 Garden City Plaza
                                                                                    Garden City, NY 11530-3327

Karma Automotive, LLC                     Karma of Broward, Inc.                    MMS Ultimate Services, Inc.
c/o James B. Sowka                        c/o Weiss Handler & Cornwell, PA          7241 Catalina Isle Drive
233 South Wacker Drive,, IL 60606         2255 Glades Road                          Lake Worth, FL 33467-7746
                                          Suite 205E
                                          Boca Raton, FL 33431-7391

Mercedes Benz Financial Services USA, LLC.   Milco Atwater, LLC                     Millco Atwater, LLC
14372 Heritage Parkway                    c/o Eyal Berger                           201 E Las Olas Blvd #1800
Fort Worth, TX 76177-3300                 201 Las Olas Blvd #1800                   Fort Lauderdale, FL 33301-4442
                                          Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector           Prestige Luxury Cars, LLC                 Road Rich, LLC d/b/a Road Rich Motors
c/o Hampton Peterson Esq                  c/o Thomas G. Zeichman                    c/o Kelley, Fulton, Kaplan & Eller PL
POB 3715                                  2385 Executive Center Drive, Suite 250    1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33402-3715            Boca Raton, FL 33431-8511                 West Palm Beach, FL 33401-2109
```

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL  33130-1808

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

1001 Clint Moore, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
Frederik Middleton
1361 SW 21st St
Boca Raton, FL 33486-6646

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Auto Wholesale of Boca, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Chad Zakin
c/o Mark A. Levy, Esq.
Brinkley Morgan
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394-0002

Chapford Specialty Finance LLC
c/o James C. Moon, Esquire
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

David Amsel
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David Softness, Esq.
201 S. Biscayne Blvd.
Suite 2740
Miami, FL  33131
david@softnesslaw.com   33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259-0200

| | | |
|---|---|---|
| Franklin Capital Funding, LLC<br>c/o Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 |
| Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | Graves Directional Drilling Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | Green Bucket Investments<br>Aaron Parkinson<br>6700 N Andrews Ave 3 Fl<br>Ft Laud., FL 33309-2204 |
| Haley Walker<br>c/o Olive Judd, P.A.<br>2426 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301-1573 | Integrated Vehicle Leasing Inc.<br>Theresa A. Driscoll<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Jack Brennan<br>GrayRobinson, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2798 |
| Jack Brennan<br>GrayRobison, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2741 | Johnie Floyd Weems, III<br>1199 S. Federal Highway, Suite 423<br>Boca Raton, FL 33432-7335 | Karma Palm Beach Inc. & Karma of Broward Inc<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 |
| Karma of Palm Beach Inc. & Karma of Broward<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Lillian Roberts<br>6360 NW 42nd Avenue<br>Coconut Creek, Florida 33073<br>Coconut Creek, FL 33073-3262 | MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 |
| Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Mike Halperin<br>c/o Philip J. Landau, Esq.<br>3010 N. Military Trail, Suite 318<br>Boca Raton, FL 33431-6300 | Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301-4442 |
| Moshe Farache and<br>MMS Ultimate Services, Inc.<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | (c)OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | (c)PEAK FINANCE, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 |
| Prestige Luxury Cars, LLC<br>70 SE 4TH AVE<br>DELRAY BEACH, FL 33483-4514 | Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway   33431-4258 | Richard Applegate<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 | Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 |

| | | |
|---|---|---|
| Stefano Riga<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy Suite 203<br>Boca Raton, FL 33432-2848 | Stephen Breuer<br>Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Boca Raton, FL 33487-2840 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 |
| TVT<br>1407 Broadway<br>New York, NY 10018-5100 | TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 | The Gori Family Limited Partnership<br>c/o D. Brett Marks, Esquire<br>Akerman LLP<br>201 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, Florida 33301 |
| Theresa A. Driscoll<br>Moritt Hock & Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Timothy Olesijuk<br>c/o John D. Segaul, Esq.<br>300 S. Pine Island Rd #304<br>Plantation FL 33324-2621 | United Healthcare Insurance Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 |
| Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Aaron Parkinson<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Alan Barbee<br>1400 Centerpark Blvd Suite 860<br>Suite 860<br>West Palm Beach, FL 33401-7421 |
| Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Andrew Todd McNeill<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 |
| Carina Avila<br>DMS Inc<br>4701 SW 51st St<br>Davie, FL 33314-5503 | Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Christopher Todd Bludworth<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 |
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 | Edvard Dessalines<br>c/o John E. Page<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431-8530 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Frederick Hall<br>Cuenant & Pennington P.A.<br>c/o Winston Cuenant<br>101 NE 3rd Avenue<br>Suite #1500<br>Fort Lauderdale, FL 33301-1181 | Frederick Middleton<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 |
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Michael Halperin<br>c/o Philip Landau<br>Landau Law, PLLC<br>3010 N. Military Trail<br>Suite 318<br>Boca Raton, FL 33431-6300 |
| Moshe Farache<br>6560 W. Rogers Circle Suit B27<br>Boca Raton, FL 33487-2746 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |

| | | |
|---|---|---|
| Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 |
| Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | |

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308




                    Addresses marked (c) above for the following entity/entities were corrected
                         as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| EAG Wholesale, LLC/OLP EAG, LLC<br>c/o Simon & Sigalos, LLC<br>3839 NW Boca Raton Blvd. #100<br>Boca Raton, FL 33431 | OLP EAG, LLC<br>c/o Simon & Sigalos, LLP<br>3839 NW Boca Raton Blvd. #100<br>Boca Raton, FL 33431 | Peak Finance, LLC<br>c/o Simon & Sigalos, LLP<br>3839 NW Boca Raton Blvd #100<br>Boca Raton FL 33431 |


              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Graves Directional Drilling, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | (d)Moshe Farache and MMS Ultimate Services, I<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 |
| (u)Parkinson Holdings LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216 | (u)Parkinson Super Pty LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216 | (d)Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington FL 33449-8147 |

```
(d)Shrayber Land, Inc.              (d)Woodside Credit, LLC              (u)Johnie Floyd Weems, III
c/o Joaquin J. Alemany, Esq.        c/o Zach B. Shelomith, Esq.
Holland & Knight LLP                2699 Stirling Rd # C401
701 Brickell Ave., Suite 3300       Fort Lauderdale, FL 33312-6598
Miami, FL 33131-2898
```

**End of Label Matrix**
**Mailable recipients**   127
**Bypassed recipients**     9
**Total**                 136