**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

In re:                                                    Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**
                                                          Chapter  7

        **Debtor.**
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Trustee's Ex*

*Parte Application to Retain Document Management Solutions, Inc. as Auctioneer in Connection*

*with the Sale of Vehicles* [ECF No. 259], was served on September 20, 2022, via the Court's

CM/ECF electronic mail notification system and was served on September 30, 2022 via U.S.

Mail to all parties as indicated on the matrix matrix as well as the *Notice of Proposed Sale of*

*Property Outside of the Normal Course of Business* [ECF #274] was served on September 30,

2022 via the Court's CM/ECF electronic mail notification system and was served on September

30, 2022 via U.S. Mail to all parties on the attached matrix matrix..

        Dated:  October 4, 2022


                        By:  /s/ Nicole Testa Mehdipour
                             Nicole Testa Mehdipour
                             Chapter 7 Trustee
                             6278 North Federal Highway, Suite 408
                             Fort Lauderdale, FL 33308
                             Tel: (954) 858-5880

***Sent via CM/ECF:***

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**    pavron@bergersingerman.com,
  efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com,
  achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**    abarbee@brileyfin.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**    stephen@breuer.law;
  genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**    acrane@furrcohen.com,
  rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**    winston@cuenantlaw.com,
  drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**    mark.levy@brinkleymorgan.com,
  sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com,
  sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**    john@segaul.com,
  court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**    jsowka@seyfarth.com,
  ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**    pwilson@paulwilsonesq.com
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**    tzeichman@bmulaw.com, G67999@notify.cincompass.com

***Sent via First Class US Mail:*** See attached mailing matrix.

Label Matrix for local noticing
113C-9
Case 22-12790-EPK
Southern District of Florida
West Palm Beach
Tue Oct 4 07:12:25 EDT 2022

Luxury Lease Company LLC
210 Summit Ave., Suite C4
Montvale, NJ 07645-1500

1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Savannah Row Development Company, LLC
c/o W.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Strydoor Land, Inc.
c/o Joaquin J. Alemany, Esq
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

TuLocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank, c/o ALS Portfolio Services, LLC
4515 N Santa Fe Ave Dept. APS
Oklahoma City, OK 73118-7901

Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Woodside Credit, LLC
c/o Rod B. Shainuth, Esq
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

BAL INVESTMENTS, LLC
c/o James C. Moon, Esq.
Baker Donalson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BRUTT INVESTMENTS/ELINGER, LLC
c/o Eric J. Silver, Esq
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chagford Credit Opportunities Fund LP
c/o James C. Moon, Esq
Weiland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

1001 Clint Moore, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

AAA Publishing Corp d/b/a The Boca Raton Obs
7300 W Camino Real Ste 315
Boca Raton, FL 33487-1357

Chagford Specialty Finance LLC
c/o James C. Moon, Esq.
Weiland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Columbus Day Finance, LLC
c/o Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

DCG 2098 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487-3611

AXA Realty
14650 Charlos River Drive
Delray Beach, FL 33446-0010

AMEG TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6446

Dalnier Trust
c/o Paul Wilson
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322-5235

EXCELL Auto Group, Inc.
1001 Clint Moore Road
Boca Raton, FL 33487-2830

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

Aaron Parkinson
Frederick MidGicon
1361 SW 21st St
Boca Raton, FL 33486-6446

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

FVP Investments, LLC, a Delaware listed lia
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Auto Wholesale of Boca, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Chad Eakin
c/o Mark A. Levy, Esq.
Brinkley Morgan
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394-0002

Karma Automotive, LLC
c/o Howard B. Soros
233 South Wacker Drive., IL 60606

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Integrated Vehicle Leasing, Inc.
c/o Morritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530-3327

Chagford Specialty Finance LLC
c/o James C. Moon, Esquire
Weiland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2098 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4442

DCG Trust
c/o Henry Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

Karma of Broward, Inc.
c/o Bruce Loren of Cornwell, PA
2255 Glades Road
Suite 205E
Boca Raton, FL 33431-7391

Milico Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

MMG Ultimate Services, Inc.
7241 Carolina Isle Drive
Lake Worth, FL 33467-7746

David Asmal
c/o Brener Law PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)BAC WHOLESALE, LLC/OLD BAG, LLC
c/o SIMON & STACARO, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

Ed Brown
152 Blue Club Drive
Jupiter, FL 33477-4203

Mercedes Benz Financial Services USA, LLC
14372 Heritage Parkway
Fort Worth, TX 76177-3300

Milico Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Milico Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Edward Desmalines
6140 Rushly Bay
Lake Worth, FL 33467-6117

Edward M. Brown
c/o Robet Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq
201 S. Biscayne Blvd. Suite 2740
Miami, FL 33131-4332

Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

FVP Opportunity Fund III, LP
c/o David Softness, Esq
201 S. Biscayne Blvd.
Suite 1600
Miami, FL 33131
david@softnesslaw.com    33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Flor
Memphis, TN 38116-5017

First Citizens Bank & Trust Company
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Gan Booked
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Baley Walker
c/o John Todd, P.A.
2416 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Karma of Palm Beach Inc. & Karma of Broward
c/o Barry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Mike Halperin
5820 Barrington Way
Boca Raton, FL 33496-2511

Moshe Parache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

Parkview
400 Atlantic Street
Stamford, CT 06901-3000

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DEERFIELD BEACH, FL 33483-4514

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Frederick Hall
200 W. Palm Ave
Indialantic, FL 32903-5051

Graves Directional Drilling Inc.
c/o Halley, Fulton, Kaplan & Elias, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Joshua Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7135

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Windermam, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 118
Boca Raton, FL 33431-6300

(c)DLP ERG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

(c)MRAM DYNAMOS, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Sharpher Land
15700 Dallas Parkway 33431-4258

Sharpher Land
15700 Dallas Parkway, Suite 11
Suite 5021
Dallas, TX 75248-3306

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

TVT
1407 Broadway
New York, NY 10018-5100

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

Wing Lake Capital Partners
30200 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Alexey Aleksaevich Gorodnva
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-3503

David Amal
c/o Brenner Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

Frederick Hall
Comeau, Mazzey & Herington P.A.
c/o Winston Cummant
101 NE 3rd Avenue
Suite #1500
Fort Lauderdale, FL 33301-1181

John Wittig
c/o Dyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Moshe Parache
6560 W. Rogers Circle Suite B27
Boca Raton, FL 33487-4746

Stephen Breuer
Brenner Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

Timothy Olszjuk
c/o John D. Segaul, Esq.
300 S. Pine Island Rd #304
Plantation FL 33324-2621

United Healthcare Insurance Company
Ashland CT/Hartford
185 Asylum St-30B
Hartford CT 06103-3408

Alan Barbee
1400 Centerpark Blvd Suite 860
Suite 860
West Palm Beach, FL 33401-7421

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Chad Iakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Edward Desmalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Frederick Middleton
c/o Jordan L. Rappaport P.A.
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Kristen Iandl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Michael Halperin
c/o Philip Landau
Landau Law PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Philip T. Gori
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

TMF
333 River Street
Hoboken, NJ 07030-5856

The Gori Family Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

United Healthcare Insurance Company
Ashland CT/Hartford
185 Asylum St-30B
Hartford CT 06103-3408

Alan Barbee
1400 Centerpark Blvd Suite 860
Suite 860
West Palm Beach, FL 33401-7421

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Edward Brown
c/o Dyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

Michael Halperin
c/o Philip Landau
Landau Law PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Philip T. Gori
c/o Dyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Phil Gori
15 N Alexander Palm Road
Boca Raton, FL 33432-8602

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 91651-3601

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zukal
16937 Pierre Circle
Delray Beach, FL 33446-3693

(d)Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2896

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Bailey, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1110 S Miami Avenue
Apt. 1210
Miami, FL 33130-4164

End of Label Matrix
Mailable recipients    127
Bypassed recipients      9
Total                  136

Tarek Aboulalam
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olatidyk
c/o John D. Segal
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

Nicola Tweta Wehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

ERG Wholesale LLC/OLP ERG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP ERG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Graves Directional Drilling, Inc.
c/o Bailey, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moche Franche and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o W.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-6347

(u)Johnie Floyd Wemes, III