UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                                    CASE NO.  22-12790-EPK

EXCELL AUTO GROUP, INC.,                                              Chapter 7 Proceeding

              Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that attorney Eric N. Assouline and the law firm of Assouline & Berlowe, P.A. hereby make an appearance on behalf of Non-Parties AUSTIN BUSINESS FINANCE, LLC and XAN MYBURGH, and directs that all notices, motions, orders, pleadings and papers filed in the above action be served upon: Eric N. Assouline, Esq., Assouline & Berlowe, P.A., Miami Tower, 100 S.E. 2nd Street, Suite 3105, Miami, FL  33131; Telephone: (305) 567-5576; Email: ena@assoulineberlowe.com.

Dated:  October 9, 2022

Respectfully submitted,

**ASSOULINE & BERLOWE, P.A.**
Miami Tower
100 SE 2nd Street, Suite 3105
Miami, FL 33131
Telephone: (305) 567-5576
By:*/s/ Eric N. Assouline*
Eric N. Assouline (FL Bar #106143)
ena@assoulineberlowe.com

*Attorneys for Non-Parties Austin Business Finance, LLC and Xan Myburgh*

## CERTICIATE OF SERVICE

I HEREBY CERTIFY that a true copy and correct copy of the foregoing has been furnished this 9th day of October 2022, upon all those who receive service through CM/ECF, including but not limited to: Jason S. Rigoli, Esq., jrigoli@furrcohen.com.

*/s/ Eric N. Assouline*
Eric N. Assouline, Esq.

**ASSOULINE & BERLOWE, P.A.**
Miami Tower, 100 S.E. 2nd Street, Suite 3105, Miami, Florida 33131 - Telephone: 305-567-5576