UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

Debtor.
_____

Case No. 22-12790-EPK

Chapter 7

**EDWARD BROWN'S MOTION TO COMPEL TURNOVER OF ORIGINAL TITLE,
ASSIGNMENT OF TITLE, AND APPLICATION FOR CERTIFICATE OF TITLE
WITH/WITHOUT REGISTRATION FOR 2021 FERRARI ROMA VIN # ZFF98RNA3M0263662**

Creditor, Edward Brown ("Brown"), by and through his undersigned counsel, hereby

moves the Court for entry of an Order compelling the Trustee of the Estate of Excell Auto

Group, Inc. (the "Debtor") to turn over the original Title, original assignment of title, and

original Application for Certificate of Title With/Without Registration for certain vehicle, as set

forth in detail below, and states in support as follows:

**Relevant Procedural History**

1.     On April 8, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for

relief [ECF No. 1] (the "Petition") under Chapter 7 of Title 11 of the United States Code in the

United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division

(the "Court") in the case styled *In re Excell Auto Group, Inc.*, Case No.: 22-12790-EPK (the

"Bankruptcy Case").

2.     On April 8, 2022, Nicole Testa Mehdipour (the "Trustee") was appointed Chapter

7 Trustee in the Bankruptcy Case [ECF No. 2].

3.     The Court has jurisdiction over this proceeding pursuant to 28 U.S.C. § 1334.

This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E).

## The Vehicle

4.      Prior to the Petition Date, Brown purchased a 2021 Ferrari Roma, VIN # ZFF98RNA3M0263662 (the "<u>Vehicle</u>" or "<u>Roma</u>") from Karma Palm Beach, Inc. (the "<u>Dealership</u>").[1]  Brown, as buyer, and the Dealership, as seller, executed that certain Purchase Agreement for the Roma, dated November 12, 2021 (the "<u>Roma Purchase Agreement</u>").  A true and correct copy of the Roma Purchase Agreement, and other documents evidencing the purchase, is attached hereto as **Composite Exhibit A**.  The Roma is currently insured by Brown.

5.      The paperwork in the dealer jacket indicates that Karma was assigned the title by the prior owner, European Exotic Center, and had filled out the paperwork to assign title to Edward Brown and had filled out the Application for Certificate of Title, copies of which are attached as **Composite Exhibit B**.

6.      Tags and registration were not immediately obtained by Brown, because the Roma was purchased as a surprise gift for his wife.  If Brown's wife did not like the Roma, he would have traded it in for another car.  Fortunately, Brown's wife did like the Roma, but when Brown went to apply for tags on the Vehicle, the Debtor was on the eve of bankruptcy.

7.      While Brown owns and has exclusive possession of the Vehicle, Brown does not yet possess the certificate of title to the Vehicle.  The Dealership did not finalize the process of submitting the required paperwork to the State of Florida (*i.e.*, by submitting the Application for Certificate of Title With/Without Registration for the Vehicles) to transfer the certificate of title in the Vehicle prior to the Petition Date.

---

[1] In addition to the Ferrari Roma, Brown has not yet received title to three additional vehicles that he purchased: (1) a 2021 Rolls Royce, VIN # SLATV8C09MU204907; (2) a 2021 Lamborghini Urus, VIN # ZPBUA1ZL1MLA12270; and (3) a 2021 Ferrari Stradale, VIN # ZFF95NLA7M0265077, Plate PJ0 21M.  Since these vehicles are subject to litigation concerning their ownership, Brown reserves the right to seek turnover of titles for such after the appropriate venue resolves the disputes as to ownership.

8.      Upon information and belief, the original certificate of title, assignment of title, and Application for Certificate of Title With/Without Registration for the Vehicle remained in the Debtor's office and are now in the possession of the Trustee.  The Dealership apparently did not even submit an update to the State of Florida upon the transfer of the Vehicle to it, as the governmental records indicate it is still titled in the prior dealer's name, European Exotic Center.

9.      Brown does not know of any third party who also alleges an interest in the Roma, which Brown purchased for cash.  However, Brown has superior ownership rights to all others, as set forth below.

10.      To the extent that the sales taxes were not paid by the Dealership, Brown will make such payments to ensure the sale transaction is properly documented with the state of Florida.

**Relief Requested**

11.      Brown requests that the Trustee turn over the originals of the documents in **Composite Exhibit B,** namely the original Certificate of Title, the original assignment of title, and original Application for Certificate of Title With/Without Registration for the Vehicle so that Brown's ownership may be properly reflected on the title and so that Brown can obtain his registration and tag.

**Basis for Relief**

12.      Brown believes that no other party has an interest in the Roma. To the extent a third party alleges an interest in the Roma, any right, title, or interest the third party claims in the Roma is inferior to Brown's ownership rights.

13.      As shown by the documents in **Composite Exhibit A** above, Brown purchased the Roma from the Dealership.  Brown retains possession of the Roma.  However, for the

AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL  33301

reasons explained above, the Dealership never provided the certificate of title to the Roma to Brown. Even without the certificate of title, as the exclusive possessor and controller of the Roma, Brown is the owner of the Roma. *State Farm Mut. Auto. Ins. Co. v. Hartzog*, 917 So. 2d 363, 365 (Fla. 1st DCA 2005) ("Exclusive possession and control, taken at the time of the agreement, is a key factor in determining beneficial ownership of a vehicle, regardless of whether legal title remains in the seller's name.").

14.      For several reasons, possession of the certificate of title is not required to demonstrate ownership of a motor vehicle. *See In re Kirk*, 381 B.R. 800, 802 (Bankr. M.D. Fla. 2007) ("A certificate of title is not necessary for ownership of a vehicle in Florida."); *Nash Miami Motors v. Bandel*, 47 So. 2d 701, 703 (Fla. 1950) ("a registered certificate of title is not, in all cases, conclusive proof of ownership."); *Correria v. Orlando Bank & Tr. Co.*, 235 So. 2d 20, 24 (Fla. 4th DCA 1970) ("It has been settled law in this jurisdiction for many years, as well as in other jurisdictions, that the failure of the purchaser to obtain the title certificate at the time of the sale does not prevent the passage of title from the seller to the buyer."); *R. S. Evans Motors of Jacksonville, Inc. v. Hanson*, 130 So. 2d 297, 299 (Fla. 2d DCA 1961) ("the possession of personal property in good faith by a purchaser for value is … prima facie evidence of title . . . .").

15.      First, Brown is a bona fide purchaser for value and his ownership thus is protected by Section 679.320(1), Florida Statutes. Brown purchased the Roma in good faith and in the ordinary course of business. Consequently, Brown's interest is superior to and protected from any potential third party claimant's claim. *See* § 679.320(1), Florida Statutes (2022); *Correria*, 235 So. 2d at 23.

16.     Second, Brown retained possession of the Roma and relied in good faith on the Dealership to perform its statutory duty to secure a proper title certificate in Brown's name. *Stroman v. Orlando Bank & Tr. Co.*, 239 So. 2d 621, 623 (Fla. 4th DCA 1970) (holding that purchaser and possessor of automobile, as opposed to holder of certificate of title, had superior interest in automobile "where the purchaser has received possession of the vehicle and in good faith relie[d] on the dealer to perform his statutory duty to secure a proper title certificate in the purchaser's name."). Thus, Brown is the owner of the Roma.

17.     Section 672.401(2), Florida Statutes, contemplates this exact issue. Although Brown did not receive title, "title passes to the buyer at the time and place at which the seller completes her or his performance with reference to the physical delivery of the goods, despite any reservation of a security interest and even though a document of title is to be delivered at a different time or place . . . ." § 672.401(2), Fla. Stat. (2022); *see Palm Beach Auto Brokers, Inc. v. DeCarlo*, 620 So. 2d 250, 252 (Fla. 4th DCA 1993) (Holding buyer was owner of vehicle without certificate of title because "[t]he contract between [seller] and [buyer] contains no explicit agreement that title would pass at a time and place other than at the time and place at which [seller] completed his performance with reference to the physical delivery of the vehicle."). Here, the Dealership completed its performance with respect to the physical delivery of the goods, as Brown received possession of the Roma, despite the fact that the document of title was to be delivered later on. The Dealership's failure to provide Brown the certificate of title does not affect Brown's ownership interest in the Roma.

18.     After selling the Roma to Brown, the Dealership had no ownership interest in the Roma. To the extent that any additional fees or money was due under the Purchase Agreement, or the Dealership has not paid sales taxes, same was subject to remittance and collection, and

AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL 33301

would not have nullified the Purchase Agreement. As stated above, due to the financial circumstances of the Dealership, to the extent that the sales taxes were not paid by the Dealership, Brown will make any and all such payments to ensure the sale transaction is properly documented with the state of Florida

19.    Accordingly, Brown is the owner of the Roma, and is entitled to the certificate of title in the Vehicle.

**WHEREFORE**, Creditor, Edward Brown, requests this Court enter an Order directing the Trustee to turn over the original documents in **Composite Exhibit B**, namely, the certificate of title, the assignment of title, and original Application for Certificate of Title With/Without Registration for the Vehicle to Brown, without further delay, and awarding such other relief as may be just and proper.

Dated: October 10, 2022                    Respectfully submitted,

By: ___/s/ *Eyal Berger*_____
D. Brett Marks, Esq.
Florida Bar Number: 099635
Email: brett.marks@akerman.com
Eyal Berger, Esq.
Florida Bar Number: 011069
Email: eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar Number: 124156
Email: amanda.klopp@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Tel:: 954-463-2700
Fax: 954-463-2224

*Counsel for Edward Brown*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on October 10, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.


By: */s/ Eyal Berger*
Eyal Berger, Esq.

Exhibit A

# PURCHASE AGREEMENT



## KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557   **FAX** 561.998.4703



**KARMA**
BROWARD I PALM BEACH
*E4—* **EXCELL AUTO** GROUP

SALES PERSON: N/A

DATE: 11 / 12 / 2021

BUYER    EDWARD BROWN                            DRIVER'S LICENSE NO. _____

E-MAIL _____                             DATE OF BIRTH _____

ADDRESS  152 BEARS CLUB DR        CITY & STATE  JUPITER        FL  ZIP  33477

CO-BUYER _____                           DRIVER'S LICENSE NO. _____

E-MAIL _____                             DATE OF BIRTH _____

ADDRESS _____              CITY & STATE _____           ZIP _____

HOME PHONE _____     BUSINESS PHONE _____     CELL PHONE _____

NEW ☐   YEAR  2021   MAKE  FERRARI   MODEL  ROMA   MILEAGE  1,150

USED ☒   COLOR  BLACK   TRIM _____   BODY TYPE  COUPE

☐   ID NO.  ZFF98RNA3M0263662              STOCK NO.  263662

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. | | |
|---|---|---|---|
| YEAR    MAKE | COLOR | | |
| MODEL | BODY TYPE | | |
| I.D. NO. | MILEAGE | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | ALLOW AMT. | | |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | |
| YEAR    MAKE | COLOR | | |
| MODEL | BODY TYPE | | |
| I.D. NO. | MILEAGE | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | ALLOW AMT. | | |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | |
| YEAR    MAKE | COLOR | | |
| MODEL | BODY TYPE | | |
| I.D. NO. | MILEAGE | | |
| BALANCED OWED TO | | | |
| EST. AMT. OWED | ALLOW AMT. | | |

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | $ | 285,000 | 00 |
| TRADE ALLOWANCE − | N/A | | |
| DIFFERENCE = | $ | 285,000 | 00 |
| SERVICE FEES* + | | 498 | 00 |
| SUB TOTAL * | | 285,498 | 00 |
| SALES TAX + | | 17,179 | 88 |
| ESTIMATED TAG, TITLE & REG + | | 500 | 00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60 | 00 |
| EST. BALANCE ON TRADE + | N/A | | |
| TOTAL DELIVERY PRICE = | $ | 303,237 | 88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER   [BUYER] − | N/A | | |
| EXTENDED WARRANTY (taxable) + | N/A | | |
| *BALANCE DUE ON DELIVERY = | $ | 303,237 | 88 |
| AMOUNT FINANCED = | $ | | |

LIENHOLDER:   NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 11 / 12  2021

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____    11/12/2021
                                    Date

Co-Buyer Signature _____   _____
                                    Date

Accepted By: _____
              Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

352065_07/07/21 MMP

GREAT AMERICAN 1-800-231-0329

# K A R M A | PALM BEACH

1001 CLINT MOORE RD., STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557 FAX 561.998.4703

## WE OWE

004540

| NAME | EDWARD BROWN | | STK. NO. 263662 | NEW | USED |
|---|---|---|---|---|---|
| ADDRESS | 152 BEARS CLUB DR | | YEAR 2021 | MAKE | FERRARI |
| CITY | JUPITER | STATE FL | ZIP 33477 | MODEL | ROMA |
| PHONE | | | SERIAL NO. | ZFF98RNA3M0263662 | |
| | SALESMAN N/A | | | DEL. DATE | 11/12/21 |

VEHICLE SOLD AS-IS

| QTY. | NAME OF ITEM | PART | LABOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I hereby accept this WE OWE with the understanding that it is valid for only (30) THIRTY DAYS FROM DATE OF ISSUANCE and that I must make an ADVANCE APPOINTMENT WITH THE SERVICE DEPARTMENT before the above work can be performed.

(FOR APPOINTMENT CALL SERVICE DEPT.)

CUSTOMER _____    DATE 11/12/21    APPROVED _____    MGR. _____

**DEAL JACKET**

# BUYERS GUIDE

**IMPORTANT:** Spoken promises are difficult to enforce.  Ask the dealer to put all promises in writing.  Keep this form.

| FERRARI | ROMA | 2021 | ZFF98RNA3M0263662 |
|---|---|---|---|
| VEHICLE MAKE | MODEL | YEAR | VEHICLE IDENTIFICATION NUMBER (VIN) |

## WARRANTIES FOR THIS VEHICLE:

[XX] # AS IS - NO DEALER WARRANTY

THE DEALER DOES NOT PROVIDE A WARRANTY FOR ANY REPAIRS AFTER SALE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

[ ] # DEALER WARRANTY

    [ ] FULL WARRANTY.

    [ ] LIMITED WARRANTY.  The dealer will pay _____ % of the labor and _____ % of the parts for the covered systems that fail during the warranty period.  Ask the dealer for a copy of the warranty, and for any documents that explain warranty coverage, exclusions, and the dealer's repair obligations.  *Implied warranties* under your state's laws may give you additional rights.

**SYSTEMS COVERED:**                                **DURATION:**

## NON-DEALER WARRANTIES FOR THIS VEHICLE:

[ ] MANUFACTURER'S WARRANTY STILL APPLIES.  The manufacturer's original warranty has not expired on some components of the vehicle.

[ ] MANUFACTURER'S USED VEHICLE WARRANTY APPLIES.

[ ] OTHER USED VEHICLE WARRANTY APPLIES.

Ask the dealer for a copy of the warranty document and an explanation of warranty coverage, exclusions, and repair obligations.

[ ] SERVICE CONTRACT.  A service contract on this vehicle is available for an extra charge.  Ask for details about coverage, deductible, price, and exclusions.  If you buy a service contract within 90 days of your purchase of this vehicle, *implied warranties* under your state's laws may give you additional rights.

**ASK THE DEALER IF YOUR MECHANIC CAN INSPECT THE VEHICLE ON OR OFF THE LOT.**

**OBTAIN A VEHICLE HISTORY REPORT AND CHECK FOR OPEN SAFETY RECALLS.**  For information on how to obtain a vehicle history report, visit ftc.gov/usedcars.  To check for open safety recalls, visit safercar.gov.  You will need the vehicle identification number (VIN) shown above to make the best use of the resources on these sites.

**SEE OTHER SIDE** for important additional information, including a list of major defects that may occur in used motor vehicles.

**Si el concesionario gestiona la venta en español, pídale una copia de la Guía del Comprador en español.**

THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055   FORM BG-3 (01/17)

Here is a list of some major defects that may occur in used vehicles.

**Frame & Body**
Frame-cracks, corrective welds, or rusted through
Dog tracks-bent or twisted frame

**Engine**
Oil leakage, excluding normal seepage
Cracked block or head
Belts missing or inoperable
Knocks or misses related to camshaft lifters and push rods
Abnormal exhaust discharge

**Transmission & Drive Shaft**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged case which is visible
Abnormal noise or vibration caused by faulty transmission or drive shaft
Improper shifting or functioning in any gear
Manual clutch slips or chatters

**Differential**
Improper fluid level or leakage, excluding normal seepage
Cracked or damaged housing which is visible
Abnormal noise or vibration caused by faulty differential

**Cooling System**
Leakage including radiator
Improperly functioning water pump

**Electrical System**
Battery leakage
Improperly functioning alternator, generator, battery, or starter

**Fuel System**
Visible leakage

**Inoperable Accessories**
Gauges or warning devices
Air conditioner
Heater & Defroster

**Brake System**
Failure warning light broken
Pedal not firm under pressure (DOT spec.)
Not enough pedal reserve (DOT spec.)
Does not stop vehicle in straight line (DOT spec.)
Hoses damaged
Drum or rotor too thin (Mfgr. Specs)
Lining or pad thickness less than 1/32 inch
Power unit not operating or leaking
Structural or mechanical parts damaged

**Air Bags**

**Steering System**
Too much free play at steering wheel (DOT specs.)
Free play in linkage more than 1/4 inch
Steering gear binds or jams
Front wheels aligned improperly (DOT specs.)
Power unit belts cracked or slipping
Power unit fluid level improper

**Suspension System**
Ball joint seals damaged
Structural parts bent or damaged
Stabilizer bar disconnected
Spring broken
Shock absorber mounting loose
Rubber bushings damaged or missing
Radius rod damaged or missing
Shock absorber leaking or functioning improperly

**Tires**
Tread depth less than 2/32 inch
Sizes mismatched
Visible damage

**Wheels**
Visible cracks, damage or repairs
Mounting bolts loose or missing

**Exhaust System**
Leakage
Catalytic Converter

---

DEALER NAME

ADDRESS

TELEPHONE                               EMAIL

FOR COMPLAINTS AFTER SALE, CONTACT:

I HEREBY ACKNOWLEDGE RECEIPT OF THE BUYERS GUIDE AT THE CLOSING OF THIS SALE.
BUYER'S SIGNATURE:

**IMPORTANT:** The information on this form is part of any contract to buy this vehicle.  Removing this label before consumer purchase (except for purpose of test-driving) violates federal law (16 C.F.R. 455).


FORM 9978-9  TO REORDER CALL
GREAT AMERICAN 1-800-231-0329

## PRIVACY NOTICE

# KARMA | PALM BEACH

### 1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
### OFFICE 561.998.5557  FAX 561.998.4703

In connection with this transaction, **Karma Palm Beach** may acquire information about you as described in this notice, which we handle as stated in this notice.

1. We collect *nonpublic* personal information about you from the following sources:

   • Information we receive from you on applications and other forms;

   • Information about your transactions with us; and,

   • Information we receive from a consumer reporting agency.

2. We do not disclose nor do we reserve the right to disclose, any *nonpublic* personal information about our consumers, customers or former customers to any one, except as permitted by law. We may disclose *nonpublic*, personal information about you, as a consumer, customer or former customer, to non-affiliated third parties as permitted by law.

3. We restrict access to your *nonpublic* personal information to employees who need to provide products or services to you. We maintain electronic, physical and procedural safeguards that comply with *federal regulations* to guard your *nonpublic* personal information.

CUSTOMER ACKNOWLEDGEMENT: I (we) acknowledge that I (we) received a copy of this notice on the date indicated below.

X _____          _____
Customer's Signature                               Today's Date

_____
Customer's Name (printed)

X _____          _____
Co-Customer's Signature                           Today's Date

_____
Co-Customer's Name (printed)

Ptg. 8/21

# AGREEMENT TO FURNISH INSURANCE POLICY

Date _11/12/21_

To Seller/Lessor        KARMA PALM BEACH INC

1001 Clint Moore Rd Ste 103 Boca Raton, FL 33487

The undersigned Buyer/Lessee(s) agree(s) to furnish his/their own Insurance Policy, covering a vehicle which is the subject of a credit sale contract/lease dated this _____12_____ day of _____Nov_____, YR _21_

The vehicle referred to herein is described as follows:

| Year | Make | Model | Body Type | Vehicle Identification No. |
|---|---|---|---|---|
| 2021 | FERRARI ROMA | | COUPE | ZFF98RNA3M0263662 |

Such Insurance Policy must be delivered to the Seller/Lessor within _____1_____ days from the date of this Agreement. The following is not an acceptable policy: Maintenance or repair contracts, One Month Policies or Insurance Certificates that make reference to a "Master Insurance Agreement." If Seller/Lessor does not receive such Policy by the time stated, Seller/Lessor may (but is not required) to procure insurance of the kind and type agreed to be furnished under the terms of the credit sale contract/lease. Such insurance may cover only Seller's/Lessor's interest in the vehicle as the law allows.

Ins.Co. _____    Agent _____

ADDRESS OF AGENT - STREET          CITY          STATE          ZIP          AGENT'S PHONE NUMBER

Policy No. _____    Exp. Date _N/A_

☐ Fire & Theft -  ☐ Additional Coverage -  ☐ $ _____0_____ Deductible Comprehensive -  ☐ $ _____0_____ Deductible Collision

In the event Buyer/Lessee(s) fail(s) to furnish a valid insurance policy, or written evidence of insurance, of the type required under the credit sale contract/lease, Buyer/Lessee(s) hereby agree(s) to pay to Seller/Lessor or assignees any earned premium for any policy they may have to place for the above described vehicle in accordance with repayment procedures set forth in the credit sale contract/lease.

Buyer/Lessee(s) further agree(s) to assume any and all responsibility for damage to the vehicle or resulting from the use, maintenance or operation of the vehicle, and agree to hold Seller/Lessor free of any loss, claim, or liability resulting from any damage to the vehicle or from the vehicle's use, maintenance or operation.

Loss Payee _____

Loss Payee's Address _____

**NOTICE TO BUYER/LESSEE: This Agreement does not authorize the Seller/Lessor to order Public Liability or Property Damage Insurance. Any insurance ordered by the Seller/Lessor or Seller's/Lessor's Assignee will cover loss of or damage to the vehicle and will not include Public Liability or Property Damage Insurance.**

EDWARD BROWN
BUYER'S/LESSEE'S NAME (Printed)                    ADDRESS    152 BEARS CLUB DR
                                                              JUPITER, FL 33477
HOME PHONE                    BUSINESS PHONE

X _____          X _____
BUYER'S/LESSEE'S SIGNATURE                         CO-BUYER'S/CO-LESSEE'S SIGNATURE

**LAW** FORM NO. 228RS-U   REV. 7/17
©2017 The Reynolds and Reynolds Company   TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

# SOLD PACK ™

## FLORIDA

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**DIVISION OF MOTORIST SERVICES**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/
**SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGEMENT**
(Instructions on Reverse Side)

### VEHICLE DESCRIPTION

| CHECK ONE: | ☑ Motor Vehicle | | ☐ Mobile Home | | ☐ Vessel | |
|---|---|---|---|---|---|---|
| Vehicle Identification Number | | Year | Make | Color | Body | Title Number |
| ZFF98RNA3M0263662 | | 2021 | FERRARI | BLACK | COUPE | |

### ODOMETER DISCLOSURE STATEMENT

**WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.**

WE STATE THAT THIS ☐ 5 or ☒ 6 DIGIT ODOMETER NOW READS

| 1 | | 150 | .xx (NO TENTHS) MILES,

DATE READ 11 / 12 / 21 , AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

**CAUTION:**
Read carefully before checking a box.

☐ 1. REFLECTS ACTUAL MILEAGE

☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.
(EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

☐ 3. IS NOT THE ACTUAL MILEAGE. **WARNING – ODOMETER DISCREPANCY**

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| Seller's Signature | Seller's Printed Name |
|---|---|
| | KARMA PALM BEACH INC |

| Seller's Street Address |
|---|
| 1001 Clint Moore Rd Ste 103 |

| City | State | Zip |
|---|---|---|
| Boca Raton | FL | 33487 |

| Buyer's Signature | Buyer's Printed Name |
|---|---|
| | EDWARD BROWN |

| Buyer's Street Address |
|---|
| 152 BEARS CLUB DR |

| City | State | Zip |
|---|---|---|
| JUPITER | FL | 33477 |

Check your local phone book government pages or visit the following website for current mailing addresses:
**http://www.flhsmv.gov/offices/**

**LAW®** FORM NO. **7001-12-FL** (REV. 2/12)
©2012 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0896; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ODOMETER DISCLOSURE STATEMENT

ODOMETER DISCLOSURE STATEMENT

POWER OF ATTORNEY

POWER OF ATTORNEY

**STATE OF FLORIDA**

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES – DIVISION OF MOTORIST SERVICES**

**SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE**
www.flhsmv.gov/offices/

# POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME OR VESSEL

11/12/2021
_____
(Date)

I/We hereby name and appoint, _____, to be my/our
(Full Legibly Printed Name is Required)

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home or vessel described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

**CHECK ONE:**　　☑ **Motor Vehicle**　　☐ **Mobile Home**　　☐ **Vessel**

| Year | Make/Manufacturer | Body Type | Title Number |
|------|-------------------|-----------|--------------|
| 2021 | FERRARI | 2DR | |

| Vehicle/Vessel Identification Number |
|--------------------------------------|
| ZFF98RNA3M0263662 |

**NOTICE TO OWNER(S):  COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.**

**UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| | EDWARD BROWN |
|---|---|
| (Signature of Owner "Grantor") | (Legibly Printed Name of **Owner** "Grantor") |

| | |
|---|---|
| (Driver License, Identification Card or FEID Number for **Owner**) | (Date of Birth for **Owner**, if applicable) |

152 BEARS CLUB DR　　　　JUPITER　　　　　　FL　　33477
| (**Owner's** Address ) | (City) | (State) | (Zip) |

| | |
|---|---|
| (Signature of Co-**Owner** "Grantor," if applicable) | (Legibly Printed Name of Co-**Owner** "Grantor," if applicable) |

| | |
|---|---|
| (Driver License, Identification Card or FEID Number for Co-**Owner**) | (Date of Birth for Co-**Owner**, if applicable) |

| | |
|---|---|
| (**Co-Owner's** Address) | (City) | (State) | (Zip) |

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the **buyer only** or the **seller only.**  However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer <u>and</u> seller for the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of attorney (HSMV 82995) when:

(a)　　the title is physically being held by the lienholder; **or**

(b)　　the title is lost.

**NOTE:**  A licensed dealer and his/her employees are considered a single entity.

Check your local phone book government pages or visit the following website for current mailing addresses:
http://www.flhsmv.gov/offices/

HSMV 82053 (Rev. 12/11) S　　　　　　　　**www.flhsmv.gov**

Exhibit B

Mail Lien Satisfaction to: Dept of Highway Safety and Motor Vehicles, Neil Kirkman Building, Tallahassee, FL 32399-0500

T# 1554673359
B# 205636

**LIEN SATISFACTION**

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF98RNA3M0263662 | 2021 | FERR | 2D | 3549 | | 144665617 |

Date of Issue    11/11/2021

Lien Release
Interest in the described vehicle is hereby released

Registered Owner:

EUROPEAN EXOTIC CENTER
7817 N DALE MABRY HWY
TAMPA, FL  33614-3219

By _____
Title _____
Date _____

Mail To:

EUROPEAN EXOTIC CENTER
7817 N DALE MABRY HWY
TAMPA, FL  33614-3219

**IMPORTANT INFORMATION**

1. When ownership of the vehicle described herein is transferred, the seller MUST complete in full the Transfer of Title by Seller section at the bottom of the certificate of title.
2. Upon sale of this vehicle, the seller must complete the notice of sale on the reverse side of this form.
3. Remove your license plate from the vehicle.
4. See the web address below for more information and the appropriate forms required for the purchaser to title and register the vehicle, mobile home or vessel: http://www.hsmv.state.fl.us/html/titlinf.html

---

# CERTIFICATE OF TITLE

| Identification Number | Year | Make | Body | WT-L-BHP | Vessel Regis. No. | Title Number |
|---|---|---|---|---|---|---|
| ZFF98RNA3M0263662 | 2021 | FERR | 2D | 3549 | | 144665617 |

Lien Release
Interest in the described vehicle is hereby released

| Prev State | Color | Primary Brand | Secondary Brand | No of Brands | Use | Prev Issue Date |
|---|---|---|---|---|---|---|
| FL | BLK | | | | PRIVATE | 11/11/2021 |

By _____
Title _____

| Odometer Status or Vessel Manufacturer or OH use | Engine Drive | Hull Material | Prop | Date of Issue |
|---|---|---|---|---|
| 1,150 MILES 11/03/2021 ACTUAL | | | | 11/11/2021 |

Date _____

Registered Owner

EUROPEAN EXOTIC CENTER
7817 N DALE MABRY HWY
TAMPA, FL  33614-3219

1st Lienholder
NONE

DIVISION OF MOTORIST SERVICES        TALLAHASSEE        FLORIDA        DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

*Robert R. Kynoch*

Robert R. Kynoch
Director

Control Number   154457368

4  /14  154457368

*Terry L. Rhodes*

Terry L. Rhodes
Executive Director

**TRANSFER OF TITLE BY SELLER** (This section must be completed at the time of sale.)

Federal and/or state law require that the seller state the mileage, purchaser's name, selling price and date sold in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

This title is warranted to be free from any liens except as noted on the face of the certificate and the motor vehicle or vessel described is hereby transferred to:

Seller Must Enter Purchaser's Name: Karma Palm Beach    Address: 1001 Clint Moore Rd Ste 103 Boca Raton FL 33487

Seller Must Enter Selling Price: _____    Seller Must Enter Date Sold: 11-03-21

I/We state that this ☐ 5 or ☐ 6 digit odometer now reads  1,1,1,5,0 ☐ X (no tenths) miles, date read 11-03-21 and I hereby certify that to the best of my knowledge the odometer reading:
☐ 1. reflects ACTUAL MILEAGE    ☐ 2. is IN EXCESS OF ITS MECHANICAL LIMITS    ☐ 3. is NOT THE ACTUAL MILEAGE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SELLER Must
Sign Here: D Morales - Agent          CO-SELLER Must Sign Here: _____

Print Here: D Morales - Agent          Print Here: _____

Selling Dealer's License Number: _____    Tax No.: _____    Tax Collected: _____

Auction Name: _____    License Number: _____

PURCHASER Must
Sign Here: _____          CO-PURCHASER Must Sign Here: _____

Print Here: _____          Print Here: _____

NOTICE: PENALTY IS REQUIRED BY LAW IF NOT SUBMITTED FOR TRANSFER WITHIN 30 DAYS AFTER DATE OF PURCHASE.

HSMV 82250 (REV 3/15)

# STATE OF FLORIDA

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTOR VEHICLES**
**2900 Apalachee Parkway • Neil Kirkman Building - Tallahassee, FL 32399-0620**
**Notice of Sale of Motor Vehicle, Mobile Home or Vessel**

Section 319.22(2), Florida Statutes, requires that the seller file a Notice of Sale with the department within 30 days after the sale or transfer of the motor vehicle, vessel or mobile home. Filing this form removes any civil liability for the operation of the sold motor vehicle, vessel or mobile home. In addition to filing this form, we suggest you keep a copy of your bill of sale (we suggest it be notarized), certificate of title or other type of transaction document showing the vehicle was sold. **Complete the information below, tear the top portion of this document at the perforation and mail to the address above or submit to your local tax collector's office or license plate agency.**

I have this _____ day of _____ , _____ , transferred by assignment of and delivered Florida Certificate of Title to:

Name: Purchaser(s) _____     Purchaser's DL/ID _____
First                         MI                         Last

Address _____     Selling Price $ _____

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Seller's Signature _____     Co-Seller's Signature _____

**NOTE: THE SUBMISSION OF THIS FORM, ACCURATELY COMPLETED, TO A TAX COLLECTOR'S OFFICE, LICENSE PLATE AGENCY OR TO THE ADDRESS ABOVE WILL ALLOW THE TITLE CLERK TO UPDATE THE DMV DATABASE TO REFLECT THE TITLE RECORD AS "SOLD". HOWEVER, THE OWNERSHIP STATUS WILL NOT CHANGE UNTIL THE PURCHASER APPLIES FOR AND IS ISSUED A CERTIFICATE OF TITLE.**

---

ODOMETER CERTIFICATION - Federal and state laws require that you state the mileage in connection with transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**FIRST REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: VF/1133543/1     Selling Dealer's Name: Karma Palm Beach     Tax No.: 60-8018195758-0     Tax Collected:

Selling Dealer's Address: 1001 Clint Moore Rd #103, Boca Raton, FL 33487     Date Sold: 11-12-21

Purchaser's Name(s): Edward Brown     Address: 152 Bears Club Dr, Jupiter, FL 33477

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ 1150 ] XX (NO TENTHS) MILES, DATE READ 11.12.21 / / , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____     Co-Purchaser Must Sign Here: _____
Print Here: _____     Print Here: _____
Seller/Agent Must Sign Here: _Diana Bailey_     Auction Name (When Applicable): _____
Print Here: _____     Auction License Number: _____

**SECOND REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____     Selling Dealer's Name: _____     Tax No.: _____     Tax Collected: _____

Selling Dealer's Address: _____     Date Sold: _____

Purchaser's Name(s): _____     Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ] XX (NO TENTHS) MILES, DATE READ / / , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____     Co-Purchaser Must Sign Here: _____
Print Here: _____     Print Here: _____
Seller/Agent Must Sign Here: _____     Auction Name (When Applicable): _____
Print Here: _____     Auction License Number: _____

**THIRD REASSIGNMENT BY LICENSED DEALER**

Selling Dealer's License No.: _____     Selling Dealer's Name: _____     Tax No.: _____     Tax Collected: _____

Selling Dealer's Address: _____     Date Sold: _____

Purchaser's Name(s): _____     Address: _____

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ] XX (NO TENTHS) MILES, DATE READ / / , AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING:

CAUTION: READ CAREFULLY BEFORE YOU CHECK A BOX
☐ 1. REFLECTS ACTUAL MILEAGE
☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS (EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)
☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING - ODOMETER DISCREPANCY

Purchaser Must Sign Here: _____     Co-Purchaser Must Sign Here: _____
Print Here: _____     Print Here: _____
Seller/Agent Must Sign Here: _____     Auction Name (When Applicable): _____
Print Here: _____     Auction License Number: _____

**FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
## APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
### SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

**CHECK APPLICATION TYPE:** ☐ ORIGINAL  ☐ TRANSFER  **VEHICLE TYPE:** ☑ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL  **OFF-HIGHWAY VEHICLE:** ☐ ATV  ☐ ROV  ☐ MC

| 1 | OWNER / APPLICANT INFORMATION | | | | |
|---|---|---|---|---|---|

Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | **Owner** — Are you a Florida resident? ☐ yes ☐ no  Are you an alien? ☐ yes ☐ no | **Co-Owner** ☐ yes ☐ no  ☐ yes ☐ no | Unit Number | Fleet Number

☐ OR  ☐ AND  **NOTE:** When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person   ☐ Tenancy By the Entirety   ☐ With Rights of Survivorship   Owner's County of Residence:

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| EDWARD BROWN | | | | |
| Co-Owner's/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's/Lessee's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |

| Owner's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |
| Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
| Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military) | City | State | Zip |
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |
| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. | City | State | Zip |

| Mail To Customer Name (if different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|

| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
|---|---|---|---|
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |

| 2 | MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION | | | | | |
|---|---|---|---|---|---|---|

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| ZFF98RNA3M0263662 | FERRARI | 2021 | 2DR | BLACK | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length Ft. In. | BHP/CC | GVWR/LOC | VAN USE, IF APPLICABLE ☐ PASSENGER ☐ OTHER |
|---|---|---|---|---|---|---|

**TYPE**
☐ Open Motorboat ☐ Houseboat ☐ Personal Watercraft
☐ Cabin Motorboat ☐ Pontoon ☐ Canoe
☐ Auxiliary Sailboat ☐ Airboat ☐ Other ____
☐ Inflatable ☐ Sailboat   *Specify*

**HULL MATERIAL**
☐ Wood ☐ Aluminum
☐ Fiberglass ☐ Steel
☐ Wood/Fiberglass
☐ Other ____  *Specify*

**PROPULSION**
☐ Outboard ☐ Sail
☐ Inboard ☐ Air Propelled
☐ Inboard/Outboard
☐ Other ____  *Specify*

**FUEL**
☐ Gas
☐ Diesel
☐ Electric
☐ Other ____  *Specify*

**\*DRAFT OF VESSEL** (The depth of water a vessel draws)
FT. ____ IN. ____
*For all vessels 26' or more in length and all sailboats*

**USE OF VESSEL**
☐ Recreational (Pleasure) ☐ Commercial Blue Crab ☐ Commercial Stone Crab ☐ Government ☐ Commercial Sponge
☐ Dealer/Manuf. ☐ Commercial Fish ☐ Commercial Live Bait ☐ Commercial Shrimp Recip. ☐ Commercial Charter ☐ Commercial Other
☐ Exempt ☐ Hire (Livery) ☐ Commercial Mackerel ☐ Commercial Shrimp Non-Recip. ☐ Commercial Oyster ☐ Commercial Spiney Lobster

**PREVIOUS OUT-OF-STATE REGISTRATION NUMBER:**

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release From Documentation Form; or   ☐ Copy of Canceled Documentation Papers   State of Principal Use

| 3 | BRANDS, USAGE AND TYPE (Check Applicable Boxes) | | | | | |
|---|---|---|---|---|---|---|

☐ SHORT TERM LEASE ☐ LONG TERM LEASE ☐ REBUILT ☐ POLICE VEHICLE ☐ PRIVATE USE ☐ TAXI CAB ☐ FLOOD ☐ ILEV ☐ CUSTOM
☐ ASSEMBLED FROM PARTS ☐ BONDED TITLE ☐ KIT CAR ☐ GLIDER KIT ☐ MANUF. BUY BACK ☐ REPLICA ☐ AUTONOMOUS ☐ ELECTRIC ☐ STREET ROD

| 4 | LIENHOLDER INFORMATION | | |
|---|---|---|---|

**CHECK IF ELT CUSTOMER** ☐   ☐ FEID #   ☐ DL # and Sex and Date of Birth   ☐ DMV Account #   Date of Lien   Lienholder's Name
NONE

| Lienholder's Email Address | Lienholder's Address | City | State | Zip |
|---|---|---|---|---|

If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: ____
(Does not apply to vessels.) If box is not checked, title will be mailed to the first lienholder.   (Signature of Lienholder's Representative)

| 5 | TRANSFER TYPE |
|---|---|

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☐ SALE  ☐ GIFT  ☐ REPOSSESSION  ☐ COURT ORDER  ☐ OTHER (SPECIFY) ____   DATE ACQUIRED ___ / ___ / ___

| 6 | ODOMETER DECLARATION |
|---|---|

**WARNING:** Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS  1 1 , 1 5 0 .XX (NO TENTHS) MILES, DATE READ 11 / 12 / 2021 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS ACTUAL MILEAGE.   ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.   ☐ 3. IS NOT THE ACTUAL MILEAGE.

| 7 | DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE) | | | |
|---|---|---|---|---|

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 60-8018195758-0 | 11/12/2021 | VF/1133543/1 | 17,179.88 | |
| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN | |

HSMV 82040 – REV. 12/12                                     www.flhsmv.gov

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) (OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955) OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE. IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY. COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: _____

(Vehicle Identification Number)

_____          _____          _____
DATE          SIGNATURE          PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____   Badge # or Florida Dealer # _____   Notary Stamp or Seal

FL DMV/Tax Collector Employee _____   Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____   NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE    CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE ☐ GIFT

☐ DIVORCE DECREE  ☐ TRANSFER BETWEEN HUSBAND AND WIFE  ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN)

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS. (More than one form HSMV 82040 may be used for additional signatures.)

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

_____          _____
SIGNATURE OF APPLICANT (OWNER)          Date          SIGNATURE OF APPLICANT (CO-OWNER)          Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____
(Name of Deceased)          (Date)

☐ testate (with a will)          ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-owner or Heir(s)          Signature of Spouse, Co-Owner or Heir(s)

_____          _____

_____          _____

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form. The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

_____

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 12/12