**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| EXCELL AUTO GROUP, INC. | Case No. 22-12790-EPK |
| Debtor.                                    / | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL NOTICES AND PAPERS**

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, Amanda Klopp, Esq. of Akerman LLP, hereby gives notice of her entry of appearance as co-counsel on behalf of Millco Atwater, LLC and Edward Brown ("Creditors") and requests all notices, pleadings, motions, applications, and other documents filed and/or served in this case (including, but not limited to, all notices described in Rule 2002 of the Federal Rules of Bankruptcy Procedure, all disclosure statements and plans of reorganization) be sent to the following address:

> Amanda Klopp, Esq.
> AKERMAN LLP
> 777 South Flagler Drive
> Suite 1100 West Tower
> West Palm Beach, Florida 33401
> Telephone (561) 653-5000
> Facsimile (561) 659-6313
> Email: amanda.klopp@akerman.com

Nothing in this *Notice of Appearance* is intended to or shall be construed as a waiver by Creditors of any objections to the Court's exercise of personal or subject matter jurisdiction herein or in any related matters or proceedings. Nor shall this appearance be deemed as a consent to the Court exercising jurisdiction over Creditors or any real or personal or other property owned or controlled by Creditors.

66304645;1

Furthermore, neither this *Notice of Appearance* nor any subsequent appearance, pleading, claim, or suit is intended to waive: *(i)* Creditors' right to have final orders in non-core matters entered only after *de novo* review by a district judge; *(ii)* Creditors' right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; *(iii)* Creditors' right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or *(iv)* any other rights claims, actions, defenses, setoffs, or recoupments to which Creditors are or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

Dated: October 12, 2022

Respectfully submitted,

By: /s/ *Amanda Klopp*
Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com
**AKERMAN LLP**
777 South Flagler Drive
Suite 1100 West Tower
West Palm Beach, FL 33401
Tel:  (561) 653-5000
Fax: (561) 659-6313

*Co-counsel for Millco Atwater, LLC and Edward Brown*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

/s/ *Amanda Klopp*
Amanda Klopp, Esq.