

**ORDERED in the Southern District of Florida on October 17, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.,

        Debtor.
_____/

Case No. 22-12790-EPK
Chapter 7

### ORDER GRANTING EXPEDITED MOTION FOR AUTHORITY TO ENTER INTO AGREEMENT WITH KLDISCOVERY FOR DOCUMENT MANAGEMENT SERVICES AND TO ESTABLISH FINANCIAL PROTOCOL FOR THE TRUSTEE'S RESPONSES TO SUBPOENAS FOR ELECTRONIC INFORMATION HOSTED BY KLDISCOVERY RETROACTIVE TO AUGUST 3, 2022 [ECF No. 244]

THIS MATTER came before the Court on September 28, 2022 at 9:30 a.m. upon the *Expedited Motion for Authority to Enter into Agreement with KLDiscovery for Document Management Services and to Establish Financial Protocol for the Trustee's Responses to Subpoenas for Electronic Information Hosted by KLDiscovery Retroactive to August 3, 2022* [ECF No. 244] (the "**Motion**"). The Court has reviewed the Motion and the file and heard the arguments of counsel, accordingly, it is

1

**ORDERED** and **ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. Nicole Testa Mehdipour, Chapter 7 trustee (the "**Trustee**") is authorized to enter into an agreement with KLDiscovery, retroactive to the date services were first rendered on August 3, 2022, under which KLDiscovery will provide document management and electronic discovery services including, but not limited to: (i) providing for storage, retrieval, and hosting services; and (ii) if necessary, providing expert testimony with respect to technical processes utilized by KLDiscovery experts and analysts and/or general testimony regarding chain of custody or other matters.

3. The Trustee is authorized to pay the initial retainer to KLDiscovery in the amount of $15,000.00 from the funds in the estate's fiduciary account.

4. The Trustee is authorized to remit payment to KLDiscovery on a monthly basis, in the normal course of business without further order of this Court.

5. To avoid undue burden and expense, the following financial protocol (the "**Financial Protocol**") shall be established: (i) each party subpoenaing electronically stored information hosted by KLDiscovery is required to deposit a retainer into the trust account for counsel that issued the subpoena prior to the start of any work by KLDiscovery on the response; (ii) if a party is unrepresented, then the retainer shall be deposited into the trust account of counsel for the Trustee (iii) the retainer or portion of the retainer covering the production costs will be remitted to the Trustee; (iv) the Trustee shall then authorize KLDiscovery to release the information responsive to the requested subpoena.

6. Nothing in the Financial Protocol prevents the Trustee from raising any objection to any subpoena received nor does it prevent a party from seeking relief from this Court.

7. The Trustee may separately require a retainer and reimbursement of costs associated with the research and retrieval of documents or other information not hosted by KLDiscovery.

8. **All creditors and interested parties on the original creditor matrix on file with the Court, shall receive service of the Order and a Certificate of Service will be filed with the Court.  Any interested party who objects to the relief granted in this Order shall file and serve a written objection with the Clerk of the United State Bankruptcy Court in West Palm Beach, Florida, within 21 days from the date of service of this Order.  If no interested party files a written objection within 21-days from the date of service of this Order, the Order becomes final.**

###

Submitted By:
Alan R. Crane, Esq.
Florida Bar No. 963836
acrane@furrcohen.com
FURR & COHEN, P.A.
2255 Glades Road, Suite 419A
Boca Raton, Florida 33431
Telephone:    (561) 395-0500
Telefax:       (561) 338-7532

*Special Counsel to the Chapter 7 Trustee*

*Attorney Crane is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*

3