IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.            CASE NO. 22-12790-EPK
                                              CHAPTER 7

                 Debtor.
_____/

**CONSENT TO TRUSTEE'S NOTICE OF
AUCTION SALE PURSUANT TO RULE 6003 OF FEDERAL
RULES OF BANKRUPTCY PROCEDURE AND 11 U.S.C. §363 (B) AND (F)**

Creditor, Ally Bank, files its Consent to Trustee's Notice of Auction Sale Pursuant to Rule 6003 of Federal Rules of Bankruptcy Procedure and 11 U.S.C. §363 (b) and (f) (Doc. No. 274) ("Motion") and states:

1.      Creditor holds a lien on the following vehicle: 2017 Peterbilt 337; VIN: 2NP2HM6X8HM431884 ("Vehicle").

2.      Creditor has no objection to the sale of the Vehicle, subject to its lien being satisfied in full by the proceeds of the sale.

3.      As of October 17, 2022, the total payoff amount was $13,373.35 with a *per diem* rate of $1.86.

**WHEREFORE**, Creditor respectfully requests the Court enter an order allowing the sale to go forward subject to Creditor's lien and granting such other relief that the Court may deem just and proper.

                                                       */s/ Gavin N. Stewart*
                                                       Gavin N. Stewart, Esquire
                                                       Florida Bar Number 52899
                                                       P.O. Box 5703
                                                       Clearwater, FL 33758
                                                       P: (727) 565-2653
                                                       F: (727) 213-9022
                                                       E: bk@stewartlegalgroup.com
                                                       Counsel for Creditor

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice and first-class mail this 17th day of October 2022.

/s/ Gavin N. Stewart
Gavin N. Stewart, Esquire

**VIA FIRST CLASS MAIL**
EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487

**VIA CM/ECF NOTICE**
Harry Winderman, Esq.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431

Trustee
Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308