UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

EXCELL AUTO GROUP, INC.                          CASE NO. 22-12790-EPK

                Debtor.                                          Chapter 7
_____/

## NOTICE OF CHANGE OF ADDRESS

      Undersigned counsel and the law firm of LSS Law, gives notice of their change of business location for their Miami office[1] and respectfully requests that the Clerk of the Court change the Court's docket and matrix in this case to reflect their current business address as follows:

**LSS LAW
ONE BISCAYNE TOWER
2 S. BISCAYNE BOULEVARD
SUITE 2200
MIAMI, FLORIDA 33131**

[Remainder of page intentionally left blank]

---

[1] The Notice of Change of Address is only applicable to the Miami Office and any attorney whose address is associated with same. Any attorney whose address is associated with the Fort Lauderdale Office is not to be included.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on October 25, 2022, by Notice of Electronic Filing to all parties and counsel registered with the CM/ECF system and via U.S. Mail to Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118, Ally Bank, c/o AIS Po Carina Avila, DMS Inc, 4701 SW 51st Ss., Davie, FL 33314, Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118, Integrated Vehicle Leasing, Inc., c/o Moritt Hock & Hamroff LLP, Attn.: Theresa A. Driscoll, Esq., 400 Garden City Plaza, Garden City, NY 11530, David Unseth, 211 North Broadway, Suite 3600, St. Louis, MO 63102, and Kristen Zankl, 16937 Pierre Circle, Delray Beach, FL 33446.

Dated: October 25, 2022

**LSS LAW**
Attorneys for the Woodside Credit, LLC
2 South Biscayne Boulevard, Suite 2200
Miami, FL 33131
Telephone (305) 894-6163
Facsimile (305) 503-9447

By:_____/s/_____
CHRISTIAN SOMODEVILLA
Florida Bar No. 59539
cs@lss.law