UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

**NOTICE OF WITHDRAWAL OF EMERGENCY MOTION TO ENFORCE THE AUTOMATIC STAY AGAINST HI BAR CAPITAL, LLC (ECF NO. 286)**

Nicole Testa Mehdipour, chapter 7 trustee for the bankruptcy estate of Excell Auto Group, Inc., by and through undersigned counsel, withdraws the *Emergency Motion to Enforce the Automatic Stay Against Hi Bar Capital, LLC* [ECF No. 286].

Dated: October 25, 2022.

FURR AND COHEN, P.A.
*Attorneys for Chapter 7 Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561) 395-0500/Fax: 561-338-7532

By: */s/ Jason S. Rigoli*
    Jason S. Rigoli, Esq.
    Florida Bar No. 091990
    Email: jrigoli@furrcohen.com

1