

**ORDERED in the Southern District of Florida on October 26, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

### ORDER GRANTING EMERGENCY MOTION TO COMPROMISE CONTROVERSY WITH HI BAR CAPITAL, LLC AND WAIVING STAY UNDER BANKRUPTCY RULE 4001 (A)(3) (ECF NO. 291)

This case came before the Court for a hearing on October 25, 2022, at 2:30 p.m., in West Palm Beach, Florida, upon the *Emergency Motion to Compromise Controversy with Hi Bar Capital, LLC and to Waive Stay Under Bankruptcy Rule 4001(a)(3)* [ECF No. 291] (the "**Motion**") filed by Nicole Testa Mehdipour, Chapter 7 Trustee ("Excell Trustee or Chapter 7 Trustee"). The Court has reviewed the Motion, heard the arguments of counsel, noted the agreement of the parties, and is otherwise fully advised. Accordingly, it is

**ORDERED that:**

1

1. The Motion is **GRANTED**. The terms of the Agreement attached as Exhibit "1" to the Motion are approved in their entirety and incorporated as though fully set forth herein.

2. To the extent that the automatic stay under 11 U.S.C. § 362(a) is applicable to Hi Bar Capital, LLC's litigation against the non-debtor defendants in the New York Litigation, Hi Bar Capital, LLC is granted relief from the automatic stay under 11 U.S.C. §362(d) to proceed with the New York Litigation against the non-debtor defendants.

3. Hi Bar Capital, LLC and its members, officers, directors, and/or employees who have executed the Agreement attached as **Exhibit 1** to the Motion, expressly and affirmatively waive any right to assert estoppel, whether offensively or defensively, against Excell Trustee or the Excell Estate on account of any determination made in any final judgment entered in the New York Litigation or appeal therefrom.

4. Nothing in this Order shall be construed to modify or amend the terms of the settlement as memorialized in the Agreement.

5. The Chapter 7 Trustee is authorized to sign any documents necessary in the New York Litigation to effectuate the terms of the Stipulation, including, but not limited to filing a Notice of Voluntary Dismissal Without Prejudice of the Excell counterclaim.

6. The 14-day stay under Bankruptcy Rule 4001 (A)(3) is waived.

7. The Court reserves jurisdiction to enforce the terms of this Order and the Agreement.

###

**Submitted by**:

Jason S. Rigoli, Esquire
*Special Counsel for Trustee*
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A

Boca Raton, FL 33431
(561)395-0500/(561)338-7532 fax
E-mail: jrigoli@furrcohen.com

*Attorney Jason S. Rigoli is directed to serve a copy of this Order on all interested parties and file a Certificate of Service with the Court.*