**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:

**EXCELL AUTO GROUP, INC.**                   **CASE NO. 22-12790-EPK**

    Debtor.                                       Chapter 7
_____/

**RESPONSE TO EDWARD BROWN'S MOTION TO COMPEL TURNOVER**
**OF ORIGINAL TITLE, AND APPLICATION FOR CERTIFICATE OF TITLE WITH OR**
**WITHOUT REGISTRATION FOR 2021 FERRARI ROMA VIN # ZFF98RNA3M0263662**
**-AND-**
**MOTION TO TRANSFER MOTION TO ADVERSARY CASE NO: 22-01218-EPK**

    COME NOW FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing"), the Adversary Plaintiffs in Adversary Proceeding Case No. 22-01218-EPK (an adversary pending in the Auto Wholesale of Boca LLC bankruptcy (#22-15627-EPK (the "AWB Chapter 11" the "AWB Adversary" and the "FVP Adversary Plaintiffs"), and hereby respond to Edward Brown's Motion to Compel Turnover of Original Title, and Application for Certificate of Title with With or Without Registration for the 2021 Ferrari Roma bearing vehicle identification number ZFF98RNA3M0263662 (the "Ferrari Roma") [ECF 277] (Edward Brown's "Motion") and move to transfer the Motion to the AWB Adversary.

    It is respectfully suggested that Edward Brown ("Brown") is no more entitled to the Ferrari Roma than is the Debtor Excell, and that this matter should be transferred to the Adversary Proceeding in Case No.: 22-01218-EPK. In support thereof, it is asserted as follows:

A. <u>The Ferrari Roma and the Other Brown Automobiles.</u>

1. Brown was a very close friend of Scott Zankl and his wife Kristen prior to the events that occurred on April 1, 2022. On that date Moshe Farache and his

agents unlawfully seized over 30 automobiles from the lots of Karma of Palm Beach and Karma of Broward (collectively, the "Karma Entities") which caused a cascade of actions and events that led to multiple litigations, this Bankruptcy, and this motion.

2. In the years prior to the events surrounding the Ferrari Roma *sub judice*, Mr. Brown invested in, and loaned many millions of dollars to, companies owned by Mr. Zankl and his wife, including Debtor Excell Auto Group Inc. ("EAG") and the Karma Entities.

3. As part of the perquisites and privileges for his investment and loans, it was agreed that Brown could drive any of the vehicles that he desired on the Karma Entities' lots for as long as he wanted, and then simply return the cars and take another car of his choosing.

4. In 2021 under this agreement, Brown took possession of the following vehicles:

    a. (Vehicle 23) [1]: 2021 Rolls Royce Cullinan White, VIN # SLATV8C09MU20497, which is currently in the possession of Edward Brown.

    b. (Vehicle 24): Lamborghini Urus White, VIN # ZPBUA1ZL1MLA12270, which is currently in the possession of Edward Brown.

    c. (Vehicle 25): 2021 Ferrari SF 90 VIN # ZFF95NLA7M0265077, which is currently in the possession of Edward Brown.

    d. (Vehicle 26): 2021 Ferrari Roma, VIN # ZFF98RNA3M0263662, which is currently in the possession of Edward Brown and is the subject of the instant Motion.

(Collectively, the "Karma / Brown Vehicles").

---

[1] These vehicles are subject to the FVP Adversary Plaintiffs' Claims in the Adversary Complaint.

5. All of the Karma / Brown Vehicles that Brown took possession of were, and at all times remained, dealer inventory of the Karma Entities.

6. Brown never purchased any of the Karma / Brown Vehicles. Indeed, Brown never paid sales tax for any of the Karma / Brown Vehicles.

7. If Brown wanted a particular vehicle which was not on the lot of the Karma Entities, he would tell Scott Zankl to have one of the Karma Entities purchase it. If the Karma Entities did not have sufficient funds available at that time, then Brown would wire some or all of the amount needed to the Karma Entities for the Karma Entities to purchase the vehicle and place it in inventory.

8. The particular vehicle purchased would be registered in "DealerTrack" as dealer inventory, the vehicle registered to one of the Karma Entities, dealer plates issued and Brown free to use the vehicle until such time as he no longer wanted to use it, or wanted a different car, at which time the car would be delivered to the lot and sold as inventory of one of the Karma Entities by the respective one of the Karma Entities. If Brown put up any money toward the purchase, that money would be refunded to him when the vehicle was sold.

9. Brown and Scott Zankl, for the Karma Entities, followed this format and procedure for numerous vehicles over the years, and this was the arrangement for all of the Karma / Brown Vehicles.

10. At all times, the Karma / Brown Vehicles remained titled to the Karma Entities, were assigned dealer plates and were insured by the Karma Entities.

11. On April 1, 2022, the titles and registrations to all of the Karma / Brown Vehicles were in the name of the Karma Entities and actual title documents to all of the Karma / Brown Vehicles were physically located at the Karma Entities' location in Palm Beach County, Florida.

12. All of the Karma / Brown Vehicles are, *inter alia,* the subject of the Adversary Complaint, and are being sought by the FVP Adversary Plaintiffs in the Adversary Action.

The Ferrari Roma

13. At the end of October of 2021, Brown advised Scott Zankl that he wanted the Ferrari Roma.

14. Mr. Zankl, as he had numerous times in the past, told Brown that he did not have the funds to purchase a Ferrari Roma available in the Karma Entities. In response, and, again, as Brown had done for numerous vehicles in the past, on November 2, 2022 Brown wired $280,000.00 to the Karma Entities' account.

15. The money was wired with the understanding of both Brown and Scott Zankl that the money would be used to give the Karma Entities sufficient capital to purchase the car with the understanding that Brown would use it for as long as he liked as part of the dealer inventory and later return it, and then the car would be sold as inventory of the Karma Entities and Brown's money refunded.

16. On November 3, 2022, Karma of Palm Beach purchased the Ferrari Roma for $285,000.00 and took the Ferrari Roma into its inventory, insured it and put dealer plates on the vehicle; and told Brown that he could pick it up.

17. Brown picked up the car on or about November 11, 2021. No purchase transaction took place, no taxes were paid, no title was transferred; and the Ferrari Roma was treated the same as all the other vehicles that Brown took possession of over the years when Brown drove it off the lot. Simply stated – that Brown was driving dealer inventory owned by the Karma Entities.

18. The Ferrari Roma was always, and remains, dealer inventory in the DealerTrack records of Karma of Palm Beach as of the date of the filing of this Response.

B. FARACHE TAKES THE KARMA ENTITIES' INVENTORY

19. The FVP Adversary Plaintiffs adopt and incorporate by reference, pursuant to Fed. R. Bankr. P. 7010 and Fed. R. Civ. P. 10, the allegations made in the FVP Adversary Plaintiffs' Third Amended Complaint as if fully restated herein.

20. The asserted facts establish that Moshe Farache and his agents unlawfully took every vehicle on the Karma Entities' lots, which comprised over 30 valuable luxury vehicles, on April 1, 2022.

21. The direct result of these acts by Moshe Farache being that the Karma Entities were put out of business overnight.

C. <u>BROWN REACTS TO THE FARACHE CONVERSION OF THE KARMA ENTITIES' VEHICLES AND REQUESTS A FALSIFIED BACKDATED DOCUMENT ALLEGING A PURCHASE SIX MONTHS PRIOR.</u>

22. When Moshe Farache took all of the Karma Entities' inventory, the title documents to the Karma / Brown Vehicles, including the Ferrari Roma, remained in the possession of the Karma Entities in Palm Beach.

23. When Brown heard of what Moshe Farache did, he went to the Karma Entities' lot in Palm Beach and consulted with Scott Zankl about what Mr. Zankl should do and advised Mr. Zankl to be weary of Farache as he was a dangerous person.

24. Brown also advised Mr. Zankl that he wanted Mr. Zankl to prepare false paperwork to show that Brown in fact purchased all of the Karma / Brown Vehicles, including the Ferrari Roma, at different dates in 2021.

25. To that end, on April 4, 2022, Brown communicated to Scott Zankl and stated:

> **Make things right, you owe a lot of bad people.**
>
> **Sale dates:**
> **Lambo 8/5/21**
> **SF90 11/6/21**
> **Roma 11/12/21**

26. On April 4, 2022, Scott Zankl responded:

> **Okay**
>
> **I have the Roma title in my hand and the SF90**

On April 4, 2022, Scott Zankl stated to Brown:

**Alana will do the paperwork on the cars this am and get them filed.** [2]

27. On April 6, 2022, Alana Bailey created the documents attached to Brown's Motion as Exhibit A, and backdated those documents six months earlier to 11/12/2021 – the date specified by Brown for the Ferrari Roma.

28. On April 6, 2022, Alana Bailey filled in, and backdated, the title document depicted in Brown's motion as Exhibit B.

29. On April 6, 2022, or April 7, 2022, Brown came to the Karma store in Palm Beach and signed those documents depicted in Exhibit A. Tellingly, Brown never dated any document that he signed.

30. The next day, on April 7, 2022, Alana Bailey texted to Scott Zankl:

**Gui is bringing you those documents for ed brown to re-sign.**

31. On or about April 7, 2022, Scott Zankl executed those back dated documents depicted in Exhibit A to Brown's Motion. The documents were then returned to the Karma of Palm Beach location.

32. On April 8, 2022, EAG filed for bankruptcy.

33. On April 9, 2022, the EAG Trustee took possession of the business location, including all documents therein. Included in the documents seized were the documents depicted in Exhibit A and Exhibit B to the Brown Motion.

34. The transaction documents attached to the Brown Motion were falsified and are void, and do not establish that Brown purchased the Ferrari Roma on November 12, 2021 or any other date.

<u>Brown Never Purchased the Ferrari Roma</u>

---

[2] The FVP Adversary Plaintiffs have indisputable evidence of these communications that will be filed of record, if necessary, if Brown testifies under oath to the allegations made in his Motion at an evidentiary hearing. The FVP Adversary Plaintiffs are hopeful that the Brown Motion will be withdrawn without the necessity of an evidentiary hearing.

35. The excuse that is put forward in Brown's Motion to explain why he neglected to take title to a very expensive luxury car is folly.

36. Although substantial sums were invested or otherwise loaned to the Karma Entities over the years by Brown, there was no purchase of the Ferrari Roma or any of the other Karma / Brown Vehicles. The purchase price was not paid, taxes were not paid, title was not transferred, and the car was never registered to Brown.

37. The undeniable evidence establishes that the paperwork attached to the Brown Motion was a reaction, after the fact, to Moshe Farache putting the Karma Entities out of business and Brown and Mr. Zankl attempting to falsely create a transaction that never occurred. And it is that false transaction that attempts to thwart the FVP Adversary Plaintiffs' claim to their collateral – the inventory of the Karma Entities.

38. The truth of the matter is that Brown loaned or invested substantial sums to the Karma Entities and in return drove any vehicle he desired on dealer plates for as long as he wanted, and then simply returned it and picked another. Although this arrangement offered no hassle, no purchases, no taxes, no registration and no liability; it also came with no claim to ownership.

Conclusion and Requested Relief:

It is requested that this Honorable Court deny the requested relief and transfer this matter to the Adversary Case, where this Honorable Court can make a determination on the facts as to whether Brown was a buyer in the ordinary course and acted in good faith.

Alternatively, it is requested that this Honorable Court schedule this matter for a three hour evidentiary hearing where testimony and evidence can be presented under oath to establish the FVP Adversary Plaintiffs' claim to the Karma / Brown Vehicles.

Dated: October 31, 2022

For the FVP Plaintiffs

| | |
|---|---|
| Jerrell A. Breslin, Esq.<br>Baron, Breslin & Sarmiento<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail: JB@RichardBaronLaw.com<br>EService@RichardBaronLaw.com<br><br>By:   s/ Jerrell Breslin, Esq.<br>      Jerrell Breslin, Esq.<br>      Fla Bar No: 269573 | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail: david@softnesslaw.com |
| Jonathan Noah Schwartz, Esq.<br>Florida Bar No. 1014596<br>Jonathan Schwartz Law PLLC<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Tel.: (973) 936-2176<br>E-mails: jschwartz@jonschwartzlaw.com<br>JNSEsquire@gmail.com | |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that; I electronically filed the foregoing was served via Email electronic transmission under Local Rule 7026 -1 upon those parties and attorneys who are registered with the Court to receive notifications in this matter but not filed of record and by email upon: the office of Chapter 7 Trustee, Nicole Testa Mehdipour Nicole.Mehdipour@ntmlawfirm.com; Furr And Cohen, P.A., Special Counsel for Trustee, Alan R. Crane, Esq., E-Mail: Acrane@Furrcohen.com; Jason S. Rigoli, Esq. E-mail: jrigoli@furrcohen.com; D. Brett Marks, Esq., Email: brett.marks@akerman.com; Eyal Berger, Esq., Email: eyal.berger@akerman.com; Amanda Klopp, Esq., Email: amanda.klopp@akerman.com; Karma or Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com.

/ s/ Jerrell Breslin

Jerrell Breslin, Esq.