UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                            Case No. 22-12790-EPK
                                                  Chapter 7
**EXCELL AUTO GROUP, INC.,**

    **Debtor**
_____/

**TRUSTEE'S NOTICE OF ABANDONMENT**

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee (the "Trustee") for the estate of EXCELL AUTO GROUP, INC., gives notice of the proposed abandonment in the following property:

1. 2022 Moke eMoke VIN No.: 5YNWAHBG9NS083121; and
2. 2022 Moke eMoke VIN No.: 5YNWAHBG0NS083122

The Trustee believes that the property and its contents are burdensome and of inconsequential value and benefit to the estate. Any objection shall be filed with the U.S. Bankruptcy Court 1515 N. Flagler Drive #801, West Palm Beach, FL 33401, and a copy served on the Trustee.

Date: November 3, 2022

                                              /s/ Nicole Testa Mehdipour, Trustee
                                              Nicole Testa Mehdipour, Trustee
                                              Chapter 7 Trustee
                                              6278 North Federal Highway
                                              Suite 408
                                              Fort Lauderdale, FL 33308
                                              Tel: (954) 858-5880

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Abandonment* was served via the Court's CM/ECF notification to all parties indicated below and via U.S. Mail, postage prepaid, upon all creditors and interested parties on the attached service list on this November 3, 2022.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

***Sent via CM/ECF Notification:***

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**   ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Jerrell A Breslin**   jb@richardbaronlaw.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**    jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com

- **Peter D. Spindel**     peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**     MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**     bk@stewartlegalgroup.com
- **David M Unseth**     dmunseth@bclplaw.com
- **Paul E Wilson**     pwilson@paulwilsonesq.com
- **Harry Winderman**     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**     tzeichman@bmulaw.com, G67999@notify.cincompass.com

*<u>Sent via First Class U.S. Mail:</u>*  To all parties on the attached service list.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Thu Nov  3 14:01:27 EDT 2022 | Luxury Lease Company LLC<br>210 Summit Ave,  Suite C4<br>Montvale, NJ 07645-1500 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| Ally Bank<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Austin Business Finance, LLC and Xan Myburgh<br>c/o Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>100 SE 2nd Street<br>Suite 3105<br>Miami, FL 33131-2100 | Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 |
| BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 |
| Columbus Day Finance, LLC<br>c/o Jordan L. Rappaport, Esq<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 | Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 |
| EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 | Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 | FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 |
| FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |
| Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | Hi Bar Capital, LLC<br>2111 57th Street<br>Brooklyn, NY 11204-2081 | Integrated Vehicle Leasing, Inc.<br>c/o Moritt Hock & Hamroff LLP<br>Attn.: Theresa A. Driscoll, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| JPMorgan Chase Bank, N.A.<br>c/o Dennis J. LeVine<br>4919 Memorial Hwy, Ste 135<br>Tampa, FL 33634-7510 | Karma Automotive, LLC<br>c/o James B. Sowka<br>233 South Wacker Drive,, IL 60606 | Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 |
| MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |

Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL  33130-1808

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

1001 Clint Moore, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
Frederik Middleton
1361 SW 21st St
Boca Raton, FL 33486-6646

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Auto Wholesale of Boca, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Chad Zakin
c/o Mark A. Levy, Esq.
Brinkley Morgan
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394-0002

Chapford Specialty Finance LLC
c/o James C. Moon, Esquire
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

David Amsel
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David Softness, Esq.
201 S. Biscayne Blvd.
Suite 2740
Miami, FL  33131
david@softnesslaw.com   33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-5051

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

| | | |
|---|---|---|
| Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 | Richard Applegate<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 |
| Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 | Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | Stefano Riga<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy Suite 203<br>Boca Raton, FL 33432-2848 |
| Stephen Breuer<br>Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Boca Raton, FL 33487-2840 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 |
| TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 | The Gori Family  Limited Partnership<br>c/o D. Brett Marks, Esquire<br>Akerman LLP<br>201 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, Florida 33301 | Theresa A. Driscoll<br>Moritt Hock & Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Timothy Olesijuk<br>c/o John D. Segaul, Esq.<br>300 S. Pine Island Rd #304<br>Plantation FL 33324-2621 | United Healthcare Insurance Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 |
| Aaron Parkinson<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Alan Barbee<br>1400 Centerpark Blvd Suite 860<br>Suite 860<br>West Palm Beach, FL 33401-7421 | Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 |
| Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Andrew Todd McNeill<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 | Carina Avila<br>DMS Inc<br>4701 SW 51st St<br>Davie, FL 33314-5503 |
| Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Christopher Todd Bludworth<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 | David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 |
| David Unseth<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2726 | Edvard Dessalines<br>c/o John E. Page<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431-8530 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Frederick Hall<br>Cuenant & Pennington P.A.<br>c/o Winston Cuenant<br>101 NE 3rd Avenue<br>Suite #1500<br>Fort Lauderdale, FL 33301-1181 | Frederick Middleton<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Harry Winderman<br>Harry Winderman, ESQ.<br>2255 Glades Road<br>Suite 205e<br>Boca Raton, FL 33431-7391 |

| | | |
|---|---|---|
| John Wittig<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Kristen Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 | Michael Halperin<br>c/o Philip Landau<br>Landau Law, PLLC<br>3010 N. Military Trail<br>Suite 318<br>Boca Raton, FL 33431-6300 |
| Moshe Farache<br>6560 W. Rogers Circle Suit B27<br>Boca Raton, FL 33487-2746 | (p)NICOLE TEST MEHDIPOUR<br>6278 NORTH FEDERAL HIGHWAY SUITE 408<br>FORT LAUDERDALE FL 33308-1916 | Philip T. Gori<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>Suite 203, Squires Building<br>1300 North Federal Highway<br>Boca Raton, FL 33432-2801 | Richard Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Scott Zankl<br>16937 Pierre Circle<br>Delray Beach, FL 33446-3693 |
| Stefano Riga<br>c/o Jordan L Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Steven Graves<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Svetlana Petrovna Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 |
| Tarek Aboualazzm<br>c/o Jordan L. Rappaport, Esq<br>1300 N Federal Hwy, Ste 203<br>Boca Raton, FL 33432-2848 | Tim Olesijuk<br>c/o John D. Segaul<br>300 S. Pine Island Road, Suite 304<br>Plantation, FL 33324-2621 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | | |
|---|---|---|
| EAG Wholesale, LLC/OLP EAG, LLC<br>c/o Simon & Sigalos, LLC<br>3839 NW Boca Raton Blvd. #100<br>Boca Raton, FL 33431 | OLP EAG, LLC<br>c/o Simon & Sigalos, LLP<br>3839 NW Boca Raton Blvd. #100<br>Boca Raton, FL 33431 | Peak Finance, LLC<br>c/o Simon & Sigalos, LLP<br>3839 NW Boca Raton Blvd #100<br>Boca Raton FL 33431 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)West Palm Beach | (d)Graves Directional Drilling, Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | (d)Moshe Farache and MMS Ultimate Services, I<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 |
| (u)Parkinson Holdings LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216 | (u)Parkinson Super Pty LTD<br>c/o Aaron Parkinson<br>19 Oatland Esp, Unit 26<br>Runaway Bay QLD 4216 | (d)Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington FL 33449-8147 |
| (d)Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>Holland & Knight LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | (d)Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | (u)Johnie Floyd Weems, III |

```
End of Label Matrix
Mailable recipients    133
Bypassed recipients      9
Total                  142
```