

**ORDERED in the Southern District of Florida on November 8, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

Debtor.
_____

Case No. 22-12790-EPK

Chapter 7

**ORDER GRANTING EDWARD BROWN'S MOTION TO COMPEL TURNOVER OF ORIGINAL TITLE, ASSIGNMENT OF TITLE, AND APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION FOR 2021 FERRARI ROMA VIN # ZFF98RNA3M0263662 (ECF NO. 277)**

This matter came to be heard on November 2, 2022 at 9:30 a.m. ("Hearing") upon *Edward Brown's Motion to Compel Turnover of Original Title, Assignment of Title, and Application for Certificate of Title With/Without Registration for 2021 Ferrari Roma VIN # ZFF98RNA3M0263662* ("Motion") (ECF No. 277) and the *Response to Edward Brown's Motion to Compel Turnover of Original Title, and Application for Certificate of Title With or Without Registration for 2021 Ferrari Roma VIN #ZFF98RNA3M0263663 and Motion to Transfer Motion to Adversary Case No. 22-01218-EPK* (ECF No. 301) ("Response") filed by FVP Opportunity

Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC, (collectively, "FVP"). The Court has reviewed the Motion and Response, and has heard argument of counsel for Edward Brown, counsel for Nicole Testa Mehdipour as Trustee of Excell Auto Group, Inc. ("Trustee"), and counsel for FVP. At the Hearing, the Trustee's counsel advised the Court that the estate of Excell Auto Group, Inc. claimed no interest in the original title documents for the 2021 Ferrari Roma, VIN #ZFF98RNA3M0263662 for which turnover is sought by Edward Brown in the Motion, but the Trustee's counsel believed the original title documents were not in the Trustee's possession. For the reasons stated on the record at the Hearing, it is hereby:

**ORDERED AND ADJUDGED**:

1. The Motion is **GRANTED**.

2. The Trustee shall make one reasonable search for the original Title, original assignment of title, and original Application for Certificate of Title With/Without Registration for the 2021 Ferrari Roma, VIN # ZFF98RNA3M0263662 ("Original Title Documents") to determine if the Original Title Documents are in the Trustee's possession. The Trustee shall make an inquiry to the accountants employed by the Trustee, GlassRatner Advisory & Capital Group, LLC, d/b/a B. Riley Advisory Services as to whether the Original Title Documents are in possession of the accountants. The Trustee is not required to search through the boxes of documents taken possession by the Trustee and which are being currently stored with the accountants.

3. If any of the Original Title Documents are in the Trustee's possession, the Trustee shall turn over all such Original Title Documents to counsel for Edward Brown.

4. To the extent that the Trustee determines that any of the Original Title Documents are not in the Trustee's possession, the Trustee shall provide written confirmation to Edward Brown's counsel of same. If the Trustee later finds the Original Title Documents in the Trustee's

possession or in the possession of one of Trustee's professionals, the Trustee is directed to turn such Original Title Documents over to Edward Brown's counsel at such later time, absent further Order of the Court.

     5.     All other relief sought in the Response is **DENIED**.

###

Submitted by:
Amanda Klopp, Esq.
**AKERMAN LLP**
777 S. Flagler Drive, Suite 1100
West Palm Beach, FL 33401
Telephone: (561) 653-5000
Fax: (561) 659-6313
Email: amanda.klopp@akerman.com

Attorney Klopp is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.