**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                    Case No.: 22-12790-EPK
                                                          Chapter 7
EXCELL AUTO GROUP, INC.                                   WEST PALM BEACH DIVISION

Debtor(s).

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears as counsel for Interested Party, KARMA OF

PALM BEACH, INC., in the above-captioned case.  Request is hereby made pursuant to Bankruptcy

Rule 9010(b) that all notices given or required to be given in this case and all pleadings, motions and

applications served or required to be served in this case be given to and served upon the following:

Harry Winderman, Esq.
Primary email 1:        hw@whcfla.com
Alternate email:        gg@whcfla.com; filings@whcfla.com


                                        WEISS, HANDLER & CORNWELL, PA
                                        *Attorneys for Karma of Palm Beach, Inc.*
                                        One Boca Place, Suite 205-E
                                        2255 Glades Road
                                        Boca Raton, FL 33431
                                        Telephone: (561) 997-9995

                                        By: /s/ Harry Winderman
                                                HARRY WINDERMAN, ESQ.
                                                Florida Bar No. 209562
                                                hw@whcfla.com
                                                filings@whcfla.com
                                                gg@whcfla.com

In Re Excell Auto Group, Inc.
Case No. 22-12790-EPK

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on November 10, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Palm Beach, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
HARRY WINDERMAN, ESQ.
Florida Bar No. 209562
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

## SERVICE LIST

**Via ECF:**

- **Joaquin J Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Eric N Assouline** ena@assoulineberlowe.com
- **Paul A Avron** pavron@bergersingerman.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com
- **Alan R Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Winston I Cuenant** winston@cuenantlaw.com
- **Mitchell A Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller** celler@kelleylawoffice.com
- **Jay L Farrow** jay@farrowlawfirm.com
- **Michael Foster** michael@youngfoster.com
- **Travis A Harvey** tharvey@bakerdonelson.com

In Re Excell Auto Group, Inc.
Case No. 22-12790-EPK

- **Dana L Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Amanda Klopp** Amanda.klopp@akerman.com
- **Phillip J Landau** phil@landau.law
- **Mark A Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso** ngm@mancuso-law.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Ezequiel Joseph Romero** romeroe@bryancave.com
- **Harry J Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Christian Somodevilla** cs@lss.law
- **James B Sowka** jsowka@seyfarth.com

In Re Excell Auto Group, Inc.
Case No. 22-12790-EPK

- **Peter D Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Gavin Stewart** bk@stewartlegalgroup.com
- **David M Unseth** dmunseth@bclplaw.com
- **Paul Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

Label Matrix for local noticing
113C-9
Case 22-12790-EPK
Southern District of Florida
West Palm Beach
Thu Oct 27 16:25:20 EDT 2022

Luxury Lease Company LLC
210 Summit Ave,  Suite C4
Montvale, NJ 07645-1500

1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Ally Bank
P.O. Box 5703
Clearwater, FL 33758-5703

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Austin Business Finance, LLC and Xan Myburgh
c/o Eric N. Assouline, Esq.
Assouline & Berlowe, P.A.
100 SE 2nd Street
Suite 3105
Miami, FL 33131-2100

Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Columbus Day Finance, LLC
c/o Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487-3611

Daimler Trust
c/o Paul Wilson
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322-5235

EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487-2830

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
MIami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
2111 57th Street
Brooklyn, NY 11204-2081

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530-3327

Karma Automotive, LLC
c/o James B. Sowka
233 South Wacker Drive,, IL 60606

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205E
Boca Raton, FL 33431-7391

MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467-7746

Mercedes Benz Financial Services USA, LLC.
14372 Heritage Parkway
Fort Worth, TX 76177-3300

Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL   33130-1808

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

1001 Clint Moore, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
Frederik Middleton
1361 SW 21st St
Boca Raton, FL 33486-6646

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Auto Wholesale of Boca, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Chad Zakin
c/o Mark A. Levy, Esq.
Brinkley Morgan
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394-0002

Chapford Specialty Finance LLC
c/o James C. Moon, Esquire
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

David Amsel
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David Softness, Esq.
201 S. Biscayne Blvd.
Suite 2740
Miami, FL  33131
david@softnesslaw.com  33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-5051

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

The Gori Family  Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

Timothy Olesijuk
c/o John D. Segaul, Esq.
300 S. Pine Island Rd #304
Plantation FL 33324-2621

United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Aaron Parkinson
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Alan Barbee
1400 Centerpark Blvd Suite 860
Suite 860
West Palm Beach, FL 33401-7421

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102-2726

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Frederick Hall
Cuenant & Pennington P.A.
c/o Winston Cuenant
101 NE 3rd Avenue
Suite #1500
Fort Lauderdale, FL 33301-1181

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

(d)Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(u)Johnie Floyd Weems, III

End of Label Matrix
Mailable recipients    132
Bypassed recipients      9
Total                  141