UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

    Debtor.

_____

Case No. 22-12790-EPK

Chapter 7

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of *Order Granting Edward Brown's Motion To Compel Turnover Of Original Title, Assignment Of Title, And Application For Certificate Of Title With/Without Registration For 2021 Ferrari Roma VIN #ZFF98RNA3M0263662 (ECF No. 277)* **(ECF No. 304)** was served on November 8, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case as listed in the attached service list.

Dated: November 10, 2022

Respectfully submitted,

By:    /s/ *Amanda Klopp*
D. Brett Marks, Esq.
Florida Bar Number: 099635
Email: brett.marks@akerman.com
Eyal Berger, Esq.
Florida Bar Number:  011069
Email:  eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar Number: 124156
Email: amanda.klopp@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301-2999
Tel:: 954-463-2700
Fax: 954-463-2224

*Counsel for Edward Brown*

## CERTIFICATE OF SERVICE

**22-12790-EPK Notice will be electronically mailed to:**

Joaquin J Alemany on behalf of Creditor Shrayber Land, Inc.
joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

Eric N Assouline, Esq on behalf of Witness Austin Business Finance, LLC and Xan Myburgh
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Paul A Avron, Esq. on behalf of Interested Party Andrew Todd McNeill
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Paul A Avron, Esq. on behalf of Interested Party Christopher Todd Bludworth
pavron@bergersingerman.com,
efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Zachary J Bancroft on behalf of Creditor BAL INVESTMENTS, LLC
zbancroft@bakerdonelson.com,
achentnik@bakerdonelson.com,bkcts@bakerdonelson.com

Alan Barbee
abarbee@brileyfin.com

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Edward Brown
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor John Wittig
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Philip T. Gori
eyal.berger@akerman.com,
jeanette.martinezgoldberg@akerman.com

Jerrell A Breslin on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP
jb@richardbaronlaw.com

Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
jb@richardbaronlaw.com

Stephen C Breuer on behalf of Creditor David Amsel
stephen@breuer.law,
genna@breuer.law,stephen@ecf.courtdrive.com

Alan R Crane on behalf of Trustee Nicole Testa Mehdipour
acrane@furrcohen.com,
rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

Winston I Cuenant on behalf of Creditor Frederick Hall
winston@cuenantlaw.com,
drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com

Mitchell A Dinkin, Esq. on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Jay L Farrow on behalf of Creditor 1001 Clint Moore, LLC
jay@farrowlawfirm.com

Jay L Farrow on behalf of Creditor MMS Ultimate Services, Inc.
jay@farrowlawfirm.com

Jay L Farrow on behalf of Creditor Moshe Farache
jay@farrowlawfirm.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
michael@youngfoster.com, admin@youngfoster.com

**AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL 33301**

Travis A Harvey on behalf of Creditor BAL INVESTMENTS, LLC
tharvey@bakerdonelson.com

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Steven Graves
dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com

Amanda Klopp on behalf of Creditor Millco Atwater, LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Creditor Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Philip J Landau on behalf of Creditor Michael Halperin
phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com

Dennis J LeVine, Esq on behalf of Interested Party JPMorgan Chase Bank, N.A.
Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Mark A Levy, Esq on behalf of Creditor Chad Zakin
mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

James Randolph Liebler on behalf of Creditor Westlake Flooring Company, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

James Randolph Liebler on behalf of Creditor Westlake Services, LLC
jrlii@lgplaw.com, mkv@lgplaw.com

Nathan G Mancuso on behalf of Creditor Excell Auto Sport and Service, Inc.
ngm@mancuso-law.com

David B Marks on behalf of Creditor Millco Atwater, LLC
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor John Wittig
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James C. Moon, Esq on behalf of Creditor Chapford Credit Opportunities Fund LP
jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

James C. Moon, Esq on behalf of Creditor Chapford Specialty Finance LLC

**AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL 33301**

jmoon@melandbudwick.com,
ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law,
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

John E Page on behalf of Creditor Johnie Floyd Weems, III
jpage@slp.law,
dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Creditor Johnie Floyd Weems, III
ependergraft@slp.law,
dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg
office@rorlawfirm.com,
1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Applegate
office@rorlawfirm.com,
1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Greenberg
office@rorlawfirm.com,
1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Columbus Day Finance, LLC
office@rorlawfirm.com,
1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Aaron Parkinson
office@rorlawfirm.com,
1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Frederick Middleton
office@rorlawfirm.com,
1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Stefano Riga
office@rorlawfirm.com,
1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Tarek Aboualazzm
office@rorlawfirm.com,
1678370420@filings.docketbird.com

David A Ray on behalf of Trustee Nicole Testa Mehdipour
dray@draypa.com,
sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com, msmith@nasonyeager.com

Jason S Rigoli, Esq. on behalf of Trustee Nicole Testa Mehdipour
jrigoli@furrcohen.com,
rrivera@furrcohen.com;staff1@furrcohen.com

Ezequiel Joseph Romero on behalf of Creditor Hi Bar Capital, LLC
romeroe@bryancave.com, zeke.romero30@gmail.com

Harry J Ross, Esq on behalf of Interested Party Alexey Alekseyevich Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

Harry J Ross, Esq on behalf of Interested Party Svetlana Petrovna Gorodova
hross@hjrlaw.com, jerri@hjrlaw.com

John D. Segaul on behalf of Creditor Tim Olesijuk
john@segaul.com,
court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@lss.law,
info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.co

- 4 -

m

Bradley S Shraiberg on behalf of Creditor Franklin Capital Funding, LLC
bss@slp.law,
dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

Eric J Silver on behalf of Interested Party Luxury Lease Company LLC
esilver@stearnsweaver.com,
jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R. Softness on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R. Softness on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
cs@lss.law,
info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

James B Sowka on behalf of Creditor Karma Automotive, LLC
jsowka@seyfarth.com,
ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com

Peter D. Spindel on behalf of Creditor Tulocay Farm, Inc.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Mark E Steiner on behalf of Creditor Westlake Flooring Company, LLC
MES@lgplaw.com, pm@lgplaw.com

Mark E Steiner on behalf of Creditor Westlake Services, LLC
MES@lgplaw.com, pm@lgplaw.com

Gavin N Stewart on behalf of Creditor Ally Bank
bk@stewartlegalgroup.com

David M Unseth on behalf of Creditor Hi Bar Capital, LLC
dmunseth@bclplaw.com

Paul E Wilson on behalf of Creditor Daimler Trust
pwilson@paulwilsonesq.com

Paul E Wilson on behalf of Creditor Mercedes Benz Financial Services USA, LLC.
pwilson@paulwilsonesq.com

Harry Winderman on behalf of Debtor EXCELL Auto Group, Inc.
harry4334@hotmail.com,
lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Karma of Broward, Inc.
harry4334@hotmail.com,
lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Harry Winderman on behalf of Interested Party Scott Zankl
harry4334@hotmail.com,
lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

Thomas G Zeichman on behalf of Creditor Prestige Luxury Cars, LLC
tzeichman@bmulaw.com,
G67999@notify.cincompass.com

**AKERMAN LLP, 201 EAST LAS OLAS BOULEVARD, SUITE 1800, FORT LAUDERDALE, FL 33301**