UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:    Case No.: 22-12790-EPK
Chapter 7

EXCELL AUTO GROUP, INC.

    Debtor.
_____/

**MOTION TO COMPEL TURNOVER OF ORIGINAL TITLE FOR**
**2018 MERCEDES METRIS PASSENGER (VIN # WD4PG2EE2J3366588)**

    Interested Party, QUAD FUNDING PARTNERS, LLC ("Quad Funding"), by and through undersigned counsel, moves the Court for entry of an Order compelling the Trustee of the Estate of Excell Auto Group, Inc. (the "Debtor") to turn over the original Title to the 2018 Mercedes Metris Passenger (VIN # WD4PG2EE2J3366588) which is in the possession of the Trustee.

    On February 23, 2022, Quad Funding purchased a 2018 Mercedes Metris Passenger Van from the Debtor. A copy of the Purchase Agreement is attached **Exhibit A.** Quad Funding has insured and is in possession of the vehicle.

    The original certificate of title, assignment of title, and related documents were in the Debtor's office and are now in the possession of the Trustee. The title is in the name of Quad Funding, is the property of Quad Funding, and Quad Funding is entitled to their return.

    The Trustee makes no claim to the title document for or on behalf of the Debtor.

    **WHEREFORE,** Interested Party, QUAD FUNDING PARTNERS, LLC., requests this Court enter an Order, granting this Motion, directing the Trustee to turn over the Title to the 2018 Mercedes Metris Passenger (VIN # WD4PG2EE2J3366588) to Quad Funding and awarding such other relief as may be just.

Dated: November 17, 2022

Respectfully submitted,

DGIM Law, PLLC
Counsel for Quad Funding Partners, LLC
2875 NE 191st Street, Suite 705
Aventura, FL 33180
Phone: (305) 763-8708

/s/ Daniel Gielchinsky
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 0097646
dan@dgimlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this November 17, 2022 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive notifications in this matter.

/s/ Daniel Y. Gielchinsky
Daniel Y. Gielchinsky

# EXHIBIT A

# PURCHASE AGREEMENT

 KARMA | BROWARD
1717 SE 17TH ST. FORT LAUDERDALE, FL 33316
OFFICE 954.900.1025   FAX 954.900.1753

 KARMA
BROWARD | PALM BEACH
Excell Auto Group

SALES PERSON: JONATHAN MARTIN
DATE: 2/23/2022

BUYER: QUAD FUNDING PARTNERS LLC
DRIVER'S LICENSE NO.:
E-MAIL:
DATE OF BIRTH:
ADDRESS: 3303 W. COMMERCIAL BLVD STE 190
CITY & STATE: FORT LAUDERDALE   FL   ZIP: 33309
CO-BUYER:
DRIVER'S LICENSE NO.:
E-MAIL:
DATE OF BIRTH:
ADDRESS:
CITY & STATE:   ZIP:
HOME PHONE: (414)748-1009   BUSINESS PHONE:   CELL PHONE:

NEW ☐   YEAR: 2018   MAKE: MERCEDES-BENZ   MODEL: METRIS PASSENGER   MILEAGE: 241
USED ☒   COLOR: BLACK   TRIM:   BODY TYPE: STANDARD ROOF 126" WHEELB
ID NO.: WD4PG2EE2J3366588   STOCK NO.: 366588

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 105,000.00 |
| TRADE ALLOWANCE − | | N/A |
| DIFFERENCE = | $ | 105,000.00 |
| SERVICE FEES* + | | 498.00 |
| SUB TOTAL * | | 105,498.00 |
| SALES TAX + | | 6,379.88 |
| ESTIMATED TAG, TITLE & REG + | | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60.00 |
| EST. BALANCE ON TRADE + | | N/A |
| TOTAL DELIVERY PRICE = | $ | 112,437.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER − | | N/A |
| EXTENDED WARRANTY (taxable) + | | N/A |
| *BALANCE DUE ON DELIVERY = | $ | 112,437.88 |
| AMOUNT FINANCED = | $ | 112,437.88 |

LIENHOLDER: NONE

**TRADE-IN DESCRIPTION NO. 1**   STOCK NO.
YEAR   MAKE   COLOR
MODEL   BODY TYPE
I.D. NO.   MILEAGE
BALANCED OWED TO
EST. AMT. OWED   ALLOW AMT.

**TRADE-IN DESCRIPTION NO. 2**   STOCK NO.
YEAR   MAKE   COLOR
MODEL   BODY TYPE
I.D. NO.   MILEAGE
BALANCED OWED TO
EST. AMT. OWED   ALLOW AMT.

**TRADE-IN DESCRIPTION NO. 3**   STOCK NO.
YEAR   MAKE   COLOR
MODEL   BODY TYPE
I.D. NO.   MILEAGE
BALANCED OWED TO
EST. AMT. OWED   ALLOW AMT.

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA BROWARD
Payment on delivery must be cash, cashiers check or money order.
CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.
CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 2/23/2022

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature   Date: 02/23/2022
Co-Buyer Signature   Date
Accepted By:   Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

353567_07/23/21 MMP