UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No.: 22-12790-EPK
                                                                                        Chapter 7
EXCELL AUTO GROUP, INC.

     Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the *Notice of Hearing* [ECF No. 319] on the *Motion to Compel Turnover of Original Title for 2018 Mercedes Metris Passenger (Vin #WD4PG2EE2J3366588)* [ECF No. 318] was served via CM/ECF Notification to all parties registered to receive electronic notice in this case on this 17th day of November, 2022.

Dated: November 17, 2022                          Respectfully submitted,

                                                       DGIM Law, PLLC
                                                       Counsel for Quad Funding Partners, LLC
                                                       2875 NE 191st Street, Suite 705
                                                       Aventura, FL 33180
                                                       Phone: (305) 763-8708

                                                       /s/ Daniel Gielchinsky
                                                       Daniel Y. Gielchinsky, Esq.
                                                       Florida Bar No. 0097646
                                                       dan@dgimlaw.com