

**ORDERED in the Southern District of Florida on November 22, 2022.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                  Case No.: 22-12790-EPK
                                                        Chapter 7
EXCELL AUTO GROUP, INC.                                 WEST PALM BEACH DIVISION

Debtor(s).
_____/

### ORDER GRANTING EXPEDITED MOTION TO AUTHORIZE TURNOVER OF ABANDONED VEHICLES HELD BY TRUSTEE

THIS MATTER came before the Court on November 22, 2022, at 1:30 p.m. in West Palm Beach, Florida upon the Expedited Motion to Compel Turnover of Abandoned Vehicles Held by Trustee (the "Motion") (DE # 307) filed by Interested Party, Karma of Palm Beach, Inc. ("Movant"). The Court, having reviewed the record, having heard the presentation of counsel, the Court further having been informed that the Chapter 7 Trustee has no objection and otherwise being fully advised, it is:

ORDERED AND ADJUDGED:

1. The Motion is GRANTED in part as set forth herein:

    a. The Trustee is authorized and directed to turn over the Abandon Vehicles; to wit,

In re: EXCELL AUTO GROUP, INC.
Case No.: 22-12790-EPK
Page 2

> the 2022 MOKE (VIN # 5YNWAHBG9NS083121) and the 2022 MOKE (VIN # 5YNWAHBG0NS083122, to the Movant forthwith; and
>
> b. Movant shall pay to the Trustee $1,600.00 for storage costs plus the $250.00 administrative fee per Moke for a total of $3,700.00 which shall be paid via cashier's check made payable to Nichole Testa Mehdipour and delivered either to the Chapter 7 Trustee, her counsel, or the auctioneer either before or at the time of the pickup of the vehicles.
>
> c. Movant shall coordinate the pickup of the vehicles with the Chapter 7 Trustee or the auctioneer.

###

**Submitted by:**
Harry Winderman, Esq.
WEISS, HANDLER & CORNWELL, PA
*Attorneys for Karma of Broward, Inc.*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

*Attorney, HARRY WINDERMAN, is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*