UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

       Debtor.

_____

Case No. 22-12790-EPK

Chapter 7

### EDWARD BROWN'S RESPONSE IN OPPOSITION TO MOTION
### TO COMPEL TURNOVER OF ORIGINAL TITLE FOR 2021 FERRARI
### (VIN #ZFF95NLA7M0265077) (ECF NO. 314)

EDWARD BROWN, by and through his undersigned counsel, hereby files this opposition to the Motion to Compel Turnover of Original Title for 2021 Ferrari (VIN # ZFF95NLA7M0265077) (ECF No. 314) (the "Motion") filed by Karma of Palm Beach, Inc. ("Karma"). The Motion involves title documents to a vehicle, the ownership of which is the subject of a pending state court lawsuit. Karma is a third party defendant in this lawsuit. The Court should deny the Motion and direct the Trustee to deposit the title documents into escrow with counsel for one of the parties in the pending ownership dispute. In support thereof, Brown states as follows:

1.      Brown is the owner, and is in possession of, a black 2021 Ferrari Sf90 (VIN #ZFF95NLA7M0265077) (the "Vehicle"), which was sold to him by Karma. Brown provided consideration for, and took delivery of the Vehicle, in November 2021.

2.      In April 2022, Michael Halperin, an alleged former owner of the Vehicle who had left the Vehicle in Karma's possession, claimed that he still owed the Vehicle. After receiving notice that Brown claimed ownership, and was in possession, of the Vehicle, and without

67476778;1

informing Brown, Halperin applied for title to the Vehicle.  In July 2022, Halperin allegedly obtained title to the Vehicle from the state of Florida.

3.      In August 2022, Halperin initiated a lawsuit against Brown for possession of the Vehicle in Palm Beach County Circuit Court under Case No. 50-2022-CA-008529-XXXX-MB ("State Court Lawsuit").  Brown filed a Counterclaim against Halperin and Third Party Complaint against Karma, asserting a claim for declaratory judgment and requesting that the state court adjudicate that Brown has superior ownership rights to the Vehicle.  Attached as **Exhibit 1** is a copy of Brown's Counterclaim and Third Party Complaint.

4.      Karma's counsel agreed to accept service of the Third Party Complaint, and was aware of the state court lawsuit and the pending ownership dispute, on November 8, 2022.

5.      Notwithstanding, Karma then filed the instant motion on November 15, 2022, requesting that the Court turn over the subject title documents to Karma – without advising or disclosing the pending ownership disputes.

6.      Recently, the FVP Parties[1] filed a motion to intervene in the State Court Lawsuit, claiming that the Vehicle was property of Karma and subject to the security interest of the FVP Parties, and requesting possession of the vehicle.

7.      While the title documents that are the subject of the Motion are not necessarily property of the Estate, they are not the property of Karma either.  The proper ownership of the title documents is subject to pending state court litigation and should not be turned over to Karma.

8.      Brown respectfully submits that Karma is not entitled to the title documents, and because ownership of title is contested in a pending lawsuit, the title documents should be deposited into escrow with counsel for one of the parties in the pending ownership dispute.

---

[1] FVP Parties refers to FVP Opportunity Fund III, LP, FVP Investments LLC, and FVP Servicing, LLC.

67476778;1

**WHEREFORE**, Edward Brown respectfully requests that this Court deny the Motion, and direct that the title documents for the subject vehicle of the 2021 Ferrari Sf90 VIN #ZFF95NLA7M0265077 be deposited into escrow with counsel for one of the parties in the pending ownership dispute, and for all other relief that is just and proper.

Dated: November 28, 2022                    Respectfully submitted,

By:   /s/ *Eyal Berger*
D. Brett Marks, Esq.
Florida Bar Number: 099635
Email: brett.marks@akerman.com
Eyal Berger, Esq.
Florida Bar Number:  011069
Email:  eyal.berger@akerman.com
Amanda Klopp, Esq.
Florida Bar Number: 124156
Email: amanda.klopp@akerman.com
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL  33301-2999
Tel:: 954-463-2700
Fax: 954-463-2224

*Counsel for Edward Brown*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: /s/ *Eyal Berger*
          Eyal Berger, Esq.

67476778;1

Exhibit 1

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CASE NO. 50-2022-CA-008259-XXXX-MB

MICHAEL HALPERIN,

      Plaintiff / Counter-Defendant,

v.

EDWARD BROWN,

      Defendant / Counter-Plaintiff.

v.

KARMA OF PALM BEACH, INC., a Florida
corporation,

      Third Party Defendant.

_____/

**COUNTERCLAIM AGAINST MICHAEL HALPERIN AND
THIRD PARTY COMPLAINT AGAINST AGAINST KARMA OF PALM BEACH INC.**

      Edward Brown ("Counter-Plaintiff" or "Brown"), by and through its undersigned counsel

hereby sues Plaintiff/Counter-Defendant Michael Brown and Third Party Defendant Karma of

Palm Beach, Inc., and alleges as follows:

**Parties, Jurisdiction and Venue**

      1.    The amount in controversy in this counterclaim exceeds $15,000 and is within the

jurisdiction of this Court.

      2.    Counter-Defendant Michael Halperin ("Halperin"), is an individual who resides in

Palm Beach County, Florida.

      3.    Third Party Defendant Karma of Palm Beach Inc. ("Karma") is a Florida

corporation with its principal place of business in Palm Beach County, Florida.

4.    Venue is proper in Palm Beach County, Florida, pursuant to Fla. Stat. § 47.011 and Fla. Stat. § 47.021 because the cause of action herein accrued in Palm Beach County, Florida and one or more defendants reside in Palm Beach County, Florida.

## Facts

5.    On or about August 6, 2021, Halperin signed a purchase and sale agreement to purchase a 2019 Ferrari Pista from Karma.  The consideration provided for such sale included a trade-in of a 2019 Ferrari 812 Superfast.

6.     On or around September 10, 2021, Karma of Palm Beach Inc. ("Karma") purchased a black 2021 Ferrari Sf90 VIN ZFF95NLA7M0265077 (the "Vehicle") from Ivis Auto Group LLC ("Ivis").  A copy of the wholesale order is attached as **Exhibit 1**.

7.    On September 27, 2021, Halperin signed a Purchase Agreement to purchase the Vehicle from Karma for a sale price of $865,000.  The consideration stated in the Purchase Agreement was a trade-in, the Ferrari Pista that Halperin recently purchased, plus an additional amount of $454,572.88, which amount was financed by Bank of America.  A copy of the purchase agreement is attached as **Exhibit 2**.

8.    The process of titling the Ferrari Pista to Halperin was not complete yet at the time of Halperin's purchase of the Vehicle.

9.    On September 27, 2021, Halperin executed a Retail Installment Sale Contract for the financing of the Vehicle, which was assigned to Bank of America.

10.    As of September 30, 2021, Bank of America acknowledged opening an account for the financing of the Vehicle, in the amount of $454,572.88.  The same day, Karma received a deposit of that amount from Bank of America.

11.     On October 5, 2021, Karma wrote a check in the amount of $429,300 to Halperin with a memo line of "equity on 2021 Ferrari."  An accounting department copy of the check is attached as **Exhibit 3**.  This check appears to have been part of the sale of the Vehicle to Halperin, and provided an equity cash-out to Halperin.

12.     On or before November 2021, Halperin entrusted the Vehicle to Karma to re-sell.

13.     Scott Zankl, principal of Karma, advised Brown that he had the Vehicle, a black Sf90, and offered to sell it to him.

14.     Brown, who had recently located, agreed to purchase, and provided consideration for, a white Sf90 just weeks earlier, desired to purchase the black Sf90.

15.     Brown executed a Purchase Agreement dated November 6, 2021 to purchase the Vehicle from Karma.  A copy of the purchase agreement is attached as **Exhibit 4**.

16.     In connection with Brown's purchase of the Vehicle, Karma filled out an application for Certificate of Title for Brown.  A copy of the application is attached as **Exhibit 5**.  As evidenced by the application, the consideration provided by Brown for the Vehicle was a trade-in consisting of the white 2021 Ferarri Sf90 that Brown had located, agreed to purchase, and provided consideration for, just weeks earlier.

17.     Similar to Halperin's trade-in for the Vehicle, the process of titling the white 2021 Ferrari Sf90 to Brown was not complete yet at the time of Brown's purchase of the Vehicle.

18.     The paper title for the Vehicle was not transferred to Brown at the time of the purchase.  The notes on the dealership's file indicate that the delay in titling was caused due to Halperin's trade-in not being properly titled in Halperin's name prior to him trading it in.  The dealership was awaiting the Ferrari Pista title transfer to clear, before the dealership could then

title the Vehicle in Halperin's name, and then transfer title back to Karma, and then to Brown's name.

19.    On December 16, 2021, Halperin executed an agreement by which he sold the Vehicle back to Karma for $865,000.  A copy of the purchase agreement and odometer disclosure signed by Halperin as sellor/transferor is attached as **Exhibit 6**.

20.    On December 17, 2021, Karma wrote a check to pay off the balance of the Bank of America loan in Halperin's name on the Vehicle.  An accounting department copy of the check is attached as **Exhibit 7**.

21.    On December 23, 2021, Karma wired $230,000 to Halperin.

22.    On February 14, 2022, Bank of America acknowledged that Halperin's account was paid off for the Vehicle.

23.    On March 28, 2022, Karma wrote a check to Halperin for the amount of $865,000.  Halperin accepted and attempted to negotiate the check.

24.    On March 31, 2022, Halperin's counsel wrote to Karma, threatening treble damages under Florida's civil theft statute.  A copy of the letter is attached as **Exhibit 8**.  The letter's subject line was, in relevant part, "Conversion ***of Loan Proceeds*** Due to Michael Halperin." (emphasis added).  The letter admitted that Halperin had purchased the Vehicle directly from Karma with a trade-in, and a Bank of America loan (which, at that point, had been paid off by Karma).  The letter admitted that Halperin entered into an agreement with Karma, whereby Karma would take possession and arrange for the sale of the Vehicle.  The letter demanded that Karma return the Vehicle that Halperin had already sold to Karma, or face a lawsuit for treble damages of $2,595,000.

25.     Upon information and belief, after the delay in title transfers for the Vehicle, Karma eventually had the Vehicle legally titled in its name, and was prepared to transfer the title to Brown per the terms of Brown's purchase.

26.     However, a related company of Karma, Excell Auto Group, Inc. filed for bankruptcy and substantial litigation commenced over the titles and possession of various vehicles that were at times, owned or sold by Karma.

27.     Upon information and belief, after Halperin's demands for the purchase price from Karma were unmet, in July 2022, Halperin improperly applied to re-title the Vehicle in his name, despite selling the Vehicle back to Karma in December 2021, and despite Halperin's acknowledgement that *he was merely owed money* from Karma.

28.     Upon information and belief, in order to re-title the Vehicle back to his name, Halperin relied upon his alleged "fronting" the purchase price of $865,000 to Ivis, in connection with the sale of the Vehicle to Karma.  Effectively, Halperin's claim to the Vehicle is *a loan* to Karma that was not repaid, consistent with the letter sent by Halperin's counsel to Karma.  Such claim is against Karma, and does not entitle Halperin to the Vehicle, after he re-sold it to Karma.

29.     At all times after Karma's sale of the Vehicle to Brown, Brown has remained in possession of the Vehicle and entitled to have the Vehicle legally titled in his name.

## COUNT I – DECLARATORY JUDGMENT
### (Against Halperin and Karma)

30.     Brown re-alleges and re-incorporates paragraphs 1 through 29 as if fully stated herein.

31.     Brown is the rightful owner of the Vehicle, as the Vehicle was sold to him by Karma, and he gave consideration that he provided for the Vehicle as a good faith purchaser for value.

32.    After Halperin entrusted the Vehicle to Karma, Karma had the ability to, and did, transfer valid title to the Vehicle to Brown, despite failing to complete registration and title in Brown's name.  Notably, title transfer was delayed due to title issues with Halperin's own trade-in.

33.    By the replevin action, and by allegedly re-titling the Vehicle in his name, Halperin contests Brown's ownership of the Vehicle, and has claimed ownership of the Vehicle.

34.    Accordingly, Brown is entitled to the following declarations:

a.    Brown is the legal owner of the Vehicle and has all rights, powers and privileges incident thereto.

b.    Brown's ownership interest in the Vehicle is superior to any interest of Halperin or Karma, or any other person.

c.    Brown has the right to have the certificate of title for the Vehicle issued in his name.

d.    To the extent that Halperin has obtained any paper certificate of title, Halperin has no interest in the Vehicle, and such title must be cancelled as invalid.

35.    There is a bona fide, actual, present, and practical need for a declaration as to the who has ownership of the Vehicle.

36.    The requested declaration deals with a present, ascertained, or ascertainable state of facts or present controversy as to a state of facts.

37.    An immunity, power, privilege and right of Brown as to his ownership interest in the Vehicle is dependent upon facts or the law applicable to the facts.

38.    Both Brown, Halperin and Karma have, or reasonably may have, an actual, present, adverse and antagonist interest in the subject matter, in fact or law.

39.     The antagonistic and adverse interests are all before the court by proper process or class representation.

40.     The relief sought is not merely giving of legal advice by the courts or the answer to questions propounded from curiosity.

**WHEREFORE**, Brown requests: (1) a declaration that (a) Brown is the legal owner of the Vehicle and has all rights, powers and privileges incident thereto, (b) Brown's ownership interest in the Vehicle is superior to any interest of Halperin or Karma, or any other person, (c) Brown has the right to have the certificate of title for the Vehicle issued in his name, and (d) to the extent that Halperin has obtained any paper certificate of title, Halperin has no interest in the Vehicle, and such title must be cancelled as invalid, (2) for all other relief that is just and proper.

## COUNT II – TEMPORARY INJUNCTIVE RELIEF
### (Against Halperin and Karma)

41.     Brown re-alleges and re-incorporates paragraphs 1 through 29 as if fully stated herein.

42.     The value of the Vehicle depends on the safekeeping of the Vehicle, and damage may occur if the Vehicle is seized by the Sheriff or a third party.

43.     Moreover, immediate and irreparable injury will occur to Brown if the Vehicle is seized from him, as part of Brown's legal claim to the Vehicle, and his defenses to the Complaint, is based in his possession of the Vehicle.   Any change in the possession of the Vehicle could change the status quo in terms of Brown's available legal claims and defenses.

44.     After the filing of this action, as both parties recognized the foregoing, Halperin's counsel and Brown's counsel entered into a stipulation to preserve the status quo concerning the Vehicle.

45.     Halperin's counsel confirmed in writing that no pre-judgment replevin of the Vehicle would take place.

46.     In an abundance of caution, Brown requests injunctive relief prohibiting any pre-judgment execution, attachment, levy, or replevin of the Vehicle until the earlier of (i) the parties' written settlement of their disputed interests in the Vehicle; or (ii) complete adjudication of the parties' disputed interests.

47.     In the absence of an injunction, there is a likelihood of immediate and irreparable harm.

48.     There is no adequate remedy at law other than the granting of the requested temporary injunctive relief.

49.     Brown, based on his affirmative defenses to the Complaint and his Counterclaim, has a substantial likelihood of success on the merits of his claim of ownership to the Vehicle.

50.     An injunction is consistent with the public interests.

51.     The relative balance of hardships favors granting the requested temporary injunctive relief, as counsel has already stipulated to measures that they agree will safeguard the Vehicle prior to a court determination of its legal ownership.

**WHEREFORE**, Brown respectfully requests that the Court: (a) enter a temporary injunction prohibiting any pre-judgment execution, attachment, levy, or replevin of the Vehicle until the earlier of (i) the parties' written settlement of their disputed interests in the Vehicle; or (ii) complete adjudication of the parties' disputed interests, and (b) award any further relief that this Court deems just and proper.

Date: October 10, 2022                    Respectfully submitted,

**AKERMAN LLP**
201 E. Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 463-2700 /Fax: (954) 463-2224
Primary email: brett.marks@akerman.com
Primary email: eyal.berger@akerman.com
Primary email: amanda.klopp@akerman.com
Secondary: jeanette.martinezgoldberg@akerman.com

*/s/ Amanda Klopp*
D. Brett Marks, Esq.
Florida Bar Number: 099635
Eyal Berger, Esq.
Florida Bar Number:  011069
Amanda Klopp, Esq.
Florida Bar Number 124156
*Counsel for Edward Brown*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email

to all parties on the attached Service List on October 10, 2022.

*/s/ Amanda Klopp*
Amanda Klopp, Esq.

## SERVICE LIST

| | |
|---|---|
| D. Brett Marks, Esq.<br>Eyal Berger, Esq.<br>Amanda Klopp, Esquire<br>**AKERMAN LLP**<br>201 E. Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301<br>Tel: (954) 463-2700 /Fax: (954) 463-2224<br>Primary email: brett.marks@akerman.com<br>Primary email: eyal.berger@akerman.com<br>Primary email: amanda.klopp@akerman.com<br>Secondary: jeanette.martinezgoldberg@akerman.com<br>*Attorneys for Edward Brown* | Daniel B. Rosenthal, Esq.<br>**DBR LAW, P.A.**<br>1900 Glades Road, Suite 270<br>Boca Raton, Florida 33431<br>(561) 853-0991<br>Fla. Bar No. 711934<br>daniel@dbrlawfirm.com<br>rose@dbrlawfirm.com<br>*Attorney for Michael Halperin* |



**EXHIBIT 1**

# IVIS AUTO GROUP, LLC

**164 PROSPECT ST**
**SOUTH RIVER NJ, 08882**
**PH: (732) 254-2020  FX: (732) 254-2560**

## WHOLESALE

To **KARMA OF PALM BEACH INC**                    Date **09/10/2021**

**1001 CLINT MOORE RD STE 103**

**BOCA RATON FL 33487**

The seller hereby agrees to see and the purchaser hereby agrees to purchase upon the terms and conditions hereby set forth, the following described used motor vehicle or vehicles. It being mutually agreed that there are no representations, promises, verbal understandings or agreements pertaining to this sale or this contract except those stated herein.

The said used motor vehicle or vehicles is/are accepted by the purchaser in its, or their present condition with its present equipment and without guarantee or warranty and purchased wholesale for retail purposes. We will not assume responsibility for damages done to motor vehicles being delivered to purchaser's premises.

| Stock No. | Year/Make | Model/Style | Serial No. | Mileage (No Tenths) | Price |
|---|---|---|---|---|---|
| 100104 | 2021 FERRARI | SF90 STRADALE AWD 2DR COUPE | ZFF95NLA7M0265077 | 484 | 865000.00 |

### ODOMETER DISCLOSURE STATEMENT

FEDERAL LAW (AND STATE LAW, IF APPLICABLE) REQUIRES THAT YOU STATE THE MILAGE UPON TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

PLEASE NOTE: THIS FORM MAY BE USED FOR MORE THAN ONE VEHICLE AS LONG AS VEHICLES LISTED ABOVE MEET THE REQUIREMENTS FOR THE SAME CATEGORY OF CERTIFICATION VEHICLES WITH DIFFERENT TYPES OF CERTIFICATION MUST BE ENTERED ON SEPARATE DISCLOSURE STATEMENTS.

CHECK ☑ STATEMENT BELOW THAT APPLIES TO ALL VEHICLES LISTED ABOVE.

☐ I/We **IVIS AUTO GROUP, LLC** _____ State that the odometer(s)
Print Transferors (Seller's Name)
now read(s) as listed above and to the best of my/our knowledge that it (they) reflect(s) the actual mileage of the vehicle(s) description above.

☐ I/We_____ Hereby certify that to the
Print Transferors (Seller's Name)
best of my/our knowledge that the odometer reading reflects the amount of mileage in excess of the mechanical limits.

☐ I/We_____ Hereby certify that to the
Print Transferors (Seller's Name)

**FOR RESALE**

**TITLE WILL NOT PASS**
**UNTILL CHECK HAS CLEARED**

BY **IVIS AUTO GROUP, LLC** _____
Print Transferors (Seller's Name)

_____
Transferors (Seller's) Signature

**KARMA OF PALM BEACH INC**
Print (Buyer's Name)

_____
(Buyer's Name) Signature

# PURCHASE AGREEMENT

KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557 **FAX** 561.998.4703

**EXHIBIT 2**

KARMA
BROWARD | PALM BEACH
EXCELL AUTO GROUP

SALES PERSON: JONATHAN MARTIN

DATE: 9 / 27 / 2021

| | |
|---|---|
| BUYER MICHAEL PETER HALPERIN | DRIVER'S LICENSE NO. ▆▆▆▆▆ |
| E-MAIL | DATE OF BIRTH ▆▆▆▆ |
| ADDRESS 5258 PRINCETON WAY | CITY & STATE BOCA RATON    FL  ZIP 33496 |
| CO-BUYER | DRIVER'S LICENSE NO. |
| E-MAIL | DATE OF BIRTH |
| ADDRESS | CITY & STATE    ZIP |
| HOME PHONE ▆▆▆-5937  BUSINESS PHONE | CELL PHONE |

| | | |
|---|---|---|
| NEW ☐  YEAR 2021  MAKE FERRARI  MODEL SF90 STRADALE  MILEAGE 484 | | |
| USED ☒  COLOR BLACK  TRIM  BODY TYPE COUPE | | |
| ☐  ID NO. ZFF95NLA7M0265077  STOCK NO. 265077 | | |

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 245966 | | TOTAL SELLING PRICE | $ | 865,000.00 |
|---|---|---|---|---|---|
| YEAR 2019  MAKE FERRARI  COLOR SILVER | | | TRADE ALLOWANCE − | | 459,000.00 |
| MODEL 488 PISTA  BODY TYPE COUPE | | | DIFFERENCE = | $ | 406,000.00 |
| I.D. NO. ZFF90HLA8K0245966  MILEAGE 2,072 | | | SERVICE FEES* + | | 498.00 |
| BALANCED OWED TO BANK OF AMERICA | | | SUB TOTAL * | | 406,498.00 |
| EST. AMT. OWED 459,000.00  ALLOW AMT. 459,000.00 | | | SALES TAX + | | 24,439.88 |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | ESTIMATED TAG, TITLE & REG + | | 275.00 |
| YEAR  MAKE  COLOR | | | THIRD PARTY PRIVATE TAG AGENCY'S FEE + | | 60.00 |
| MODEL  BODY TYPE | | | EST. BALANCE ON TRADE + | | 459,000.00 |
| I.D. NO.  MILEAGE | | | TOTAL DELIVERY PRICE = | $ | 890,272.88 |
| BALANCED OWED TO | | | DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK [BUYER] ☐ SPECIAL ORDER − | | 435,700.00 |
| EST. AMT. OWED  ALLOW AMT. | | | EXTENDED WARRANTY (taxable) | | N/A |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | *BALANCE DUE ON DELIVERY = | $ | 454,572.88 |
| YEAR  MAKE  COLOR | | | AMOUNT FINANCED = | $ | 454,572.88 |
| MODEL  BODY TYPE | | | | | |
| I.D. NO.  MILEAGE | | | | | |
| BALANCED OWED TO | | | | | |
| EST. AMT. OWED  ALLOW AMT. | | | | | |

LIENHOLDER: BANK OF AMERICA
PO BOX 2759
JACKSONVILLE, FL 32203

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
**ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH**
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

[BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 9 / 27 / 2021

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature _____  Date 09/27/2021

Co-Buyer Signature _____  Date

Accepted By: _____  Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

352065_07/07/21 MMP

**EXHIBIT 3**

| ADDITIONAL INFORMATION - IF APPLICABLE |
|---|
| |

| CHECK | VENDOR | VENDOR NAME | | CHECK DATE |
|---|---|---|---|---|
| 4343 | | *MICHAEL PETER HALPERIN* | | *10/05/2021* |

| ACCOUNT | CONTROL # | REFERENCE # | AMOUNT | INVOICE # | DESCRIPTION |
|---|---|---|---|---|---|
| 1018 | 4343 | 4343 | 429300.00CR | | *HALPERIN, MICHAEL PETER* |
| 2110 | 265077 | 265077 | 429300.00 | | *EQUITY ON 2021 FERRARI* |

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

19203    B_MCBW_A2

KARMA PALM BEACH INC
1001 Clint Moore Rd Ste 103
Boca Raton, FL  33487

---

# K A R M A | PALM BEACH

CHASE

1001 Clint Moore Rd Suite 101 Boca Raton, FL 33487
Phone: (561) 998-5557

| DATE | CHECK |
|---|---|
| 10/05/2021 | 4343 |

| AMOUNT |
|---|
| $ 429,300.00 |

*Pay Four Hundred Twenty-Nine Thousand, Three Hundred Dollars and no/Cents*

*\* Accounting Copy \**
*NON-NEGOTIABLE*

| TO THE ORDER OF | **MICHAEL PETER HALPERIN**<br>**5258 PRINCETON WAY**<br>**BOCA RATON, FL  33496** |
|---|---|

**Issued By: Teddi Sofoul**
**Issue Date: 10/05/21**

# PURCHASE AGREEMENT

**EXHIBIT 4**

## KARMA | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
**OFFICE** 561.998.5557 **FAX** 561.998.4703



KARMA
BROWARD | PALM BEACH
EXCELL AUTO GROUP

SALES PERSON: N/A

DATE: 11 / 6 / 2021

BUYER: EDWARD BROWN — DRIVER'S LICENSE NO.
E-MAIL — DATE OF BIRTH
ADDRESS: 152 BEARS CLUB DR — CITY & STATE: JUPITER FL ZIP 33477
CO-BUYER — DRIVER'S LICENSE NO.
E-MAIL — DATE OF BIRTH
ADDRESS — CITY & STATE ZIP
HOME PHONE — BUSINESS PHONE — CELL PHONE

NEW ☐ YEAR 2021 MAKE FERRARI MODEL SF90 STRADALE MILEAGE 335
USED ☒ COLOR BLACK TRIM BODY TYPE COUPE
☐ ID NO. ZFF95NLA7M0265077 STOCK NO. 0265077

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. | | | |
|---|---|---|---|---|
| YEAR MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |
| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. | | | |
| YEAR MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |
| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. | | | |
| YEAR MAKE | COLOR | | | |
| MODEL | BODY TYPE | | | |
| I.D. NO. | MILEAGE | | | |
| BALANCED OWED TO | | | | |
| EST. AMT. OWED | ALLOW AMT. | | | |

| | | |
|---|---|---|
| TOTAL SELLING PRICE | $ | 865,000.00 |
| TRADE ALLOWANCE | − | N/A |
| DIFFERENCE | = $ | 865,000.00 |
| SERVICE FEES* | + | 498.00 |
| SUB TOTAL | * | 865,498.00 |
| SALES TAX | + | 51,979.88 |
| ESTIMATED TAG, TITLE & REG | + | 500.00 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | 60.00 |
| EST. BALANCE ON TRADE | + | N/A |
| TOTAL DELIVERY PRICE | = $ | 918,037.88 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK BUYER ☐ SPECIAL ORDER | − | N/A |
| EXTENDED WARRANTY (taxable) | + | N/A |
| *BALANCE DUE ON DELIVERY | = $ | 918,037.88 |
| AMOUNT FINANCED | = $ | 918,037.88 |

LIENHOLDER: NONE

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

**PLEASE NOTE:**
ALL CHECKS ARE MADE PAYABLE TO: KARMA PALM BEACH
Payment on delivery must be cash, cashiers check or money order.
**CURRENT DRIVER'S LICENSE MUST BE PROVIDED BEFORE DELIVERY.**
**CURRENT INSURANCE MUST BE PROVIDED BEFORE DELIVERY.**
Vehicle cannot be delivered without current Driver's License and insurance.
*BALANCE OWED ON TRADE IS AN ESTIMATE. The Buyer is responsible for the difference.

BUYER

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 11 / 6 / 2021

If this agreement and acceptance is contingent upon the arrangement of financing, then this agreement is not accepted and the transaction is not consummated until (a) approval is in writing from the Dealer and the responsible Bank or Finance Company, (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an Installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this agreement to purchase and hereby accept its terms and conditions.

Buyer Signature          11/06/2021   Date

Co-Buyer Signature          Date

Accepted By: _____
Dealer Representative

Please read additional terms and conditions on reverse side, before signing.

352065_07/07/21 MMP

**EXHIBIT 5**

### FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
### APPLICATION FOR CERTIFICATE OF TITLE WITH/WITHOUT REGISTRATION
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

CHECK APPLICATION TYPE: ☐ ORIGINAL  ☐ TRANSFER  VEHICLE TYPE: ☑ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL  OFF-HIGHWAY VEHICLE: ☐ ATV  ☐ ROV  ☐ MC

**1  OWNER / APPLICANT INFORMATION**

| Customer Number | Check this box if you are requesting the certificate of title to be printed. ☐ | Are you a Florida resident? Owner ☐ yes ☐ no / Co-Owner ☐ yes ☐ no | Are you an alien? Owner ☐ yes ☐ no / Co-Owner ☐ yes ☐ no | Unit Number | Fleet Number |
|---|---|---|---|---|---|

☐ OR  ☐ AND  NOTE: When joint ownership, please indicate if "or" or "and" is to be shown on title when issued. If neither box is checked, the title will be issued with "and."
If applicable: ☐ Life Estate/Remainder Person  ☐ Tenancy By the Entirety  ☐ With Rights of Survivorship  ☐ Owner's County of Residence:

| Owner's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Owner's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|
| EDWARD BROWN | | ▮▮▮▮ | M | |

| Co-Owner/Lessee's Name As It Appears on Driver License (First, Full Middle/Maiden, & Last Name) | Co-Owner's/Lessee's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|

| Owner's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |

| Co-Owner's/Lessee's Mailing Address (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|

| Owner's/Lessee's Physical Street Address in Florida (Mandatory unless a member of the Military) | City | State | Zip |
|---|---|---|---|
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |

| Mobile Home Physical Address (if applicable) Check if in a mobile home rental park with 10 or more lots. ☐ | City | State | Zip |
|---|---|---|---|

| Mail To Customer Name (if different From Above Owner) | Mail To Customer's Email Address | Date of Birth | Sex | FL Driver License or FEID/Suffix # |
|---|---|---|---|---|

| Mail To Customer Address (If different From Above Mailing Address) | City | State | Zip |
|---|---|---|---|
| 152 BEARS CLUB DR | JUPITER | FL | 33477 |

**2  MOTOR VEHICLE , MOBILE HOME OR VESSEL DESCRIPTION**

| Vehicle/Vessel Identification Number | Make/Manufacturer | Year | Body | Color | Florida Title Number |
|---|---|---|---|---|---|
| ZFF95NLA7M0265077 | FERRARI | 2021 | 2DR | BLACK | |

| Previous State of Issue | License Plate or Vessel Registration Number | Weight | Length Ft. In. | BHP/CC | GVW/LOC | VAN SIZE, IF APPLICABLE ☐ PASSENGER  ☐ OTHER |
|---|---|---|---|---|---|---|

| TYPE | HULL MATERIAL | PROPULSION | FUEL | *DRAFT OF VESSEL (The depth of water a vessel draws) |
|---|---|---|---|---|
| ☐ Open Motorboat  ☐ Houseboat  ☐ Personal Watercraft  ☐ Cabin Motorboat  ☐ Pontoon  ☐ Canoe  ☐ Auxiliary Sailboat  ☐ Airboat  ☐ Other _____  ☐ Inflatable  ☐ Sailboat  *Specify* | ☐ Wood  ☐ Aluminum  ☐ Fiberglass  ☐ Steel  ☐ Wood/Fiberglass  ☐ Other_____  *Specify* | ☐ Outboard  ☐ Sail  ☐ Inboard  ☐ Air Propelled  ☐ Inboard/Outboard  ☐ Other_____  *Specify* | ☐ Gas  ☐ Diesel  ☐ Electric  ☐ Other_____  *Specify* | FT. _____ IN. _____  *For all vessels 26' or more in length and all sailboats |

| USE OF VESSEL | | | | PREVIOUS OUT-OF-STATE REGISTRATION NUMBER: |
|---|---|---|---|---|
| ☐ Recreational (Pleasure)  ☐ Dealer/Manuf.  ☐ Commercial Fish  ☐ Exempt  ☐ Hire (Livery) | ☐ Commercial Blue Crab  ☐ Commercial Live Bait  ☐ Commercial Mackerel | ☐ Commercial Stone Crab  ☐ Commercial Shrimp Recip.  ☐ Commercial Shrimp Non-Recip. | ☐ Government  ☐ Commercial Charter  ☐ Commercial Oyster | ☐ Commercial Sponge  ☐ Commercial Other  ☐ Commercial Spiney Lobster |

Previously Federally Documented Vessel, Attach Copy of:
☐ U.S. Coast Guard Release From Documentation Form; or  ☐ Copy of Canceled Documentation Papers    State of Principal Use

**3  BRANDS, USAGE AND TYPE (Check Applicable Boxes)**

| ☐ SHORT TERM LEASE | ☐ LONG TERM LEASE | ☐ REBUILT | ☐ POLICE VEHICLE | ☐ PRIVATE USE | ☐ TAXI CAB | ☐ FLOOD | ☐ ILEV | ☐ CUSTOM |
| ☐ ASSEMBLED FROM PARTS | ☐ BONDED TITLE | ☐ KIT CAR | ☐ GLIDER KIT | ☐ MANUF. BUY BACK | ☐ REPLICA | ☐ AUTONOMOUS | ☐ ELECTRIC | ☐ STREET ROD |

**4  LIENHOLDER INFORMATION**

| CHECK IF ELT CUSTOMER ☐ | ☐ FEID #  ☐ DL # and Sex and Date of Birth  ☐ DMV Account # | Date of Lien | Lienholder's Name NONE |
|---|---|---|---|

| Lienholder's Email Address | Lienholder's Address | City | State | Zip |
|---|---|---|---|---|

If Lienholder authorizes the Department to send the motor vehicle or mobile home title to the owner, check box and countersign: _____
(Does not apply to vessels). If box is not checked, title will be mailed to the first lienholder.    (Signature of Lienholder's Representative)

**5  TRANSFER TYPE**

IF OWNERSHIP HAS TRANSFERRED, HOW AND WHEN WAS THE VEHICLE, MOBILE HOME, OR VESSEL ACQUIRED?
☐ SALE  ☐ GIFT  ☐ REPOSSESSION  ☐ COURT ORDER  ☐ OTHER (SPECIFY)    DATE ACQUIRED _____ / _____ / _____

**6  ODOMETER DECLARATION**

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 OR ☐ 6 DIGIT ODOMETER NOW READS [ ][ ][ ] , [3][3][5] .XX (NO TENTHS) MILES, DATE READ 11 / 06 / 2021 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☑ 1. REFLECTS ACTUAL MILEAGE.    ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.    ☐ 3. IS NOT THE ACTUAL MILEAGE.

**7  DEALER SALES TAX REPORT AND VEHICLE TRADE IN INFORMATION (IF APPLICABLE)**

| FLORIDA SALES TAX REGISTRATION NUMBER | DATE OF SALE | DEALER LICENSE NUMBER | AMOUNT OF TAX | DEALER / AGENT SIGNATURE |
|---|---|---|---|---|
| 60-8018195758-0 | 11/06/2021 | VF/1133543/1 | 34.86 | |

| YEAR OF TRADE IN | MAKE OF TRADE IN | TITLE NUMBER OF TRADE IN (IF KNOWN) | VEHICLE IDENTIFICATION NUMBER OF TRADE IN |
|---|---|---|---|
| 2021 | FERRARI | | ZFF95NLA5M0265157 |

HSMV 82040 – REV. 12/12    www.flhsmv.gov

| 8 | MOTOR VEHICLE IDENTIFICATION NUMBER VERIFICATION |
|---|---|

THIS SECTION REQUIRES A PHYSICAL INSPECTION AND A VERIFICATION OF THE VEHICLE IDENTIFICATION NUMBER (VIN) **(OR THE MOTOR NUMBER FOR MOTOR VEHICLES MANUFACTURED PRIOR TO 1955)** OF THE MOTOR VEHICLE DESCRIBED ON THIS FORM BY A LICENSED DEALER, FLORIDA NOTARY PUBLIC, POLICE OFFICER, OR FLORIDA DIVISION OF MOTOR VEHICLES EMPLOYEE OR TAX COLLECTOR EMPLOYEE.  **IF THE VIN IS VERIFIED BY AN OUT OF STATE MOTOR VEHICLE DEALER, THE VERIFICATION MUST BE SUBMITTED ON THEIR LETTERHEAD STATIONERY.**  COMPLETE THIS SECTION ON ALL USED MOTOR VEHICLES, INCLUDING TRAILERS, (WITH ABBREVIATION OF "TL" WITH A WEIGHT OF 2,000 POUNDS OR MORE) NOT CURRENTLY TITLED IN FLORIDA.

I, the undersigned, certify that I have physically inspected the above described vehicle and find the vehicle identification number to be: _____

(Vehicle Identification Number)

DATE          SIGNATURE          PRINTED NAME

Law Enforcement Officer or Florida Dealer/Agency Name _____ Badge # or Florida Dealer # _____ Notary Stamp or Seal

FL DMV/Tax Collector Employee _____ Florida Compliance Examiner/Inspector Badge or ID Number_____

COMMISSIONED NAME OF FLORIDA NOTARY: _____ NOTARY'S SIGNATURE _____
(Print, Type or Stamp)

| 9 | SALES TAX EXEMPTION CERTIFICATION |
|---|---|

THE PURCHASE OF A RECREATIONAL VEHICLE TO BE OFFERED FOR RENT AS LIVING ACCOMMODATIONS DOES NOT QUALIFY FOR EXEMPTION. I CERTIFY THE RECREATIONAL VEHICLE, MOBILE HOME OR VESSEL DESCRIBED HAS BEEN PURCHASED AND IS EXEMPT FROM THE SALES TAX IMPOSED BY CHAPTER 212, FLORIDA STATUTES, BY:

☐ PURCHASER (STATE AGENCIES, COUNTIES, ETC.) HOLDS VALID EXEMPTION CERTIFICATE          CONSUMER'S CERTIFICATE OF EXEMPTION NUMBER

☐ MOTOR VEHICLE  ☐ MOBILE HOME  ☐ VESSEL WILL BE USED EXCLUSIVELY FOR RENTAL

SALES TAX REGISTRATION NUMBER

I hereby certify that ownership of the motor vehicle, mobile home or vessel described on this application, is not subject to Florida Sales and Use Tax for the following reason: ☐ INHERITANCE  ☐ GIFT

☐ DIVORCE DECREE  ☐ TRANSFER BETWEEN HUSBAND AND WIFE  ☐ EVEN TRADE OR TRADE DOWN (State the facts of the even trade or trade down and the transferor information, including the transferor's name and address, below under "Other: Explain.")

☐ OTHER: (EXPLAIN) _____

| 10 | REPOSSESSION DECLARATION |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THIS MOTOR VEHICLE, MOBILE HOME OR VESSEL WAS REPOSSESSED UPON DEFAULT IN THE TERMS OF THE LIEN INSTRUMENT AND IS NOW IN MY POSSESSION.

☐ (VESSEL) A PHOTOCOPY OF THE LIEN INSTRUMENT FOR THE VESSEL IS REQUIRED AND ATTACHED.

☐ I AM REQUESTING THAT AN ORIGINAL CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME IN LIEU OF A TITLE (REPOSSESSION).

☐ I AM REQUESTING THAT A DUPLICATE CERTIFICATE OF REPOSSESSION BE ISSUED FOR THE MOTOR VEHICLE OR MOBILE HOME, AS THE ORIGINAL HAS BEEN LOST OR DESTROYED.

| 11 | NON-USE AND OTHER CERTIFICATIONS |
|---|---|

IF CHECKED, THE FOLLOWING CERTIFICATIONS ARE MADE BY THE APPLICANT:

☐ I CERTIFY THAT THE CERTIFICATE OF TITLE IS LOST OR DESTROYED.

☐ THE VEHICLE IDENTIFIED WILL NOT BE OPERATED ON THE STREETS AND HIGHWAYS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ THE VESSEL IDENTIFIED WILL NOT BE OPERATED ON THE WATERS OF THIS STATE UNTIL PROPERLY REGISTERED.

☐ OTHER: (EXPLAIN)

| 12 | APPLICATION ATTESTMENT AND SIGNATURES |
|---|---|

I/WE PHYSICALLY INSPECTED THE ODOMETER/VIN AND FURTHER AGREE TO DEFEND THE TITLE AGAINST ALL CLAIMS.  (More than one form HSMV 82040 may be used for additional signatures.)
UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

SIGNATURE OF APPLICANT (OWNER)          Date          SIGNATURE OF APPLICANT (CO-OWNER)          Date

| 13 | RELEASE OF SPOUSE OR HEIRS INTEREST |
|---|---|

The undersigned person(s) state(s) as follows: That _____ died on _____
(Name of Deceased)          (Date)

☐ testate (with a will)          ☐ intestate (without a will) and left the surviving heir(s) named below.

☐ When applicable, the heir(s) (named below) certifies that the certificate of title is lost or destroyed.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.
(More than one form HSMV 82040 may be used for additional signatures.)

Print or Type Name of Spouse, Co-Owner or Heir(s)          Signature of Spouse, Co-Owner or Heir(s)

That at the time of death the decedent was owner of the motor vehicle, mobile home or vessel described in section 2 of this form.  The person(s) signing above hereby releases all of his/her/their right, title, interest and claim as heir(s) at law, legatee(s), devisee(s), or otherwise to the aforesaid motor vehicle, mobile home or vessel to:

Name of Applicant(s) (Print or Type)

RESIDENTS OF FLORIDA AND ALL VESSEL OWNERS, RESIDING IN FLORIDA OR OUT OF STATE, SHOULD SUBMIT THIS FORM AND ALL REQUIRED DOCUMENTATION TO A LOCAL FLORIDA TAX COLLECTOR'S OFFICE OR THE FLORIDA TAX COLLECTOR'S OFFICE LOCATED IN THE APPLICANT'S COUNTY OF RESIDENCE FOR PROCESSING.
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/
www.flhsmv.gov

HSMV 82040 – REV. 12/12

**KARMA** | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

**EXHIBIT 6**

**KARMA**
BROWARD | PALM BEACH
*Ex* EXCELL AUTO GROUP

# PURCHASE AGREEMENT

SALES PERSON   SCOTT

DATE  12 / 16 / 21

PURCHASER:   KARMA PALM BEACH
ADDRESS:     1001 CLINT MOORE RD #103
             BOCA RATON, FL 33487

OWNER/SELLER   MICHAEL PETER HALPERIN

ADDRESS   5258 PRINCETON WAY, BOCA RATON, FL 33496

PHONE                    EMAIL:

CO-OWNER/CO-SELLER   N/A

ADDRESS   N/A

**VEHICLE DESCRIPTION:**

YEAR   2021

MAKE   FERRARI

MODEL   SF90 STRADALE

BODY TYPE   2DR

COLOR   BLACK

MILEAGE

VIN   ZFF95NLA7M0265077

PURCHASE PRICE $   865,000.00

IT IS AGREED THAT THE OWNER(S)/SELLER(S) WILL FURNISH KARMA PALM BEACH A FREE AND CLEAR TITLE.

Karma Palm Beach

Owner/Seller Signature

Co-Owner/Co-Seller Signature

FORM BFA-103   TO REORDER CALL:
GREAT AMERICAN  1-800-231-0329

MICHAEL PETER HALPERIN
CUSTOMER'S NAME                                                 STOCK NO.

## ODOMETER DISCLOSURE STATEMENT

*Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

I, MICHAEL PETER HALPERIN

(transferor's name, Print)

state that the odometer now reads _____ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|------|-------|-----------|
| FERRARI | SF90 STRADALE | 2DR |

| VEHICLE IDENTIFICATION NUMBER | YEAR |
|-------------------------------|------|
| ZFF95NLA7M0265077 | 2021 |

X _____
TRANSFEROR'S SIGNATURE

MICHAEL PETER HALPERIN
PRINTED NAME

5258 PRINCETON WAY
TRANSFEROR'S ADDRESS (STREET)

BOCA RATON, FL 33496
CITY                          STATE              ZIP CODE

12/16/2021
DATE OF STATEMENT

_____
TRANSFEREE'S SIGNATURE

KARMA PALM BEACH
PRINTED NAME

TRANSFEREE'S NAME

1001 CLINT MOORE RD STE 103
TRANSFEREE'S ADDRESS (STREET)

BOCA RATON, FL 33487
CITY                          STATE              ZIP CODE

ADDITIONAL INFORMATION - IF APPLICABLE

*MICHAEL PETER HALPERIN*
*2021 FERRARI SF90 STRADAL      VIN: ZFF95NLA7M0265077*
*ACCOUNT #* ▮▮▮▮▮▮▮▮*1975*
*PLEASE SEND TITLE TO KARMA PALM BEACH*
*1001 CLINT MOORE RD        STE 101, BOCA RATON, FL 33487* ▮▮▮▮*-5557*

**EXHIBIT**

**7**

| CHECK | VENDOR | VENDOR NAME | CHECK DATE |
|---|---|---|---|
| 4740 | BANK001 | *BANK OF AMERICA* | *12/17/2021* |

| ACCOUNT | CONTROL # | REFERENCE # | AMOUNT | INVOICE # | DESCRIPTION |
|---|---|---|---|---|---|
| *1018* | *BANK001* | *4740* | *446647.64CR* | | *BANK OF AMERICA* |
| *2110* | *0265077* | *0265077* | *446647.64* | | *MICHAEL PETER HALPERIN* |

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

19203    B_MCBW_A2

KARMA PALM BEACH INC
1001 Clint Moore Rd Ste 103

Boca Raton, FL  33487

# KARMA | PALM BEACH

1001 Clint Moore Rd Suite 101 Boca Raton, FL 33487
Phone: (561) 998-5557

CHASE

| DATE | CHECK |
|---|---|
| **12/17/2021** | **4740** |

| AMOUNT |
|---|
| **$ 446,647.64** |

*Pay\*\*446,647\*\*Dollars\*and\*64/100\*DOLLARS\*\*\**

TO
THE
ORDER
OF

**BANK OF AMERICA**
**FL9-600-02-26 ATTN: PAYOFF PROCESSING**
**9000 SOUTHSIDE BLVD**
**JAKSONVILLE, FL  32256**

*\* Accounting Copy \**
*NON-NEGOTIABLE*

**Issued By: MAYARA CARDOSO**
**Issue Date: 12/17/21**

EXHIBIT
8

# DBRLAW, P.A.

1900 Glades Road, Suite 270, Boca Raton, Florida 33431  •  daniel@dbrlawfirm.com  •  (561) 853-0991

March 31, 2022

**VIA CERTIFIED MAIL AND BY HAND DELIVERY**

Excell Auto Group, Inc.
c/o Scott Zankl, registered agent
1001 Clint Moore Road
Suite 101
Boca Raton, Florida 33487

Mr. Scott Zankl
1001 Clint Moore Road
Suite 101
Boca Raton, Florida 33487

      **Re: Civil Theft Demand Pursuant to Florida Statute 772.11 for the Conversion of
Loan Proceeds Due to Michael Halperin**

Dear Mr. Zankl,

I represent Michael Halperin in connection with the funds of which you defrauded him.

Mr. Halperin owns a 2021 Ferrari SF90 Stradale with vehicle identification number ZFF95NLA7M0265077 (the "Vehicle"), which was, and which remains, titled in his name, according to records of the Florida Department of Motor Vehicles.

The total delivery price of the Vehicle was $890,272.88, of which the sales price was $865,000. To pay for the Vehicle, Mr. Halperin transferred to you his 2019 Ferrari (valued by you at $459,000) and signed for a Bank of America loan for $454,572.88. You received the proceeds of that loan.

Mr. Halperin entered into an agreement with you, whereby you would take possession (but not title) to the vehicle, arrange for a sale by Mr. Halperin, and receive a commission upon sale.

Mr. Halperin was not informed that a sale had been arranged, yet he has become aware that you arranged for transfer of the Vehicle. Mr. Halperin did not authorize any transfer or sign any transfer of title, and according to Florida DMV records, it is still titled to Mr. Halperin. Nor have you remitted any proceeds of any sale of the Vehicle to Mr. Halperin.

Based upon the circumstances described above, Mr. Halperin hereby makes this demand for turnover of the Vehicle to him, in compliance with the procedures necessary to file a civil theft claim pursuant to Florida Statute 772.11.

Section 772.11 of the Florida Statutes states n relevant part as follows:

> *772.11   Civil remedy for theft or exploitation. —*
> *(1)   Any person who proves by clear and convincing evidence that he or she has been injured in any fashion by reason of any violation of ss. 812.012-812.037 or s. 825.103(1) has a cause of action for threefold the actual damages sustained and, in any such action, is entitled to minimum damages in the amount of $200, and reasonable attorney's fees and court costs in the trial and appellate courts. Before filing an action for damages under this section, the person claiming injury must make a written demand for $200 or the treble damage amount of the person liable for damages under this section. If the person to whom a written demand is made complies with such demand within 30 days after receipt of the demand, that person shall be given a written release from further civil liability for the specific act of theft or exploitation by the person making the written demand.*

Under Florida law, a person commits theft if he or she knowingly obtains or uses the property of another with intent to either temporarily or permanently deprive the person of a right to the property or a benefit from the property.  Your actions described above have deprived Mr. Halperin of his property, namely the Vehicle.

**As stated above, under Section 772.11 of the Florida Statutes, Mr. Halperin has a right to recover three times the actual damages that he has sustained, as well as reasonable attorneys' fees and court costs.**  Accordingly, formal demand is hereby made upon you for payment to Mr. Halperin of three times the value of the funds that were the subject of the civil theft complained of here, which is $2,595,000 (three times the $865,000 sales price, not inclusive of sales tax and other fees) within 30 days of the date hereof.

In the event that you return the Vehicle to Mr. Halperin <u>immediately</u> and in any event no later than close of business Friday, April 1, 2022, we will not proceed with our treble damages demand. Otherwise we intend to file suit seeking $2,595,000, plus reasonable attorneys' fees and court costs.

Mr. Halperin reserves all rights and remedies. Govern yourself accordingly.

DBR Law, P.A.


By: ____*/s/ Daniel B. Rosenthal*_____
      Daniel B. Rosenthal