UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO.:  22-12790-EPK

EXCELL AUTO GROUP, INC.,                            Chapter 7

    Debtor.
_____/

**NOTICE REQUESTING TO BE REMOVED FROM COURT MATRIX
AND CM/ECF SERVICE LIST FOR PAUL A. AVRON**

**NOTICE IS HEREBY GIVEN** that Paul A. Avron, Esq. of the law firm of Berger Singerman LLP, requests to be removed from the Court matrix and CM/ECF service list in this case.  Paul A. Avron's representation of Christopher Todd Bludworth and Andrew Todd McNeill in this matter has been concluded.   The undersigned counsel respectfully requests that the Clerk of the Court amend the Court's matrix and CM/ECF service list to reflect the removal of Paul A. Avron in this case.

DATED:  December 1, 2022

                                          Respectfully submitted,

                                          BERGER SINGERMAN LLP
                                          201 E. Las Olas Boulevard, Suite 1500
                                          Fort Lauderdale, FL 33301
                                          Tel. (954) 525-9900
                                          Fax (954) 523-2872

                                          By: /s/  *Paul A. Avron*
                                                Paul A. Avron
                                                Florida Bar No. 50814
                                                pavron@bergersingerman.com

5278583-1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 1st day of December, 2022, via electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: /s/ *Paul A. Avron*
   Paul A. Avron

**CM/ECF SERVICE LIST**

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**    abarbee@brileyfin.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Jerrell A Breslin**    jb@richardbaronlaw.com
- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**    acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**    winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com
- **Daniel Gielchinsky**    dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Dana L Kaplan**    dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

- **Nicole Testa Mehdipour**     Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**     bkcmiami@gmail.com
- **James C. Moon**     jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**     USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**     jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**     ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**     legalservices@PBCTax.com
- **Jordan L Rappaport**     office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**     dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**     ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**     jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**     romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**     hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**     JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**     john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**     zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**     bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**     esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**     david@softnesslaw.com
- **Christian Somodevilla**     cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**     jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**     peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**     MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**     bk@stewartlegalgroup.com
- **David M Unseth**     dmunseth@bclplaw.com
- **Paul E Wilson**     pwilson@paulwilsonesq.com
- **Harry Winderman**     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**     tzeichman@bmulaw.com, G67999@notify.cincompass.com