UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                              CASE NO.:  22-12790-EPK

EXCELL AUTO GROUP, INC.,                          Chapter 7

    Debtor.
_____/

### NOTICE OF WITHDRAWAL AS ATTORNEY AND REQUEST TO BE REMOVED FROM COURT MATRIX AND CM/ECF SERVICE LIST[1]

Pursuant to Local Rule 2091-1(A), the undersigned attorney, Paul A. Avron, Esq. of the law firm of Berger Singerman LLP, hereby gives notice of the withdrawal as attorney in this case for Christopher Todd Bludworth and Andrew Todd McNeill (collectively, "Bludworth/McNeill"), since the subject matter of Mr. Avron's representation of Bludworth/McNeill has concluded.

The undersigned attorney also hereby requests to be removed from the Court matrix and electronic notice list in the above case.

DATED:  December 2, 2022

                                      Respectfully submitted,

                                      BERGER SINGERMAN LLP
                                      201 E. Las Olas Boulevard, Suite 1500
                                      Fort Lauderdale, FL 33301
                                      Tel. (954) 525-9900
                                      Fax (954) 523-2872

                                      By: /s/  *Paul A. Avron*
                                          Paul A. Avron
                                          Florida Bar No. 50814
                                          pavron@bergersingerman.com

---

[1] This Notice corrects the *Notice Requesting to Be Removed From Court Matrix and CM/ECF Service List for Paul A. Avron* filed on December 1, 2022 [ECF No. 328].

11794258-1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 2nd day of December, 2022, via electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: /s/ *Paul A. Avron*
      Paul A. Avron

**CM/ECF SERVICE LIST**

- **Joaquin J Alemany**  joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**  ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**  pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**  zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**  abarbee@brileyfin.com
- **Eyal Berger**  eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Jerrell A Breslin**  jb@richardbaronlaw.com
- **Stephen C Breuer**  stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**  acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**  winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**  mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**  jay@farrowlawfirm.com
- **Michael Foster**  michael@youngfoster.com, admin@youngfoster.com
- **Daniel Gielchinsky**  dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**  tharvey@bakerdonelson.com
- **Dana L Kaplan**  dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**  amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**  phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**  Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Mark A Levy**  mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**  jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**  ngm@mancuso-law.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**   JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **David M Unseth**   dmunseth@bclplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com