UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                                CASE NO.: 22-12790-EPK

EXCELL AUTO GROUP, INC.,                              Chapter 7

    Debtor.
_____/

### NOTICE OF WITHDRAWAL OF NOTICE OF WITHDRAWAL AS ATTORNEY AND REQUEST TO BE REMOVED FROM COURT MATRIX AND CM/ECF SERVICE LIST

    Berger Singerman LLP hereby withdraws the *Notice of Withdrawal as Attorney and Request to Be Removed from Court Matrix and CM/ECF Service List* [ECF No. 330] filed on December 2, 2022.

    DATED: December 2, 2022

Respectfully submitted,

BERGER SINGERMAN LLP
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax (954) 523-2872

By: /s/ *Paul A. Avron*
       Paul A. Avron
       Florida Bar No. 50814
       pavron@bergersingerman.com

11795540-1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on the 2nd day of December, 2022, via electronic transmission through the Court's CM/ECF system upon all parties on the attached CM/ECF Service List.

By: /s/ *Paul A. Avron*
Paul A. Avron

11795540-1

## CM/ECF SERVICE LIST

- **Joaquin J Alemany**  joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**  ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**  pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**  zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**  abarbee@brileyfin.com
- **Eyal Berger**  eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Jerrell A Breslin**  jb@richardbaronlaw.com
- **Stephen C Breuer**  stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**  acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**  winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**  mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**  jay@farrowlawfirm.com
- **Michael Foster**  michael@youngfoster.com, admin@youngfoster.com
- **Daniel Gielchinsky**  dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**  tharvey@bakerdonelson.com
- **Dana L Kaplan**  dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**  amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**  phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**  Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Mark A Levy**  mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**  jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**  ngm@mancuso-law.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**  Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**  bkcmiami@gmail.com

11795540-1

- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**   JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **David M Unseth**   dmunseth@bclplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.co

11795540-1