UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

In re:                                              Case No.  22-12790-EPK

**EXCELL AUTO GROUP, INC.**                         Chapter 7

            **Debtors**
_____/

### NOTICE OF FILING AUCTIONEER'S REPORT OF AUCTION SALE

**Nicole Testa Mehdipour**, the Chapter 7 Trustee hereby files the following Report of Auction Sale on behalf of Auctioneer, Carina Avila of Document Management Solutions, Inc. in connection with this Court's Order Approving Employment of Document Management Solutions, Inc. as Auctioneer in Connection with Sale of Vehicle [ECF No. 259], and the auction sale in accordance with the Trustee's Notice of Auction Sale [ECF No. 274] relating to the 2017 Peterbilt 337 (VIN No. 2NP2HM6X8HM431884).

Dated: December 05, 2022

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880



# 4701 SW 51 Street
# Davie, Fl 33314

November 22, 2022

Nicole Testa Mehdipour, Trustee
6278 North Federal Hwy
Suite 408
Fort Lauderdale, Florida 33308

Re:   Excell Auto Group, Inc.
      Case No: 22-12790-EPK
      Asset: 2017 Peterbilt 337

Dear Mrs. Mehdipour,

We would like to thank you for choosing DMS, Inc. to conduct your online auction of the above referenced vehicle. Enclosed, please find the auction report, accounting summary, expense report and a check for the gross proceeds.

Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to contact us.

Sincerely,

Carina Avila
Operations Manager



## REPORT OF SALE

Enclosed, please find total gross proceeds from the sale of the above referenced vehicle sold on November 22, 2022 in the amount of $ 75,700.00

During the seven (7) day auction, we had 4983 visits to our listing and 66 bids.

The vehicle was sold to:

<u>Down the Road Motors LLC</u>



## ACCOUNTING SUMMARY

| | |
|---|---|
| GROSS AUCTION AMOUNT ............................................. | $ 75,700.00 |
| OUT POCKET EXPENSES ............................................. | < $ 1,200.00> |
| COMMISSION (10% of gross proceeds) ............................... | < $ 7,570.00 > |
| **NET PROCEEDS** ............................................................. | $ 66,930.00 |



4701 SW 51 St., Davie Fl 33314
954.533.3127

## Motor Vehicle Bill of Sale

BE IT KNOWN, that for payment in the sum of $ 75,700.00, the full receipt of which is acknowledged, the undersigned DMS, Inc. on behalf of Nicole Testa Mehdipour, Trustee for Excell Auto Group Inc. (Seller) hereby sells and transfers to Down the Road Motors, LLC. (Buyer), the following described motor vehicle (Vehicle):

Payment received and confirmed by Carina Avila on this date.

| Make: Peterbilt | Model or series: 337 |
|---|---|
| Year: 2017 | Color: White |
| VIN #: 2NP2HM6X8HM431884 | Style: Freightliner |
| Odometer reading: 171,555 | Title #: |

The sale is subject to the following conditions and representations:
Seller acknowledges receipt of $ in down payment for the Vehicle ( auto, car, automobile), full payment from the Buyer and title transfer to take place within days or as soon as released by the trustee appointed by the Unites States Bankruptcy Court.

If the sale is not completed, the Seller will retain $ deposit of the down payment to cover costs and effort in re-advertising.  Seller certifies to the best of the Seller's knowledge that the odometer reading listed in the Vehicle (auto, car, automobile) description above reflects the actual mileage of the Vehicle ( auto, car, automobile). The Vehicle (auto, car, automobile)'s odometer was not altered, set back, or disconnected while in the Seller's possession, and the Seller has no knowledge of anyone doing so.

Seller warrants to Buyer that Seller has good and marketable title to said property, full authority to sell and transfer said property, and that said property is sold free of all liens, encumbrances, liabilities, and adverse claims of every nature and description whatsoever.

Seller has no knowledge of any hidden defects in and to the Vehicle (auto, car, automobile), and believes to the best of the Seller's knowledge that the Vehicle (auto, car, automobile) being sold is in good operating condition. Said Vehicle (auto, car, automobile) is otherwise sold in "as is" condition and where currently located.

Once payment is cleared it is the responsibility of the buyer to remove the vehicle from the property and buyer releases DMS, Inc. and the Trustee from all responsibilities.

| Date signed: 11/22/22 |
|---|
| Seller: DMS, Inc. on behalf of Nicole Testa Mehdipour, Trustee for Excell Auto Group Inc. |
| Buyer: Down the Road Motors, LLC. |
| In the presence of (Witness): |
| Print name of witness: Carina Avila, sales agent for DMS, Inc. |

DMS, Inc. 4701 SW 51 St. Davie Fl 33314- 954.533.3127

| | 1566 |
|---|---|

DMS, Inc.
4701 SW 51 Street
Davie, Florida 33314
954-533-3127

DATE 11/22/22

PAY TO THE ORDER OF Nicoletta Mehdipour, Trustee for Excell Auto Group LLC    $ 75,700.00

Seventy five thousand seven hundred dollars & 00/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR 2017 Peterbilt    22-12790 EPK

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 05, 2022, via the Court's CM/ECF electronic mail notification system and via First Class U.S. Mail as indicated below and on the attached sheets.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

### *Sent via CM/ECF*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**   ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Jerrell A Breslin**   jb@richardbaronlaw.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Daniel Gielchinsky**   dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**   Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**   JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com

- **Peter D. Spindel**  peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**  MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**  bk@stewartlegalgroup.com
- **David M Unseth**  dmunseth@bclplaw.com
- **Paul E Wilson**  pwilson@paulwilsonesq.com
- **Harry Winderman**  harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**  tzeichman@bmulaw.com, G67999@notify.cincompass.com

*Sent via First Class U.S. Mail*

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446