UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

**TRUSTEE'S JOINDER IN CREDITOR, THE DCG 2008 IRREVOCABLE WEALTH TRUST'S MOTION, PURSUANT TO 11 U.S.C. §362(A)(3) FOR (I) ENFORCEMENT OF THE AUTOMATIC STAY, (II) SANCTIONS AGAINST SCOTT AND KRISTEN ZANKL, AND THEIR COUNSEL, AND (III) CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY (ECF NO. 308)**

Nicole Testa Mehdipour, Chapter 7 trustee (the "**Trustee**") for the estate (the "**Estate**") of Excell Auto Group, Inc., by and through undersigned counsel, files this Joinder in Creditor, DCG 2008 Irrevocable Trusts' Motion for Violation of the Automatic Stay and other relief (the "**Motion**") at [ECF #308], and states as follows:

1. The Trustee has become aware that Scott and Kristen Zankl (the "**Zankls**") and/or their entities, through their counsel, have filed affirmative claims, including asserting usury causes of action, on contracts, loans and other agreements, where the contracting party was the Debtor and/or where the Debtor made the payments.

2. The Trustee asserts that these affirmative claims are property of the bankruptcy estate pursuant to 11 U.S.C. § 541(a). There is a difference between the Zankls and/or their entities asserting usury as a defense against actions by creditors against the Zankls. However, since it was the Debtor that is the primary contracting party and made the payments to these creditors, neither the Zankls nor their entities have standing or authority to bring claims on behalf of the Estate or claims that are owned by the Estate through the Trustee.

1

3. The undersigned has communicated with counsel, Harry Winderman, who has agreed to dismiss or amend pleadings to omit affirmative claims belonging to the Estate. Further, Mr. Winderman has agreed to provide a list of cases in which affirmative claims were presented and are being dismissed or amended.

4. Mr. Winderman has agreed to the entry of an order compelling such amendments and withdrawals.

5. If such an order is entered and complied with, then Trustee will not seek any sanctions for the filing of this objection.

6. The Trustee would request that the Court reserve jurisdiction as to any order entered to enforce the terms of the order and order sanctions if there is non-compliance with the order.

**WHEREFORE**, the Trustee respectfully requests that this Honorable Court enter an order: (i) requiring Scott and Kristen Zankl, individually and through any entity owned or controlled by them, and their attorneys to provide a list of cases in which they filed affirmative claims within 10 days; (ii) requiring Scott and Kristen Zankl, individually and through any entity owned or controlled by them, to amend, dismiss or withdraw claims that belong to the bankruptcy estate within 14 days; (iii) provide the Trustee and her counsel proof of compliance; and (iv) reserve jurisdiction to enforce the terms of the Order, including reserving jurisdiction, if the order is no complied with, on sanctions; and (v) granting such other and further relief as this Court deems just and proper.

Respectfully submitted this 5th day of December 2022.

        FURR AND COHEN, P.A.
        *Special Counsel for Trustee*
        2255 Glades Road, Suite 419A
        Boca Raton, Fl 33431
        Telephone: (561) 395-0500
        Facsimile: (561) 338-7532

By: */s/ Alan R. Crane*
Alan R. Crane
Florida Bar No.: 0963836
E-Mail: Acrane@Furrcohen.com
Jason S. Rigoli, Esq.
Florida Bar No. 91990
E-mail: jrigoli@furrcohen.com

-and-

**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
*Counsel for Chapter 7 Trustee*
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
Fax: (954) 208-0888

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour
Florida Bar No. 177271
Nicole.Mehdipour@ntmlawfirm.com