**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

In re:                                              Case No.  22-12790-EPK

**EXCELL AUTO GROUP,  INC.**                 Chapter 7


              **Debtor**
_____/


### NOTICE OF FILING AUCTIONEER'S REPORT OF AUCTION SALE

**Nicole Testa Mehdipour**, the Chapter 7 Trustee hereby files the following Report of
Auction Sale on behalf of Auctioneer, Carina Avila of Document Management Solutions, Inc. in
connection with this Court's Order Approving Employment of Document Management
Solutions, Inc. as Auctioneer in Connection with Sale of a Trailer [ECF No. 259], and the
auction sale in accordance with the Trustee's Notice of Auction Sale [ECF No. 274] related to
the 2016 Gooseneck, (American Hauler Silver Hawk), (VIN No. 593100V31G1052134).

        Dated: December 5, 2022

                              /s/ Nicole Testa Mehdipour,
                              Nicole Testa Mehdipour, Trustee
                              Chapter 7 Trustee
                              6278 North Federal Highway
                              Suite 408
                              Fort Lauderdale, FL 33308
                              Tel: (954) 858-5880



**4701 SW 51 Street**
**Davie, Fl 33314**

November 17, 2022

Nicole Testa Mehdipour, Trustee
6278 North Federal Hwy
Suite 408
Fort Lauderdale, Florida 33308

Re:    Excell Auto Group Inc.
        Case No:  22-12790-EPK
        Asset:  2016 American Hauler Silver Hawk

Dear Mrs. Mehdipour,

    We would like to thank you for choosing DMS, Inc. to conduct your online auction of the above referenced vehicle.  Enclosed, please find the auction report, accounting summary, expense report and a check for the gross proceeds.

    Our summaries should answer any questions you may have, however, if you need any additional information, please do not hesitate to contact us.

Sincerely,

Carina Avila
Operations Manager



## REPORT OF SALE

Enclosed, please find total gross proceeds from the sale of the above referenced vehicle sold on  November 17, 2022  in the amount of $ 14,000.00

During the seven (7) day auction, we had 1546  visits to our listing and 26 bids.  Asset did not meet reserve, best offer was presented to and accepted by Trustee.

The vehicle was sold to:

<u>Jose Curcio Auto Sales, Inc.</u>



## ACCOUNTING SUMMARY

GROSS AUCTION AMOUNT ........................................................    $  14,000.00

OUT POCKET EXPENSES        ........................................................    < $   1,200.00>

COMMISSION (10% of gross proceeds) ...................................    < $   1,400.00>

**NET PROCEEDS** ..............................................................................    **$  11,400.00**



4701 SW 51 St., Davie Fl 33314

# 954.533.3127

## M o t o r   V e h i c l e   B i l l   o f   S a l e

BE IT KNOWN, that for payment in the sum of $ 14,000.00, the full receipt of which is acknowledged, the undersigned DMS, Inc. on behalf of Nicole Testa Mehdipour, Trustee for Excell Auto Group Inc. (Seller) hereby sells and transfers to Joe Curcio Auto Sales, Inc. (Buyer), the following described motor vehicle (Vehicle):

Payment received and confirmed by Carina Avila on this date.

| | |
|---|---|
| **Make:  American Hauler** | **Model or series:  Silver Hawk** |
| **Year:  2016** | **Color:  Red** |
| **VIN #: 593100V31G1052134** | **Style: TRL** |
| **Odometer reading:  N/A** | **Title #: 124872399** |

The sale is subject to the following conditions and representations:
Seller acknowledges receipt of $ in down payment for the Vehicle ( auto, car, automobile), full payment from the Buyer and title transfer to take place within days or as soon as released by the trustee appointed by the Unites States Bankruptcy Court.

If the sale is not completed, the Seller will retain $ deposit of the down payment to cover costs and effort in re-advertising.  Seller certifies to the best of the Seller's knowledge that the odometer reading listed in the Vehicle (auto, car, automobile) description above reflects the actual mileage of the Vehicle ( auto, car, automobile). The Vehicle (auto, car, automobile)'s odometer was not altered, set back, or disconnected while in the Seller's possession, and the Seller has no knowledge of anyone doing so.

Seller warrants to Buyer that Seller has good and marketable title to said property, full authority to sell and transfer said property, and that said property is sold free of all liens, encumbrances, liabilities, and adverse claims of every nature and description whatsoever.

Seller has no knowledge of any hidden defects in and to the Vehicle (auto, car, automobile), and believes to the best of the Seller's knowledge that the Vehicle (auto, car, automobile) being sold is in good operating condition. Said Vehicle (auto, car, automobile) is otherwise sold in "as is" condition and where currently located.

Once payment is cleared it is the responsibility of the buyer to remove the vehicle from the property and buyer releases DMS, Inc. and the Trustee from all responsibilities.

| |
|---|
| **Date signed: November 17, 2022** |
| **Seller:  DMS, Inc. on behalf of Nicole Testa Mehdipour, Trustee for Excell Auto Group Inc.** |
| **Buyer: Joe Curcio Auto Sales, Inc.** |
| **In the presence of (Witness):** |
| **Print name of witness:  Carina Avila, sales agent for DMS, Inc.** |

1565

DMS, Inc.
4701 SW 51 Street
Davie, Florida 33314
954-533-3127

DATE Nov 17, 2022

2047556299

PAY TO THE
ORDER OF Niaoletkota Mehdipoor, TNStar for Excell Auto Group LLC | $ 14,000.00

fourteen thousand dollars & 00/100 _____ DOLLARS

CHASE ◉
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR 2016 American Hauler    22-1279-EPK

MP

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on December 05, 2022, via the Court's CM/ECF electronic mail notification system and via First Class U.S. Mail as indicated below and on the attached sheets.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

**_Sent via CM/ECF_**

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**    pavron@bergersingerman.com,
  efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com,
  achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**    abarbee@brileyfin.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Jerrell A Breslin**    jb@richardbaronlaw.com
- **Stephen C Breuer**    stephen@breuer.law,
  genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**    acrane@furrcohen.com,
  rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**    winston@cuenantlaw.com,
  drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com
- **Daniel Gielchinsky**    dan@dgimlaw.com,
  colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**    tharvey@bakerdonelson.com
- **Dana L Kaplan**    dana@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com,
  jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

- **Mark A Levy**    mark.levy@brinkleymorgan.com,
  sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmai
  l.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolution
  s.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **James C. Moon**    jmoon@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;lta
  nnenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdriv
  e.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com,
  simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**    JJS@crarybuchanan.com,
  rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**    john@segaul.com,
  court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mf
  ernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law,
  info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**    jsowka@seyfarth.com,
  ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird
  .com

- **Peter D. Spindel**     peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**     MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**     bk@stewartlegalgroup.com
- **David M Unseth**     dmunseth@bclplaw.com
- **Paul E Wilson**     pwilson@paulwilsonesq.com
- **Harry Winderman**     harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**     tzeichman@bmulaw.com, G67999@notify.cincompass.com

### _Sent via First Class U.S. Mail_

     Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port 4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

     Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

     Carina Avila
DMS Inc.
4701 SW 51st St
Davie, FL 33314

     Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

     David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

     Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446