**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                                                  Case No.: 22-12790-EPK
                                                                                                        Chapter 7
EXCELL AUTO GROUP, INC.                                                   WEST PALM BEACH DIVISION

Debtor(s).
_____/

**NOTICE OF COMPLIANCE OF WITHDRAWAL OF USURY DEMANDS**
**FOR RELIEF IN STATE COURT ACTIONS**

Debtor, EXCELL AUTO GROUP, INC., through undersigned counsel, hereby gives notice that withdrawals of demands for relief for allegations of usury in the following state court actions were filed by counsel for the principals of Debtor:

1. *Kenneth J. Goodman as Trustee of the DCG 2008 Irrevocable Wealth Trust v. Zankl, et al.,* 15th Judicial Circuit Court Case No. 502022CA005035XXXXMB, Notice filed November 11, 2022;

2. *Bal Investments, LLC v. Zankl, et al.*, 15th Judicial Circuit Court Case No. 502022CA003889XXXXMB, Notice filed December 5, 2022;

3. *The Gori Family Limited Partnership v. Zankl, et al.*, 15th Judicial Circuit Court Case No. 502022CA009599XXXXMB, Notice filed December 5, 2022;

4. *Interface Properties, LLC v. Karma of Palm Beach, Inc.*, 15th Judicial Circuit Court Case No. 50-2022-CA-003618-XXXXMB, Notice filed December 5, 2022;

5. *Prestige Luxury Cars, LLC v. Zankl, et al*., 15th Judicial Circuit Court Case No. 50-2022-CA-003301-XXXXMB, notice filed December 5, 2022; and

6. *Savannah Row Development Company, LLC v. Zankl, et al.*, 15th Judicial Circuit Court Case No. 50-2022-CA-003547-XXXX-MB, Motion for Leave to Amend Answer, Affirmative Defenses and Counterclaim filed December 6, 2022.

Dated: December 6, 2022.                    Respectfully submitted,

                                                              WEISS, HANDLER & CORNWELL, PA
                                                              *Attorneys for Debtor*
                                                              One Boca Place, Suite 205-E
                                                              2255 Glades Road
                                                              Boca Raton, FL 33431
                                                              Telephone: (561) 997-9995

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    filings@whcfla.com
    gg@whcfla.com

## LOCAL RULE 9011-4(B)(1) CERTIFICATION

    I hereby certify that I am admitted to the bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY on December 6, 2022, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served as indicated on the service list below via Notice of Electronic Filing and via U.S. Mail.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Debtor*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: /s/ Harry Winderman
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    filings@whcfla.com
    gg@whcfla.com

# SERVICE LIST

**Via ECF:**

- **Joaquin J Alemany** joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Eric N Assouline** ena@assoulineberlowe.com
- **Paul A Avron** pavron@bergersingerman.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, sdenny@bakerdonelson.com, bkcts@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer** stephen@breuer.law, genna@breuer.law, stephen@ecf.courtdrive.com
- **Alan R Crane** acrane@furrcohen.com, rrivera@furrcohen.com, ltitus@furrcohen.com, staff1@furrcohen.com
- **Winston I Cuenant** winston@cuenantlaw.com
- **Mitchell A Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller** celler@kelleylawoffice.com
- **Jay L Farrow** jay@farrowlawfirm.com
- **Michael Foster** michael@youngfoster.com
- **Daniel Y. Gielchinsky** dan@dgimlaw.com, colleen@dgimlaw.com, eservice@dgimlaw.com
- **Travis A Harvey** tharvey@bakerdonelson.com
- **Dana L Kaplan** dana@kelleylawoffice.com, cassandra@kelleylawoffice.com, debbie@kelleylawoffice.com, craig@kelleylawoffice.com, kelleycr75945@notify.bestcase.com, scott@kelleylawoffice.com
- **Amanda Klopp** Amanda.klopp@akerman.com
- **Phillip J Landau** phil@landau.law
- **Mark A Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com, brinkleymorganecf@gmail.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso** ngm@mancuso-law.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com, atty_mehdipour@bluestylus.com, cmecfservice@gmail.com, mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com, FL80@ecfcbis.com, ntm@trustesolutions.net, BCasey@ntmlawfirm.com
- **James B Miller** bkcmiami@gmail.com
- **James C. Moon** jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com, mrbnefs@yahoo.com, jmoon@ecf.courtdrive.com, ltannenbaum@ecf.courtdrive.com, phornia@ecf.courtdrive.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **John E Page** jpage@slp.law, dwoodall@slp.law, pmouton@slp.law, pmouton@ecf.courtdrive.com, jpage@ecf.courtdrive.com

- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law, dlocascio@slp.law, bshraibergecfmail@gmail.com, pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Jordan L Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray** dray@draypa.com, sramirez.dar@gmail.com, cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich** ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli** jrigoli@furrcohen.com, rrivera@furrcohen.com, staff1@furrcohen.com
- **Ezequiel Joseph Romero** romeroe@bryancave.com
- **Harry J Ross** hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders** jjs@crarybuchanan.com, rciarsolo@crarybuchanan.com
- **John D. Segaul** john@segaul.com, court@segaulstoll.com, melissa@segaul.com, segaullawfirmpa@jubileebk.net
- **Zach B Shelomith** zbs@lss.law, info@lss.law, zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law, dwoodall@ecf.courtdrive.com, pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com, fsanchez@stearnsweaver.com, cgraver@stearnsweaver.com, mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Christian Somodevilla** cs@lss.law
- **James B Sowka** jsowka@seyfarth.com
- **Peter D Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Gavin Stewart** bk@stewartlegalgroup.com
- **David M Unseth** dmunseth@bclplaw.com
- **Paul Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com
- **Thomas G Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Via US Mail:**

*See Attached Address Matrix*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Mon Nov 28 08:53:41 EST 2022 | Luxury Lease Company LLC<br>210 Summit Ave, Suite C4<br>Montvale, NJ 07645-1500 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| Ally Bank<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Austin Business Finance, LLC and Xan Myburgh<br>c/o Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>100 SE 2nd Street<br>Suite 3105<br>Miami, FL 33131-2100 | Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | BAL INVESTMENTS, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 |
| BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | Chapford Credit Opportunities Fund LP<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esq.<br>Meland Budwick, P.A.<br>200 South Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 |
| Columbus Day Finance, LLC<br>c/o Jordan L. Rappaport, Esq<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 | Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 |
| EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 | Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 | FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 |
| FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 |
| Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | Hi Bar Capital, LLC<br>2111 57th Street<br>Brooklyn, NY 11204-2081 | Integrated Vehicle Leasing, Inc.<br>c/o Moritt Hock & Hamroff LLP<br>Attn.: Theresa A. Driscoll, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| JPMorgan Chase Bank, N.A.<br>c/o Dennis J. LeVine<br>4919 Memorial Hwy, Ste 135<br>Tampa, FL 33634-7510 | Karma Automotive, LLC<br>c/o James B. Sowka<br>233 South Wacker Drive,, IL 60606 | Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 |
| Karma of Palm Beach, Inc.<br>c/o Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7391 | MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 |

| | | |
|---|---|---|
| Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 |
| Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 | Quad Funding Partners, LLC<br>c/o Daniel Gielchinsky<br>2875 NE 191st Street, Suite 705<br>Aventura, FL 33180-2803 | Road Rich, LLC d/b/a Road Rich Motors<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 |
| Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 | Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 |
| Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL   33130-1808 | Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 |
| 1001 Clint Moore, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 | A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 |
| AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 |
| Aaron Parkinson<br>Frederik Middleton<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 | Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| Auto Wholesale of Boca, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 | Chad Zakin<br>c/o Mark A. Levy, Esq.<br>Brinkley Morgan<br>100 SE Third Ave, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 |
| Chapford Specialty Finance LLC<br>c/o James C. Moon, Esquire<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 | DCG Trust<br>c/o Kenny Goodman<br>1928 Thatch Palm Drive<br>Boca Raton, FL 33432-7457 |
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Ave., Ste. 240<br>Boca Raton, FL 33487-2840 | (c)EAG WHOLESALE, LLC/OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 |

| | | |
|---|---|---|
| Edvard Dessalines<br>6160 Kelty Way<br>Lake Worth, FL 33467-6117 | Edward M. Brown<br>c/o Brett Marks, Esquire<br>Akerman LLP<br>201 East Las Olas Blvd.<br>Suite 1600<br>Fort Lauderdale, Florida 33301-4439 | FVP Opportunity Fund III LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd, Suite 2740<br>Miami, FL 33131-4332 |
| FVP Opportunity Fund III, LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2740<br>Miami, FL 33131<br>david@softnesslaw.com  33131-4332 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 |
| Franklin Capital Funding, LLC<br>c/o Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-5051 | Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 |
| Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | Graves Directional Drilling Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | Green Bucket Investments<br>Aaron Parkinson<br>6700 N Andrews Ave 3 Fl<br>Ft Laud., FL 33309-2204 |
| Haley Walker<br>c/o Olive Judd, P.A.<br>2426 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301-1573 | IPFS Corporation<br>30 Montgomery Street<br>Suite 501<br>Jersey City, NJ 07302-3821 | Integrated Vehicle Leasing Inc.<br>Theresa A. Driscoll<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Jack Brennan<br>GrayRobinson, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2798 | Jack Brennan<br>GrayRobison, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2741 | Johnie Floyd Weems, III<br>1199 S. Federal Highway, Suite 423<br>Boca Raton, FL 33432-7335 |
| Karma Palm Beach Inc. & Karma of Broward Inc<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Karma of Palm Beach Inc. & Karma of Broward<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Lillian Roberts<br>6360 NW 42nd Avenue<br>Coconut Creek, Florida 33073<br>Coconut Creek, FL 33073-3262 |
| MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Mike Halperin<br>c/o Philip J. Landau, Esq.<br>3010 N. Military Trail, Suite 318<br>Boca Raton, FL 33431-6300 |
| Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301-4442 | Moshe Farache and<br>MMS Ultimate Services, Inc.<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | (c)OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 | (c)PEAK FINANCE, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 |

| | | |
|---|---|---|
| Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 | Prestige Luxury Cars, LLC<br>70 SE 4TH AVE<br>DELRAY BEACH, FL 33483-4514 | Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 |
| Richard Applegate<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 |
| Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | Stefano Riga<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy Suite 203<br>Boca Raton, FL 33432-2848 | Stephen Breuer<br>Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Boca Raton, FL 33487-2840 |
| TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 | TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 |
| The Gori Family  Limited Partnership<br>c/o D. Brett Marks, Esquire<br>Akerman LLP<br>201 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, Florida 33301 | Theresa A. Driscoll<br>Moritt Hock & Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Timothy Olesijuk<br>c/o John D. Segaul, Esq.<br>300 S. Pine Island Rd #304<br>Plantation FL 33324-2621 |
| United Healthcare Insurance Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Aaron Parkinson<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Alan Barbee<br>1400 Centerpark Blvd Suite 860<br>Suite 860<br>West Palm Beach, FL 33401-7421 | Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Andrew Todd McNeill<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 | Carina Avila<br>DMS Inc<br>4701 SW 51st St<br>Davie, FL 33314-5503 | Chad Zakin<br>c/o Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 |
| Christopher Todd Bludworth<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 | David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Suite 240<br>Boca Raton, FL 33487-2840 | David Unseth<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102-2726 |
| Edvard Dessalines<br>c/o John E. Page<br>2385 NW Executive Center Dr, Suite 300<br>Boca Raton, FL 33431-8530 | Edward Brown<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Frederick Hall<br>Cuenant & Pennington P.A.<br>c/o Winston Cuenant<br>101 NE 3rd Avenue<br>Suite #1500<br>Fort Lauderdale, FL 33301-1181 |

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

(d)Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(u)Johnie Floyd Weems, III

End of Label Matrix
Mailable recipients    135
Bypassed recipients      9
Total                  144