UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF FLORIDA
West Palm Beach Division

IN RE.

EXCELL AUTO GROUP, INC.                    Case No.:  22-12790-EPK
                                           Chapter 7

Debtor.
_____/

### CERTIFICATE OF SERVICE OF ORDER SETTING FINAL PRELIMINARY HEARING AND RELATED DEADLINES IN CONTESTED MATTER (D.E. 337)

I HEREBY CERTIFY that on December 8, 2022, a true a true and correct copy of the Order Setting Final Preliminary Hearing and Related Deadlines in Contested Matter (D.E. 337) *of the Creditor, the DCG 2008 Irrevocable Wealth Trust's Motion, pursuant to 11 U.S.C. §362(A)(3) for (I) Enforcement of the Automatic Stay, (II) Sanctions against Scott and Kristen Zankl, and Their Counsel, and (III) Contempt for Willful Violation of the Automatic Stay* (D.E. 308) was served via Notice of Electronic Filing (CM/ECF) upon all registered users in this case.

Respectfully submitted,

By: /s/ Ivan J. Reich
Ivan J. Reich, Esq.
FBN:  778011
NASON, YEAGER, GERSON, HARRIS
    & FUMERO, P.A.
*Counsel for the DCG 2008 Irrevocable Wealth Trust*
750 Park of Commerce Boulevard, Suite 210
Boca Raton, Florida  33487
Tel.:  (561) 982-7114
Fax:  (561) 982-7116
Email:  ireich@nasonyeager.com
        msmith@nasonyeager.com