

**ORDERED in the Southern District of Florida on December 9, 2022.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF FLORIDA
West Palm Beach Division

IN RE.

EXCELL AUTO GROUP, INC.          Case No.:  22-12790-EPK
                                 Chapter 7

Debtor.
_____/

**AGREED ORDER ON KENNETH J. GOODMAN, AS TRUSTEE OF CREDITOR, THE DCG 2008 IRREVOCABLE WEALTH TRUST'S MOTION, PURSUANT TO 11 U.S.C. §362(A)(3) FOR (I) ENFORCEMENT OF THE AUTOMATIC STAY, (II) SANCTIONS AGAINST SCOTT AND KRISTNE ZANKL, AND THEIR COUNSEL, AND (III) CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY (D.E. 308)**

THIS CAUSE having come before the Court upon a preliminary non evidentiary hearing (the "Hearing") on December 7, 2022 at 9:30 a.m. (D.E. 309) in West Palm Beach, Florida, upon Kenneth J. Goodman ("Goodman"), an individual, as Trustee of Creditor, the DCG 2008 Irrevocable Wealth Trust's ("DCG"), Motion, made pursuant to 11 U.S.C. §105(a), §362(a)(3) & §362(k)(1) and Fed. R. Civ. P. 9011 & 9020, for entry of an Order from this Court (i) enforcing the automatic stay, (ii) awarding damages, (iii) imposing sanctions against Debtor's principals, Scott Zankl ("Scott") and Kristen Zankl ("Kristen") (collectively the "Zankls"), and

their counsel, Harry Winderman, and the law firm of Weiss & Handler (collectively the "Zankls' Counsel), and (iv) finding the Zankls and Zankls' Counsel, in contempt for their willful violation of the automatic stay, for seeking to assert a proposed counterclaim in pending state court litigation between DCG and the Zankls, which proposed counterclaim, if such grounds as stated therein were true, which they are not, is property of Debtor, Excell Auto Group, Inc.'s ("Debtor" or "Excell") Chapter 7 Bankruptcy Estate (the "Excell Estate")(collectively the "Stay Violation Motion")(D.E. 308), and the Joinder in the same by (i) Creditor, Prestige Luxury Cars, LLC ("Prestige") (D.E. 327), and the Excell Estate's Chapter 7 Trustee Nicole Testa Mehdipour ("Excell's Trustee") (D.E. 333),

and the Court having been advised that (i) Goodman, on behalf of DCG, (ii) Excell's Trustee, (iii) Prestige, (iv) the Zankls, and (vi) the Zankls' Counsel, as well as (vii) Karma of Palm Beach, Inc. ("Karma Palm Beach"), (viii) Karma of Broward, Inc. ("Karma Broward"), and (ix) the Zankl Family 2020 Irrevocable Trust U/A July 27, 2020 (the "Zankl Trust"), who each are also represented by the Zankls' Counsel, are all in agreement to the entry of this Agreed Order, accordingly it is hereby Ordered, as follows:

1. The Zankls, Karma Palm Beach, Karma Broward, and the Zankl Trust (collectively the "State Court Defendants"), by and through their counsel, shall file by Friday, December 9, 2022, (i) dismissals of all counterclaims based upon allegations of usury, (ii) amend each of the prayers for relief and wherefore clauses of each of their affirmative defenses, based upon allegations of usury against the respective Plaintiffs to read no more than "WHEREFORE, Defendant(s) demand Judgment in their favor, and against Plaintiff, on the Complaint asserted against them", and (iii) withdraw any affidavits submitted by Scott asserting recovery by the State Court Defendants for payments made to Plaintiffs by Debtor, Excell, in the following actions pending in the Fifteenth Judicial Circuit in and for Palm Beach County Florida (the "State Court Actions"):

  a. Case No.: 50-2022-CA-003301-XXXXMB – Plaintiff, Prestige Luxury Cars, LLC, v. Defendants, Excell Auto Group, Inc. d/b/a Excell Auto Group, Scott Zankl, Kristen Zankl and Karma of Broward, Inc., (the "Prestige Case");

  b. Case No.: 50-2022-CA-003547-XXXXMB – Plaintiff, Savannah Row Development Company, LLC, v. Defendants, Scott Zankl, and Kristen Zankl (the "Savannah Row Case");

  c. Case No.: 50-2022-CA-003889-XXXXMB – Plaintiff, BAL Investments, LLC, v. Defendants, Scott Zankl, Kristen Zankl, and Zankl Family 2020 Irrevocable Trust U/A July 27, 2020 (the "BAL Investments Case");

  d. Case No.: 50-2022-CA-004086-XXXXMB – Plaintiff, Woodside Credit LLC, v. Defendants, Scott Zankl, Kristen Zankl, Karma of Palm Beach, Inc., and Karma of Broward, Inc., (the "Woodside Credit Case");

  e. Case No.: 50-2022-CA-005035-XXXXMB – Plaintiff, Kenneth J Goodman as Trustee of the DCG 2008 Irrevocable Wealth Trust, v. Defendants, Scott Zankl, and Kristen Zankl (the "DCG Trust Case"); and,

  f. Case No.: 50-2022-CA-009599-XXXXMB – Plaintiff, The Gori Family Limited Partnership, v. Defendants, Scott Zankl, and Kristen Zankl (the "Gori Family Case"); and,

  g. Case No.: 50-2022-CA-003618-XXXXMB – Plaintiff, Interface Properties LLC , v. Defendant, Karma of Palm Beach, Inc. (the "Interface Properties Case").

2. Nothing contained in this Agreed Order is intended to impact or impair the Excell Trustee's rights or claims that have been, or may be asserted, in this Bankruptcy Case or in any state or federal court actions.

3. The State Court Defendants, through their counsel, shall file with this Court a notice of their timely compliance with ¶1 of this Order, attaching the filings required by ¶1 of this Order, and shall serve the same upon the Excell Trustee, and each of the Plaintiffs in the State Court Actions.

4. Each of the Plaintiffs may file a copy of this Order in their respective State Court Actions.

5. This Court shall reserve jurisdiction to determine both entitlement, and amount, to enter

an award in favor of Goodman, on behalf of the DCG Trust, and against the Zankls and the Zankls' Counsel, (i) awarding damages, (ii) imposing sanctions, and (iii) finding the Zankls and Zankls' Counsel, in contempt for their willful violation of the automatic stay, and a Preliminary Non-Evidentiary Hearing upon the balance of said relief sought in the Stay Violation Motion, shall be heard on January 18, 2023 at 9:30 a.m. at the United States Bankruptcy Court, The Flagler Waterview Building, 8th Floor, Courtroom B, 1515 North Flagler Drive, West Palm Beach, Florida 33401.  Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E    If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143.

###

Submitted by:
Ivan J. Reich, Esq.
Fla. Bar No. 778011
Nason, Yeager, Gerson, Harris & Fumero, P.A.
3001 PGA Blvd., Suite 305,
Palm Beach Gardens, FL 33410
Tel.: 561-227-4562
Fax.: 561-982-7116

*Counsel for Goodman, as Trustee of the DCG Trust*

(*Attorney Reich is directed to serve this Order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming Certificate of Service.*)