UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No. 22-bk-12790-EPK |
| EXCELL AUTO GROUP, INC. | Chapter: 7 |
| Debtor._____/ | |

**NOTICE OF APPEARANCE, REQUEST FOR NOTICE
AND RESERVATION OF RIGHTS**

The undersigned attorney hereby files his appearance in the above-captioned case on behalf of JPMorgan Chase Bank, N.A. ("**JPMorgan**"), and requests pursuant to Federal Rule of Bankruptcy Procedure 2002 that he be served with copies of all notices, pleadings, motions, orders and other documents filed in these proceedings in order that the above-named party may appear and be heard on any issue as a party in interest pursuant to Section 1109(b) of the Bankruptcy Code, 11 U.S.C. § 1109(b). All such documents should be addressed as follows:

Ari Newman, Esq.
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Telephone: 305.579.0500
E-mail: newmanar@gtlaw.com

Please take further notice that the foregoing demand includes not only the notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed electronically by mail, delivery, telephone, or otherwise filed with regard to the referenced case and the proceedings therein.

Please take further notice that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, specifically but not limited to (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to have a district judge hear and determine core matters that are beyond the adjudicatory authority of the bankruptcy court; (iii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iv) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs, or recoupments to which JPMorgan is or may be entitled under agreement, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: December 13, 2022 　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG, P.A.
　　　　　　　　　　　　　　　　　　　　333 S.E. 2nd Avenue, Suite 4400
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 579-0500
　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 579-0717

　　　　　　　　　　　　　　　　　　　　By: /s/ Ari Newman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Ari Newman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 056575
　　　　　　　　　　　　　　　　　　　　　　　Email: newmanar@gtlaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that it was served simultaneously upon filing upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF I also certify that the foregoing document was served by first class U.S. mail on those counsel, *pro se* parties or other parties identified on the attached Service List who are not authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

                                                  /s/ *Ari Newman, Esq.*
                                                    Ari Newman, Esq.

## Via Electronic Mail:

| | |
|---|---|
| **Joaquin J Alemany** | joaquin.alemany@hklaw.com; HAPI@HKLAW.COM |
| **Eric N. Assouline** | ena@assoulineberlowe.com; ah@assoulineberlowe.com |
| **Paul A. Avron** | pavron@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com; mmorgan@bergersingerman.com |
| **Zachary J. Bancroft** | zbancroft@bakerdonelson.com;achentnik@bakerdonelson.com; bkcts@bakerdonelson.com |
| **Alan Barbee** | abarbee@brileyfin.com |
| **Eyal Berger** | eyal.berger@akerman.com;jeanette.martinezgoldberg@akerman.com |
| **Jerrell A. Breslin** | jb@richardbaronlaw.com |
| **Stephen C. Breuer** | stephen@breuer.law; genna@breuer.law; stephen@ecf.courtdrive.com; |
| **Alan R. Crane** | acrane@furrcohen.com; rrivera@furrcohen.com; ltitus@furrcohen.com; staff1@furrcohen.com; cranear84158@notify.bestcase.com |
| **Winston I. Cuenant** | winston@cuenantlaw.com; drabrams620@gmail.com; |

| | |
|---|---|
| **Mitchell A Dinkin** | mdinkin@madlegal.net; lucyd@madlegal.net |
| **C. Craig Eller** | celler@kelleylawoffice.com; bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com |
| **Jay L. Farrow** | jay@farrowlawfirm.com |
| **Michael Foster** | michael@youngfoster.com, admin@youngfoster.com |
| **Daniel Gielchinsky** | dan@dgimlaw.com; colleen@dgimlaw.com; dan_1836@ecf.courtdrive.com; eservice@dgimlaw.com |
| **Travis A Harvey** | tharvey@bakerdonelson.com; |
| **Dana L Kaplan** | ana@kelleylawoffice.com; cassandra@kelleylawoffice.com; bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com; |
| **Amanda Klopp** | amanda.klopp@akerman.com; jeanette.martinezgoldberg@akerman.com; |
| **Philip J Landau** | phil@landau.law; plandau@ecf.courtdrive.com; diane@landau.law;dlocascio@ecf.courtdrive.com |
| **Dennis J LeVine** | Theresa.Byington@brockandscott.com, wbecf@brockandscott.com |
| **Mark A Levy** | mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com; brinkleymorganecf@gmail.com |
| **James Randolph Liebler** | jrlii@lgplaw.com;  mkv@lgplaw.com |
| **Nathan G. Mancuso** | ngm@mancuso-law.com; |
| **David B. Marks** | brett.marks@akerman.com, charlene.cerda@akerman.com |
| **James B. Miller** | bkcmiami@gmail.com; |

2

| | |
|---|---|
| **Office of the US Trustee** | USTPRegion21.MM.ECF@usdoj.gov; |
| **James C. Moon** | jmoon@melandbudwick.com;ltannenbaum@melandbudwick; mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com |
| **Nicole T. Mehdipour** | nicolem@ntmlawfirm.com;cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestcase.com; |
| **John E. Page** | jpage@slp.law; dwoodall@slp.law; pmouton@slp.law; pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com; |
| **Eric S. Pendergraft** | ependergraft@slp.law; dwoodall@slp.law;dlocascio@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law; |
| **Hampton Peterson** | legalservices@PBCTax.com; |
| **Jordan L. Rappaport** | office@rorlawfirm.com, 1678370420@filings.docketbird.com |
| **David A. Ray** | dray@draypa.com; simone.draypa@gmail.com; cm_ecf_service@ntmlawfirm.com; |
| **Ivan J. Reich** | ireich@nasonyeager.com; msmith@nasonyeager.com; |
| **Jason S. Rigoli** | jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com |
| **Ezequiel Joseph Romero** | romeroe@bryancave.com, zeke.romero30@gmail.com |
| **Harry J. Ross** | hross@hjrlaw.com, jerri@hjrlaw.com |
| **Jeffrey J. Saunders** | JJS@crarybuchanan.com; rciarsolo@crarybuchanan.com; r65589@notify.bestcase.com; |
| **John D. Segaul** | john@segaul.com; , court@segaulstoll.com; ;melissa@segaul.com; ; ;segaullawfirmpa@jubileebk.net |
| **Zach B. Shelomith** | zbs@lss.law; info@lss.law; mch@lss.law; zshelomith@ecf.inforuptcy.com |

3

| | |
|---|---|
| **Bradley S. Shraiberg** | bss@slp.law; dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law |
| **Eric J. Silver** | esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com; |
| **David R. Softness** | david@softnesslaw.com |
| **Christian Somodevilla** | cs@lss.law; info@lss.law; cs@ecf.courtdrive.com; mch@lss.law; |
| **James B. Sowka** | jsowka@seyfarth.com; ctholen@seyfarth.com; bankruptcydocket@seyfarth.com; 3913483420@filings.docketbird.com; |
| **Peter D. Spindel** | peterspindel@gmail.com, peterspindelcmecf@gmail.com |
| **Mark E Steiner** | MES@lgplaw.com, pm@lgplaw.com |
| **Gavin N. Stewart** | bk@stewartlegalgroup.com |
| **David M. Unseth** | dmunseth@bclplaw.com |
| **Paul E. Wilson** | pwilson@paulwilsonesq.com |
| **Harry Winderman** | harry4334@hotmail.com; lynoramae@gmail.com; lm@whcfla.com; filings@whcfla.com; |
| **Thomas G. Zeichman** | tzeichman@bmulaw.com; G67999@notify.cincompass.com |

4

**Via Manual Notice:**

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446