

**ORDERED in the Southern District of Florida on December 13, 2022.**

*[signature]*

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 22-12790-EPK |
| | Chapter 7 |
| EXCELL AUTO GROUP, INC. | |
| Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION TO COMPEL TURNOVER OF ORIGINAL TITLE FOR 2018 MERCEDES METRIS PASSENGER (VIN # WD4PG2EE2J3366588)**

THIS MATTER came before the Court for hearing on December 7, 2022 at 9:30 a.m. via videoconference on the *Motion to Compel Turnover of Original Title for 2018 Mercedes Metris Passenger (Vin#WD4PG2EE2J3366588)* [ECF No. 318] (the "Motion") filed by Interested Party, QUAD FUNDING PARTNERS, LLC ("Quad Funding"). The Court, having reviewed the Motion and pleadings in this case, having heard arguments of counsel and being fully apprised on the

premises, it is hereby:

**ORDERED,** as follows:

1. The Motion is GRANTED.

2. The Trustee shall turnover the original title of the 2018 Mercedes Metris Passenger (Vin# WD4PG2EE2J3366588) ("Title") to Quad Funding, if it is found to be in possession of the Trustee.

3. Upon reasonable notice to the Trustee, Quad Funding, at its own expense, and at a mutually agreeable time, may search the records of the Estate to locate the Title if the Trustee cannot locate the Title in its files pertaining to this vehicle.

4. The Trustee is not required to conduct further searches of the documents in possession of the Estate to locate the Title.

5. The Court shall retain jurisdiction over this matter to enforce the terms of this Order.

###

Submitted by:

Daniel Gielchinsky, Esq.
DGIM Law, PLLC
*Counsel for Quad Funding Partners, LLC*
2875 NE 191st Street, Suite 705
Aventura, FL 33180
dan@dgimlaw.com

Copies to:

[Daniel Gielchinsky, Esq. is directed to serve a conformed copy of this Order to all parties of interest and file a certificate of service within 3 days of entry of the Order.]