UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No.: 22-12790-EPK
                                                                       Chapter 7
EXCELL AUTO GROUP, INC.

    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the *Order Granting Motion to Compel Turnover of Original Title for 2018 Mercedes Metris Passenger (Vin #WD4PG2EE2J3366588)* [ECF No. 344] was served via CM/ECF Notification to all parties registered to receive electronic notice in this case on this 13th day of December, 2022.

Dated: December 13, 2022        Respectfully submitted,

        DGIM Law, PLLC
        Counsel for Quad Funding Partners, LLC
        2875 NE 191st Street, Suite 705
        Aventura, FL 33180
        Phone: (305) 763-8708

        /s/ Daniel Gielchinsky
        Daniel Y. Gielchinsky, Esq.
        Florida Bar No. 0097646
        dan@dgimlaw.com