## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re                                             Case No. 22-bk-12790-EPK

EXCELL AUTO GROUP, INC.                           Chapter: 7

    Debtor.
_____/

## NOTICE OF WITHDRAWAL
## OF NOTICE OF APPEARANCE FOR C. WADE BOWDEN

JPMorgan Chase Bank, N.A., ("**JPMorgan**") hereby withdraws the following document filed in the above-captioned bankruptcy case:

- *Notice of Appearance, Request for Notice, and Reservation of Rights* [ECF No. 342]

Dated: December 14, 2022        Respectfully Submitted,

                                        GREENBERG TRAURIG, P.A.
                                        333 S.E. 2nd Avenue, Suite 4400
                                        Miami, Florida 33131
                                        Telephone: (305) 579-0500
                                        Facsimile: (305) 579-0717

                                  By: */s/ Ari Newman*
                                              Ari Newman, Esq.
                                              Florida Bar No. 056575
                                              Email: newmanar@gtlaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that it was served simultaneously upon filing upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF I also certify that the foregoing document was served by first class U.S. mail on those counsel, *pro se* parties or other parties identified on the attached Service List who are not authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

                                             /s/ *Ari Newman*
                                               Ari Newman, Esq.

## **Via Electronic Mail:**

| | |
|---|---|
| **Joaquin J. Alemany** | joaquin.alemany@hklaw.com; HAPI@HKLAW.COM |
| **Eric N. Assouline** | ena@assoulineberlowe.com; ah@assoulineberlowe.com |
| **Paul A. Avron** | pavron@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com; mmorgan@bergersingerman.com |
| **Zachary J. Bancroft** | zbancroft@bakerdonelson.com; achentnik@bakerdonelson.com; bkcts@bakerdonelson.com |
| **Alan Barbee** | abarbee@brileyfin.com |
| **Eyal Berger** | eyal.berger@akerman.com; jeanette.martinezgoldberg@akerman.com |
| **Jerrell A. Breslin** | jb@richardbaronlaw.com |
| **Stephen C. Breuer** | stephen@breuer.law; genna@breuer.law; stephen@ecf.courtdrive.com; |

| | |
|---|---|
| **Alan R. Crane** | acrane@furrcohen.com; rrivera@furrcohen.com; ltitus@furrcohen.com; staff1@furrcohen.com; cranear84158@notify.bestcase.com |
| **Winston I. Cuenant** | winston@cuenantlaw.com; drabrams620@gmail.com; |
| **Mitchell A Dinkin** | mdinkin@madlegal.net; lucyd@madlegal.net |
| **C. Craig Eller** | celler@kelleylawoffice.com; bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com |
| **Jay L. Farrow** | jay@farrowlawfirm.com |
| **Michael Foster** | michael@youngfoster.com, admin@youngfoster.com |
| **Daniel Gielchinsky** | dan@dgimlaw.com; colleen@dgimlaw.com; dan_1836@ecf.courtdrive.com; eservice@dgimlaw.com |
| **Travis A Harvey** | tharvey@bakerdonelson.com; |
| **Dana L Kaplan** | ana@kelleylawoffice.com; cassandra@kelleylawoffice.com; bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com; |
| **Amanda Klopp** | amanda.klopp@akerman.com; jeanette.martinezgoldberg@akerman.com; |
| **Philip J Landau** | phil@landau.law; plandau@ecf.courtdrive.com; diane@landau.law;dlocascio@ecf.courtdrive.com |
| **Dennis J LeVine** | Theresa.Byington@brockandscott.com, wbecf@brockandscott.com |
| **Mark A Levy** | mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com; brinkleymorganecf@gmail.com |
| **James Randolph Liebler** | jrlii@lgplaw.com;  mkv@lgplaw.com |

3

| | |
|---|---|
| **Nathan G. Mancuso** | ngm@mancuso-law.com; |
| **David B. Marks** | brett.marks@akerman.com, charlene.cerda@akerman.com |
| **James B. Miller** | bkcmiami@gmail.com; |
| **Office of the US Trustee** | USTPRegion21.MM.ECF@usdoj.gov; |
| **James C. Moon** | jmoon@melandbudwick.com;ltannenbaum@melandbudwick; mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com |
| **Nicole T. Mehdipour** | nicolem@ntmlawfirm.com;cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestcase.com; |
| **John E. Page** | jpage@slp.law; dwoodall@slp.law; pmouton@slp.law; pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com; |
| **Eric S. Pendergraft** | ependergraft@slp.law; dwoodall@slp.law;dlocascio@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law; |
| **Hampton Peterson** | legalservices@PBCTax.com; |
| **Jordan L. Rappaport** | office@rorlawfirm.com, 1678370420@filings.docketbird.com |
| **David A. Ray** | dray@draypa.com; simone.draypa@gmail.com; cm_ecf_service@ntmlawfirm.com; |
| **Ivan J. Reich** | ireich@nasonyeager.com; msmith@nasonyeager.com; |
| **Jason S. Rigoli** | jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com |

4

| | |
|---|---|
| **Ezequiel Joseph Romero** | romeroe@bryancave.com, zeke.romero30@gmail.com |
| **Harry J. Ross** | hross@hjrlaw.com, jerri@hjrlaw.com |
| **Jeffrey J. Saunders** | JJS@crarybuchanan.com; rciarsolo@crarybuchanan.com; r65589@notify.bestcase.com; |
| **John D. Segaul** | john@segaul.com; , court@segaulstoll.com; ;melissa@segaul.com; ; ;segaullawfirmpa@jubileebk.net |
| **Zach B. Shelomith** | zbs@lss.law; info@lss.law; mch@lss.law; zshelomith@ecf.inforuptcy.com |
| **Bradley S. Shraiberg** | bss@slp.law; dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law |
| **Eric J. Silver** | esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com; |
| **David R. Softness** | david@softnesslaw.com |
| **Christian Somodevilla** | cs@lss.law; info@lss.law; cs@ecf.courtdrive.com; mch@lss.law; |
| **James B. Sowka** | jsowka@seyfarth.com; ctholen@seyfarth.com; bankruptcydocket@seyfarth.com; 3913483420@filings.docketbird.com; |
| **Peter D. Spindel** | peterspindel@gmail.com, peterspindelcmecf@gmail.com |
| **Mark E Steiner** | MES@lgplaw.com, pm@lgplaw.com |
| **Gavin N. Stewart** | bk@stewartlegalgroup.com |
| **David M. Unseth** | dmunseth@bclplaw.com |

5

| | |
|---|---|
| **Paul E. Wilson** | pwilson@paulwilsonesq.com |
| **Harry Winderman** | harry4334@hotmail.com; lynoramae@gmail.com; lm@whcfla.com; filings@whcfla.com; |
| **Thomas G. Zeichman** | tzeichman@bmulaw.com; G67999@notify.cincompass.com |

**Via Manual Notice:**

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446