**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No. 22-bk-12790-EPK |
| EXCELL AUTO GROUP, INC. | Chapter: 7 |
| Debtor._____/ | |

**MOTION TO APPEAR PRO HAC VICE**

I, Ari Newman ("**Movant**"), of the law firm of Greenberg Traurig, a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* C. Wade Bowden ("**Visiting Attorney**"), of the law firm of Greenberg Traurig, an attorney admitted to practice and currently in good standing in the State of Florida, the United States District Courts for the Southern, Middle, and Northern Districts of Florida, and qualified to practice in this court, who proposes to act as counsel for JP Morgan Chase Bank, N.A. ("**JPMorgan**"), in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of JPMorgan.

I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for JPMorgan, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of JPMorgan.

I am a member in good standing of the bar of the United States District Court for the

1

Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for JPMorgan in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of JPMorgan. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of JPMorgan and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of JPMorgan. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for JPMorgan in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is attached hereto as **Exhibit A**.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of JPMorgan and indicating Movant as local counsel for JPMorgan, and for such other and further relief as may be just.

Dated: December 14, 2022                    Respectfully Submitted,

                                           GREENBERG TRAURIG, P.A.
                                           333 S.E. 2nd Avenue, Suite 4400
                                           Miami, Florida 33131
                                           Telephone: (305) 579-0500
                                           Facsimile: (305) 579-0717

                                           By: */s/ Ari Newman*
                                               Ari Newman, Esq.
                                               Florida Bar No. 056575
                                               Email: newmanar@gtlaw.com

                                           *Counsel for JPMorgan Chase Bank, N.A.*

# **EXHIBIT A**

## **(Affidavit of Proposed Visiting Attorney)**

## **AFFIDAVIT OF PROPOSED VISITING ATTORNEY**

I, C. Wade Bowden, am a member in good standing of the bar of the State of Florida. I am a member in good standing of the bar of the United States District Court for the Southern, Middle, and Northern Districts of Florida, but do not regularly practice before the United States Bankruptcy Court for the Southern District of Florida.  I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear pro hac vice in this case and in any adversary proceedings in this case on behalf of JPMorgan Chase Bank, N.A., ("**JPMorgan**").  I designate Ari Newman ("**Local Counsel**"), who is qualified to practice in this court, as local counsel for JPMorgan.  I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of JPMorgan, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: December 14, 2022

Respectfully Submitted,

GREENBERG TRAURIG, P.A.
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222

By: */s/ C. Wade Bowden*
      C. Wade Bowden, Esq.
      Florida Bar No. 90735
      Email: bowdenw@gtlaw.com