

ORDERED in the Southern District of Florida on January 5, 2023.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No. 22-bk-12790-EPK |
| EXCELL AUTO GROUP, INC. | Chapter: 7 |
| Debtor._____/ | |

### ORDER ADMITTING C. WADE BOWDEN PRO HAC VICE

THIS MATTER having come before the Court without a hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 347]. The court having reviewed the motion and good cause appearing, it is

ORDERED that C. Wade Bowden ("**Visiting Attorney**") may appear before this court *pro hac vice* as counsel for JPMorgan Chase Bank, N.A. ("**JPMorgan**"), in this case and in each

1

adversary proceeding in this case where Visiting Attorney appears on behalf of JPMorgan, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("**Local Attorney**") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Ari Newman
> Greenberg Traurig, P.A.
> 333 S.E. 2nd Avenue, Suite 4400
> Miami, Florida 33131
> 305-579-0500
> newmanar@gtlaw.com
> Florida Bar No. 56575

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of JPMorgan. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same Local Attorney will continue to act as local attorney for JPMorgan in all such proceedings.

###

**Submitted by:**

Ari Newman
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: 305-579-0500
Email: newmanar@gtlaw.com
Florida Bar No. 56575

*Counsel for JPMorgan Chase Bank, N.A.*

**COPIES TO:**

C. Wade Bowden

*(Ari Newman is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)*