**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re | Case No. 22-bk-12790-EPK |
| EXCELL AUTO GROUP, INC. | Chapter: 7 |
| Debtor._____/ | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Admitting C. Wade Bowden Pro Hac Vice* [ECF No. 351] was served simultaneously upon docketing on all counsel of record or *pro se* parties identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or by U.S. Mail on January 5, 2023 on those counsel or parties not authorized to receive Notices of Electronic Filings.

Dated: January 5, 2023

Respectfully Submitted,

GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: */s/ Ari Newman*
Ari Newman, Esq.
Florida Bar No. 056575
Email: newmanar@gtlaw.com

*Counsel for JPMorgan Chase Bank, N.A.*

**Via Electronic Mail:**

| | |
|---|---|
| **Joaquin J. Alemany** | joaquin.alemany@hklaw.com; HAPI@HKLAW.COM |
| **Eric N. Assouline** | ena@assoulineberlowe.com; ah@assoulineberlowe.com |
| **Paul A. Avron** | pavron@bergersingerman.com; efile@bergersingerman.com; efile@ecf.inforuptcy.com; mmorgan@bergersingerman.com |
| **Zachary J. Bancroft** | zbancroft@bakerdonelson.com;achentnik@bakerdonelson.com; bkcts@bakerdonelson.com |
| **Alan Barbee** | abarbee@brileyfin.com |
| **Eyal Berger** | eyal.berger@akerman.com;jeanette.martinezgoldberg@akerman.com |
| **Jerrell A. Breslin** | jb@richardbaronlaw.com |
| **Stephen C. Breuer** | stephen@breuer.law; genna@breuer.law; stephen@ecf.courtdrive.com; |
| **Alan R. Crane** | acrane@furrcohen.com; rrivera@furrcohen.com; ltitus@furrcohen.com; staff1@furrcohen.com; cranear84158@notify.bestcase.com |
| **Winston I. Cuenant** | winston@cuenantlaw.com; drabrams620@gmail.com; |
| **Mitchell A Dinkin** | mdinkin@madlegal.net; lucyd@madlegal.net |
| **C. Craig Eller** | celler@kelleylawoffice.com; bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com |
| **Jay L. Farrow** | jay@farrowlawfirm.com |

| | |
|---|---|
| **Michael Foster** | michael@youngfoster.com, admin@youngfoster.com |
| **Daniel Gielchinsky** | dan@dgimlaw.com; colleen@dgimlaw.com; dan_1836@ecf.courtdrive.com; eservice@dgimlaw.com |
| **Travis A Harvey** | tharvey@bakerdonelson.com; |
| **Dana L Kaplan** | ana@kelleylawoffice.com; cassandra@kelleylawoffice.com; bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com; |
| **Amanda Klopp** | amanda.klopp@akerman.com; jeanette.martinezgoldberg@akerman.com; |
| **Philip J Landau** | phil@landau.law; plandau@ecf.courtdrive.com; diane@landau.law;dlocascio@ecf.courtdrive.com |
| **Dennis J LeVine** | Theresa.Byington@brockandscott.com, wbecf@brockandscott.com |
| **Mark A Levy** | mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com; brinkleymorganecf@gmail.com |
| **James Randolph Liebler** | jrlii@lgplaw.com;  mkv@lgplaw.com |
| **Nathan G. Mancuso** | ngm@mancuso-law.com; |
| **David B. Marks** | brett.marks@akerman.com, charlene.cerda@akerman.com |
| **James B. Miller** | bkcmiami@gmail.com; |
| **Office of the US Trustee** | USTPRegion21.MM.ECF@usdoj.gov; |
| **James C. Moon** | jmoon@melandbudwick.com;ltannenbaum@melandbudwick; mrbnefs@yahoo.com; jmoon@ecf.courtdrive.com; ltannenbaum@ecf.courtdrive.com; phornia@ecf.courtdrive.com |

3

| | |
|---|---|
| **Nicole T. Mehdipour** | nicolem@ntmlawfirm.com;cm_ecf_service@ntmlawfirm.com; atty_mehdipour@bluestylus.com; cmecfservice@gmail.com; mehdipournr85783@notify.bestcase.com; |
| **John E. Page** | jpage@slp.law; dwoodall@slp.law; pmouton@slp.law; pmouton@ecf.courtdrive.com; jpage@ecf.courtdrive.com; |
| **Eric S. Pendergraft** | ependergraft@slp.law; dwoodall@slp.law;dlocascio@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law; |
| **Hampton Peterson** | legalservices@PBCTax.com; |
| **Jordan L. Rappaport** | office@rorlawfirm.com, 1678370420@filings.docketbird.com |
| **David A. Ray** | dray@draypa.com; simone.draypa@gmail.com; cm_ecf_service@ntmlawfirm.com; |
| **Ivan J. Reich** | ireich@nasonyeager.com; msmith@nasonyeager.com; |
| **Jason S. Rigoli** | jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com |
| **Ezequiel Joseph Romero** | romeroe@bryancave.com, zeke.romero30@gmail.com |
| **Harry J. Ross** | hross@hjrlaw.com, jerri@hjrlaw.com |
| **Jeffrey J. Saunders** | JJS@crarybuchanan.com;  rciarsolo@crarybuchanan.com; r65589@notify.bestcase.com; |
| **John D. Segaul** | john@segaul.com; , court@segaulstoll.com; ;melissa@segaul.com; ; ;segaullawfirmpa@jubileebk.net |
| **Zach B. Shelomith** | zbs@lss.law; info@lss.law; mch@lss.law; zshelomith@ecf.inforuptcy.com |
| **Bradley S. Shraiberg** | bss@slp.law;  dwoodall@slp.law; dwoodall@ecf.courtdrive.com; pmouton@slp.law |

4

| | |
|---|---|
| **Eric J. Silver** | esilver@stearnsweaver.com; jless@stearnsweaver.com; fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com; mfernandez@stearnsweaver.com; |
| **David R. Softness** | david@softnesslaw.com |
| **Christian Somodevilla** | cs@lss.law; info@lss.law; cs@ecf.courtdrive.com; mch@lss.law; |
| **James B. Sowka** | jsowka@seyfarth.com; ctholen@seyfarth.com; bankruptcydocket@seyfarth.com; 3913483420@filings.docketbird.com; |
| **Peter D. Spindel** | peterspindel@gmail.com, peterspindelcmecf@gmail.com |
| **Mark E Steiner** | MES@lgplaw.com, pm@lgplaw.com |
| **Gavin N. Stewart** | bk@stewartlegalgroup.com |
| **David M. Unseth** | dmunseth@bclplaw.com |
| **Paul E. Wilson** | pwilson@paulwilsonesq.com |
| **Harry Winderman** | harry4334@hotmail.com; lynoramae@gmail.com; lm@whcfla.com; filings@whcfla.com; |
| **Thomas G. Zeichman** | tzeichman@bmulaw.com; G67999@notify.cincompass.com |

**Via Manual Notice:**

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

5

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118


Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446
ADMIN 683848478v2

6