UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRIC OF FLORIDA
West Palm Beach Division

IN RE.

EXCELL AUTO GROUP, INC.   Case No.:  22-12790-EPK
                          Chapter 7
Debtor.
_____/

**CREDITOR, KENNETH J. GOODMAN, AS THE TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST'S AGREED NOTICE OF WITHDRAWAL OF THE BALANCE OF CREDITOR'S REQUESTED RELIEF NOT ALREADY GRANTED BY ORDER OF THIS COURT (D.E. 340) IN ITS MOTION FOR ENFORCEMENT OF THE AUTOMATIC STAY, FOR SANCTIONS AGAINST SCOTT AND KRISTNE ZANKL, AND THEIR COUNSEL, AND CONTEMPT FOR WILLFUL VIOLATION OF THE AUTOMATIC STAY (D.E. 308), AND REQUEST TO CANCEL HEARING ON THE BALANCE OF THE RELIEF SOUGHT BEYOND ENFORCEMENT OF THE AUTOMATIC STAY (D.E. 337)**

Kenneth J. Goodman ("Goodman" or "Movant"), an individual, who as Trustee of Creditor, the DCG 2008 Irrevocable Wealth Trust ("DCG"), by and through undersigned counsel, had previously moved for entry of an Order from this Court:

(i)  enforcing the automatic stay,

(ii)  awarding damages,

(iii)  imposing sanctions against Debtor's principals, Scott Zankl ("Scott") and Kristen Zankl ("Kristen") (collectively the "Zankls"), and their counsel, Harry Winderman, and the law firm of Weiss & Handler (collectively the "Zankls' Counsel), and

(iv) finding the Zankls and Zankls' Counsel, in contempt for their willful violation of the automatic stay, for seeking to assert a proposed counterclaim in pending state court litigation between DCG and the Zankls, which proposed counterclaim, if such grounds as stated therein were true, which they are not, is property of Debtor, Excell Auto Group, Inc.'s ("Debtor" or "Excell") Chapter 7 Bankruptcy Estate (the "Excell Estate")(collectively the "Stay Enforcement Motion") (D.E. 308),

and in light of this Court entering an Order on December 9, 2022 enforcing the automatic stay (D.E. 340), along with the consent and agreement of the Zankls and the Zankls' Counsel, movant hereby withdraws the balance of the relief requested in the Stay Enforcement Motion, that has of yet not been granted, seeking (i) an award of damages, (ii) the imposition of sanctions against the Zankls, and the Zankls' Counsel, and (iii) a finding of the Zankls and the Zankls' Counsel in contempt for their willful violation of the automatic stay (collectively the "Balance of the Relief"), and,

Movant, along with the consent and agreement of the Zankls and the Zankls' Counsel, further requests the cancellation of the hearing set before this Court on January 18, 2023 at 9:30 a.m. (D.E. 337), upon the Balance of the Relief requested in the Stay Enforcement Motion.

WHEREFORE, for the foregoing reasons, Goodman and DCG respectfully requests this Honorable Court enter an Order, without the necessity of a hearing, cancelling the hearing on the Balance of the Relief requested in the Stay Enforcement Motion.

Dated:  January 12, 2023

/s/ Ivan J. Reich
Ivan J. Reich (FBN: 778011)
NASON, YEAGER, GERSON, HARRIS
 & FUMERO, P.A.
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL  33487
Tel:  (561) 982-7114
Fax:  (561) 982-7116
Email:  ireich@nasonyeager.com
            msmith@nasonyeager.com
*Attorneys for Creditor, Kenneth J. Goodman, as Trustee of the DCG 2008 Irrevocable Wealth Trust*

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 12th day of January, 2023, a true and accurate copy of the foregoing has been furnished to the Clerk of the Court using CM/ECF electronic service.  I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of

filing in this case, and to the Zankls and the Zankls' Counsel via email through the Zankls' Counsel at **HW@whcfla.com**.

                                                                                       /s/ Ivan J. Reich
                                                                                       Attorney