UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov

In re:                                                             Case No. 22-12790-EPK
                                                                   Chapter 7

**EXCELL AUTO GROUP, INC.,**

      **Debtor.**
_____/

**CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY
ADMINISTRATIVE EXPENSE FOR RETRIEVAL AND STORAGE OF VEHICLES**

    NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee for the above referenced estate (the "Trustee"), hereby files on an *ex parte* basis, this *Motion to Pay Administrative Expense, for Retrieval and Storage of Vehicles* (the "Motion"), and in support thereof states as follows:

    1.    1. The Debtor filed a voluntary petition for bankruptcy relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on April 8, 2022 [ECF No. 1] (the "Petition Date"). Nicole Testa Mehdipour was appointed as the Chapter 7 Trustee in the above-captioned case on April 8, 2022 [ECF No. 2].

    2.    The Trustee took possession and control over two Vehicles described as Mokes: a 2022 Moke VIN No. 5YNWAHBG9NS083121; and a 2022 Moke VIN No. 5YNWAHBG0NS083122, (the "Vehicles").

    3.    The Trustee required the services of Document Management Solutions, Inc., ("DMS"), located at 4980 SW 52nd Street, #108, Davie, Florida 33314, to retrieve and store the Vehicles.

    4.    The Trustee determined the Vehicles were not property of the estate and filed a Notice of Abandonment (ECF No. 303). On November 10, 2022 an Expedited Motion to Authorize Turnover of the Vehicles held by the Trustee was filed by Karma of Palm Beach, Inc.

1

(ECF No. 307), which was granted by Order dated November 22, 2021 (ECF No. 321).

5. The Order required transportation and storage fees to be paid in the total amount of $3,700.00. Such fees were remitted to the estate payable to Nicole Testa Mehdipour, Chapter 7 Trustee.

6. As the fees are due and owed to Document Management Solutions, Inc. for the retrieval and storage of the vehicles, the Trustee requests authority to remit the amount of $3,700.00 to DMS.

WHEREFORE, the Trustee respectfully requests the entry of an Order in the form attached hereto as **Exhibit A** authorizing the Trustee to remit funds in the amount of $3,700.00 to DMS for the transportation and storage of the vehicles.

Respectfully submitted this 16th day of February, 2023.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on February 16, 2023, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties indicated below and on the attached service list.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

*Sent via CM/ECF*

- **Joaquin J Alemany**  joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**  ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**  pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**  zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**  abarbee@brileyfin.com
- **Eyal Berger**  eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Charles Wade Bowden**  bowdenw@gtlaw.com
- **Jerrell A Breslin**  jb@richardbaronlaw.com
- **Stephen C Breuer**  stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**  acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**  winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**  mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**  jay@farrowlawfirm.com
- **Michael Foster**  michael@youngfoster.com, admin@youngfoster.com
- **Daniel Gielchinsky**  dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**  tharvey@bakerdonelson.com
- **Dana L Kaplan**  dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**  amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**  phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com

3

- **Dennis J LeVine**   Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman**   brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **Ari Newman**   newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**   JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **David M Unseth**   dmunseth@bclplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com

*<u>Sent via First Class U.S. Mail:</u>*

Luxury Lease Company LLC
210 Summit Ave, Suite C4
Montvale, NJ 07645

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446

**EXHIBIT A**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

**In re:**                                                                       **Case No. 22-12790-EPK**
                                                                                 **Chapter 7**
**EXCELL AUTO GROUP, INC.,**

    **Debtor.**
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY**
**ADMINISTRATIVE EXPENSES FOR RETRIEVAL AND STORAGE OF VEHICLES**

**THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expense for Retrieval and Storage of Vehicles* [ECF No. \_\_\_], (the "Motion"). The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to remit payment from the estate to Document Management Solutions, Inc. in the total sum of $3,700.00 for the retrieval and storage of the vehicles.

# # #

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*