

**ORDERED in the Southern District of Florida on February 16, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM PEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.                    Case No. 22-12790-EPK

Debtor.                                    Chapter 7

_____/

**ORDER GRANTING BRADLEY J. SKOREPA'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO INITIATE QUIET TITLE ACTION AND OBTAIN TITLE DOCUMENTS FOR 2019 RANGE ROVER SPORT, VIN#SALWZ2SE8KA817050**

THIS CAUSE came before the Court for hearing on February 15, 2023 at 9:30 a.m. upon the *Motion for Relief from the Automatic Stay to Initiate Quiet Title Action and Obtain Title Documents for 2019 Ranger Rover Sport, VIN#SALWZ2SE8KA817050* (the "Motion")[1] [ECF No.

---

[1] Any and all capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

356], pursuant to 11 U.S.C. § 362(d)(1) and Fed. R. Bankr. P. 4001, filed by interested party Bradley J. Skorepa ("Skorepa"). The Court, having reviewed the Motion, having considered the record, having noted that no objections were filed to the Motion, having determined that good cause exists for the relief sought in the Motion, and noting that the Motion was properly served, it is

    **ORDERED** as follows:

    1.    The Motion is **GRANTED**.

    2.    The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified pursuant to 11 U.S.C. §362(d)(1), to permit Skorepa to take any and all legal action necessary to quiet title to the Vehicle and to remove the Debtor's Lien and obtain clean title for the Vehicle, including continuation of the pending action for declaratory judgment for Vehicle title transfer in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No. CACE22-010232 and Case No. CACE22-012693 (duplicative), through and including the entry of a declaratory judgment granting Vehicle ownership and issuance of certificate of title.

###

<u>Submitted By</u>:

Brett Lieberman
EDELBOIM LIEBERMAN REVAH PLLC
20200 W. Dixie Highway, Suite 905
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114
Email: brett@elrolaw.com