UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM PEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.    Case No. 22-12790-EPK

Chapter 7

Debtor.

_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Bradley J. Skorepa Motion for Relief from Automatic Stay to Initiate Title Action and Obtain title documents* [ECF No. 364] was served *via* the Court's CM/ECF System to all parties registered to receive electronic notice as reflected on the attached service list on February 16, 2023 and via US Mail as reflected on the attached Declaration Mailing list on February 16, 2023.

Dated: February 16, 2023.

                                                      Respectfully Submitted,

                                                      Edelboim Lieberman Revah, PLLC
                                                      *Attorney for Bradley Skorepa*
                                                      20200 W. Dixie Hwy, Suite 905
                                                      Miami, Florida 33180
                                                      Telephone: (305) 768-9909
                                                      Fax: (305) 928-1114
                                                      Email: brett@elrolaw.com

                                                      By: */s/ Brett D. Lieberman*
                                                       Brett D. Lieberman (FBN 69583)

**SERVICE LIST**

**Via CM/ECF**

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**   ena@assoulineberlowe.com, ah@assouineberlowe.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Charles Wade Bowden**   bowdenw@gtlaw.com
- **Jerrell A Breslin**   jb@richardbaronlaw.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Daniel Gielchinsky**   dan@dgimlaw.com, colleen@dgimlaw.com;dan_1836@ecf.courtdrive.com;eservice@dgimlaw.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**   Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

- **Mark A Levy**  mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman**  brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- **James Randolph Liebler**  jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**  ngm@mancuso-law.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**  Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**  bkcmiami@gmail.com
- **Ari Newman**  newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**  jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**  legalservices@PBCTax.com
- **Jordan L Rappaport**  office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**  dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**  ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**  jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**  romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**  hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**  JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**  john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**  zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

- **Bradley S Shraiberg** bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness** david@softnesslaw.com
- **Christian Somodevilla** cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka** jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart** bk@stewartlegalgroup.com
- **David M Unseth** dmunseth@bclplaw.com
- **Paul E Wilson** pwilson@paulwilsonesq.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman** tzeichman@bmulaw.com, G67999@notify.cincompass.com

**<u>Via US Mail</u>**

**See attached Declaration Mailing list**

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| IN RE: | CASE NO: 22-12790-EPK |
|---|---|
| EXCELL AUTO GROUP, INC | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 364 |

On 2/16/2023, I did cause a copy of the following documents, described below,

Order Granting Bradley J. Skorepa's Motion for Relief from Automatic Stay to Initiate Title Action and Obtain title documents ECF Docket Reference No. 364

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/16/2023

/s/ Brett D. Lieberman
Brett D. Lieberman  69583
Attorney for Movant
Edelboim Lieberman Revah Oshinsky PLLC
20200 W. Dixie Hwy, Suite 905
Miami, FL  33180
305 768 9909
brett@elrolaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO: 22-12790-EPK |
| EXCELL AUTO GROUP, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 364 |

On 2/16/2023, a copy of the following documents, described below,

Order Granting Bradley J. Skorepa's Motion for Relief from Automatic Stay to Initiate Title Action and Obtain title documents ECF Docket Reference No. 364

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/16/2023

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brett D. Lieberman
Edelboim Lieberman Revah Oshinsky PLLC
20200 W. Dixie Hwy, Suite 905
Miami, FL  33180

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      LUXURY LEASE COMPANY LLC              1001 CLINT MOORE  LLC
NCRS ADDRESS DOWNLOAD                 210 SUMMIT AVE   SUITE C4             6560 W ROGERS CIRCLE
CASE 22-12790-EPK                     MONTVALE  NJ 07645-1500               SUITE B27
SOUTHERN DISTRICT OF FLORIDA                                                BOCA RATON  FL 33487-2746
THU FEB 16 10-28-26 PST 2023



ALLY BANK                             ALLY BANK LEASE TRUST  ASSIGNOR TO    ALLY BANK  CO AIS PORTFOLIO SERVICES
PO BOX 5703                           VEHICLE                               LLC
CLEARWATER  FL 33758-5703             4515 N SANTA FE AVE DEPT APS          4515 N SANTA FE AVE DEPT APS
                                      OKLAHOMA CITY  OK 73118-7901          OKLAHOMA CITY  OK 73118-7901



AUSTIN BUSINESS FINANCE  LLC AND XAN  AUTO WHOLESALE OF BOCA  LLC           BAL INVESTMENTS  LLC
MYBURGH                               6560 W ROGERS CIRCLE                  CO ZACHARY J BANCROFT  ESQ
CO ERIC N ASSOULINE  ESQ              SUITE B27                             BAKER DONELSON  ET AL
ASSOULINE  BERLOWE  PA                BOCA RATON  FL 33487-2746             200 S ORANGE AVE  STE 2900
100 SE 2ND STREET                                                           ORLANDO  FL 32801-3448
SUITE 3105
MIAMI  FL 33131-2100



BENIDT INVESTMENTSSLINGER  LLC        CHAPFORD CREDIT OPPORTUNITIES FUND LP CHAPFORD SPECIALTY FINANCE LLC
CO ERIC J SILVER  ESQ                 CO SCOTT ROSE  ESQ                    CO SCOTT ROSE  ESQ
150 WEST FLAGLER STREET               201 BROAD STREET  SUITE 500           201 BROAD STREET  SUITE 500
SUITE 2200                            STAMFORD  CT 06901-2004               STAMFORD  CT 06901-2004
MIAMI  FL 33130-1545



COLUMBUS DAY FINANCE  LLC             DCG 2008 IRREVOCABLE WEALTH TRUST     DAIMLER TRUST
CO JORDAN L RAPPAPORT  ESQ            CO IVAN J REICH                       CO PAUL WILSON
RAPPAPORT OSBORNE  RAPPAPORT  PLLC    750 PARK OF COMMERCE BLVD  SUITE 210  1776 N PINE ISLAND RD  SUITE 308
1300 N FEDERAL HWY 203                BOCA RATON  FL 33487-3611             PLANTATION  FL 33322-5235
BOCA RATON  FL 33432-2848


DEBTOR
EXCELL AUTO GROUP  INC                EXCELL AUTO SPORT AND SERVICE  INC    FVP INVESTMENTS  LLC  A DELAWARE
1001 CLINT MOORE ROAD                 CO NATHAN G MANCUSO                   LIMITED LIA
SUITE 101                             7777 GLADES RD  SUITE 100             CO DAVID R SOFTNESS  ESQ
BOCA RATON  FL 33487-2830             BOCA RATON  FL 33434-4150             201 SOUTH BISCAYNE BOULEVARD 2740
                                                                            MIAMI  FL 33131-4332



FVP OPPORTUNITY FUND III  LP          FVP SERVICING  LLC A DELAWARE LIMITED FRANKLIN CAPITAL FUNDING  LLC
CO DAVID R SOFTNESS  ESQ              LIABIL                                CO SHRAIBERG PAGE  PA
201 SOUTH BISCAYNE BOULEVARD 2740     CO DAVID R SOFTNESS  ESQ              2385 NW EXECUTIVE CENTER DR  300
MIAMI  FL 33131-4332                  201 SOUTH BISCAYNE BOULEVARD 2740     BOCA RATON  FL 33431-8530
                                      MIAMI  FL 33131-4332



GRAVES DIRECTIONAL DRILLING INC AKA   HI BAR CAPITAL  LLC                   INTEGRATED VEHICLE LEASING  INC
GRAVE                                 2111 57TH STREET                      CO MORITT HOCK  HAMROFF LLP
CO KELLEY  FULTON  KAPLAN  ELLER PL   BROOKLYN  NY 11204-2081               ATTN THERESA A DRISCOLL  ESQ
1665 PALM BEACH LAKES BLVD STE 1000                                         400 GARDEN CITY PLAZA
WEST PALM BEACH  FL 33401-2109                                              GARDEN CITY  NY 11530-3327



JPMORGAN CHASE BANK  NA               KARMA AUTOMOTIVE  LLC                 KARMA OF BROWARD  INC
CO DENNIS J LEVINE                    CO JAMES B SOWKA                      CO WEISS HANDLER  CORNWELL  PA
4919 MEMORIAL HWY  STE 135            233 SOUTH WACKER DRIVE   IL 60606     2255 GLADES ROAD
TAMPA  FL 33634-7510                                                        SUITE 205E
                                                                            BOCA RATON  FL 33431-7391
```

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KARMA OF PALM BEACH INC<br>CO WEISS HANDLER CORNWELL PA<br>2255 GLADES ROAD SUITE 205E<br>BOCA RATON FL 33431-7391 | MMS ULTIMATE SERVICES INC<br>7241 CATALINA ISLE DRIVE<br>LAKE WORTH FL 33467-7746 | MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>14372 HERITAGE PARKWAY<br>FORT WORTH TX 76177-3300 |
| MILCO ATWATER LLC<br>CO EYAL BERGER<br>201 LAS OLAS BLVD 1800<br>FORT LAUDERDALE FL 33301-4442 | MILLCO ATWATER LLC<br>201 E LAS OLAS BLVD 1800<br>FORT LAUDERDALE FL 33301-4442 | PALM BEACH COUNTY TAX COLLECTOR<br>CO HAMPTON PETERSON ESQ<br>POB 3715<br>WEST PALM BEACH FL 33402-3715 |
| PRESTIGE LUXURY CARS LLC<br>CO THOMAS G ZEICHMAN<br>2385 EXECUTIVE CENTER DRIVE SUITE 250<br>BOCA RATON FL 33431-8511 | QUAD FUNDING PARTNERS LLC<br>CO DANIEL GIELCHINSKY<br>2875 NE 191ST STREET SUITE 705<br>AVENTURA FL 33180-2803 | ROAD RICH LLC DBA ROAD RICH MOTORS<br>CO KELLEY FULTON KAPLAN ELLER PL<br>1665 PALM BEACH LAKES BLVD STE 1000<br>WEST PALM BEACH FL 33401-2109 |
| SAVANNAH ROW DEVELOPMENT COMPANY LLC<br>CO MA DINKIN LAW FIRM PLLC<br>3319 SR 7 SUITE 303<br>WELLINGTON FL 33449-8147 | SHRAYBER LAND INC<br>CO JOAQUIN J ALEMANY ESQ<br>HOLLAND KNIGHT LLP<br>701 BRICKELL AVE SUITE 3300<br>MIAMI FL 33131-2898 | TULOCAY FARM INC<br>CO PETER SPINDEL ESQ PA<br>POB 835063<br>MIAMI FL 33283-5063 |
| UNITED COMMUNITY BANK DBA SEASIDE BANK AND<br>CRARY BUCHANAN PA<br>759 SW FEDERAL HIGHWAY<br>SUITE 106<br>STUART FL 34994-2972 | WESTLAKE FLOORING COMPANY LLC<br>CO LIEBLER GONZALEZ PORTUONDO<br>44 WEST FLAGLER STREET<br>25TH FLOOR<br>MIAMI FL 33130-1808 | WESTLAKE SERVICES LLC<br>CO LIEBLER GONZALEZ PORTUONDO<br>44 WEST FLAGLER STREET<br>25TH FLOOR<br>MIAMI FL 33130-1808 |
| WOODSIDE CREDIT LLC<br>CO ZACH B SHELOMITH ESQ<br>2699 STIRLING RD C401<br>FORT LAUDERDALE FL 33312-6598 | ~~EXCLUDE~~<br>~~(U)WEST PALM BEACH~~ | 1001 CLINT MOORE LLC<br>CO JAMES B MILLER PA<br>19 WEST FLAGLER STREET SUITE 416<br>MIAMI FL 33130-4419 |
| 22 CAPITAL<br>1900 GLADES ROAD<br>SUITE 540<br>BOCA RATON FL 33431-7378 | AA PUBLISHING CORP DBA THE BOCA RATON OBS<br>7700 CONGRESS AVENUE STE 3115<br>BOCA RATON FL 33487-1357 | AJA REALTY<br>16850 CHARLES RIVER DRIVE<br>DELRAY BEACH FL 33446-0010 |
| AMEX TRS CO INC<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 | AARON PARKINSON<br>1361 SW 21ST ST<br>BOCA RATON FL 33486-6646 | AARON PARKINSON<br>FREDERIK MIDDLETON<br>1361 SW 21ST ST<br>BOCA RATON FL 33486-6646 |
| ALPINE BUSINESS CAPITAL<br>99 WALL STREET<br>NEW YORK NY 10005-4301 | AUTO WHOLESALE BOCA<br>6560 WEST ROGERS CIRCLE<br>SUITE B27<br>BOCA RATON FL 33487-2746 | AUTO WHOLESALE OF BOCA LLC<br>CO JAMES B MILLER PA<br>19 WEST FLAGLER STREET SUITE 416<br>MIAMI FL 33130-4419 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BAL INVESTMENTS<br>1114 ASHTON TRACE<br>ATLANTA  GA 30319-2681 | CHAD ZAKIN<br>CO MARK A LEVY  ESQ<br>BRINKLEY MORGAN<br>100 SE THIRD AVE  23RD FLOOR<br>FORT LAUDERDALE  FL 33394-0002 | CHAPFORD SPECIALTY FINANCE LLC<br>CO JAMES C MOON  ESQUIRE<br>MELAND BUDWICK  PA<br>200 S BISCAYNE BLVD  STE 3200<br>MIAMI  FL 33131-5323 |
| DCG 2008 IRREVOCABLE WEALTH TRUST<br>CO KENNETH J GOODMAN  AS TRUSTEE<br>1001 EAST TELECOM DRIVE<br>BOCA RATON  FL 33431-4422 | DCG TRUST<br>CO KENNY GOODMAN<br>1928 THATCH PALM DRIVE<br>BOCA RATON  FL 33432-7457 | DAVID AMSEL<br>CO BREUER LAW  PLLC<br>6501 CONGRESS AVE  STE 240<br>BOCA RATON  FL 33487-2840 |
| USPS CHANGE<br>EAG WHOLESALE  LLCOLP EAG  LLC<br>CO SIMON  SIGALOS  LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 | ED BROWN<br>152 BEARS CLUB DRIVE<br>JUPITER  FL 33477-4203 | EDVARD DESSALINES<br>6160 KELTY WAY<br>LAKE WORTH  FL 33467-6117 |
| EDWARD M BROWN<br>CO BRETT MARKS  ESQUIRE<br>AKERMAN LLP<br>201 EAST LAS OLAS BLVD<br>SUITE 1600<br>FORT LAUDERDALE  FLORIDA 33301-4439 | FVP OPPORTUNITY FUND III LP<br>CO DAVID SOFTNESS  ESQ<br>201 S BISCAYNE BLVD  SUITE 2740<br>MIAMI  FL 33131-4332 | FVP OPPORTUNITY FUND III  LP<br>CO DAVID SOFTNESS  ESQ<br>201 S BISCAYNE BLVD<br>SUITE 2740<br>MIAMI  FL  33131<br>DAVIDSOFTNESSLAWCOM  33131-4332 |
| FEDEX CORPORATE SERVICES INC<br>3965 AIRWAYS BLVD  MODULE G  3RD FLOOR<br>MEMPHIS  TN 38116-5017 | FIRST CITIZENS BANK  TRUST COMAPNY<br>PO BOX 593007<br>SAN ANTONIO  TX 78259-0200 | FRANKLIN CAPITAL FUNDING  LLC<br>CO BRADLEY S SHRAIBERG  ESQ<br>2385 NW EXECUTIVE CENTER DR  300<br>BOCA RATON  FL 33431-8530 |
| FREDERICK HALL<br>200 N PALM AVE<br>INDIALANTIC  FL 32903-5051 | GEOFFREY THOMAS KEABLE<br>LAWRENCE A CAPLAN  PA<br>1375 GATEWAY BLVD<br>BOYNTON BEACH  FL 33426-8304 | GET BACKED<br>2101 INTERSTATE 35<br>4TH FLOOR<br>AUSTIN  TX 78741-3800 |
| GRAVES DIRECTIONAL DRILLING INC<br>CO KELLEY  FULTON  KAPLAN  ELLER  PL<br>1665 PALM BEACH LAKES BLVD  STE 1000<br>WEST PALM BEACH  FL 33401-2109 | EXCLUDE<br>(D)GRAVES DIRECTIONAL DRILLING  INC<br>CO KELLEY  FULTON  KAPLAN  ELLER  PL<br>1665 PALM BEACH LAKES BLVD  STE 1000<br>WEST PALM BEACH  FL 33401-2109 | GREEN BUCKET INVESTMENTS<br>AARON PARKINSON<br>6700 N ANDREWS AVE 3 FL<br>FT LAUD  FL 33309-2204 |
| HALEY WALKER<br>CO OLIVE JUDD  PA<br>2426 EAST LAS OLAS BLVD<br>FORT LAUDERDALE  FL 33301-1573 | IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY  NJ 07302-3821 | INTEGRATED VEHICLE LEASING INC<br>THERESA A DRISCOLL<br>MORITT HOCK  HAMROFF LLP<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY 11530-3327 |
| JACK BRENNAN<br>GRAYROBINSON  PA<br>301 E PINE STREET  SUITE 1400<br>ORLANDO  FL 32801-2798 | JACK BRENNAN<br>GRAYROBISON  PA<br>301 E PINE STREET  SUITE 1400<br>ORLANDO  FL 32801-2741 | JOHNIE FLOYD WEEMS  III<br>1199 S FEDERAL HIGHWAY  SUITE 423<br>BOCA RATON  FL 33432-7335 |

| | | |
|---|---|---|
| KARMA PALM BEACH INC   KARMA OF BROWARD INC<br>CO HARRY WINDERMAN   ESQ<br>WEISS  HANDLER  CORNWELL   PA<br>2255 GLADES ROAD   SUITE 205E<br>BOCA RATON    FL 33431-7392 | KARMA OF PALM BEACH INC   KARMA OF BROWARD<br>CO HARRY WINDERMAN   ESQ<br>WEISS  HANDLER  CORNWELL   PA<br>2255 GLADES ROAD   SUITE 205E<br>BOCA RATON    FL 33431-7392 | LILLIAN ROBERTS<br>6360 NW 42ND AVENUE<br>COCONUT CREEK   FLORIDA 33073<br>COCONUT CREEK    FL 33073-3262 |
| MXT SOLUTIONS   LLC<br>2101 INTERSTATE 35   4TH FLOOR<br>AUSTIN    TX 78741-3800 | MIKE HALPERIN<br>5820 HARRINGTON WAY<br>BOCA RATON    FL 33496-2511 | MIKE HALPERIN<br>CO PHILIP J LANDAU   ESQ<br>3010 N MILITARY TRAIL   SUITE 318<br>BOCA RATON    FL 33431-6300 |
| MILLCOATWATER   LLC<br>CO D BRETT MARKS   ESQUIRE<br>201 EAST LAS OLAS BLVD - SUITE 1800<br>FORT LAUDERDALE   FLORIDA 33301-4442 | MOSHE FARACHE AND<br>MMS ULTIMATE SERVICES   INC<br>CO JAMES B MILLER   PA<br>19 WEST FLAGLER STREET   SUITE 416<br>MIAMI   FL 33130-4419 | EXCLUDE<br>~~(D)MOSHE FARACHE AND MMS ULTIMATE SERVICES  INC~~<br>~~CO JAMES B MILLER   PA~~<br>~~19 WEST FLAGLER STREET  SUITE 416~~<br>~~MIAMI   FL 33130-4419~~ |
| USPS CHANGE<br>OLP EAG   LLC<br>CO SIMON   SIGALOS   LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL   33431-5862 | OFFICE OF THE US TRUSTEE<br>51 SW 1ST AVE<br>SUITE 1204<br>MIAMI    FL 33130-1614 | EXCLUDE<br>~~(U)PARKINSON HOLDINGS LTD~~<br>~~CO AARON PARKINSON~~<br>~~19 OATLAND ESP   UNIT 26~~<br>~~RUNAWAY BAY QLD 4216~~ |
| EXCLUDE<br>~~(U)PARKINSON SUPER PTY LTD~~<br>~~CO AARON PARKINSON~~<br>~~19 OATLAND ESP   UNIT 26~~<br>~~RUNAWAY BAY QLD 4216~~ | PARKVIEW<br>400 MAIN STREET<br>STAMFORD   CT 06901-3000 | USPS CHANGE<br>PEAK FINANCE   LLC<br>CO SIMON   SIGALOS   LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL   33431-5862 |
| PHIL GORI<br>195 W ALEXANDER PALM ROAD<br>BOCA RATON    FL 33432-8602 | PRESTIGE LUXURY CARS   LLC<br>70 SE 4TH AVE<br>DELRAY BEACH    FL 33483-4514 | PRESTIGE LUXURY MOTORS<br>4301 OAK CIRCLE<br>SUITE 25<br>BOCA RATON    FL 33431 |
| RICHARD APPLEGATE<br>CO JORDAN L RAPPAPORT<br>1300 N FEDERAL HWY 203<br>BOCA RATON    FL 33432-2848 | SAVANNAH ROW<br>30 SE 15TH AVENUE<br>BOCA RATON    FL 33432 | EXCLUDE<br>~~(D)SAVANNAH ROW DEVELOPMENT COMPANY LLC~~<br>~~CO MA DINKIN LAW FIRM   PLLC~~<br>~~3319 SR 7   SUITE 303~~<br>~~WELLINGTON FL 33449-8147~~ |
| SHRAYBER LAND<br>15700 DALLAS PARKWAY   SUITE 11<br>DALLAS   TX 75248-3306 | EXCLUDE<br>~~(D)SHRAYBER LAND   INC~~<br>~~CO JOAQUIN J ALEMANY   ESQ~~<br>~~HOLLAND  KNIGHT LLP~~<br>~~701 BRICKELL AVE   SUITE 3300~~<br>~~MIAMI   FL 33131-2898~~ | SPIN CAPITAL<br>1968 S COAST HIGHWAY<br>SUITE 5021<br>LAGUNA BEACH    CA 92651-3681 |
| STEFANO RIGA<br>CO JORDAN L RAPPAPORT<br>1300 N FEDERAL HWY SUITE 203<br>BOCA RATON    FL 33432-2848 | STEPHEN BREUER<br>BREUER LAW   PLLC<br>6501 CONGRESS AVENUE<br>SUITE 240<br>BOCA RATON    FL 33487-2840 | TBF<br>333 RIVER STREET<br>HOBOKEN   NJ 07030-5856 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TVT<br>1407 BROADWAY<br>NEW YORK  NY 10018-5100 | TVT DIRECT FUNDING LLC<br>65 WEST 36TH STREET  FLOOR 12<br>NEW YORK  NY 10018-7935 | THE GORI FAMILY  LIMITED PARTNERSHIP<br>CO D BRETT MARKS  ESQUIRE<br>AKERMAN LLP<br>201 EAST BROWARD BLVD<br>SUITE 1800<br>FORT LAUDERDALE  FLORIDA 33301 |
| THERESA A DRISCOLL<br>MORITT HOCK  HAMROFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY 11530-3327 | TIMOTHY OLESIJUK<br>CO JOHN D SEGAUL  ESQ<br>300 S PINE ISLAND RD 304<br>PLANTATION FL 33324-2621 | UNITED COMMUNITY BANK DBA SEASIDE BANK<br>AND<br>CRARY BUCHANAN  PA<br>759 SW FEDERAL HIGHWAY  SUITE 106<br>STUART  FL 34994-2972 |
| UNITED HEALTHCARE INSURANCE COMPANY<br>ATTN CDMBANKRUPTCY<br>185 ASYLUM ST-03B<br>HARTFORD CT 06103-3408 | WING LAKE CAPITAL PARTNERS<br>32300 NORTHWESTERN HIGHWAY<br>SUITE 200<br>FARMINGTON HILLS  MI 48334-1501 | ~~EXCLUDE~~<br>~~(D)WOODSIDE CREDIT  LLC~~<br>~~CO ZACH B SHELOMITH  ESQ~~<br>~~2699 STIRLING RD  C401~~<br>~~FORT LAUDERDALE  FL 33312-6598~~ |
| AARON PARKINSON<br>CO JORDAN L RAPPAPORT ESQ<br>1300 N FEDERAL HWY 203<br>BOCA RATON  FL 33432-2848 | ALAN BARBEE<br>1400 CENTERPARK BLVD SUITE 860<br>SUITE 860<br>WEST PALM BEACH  FL 33401-7421 | ALEXEY ALEKSEYEVICH GORODOVA<br>1100 S MIAMI AVENUE<br>APT 1210<br>MIAMI  FL 33130-4164 |
| ANDREW GREENBERG<br>CO JORDAN L RAPPAPORT<br>1300 N FEDERAL HWY 203<br>BOCA RATON  FL 33432-2848 | ANDREW TODD MCNEILL<br>CO PAID A AVRON<br>201 E LAS OLAS BOULEVARD  SUITE 1500<br>FORT LAUDERDALE  FL 33301-4439 | BRADLEY SKOREPA<br>CO BRETT D LIEBERMAN<br>20200 W DIXIE HWY  SUITE 905<br>MIAMI  FL 33180-1926 |
| C WADE BOWDEN<br>777 S FLAGLER DRIVE  SUITE 300<br>WEST PALM BEACH  FL 33401-6167 | CARINA AVILA<br>DMS INC<br>4701 SW 51ST ST<br>DAVIE  FL 33314-5503 | CHAD ZAKIN<br>CO MARK A LEVY<br>100 SE THIRD AVENUE  23RD FLOOR<br>FORT LAUDERDALE  FL 33394-0002 |
| CHRISTOPHER TODD BLUDWORTH<br>CO PAID A AVRON<br>201 E LAS OLAS BOULEVARD  SUITE 1500<br>FORT LAUDERDALE  FL 33301-4439 | DAVID AMSEL<br>CO BREUER LAW  PLLC<br>6501 CONGRESS AVENUE<br>SUITE 240<br>SUITE 240<br>BOCA RATON  FL 33487-2840 | DAVID UNSETH<br>211 NORTH BROADWAY  SUITE 3600<br>ST LOUIS  MO 63102-2726 |
| EDVARD DESSALINES<br>CO JOHN E PAGE<br>2385 NW EXECUTIVE CENTER DR  SUITE 300<br>BOCA RATON  FL 33431-8530 | EDWARD BROWN<br>CO EYAL BERGER<br>201 LAS OLAS BLVD 1800<br>FORT LAUDERDALE  FL 33301-4442 | FREDERICK HALL<br>CUENANT  PENNINGTON PA<br>CO WINSTON CUENANT<br>101 NE 3RD AVENUE<br>SUITE 1500<br>FORT LAUDERDALE  FL 33301-1181 |
| FREDERICK MIDDLETON<br>CO JORDAN L RAPPAPORT ESQ<br>1300 N FEDERAL HWY 203<br>BOCA RATON  FL 33432-2848 | HARRY WINDERMAN<br>HARRY WINDERMAN  ESQ<br>2255 GLADES ROAD<br>SUITE 205E<br>BOCA RATON  FL 33431-7391 | JOHN WITTIG<br>CO EYAL BERGER<br>201 LAS OLAS BLVD 1800<br>FORT LAUDERDALE  FL 33301-4442 |

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names were struck through were not served via First Class USPS Mail Service.

EXCLUDE
(U)JOHNIE FLOYD WEEMS  III          KRISTEN ZANKL                              MICHAEL HALPERIN
                                    16937 PIERRE CIRCLE                        CO PHILIP LANDAU
                                    DELRAY BEACH   FL 33446-3693               LANDAU LAW  PLLC
                                                                               3010 N MILITARY TRAIL
                                                                               SUITE 318
                                                                               BOCA RATON  FL 33431-6300



MOSHE FARACHE                       (P)NICOLE TEST MEHDIPOUR                   PHILIP T GORI
6560 W ROGERS CIRCLE SUIT B27       6278 NORTH FEDERAL HIGHWAY SUITE 408       CO EYAL BERGER
BOCA RATON   FL 33487-2746          FORT LAUDERDALE FL 33308-1916              201 LAS OLAS BLVD 1800
                                                                               FORT LAUDERDALE   FL 33301-4442



RICHARD APPLEGATE                   RICHARD GREENBERG                          SCOTT ZANKL
CO JORDAN L RAPPAPORT               CO JORDAN L RAPPAPORT                      16937 PIERRE CIRCLE
SUITE 203  SQUIRES BUILDING         1300 N FEDERAL HWY 203                     DELRAY BEACH   FL 33446-3693
1300 NORTH FEDERAL HIGHWAY          BOCA RATON   FL 33432-2848
BOCA RATON   FL 33432-2801



STEFANO RIGA                        STEVEN GRAVES                              SVETLANA PETROVNA GORODOVA
CO JORDAN L RAPPAPORT  ESQ          CO KELLEY  FULTON  KAPLAN  ELLER PL        1100 S MIAMI AVENUE
1300 N FEDERAL HWY  STE 203         1665 PALM BEACH LAKES BLVD  STE 1000       APT 1210
BOCA RATON   FL 33432-2848          WEST PALM BEACH   FL 33401-2109            MIAMI   FL 33130-4164



TAREK ABOUALAZZM                    TIM OLESIJUK                               SHRAYBER LAND
CO JORDAN L RAPPAPORT  ESQ          CO JOHN D SEGAUL                           |15700 DALLAS PARKWAY
1300 N FEDERAL HWY  STE 203         300 S PINE ISLAND ROAD  SUITE 304          BOCA RATON, FL 33431
BOCA RATON   FL 33432-2848          PLANTATION   FL 33324-2621
```