

**ORDERED in the Southern District of Florida on February 16, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                                 Case No. 22-12790-EPK

                                                                       Chapter 7

**EXCELL AUTO GROUP, INC.,**

  Debtor.
_____/

**ORDER GRANTING CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE EXPENSES FOR RETRIEVAL AND STORAGE OF VEHICLES**

**THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expense for Retrieval and Storage of Vehicles* [ECF No. 363], (the "Motion"). The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to remit payment from the estate to Document Management Solutions, Inc. in the total sum of $3,700.00 for the retrieval and storage of the vehicles.

# # #

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*