# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION
### www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.,　　　　　　　　CHAPTER 7

　　　　　　　　　　　　　　　　　　　　　Case No.: 22-12790-EPK

　　Debtor.
_____/

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 2091-1(A), Daniel Y. Gielchinsky, Esq. and DGIM Law, PLLC ("DGIM") hereby give notice of withdrawal as counsel for Quad Funding Partners, LLC, a creditor, or party in interest to this case who is no longer a party to any pending contested matter or adversary proceeding. Any future case filings may be served by U.S. Mail to:

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd.
Suite 190
Fort Lauderdale, FL 33309

Date: February 17, 2023.　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**DGIM Law, PLLC**
　　　　　　　　　　　　　　　　　　　　2875 NE 191st Street, Suite 705
　　　　　　　　　　　　　　　　　　　　Aventura, Florida 33180
　　　　　　　　　　　　　　　　　　　　Phone: (305) 763-8708

　　　　　　　　　　　　　　　　　　　　By: /s/ *Daniel Y. Gielchinsky*
　　　　　　　　　　　　　　　　　　　　Daniel Y. Gielchinsky, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 97646
　　　　　　　　　　　　　　　　　　　　dan@dgimlaw.com
　　　　　　　　　　　　　　　　　　　　Isaac M. Marcushamer, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 60373
　　　　　　　　　　　　　　　　　　　　isaac@dgimlaw.com

2

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing was served via CM/ECF Notification to all parties registered to receive electronic notice on this 17th day of February, 2023.

By: /s/*Daniel Y. Gielchinsky*
Daniel Y. Gielchinsky, Esq.
Florida Bar No. 97646
dan@dgimlaw.com