**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                                    Case No.: 22-12790-EPK
                                                                              Chapter 7
EXCELL AUTO GROUP, INC.                                    WEST PALM BEACH DIVISION

Debtor(s).

_____/

**NOTICE OF COMPLIANCE WITH SUBPOENA FOR RULE 2004 EXAMINATION**
**DUCES TECUM OF SCOTT ZANKL**

Interested Party, SCOTT ZANKL, through undersigned counsel files this Notice of

Compliance with the *Subpoena for Rule 2004 Examination Duces Tecum* filed by Franklin Capital

Funding, LLC (DE # 361), and states that he has no responsive documents in his possession,

custody, or control.

Dated: February 20, 2023.                    Respectfully submitted,

                                                              WEISS, HANDLER & CORNWELL, PA
                                                              *Attorneys for Scott Zankl*
                                                              One Boca Place, Suite 205-E
                                                              2255 Glades Road
                                                              Boca Raton, FL 33431
                                                              Telephone: (561) 997-9995

                                                              By: */s/ Harry Winderman*
                                                                     HARRY WINDERMAN, ESQ.
                                                                     Florida Bar No. 209562
                                                                     hw@whcfla.com
                                                                     filings@whcfla.com
                                                                     gg@whcfla.com

**LOCAL RULE 9011-4(B)(1) CERTIFICATION**

I hereby certify that I am admitted to the bar of the United States District Court for the
Southern District of Florida, and I am in compliance with the additional qualifications to practice
in this court set forth in Local Rule 2090-1(A).

                                                    By: */s/ Harry Winderman*
                                                           HARRY WINDERMAN, ESQ.
                                                           FL Bar No. 209562

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on February 20, 2023, I filed the foregoing with the Court by uploading to the CM/ECF system for the United States Bankruptcy Court for the Southern District of Florida and that a true and correct copy was served to all registered parties via Notice of Electronic Filing.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Scott Zankl*
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: */s/ Harry Winderman*
        HARRY WINDERMAN, ESQ.
        Florida Bar No. 209562
        hw@whcfla.com
        filings@whcfla.com
        gg@whcfla.com