UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Case No. 22-12790-EPK
 Chapter 7
EXCELL AUTO GROUP, INC.,

Debtor.
_____/

## SUPPLEMENTAL AFFIDAVIT OF FINANCIAL ADVISOR

STATE OF FLORIDA          )
                          )
COUNTY OF PALM BEACH      )

ALAN R. BARBEE, being duly sworn states:

1. I am a duly licensed Certified Public Accountant in the State of Florida and a Senior Managing Director in the financial advisory and consulting firm of GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("B. Riley Advisory"), with offices at 1400 Centrepark Boulevard, Suite 860, West Palm Beach, FL 33401, abarbee@brileyfin.com. I am familiar with the matters set forth herein and make this affidavit in connection with B. Riley Advisory and my engagement as Financial Advisor for the Trustee.

2. The Trustee has requested B. Riley Advisory and I represent her for the reasons stated in the said application.

3. B. Riley Advisory and I appear in numerous other bankruptcy and state court matters involving many different creditors, attorneys, law firms, trustees, receivers, accountants and financial advisors that may have a connection to this case. For example, we have been retained as Financial Advisor or Accountant to Nicole Testa Mehdipour, Trustee, in other cases. I have retained Alan R. Crane, Esq., Jason S. Rigoli, Esq. and Furr & Cohen P.A., Trustee's

counsel, in cases where I serve as fiduciary. We have been retained by Robert Furr, Trustee and Marc Barmat, Trustee, partners of Furr & Cohen, in their capacity as fiduciary. I have retained Shraiberg & Page, counsel to creditors in this case, as counsel in cases where I serve as a fiduciary. We work on cases for fiduciaries and Debtors where Furr & Cohen, P.A. and Shraiberg & Page are counsel or co-counsel to the same Debtor or fiduciary. We have been retained on cases where Ackerman; Holland & Knight; Berger Singerman; Landau Law; Meland Budwick; Rappaport, Osborne & Rappaport; Bryan Cave represented the same client or fiduciary as our firm. A partner of Fiske & Company, financial advisors to a creditor, is an opposing expert witness in an unrelated state court matter that I am also an expert witness. We do not believe these professional relationships represent a conflict.

4. We recently learned that separate entities owned by the parent company of B. Riley Advisory prepared income tax returns of Auto Wholesale of Boca, LLC (AWB).

5. On February 25, 2021, B. Riley Financial, Inc. (the parent company to B. Riley Advisory) acquired National Holdings Corporation, which owned National Tax and Financial Services, Inc. (National Tax). National Tax prepared the 2020 income tax return of AWB. The 2021 income tax return for AWB was prepared by B. Riley Wealth Tax Services, Inc. f/k/a National Tax, whose parent company is B. Riley Financial, Inc.

6. B. Riley Advisory and the above referenced entities operate independently of each other, and the operating entities do not have access to the client data of each other.

7. B. Riley Advisory and I do not believe these connections present a conflict of interest, but wishes to advise the court of these connections in the interest of full disclosure.

8. Other than the information contained in this Affidavit, to the best of my knowledge, B. Riley Advisory and I do not have nor have B. Riley Advisory or I had any

connection with the Debtor, the Trustee, its affiliates, creditors and any of its attorneys or accountants in matters related to this case or with any person employed in the Office of the U.S. Trustee, as required by Fed. R. Bank ¶ 2014. B. Riley Advisory and I will not represent any other entity having an adverse interest in connection with the case and we are disinterested persons as required by 11 U.S.C. 327(a).

9. Should I or the firm become notified of any conflicts asserted by a party with which the firm has a relationship, I will notify this Court immediately.

10. B. Riley Advisory and I are otherwise well qualified to serve as Financial Advisor for the Trustee for the purpose required. B. Riley Advisory and I have been retained as accountant and financial advisor to render professional services to trustees, debtors, creditors, creditors' committees and others in numerous bankruptcy matters.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ALAN R. BARBEE, CPA

The foregoing instrument was acknowledged before me this 1st day of March 2023, by ALAN R. BARBEE who is personally known to me.

_____
Notary Public, State of Florida

My Commission No.: HH302324
Expires: 8/18/26

AUDREY M GORDON
Notary Public - State of Florida
Commission # HH 302324
My Comm. Expires Aug 18, 2026
Bonded through National Notary Assn.