# Exhibit A

Case 22-12790-EPK    Doc 371-1    Filed 03/24/23    Page 8 of 12

_____