# Exhibit C

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

KENNETH J. GOODMAN AS TRUSTEE OF
THE DCG 2008 IRREVOCABLE WEALTH
TRUST,

        CASE NO.: 502022CA005035XXXXMB

    Plaintiff,        Division: AJ

v.

SCOTT L. ZANKL and KRISTEN ZANKL,

    Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, SCOTT L. ZANKL and KRISTEN ZANKL, through undersigned counsel, file this their Answer and Affirmative Defenses to the Complaint and state:

## ANSWER

1. Defendants admit the allegations contained in paragraphs 1-5 of the Complaint.

2. Defendants deny the allegations contained in paragraphs 6-30 of the Complaint.

3. Defendants deny all allegations of the Complaint not specifically admitted.

## AFFIRMATIVE DEFENSES

4. As a first affirmative defense, Defendants state that Plaintiff's loan is civilly and/or criminally "USURIOUS" pursuant to Chapter 687, including § 687.02(1), §687.03, §687.04, §687.05, §687.06, §687.071, §687.08, §687.125, §687.145 and §687.146, Florida Statutes, and subject to the penalties set forth therein, including loss of interest, payment of double interest, and unenforceability of the Loan Agreement in the Florida courts.  Interest charged in excess of the legal rate constitutes a usurious loan.  The elements of a usurious loan are the following:

    A.    A loan, either expressed or implied;

B.      An understanding that the money must be repaid;

C.      In consideration of the loan, a greater rate of interest than is allowed by law is paid or agreed to be paid by the borrower; and

D.      There is an intent to charge a usurious rate, sometimes referred to as corrupt intent.

WHEREFORE, Defendants, SCOTT L. ZANKL and KRISTEN ZANKL, respectfully request that the Court dismiss this action, award all costs to which Defendants are entitled and any other relief the Court deems just and proper.

> WEISS, HANDLER & CORNWELL, PA
> *Attorneys for Defendants*
> 2255 Glades Road, Suite 205E
> Boca Raton, FL 33431
> Telephone: (561) 997-9995
>
> By: s/Henry B. Handler
>     HENRY B. HANDLER, ESQ.
>     Florida Bar No. 259284
>     hbh@whcfla.com
>     jn@whcfla.com
>     filings@whcfla.com
>     HARRY WINDERMAN, ESQ.
>     Florida Bar No. 209562
>     hw@whcfla.com
>     gg@whcfla.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished in compliance with Fla. R. Jud. Admin. 2.516 via eService Portal to all registered parties and counsel, on this 16th day of June 2022.

                              WEISS, HANDLER & CORNWELL, PA
                              *Attorneys for Defendants*
                              2255 Glades Road, Suite 205E
                              Boca Raton, FL 33431
                              Telephone: (561) 997-9995

                              By: s/Henry B. Handler
                                  HENRY B. HANDLER, ESQ.
                                  Florida Bar No. 259284
                                  hbh@whcfla.com
                                  jn@whcfla.com
                                  filings@whcfla.com
                                  HARRY WINDERMAN, ESQ.
                                  Florida Bar No. 209562
                                  hw@whcfla.com
                                  gg@whcfla.com