# Exhibit G

_____

_____
    _____

(the "_____ _____")

_____



502022CA005035XXXXMB    01/29/2023
Maxine Cheesman
Circuit Judge