**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE.

EXCELL AUTO GROUP, INC.           Case No.: 22-12790-EPK
                                                    Chapter 7

Debtor.

_____/

**CREDITOR, KENNETH GOODMAN, AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF WITHDRAWAL IN THIS MAIN BANKRUPTCY CASE OF ITS MISTAKENLY FILED NOTICE OF FILING AND REQUEST FOR THE TAKING OF JUDICIAL NOTICE OF ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT IN PALM BEACH COUNTY CIRCUIT COURT CASE NO. 50-2022-CA-005035-XXXX-MB OF KENNETH J. GOODMAN, AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST V. SCOTT ZANKL AND KRISTEN ZANKL IN THIS CASE (D.E. 372)**

Creditor, and Defendant in Intervention, Kenneth J. Goodman ("Goodman"), as Trustee of the DCG 2008 Irrevocable Wealth Trust ("DCG" or the "Trust"), by and through undersigned counsel, hereby files this its Notice of Withdrawal of its Notice of filing of an Order Granting DCG's Motion for Partial Summary Judgment mistakenly filed in this main bankruptcy case under Docket Entry 372, rather than in Adv. Case No. 23-01065-EPK, the filing of which has now been corrected and been filed in that adversary case under Docket Entry 6.

Dated: April 5, 2023           /s/ Ivan J. Reich
                                      Ivan J. Reich (FBN: 778011)
                                      NASON, YEAGER, GERSON, HARRIS
                                         & FUMERO, P.A.
                                      750 Park of Commerce Blvd, Suite 210
                                      Boca Raton, FL 33487
                                      Tel: (561) 982-7114
                                      Fax: (561) 982-7116
                                      Email: ireich@nasonyeager.com
                                                      msmith@nasonyeager.com
                                      *Attorneys for Creditor*
                                      *the DCG 2008 Irrevocable Wealth Trust*

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that on this 5th day of April, 2023, a true and accurate copy of the foregoing has been furnished to the Clerk of the Court using CM/ECF electronic service. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case,

                                            */s/ Ivan J. Reich*
                                            *Attorneys for Creditor,*
                                            *the DCG 2008 Irrevocable Wealth Trust*