**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

IN RE.

EXCELL AUTO GROUP, INC.

Debtor.
_____/

Case No.: 22-12790-EPK
Chapter 7

Kenneth J. Goodman, as Trustee
of the DCG 2008 Irrevocable
Wealth Trust,

    Plaintiff,

v.

(Fla. 15th Judicial Circuit Court
(Palm Beach) Case No. 50-2022-
CA-005035-XXXX-MB)

Scott Zankl and Kristen Zankl,

    Defendants.
_____/

Nicole Testa Mehdipour,
as the Chapter 7 Trustee of
Excell Auto Group, Inc.

Adv. Case No. 23-01065-EPK

    Plaintiff in Intervention,

v.

Kenneth J. Goodman, as Trustee
of the DCG 2008 Irrevocable
Wealth Trust, Scott Zankl and Kristen Zankl,

    Defendants in Intervention.

_____/

**DEFENDANT IN INTERVENTION, KENNETH GOODMAN, AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF FILING DEFENDANTS IN INTERVENTION, SCOTT ZANKL AND KRISTEN ZANKL'S ANSWER THEY FILED IN THE STATE COURT ACTION TO THE NOW REMOVED**

## INTERVENTION COMPLAINT, AFTER THE LATTER HAD BEEN REMOVED TO THIS BANKRUPTCY COURT

Defendant in Intervention, Kenneth J. Goodman ("Goodman"), as Trustee of the DCG 2008 Irrevocable Wealth Trust ("DCG" or the "Trust"), by and through undersigned counsel, files with this Bankruptcy Court the attached Answer filed on March 27, 2023 by Defendants in Intervention, Scott Zankl and Kristen Zankl (the "Zankls") to Nicole Testa Mehdipour, as the Chapter 7 Trustee ("Excell"s Chapter 7 Trustee") of Excell Auto Group, Inc.'s ("Excell", "Debtor" or "Obligor") Complaint in Intervention (the "Intervention Complaint"), with the Palm Beach Circuit Court within the pending action on a Complaint (the "Zankl Guarantee Complaint") brought by DCG, as Plaintiff, against Debtor's non-debtor principals, the Zankls, as Defendants, upon their absolute and unconditional guarantees of Debtor's obligations due and owing to the Trust, in Case No. 50-2022-Ca-005035-XXXX-MB (the "State Court Zankl Guarantee Action"), which was filed by the Zankls in the State Court Zankl Guarantee Action after the Intervention Complaint had already been removed by DCG to this Bankruptcy Court on March 23, 2023 (D.E. 1).

Dated:  April 7, 2023      /s/ Ivan J. Reich
                                      Ivan J. Reich (FBN:  778011)
                                      NASON, YEAGER, GERSON, HARRIS
                                         & FUMERO, P.A.
                                      750 Park of Commerce Blvd, Suite 210
                                      Boca Raton, FL  33487
                                      Tel:  (561) 982-7114
                                      Fax:  (561) 982-7116
                                      Email:  ireich@nasonyeager.com
                                                 msmith@nasonyeager.com
                                      *Attorneys for Creditor, and Defendant in Intervention,*
                                      *the DCG 2008 Irrevocable Wealth Trust*

## **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that on this 7th day of April, 2023, a true and accurate copy of the foregoing has been furnished to the Clerk of the Court using CM/ECF electronic service. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case, and to (a) the Zankls and the Zankls' Counsel via email through the Zankls' Counsel, Harry Winderman, Esq., Weiss, Handler & Cornwell, P.A., 2255 Glades Road, Suite 205E, Boca Raton, Florida 33431, at **HW@whcfla.com**, and (b) the Excell Trustee, and the Excell Trustee's Counsel via email, Michael C. Foster, Esq., Young Foster PLLC, 1600 South Federal Highway, Suite 570 Pompano Beach, Florida 33062, at michael@youngfoster.com,

                         /s/ Ivan J. Reich
                         *Attorneys for Creditor, and Defendant in Intervention, the DCG 2008 Irrevocable Wealth Trust*

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT,
IN AND FOR PALM BEACH COUNTY, FLORIDA

KENNETH J. GOODMAN AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST,

        Plaintiff,

v.

SCOTT L. ZANKL and KRISTEN ZANKL,

        Defendants.
_____/

CASE NO.: 502022CA005035XXXXMB

Division: AJ

## DEFENDANTS' ANSWER TO COMPLAINT IN INTERVENTION

Defendants, SCOTT L. ZANKL and KRISTEN ZANKL, through undersigned counsel, file this their Answer to the Complaint in Intervention and state as follows:

### NATURE OF THE ACTION

1. Admitted.
2. Admitted.
3. Admitted.

### JURISDICTION AND VENUE

4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.

### GENERAL ALLEGATIONS

8. Admitted.
9. Admitted.
10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

## CAUSE OF ACTION

29. Defendants re-allege and incorporate paragraphs 1-28 above as if fully set forth herein.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. Admitted.

38. Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

        WEISS, HANDLER & CORNWELL, PA
*Attorneys for Defendants*
2255 Glades Road, Suite 205E
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: */s/Harry Winderman*
    HENRY B. HANDLER, ESQ.
    Florida Bar No. 259284
    hbh@whcfla.com
    jn@whcfla.com
    filings@whcfla.com
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    gg@whcfla.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished in compliance with Fla. R. Jud. Admin. 2.516 via eService Portal to all registered parties and counsel, on this 27th day of March 2023.

WEISS, HANDLER & CORNWELL, PA
*Attorneys for Defendants*
2255 Glades Road, Suite 205E
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: */s/Harry Winderman*
    HENRY B. HANDLER, ESQ.
    Florida Bar No. 259284
    hbh@whcfla.com
    jn@whcfla.com
    filings@whcfla.com
    HARRY WINDERMAN, ESQ.
    Florida Bar No. 209562
    hw@whcfla.com
    gg@whcfla.com