UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE.

EXCELL AUTO GROUP, INC.          Case No.:  22-12790-EPK
                                  Chapter 7
Debtor.
_____/

**CREDITOR, KENNETH GOODMAN, AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF WITHDRAWAL IN THIS MAIN BANKRUPTCY CASE OF ITS MISTAKENLY FILED NOTICE OF FILING DEFENDANT IN INTERVENTION, KENNETH GOODMAN, AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF FILING DEFENDANTS IN INTERVENTION, SCOTT ZANKL AND KRISTEN ZANKL'S ANSWER THEY FILED IN THE STATE COURT ACTION TO THE NOW REMOVED NTERVENTION COMPLAINT, AFTER THE LATTER HAD BEEN REMOVED TO THIS BANKRUPTCY COURT (D.E. 374)**

Creditor, and Defendant in Intervention, Kenneth J. Goodman ("Goodman"), as Trustee of the DCG 2008 Irrevocable Wealth Trust ("DCG" or the "Trust"), by and through undersigned counsel, hereby files this its Notice of Withdrawal of its Notice Of Filing Defendant In Intervention, Kenneth Goodman, As Trustee Of The DCG 2008 Irrevocable Wealth Trust's Notice Of Filing Defendants In Intervention, Scott Zankl And Kristen Zankl's Answer They Filed In The State Court Action To The Now Removed Intervention Complaint, After The Latter Had Been Removed To This Bankruptcy Court under Docket Entry 374, rather than in Adv. Case No. 23-01065-EPK, the filing of which has now been corrected and been filed in that adversary case under Docket Entry 6.

Dated:  April 7, 2023              /s/ Ivan J. Reich
                                    Ivan J. Reich (FBN:  778011)
                                    NASON, YEAGER, GERSON, HARRIS
                                       & FUMERO, P.A.
                                    750 Park of Commerce Blvd, Suite 210
                                    Boca Raton, FL  33487
                                    Tel:  (561) 982-7114
                                    Fax:  (561) 982-7116
                                    Email:  ireich@nasonyeager.com
                                              msmith@nasonyeager.com
                                    *Attorneys for Creditor*
                                    *the DCG 2008 Irrevocable Wealth Trust*

**CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that on this 7th day of April, 2023, a true and accurate copy of the foregoing has been furnished to the Clerk of the Court using CM/ECF electronic service. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case,

       /s/ Ivan J. Reich
*Attorneys for Creditor,*
*the DCG 2008 Irrevocable Wealth Trust*