UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

## MOTION FOR AUTHORITY TO DELIVER TITLE

Nicole Testa Mehdipour ("**Trustee**"), Chapter 7 trustee in the above captioned bankruptcy case (the **"Bankruptcy Case"**), pursuant to § 105(a) of the Bankruptcy Code[1], moves this Court for entry of an Order authorizing the Trustee to deliver title to a 2012 Toyota FJ Cruiser, VIN JTEZU4BF4CK012581 (the "Vehicle"), to Silvana Borrega who purchased the Vehicle and has subsequently paid all amounts due under the financing agreement with the Debtor to the Trustee for the Debtor's estate. In support the Trustee states:

### JURISDICTION OF VENUE

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§157 and 1334. The subject matter of this Motion is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### FACTUAL AND PROCEDURAL BACKGROUND

**A. Pertinent Pre-Petition Events**

2. November 4, 2020, Ms. Borrega purchased the Vehicle from the Debtor for $15,522.96, with 11,606.56 being financed by the Debtor for 36 months at 5% interest, and monthly installments of $347.86.

---

[1] 11 U.S.C. §§ 101, *et. seq.*

1

B. **Post- Petition Payment of the Principal and Accrued Interest**

3. As of the petition date, Ms. Borrega had a balance of $5,922.54 due to the Debtor, which Ms. Borrega has paid to the Trustee. On March 27, 2023, Ms. Borrega made a lump sum payment of $2,443.94, to satisfy the outstanding principal and accrued interest balance. Attached as **Exhibit 1** is a schedule showing the receipt of the note payments received by the Trustee.

4. The Debtor did not schedule the note receivable on its Schedule A/B or any amendments. *See* ECF No. 36, p. 8; ECF No. 78, p. 7; and ECF No. 185, p. 7.

C. **Relief Requested**

5. The Trustee now seeks authority to transfer to Ms. Borrega the title to the Vehicle. Ms. Borrega has paid the loan in full and is entitled to the title free and clear of the lien placed upon the certificate of title by the Debtor.

**WHEREFORE**, the Trustee respectfully requests that this Honorable Court enter an order: (i) granting the Motion; (ii) authorizing the Trustee to deliver the clear certificate of title to Ms. Borrega; and (iii) granting such other and further relief as this Court deems just and proper. Respectfully submitted this 21th day of April 2023.

> FURR AND COHEN, P.A.
> *Special Counsel to the Excell Trustee*
> 2255 Glades Road, Suite 419A
> Boca Raton, Florida 33431
> (561) 395-0500
> (561) 338-7532 - facsimile
>
> By */s/ Jason S. Rigoli*
>     Alan R. Crane, Esq.
>     Florida Bar No. 963836
>     E-mail: acrane@furrcohen.com
>     Jason S. Rigoli, Esq.
>     Florida Bar No. 91990
>     E-mail: jrigoli@furrcohen.com

**Exhibit "1"**

| Date | Paid To/From | | Receipt |
|---|---|---|---|
| | Excell Auto Group, Inc., Case No. 22-12790-EPK | | |
| | Payments Received on Borrega Note | | |
| 6/22/2022 | SW Car Wash Corp | | $347.86 |
| 6/22/2022 | SW Car Wash Corp | | $347.86 |
| 11/15/2022 | SW CAR WASH CORP | | $347.86 |
| 11/15/2022 | SW CAR WASH COR | | $347.86 |
| 11/15/2022 | SW CAR WASH COR | | $347.86 |
| 11/15/2022 | SW CAR WASH COR | | $347.86 |
| 11/15/2022 | SW CAR WASH COR | | $347.86 |
| 12/16/2022 | SW Car Wash Corp | | $347.86 |
| 2/1/2023 | SW CAR WASH COR | | $347.86 |
| 3/3/2023 | SW Car Wash Corp | | $347.86 |
| 3/27/2023 | SW CAR WASH COR | | $2,443.94 |
| | **Total Received** | | **$5,922.54** |