**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-12790 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | Date Filed (f) or Converted (c): | 04/08/2022 (f) |
| For the Period Ending: | 03/31/2023 | §341(a) Meeting Date: | 05/13/2022 |
| | | Claims Bar Date: | 06/27/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Petty Cash/Change (u) | $0.00 | $19.45 | | $19.45 | FA |
| 2 | 2019 Mercedes Sprinter | $115,000.00 | Unknown | | $0.00 | Unknown |
| 3 | Peter-built flatbed | $90,000.00 | $75,000.00 | | $75,700.00 | FA |
| 4 | Box truck | $145,000.00 | Unknown | | $0.00 | Unknown |
| 5 | Jetskis (2) | $20,000.00 | $20,000.00 | | $12,800.00 | FA |
| 6 | Service Shop equipment | $1,000,000.00 | Unknown | | $0.00 | Unknown |
| 7 | Cause of Action Spin Capital/Hibar Overpayment 562,000.00 | $562,000.00 | Unknown | | $0.00 | Unknown |
| 8 | Funds Held in Filing Cabinet (u) | $0.00 | $138.00 | | $138.00 | FA |
| 9 | Funds endorsed to Trustee by R. Applegate from garnished funds (u) | $0.00 | $143,386.53 | | $143,386.53 | FA |
| 10 | Florida Blue 2021 Premium Rebate (u) | $0.00 | $1,483.86 | | $1,483.86 | FA |
| 11 | American Hauler SIlver Hawk (u) | $0.00 | $14,000.00 | | $14,000.00 | FA |
| 12 | 2020 International MV607 (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 13 | 2008 Freightliner M2 (u) | $0.00 | $93,100.00 | | $93,100.00 | FA |
| 14 | 2022 Moke eMoke VIN No.: 5YNWAHBG9NS083121 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandonment filed ECF #303 | | | | | |
| 15 | 2022 Moke eMoke VIN No.: 5YNWAHBG0NS083122 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Abandonment filed ECF #303 | | | | | |
| 16 | Accounts Receivables (u) | $148,000.00 | Unknown | | $0.00 | Unknown |
| 17 | 8 white chairs; 4 stools; 1 roller desk; 3 desk chairs; 1 white desk and 1 sofa/sectional (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed ECF #223 | | | | | |
| 18 | Note Receivable / Vehicle Toyota Cruizer (u) | $0.00 | $4,878.86 | | $5,922.54 | FA |
| 19 | ADP Tax Service Refund (u) | $0.00 | $42.00 | | $42.00 | FA |
| 20 | Security Deposit Refund (u) | $0.00 | $16,000.00 | | $16,000.00 | FA |
| 21 | Turnover of Storage Costs of Moke vehicles (u) | $0.00 | $3,700.00 | | $3,700.00 | FA |
| Asset Notes: | Per Court Order ECF #321 | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-12790 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Case Name: | EXCELL AUTO GROUP, INC. | | | Date Filed (f) or Converted (c): | 04/08/2022 (f) |
| For the Period Ending: | 03/31/2023 | | | §341(a) Meeting Date: | 05/13/2022 |
| | | | | Claims Bar Date: | 06/27/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22  Storage shelving (affixed), installed/hardwired cameras, storage cabinets, kitchen cabinets (affixed), appliances, bar height tables, miscellaneous furniture and décor, computer desks/hutches, reception desk, filing cabinets, waiting and office chairs, small love seats/settees, monitors, billiards table and several cue sticks, printers, desk and office supplies, general supplies, miscellaneous auto parts and tools, garbage cans, marketing and promotional materials and supplies, large white screen (affixed), basketball hoop, miscellaneous blank forms, Karma display signs, and personal items of former officers/directors.   (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| 23  2018 BMW 7601 VIN ENDING 4866 | $0.00 | Unknown | | $0.00 | Unknown |
| 24  2021 Aeir Build LLC VIN Ending 3050   (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:    Pending Motion ECF #378 to Approve Settlement to T/O Trailer to Ed Brown | | | | | |
| 25  2016 Rhino Vin Ending 9768   (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 26  2013 Dodge Ram Vin Ending 8303   (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 27  2019 Mercedes Sprinter   (u) | $0.00 | Unknown | | $0.00 | Unknown |
| 28  2020 Custom Ferrari Motorcycle Vin Ending 0885 (OCC Custom Enzo Ferrari Themed Bike)   (u) | $0.00 | Unknown | | $0.00 | Unknown |
| Asset Notes:    Settlement pending at ECF 376 for trustee to administer motorcycle | | | | | |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 22-12790 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | | Date Filed (f) or Converted (c): | 04/08/2022 (f) |
| For the Period Ending: | 03/31/2023 | | | §341(a) Meeting Date: | 05/13/2022 |
| | | | | Claims Bar Date: | 06/27/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29 | 2021 Moke Light Blue VIN 4C9WAHBG0MS092505; 2019 Chevrolet Camaro ZL1 Yellow/Green VIN G1FK1R67K0150099; 2020 Karma Revero Orange VIN 50G6E4SSXMA000060; 2020 Karma Revero Burgundy VIN 50GK43SBXLA000070; 2020 Karma Revero Grey VIN 50GK43SB6LA000129; 2020 Karma Revero Silver VIN 50GK43SB2LA000094; 2020 Karma Revero White VIN 50GK43SB7LA000074; 2020 Karma Revero Blue VIN 50GK43SB4LA000033; 2018 Karma Revero Red VIN 50GK41SA2JA000170; 2021 Karma Revero Black/Blue VIN 50G6E4SS7MA000047; 2022 Karma Revero Blue VIN 50G6E4SS9NA000066; 2022 Honda MC Grey VIN JH2AF5813NK900455; 2022 Honda MC White VIN JH2AF5818NK900516; 2022 Honda MC White VIN JH2AF5815NK900537; 1968 Ford Mustang Blue/White VIN 8F02C131515; (u) | $0.00 | $0.00 | OA | $0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $2,080,000.00 | $371,748.70 | | $366,292.38 | $0.00 |

**Major Activities affecting case closing:**

04/23/2023    Motion for Authority to Deliver Title; ECF #382 filed, pertaining to asset 18.  Hearing scheduled for 05/10/2023.

| Case No.: | 22-12790 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | | Date Filed (f) or Converted (c): | 04/08/2022 (f) |
| For the Period Ending: | 03/31/2023 | | | §341(a) Meeting Date: | 05/13/2022 |
| | | | | Claims Bar Date: | 06/27/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 04/15/2023 | The Trustee and her professionals have been investigating the very complicated financials of the Debtor, Excell Auto Group, Inc. In addition to the Debtor's bankruptcy case, there is a related subchapter V chapter 11 bankruptcy case, In re Auto Wholesale of Boca, LLC, 22-15627-EPK, pending before the bankruptcy court and multiple adversary proceedings, some of which the Trustee and the Excell estate have been participating in due to intertwined relationships between the debtor entities, their principals and various insiders and affiliates of both. In addition, there are multiple lawsuits pending in state courts in Florida, New Jersey, and Texas, in which the Trustee has had to take certain actions to ensure that the estate's claims against some of the parties to those cases were fully preserved. These state court lawsuits involved the Debtor's principals, the Zankls and their related entities and had overlap with the Debtor Excell. The Debtor used multiple bank accounts at multiple banking institutions over its lifetime and circulated monies through and among the accounts as needed.<br><br>The Trustee's accountants have been reconstructing the banking activity along with the business of the Debtor for several years prior to the bankruptcy filing. The Trustee and her counsel have issued several subpoenas to various financial institutions, MCA companies, and private lenders to gather as much financial information about the Debtor as possible along with discovery related to potential causes of action against some of these financial institutions and lenders and have taken multiple 2004 examinations taken in this case with several exams that have been paused but not yet concluded.<br><br>The Trustee and her professionals have been investigating the Debtor's records regarding several vehicles in the Trustee's possession to determine what, if any, other parties may have any liens, claims, encumbrances, or interests in the vehicle. There are multiple allegations of fraudulent sales, title fraud, multiple financings, etc. The Trustee and her professionals have a massive amount of electronic data and hard files in their possession, and the Debtor's records were not pristine.<br><br>The Trustee has reached 2 settlements in this case. The first with Aaron Parkinson and Frederick Middleton, which was filed on April 10, 2023, on negative notice. This will clear up a dispute related to custom 2014 OCC Ferrari Motorcycle, wherein the Trustee will be able to sell the motorcycle and split the net sale proceeds: with the Trustee receiving 50% and Parkinson and Middleton, jointly, receiving 50%. The second settlement is with Ed Brown. Ed Brown's settlement was filed on April 14, 2023, and is set for preliminary hearing on May 10, 2023. This settlement, if approved, will bring in $600,000.00, plus at least $200,000 in litigation funding, and potential for substantially more as Mr. Brown is required to liquidate his Class A and Class D shares in SH Parent, Inc., dba Parallel, which Mr. Brown originally acquired for $5MM in 2019.<br><br>The Trustee and her professionals are continuing to investigate other causes of action against various parties and have been preparing litigation throughout the pendency of this bankruptcy case. The Trustee and her professional anticipate filing multiple adversary proceedings in the near future alleging various causes of action, including but not limited to avoidance actions, fraud claims, usury, breaches of fiduciary duty, and others.<br><br>Throughout the pendency of the case, claims are being reviewed. |
| 03/31/2023 | Extension for tax returns filed. |
| 03/31/2023 | Trustee is investigating and analyzing asset nos. 23, 25, and 26. |
| 03/10/2023 | Trustee and Special Counsel investigating and pursuing avoidance actions against the DCG 2008 Irrevocable Trustee and affiliates. Litigation is underway. |
| 05/09/2022 | Trustee has secured assets, filed a notice of abandonment of certain vehicles, fielded voluminous inquiries, executed several subpoenas for bank records, reviewed and analyzed voluminous documentation, conducted research, conducted interviews of former employees, customers, investors, secured and unsecured creditors, principals, and hired general and special counsel. Further, the Trustee is retaining a proposed financial advisor.<br><br>341 Meeting of Creditors is scheduled for 5/13/2022 at 8:30 am. |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-12790 | | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | | Date Filed (f) or Converted (c): | 04/08/2022 (f) |
| For the Period Ending: | 03/31/2023 | | | §341(a) Meeting Date: | 05/13/2022 |
| | | | | Claims Bar Date: | 06/27/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Initial Projected Date Of Final Report (TFR):   06/30/2025          Current Projected Date Of Final Report (TFR):

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE
NICOLE TESTA MEHDIPOUR, TRUSTEE

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 22-12790 | **Trustee Name:** | Nicole Testa Mehdipour, Trustee | |
| **Case Name:** | EXCELL AUTO GROUP, INC. | **Bank Name:** | Veritex Community Bank | |
| **Primary Taxpayer ID #:** | **-***4450 | **Checking Acct #:** | ******9001 | |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | | |
| **For Period Beginning:** | 04/01/2022 | **Blanket bond (per case limit):** | $52,222,000.00 | |
| **For Period Ending:** | 03/31/2023 | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2022 | (8) | Cash (from Debtor's file cabinet) | Funds left in filing cabinet | 1229-000 | $138.00 | | $138.00 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.09 | $137.91 |
| 05/26/2022 | (9) | Richard Applegate endorsed cashiers check | as per agreement with R. Applegate to return garnished estate funds. | 1229-000 | $143,386.53 | | $143,524.44 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $44.99 | $143,479.45 |
| 06/22/2022 | (18) | SW Car Wash Corp | Motion for Authority to Deliver Title filed; Order Pending<br>note: both checks received at the same time through mail forward | 1221-000 | $347.86 | | $143,827.31 |
| 06/22/2022 | (18) | SW Car Wash Corp | Motion for Authority to Deliver Title filed; Order Pending<br><br>note: both checks received at the same time through mail forward | 1221-000 | $347.86 | | $144,175.17 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $224.38 | $143,950.79 |
| 07/07/2022 | (19) | ADP TAX FILING SERVICE | ADP Refund | 1229-000 | $42.00 | | $143,992.79 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $232.34 | $143,760.45 |
| 07/30/2022 | (5) | DMS. Inc | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>SeaDoo 155 | 1129-000 | $4,600.00 | | $148,360.45 |
| 07/30/2022 | (5) | DMS. Inc | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #2122019 Sea Doo GTX | 1129-000 | $8,200.00 | | $156,560.45 |
| 08/08/2022 | 3001 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo GTX | 3630-000 | | $820.00 | $155,740.45 |

**SUBTOTALS**   $157,062.25   $1,321.80

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| **Case No.** 22-12790 | **Trustee Name:** | Nicole Testa Mehdipour, Trustee |
| **Case Name:** EXCELL AUTO GROUP, INC. | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** **-***4450 | **Checking Acct #:** | ******9001 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 04/01/2022 | **Blanket bond (per case limit):** | $52,222,000.00 |
| **For Period Ending:** 03/31/2023 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2022 | 3002 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo GTX | 3640-000 | | $475.00 | $155,265.45 |
| 08/08/2022 | 3003 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo Wake | 3630-000 | | $460.00 | $154,805.45 |
| 08/08/2022 | 3004 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo Wake | 3640-000 | | $475.00 | $154,330.45 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $250.31 | $154,080.14 |
| 09/15/2022 | 3005 | Document Management Systems DMS | Per Order Granting Motion to Pay Administrative Expenses; ECF #250 | 2990-000 | | $4,865.00 | $149,215.14 |
| 09/15/2022 | 3006 | OneSource Technologies | Per Court Order Granting Motion to Pay Administrative Expense; ECF #251 | 2990-000 | | $1,137.50 | $148,077.64 |
| 09/19/2022 | 3006 | STOP PAYMENT: OneSource Technologies | CHECK REISSUED AS THE CHECK WAS DAMAGED UPON RECEIPT BY ONESOURCE<br><br>Per Court Order Granting Motion to Pay Administrative Expense; ECF #251 | 2990-004 | | ($1,137.50) | $149,215.14 |
| 09/19/2022 | 3007 | OneSource Technologies | CHECK REISSUED AS THE CHECK WAS DAMAGED UPON RECEIPT BY ONESOURCE<br><br>Per Court Order Granting Motion to Pay Administrative Expense; ECF #251 | 2990-000 | | $1,137.50 | $148,077.64 |
| 09/20/2022 | (10) | Florida Blue | | 1229-000 | $1,483.86 | | $149,561.50 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $253.87 | $149,307.63 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $225.39 | $149,082.24 |
| 11/15/2022 | (18) | SW CAR WASH CORP | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $149,430.10 |
| | | | **SUBTOTALS** | | **$1,831.72** | **$8,142.07** | |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| Case No. | 22-12790 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2022 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Turnover to be filed | 1221-000 | $347.86 | | $149,777.96 |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $150,125.82 |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $150,473.68 |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $150,821.54 |
| 11/22/2022 | (20) | Automatic Data Processing | Refund of security deposit | 1229-000 | $16,000.00 | | $166,821.54 |
| 11/23/2022 | 3008 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100259250 09/01/2022-09/30/2022 | 3991-000 | | $20,286.04 | $146,535.50 |
| 11/23/2022 | 3009 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100252394 08/01/2022-08/31/2022 | 3991-000 | | $2,229.50 | $144,306.00 |
| 11/23/2022 | 3010 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Retainer | 3991-000 | | $15,000.00 | $129,306.00 |
| 11/29/2022 | (21) | Scott Zankl | Per Court Order dated 11/22/22; ECF #321 | 1290-000 | $3,700.00 | | $133,006.00 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $242.14 | $132,763.86 |
| 12/05/2022 | (3) | DMS, Inc. | Per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #332. | 1129-000 | $75,700.00 | | $208,463.86 |
| 12/05/2022 | (11) | DMS. Inc. | Auctioneer for Trustee per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #335 (2016 American Hauler Silver Hawk) | 1229-000 | $14,000.00 | | $222,463.86 |
| 12/05/2022 | (13) | DMS, Inc. | Per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #334. | 1229-000 | $93,100.00 | | $315,563.86 |

**SUBTOTALS** $203,891.44 $37,757.68

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| Case No. | 22-12790 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2022 | 3011 | Document Management Systems DMS | Auctioneer for Trustee Fees per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #335 (2016 American Hauler Silver Hawk) | 3630-000 | | $1,400.00 | $314,163.86 |
| 12/05/2022 | 3012 | Document Management Systems DMS | Auctioneer for Trustee Expenses per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #335 (2016 American Hauler Silver Hawk) | 3640-000 | | $1,200.00 | $312,963.86 |
| 12/05/2022 | 3013 | Document Management Systems DMS | Auctioneer for Trustee Expenses per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #334 (2008 Freightliner M2) | 3640-000 | | $1,990.00 | $310,973.86 |
| 12/05/2022 | 3014 | Document Management Systems DMS | Auctioneer for Trustee Fees per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 (2008 Freightliner M2) | 3630-000 | | $9,310.00 | $301,663.86 |
| 12/05/2022 | 3015 | Document Management Systems DMS | Auctioneer for Trustee Expenses per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 (2017 Peterbilt 337) | 3640-000 | | $1,200.00 | $300,463.86 |
| 12/05/2022 | 3016 | Document Management Systems DMS | Auctioneer for Trustee Fees per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF 332. (2017 Peterbilt 337) | 3630-000 | | $7,570.00 | $292,893.86 |
| 12/09/2022 | 3017 | Ally Financial | Per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 Payoff of 2017 Peterbilt | 4110-000 | | $13,468.25 | $279,425.61 |
| 12/16/2022 | (18) | SW Car Wash Corp | Motion for Turnover to be filed received late - receivable | 1221-000 | $347.86 | | $279,773.47 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $483.08 | $279,290.39 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $452.79 | $278,837.60 |
| 02/01/2023 | (18) | SW CAR WASH COR | | 1221-000 | $347.86 | | $279,185.46 |
| | | | **SUBTOTALS** | | **$695.72** | **$37,074.12** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| Case No. | 22-12790 | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2022 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/17/2023 | 3018 | Document Management Systems DMS | Per Order Granting Motion to Pay Administrative Expense for Retrieval and Storage of Vehicles; ECF #366 | 2410-000 | | $3,700.00 | $275,485.46 |
| 02/24/2023 | 3019 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100263120 10/01/2022-10/31/2022 | 3991-000 | | $8,700.71 | $266,784.75 |
| 02/24/2023 | 3020 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100266678 11/01/2022-11/30/2022 | 3991-000 | | $1,199.82 | $265,584.93 |
| 02/24/2023 | 3021 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100271930 12/01/2022-12/31/2022 | 3991-000 | | $568.00 | $265,016.93 |
| 02/24/2023 | 3022 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100275216 01/01/2023-01/31/2023 | 3991-000 | | $902.50 | $264,114.43 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $405.94 | $263,708.49 |
| 03/03/2023 | (18) | SW Car Wash Corp | Motion for Turnover to be filed | 1221-000 | $347.86 | | $264,056.35 |
| 03/17/2023 | (1) | Western Union Money Order | petty cash/change within books and records | 1229-000 | $19.45 | | $264,075.80 |
| 03/22/2023 | 3023 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 2/01/2023-2/28/2023 Invoice #P0100280706 | 3991-000 | | $64.00 | $264,011.80 |
| 03/27/2023 | (18) | SW CAR WASH COR | | 1221-000 | $2,443.94 | | $266,455.74 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $459.18 | $265,996.56 |

| | | | | SUBTOTALS | $2,811.25 | $16,000.15 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| | | |
|---|---|---|
| Case No. | 22-12790 | |
| Case Name: | EXCELL AUTO GROUP, INC. | |
| Primary Taxpayer ID #: | **-***4450 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 04/01/2022 | |
| For Period Ending: | 03/31/2023 | |

| | |
|---|---|
| Trustee Name: | Nicole Testa Mehdipour, Trustee |
| Bank Name: | Veritex Community Bank |
| Checking Acct #: | ******9001 |
| Account Title: | |
| Blanket bond (per case limit): | $52,222,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $366,292.38 | $100,295.82 | $265,996.56 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $366,292.38 | $100,295.82 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $366,292.38 | $100,295.82 | |

| For the period of 04/01/2022 to 03/31/2023 | | For the entire history of the account between 04/18/2022 to 3/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $366,292.38 | Total Compensable Receipts: | $366,292.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $366,292.38 | Total Comp/Non Comp Receipts: | $366,292.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $100,295.82 | Total Compensable Disbursements: | $100,295.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,295.82 | Total Comp/Non Comp Disbursements: | $100,295.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 7

| Case No. | 22-12790 | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2022 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 03/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $366,292.38 | $100,295.82 | $265,996.56 |

For the period of 04/01/2022 to 03/31/2023

| | |
|---|---|
| Total Compensable Receipts: | $366,292.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $366,292.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,295.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,295.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 04/18/2022 to 3/31/2023

| | |
|---|---|
| Total Compensable Receipts: | $366,292.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $366,292.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,295.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,295.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUST

NICOLE TESTA MEHDIPOUR, TRUSTEE