

**ORDERED in the Southern District of Florida on May 8, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-12790-EPK |
| **EXCELL AUTO GROUP, INC.**, | Chapter 7 |
| Debtor. | |
| _____/ | |

**ORDER PURSUANT TO BANKRUPTCY RULE 9019**
**APPROVING COMPROMISE AND SETTLEMENT OF CONTROVERSY**
**BETWEEN TRUSTEE, NICOLE TESTA MEHDIPOUR,**
**FREDERICK MIDDLETON AND AARON PARKINSON**

THIS CAUSE having come before the Court upon the Chapter 7 Trustee's Motion for an Order Pursuant to Bankruptcy Rule 9019 and Local Rule 9013-1(D) to Approve Compromise and Settlement of Controversy Between the Chapter 7 Trustee, Frederick Middleton and Aaron Parkinson (the "Motion") [ECF No. 376]; that due and proper notice of the Motion having been given by the Trustee in accordance with the applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, and that no further notice of the Motion is necessary; and

it appearing that the Trustee, Frederick Middleton and Aaron Parkinson, through counsel, have conferred and reached an agreement as to the Ferrari Motorcycle;[1] and the Court having reviewed the Motion, the terms of the Settlement and Stipulation; and the Trustee by submitting this form of order having represented that the Motion was served on all parties required by Local Rule 9013-1(D), that the 21-day response time provided by that rule has expired, that no one has filed, or served on the Trustee, a response to the Motion, and that the form of order was attached as an exhibit to the Motion; and upon consideration of the factors set forth in *Wallis v. Justice Oaks II, Ltd.* (In re Justice Oaks II, Ltd.), 898 F.2d 1544 (11th Cir. 1990), the Court finding that the proposed Settlement is fair, reasonable, and in the best interests of the estate; and being otherwise duly advised in the premises, it is hereby:

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The terms of the Stipulation attached to the Motion as ***Exhibit A*** are approved and incorporated herein in their entirety.

3. The Trustee, Frederick Middleton and Aaron Parkinson are hereby authorized, bound by, and directed to take any and all actions to effectuate the terms of the Stipulation.

4. The Court reserves jurisdiction to interpret and enforce the terms of the Stipulation and this Order.

###

**Submitted by:**
Nicole Testa Mehdipour Esquire
LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the Motion and/or the Stipulation.