UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Excell.

_____/

Case No.: 22-12790-EPK
Chapter 7

### REQUEST FOR JUDICIAL NOTICE OF DOCUMENTS TO BE USED IN SUPPORT OF MOTION TO COMPROMISE CONTROVERSY WITH EDWARD BROWN AND FOR ENTRY OF BAR ORDER (ECF NO. 378)

Nicole Testa Mehdipour, Chapter 7 Trustee of Excell Auto Group, Inc., by and through undersigned counsel, respectfully requests that pursuant to Fed. R. Evid. 201(c)(2) that this Court take judicial notice of the following documents and judicial proceedings in advance of the hearing on May 10, 2023 at 10:30 a.m. on the *Motion to Compromise Controversy with Edward Brown and for Entry of Bar Order* (ECF No. 378) filed by the Chapter 7 Trustee of Excell Auto Group, Inc. in this action:

1.     The claim register in Case No. 22-12790-EPK, a copy of which is attached as Exhibit 1;

2.     The online court dockets in the following cases listed in subsections a through i below.[1]  Copies of the docket page reflecting the parties of each proceeding are attached hereto for reference purposes.

     a.   *FVP Opportunity Fund III, LP et al. v. Auto Wholesale of Boca, LLC*, Case No. 22-01218-EPK, pending in United States Bankruptcy Court for the Southern District of Florida

     b.   *Woodside Credit LLC v. Excell Auto Sport and Service Inc, et al.*, Case No. 50-2022-CA-004086-XXXX-MB, pending in Palm Beach County Circuit Court

---

[1] The Eleventh Circuit has held that is appropriate to take judicial notice of online state court dockets. *Paez v. Sec'y, Florida Dep't of Corr.*, 947 F.3d 649, 652 (11th Cir. 2020).

c.  *Auto Wholesale of Boca, LLC, MMS Ultimate Services, Inc. and Moshe Farache v. Excell Auto Group, Inc., Karma of Palm Beach, Inc., Scott Zankl, and Kristen Zankl*, Case No. 50-2022-CA-003358-XXXX-MB, pending in Palm Beach County Circuit Court

d.  *Prestige Luxury Cars LLC v. Excell Auto Group Inc., Scott Zankl, Kristen Zankl, and Karma of Broward, Inc.*, Case No. 50-2022-CA-003301-XXXX-MB, pending in Palm Beach County Circuit Court

e.  *The Gori Family Limited Partnership v. Scott Zankl and Kristen Zankl*, Case No. 50-2022-CA-009599-XXXX-MB, pending in Palm Beach County Circuit Court

f.  *Kenneth J. Goodman as Trustee of the DCG 2008 Irrevocable Wealth Trust v. Scott Zankl and Kristen Zankl*, Case No. 50-2022-CA-005035-XXXX-MB, pending in Palm Beach County Circuit Court

g.  *Bal Investments, LLC v. Scott Zankl, Kristen Zankl, and Zankl Family 2020 Irrevocable Trust u/a/ July 27, 2020*, Case No. 50-2022-CA-003889-XXXX-MB, pending in Palm Beach County Circuit Court

h.  *Savannah Row Development Company, LLC v. Kristen Zankl and Scott Zankl*, Case No. 50-2022-CA-003547-XXXX-MB, pending in Palm Beach County Circuit Court

i.  *FVP Opportunity Fund III, LP et al. v. Karma of Broward, Inc. et al*, Case No. CACE22005125, pending in Broward County Circuit Court

Date: May 8, 2023

FURR AND COHEN, P.A.
One Boca Place, Suite 419A
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY:   /s/ *Alan R. Crane*
        *Special Counsel for Trustee*
        Alan R. Crane, Esq.
        Florida Bar No.: 0963836
        E-mail: acrane@furrcohen.com

# Southern District of Florida
# Claims Register

## [22-12790-EPK EXCELL Auto Group, Inc.](#)

**Judge:** Erik P. Kimball      **Chapter:** 7

**Office:** West Palm Beach      **Last Date to file claims:** 06/27/2022

**Trustee:** Nicole Testa Mehdipour      **Last Date to file (Govt):** 10/17/2022

---

*Creditor:* (96564173)
AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 1**
*Original Filed Date:* 04/25/2022
*Original Entered Date:* 04/25/2022

*Status:*
*Filed by:* CR
*Entered by:* Becket & Lee (Bharatia)
*Modified:*

  Amount claimed: $220652.30

*History:*

| Details | 1-1 | 04/25/2022 Claim #1 filed by AMEX TRS Co., Inc., Amount claimed: $220652.30 (Becket & Lee (Bharatia)) |

*Description:*

*Remarks:*

---

*Creditor:* (96576184)
Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

**Claim No: 2**
*Original Filed Date:* 05/04/2022
*Original Entered Date:* 05/04/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

  Amount claimed: $1662.47

*History:*

| Details | 2-1 | 05/04/2022 Claim #2 filed by Fedex Corporate Services Inc, Amount claimed: $1662.47 (admin) |

*Description:*

*Remarks:* (2-1) Account Number (last 4 digits):0660

---

*Creditor:* (96576480)
Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426

**Claim No: 3**
*Original Filed Date:* 05/04/2022
*Original Entered Date:* 05/04/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

  Amount claimed: $185500.00

*History:*

| Details | 3-1 | 05/04/2022 Claim #3 filed by Geoffrey Thomas Keable, Amount claimed: $185500.00 (admin) |

*Description:*

*Remarks:*

---

*Creditor:* (96581654)
A&A Publishing Corp d/b/a The Boca
Raton Observer
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487

**Claim No: 4**
*Original Filed Date:* 05/11/2022
*Original Entered Date:* 05/11/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

  Amount claimed: $4000.00

*History:*

| Details | 4-1 | 05/11/2022 Claim #4 filed by A&A Publishing Corp d/b/a The Boca Raton Observer, Amount claimed: $4000.00 (admin) |

*Description:*

*Remarks:*

*History:*

Details    4-1    05/11/2022 Claim #4 filed by A&A Publishing Corp d/b/a The Boca Raton Observer, Amount claimed: $4000.00 (admin)

*Description:*

*Remarks:*

---

*Creditor:*    (96597880)        **Claim No: 5**        *Status:*
DCG 2008 Irrevocable Wealth Trust     *Original Filed Date:* 05/27/2022     *Filed by:* CR
c/o Kenneth J. Goodman, as Trustee    *Original Entered Date*: 05/27/2022    *Entered by:* admin
1001 East Telecom Drive                                   *Modified:*
Boca Raton, FL 33432

   Amount claimed: $1500000.00

*History:*

Details    5-1    05/27/2022 Claim #5 filed by DCG 2008 Irrevocable Wealth Trust, Amount claimed: $1500000.00 (admin)

*Description:*

*Remarks:*

---

*Creditor:*    (96597880)        **Claim No: 6**        *Status:*
DCG 2008 Irrevocable Wealth Trust     *Original Filed Date:* 05/27/2022     *Filed by:* CR
c/o Kenneth J. Goodman, as Trustee    *Original Entered Date*: 05/27/2022    *Entered by:* admin
1001 East Telecom Drive                                   *Modified:*
Boca Raton, FL 33432

   Amount claimed: $1850000.00

*History:*

Details    6-1    05/27/2022 Claim #6 filed by DCG 2008 Irrevocable Wealth Trust, Amount claimed: $1850000.00 (admin)

*Description:*

*Remarks:*

---

*Creditor:*    (96598654)        **Claim No: 7**        *Status:*
Prestige Luxury Cars, LLC         *Original Filed Date:* 05/30/2022     *Filed by:* CR
70 SE 4TH AVE                     *Original Entered Date*: 05/30/2022    *Entered by:* Thomas G Zeichman
DELRAY BEACH, FL 33483                                  *Modified:*

   Amount  claimed: $1320000.00

   Secured claimed:  $440000.00

*History:*

Details    7-1    05/30/2022 Claim #7 filed by Prestige Luxury Cars, LLC, Amount claimed: $1320000.00 (Zeichman, Thomas)

*Description:*

*Remarks:*

---

*Creditor:*    (96599827)        **Claim No: 8**        *Status:*
Frederick Hall                     *Original Filed Date:* 05/31/2022     *Filed by:* CR
200 N. Palm Ave                   *Original Entered Date*: 05/31/2022    *Entered by:* admin
Indialantic, FL 32903                                    *Modified:*

   Amount claimed: $523814.08

*History:*

Details    8-1    05/31/2022 Claim #8 filed by Frederick Hall, Amount claimed: $523814.08 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96915583)<br>Edward Brown<br>c/o Eyal Berger, Esq.<br>Akerman LLP<br>201 East Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL<br>33301    Claimant History | **Claim No: 9**<br>*Original Filed Date:* 06/09/2022<br>*Original Entered Date:* 06/09/2022<br>*Last Amendment Filed:* 04/13/2023<br>*Last Amendment Entered:* 04/13/2023 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Eyal Berger, Esq.<br>*Modified:* |

Amount claimed: $16895318.87

*History:*

| Details | 9-1 | 06/09/2022 Claim #9 filed by Edward M. Brown, Amount claimed: $12520000.00 (Marks, David) |
|---|---|---|
| Details | 9-2 | 04/13/2023 Amended Claim #9 filed by Edward Brown, Amount claimed: $16895318.87 (Berger, Eyal) |

*Description:* (9-1) Breach of Loan Agreement
(9-2) Breach of loan agreement, money lent and not repaid, money owed from sale of claimant's vehicles, money owed from tort and fraud causes of action against Excell, including for attorneys fees and costs in defending title to vehicles paid for by claima

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96610093)<br>TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018 | **Claim No: 10**<br>*Original Filed Date:* 06/10/2022<br>*Original Entered Date:* 06/10/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* admin<br>*Modified:* |

Amount  claimed: $893614.02

Secured claimed: $893614.02

*History:*

| Details | 10-1 | 06/10/2022 Claim #10 filed by TVT Direct Funding LLC, Amount claimed: $893614.02 (admin) |
|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96610800)<br>Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301 | **Claim No: 11**<br>*Original Filed Date:* 06/13/2022<br>*Original Entered Date:* 06/13/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David B Marks<br>*Modified:* |

Amount claimed: $2842000.00

*History:*

| Details | 11-1 | 06/13/2022 Claim #11 filed by Millco-Atwater, LLC, Amount claimed: $2842000.00 (Marks, David) |
|---|---|---|

*Description:* (11-1) Breach of Agreement/Fraud

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96610800)<br>Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301 | **Claim No: 12**<br>*Original Filed Date:* 06/13/2022<br>*Original Entered Date:* 06/13/2022 | *Status:*<br>*Filed by:* CR<br>*Entered by:* David B Marks<br>*Modified:* |

Amount claimed: $1690000.00

*History:*

| Details | 12-1 | 06/13/2022 Claim #12 filed by Millco-Atwater, LLC, Amount claimed: $1690000.00 (Marks, David) |
|---|---|---|

*Description:* (12-1) Alter-Ego/Breach of Agreement/Fraud

*Remarks:*

*Creditor:*  (96610961)
First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259

**Claim No: 13**
*Original Filed Date*: 06/13/2022
*Original Entered Date*: 06/13/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

  Amount  claimed: $7139.01

  Secured claimed: $7139.01

*History:*

**Details**      13-1   06/13/2022 Claim #13 filed by First Citizens Bank & Trust Comapny, Amount claimed: $7139.01 (admin)

*Description:*

*Remarks:* (13-1) Account Number (last 4 digits):3543

---

*Creditor:*  (96611225)
United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103

**Claim No: 14**
*Original Filed Date*: 06/13/2022
*Original Entered Date*: 06/13/2022

*Status:*
*Filed by:* CR
*Entered by:* Desiree Grooms
*Modified:*

  Amount claimed: $1792.13

*History:*

Details      14-1   06/13/2022 Claim #14 filed by United Healthcare Insurance Company, Amount claimed: $1792.13
                   (Grooms, Desiree)

*Description:*

*Remarks:*

---

*Creditor:*  (96612771)
Savannah Row Development Company,
LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449

**Claim No: 15**
*Original Filed Date*: 06/15/2022
*Original Entered Date*: 06/15/2022

*Status:*
*Filed by:* CR
*Entered by:* Mitchell A Dinkin, Esq.
*Modified:*

  Amount claimed: $1407708.76

*History:*

Details      15-1   06/15/2022 Claim #15 filed by Savannah Row Development Company, LLC, Amount claimed:
                   $1407708.76 (Dinkin, Mitchell)

*Description:*

*Remarks:*

---

*Creditor:*  (96617614)
Chapford Specialty Finance LLC
c/o James C. Moon, Esquire
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131

**Claim No: 16**
*Original Filed Date*: 06/17/2022
*Original Entered Date*: 06/17/2022

*Status:*
*Filed by:* CR
*Entered by:* James C. Moon, Esq
*Modified:*

  Amount  claimed: $1085000.00

  Secured claimed: $1085000.00

*History:*

Details      16-1   06/17/2022 Claim #16 filed by Chapford Specialty Finance LLC, Amount claimed: $1085000.00 (Moon,
                   James)

*Description:*

*Remarks:*

*Creditor:*    (96597880)    **Claim No: 17**    *Status:*
DCG 2008 Irrevocable Wealth Trust    *Original Filed Date:* 06/22/2022    *Filed by:* CR
c/o Kenneth J. Goodman, as Trustee    *Original Entered Date*: 06/22/2022    *Entered by:* admin
1001 East Telecom Drive    *Modified:*
Boca Raton, FL 33432

  Amount claimed: $220000.00

*History:*

Details    17-1    06/22/2022 Claim #17 filed by DCG 2008 Irrevocable Wealth Trust, Amount claimed: $220000.00
                    (admin)

*Description:*
*Remarks:*


*Creditor:*    (96620305)    **Claim No: 18**    *Status:*
The Gori Family Limited Partnership    *Original Filed Date:* 06/22/2022    *Filed by:* CR
c/o D. Brett Marks, Esquire    *Original Entered Date*: 06/22/2022    *Entered by:* David B Marks
Akerman LLP    *Modified:*
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

  Amount claimed: $1800000.00

*History:*

Details    18-1    06/22/2022 Claim #18 filed by The Gori Family Limited Partnership, Amount claimed: $1800000.00
                    (Marks, David)

*Description:* (18-1) Alter- Ego/Breach of Agreement/Worthless Checks
*Remarks:*


*Creditor:*    (96620305)    **Claim No: 19**    *Status:*
The Gori Family Limited Partnership    *Original Filed Date:* 06/22/2022    *Filed by:* CR
c/o D. Brett Marks, Esquire    *Original Entered Date*: 06/22/2022    *Entered by:* David B Marks
Akerman LLP    *Modified:*
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

  Amount claimed: $2100000.00

*History:*

Details    19-1    06/22/2022 Claim #19 filed by The Gori Family Limited Partnership, Amount claimed: $2100000.00
                    (Marks, David)

*Description:* (19-1) Alter-Ego/Breach of Agreemen/Worthess Check
*Remarks:*


*Creditor:*    (96620305)    **Claim No: 20**    *Status:*
The Gori Family Limited Partnership    *Original Filed Date:* 06/22/2022    *Filed by:* CR
c/o D. Brett Marks, Esquire    *Original Entered Date*: 06/22/2022    *Entered by:* David B Marks
Akerman LLP    *Modified:*
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

  Amount claimed: $1500000.00

*History:*

Details    20-1    06/22/2022 Claim #20 filed by The Gori Family Limited Partnership, Amount claimed: $1500000.00
                    (Marks, David)

*Description:* (20-1) Alter Ego/Breach of Agreement/Worthless Checks
*Remarks:*

*Creditor:*     (96558309)
MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741

  Amount  claimed: $1100900.00

  Secured claimed: $1100900.00

**Claim No: 21**
*Original Filed Date*: 06/23/2022
*Original Entered Date*: 06/23/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

*History:*

| Details | 21-1 | 06/23/2022 Claim #21 filed by MXT Solutions, LLC, Amount claimed: $1100900.00 (admin) |

*Description:*
*Remarks:*

---

*Creditor:*     (96623046)
Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432

  Amount claimed: $414848.44

**Claim No: 22**
*Original Filed Date*: 06/23/2022
*Original Entered Date*: 06/23/2022

*Status:*
*Filed by:* AT
*Entered by:* Jordan L Rappaport, Esq
*Modified:*

*History:*

| Details | 22-1 | 06/23/2022 Claim #22 filed by Richard Applegate, Amount claimed: $414848.44 (Rappaport, Jordan) |

*Description:*
*Remarks:*

---

*Creditor:*     (96623105)
Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401

  Amount claimed: $139000.00

**Claim No: 23**
*Original Filed Date*: 06/23/2022
*Original Entered Date*: 06/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Craig I Kelley
*Modified:*

*History:*

| Details | 23-1 | 06/23/2022 Claim #23 filed by Graves Directional Drilling, Inc., Amount claimed: $139000.00 (Kelley, Craig) |

*Description:* (23-1) Purchase Proceeds
*Remarks:* (23-1) This contingent claim is filed in an abundance of caution by the creditor without any admission against interest or waiver of any rights of the creditor in claims against the debtor and/or as a third-party

---

*Creditor:*     (96623217)
Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432

  Amount claimed: $167500.00

**Claim No: 24**
*Original Filed Date*: 06/23/2022
*Original Entered Date*: 06/23/2022

*Status:*
*Filed by:* CR
*Entered by:* Jordan L Rappaport, Esq
*Modified:*

*History:*

| Details | 24-1 | 06/23/2022 Claim #24 filed by Stefano Riga, Amount claimed: $167500.00 (Rappaport, Jordan) |

*Description:*
*Remarks:*

---

*Creditor:*     (96624146)
Peak Finance, LLC

**Claim No: 25**
*Original Filed Date*: 06/24/2022

*Status:*
*Filed by:* CR

*History:*

| Details | 25-1 | 06/24/2022 Claim #25 filed by Peak Finance, LLC, Amount claimed: $1649332.10 (Simon, Michael) |

*Description:* (25-1) Secured Promissory Note
*Remarks:*

c/o Simon & Sigalos, LLP      *Original Entered Date*: 06/24/2022     *Entered by*: Michael W. Simon
3839 NW Boca Raton Blvd #100                                              *Modified*:
Boca Raton FL 33431

  Amount  claimed: $1649332.10

  Secured claimed: $1649332.10

*History:*

*Details*      25-1    06/24/2022 Claim #25 filed by Peak Finance, LLC, Amount claimed: $1649332.10 (Simon, Michael)

*Description:* (25-1) Secured Promissory Note

*Remarks:*

---

*Creditor:*     (96624393)         **Claim No: 26**            *Status:*
EAG Wholesale, LLC/OLP EAG, LLC     *Original Filed Date*: 06/24/2022    *Filed by*: CR
c/o Simon & Sigalos, LLC            *Original Entered Date*: 06/24/2022    *Entered by*: Michael W. Simon
3839 NW Boca Raton Blvd. #100                                        *Modified*:
Boca Raton, FL 33431

  Amount  claimed: $2774199.86

  Secured claimed: $2774199.86

*History:*

*Details*      26-1    06/24/2022 Claim #26 filed by EAG Wholesale, LLC/OLP EAG, LLC, Amount claimed: $2774199.86
                       (Simon, Michael)

*Description:*

*Remarks:*

---

*Creditor:*     (96624482)         **Claim No: 27**            *Status:*
Chad Zakin                       *Original Filed Date*: 06/24/2022    *Filed by*: CR
c/o Mark A. Levy, Esq.            *Original Entered Date*: 06/24/2022    *Entered by*: Mark A Levy, Esq
Brinkley Morgan                                          *Modified*:
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394

  Amount claimed: $375000.00

*History:*

*Details*      27-1    06/24/2022 Claim #27 filed by Chad Zakin, Amount claimed: $375000.00 (Levy, Mark)

*Description:* (27-1) Conversion of vehicle

*Remarks:*

---

*Creditor:*     (96625184)         **Claim No: 28**            *Status:*
Edvard Dessalines                   *Original Filed Date*: 06/24/2022    *Filed by*: CR
6160 Kelty Way                     *Original Entered Date*: 06/24/2022    *Entered by*: Eric S Pendergraft
Lake Worth, FL 33467                                    *Modified*:

  Amount claimed: $1953000.00

*History:*

*Details*      28-1    06/24/2022 Claim #28 filed by Edvard Dessalines, Amount claimed: $1953000.00 (Pendergraft, Eric)

*Description:* (28-1) Alter Ego and Civil Theft

*Remarks:* (28-1) See attached addendum

---

*Creditor:*     (96550658)         **Claim No: 29**            *Status:*
BAL Investments                  *Original Filed Date*: 06/24/2022    *Filed by*: CR

*History:*

*Details*      29-1    06/24/2022 Claim #29 filed by BAL Investments, Amount claimed: $5325479.33 (Harvey, Travis)

*Description:* (29-1) Breach of Line of Credit

*Remarks:*

1114 Ashton Trace
Atlanta, GA 30319                    *Original Entered Date*: 06/24/2022    *Entered by:* Travis A Harvey
                                                                           *Modified:*

  Amount  claimed: $5325479.33

  Secured claimed: $5325479.33

*History:*

Details      29-1    06/24/2022 Claim #29 filed by BAL Investments, Amount claimed: $5325479.33 (Harvey, Travis)

*Description:* (29-1) Breach of Line of Credit

*Remarks:*


*Creditor:*        (96550658)              **Claim No: 30**                *Status:*
BAL Investments                            *Original Filed Date:* 06/24/2022    *Filed by:* CR
1114 Ashton Trace                          *Original Entered Date*: 06/24/2022    *Entered by:* Travis A Harvey
Atlanta, GA 30319                                                          *Modified:*

  Amount  claimed: $347500.00

  Secured claimed: $347500.00

*History:*

Details      30-1    06/24/2022 Claim #30 filed by BAL Investments, Amount claimed: $347500.00 (Harvey, Travis)

*Description:* (30-1) Breach of Loan Agreement

*Remarks:*


*Creditor:*        (96550658)              **Claim No: 31**                *Status:*
BAL Investments                            *Original Filed Date:* 06/24/2022    *Filed by:* CR
1114 Ashton Trace                          *Original Entered Date*: 06/24/2022    *Entered by:* Travis A Harvey
Atlanta, GA 30319                                                          *Modified:*

  Amount  claimed: $369500.00

  Secured claimed: $369500.00

*History:*

Details      31-1    06/24/2022 Claim #31 filed by BAL Investments, Amount claimed: $369500.00 (Harvey, Travis)

*Description:*

*Remarks:*


*Creditor:*        (96550658)              **Claim No: 32**                *Status:*
BAL Investments                            *Original Filed Date:* 06/24/2022    *Filed by:* CR
1114 Ashton Trace                          *Original Entered Date*: 06/24/2022    *Entered by:* Travis A Harvey
Atlanta, GA 30319                                                          *Modified:*

  Amount  claimed: $587500.00

  Secured claimed: $587500.00

*History:*

Details      32-1    06/24/2022 Claim #32 filed by BAL Investments, Amount claimed: $587500.00 (Harvey, Travis)

*Description:* (32-1) Breach of SVJ Note

*Remarks:*


*Creditor:*        (96550658)              **Claim No: 33**                *Status:*
BAL Investments                            *Original Filed Date:* 06/24/2022    *Filed by:* CR
1114 Ashton Trace                          *Original Entered Date*: 06/24/2022    *Entered by:* Travis A Harvey
Atlanta, GA 30319                                                          *Modified:*

  Amount  claimed: $1050000.00

*History:*

Details      33-1    06/24/2022 Claim #33 filed by BAL Investments, Amount claimed: $1050000.00 (Harvey, Travis)

*Description:* (33-1) Breach of P1 Note

*Remarks:*

Secured claimed: $1050000.00

| | | |
|---|---|---|
| Details | 33-1 | 06/24/2022 Claim #33 filed by BAL Investments, Amount claimed: $1050000.00 (Harvey, Travis) |

*History:*

*Description:* (33-1) Breach of P1 Note

*Remarks:*

---

*Creditor:* (96550658)
BAL Investments
1114 Ashton Trace
Atlanta, GA 30319

**Claim No: 34**
*Original Filed Date:* 06/24/2022
*Original Entered Date*: 06/24/2022

*Status:*
*Filed by:* CR
*Entered by:* Travis A Harvey
*Modified:*

  Amount claimed: $837500.00

  Secured claimed: $837500.00

*History:*

| | | |
|---|---|---|
| Details | 34-1 | 06/24/2022 Claim #34 filed by BAL Investments, Amount claimed: $837500.00 (Harvey, Travis) |

*Description:* (34-1) Breach of SVJ 63 Note

*Remarks:*

---

*Creditor:* (96625364)
Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431

**Claim No: 35**
*Original Filed Date:* 06/26/2022
*Original Entered Date*: 06/26/2022

*Status:*
*Filed by:* CR
*Entered by:* Philip J Landau
*Modified:*

  Amount claimed: $5118900.00

*History:*

| | | |
|---|---|---|
| Details | 35-1 | 06/26/2022 Claim #35 filed by Mike Halperin, Amount claimed: $5118900.00 (Landau, Philip) |

*Description:*

*Remarks:*

---

*Creditor:* (96625599)
Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432

**Claim No: 36**
*Original Filed Date:* 06/27/2022
*Original Entered Date*: 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* Eric S Pendergraft
*Modified:*

  Amount claimed: $781899.63

*History:*

| | | |
|---|---|---|
| Details | 36-1 | 06/27/2022 Claim #36 filed by Johnie Floyd Weems, III, Amount claimed: $781899.63 (Pendergraft, Eric) |

*Description:* (36-1) Alter Ego and Civil Theft

*Remarks:* (36-1) See attached Addendum

---

*Creditor:* (96625600)
Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131

**Claim No: 37**
*Original Filed Date:* 06/27/2022
*Original Entered Date*: 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* Joaquin J Alemany
*Modified:*

  Amount claimed: $1242850.00

*History:*

| | | |
|---|---|---|
| Details | 37-1 | 06/27/2022 Claim #37 filed by Shrayber Land, Inc., Amount claimed: $1242850.00 (Alemany, Joaquin) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96625659) | **Claim No: 38** | *Status:* |
| Integrated Vehicle Leasing Inc. | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| Theresa A. Driscoll | *Original Entered Date:* 06/27/2022 | *Entered by:* admin |
| Moritt Hock & Hamroff LLP | | *Modified:* |
| 400 Garden City Plaza | | |
| Garden City, NY 11530 | | |

  Amount claimed: $92558.65

*History:*

Details     38-1   06/27/2022 Claim #38 filed by Integrated Vehicle Leasing Inc., Amount claimed: $92558.65 (admin)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96625712) | **Claim No: 39** | *Status:* |
| David Amsel | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| c/o Breuer Law, PLLC | *Original Entered Date:* 06/27/2022 | *Entered by:* admin |
| 6501 Congress Ave., Ste. 240 | | *Modified:* |
| Boca Raton, FL 33487 | | |

  Amount claimed: $173000.00

  Priority  claimed:   $3300.00

*History:*

Details     39-1   06/27/2022 Claim #39 filed by David Amsel, Amount claimed: $173000.00 (admin)

*Description:*

*Remarks:* (39-1) Filer Comment: Failure to pay purchase price for Porsche (resold)

| | | |
|---|---|---|
| *Creditor:* (96626017) | **Claim No: 40** | *Status:* |
| Haley Walker | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| c/o Olive Judd, P.A. | *Original Entered Date:* 06/27/2022 | *Entered by:* Christian A Petersen |
| 2426 East Las Olas Blvd. | | *Modified:* |
| Fort Lauderdale, FL 33301 | | |

  Amount claimed: $26471.88

*History:*

Details     40-1   06/27/2022 Claim #40 filed by Haley Walker, Amount claimed: $26471.88 (Petersen, Christian)

*Description:* (40-1) Purchase of 2022 Moke - Title not received

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96626099) | **Claim No: 41** | *Status:* |
| Jack Brennan | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| GrayRobison, P.A. | *Original Entered Date:* 06/27/2022 | *Entered by:* John M Brennan, Jr |
| 301 E. Pine Street, Suite 1400 | | *Modified:* |
| Orlando, FL 32801 | | |

  Amount claimed: $361512.88

*History:*

Details     41-1   06/27/2022 Claim #41 filed by Jack Brennan, Amount claimed: $361512.88 (Brennan, John)

*Description:* (41-1) Car purchased and not delivered

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (96626104) | **Claim No: 42** | *Status:* |
| FVP Opportunity Fund III LP | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |

*History:*

Details     42-1   06/27/2022 Claim #42 filed by FVP Opportunity Fund III LP, Amount claimed: (Softness, David)

*Description:* (42-1) Contingent and unliquidated.

*Remarks:*

c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131

*Original Entered Date*: 06/27/2022

*Entered by:* David R. Softness
*Modified:*

*No amounts claimed*

*History:*

| Details | 42-1 | 06/27/2022 Claim #42 filed by FVP Opportunity Fund III LP, Amount claimed: (Softness, David) |

*Description:* (42-1) Contingent and unliquidated.
*Remarks:*

---

*Creditor:*　　(96626098)
Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

**Claim No: 43**
*Original Filed Date:* 06/27/2022
*Original Entered Date*: 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* Bradley S Shraiberg
*Modified:*

Amount  claimed: $5860512.75
Secured claimed: $5860512.75

*History:*

| Details | 43-1 | 06/27/2022 Claim #43 filed by Franklin Capital Funding, LLC, Amount claimed: $5860512.75 (Shraiberg, Bradley) |

*Description:* (43-1) Promissory Note, related loan and security agreements and other contracts, and judgment
*Remarks:*

---

*Creditor:*　　(96626098)
Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

**Claim No: 44**
*Original Filed Date:* 06/27/2022
*Original Entered Date*: 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* Bradley S Shraiberg
*Modified:*

Amount claimed: $5860512.75

*History:*

| Details | 44-1 | 06/27/2022 Claim #44 filed by Franklin Capital Funding, LLC, Amount claimed: $5860512.75 (Shraiberg, Bradley) |

*Description:* (44-1) Promissory Note, related loan and security agreements and other contracts, and judgment
*Remarks:*

---

*Creditor:*　　(96626134)
Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073

**Claim No: 45**
*Original Filed Date:* 06/27/2022
*Original Entered Date*: 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* admin
*Modified:*

Amount claimed: $500000.00

*History:*

| Details | 45-1 | 06/27/2022 Claim #45 filed by Lillian Roberts, Amount claimed: $500000.00 (admin) |

*Description:*
*Remarks:*

---

*Creditor:*　　(96626187)
Timothy Olesijuk
c/o John D. Segaul, Esq.

**Claim No: 46**
*Original Filed Date:* 06/27/2022
*Original Entered Date*: 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* John D. Segaul
*Modified:*

*History:*

| Details | 46-1 | 06/27/2022 Claim #46 filed by Timothy Olesijuk, Amount claimed: $240000.00 (Segaul, John) |

*Description:*
*Remarks:*

300 S. Pine Island Rd #304
Plantation FL 33324

  Amount claimed: $240000.00

*History:*

Details      46-1   06/27/2022 Claim #46 filed by Timothy Olesijuk, Amount claimed: $240000.00 (Segaul, John)

*Description:*
*Remarks:*


| *Creditor:*     (96626360) | **Claim No: 47** | *Status:* |
|---|---|---|
| Aaron Parkinson | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| 1361 SW 21st St | *Original Entered Date:* 06/27/2022 | *Entered by:* Jordan L Rappaport, Esq |
| Boca Raton, FL 33486 | | *Modified:* |

  Amount claimed: $1661000.00

*History:*

Details      47-1   06/27/2022 Claim #47 filed by Aaron Parkinson, Amount claimed: $1661000.00 (Rappaport, Jordan)

*Description:*
*Remarks:*


| *Creditor:*     (96626362) | **Claim No: 48** | *Status:* |
|---|---|---|
| Parkinson Holdings LTD | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| c/o Aaron Parkinson | *Original Entered Date:* 06/27/2022 | *Entered by:* Jordan L Rappaport, Esq |
| 19 Oatland Esp, Unit 26 | | *Modified:* |
| Runaway Bay QLD 4216 | | |

  Amount claimed: $980000.00

*History:*

Details      48-1   06/27/2022 Claim #48 filed by Parkinson Holdings LTD, Amount claimed: $980000.00 (Rappaport, Jordan)

*Description:*
*Remarks:*


| *Creditor:*     (96626365) | **Claim No: 49** | *Status:* |
|---|---|---|
| Parkinson Super Pty LTD | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| c/o Aaron Parkinson | *Original Entered Date:* 06/27/2022 | *Entered by:* Jordan L Rappaport, Esq |
| 19 Oatland Esp, Unit 26 | | *Modified:* |
| Runaway Bay QLD 4216 | | |

  Amount claimed: $500000.00

*History:*

Details      49-1   06/27/2022 Claim #49 filed by Parkinson Super Pty LTD, Amount claimed: $500000.00 (Rappaport, Jordan)

*Description:*
*Remarks:*


| *Creditor:*     (96626392) | **Claim No: 50** | *Status:* |
|---|---|---|
| Aaron Parkinson | *Original Filed Date:* 06/27/2022 | *Filed by:* CR |
| Frederik Middleton | *Original Entered Date:* 06/27/2022 | *Entered by:* Jordan L Rappaport, Esq |
| 1361 SW 21st St | | *Modified:* |
| Boca Raton, FL 33486 | | |

  Amount claimed: $150000.00

*History:*

Details      50-1   06/27/2022 Claim #50 filed by Aaron Parkinson, Amount claimed: $150000.00 (Rappaport, Jordan)

*Description:* (50-1) see claim
*Remarks:*

*Creditor:* (96626393)
Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312

**Claim No: 51**
*Original Filed Date:* 06/27/2022
*Original Entered Date:* 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* Zach B Shelomith
*Modified:*

  Amount claimed: $1211066.68

*History:*

Details    51-1    06/27/2022 Claim #51 filed by Woodside Credit, LLC, Amount claimed: $1211066.68 (Shelomith, Zach)

*Description:*
*Remarks:*

---

*Creditor:* (96626515)
Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309

**Claim No: 52**
*Original Filed Date:* 06/27/2022
*Original Entered Date:* 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* Jordan L Rappaport, Esq
*Modified:*

  Amount claimed: $2285000.00

*History:*

Details    52-1    06/27/2022 Claim #52 filed by Green Bucket Investments, Amount claimed: $2285000.00 (Rappaport, Jordan)

*Description:*
*Remarks:*

---

*Creditor:* (96626761)
Karma of Palm Beach Inc. & Karma of Broward Inc.
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431

**Claim No: 53**
*Original Filed Date:* 06/27/2022
*Original Entered Date:* 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* Harry Winderman
*Modified:*

  Amount  claimed: $6000000.00
  Secured claimed:        $0.00
  Priority  claimed:        $0.00

*History:*

Details    53-1    06/27/2022 Claim #53 filed by Karma of Palm Beach Inc. & Karma of Broward Inc., Amount claimed: $6000000.00 (Winderman, Harry)

*Description:*
*Remarks:*

---

*Creditor:* (96626771)
Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130

**Claim No: 54**
*Original Filed Date:* 06/27/2022
*Original Entered Date:* 06/27/2022
*Last Amendment Filed:* 06/27/2022
*Last Amendment Entered:* 06/27/2022

*Status:*
*Filed by:* CR
*Entered by:* James B Miller
*Modified:*

  Amount  claimed: $860492.50
  Secured claimed: $860492.50

*History:*

Details    54-1    06/27/2022 Claim #54 filed by Moshe Farache and, Amount claimed: $7860492.50 (Miller, James)
Details    54-2    06/27/2022 Amended Claim #54 filed by Moshe Farache and, Amount claimed: $860492.50 (Miller, James)

*Description:*
*Remarks:*

| | | | |
|---|---|---|---|
| *History:* | | | |
| Details | 54-1 | 06/27/2022 Claim #54 filed by Moshe Farache and, Amount claimed: $7860492.50 (Miller, James) | |
| Details | 54-2 | 06/27/2022 Amended Claim #54 filed by Moshe Farache and, Amount claimed: $860492.50 (Miller, James) | |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (96626773) | **Claim No: 55** | *Status:* |
| Auto Wholesale of Boca, LLC | *Original Filed Date*: 06/27/2022 | *Filed by:* CR |
| c/o James B. Miller, P.A. | *Original Entered Date*: 06/27/2022 | *Entered by:* James B Miller |
| 19 West Flagler Street, Suite 416 | | *Modified:* |
| Miami, FL 33130 | | |

  Amount  claimed: $7115550.11

  Secured claimed: $3500000.00

*History:*

| | | |
|---|---|---|
| Details | 55-1 | 06/27/2022 Claim #55 filed by Auto Wholesale of Boca, LLC, Amount claimed: $7115550.11 (Miller, James) |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (96626776) | **Claim No: 56** | *Status:* Allow 219 |
| 1001 Clint Moore, LLC | *Original Filed Date*: 06/27/2022 | *Filed by:* CR |
| c/o James B. Miller, P.A. | *Original Entered Date*: 06/27/2022 | *Entered by:* James B Miller |
| 19 West Flagler Street, Suite 416 | | *Modified:* |
| Miami, FL 33130 | | |

  Amount  claimed: $122616.54

  Secured claimed:    $9250.00

*History:*

| | | |
|---|---|---|
| Details | 56-1 | 06/27/2022 Claim #56 filed by 1001 Clint Moore, LLC, Amount claimed: $122616.54 (Miller, James) |
| | 219 | 08/10/2022 Updated Claims Register re: Claim No. 56. (Adam, Lorraine) Status: Allow |

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (96728940) | **Claim No: 57** | *Status:* |
| IPFS Corporation | *Original Filed Date*: 10/11/2022 | *Filed by:* CR |
| 30 Montgomery Street | *Original Entered Date*: 10/11/2022 | *Entered by:* IPFS Corporation (Chandler) |
| Suite 501 | | *Modified:* |
| Jersey City, NJ 07302 | | |

  Amount claimed: $17195.91

*History:*

| | | |
|---|---|---|
| Details | 57-1 | 10/11/2022 Claim #57 filed by IPFS Corporation, Amount claimed: $17195.91 (IPFS Corporation (Chandler)) |

*Description:* (57-1) Amount due under premium finance agreement

*Remarks:* (57-1) IPFS received no Notices and is not listed as Creditor

# Claims Register Summary

**Case Name:** EXCELL Auto Group, Inc.
**Case Number:** 22-12790-EPK
**Chapter:** 7
**Date Filed:** 04/08/2022

**Total Number Of Claims:** 57

| Total Amount Claimed* | $94300601.65 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $26697919.57 | |
| **Priority** | $3300.00 | |
| **Administrative** | | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/08/2023 14:28:37 | | | |
| **PACER Login:** | AkermanFTL | **Client Code:** | 999999-00999999 |
| **Description:** | Claims Register | **Search Criteria:** | 22-12790-EPK Filed or Entered From: 1/1/1990 Filed or Entered To: 5/8/2023 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |

# U.S. Bankruptcy Court
## Southern District of Florida (West Palm Beach)
## Adversary Proceeding #: 22-01218-EPK

*Assigned to:* Erik P. Kimball                *Date Filed:* 07/24/22
*Lead BK Case:* 22-15627
*Lead BK Title:* Auto Wholesale of Boca, LLC
*Lead BK Chapter:* 7
*Demand:*

*Nature[s] of Suit:* 72 Injunctive relief - other
                       91 Declaratory judgment
                       02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)
                       21 Validity, priority or extent of lien or other interest in property

*Plaintiff*
-----------------------
**FVP Opportunity Fund III, LP**          represented by **Jerrell A Breslin**
c/o David R. Softness, Esq.                        169 East Flagler St., Ste. 700
201 South Biscayne Boulevard #2740       Miami, FL 33131
Miami, FL 33131                            305-577-4626
                                        Fax : 305-577-4630
                                        Email: jb@jsjb.law
                                        *LEAD ATTORNEY*

                                        **David R. Softness**
                                        201 South Biscayne Blvd
                                        Suite 2740
                                        Miami, FL 33131
                                        305.341.3111
                                        Email: david@softnesslaw.com

*Plaintiff*
-----------------------
**FVP Investments, LLC**               represented by **Jerrell A Breslin**
c/o David R. Softness, Esq.                        (See above for address)
201 South Biscayne Boulevard #2740
Miami, FL 33131                            **David R. Softness**
                                        (See above for address)

*Plaintiff*
-----------------------
**FVP Servicing, LLC**                represented by **Jerrell A Breslin**
c/o David R. Softness, Esq.                        (See above for address)
201 South Biscayne Boulevard #2740

                                        **David R. Softness**

Miami, FL 33131                                                    (See above for address)


*Plaintiff*
-----------------------
**Hi Bar Capital, LLC**                          represented by  **James C. Moon, Esq**
c/o Bryan Cave LLP                                              200 S. Biscayne Blvd # 3200
200 South Biscayne Boulevard                                   Miami, FL 33131
Suite 400                                                      (305) 358-6363
Miami, FL 33131                                                Fax : (305) 358-1221
                                                               Email: jmoon@melandbudwick.com
                                                               *TERMINATED: 03/16/2023*

                                                               **Ezequiel Joseph Romero**
                                                               Bryan Cave LLP
                                                               200 South Biscayne Boulevard
                                                               Suite 400
                                                               Miami, FL 33131
                                                               786-322-7399
                                                               Email: romeroe@bryancave.com

                                                               **David M Unseth**
                                                               211 N. Broadway, Suite 3600
                                                               St. Louis, MO 63102
                                                               314-259-2000
                                                               Email: dmunseth@bclplaw.com

                                                               **Mark J Wolfson, Esq**
                                                               100 N Tampa St # 2700
                                                               Tampa, FL 33602
                                                               (813) 229-2300
                                                               Email: mwolfson@foley.com
                                                               *TERMINATED: 12/02/2022*
                                                               *LEAD ATTORNEY*


V.


*Defendant*
-----------------------
**Auto Wholesale of Boca, LLC**                  represented by  **Jonathan S. Feldman**
6560 West Rogers Circle, Suite B-27                            Phang & Feldman, P.A.
Boca Raton, FL 33487                                          2 South Biscayne Blvd., Ste. 1600
Tax ID / EIN: 46-1035162                                      One Biscayne Tower
                                                               Miami, FL 33131
                                                               305-614-1223
                                                               Fax : 305-614-1187
                                                               Email: feldman@katiephang.com

                                                               **James B Miller**
                                                               19 W Flagler St #416
                                                               Miami, FL 33130
                                                               (305) 374-0200

Fax : (305) 374-0250
Email: bkcmiami@gmail.com

*Defendant*
----------------------
**Edward Brown**                             represented by **Eyal Berger, Esq.**
c/o Eyal Berger                                              Akerman LLP
201 Las Olas Boulevard, Suite 1800                         201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301                                   Ft Lauderdale, FL 33301
                                                           954.463.2700
                                                           Email: eyal.berger@akerman.com

                                              **Amanda Klopp**
                                              Akerman LLP
                                              777 South Flagler Dr Suite 1100
                                              West Palm Beach, FL 33401
                                              561-273-5526
                                              Email: amanda.klopp@akerman.com

*Intervenor*
----------------------
**Franklin Capital Funding, LLC**            represented by **Patrick R Dorsey**
c/o Shraiberg Page, PA                                       Shraiberg Page, P.A.
2385 NW Executive Center Dr., #300                          2385 NW Executive Ctr Dr # 300
Boca Raton, FL 33431                                         Boca Raton, FL 33431
                                                           561-443.0800
                                                           Email: pdorsey@slp.law

                                              **Bradley S Shraiberg**
                                              2385 NW Executive Center Dr. #300
                                              Boca Raton, FL 33431
                                              (561) 443-0801
                                              Fax : (561) 998-0047
                                              Email: bss@slp.law

*Intervenor*
----------------------
**Wing Lake Capital Partners f/k/a Franklin**  represented by **Patrick R Dorsey**
**Capital Group, LLC**                                       (See above for address)
c/o Shraiberg Page, PA                                       *TERMINATED: 05/03/2023*
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431                          **Eric S Pendergraft**
*TERMINATED: 05/03/2023*                      Shraiberg Page P.A.
                                              2385 N.W. Executive Center Drive
                                              Suite 300
                                              Boca Raton, FL 33431
                                              561-526-8459
                                              Fax : 561-998-0047
                                              Email: ependergraft@slp.law
                                              *TERMINATED: 05/03/2023*

**Bradley S Shraiberg**
(See above for address)
*TERMINATED: 05/03/2023*

*Intervenor-Plaintiff*
-----------------------
**Benidt Investments/Slinger, LLC**               represented by  **Michael J. Harwin**
c/o Michael J. Harwin, Esq.                                 200 East Las Olas Boulevard
200 East Las Olas Blvd., Suite 2100                 Suite 2100
Ft. Lauderdale, Fl 33301                                   Fort Lauderdale, FL 33301
(954) 462-9500                                         954-462-9512
Email: mharwin@stearnsweaver.com

**Patricia A Redmond**
150 W Flagler St #2200
Miami, FL 33130
(305) 789-3553
Email: predmond@stearnsweaver.com

*Counter-Claimant*
-----------------------
**Franklin Capital Funding, LLC**
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431

V.

*Counter-Defendant*
-----------------------
**FVP Investments, LLC**                       represented by  **Jerrell A Breslin**
c/o David R. Softness, Esq.                               (See above for address)
201 South Biscayne Boulevard #2740
Miami, FL 33131

*Counter-Defendant*
-----------------------
**FVP Opportunity Fund III, LP**          represented by  **Jerrell A Breslin**
c/o David R. Softness, Esq.                               (See above for address)
201 South Biscayne Boulevard #2740
Miami, FL 33131

*Counter-Defendant*
-----------------------
**FVP Servicing, LLC**                         represented by  **Jerrell A Breslin**
c/o David R. Softness, Esq.                               (See above for address)
201 South Biscayne Boulevard #2740

Miami, FL 33131

*Counter-Defendant*
------------------------

**Karma of Broward, Inc.**                        represented by **Harry Winderman**
c/o Weiss Handler & Cornwell, PA                   Harry Winderman, ESQ.
2255 Glades Road                                    2255 Glades Road
Suite 205E                                          Suite 205e
Boca Raton, FL 33431                               Boca Raton, FL 33431
5619979995                                         561-997-9995
                                                   Fax : 561-434-0033
                                                   Email: harry4334@hotmail.com


*Counter-Defendant*
------------------------

**Karma of Palm Beach, Inc.**                      represented by **Harry Winderman**
c/o Weiss, Handler & Cornwell, PA                   (See above for address)
2255 Glades Road, Suite 205E
Boca Raton, FL 33431
5619979995


*Counter-Claimant*
------------------------

**Edward Brown**                                   represented by **Amanda Klopp**
c/o Eyal Berger                                     (See above for address)
201 Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301


V.

*Counter-Defendant*
------------------------

**Franklin Capital Funding, LLC**                  represented by **Patrick R Dorsey**
c/o Shraiberg Page, PA                              (See above for address)
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431


*Counter-Defendant*
------------------------

**Hi Bar Capital, LLC**                            represented by **James C. Moon, Esq**
c/o Bryan Cave LLP                                  (See above for address)
200 South Biscayne Boulevard
Suite 400
Miami, FL 33131


*Cross-Claimant*
------------------------

**Edward Brown**
c/o Eyal Berger
201 Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301

**Amanda Klopp**
represented by (See above for address)

V.

*Cross Defendant*
-----------------------
**Auto Wholesale of Boca, LLC**
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487

represented by **Jonathan S. Feldman**
(See above for address)

**James B Miller**
(See above for address)

*Intervenor-Defendant*
-----------------------
**Auto Wholesale of Boca, LLC**
6560 West Rogers Circle, Suite B-27
Boca Raton, FL 33487

*Intervenor-Defendant*
-----------------------
**FVP Investments, LLC**
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131

represented by **Jerrell A Breslin**
(See above for address)

*Intervenor-Defendant*
-----------------------
**FVP Opportunity Fund III, LP**
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131

represented by **Jerrell A Breslin**
(See above for address)

*Intervenor-Defendant*
-----------------------
**FVP Servicing, LLC**
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131

represented by **Jerrell A Breslin**
(See above for address)

*Intervenor-Defendant*
-----------------------
**Franklin Capital Funding, LLC**
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300

Boca Raton, FL 33431

### *Intervenor-Defendant*
-----------------------
**Hi Bar Capital, LLC**
c/o Bryan Cave LLP
200 South Biscayne Boulevard
Suite 400
Miami, FL 33131

### *Intervenor-Defendant*
-----------------------
**Karma of Palm Beach, Inc.**
c/o Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431
5619979995

| Filing Date | # | Docket Text |
|---|---|---|
| 07/24/2022 | [1](#)<br>(389 pgs) | Adversary case 22-01218. Complaint by FVP Opportunity Fund III, LP, FVP Investments, LLC, a Delaware limited liability company, FVP Servicing, LLC a Delaware limited liability company against Auto Wholesale of Boca, LLC. Nature of Suit:,(72 (Injunctive relief - other)), (91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(21 (Validity, priority or extent of lien or other interest in property)) (Softness, David) (Entered: 07/24/2022) |
| 07/24/2022 | | Receipt of Complaint( 22-01218-EPK) [cmp,cmp] ( 350.00) Filing Fee. Receipt number A41188635. Fee amount 350.00. (U.S. Treasury) (Entered: 07/24/2022) |
| 07/24/2022 | [2](#)<br>(13 pgs) | Emergency Motion to Determine That State Court Freeze Order Remains in Effect And That Any Sales of The Disputed Vehicles Are Not Sales in The Ordinary Course Filed by Plaintiffs FVP Investments, LLC, FVP Opportunity Fund III, LP, FVP Servicing, LLC (Softness, David) Docket Text Modified on 7/25/2022 (Fleurimond, Lucie). (Entered: 07/24/2022) |
| 07/24/2022 | [3](#)<br>(19 pgs) | Amended Complaint *(solely to include Plaintiffs' signatures)* by FVP Investments, LLC, FVP Opportunity Fund III, LP, FVP Servicing, LLC Against Auto Wholesale of Boca, LLC. Complaint Amended to Include Execution by Plaintiffs. (RE: [1](#) Adversary case 22-01218. Complaint. Nature of Suit:,(72 (Injunctive relief - other)),(91 (Declaratory judgment)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy),(21 (Validity, priority or extent of lien or other interest in property)) filed by Plaintiff FVP Opportunity Fund III, LP, Plaintiff FVP Investments, LLC, Plaintiff FVP Servicing, LLC. (Softness, David) Docket Text Modified on 7/25/2022 (Fleurimond, Lucie). (Entered: 07/24/2022) |

# JOSEPH ABRUZZO
### CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER: 50-2022-CA-004086-XXXX-MB**
**CASE STYLE: WOODSIDE CREDIT LLC V EXCELL AUTO SPORT AND SERVICE INC**

**EXHIBIT "2B"**

Search Criteria    Search Results    Case Info    Party Names    Dockets & Documents    Case Fees    Court Events

| First Name | Middle Name | Last Name | Suffix | Party Type | Party Association |
|---|---|---|---|---|---|
| KELSEY | K | BLACK | | ATTORNEY | GORFIN , JAMES ANDREW |
| STEPHEN | C | BREUER | | ATTORNEY | AMSEL , DAVID |
| STEPHEN | C | BREUER | | ATTORNEY | WOODSIDE CREDIT LLC |
| DAVID | O | CABALLERO | | ATTORNEY | PORSCHE FINANCIAL SERVICES INC |
| RICHARD | P. | COREY | | ATTORNEY | HALL , FREDERICK |
| RICHARD | P. | COREY | | ATTORNEY | HALL , FREDERICK WILLIAM |
| RICHARD | P. | COREY | | ATTORNEY | WASIULLAH , AMIR ROBERT |
| GEOFFREY | | COWEN | | ATTORNEY | AMSEL , DAVID |
| JAY | LEWIS | FARROW | | ATTORNEY | AUTO WHOLESALE OF BOCA LLC |
| JAY | LEWIS | FARROW | | ATTORNEY | FARACHE , LISA |
| JAY | LEWIS | FARROW | | ATTORNEY | FARACHE , MOSHE |
| SCOTT | C | GHERMAN | | ATTORNEY | FARACHE , LISA |
| SCOTT | C | GHERMAN | | ATTORNEY | FARACHE , MOSHE |
| HENRY | BENNETT | HANDLER | | ATTORNEY | KARMA OF BROWARD INC |
| HENRY | BENNETT | HANDLER | | ATTORNEY | KARMA OF PALM BEACH INC |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , KRISTEN |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , SCOTT |
| MARK | C | PERRY | | ATTORNEY | EXCELL AUTO SPORT AND SERVICE INC |
| MARK | C | PERRY | | ATTORNEY | EXCELL AUTO SPORT AND SERVICE INC. |
| MARK | C | PERRY | | ATTORNEY | O'CONNELL , ROBERT |
| MARK | C | PERRY | | ATTORNEY | OCONNELL JR, ROBERT |

| HOWARD | W | POZNANSKI | | ATTORNEY | EVANS , FRANK |
|---|---|---|---|---|---|
| ALEC | R | SHELOWITZ | ESQ | ATTORNEY | PORSCHE FINANCIAL SERVICES INC |
| CODY | JORDAN | SHILLING | | ATTORNEY | GORFIN , JAMES ANDREW |
| JOSE | | TEURBE-TOLON | | ATTORNEY | WOODSIDE CREDIT LLC |
| MATTHEW | J | TROCCOLI | | ATTORNEY | WOODSIDE CREDIT LLC |
| HARRY | | WINDERMAN | | ATTORNEY | KARMA OF BROWARD INC |
| HARRY | | WINDERMAN | | ATTORNEY | KARMA OF PALM BEACH INC |
| HARRY | | WINDERMAN | | ATTORNEY | PERIU , OMAR |
| HARRY | | WINDERMAN | | ATTORNEY | ZANKL , KRISTEN |
| HARRY | | WINDERMAN | | ATTORNEY | ZANKL , SCOTT |
| | | AUTO WHOLESALE OF BOCA, LLC. | | COUNTER DEFENDANT/RESPONDENT | |
| | | EXCELL AUTO SPORT AND SERVICE INC. | | COUNTER DEFENDANT/RESPONDENT | |
| LISA | | FARACHE | | COUNTER DEFENDANT/RESPONDENT | |
| MOSHE | | FARACHE | | COUNTER DEFENDANT/RESPONDENT | |
| JAMES | ANDREW | GORFIN | | COUNTER DEFENDANT/RESPONDENT | |
| | | KARMA OF BROWARD, INC. | | COUNTER DEFENDANT/RESPONDENT | |
| ROBERT | | O'CONNELL | | COUNTER DEFENDANT/RESPONDENT | |
| | | WOODSIDE CREDIT LLC | | COUNTER DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | COUNTER DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | COUNTER DEFENDANT/RESPONDENT | |
| DAVID | | AMSEL | | COUNTER PLAINTIFF/PETITIONER | |
| FREDERICK | | HALL | | COUNTER PLAINTIFF/PETITIONER | |
| | | KARMA OF PALM BEACH INC | | CROSS DEFENDANT/RESPONDENT | |
| | | PORSCHE FINANCIAL SERVICES INC | | CROSS DEFENDANT/RESPONDENT | |

| AMIR | ROBERT | WASIULLAH | | CROSS DEFENDANT/RESPONDENT |
|------|--------|-----------|---|---------------------------|
| SCOTT | | ZANKL | | CROSS DEFENDANT/RESPONDENT |
| DAVID | | AMSEL | | CROSS PLAINTIFF/PETITIONER |
| DAVID | | AMSEL | | DEFENDANT/RESPONDENT |
| | | AUTO WHOLESALE OF BOCA LLC | | DEFENDANT/RESPONDENT |
| FRANK | | EVANS | | DEFENDANT/RESPONDENT |
| | | EXCELL AUTO SPORT AND SERVICE INC | | DEFENDANT/RESPONDENT |
| LISA | | FARACHE | | DEFENDANT/RESPONDENT |
| MOSHE | | FARACHE | | DEFENDANT/RESPONDENT |
| JAMES | ANDREW | GORFIN | | DEFENDANT/RESPONDENT |
| FREDERICK | WILLIAM | HALL | | DEFENDANT/RESPONDENT |
| | | KARMA OF BROWARD INC | | DEFENDANT/RESPONDENT |
| | | KARMA OF PALM BEACH INC | | DEFENDANT/RESPONDENT |
| ROBERT | | OCONNELL | JR | DEFENDANT/RESPONDENT |
| OMAR | | PERIU | | DEFENDANT/RESPONDENT |
| | | PORSCHE FINANCIAL SERVICES INC | | DEFENDANT/RESPONDENT |
| LESLIE | | RAMSSAMMY | JR | DEFENDANT/RESPONDENT |
| AMIR | ROBERT | WASIULLAH | | DEFENDANT/RESPONDENT |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT |
| GREGORY | | KEYSER | | JUDGE |
| | | WOODSIDE CREDIT LLC | | PLAINTIFF/PETITIONER |

**JOSEPH ABRUZZO**
CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY

CASE NUMBER: 50-2022-CA-003358-XXXX-MB
CASE STYLE: AUTO WHOLESALE OF BOCA LLC V EXCEL AUTO GROUP INC

# EXHIBIT "2C"

Search Criteria | Search Results | Case Info | **Party Names** | Dockets & Documents | Case Fees | Court Events

| First Name | Middle Name | Last Name | Suffix | Party Type | Party Association |
|---|---|---|---|---|---|
| JAY | LEWIS | FARROW | | ATTORNEY | AUTO WHOLESALE OF BOCA LLC |
| JAY | LEWIS | FARROW | | ATTORNEY | FARACHE , MOSHE |
| JAY | LEWIS | FARROW | | ATTORNEY | MMS ULTIMATE SERVICES INC |
| HENRY | BENNETT | HANDLER | | ATTORNEY | KARMA OF PALM BEACH INC |
| | | | | COUNTER DEFENDANT/RESPONDENT | |
| | | KARMA OF PALM BEACH INC | | COUNTER PLAINTIFF/PETITIONER | |
| | | EXCEL AUTO GROUP INC | | DEFENDANT/RESPONDENT | |
| | | KARMA OF PALM BEACH INC | | DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT | |
| LUIS | | DELGADO | | JUDGE | |
| | | AUTO WHOLESALE OF BOCA LLC | | PLAINTIFF/PETITIONER | |
| MOSHE | | FARACHE | | PLAINTIFF/PETITIONER | |
| | | MMS ULTIMATE SERVICES INC | | PLAINTIFF/PETITIONER | |

# JOSEPH ABRUZZO
### CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY

CASE NUMBER: 50-2022-CA-003301-XXXX-MB
CASE STYLE: PRESTIGE LUXURY CARS LLC V EXCELL AUTO GROUP INC

## EXHIBIT "2D"

Search Criteria    Search Results    Case Info    Party Names    Dockets & Documents    Case Fees    Court Events

| First Name | Middle Name | Last Name | Suffix | Party Type | Party Association |
|---|---|---|---|---|---|
| GEOFFREY | M | CAHEN | | ATTORNEY | PRESTIGE LUXURY CARS LLC |
| HENRY | BENNETT | HANDLER | | ATTORNEY | KARMA OF BROWARD INC |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , KRISTEN |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , SCOTT |
| HARRY | | WINDERMAN | | ATTORNEY | KARMA OF BROWARD INC |
| HARRY | | WINDERMAN | | ATTORNEY | ZANKL , KRISTEN |
| HARRY | | WINDERMAN | | ATTORNEY | ZANKL , SCOTT |
| | | PRESTIGE LUXURY CARS LLC | | COUNTER DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| SCOTT | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| | | EXCELL AUTO GROUP INC | | DEFENDANT/RESPONDENT | |
| | | KARMA OF BROWARD INC | | DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT | |
| JUDGE | | SENIOR | | JUDGE | |
| | | PRESTIGE LUXURY CARS LLC | | PLAINTIFF/PETITIONER | |

# JOSEPH ABRUZZO
### CLERK OF THE CIRCUIT COURT & COMPTROLLER
#### PALM BEACH COUNTY

CASE NUMBER: 50-2022-CA-009599-XXXX-MB
CASE STYLE: THE GORI FAMILY LIMITED PARTNERSHIP V ZANKL, SCOTT

## EXHIBIT "2E"

| Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events |
|---|---|---|---|---|---|---|

| First Name | Middle Name | Last Name | Suffix | Party Type | Party Association |
|---|---|---|---|---|---|
| TRACY | M | WHITE | | ATTORNEY | THE GORI FAMILY LIMITED PARTNERSHIP |
| KRISTEN | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| SCOTT | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| | | GORI FAMILY LIMITED PARTNERSHIP | | CROSS DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT | |
| JAMES | | NUTT | | JUDGE | |
| | | THE GORI FAMILY LIMITED PARTNERSHIP | | PLAINTIFF/PETITIONER | |

**JOSEPH ABRUZZO**
CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY

**CASE NUMBER: 50-2022-CA-005035-XXXX-MB**
**CASE STYLE: KENNETH J GOODMAN AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST V ZANKL, SCOTT**

# EXHIBIT "2F"

Search Criteria    Search Results    Case Info    Party Names    Dockets & Documents    Case Fees    Court Events

| First Name | Middle Name | Last Name | Suffix | Party Type | Party Association |
|---|---|---|---|---|---|
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , KRISTEN |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , SCOTT |
| NOAH | B | TENNYSON | | ATTORNEY | KENNETH J GOODMAN AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST |
| | | KENNETH J. GOODMAN AS TRUSTEE OF THE DC 2008 REVOCABLE WEALTH TRUST | | COUNTER DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| SCOTT | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| | | DCG 2008 IRREVOCABLE WEALTH TRUST BY AND THROUGH KENNETH J GOODMAN ITS TRUSTEE | | DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT | |
| NICOLE | TESTA | MEHDIPOUR | | INTERVENOR | |
| MAXINE | | CHEESMAN | | JUDGE | |
| | | KENNETH J GOODMAN AS TRUSTEE OF THE DCG 2008 IRREVOCABLE WEALTH TRUST | | PLAINTIFF/PETITIONER | |

# JOSEPH ABRUZZO
### CLERK OF THE CIRCUIT COURT & COMPTROLLER
PALM BEACH COUNTY

**CASE NUMBER: 50-2022-CA-003889-XXXX-MB**
**CASE STYLE: BAL INVESTMENTS LLC V ZANKL, SCOTT L**

**EXHIBIT "2G"**

Search Criteria    Search Results    Case Info    Party Names    Dockets & Documents    Case Fees    Court Events

| First Name | Middle Name | Last Name | Suffix | Party Type | Party Association |
|---|---|---|---|---|---|
| MELISSA | A | CAMPBELL | ESQ | ATTORNEY | BAL INVESTMENTS LLC |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , KRISTEN |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , SCOTT L |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL FAMILY 2020 IRREVOCABLE TRUST U/A JULY 27 20 |
| TRAVIS | | HARVEY | | ATTORNEY | BAL INVESTMENTS LLC |
| | | BAL INVESTMENTS LLC | | COUNTER DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| SCOTT | L | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| SCOTT | L | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| KRISTEN | | ZANKL | | CROSS PLAINTIFF/PETITIONER | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | L | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT | |
| | | ZANKL FAMILY 2020 IRREVOCABLE TRUST U/A JULY 27 20 | | DEFENDANT/RESPONDENT | |
| CAROLYN | | BELL | | JUDGE | |
| | | BAL INVESTMENTS LLC | | PLAINTIFF/PETITIONER | |

# JOSEPH ABRUZZO
### CLERK OF THE CIRCUIT COURT & COMPTROLLER
#### PALM BEACH COUNTY

**CASE NUMBER: 50-2022-CA-003547-XXXX-MB**
**CASE STYLE: SAVANNAH ROW DEVELOPMENT COMPANY LLC V ZANKL, KRISTEN**

## EXHIBIT "2H"

Search Criteria   Search Results   Case Info   Party Names   Dockets & Documents   Case Fees   Court Events

| First Name | Middle Name | Last Name | Suffix | Party Type | Party Association |
|---|---|---|---|---|---|
| MITCHELL | A | DINKIN | | ATTORNEY | SAVANNAH ROW DEVELOPMENT COMPANY LLC |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , KRISTEN |
| HENRY | BENNETT | HANDLER | | ATTORNEY | ZANKL , SCOTT |
| HARRY | | WINDERMAN | | ATTORNEY | ZANKL , KRISTEN |
| HARRY | | WINDERMAN | | ATTORNEY | ZANKL , SCOTT |
| | | SAVANNAH ROW DEVELOPMENT COMPANY LLC | | COUNTER DEFENDANT/RESPONDENT | |
| KRISTEN | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| SCOTT | | ZANKL | | COUNTER PLAINTIFF/PETITIONER | |
| KRISTEN | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | ZANKL | | DEFENDANT/RESPONDENT | |
| SCOTT | | KERNER | | JUDGE | |
| | | SAVANNAH ROW DEVELOPMENT COMPANY LLC | | PLAINTIFF/PETITIONER | |

<u>EXHIBIT "2 I"</u>



| |

Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)

# Case Detail - Public

🖶 Print

## FVP Opportunity Fund III, LP, et al Plaintiff vs. Scott Zankl, et al Defendant

**Broward County Case Number:** CACE22005125
**State Reporting Number:** 062022CA005125AXXXCE
**Court Type:** Civil
**Case Type:** Other - Business Transaction
**Incident Date:** N/A
**Filing Date:** 04/10/2022
**Court Location:** Central Courthouse
**Case Status:** Reopened - CV
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 21 Singer, Michele Towbin

—  Party(ies)                                                    Total: 27



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **FVP Opportunity Fund III, LP** | | ★ Romero, Ezequiel Joseph Retained Bar ID: 107216 Bryan Cave LLP 200 S Biscayne Blvd Ste 400 Miami, FL 33131-5354 **Status: Active** |
| | | | Cohen, Bradford M Retained Bar ID: 118176 Cohen & Mcmullen, P.A. 1132 SE 3rd Ave Fort Lauderdale, FL 33316-1110 **Status: Active** |
| | | | Breslin, Jerrell A Retained Bar ID: 269573 Baron Breslin & Sarmiento Attorney at Law 169 East Flagler Street Suite 700 Miami, FL 33132 **Status: Active** |
| | | | McMullen, Michael J Retained Bar ID: 106109 Cohen & McMullen, P.A 1132 SE 3rd Avenue Fort Lauderdale, FL 33316-1110 **Status: Active** |
| | | | Schwartz, Jonathan Noah Retained Bar ID: 1014596 Jonathan Schwartz Law PLLC 10200 NW 25 Street, Ste. 111 Doral, FL 33172 **Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **FVP Investments, LLC** | | ★ Romero, Ezequiel Joseph Retained Bar ID: 107216 Bryan Cave LLP 200 S Biscayne Blvd Ste 400 Miami, FL 33131-5354 **Status: Active** |
| | | | Cohen, Bradford M Retained Bar ID: 118176 Cohen & Mcmullen, P.A. 1132 SE 3rd Ave Fort Lauderdale, FL 33316-1110 **Status: Active** |
| | | | Breslin, Jerrell A Retained Bar ID: 269573 Baron Breslin & Sarmiento Attorney at Law 169 East Flagler Street Suite 700 Miami, FL 33132 **Status: Active** |
| | | | McMullen, Michael J Retained Bar ID: 106109 Cohen & McMullen, P.A 1132 SE 3rd Avenue Fort Lauderdale, FL 33316-1110 **Status: Active** |
| | | | Schwartz, Jonathan Noah Retained Bar ID: 1014596 Jonathan Schwartz Law PLLC 10200 NW 25 Street, Ste. 111 Doral, FL 33172 **Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **FVP Servicing, LLC** | | ★ Romero, Ezequiel Joseph Retained Bar ID: 107216 Bryan Cave LLP 200 S Biscayne Blvd Ste 400 Miami, FL 33131-5354 **Status: Active** |
| | | | Cohen, Bradford M Retained Bar ID: 118176 Cohen & Mcmullen, P.A. 1132 SE 3rd Ave Fort Lauderdale, FL 33316-1110 **Status: Active** |
| | | | Breslin, Jerrell A Retained Bar ID: 269573 Baron Breslin & Sarmiento Attorney at Law 169 East Flagler Street Suite 700 Miami, FL 33132 **Status: Active** |
| | | | McMullen, Michael J Retained Bar ID: 106109 Cohen & McMullen, P.A 1132 SE 3rd Avenue Fort Lauderdale, FL 33316-1110 **Status: Active** |
| | | | Schwartz, Jonathan Noah Retained Bar ID: 1014596 Jonathan Schwartz Law PLLC 10200 NW 25 Street, Ste. 111 Doral, FL 33172 **Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Zankl, Scott** | | ★ Handler, Henry B Retained Bar ID: 259284 2255 Glades Road Suite 218-A Boca Raton, FL 33431-0000 **Status: Active** |
| | | | St Denis, Donald W Retained Bar ID: 794864 St Denis & Davey P.a. 1300 Riverplace Blvd, Ste 101 Jacksonville, FL 32207-0000 **Status: Active** |
| | | | Schiffrin, Michael Retained Bar ID: 178240 St. Denis & Davey PA 600 Brickell Avenue Suite 1715 Miami, FL 33131 **Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Zankl, Kristen** | | ★ Handler, Henry B<br>Retained<br>Bar ID: 259284<br>2255 Glades Road<br>Suite 218-A<br>Boca Raton, FL 33431-0000<br>**Status: Active**<br><br>St Denis, Donald W<br>Retained<br>Bar ID: 794864<br>St Denis & Davey P.a.<br>1300 Riverplace Blvd, Ste 101<br>Jacksonville, FL 32207-0000<br>**Status: Active**<br><br>Schiffrin, Michael<br>Retained<br>Bar ID: 178240<br>St. Denis & Davey PA<br>600 Brickell Avenue<br>Suite 1715<br>Miami, FL 33131<br>**Status: Active** |
| Defendant | **Farache, Moshe** | | ★ Gherman, Scott C<br>Retained<br>Bar ID: 180653<br>902 Clint Moore Rd.<br>Suite 120<br>Boca Raton, FL 33487<br>**Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Auto Wholesale of Boca, LLC** | | ★ Brandes, Marc E Retained Bar ID: 866423 Kurkin Brandes LLP 18851 NE 29th Ave Suite 303 Aventura, FL 33180 **Status: Active** |
| | | | Schiffrin, Michael Retained Bar ID: 178240 St. Denis & Davey PA 600 Brickell Avenue Suite 1715 Miami, FL 33131 **Status: Active** |
| | | | St Denis, Donald W Retained Bar ID: 794864 St Denis & Davey P.a. 1300 Riverplace Blvd, Ste 101 Jacksonville, FL 32207-0000 **Status: Active** |
| | | | Blinderman, Craig Retained Bar ID: 896098 Kurkin Forehand Brandes, LLP 18851 NE 29th Ave., Suite 303 Aventura, FL 33180 **Status: Active** |
| | | | Farrow, Jay Lewis Retained Bar ID: 625213 Jay L Farrow 1 Alhambra Plaza Floor PH Coral Gables, FL 33134 **Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Karma of Broward, Inc.** | | ★ Handler, Henry B<br>Retained<br>Bar ID: 259284<br>2255 Glades Road<br>Suite 218-A<br>Boca Raton, FL 33431-0000<br>**Status: Active**<br><br>Schiffrin, Michael<br>Retained<br>Bar ID: 178240<br>St. Denis & Davey PA<br>600 Brickell Avenue<br>Suite 1715<br>Miami, FL 33131<br>**Status: Active**<br><br>St Denis, Donald W<br>Retained<br>Bar ID: 794864<br>St Denis & Davey P.a.<br>1300 Riverplace Blvd, Ste 101<br>Jacksonville, FL 32207-0000<br>**Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Karma of Palm Beach, Inc.** | | ★ Handler, Henry B Retained Bar ID: 259284 2255 Glades Road Suite 218-A Boca Raton, FL 33431-0000 **Status: Active** |
| | | | Schiffrin, Michael Retained Bar ID: 178240 St. Denis & Davey PA 600 Brickell Avenue Suite 1715 Miami, FL 33131 **Status: Active** |
| | | | St Denis, Donald W Retained Bar ID: 794864 St Denis & Davey P.a. 1300 Riverplace Blvd, Ste 101 Jacksonville, FL 32207-0000 **Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **MMS Ultimate Services, Inc.** | | ★ Brandes, Marc E<br>Retained<br>Bar ID: 866423<br>Kurkin Brandes LLP<br>18851 NE 29th Ave<br>Suite 303<br>Aventura, FL 33180<br>**Status: Active** |
| | | | Schiffrin, Michael<br>Retained<br>Bar ID: 178240<br>St. Denis & Davey PA<br>600 Brickell Avenue<br>Suite 1715<br>Miami, FL 33131<br>**Status: Active** |
| | | | St Denis, Donald W<br>Retained<br>Bar ID: 794864<br>St Denis & Davey P.a.<br>1300 Riverplace Blvd, Ste 101<br>Jacksonville, FL 32207-0000<br>**Status: Active** |
| | | | Blinderman, Craig<br>Retained<br>Bar ID: 896098<br>Kurkin Forehand Brandes, LLP<br>18851 NE 29th Ave., Suite 303<br>Aventura, FL 33180<br>**Status: Active** |
| | | | Farrow, Jay Lewis<br>Retained<br>Bar ID: 625213<br>Jay L Farrow<br>1 Alhambra Plaza<br>Floor PH<br>Coral Gables, FL 33134<br>**Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address<br>★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Excell Auto Sport and Service, Inc.** | | ★ Perry, Mark C, ESQ.<br>Retained<br>Bar ID: 251941<br>6245 N. Federal Highway, Suite 321<br>Ft. Lauderdale, FL 33308<br>**Status: Active**<br><br>Schiffrin, Michael<br>Retained<br>Bar ID: 178240<br>St. Denis & Davey PA<br>600 Brickell Avenue<br>Suite 1715<br>Miami, FL 33131<br>**Status: Active**<br><br>St Denis, Donald W<br>Retained<br>Bar ID: 794864<br>St Denis & Davey P.a.<br>1300 Riverplace Blvd, Ste 101<br>Jacksonville, FL 32207-0000<br>**Status: Active** |



| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Excell Auto Finance, LLC** | | ★ Graner, Thomas U Retained Bar ID: 905577 1699 S Federal HWY Boca Raton, FL 33432 **Status: Active** Schiffrin, Michael Retained Bar ID: 178240 St. Denis & Davey PA 600 Brickell Avenue Suite 1715 Miami, FL 33131 **Status: Active** St Denis, Donald W Retained Bar ID: 794864 St Denis & Davey P.a. 1300 Riverplace Blvd, Ste 101 Jacksonville, FL 32207-0000 **Status: Active** |
| Intervenor | **Woodside Credit LLC** | | ★ Teurbe-Tolon, Jose Retained Bar ID: 87791 Xander Law Group, P.A. One NE 2 Avenue, Suite 200 Miami, FL 33132 **Status: Active** |
| Defendant | **Apple 3 Investments Inc** | | |
| Defendant | **Automotive Service Systems Inc** | | |
| Defendant | **Dealer Soug USA LLC** | | |
| Defendant | **EAG Wholesale LLC** | | |

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Excell Auto Leasing Inc** | | |
| Defendant | **Excell Auto Wholesale Inc** | | |
| Defendant | **Franklin Capital Group LLC** | | |
| Defendant | **Franklin Capital Management LLC** | | |
| Defendant | **FVP Investments LLC** | | |
| Defendant | **FVP Opportunity Fund III LP** | | |
| Defendant | **FVP Servicing LLC** | | |
| Defendant | **KZ Consultants Inc** | | |
| Defendant | **Lavish Hero Fund Inc** | | |
| Defendant | **Miss Kris LLC** | | |

## − Disposition(s)

Total: 1

| Date | Statistical Closure(s) |
|---|---|
| 04/27/2022 | Disposed by Other |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|
| 04/27/2022 | **Notice of Filing/Notice of Removal to Federal Court** | 📄 | 7 |

## − Collection(s)

Total: 0

There is no Collection information available for this case.

## + Event(s) & Document(s)

Total: 276

## − Hearing(s)

Total: 0

There is no Disposition information available for this case.

## − Related Case(s)

Total: 1

| Related Case Number | Case Type | Additional Text |
|---|---|---|
| CACE22006401 | Consolidated Case | |

# Brenda D. Forman

## Clerk of Court

Broward County
17th Judicial Circuit

MORE ABOUT THE CLERK (/ABOUTUS/ABOUTTHEOFFICE#ABOUTTHECLERK)                        >

 (https://www.facebook.com/browardclerkofcourts/)

# Connect with Us

COURTHOUSE LOCATIONS (/ABOUTUS/HOURSANDLOCATIONS#COURTHOUSELOCATIONS)          >

CONTACT US (/ABOUTUS/ABOUTTHEOFFICE#CONTACTUS)                                                            >

DISCLAIMER AGREEMENT (/GENERALINFORMATION/MISCELLANEOUS#DISCLAIMERAGREEMENT)   >

CLERK DIRECTORY (/ABOUTUS/HOURSANDLOCATIONS#CLERKDIRECTORY)                                >

TELL US WHAT YOU THINK (/MISCELLANEOUS/CLERKSURVEYS)                                                  >



## Accessibility & Support

ADA NOTICE (/GENERALINFORMATION/MISCELLANEOUS#ADA)

PRINT

FREQUENTLY ASKED QUESTIONS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/FREQUENTQUESTIONS/)  ›

GLOSSARY OF TERMS (HTTPS://WWW.BROWARDCLERK.ORG//WEB2/CASESEARCHECA/GLOSSARY/)  ›

## Main Courthouse Location

201 SE 6th Street

Fort Lauderdale
Florida, US 33301
Phone: (954) 831-6565

PUBLIC RECORDS CUSTODIAN (/GENERALINFORMATION/MISCELLANEOUS#PUBLICRECORDSCUSTODIAN) › *PURSUANT TO 119.12(2), F.S.*

PUBLIC ACCESS TO JUDICIAL RECORDS (/GENERALINFORMATION/MISCELLANEOUS#JUDICIALRECORDRULE) › *PURSUANT TO RULE 2.420*

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public records request, do not send electronic mail to this entity.
Instead, contact this office by phone or in writing.

© 2023 - All rights reserved

