## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### *West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**EXCELL AUTO GROUP, INC.,**                          **CASE NO. 22-12790-EPK**

      Debtor.                                          Chapter 7

_____/

### VERIFIED MOTION TO COMPEL ABANDONMENT OF VEHICLE AND TITLE
### (2016 FORD RHINO VIN ENDING IN 9768)

    **COME NOW**, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, "FVP"), together with the Karma of Palm Beach, Inc. (KPB), by and through their undersigned counsel and pursuant to Section 554(b) of the Bankruptcy Code and Rule 6007 of the Federal Rules of Bankruptcy Procedure hereby moves the Court for the entry of an Order compelling the Trustee, Nicole Testa Mehdipour, the chapter 7 trustee in this case (the "Trustee") to abandon that certain 2016 Ford Rhino VIN 1FDUF4HT2GEB79768 and the title thereto (the "Subject Vehicle") and states:

<u>Verified Facts:</u>

    1.    On or about November, 2021, Karma of Palm Beach, Inc., purchased the Subject Vehicle from Keith M. Dagostino. The purchase of the Subject Vehicle was part of a transaction involving the trade of two vehicles. One with negative equity – the Subject Vehicle – and another with substantial equity.

    2.    As part of the purchase transaction, KPB paid $180,000.00 for the Subject Vehicle. This was accomplished by paying off the Bank of Pacific $229,361.69 which resulted in the Woodside Credit lien being released. Title to the Subject Vehicle was signed over to KPB. **Exhibit A Composite.**

3.      The Woodside lien was marked satisfied on 3/3/2022 as to the Subject Vehicle. **Exhibit B.** *See* **Exhibit C** showing no Liens from the Florida DMV as of June 2022 well into the time period in which the Subject Vehicle was in the possession of the Trustee.

4.      The Subject Vehicle was fully paid for in 2021 by KPB and was always and remains the inventory of KPB.

5.      On January 26, 2022, the Subject Vehicle became subject to the security interest of the FVP Parties and remains subject to that security interest to this day.

6.      At the time of the filing of the Bankruptcy in this case in April 2022, the Subject Vehicle was being driven with the consent of KPB by a third party.

7.      When the third party dropped off the vehicle at the KPB facility, the facility was in the possession and control of the Trustee. At that time in April 2022, the Excell Trustee took possession of the Subject Vehicle.

8.      The Subject Vehicle has been in the possession and control of the Excell Trustee since April of 2022.

9.      On information and belief, the Excell Trustee has possession of the title to the Subject Vehicle as well as the vehicle itself.

10.      The Excell estate has no claim to the Subject Vehicle.

11.      The FVP Parties are parties of interest and claim the vehicles as their collateral.

12.      KPB joins this motion as the Subject Vehicle is the property of KPB so that the Subject Vehicle can be returned to the custody and control of KPB and liquidated to pay the sums due FVP from KPB.

13.      FVP's position with respect to the Rhino is that it is subject to its perfected security interest which well exceeds the value of the vehicle and should be abandoned by the Trustee.

14.     Thus, the Trustee should be compelled to abandon the Subject Vehicle, as is specifically contemplated in Section 554(b) of the Code and the decisional authority interpreting same.

VERIFICATION OF MOTION

I, Scott Zankl, President of Karma of Palm Beach, Inc., declare under the penalty of perjury that the foregoing facts are true and correct.

Dated: May 9, 2023

scott zankl (May 9, 2023 12:21 EDT)

Scott Zankl

**ARGUMENT**

Section 554(b) reads as follows:

§ 554. Abandonment of property of the estate;

(a) After notice and a hearing, the trustee may abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

(b) On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

The Rhino has not, and cannot be administered (sold) and it should be abandoned. The Rhino appears to be "of inconsequential value and benefit to the estate". However, the beginning of that sentence in the statute seems particularly apt. The Rhino is not merely of no value, it is burdensome. The Trustee has and will incur expenses with no apparent likelihood of turning the Rhino into cash. Thus the Court should simply compel abandonment. Either way, the Court should put a reasonable time limit on the Trustee's decision making in this regard. In In re Paolillo, 79 B.R. 607 (Bankr. E.D. Pa., 1987) the debtor sought abandonment of certain real estate. The Court held that since 9 months had passed since the case was filed; the trustee had had sufficient time to determine the value, *vel non*, of the

real estate.  The Court gave any objecting parties 30 days to come forward with proof that the real estate had value, failing which he would order its abandonment.  That result seems fair on the facts here, particularly given that the Case is open for some 30 months.

In re Rich, 510 B.R. 366 (Bankr. Utah, 2014), the Court simplified the 554(b) motion as follows:

> When faced with a § 554(b) motion a Trustee has two options:  He may concede that the property is burdensome or of inconsequential value and abandon the property or he may demonstrate to the court that his administration of the property will result in a benefit to the estate and he should be allowed to administer the property. Failure to administer property that is of value and benefit to the estate is not an acceptable option and failure to abandon property that is burdensome is not an acceptable option.

Given the administrative expenses associated with the Rhino - with no end in sight – and the apparent unlikelihood of realizing any appreciable value, it would respectfully seem that the Rhino is the epitome of "burdensome to the estate" and should be abandoned.

**WHEREFORE**, the FVP Parties and Karma of Palm Beach, Inc., respectfully requests the entry of an Order directing the Trustee to abandon the Rhino pursuant to Section 554(b) of the Bankruptcy Code and for such other and further relief as the Court deems just and equitable.

Dated May 9, 2023.

For the FVP Parties

| | |
|---|---|
| Jerrell A. Breslin, Esq.<br>Jonathan Noah Schwartz, Esq.<br>Schwartz Breslin PLLC<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@JSJB.Law<br>EService@JSJB.law<br><br>By:     s/ Jerrell Breslin<br>Jerrell Breslin, Esq.<br>Fla Bar No: 269573 | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com |

For Karma of Palm Beach, Inc.

WEISS, HANDLER & CORNWELL, PA

One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL 33431
Telephone: (561) 997-9995

By: */s/ Harry Winderman*
HARRY WINDERMAN, ESQ.
 Florida Bar No. 209562
hw@whcfla.com
filings@whcfla.com
gg@whcfla.com

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served with the foregoing electronic service via EM/ECF and by email: Chapter 7 Trustee by serving Michael R Bakst, efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com, Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com, David Unseth, Esq. at dmunseth@bclplaw.com, and James Moon, Esq., at Jmoon@melandbudwick.com; upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com, upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com and upon Michael Halperin by serving Phil Landau, Esq. at phil@landaulaw.com.

/ s/ Jerrell Breslin
Jerrell Breslin, Esq

# EXHIBIT A
# Composite



K A R M A | PALM BEACH

P 561.998.5557
F 561.998.4703
1001 Clint Moore Rd. Ste. 1
Boca Raton, FL 33487

## PAYOFF AUTHORIZATION / TITLE RELEASE

Customer(s) Name: **KEITH M DAGOSTINO**                SS#

Yr/ Make/ Model: **2016 FORD RHINO**        VIN# **1FDUF4HT2GEB79768**

Bank: Bank of the Pacific                Phone# 360-533-8870

Payoff Address: 1216 Skyview Drive, Aberdeen, WA 98520

Account# Loan # 19978801            Payoff Amount: 229,361.69

Good Through: 12/11/21            Per Diem: 39.681

Spoke to:                    Verified By: Woodside

By signing below, I understand that the above-listed payoff amount is an estimated payoff on my vehicle. If upon verification the payoff is a higher amount, I agree to pay the difference upon request. If the amount is lower than estimated, the difference will be mailed to me upon receiving the title or lien release to my vehicle.

I/we, **KEITH M DAGOSTINO**                , hereby grant authorization to the above referenced bank and/or finance company to release the payoff information on my vehicle, and to

### release the title and lien satisfaction to:
Karma Palm Beach
1001 Clint Moore Rd Ste 101
Boca Raton, FL 33487

Customer(s) Signature:

Manager Signature: Mayara R. Cardoso

excellauto.com

 

**KARMA** | PALM BEACH

1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703

**KARMA**
BROWARD | PALM BEACH
*Excell* EXCELL AUTO GROUP

## PURCHASE AGREEMENT

SALES PERSON ___SCOTT___                    DATE __11_ / _17_ / _21_

PURCHASER:    KARMA PALM BEACH
ADDRESS:      1001 CLINT MOORE RD #103
              BOCA RATON, FL 33487

OWNER/SELLER ___KEITH M DAGOSTINO___

ADDRESS ___56 WOODLAND DR, OYSTER BAY, NY 11771___

PHONE _____    EMAIL: _____

CO-OWNER/CO-SELLER ___N/A___

ADDRESS ___N/A___

*Neg equity is to be paid by equity from 2020 Urus #A06858*

**VEHICLE DESCRIPTION:**

YEAR ___2016___                    COLOR ___BLACK___

MAKE ___FORD___                    MILEAGE _____

MODEL ___RHINO___                  VIN ___1FDUF4HT2GEB79768___

BODY TYPE ___UT___                 PURCHASE PRICE $ ___180,000.00___

*PPW*
*Need to send P/O asap.*
*Went back & forth with customer & woodside on p/o amount*

IT IS AGREE... ...KARMA PALM BEACH A FREE AND CLEAR TITLE.

_____            _____
Karma Palm Beach                   Owner/Seller Signature

                                   _____
                                   Co-Owner/Co-Seller Signature

**ADDITIONAL INFORMATION - IF APPLICABLE**

*16 FORD SUPER DUTY F-45*
*1FDUF4HT2GEB79768*
*LOAN 199778801*

| CHECK | VENDOR | VENDOR NAME | | CHECK DATE |
|---|---|---|---|---|
| 4933 | BANK003 | BANK OF THE PACIFIC | | 1/26/2022 |

| ACCOUNT | CONTROL # | REFERENCE # | AMOUNT | INVOICE # | DESCRIPTION |
|---|---|---|---|---|---|
| 1018 | BANK003 | 4933 | 229361.69CR | | BANK OF THE PACIFIC |
| 2110 | B79768 | B79768 | 229361.69 | | PAYOFF DAGOSTINO |

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

19203    B_MCBW_A2

KARMA PALM BEACH INC
1001 Clint Moore Rd Ste 103

Boca Raton, FL  33487

# KARMA | PALM BEACH

CHASE

1001 Clint Moore Rd Suite 101 Boca Raton, FL 33487
Phone: (561) 998-5557

| DATE | CHECK |
|---|---|
| 1/26/2022 | 4933 |

| AMOUNT |
|---|
| $ 229,361.69 |

*Pay**229,361**Dollars*and*69/100*DOLLARS****

TO THE ORDER OF

**BANK OF THE PACIFIC**
**1216 SKYVIEW DRIVE**
**ABERDEEN, WA  98520**

*\* Accounting Copy \**
*NON-NEGOTIABLE*

**Issued By: Nidia Leiva**
**Issue Date:  1/26/22**





KARMA | PALM BEACH

## PAYOFF AUTHORIZATION / TITLE RELEASE

Customer(s) Name: __KEITH M DAGOSTINO__     SS# _____

Yr/ Make/ Model: __2016 FORD RHINO__     VIN# __1FDUF4HT2GEB79768__

Bank: __Bank of the Pacific__     Phone# __360-533-8870__

Payoff Address: __1216 Skyview Drive, Aberdeen, WA 98520__

Account# __Loan # 19978801__     Payoff Amount: __229,361.⁶⁹__

Good Through: __12/11/21__     Per Diem: __39.681__

Spoke to: _____     Verified By: __Woodside__

By signing below, I understand that the above-listed payoff amount is an estimated payoff on my vehicle. If upon verification the payoff is a higher amount, I agree to pay the difference upon request. If the amount is lower than estimated, the difference will be mailed to me upon receiving the title or lien release to my vehicle.

I/we, __KEITH M DAGOSTINO__ , hereby grant authorization to the above referenced bank and/or finance company to release the payoff information on my vehicle, and to **release the title and lien satisfaction to:**

Karma Palm Beach
1001 Clint Moore Rd Ste 101
Boca Raton, FL 33487

Customer(s) Signature: _____

Manager Signature: __Mayara R. Cardoso__


 | PALM BEACH
1001 CLINT MOORE RD. STE 103 BOCA RATON, FL 33487
OFFICE 561.998.5557   FAX 561.998.4703



# PURCHASE AGREEMENT

SALES PERSON ___SC OTT_____    DATE __11_/ __17_/ __21_

PURCHASER:    KARMA PALM BEACH
ADDRESS:    1001 CLINT MOORE RD #103
BOCA RATON, FL 33487

OWNER/SELLER ___KEITH M DAGOSTINO_____

ADDRESS ___56 WO ODLAND DR, OYSTER BAY, NY 11771_____

PHONE _____    EMAIL: _____

CO-OWNER/CO-SELLER ___N/A_____

ADDRESS ___N/A_____

---

**VEHICLE DESCRIPTION:**

YEAR ___2016_____    COLOR ___BLACK_____

MAKE ___FORD_____    MILEAGE _____

MODEL ___RHINO_____    VIN ___1FDUF4HT2GEB79768_____

BODY TYPE ___UT_____    PURCHASE PRICE $ ___180,000.00_____

---

IT IS AGREED THAT THE OWNER(S)/SELLER(S) WILL FURNISH KARMA PALM BEACH A FREE AND CLEAR TITLE.

_____
Karma Palm Beach

_____
Owner/Seller Signature

_____
Co-Owner/Co-Seller Signature

DAGOSTINO,KEITH,M
56 WOODLAND DR
OYSTER BAY          NY 11771

009760



## CERTIFICATE OF TITLE

### NEW YORK STATE

dmv.ny.gov

* * LIENS * *
Document No.

| Title and Identification No. | Year | Make | Model Code | Body/Hull | 969655Z |
|---|---|---|---|---|---|
| 1FDUF4HT2GEB79768 1FDUF4HT2GEB79768 | 2016 | FORD | F45 | SUBN | |

| Color | Wt./Sts./Lgth. | Fuel | Cyl./Prop. | New or Used | Type of Title | Date Issued |
|---|---|---|---|---|---|---|
| BK | 7339 | DIE | 8 | NEW | VEHICLE | 12/26/17 |

Name and Address of Owner(s)

ODOMETER READING: 00025
00025

DAGOSTINO,KEITH,M
56 WOODLAND DR
OYSTER BAY          NY 11771

ACTUAL MILEAGE

This document is your proof of ownership for this vehicle, boat or manufactured home. Keep it in a safe place, not with your license or registration or in your vehicle or boat. To dispose of your vehicle, boat or manufactured home, complete the transfer section on the back and give this title to the new owner.

Lienholder

WOODSIDE CREDIT
PO BOX 12379
NEWPORT BEACH  CA 92658

Lienholder      01

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

Lienholder

* ONE LIEN RECORDED *

MV-999 (1/15)

### DEPARTMENT OF MOTOR VEHICLES

VOID IF ALTERED

## ANY CHANGE OR ERASURE WILL VOID THIS TITLE -- ANY FALSE STATEMENT IS A MISDEMEANOR

### SECTION I - Transfer by Owner

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE as seen on the odometer of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING - ODOMETER DISCREPANCY.

**ODOMETER READING**

15060

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

**DAMAGE DISCLOSURE STATEMENT (To be Completed by Owner Named on Face of Title)**

I certify that, to the best of my knowledge, this vehicle ☐ has been or ☐ has not been wrecked, destroyed or damaged to such an extent that the total estimate or actual cost of parts and labor to rebuild or reconstruct the vehicle to the condition it was in before an accident, and for legal operation on the road or highways, is more than 75% of the retail value of the vehicle at the time of loss. (Checking the "has" box means that the vehicle must have an anti-theft examination before being registered and that the title issued will have the statement "Rebuilt Salvage: NY" on it.)

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

***Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.***

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| Maura a Cardaro by POA | Keith M Dagostino | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 56 Woodland Dr | Oyster Bay | NY | 11771 | 11/17/21 |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| | Alana Bulleri | Karma Palm Beach | | |
| Street Address | City | State | ZIP code | Date of Statement |
| 1001 Clint Moore Rd #103 | Boca Raton | FL | 33487 | 11/17/21 |

### SECTION II - Reassignment by Manufactured Home Dealer or Registered Boat Dealer or Out-of-State Dealer

**ODOMETER DISCLOSURE STATEMENT**

*Note: This vehicle cannot be registered or titled in the name of the new owner unless mileage is disclosed.*

**Federal and State Law require that you state the mileage of the vehicle described on this certificate when transferring ownership. Failure to do so, or providing a false statement, may result in fines and/or imprisonment.**

I certify that, to the best of my knowledge, this odometer reading *(check one)*:
- ☐ 1. reflects the ACTUAL MILEAGE of the vehicle described on the front.
- ☐ 2. EXCEEDS MECHANICAL LIMITS (odometer started over at zero)
- ☐ 3. not the actual mileage. WARNING ODOMETER DISCREPANCY.

**ODOMETER READING**

(no tenths)

**ODOMETER HAS SPACE FOR:** *(Check one)*
- ☐ Five Digits, *excluding tenths*
- ☐ Six Digits, *excluding tenths*

I or we transfer the vehicle, boat or manufactured home described on this certificate. At the time of transfer, this title is subject only to the liens or encumbrances listed on this certificate, if any. I also certify that this is the most recent title issued for this vehicle, boat or manufactured home.

**Note: Section 2113 of the Vehicle and Traffic Law requires that application for a title must be made within 30 days of transfer.**

**Seller**

| Seller's Signature | Seller's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

**Buyer**

| Buyer's Signature | Buyer's Name *(Print in Full)* | | | |
|---|---|---|---|---|
| | | | | |
| Street Address | City | State | ZIP code | Date of Statement |
| | | | | |

MV-999 (1/15)    K   4906808

Boat Dealer's Facility #

**STATE OF FLORIDA**

HSMV 82995 (REV. 10/11)S

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
2900 Apalachee Parkway - Tallahassee, 32399-0610

(Instructions on Reverse Side)

**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| 1FDUF4HT2GEB79768 | 2016 | FORD | RHINO | UT | IFDUF4HT2GEB797... |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, KEITH M DAGOSTINO appoint KARMA PALM BEACH INC
_____ (Print Seller's Name) _____ (Print Name of Dealership / Business)

as of 11-17-21 as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle
_____ (Date)
described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐ 1 1 5 , 6 6 0 ☐ xx (NO TENTHS) MILES,
DATE READ 11/17/21 , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE.
                                                                                                  WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller)**

Seller's Signature _[signature]_     Seller's Printed Name KEITH M DAGOSTINO

Co Seller's Signature _____     Co Seller's Printed Name _____

Seller's Street Address 56 Woodland Dr     City Oyster Bay   State NY   Zip 11771

**TRANSFEREE (Purchaser)**

Purchaser's Signature _[signature]_     Purchaser's Printed Name Alana Bailey

Purchaser's Dealership Name KARMA PALM BEACH INC     Dealer License No. Vf/1133543/1
_____ (Print Name of Dealership/Business)

Business Address 1001 Clint Moore Rd Ste 103   City Boca Raton   State FL   Zip 33487

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ appoint _____
_____ (Print Purchaser's Name) _____ (Print Name of Dealership / Business)

as of _____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and
_____ (Date)
to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐,☐☐☐ ☐ xx (NO TENTHS) MILES,
DATE READ __/__/__ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE.
                                                                                                  WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller)**

Seller's Signature _____     Seller's Printed Name _____
_____ (For Dealership / Business) _____ (For Dealership / Business)

Business Address _____     City _____ State _____ Zip _____

**TRANSFEREE (Purchaser)**

Purchaser's Signature _____     Purchaser's Printed Name _____

Co Purchaser's Signature _____     Co Purchaser's Printed Name _____

Purchaser's Name _____     Street Address _____

City _____ State _____ Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, Mayara Cardoso , hereby certify that the mileage I have disclosed on the title document is
_____ (Print Name of Person exercising power(s) of attorney)
consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature Mayara L. Cardoso   Date 2-25-22   Printed Name Mayara Cardoso

Street Address 1001 Clint Moore Rd Ste 103   City Boca Raton   State FL   Zip 33487

**ORIGINAL:DMS Copy (with Title)**     **GOLD COPY:Dealer/Business**     **YELLOW COPY:Part A Seller**

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS DOCUMENT**

LS6410P1

12/01/2021

Re: Loan  19978801

KEITH DAGOSTINO
56 WOODLAND DR
OYSTER BAY NY 11771-4108

COLLATERAL:

This estimated payoff loan letter reflects your unpaid principal
balance, interest due and any outstanding fees, (i.e. priority
statement fee, late charge, escrow advances and attorney fees)
through the date of 12/11/2021.

| | |
|---|---:|
| Principal | 228,568.06 |
| Interest | 793.63 |
| Per Diem | 39.681954861 |
| Prepayment Fees | .00 |
| Fees | .00 |
| Late Charges | .00 |
| Escrow | .00 |
| Rebates | .00 |
| Net Payoff | 229,361.69 |

Above figures are based on current records and are subject to any outstanding
checks not yet cleared or construction and/or reserve disbursements made after
the date of this statement. If this account is a line of credit and could
have advances drawn upon, we request that you reconfirm the payoff prior to
remitting funds.

If you decide not to payoff your loan by the payoff date above,interest will
continue to accrue in accordance with your loan contract and/or disclosures.

Payoff funds must be in the form of a cashier's check, certified check made
payable to the Bank of the Pacific, or a FED Wire.

Bank of the Pacific remains committed to providing our customers with the
best banking solutions.  If you have any questions or need further assistance
please feel free to contact a member of the Loan Servicing Department at:

360-533-8870 Ext: 1850
loanservices@bankofthepacific.com

Bank of the Pacific
P.O. Box 1826
Aberdeen, WA  98520

ADDITIONAL INFORMATION - IF APPLICABLE

*KEITH M DAGOSTINO*
*2016 FORD RHINO     VIN: 1FDUF4HT2GEB79768*
*LOAN # 19978801*
*PLEASE SEND TITLE TO KARMA PALM BEACH*
*1001 CLINT MOORE RD STE 101, BOCA RATON, FL 33487    (561)998-5557*

| CHECK | VENDOR | VENDOR NAME | | CHECK DATE |
|---|---|---|---|---|
| *4669* | *BANK003* | *BANK OF THE PACIFIC* | | *12/07/2021* |

| ACCOUNT | CONTROL # | REFERENCE # | AMOUNT | INVOICE # | DESCRIPTION |
|---|---|---|---|---|---|
| 1018 | *BANK003* | *4669* | *229361.69CR* | | *BANK OF THE PACIFIC* |
| 2110 | *B79768* | *B79768* | *229361.69* | | *PAYOFF KEITH M DAGOSTINO* |

(C) 2010 DEALERTRACK SYSTEMS, Inc. - Dealership Application Group

19203    B_MCBW_A2

**KARMA PALM BEACH INC**
1001 Clint Moore Rd Ste 103

Boca Raton, FL  33487

# KARMA | PALM BEACH

CHASE

1001 Clint Moore Rd Suite 101 Boca Raton, FL 33487
Phone: (561) 998-5557

| DATE | CHECK |
|---|---|
| 12/07/2021 | 4669 |

| AMOUNT |
|---|
| $ 229,361.69 |

*Pay**229,361**Dollars*and*69/100*DOLLARS***

TO THE ORDER OF

**BANK OF THE PACIFIC**
**1216 SKYVIEW DRIVE**
**ABERDEEN, WA  98520**

*\* Accounting Copy \**
*NON-NEGOTIABLE*

**Issued By: MAYARA CARDOSO**
**Issue Date: 12/07/21**



# Bank of the Pacific

11/18/2021

WOODISDE CREDIT

Re: Loan  19978801

KEITH DAGOSTINO
86 WOODLAND DR
OYSTER BAY NY 11771-4108

COLLATERAL:

This estimated payoff loan letter reflects your unpaid principal
balance, interest due and any outstanding fees, (i.e. priority
statement fee, late charge, escrow advances and attorney fees)
through the date of 11/28/2021.

| | |
|---|---:|
| Principal | 229,762.01 |
| Interest | 1,523.40 |
| Per Diem | 39.889411455 |
| Prepayment Fees | .00 |
| Fees | .00 |
| Late Charges | .00 |
| Escrow | .00 |
| Rebates | .00 |
| Net Payoff | 231,285.41 |

*(handwritten note:)* 20 day payoff : 231,684.³¹ 12|8|21

Above figures are based on current records and are subject to any outstanding
checks not yet cleared or construction and/or reserve disbursements made after
the date of this statement. If this account is a line of credit and could
have advances drawn upon, we request that you reconfirm the payoff prior to
remitting funds.

If you decide not to payoff your loan by the payoff date above, interest will
continue to accrue in accordance with your loan contract and/or disclosures.

Payoff funds must be in the form of a cashier's check, certified check made
payable to the Bank of the Pacific, or a FED Wire.

Bank of the Pacific remains committed to providing our customers with the
best banking solutions. If you have any questions or need further assistance
please feel free to contact a member of the Loan Servicing Department at:

360-533-8870 Ext: 1860
loanservices@bankofthepacific.com

Bank of the Pacific
P.O. Box 1826
Aberdeen, WA 98520

Skyview Administration                          1216 Skyview Drive| Aberdeen, WA 98520
Loan Department                                                  360-533-8870

Fill out Form: Select Form Type ⌄    Open PDF Application



Scan or visit verify.add123.com to verify

Verification Code: **9TCFFZC**

# New York Vehicle Record
Retrieved On: Wed November 17, 2021 04:58:58 PM EST

| Registration Data | Vehicle Data | Title Data |
|---|---|---|
| **Tag:** CRY9697 | **VIN:** 1FDUF4HT2GEB79768 | **Title:** |
| **Issue Date:** 12/14/2017 | **Year:** 16 | **Issue Date:** 12/26/2017 |
| **Exp. Date:** 01/05/2018 | **Make:** FORD | **Odo Read:** 000025 |
| **County:** NASS | **Model:** F450SD* | **Odo Status:** ACTUAL |
|  | **Trim:** XLT* | **Last Title Issue Date:** |
|  | **Body:** SUBN | 12/26/2017 |
|  | **Weight:** 007339 |  |
|  | **Color:** BLACK |  |
|  | **Type:** PASSENGER |  |
|  | **Cylinders:** 08 |  |
|  | **Fuel Type:** DIESEL |  |

## Vehicle Interests

**Owner 1** KEITH M DAGOSTINO
56 WOODLAND DR
OYSTER BAY, NY 11771

180 K

**Registrant 1** KEITH M DAGOSTINO
56 WOODLAND DR
OYSTER BAY, NY 11771

**DL1 #:** D01244 93089 263196-75
**Sex:** M
**DOB:** 05/02/1975

miles?
15,660
on 11/17/21

**Lienholder 1** WOODSIDE CREDIT
PO BOX 12379
NEWPORT BEACH, CA 92658

**Lien Date:** 12/14/2017

## Raw Record Data

```
**VEHICLE IDENTIFICATION NUMBER RECORD EXPANSION**    TODAY'S DATE IS 11/17/21
VIN#: 1FDUF4HT2GEB79768                    CURRENT OWNER
16 FORD  BLACK  SUBN WGT: 007339           DAGOSTINO,KEITH,M
ODOMETER: 000025  ACTUAL
FUEL: DIESEL    CYL: 08

                                           56 WOODLAND DR
PLATE: CRY9697  TYPE: PASSENGER            OYSTER BAY   NY  11771
BATCH DATE:         12/14/17
ORIG DOC ISSUED: 12/26/17                  LAST DOC ISSUED: 12/26/17
***************************** LIENS *************************************
WOODSIDE;CREDIT                 DATE LIEN PROCESSED: 12/14/17

PO BOX 12379         NEWPORT BEACH  CA  92658

*** REGISTRATION RECORD EXPANSION ***   TODAY'S DATE IS 11/17/21
PLATE: CRY9697  TYPE: PASSENGER           REGISTRANT INFORMATION:
VIN#: 1FDUF4HT2GEB79768                   DAGOSTINO,KEITH,M      DOB: 05/02/75
16 FORD  BLACK  SUBN WEIGHT:007339                               SEX: M
FUEL: DIESEL    CYL: 08                    56 WOODLAND DR         COUNTY: NASS
EXPIRES: 01/05/18  VALID: 12/14/17         OYSTER BAY   NY        ZIP: 11771
INS:                                       MIN#: D01244 93089 263196-75

    ----- PREVIOUS VEHICLE AND PLATE INFORMATION ASSOCIATED WITH THIS RECORD ----
09 HUMME GREY  SUBN WEIGHT:006631 FUEL: GAS    CYL 08 VIN# 5GRGN83229H101842
EXPIRES: 01/05/18  VALID: 02/29/16
---------------------------------- REGISTRATION ACTIVITIES ---------------------
REG SUSPENDED ON: 05/03/18 FOR 000 DAYS - REASON: INSURANCE LAPSE
COMPLIANCE DATE: 04/09/18      CLEARED ON: 05/03/18

REG SUSPENDED ON: 09/01/14 FOR 015 DAYS - REASON: INS. NOT IN EFFECT
COMPLIANCE DATE: 09/18/14      CLEARED ON: 09/18/14
```



FORM BFA-103    TO REORDER CALL:
GREAT AMERICAN 1-800-231-0329

KEITH M DAGOSTINO
CUSTOMER'S NAME                                                STOCK NO.

## ODOMETER DISCLOSURE STATEMENT

*Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.*

I, **KEITH M DAGOSTINO** _____ (transferor's name, Print)

state that the odometer now reads _____(no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING - ODOMETER DISCREPANCY.

| MAKE | MODEL | BODY TYPE |
|------|-------|-----------|
| FORD | RHINO | UT |

| VEHICLE IDENTIFICATION NUMBER | YEAR |
|-------------------------------|------|
| 1FDUF4HT2GEB79768 | 2016 |

X ~~*[signature]*~~
TRANSFEROR'S SIGNATURE

KEITH M DAGOSTINO
PRINTED NAME

56 WOODLAND DR
TRANSFEROR'S ADDRESS (STREET)

OYSTER BAY, NY 11771
CITY                                        STATE                    ZIP CODE

11/17/2021
DATE OF STATEMENT

X *[signature]*
TRANSFEREE'S SIGNATURE

*[signature]*
PRINTED NAME

KARMA PALM BEACH
TRANSFEREE'S NAME

1001 CLINT MOORE RD STE 103
TRANSFEREE'S ADDRESS (STREET)

BOCA RATON, FL 33487
CITY                                        STATE                    ZIP CODE

STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES – DIVISION OF MOTORIST SERVICES**

SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

# POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME OR VESSEL

11/17/2021
_____
(Date)

I/We hereby name and appoint, _____, to be my/our
(Full Legibly Printed Name is Required)

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home or vessel described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

CHECK ONE:  ☑ **Motor Vehicle**    ☐ **Mobile Home**    ☐ **Vessel**

| Year | Make/Manufacturer | Body Type | Title Number |
|------|-------------------|-----------|--------------|
| 2016 | FORD | UT | |

| Vehicle/Vessel Identification Number |
|--------------------------------------|
| 1FDUF4HT2GEB79768 |

## NOTICE TO OWNER(S):  COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.

**UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

KEITH M DAGOSTINO

(Signature of Owner "Grantor")          (Legibly Printed Name of Owner "Grantor")

                                         05/02/1975

(Driver License, Identification Card or FEID Number for **Owner**)          (Date of Birth for **Owner**, if applicable)

56 WOODLAND DR          OYSTER BAY          NY      11771

(**Owner's** Address )          (City)          (State)          (Zip)

(Signature of Co-**Owner** "Grantor," if applicable)          (Legibly Printed Name of Co-**Owner** "Grantor," if applicable)

(Driver License, Identification Card or FEID Number for **Co-Owner**)          (Date of Birth for **Co-Owner**, if applicable)

(**Co-Owner's** Address)          (City)          (State)          (Zip)

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the **buyer only** or the **seller only.**  However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer <u>and</u> seller for the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of attorney (HSMV 82995) when:

(a)       the title is physically being held by the lienholder; **or**

(b)       the title is lost.

**NOTE:**  A licensed dealer and his/her employees are considered a single entity.

Check your local phone book government pages or visit the following website for current mailing addresses:
http://www.flhsmv.gov/offices/

HSMV 82053 (Rev. 12/11) S                    www.flhsmv.gov

STATE OF FLORIDA

**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES – DIVISION OF MOTORIST SERVICES**

SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices/

# POWER OF ATTORNEY FOR A MOTOR VEHICLE, MOBILE HOME OR VESSEL

11/17/2021
**(Date)**

I/We hereby name and appoint, _____, to be my/our
(Full Legibly Printed Name is Required)

lawful attorney-in-fact, to act for me/us, in applying for an original or duplicate certificate of title, to register, transfer title, or record a lien to the motor vehicle, mobile home or vessel described below, and to print my/our name and sign their name, in my/our behalf.  My attorney-in-fact can also do all things necessary to the application or any other related instrument and to bind me/us in as sufficient a manner as I/we myself/ourselves could do, were I/we personally present and signing the same.

With full power of substitution and revocation, I/we hereby ratify and confirm whatever my/our said attorney-in-fact may lawfully do or cause to be done in the virtue hereof.

CHECK ONE:    ☑ **Motor Vehicle**    ☐ **Mobile Home**    ☐ **Vessel**

| Year | Make/Manufacturer | Body Type | Title Number |
|------|-------------------|-----------|--------------|
| 2016 | FORD | UT | |

| Vehicle/Vessel Identification Number |
|---|
| 1FDUF4HT2GEB79768 |

### NOTICE TO OWNER(S):  COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.

**UNDER PENALTIES OF PERJURY, I/WE DECLARE THAT I/WE HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| | KEITH M DAGOSTINO |
|---|---|
| (Signature of Owner "Grantor") | (Legibly Printed Name of Owner "Grantor") |
| | 05/02/1975 |
| (Driver License, Identification Card or FEID Number for **Owner**) | (Date of Birth for **Owner**, if applicable) |
| 56 WOODLAND DR | OYSTER BAY | NY | 11771 |
| (**Owner's** Address ) | (City) | (State) | (Zip) |

| | |
|---|---|
| (Signature of **Co-Owner** "Grantor," if applicable) | (Legibly Printed Name of Co-**Owner** "Grantor," if applicable) |
| | |
| (Driver License, Identification Card or FEID Number for **Co-Owner**) | (Date of Birth for **Co-Owner**, if applicable) |
| | | | |
| (**Co-Owner's** Address) | (City) | (State) | (Zip) |

This non-secure power of attorney form may be used when an individual or entity appointed as the attorney-in-fact will be completing the odometer disclosure statement as the **buyer only** or the **seller only.**  However, this form cannot be used to allow an individual or entity (such as a dealership) to sign as both buyer and seller for the purpose of disclosing the odometer reading.  This may be accomplished only with the secure power of attorney (HSMV 82995) when:

(a)    the title is physically being held by the lienholder; **or**

(b)    the title is lost.

**NOTE:**  A licensed dealer and his/her employees are considered a single entity.

Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/

HSMV 82053 (Rev. 12/11) S                                    www.flhsmv.gov

**PURCHASE AGREEMENT**

# EXCELL AUTO GROUP, INC.

1001 CLINT MOORE RD. STE 101 BOCA RATON, FL 33487
561-998-5557 FAX: 561-998-4703

SALES PERSON: _____  DATE: 12 / 16 / 19

| | | |
|---|---|---|
| BUYER | KIMBERLY D'AGOSTINO | DRIVER'S LICENSE NO. _____ |
| E-MAIL | _____ | DATE OF BIRTH 05/13/91 |
| ADDRESS | 56 WOODLAND DRIVE | CITY & STATE OYSTER BAY NY    ZIP 11771 |
| CO-BUYER | KEITH D'AGOSTINO | DRIVER'S LICENSE NO. _____ |
| E-MAIL | _____ | DATE OF BIRTH 05/02/75 |
| ADDRESS | 56 WOODLAND DRIVE | CITY & STATE OYSTER BAY NY    ZIP 11771 |
| HOME PHONE | (516)322-2562   BUSINESS PHONE (516)551-8411 | CELL PHONE _____ |

USED ☐  YEAR 2020  MAKE LAMBORGHINI  MODEL URUS  MILEAGE 35

☐  COLOR BLACK  TRIM BLACK  BODY TYPE AWD

☐  ID NO. ZPBUA1ZL1LLA06963  STOCK NO. A06953

| TRADE-IN DESCRIPTION NO. 1 | STOCK NO. 604776 | | | |
|---|---|---|---|---|
| YEAR 2017 MAKE CHEVROLET | | COLOR BLACK | | |
| MODEL CORVETTE | BODY TYPE 2DR Z06 CPE W/2LZ | | | |
| I.D. NO. 161YS2D62H5604776 | MILEAGE 13,007 | | | |
| BALANCED OWED TO | BANK OF AMERICA | | | |
| EST. AMT. OWED 64,735.20 | ALLOW AMT. 67,000.00 | | | |

| TRADE-IN DESCRIPTION NO. 2 | STOCK NO. EB79768 |
|---|---|
| YEAR 2016 MAKE FORD | COLOR BLACK |
| MODEL RHINO 6X | BODY TYPE 4WD REG CAB 201" |
| I.D. NO. 1FDUF4HT2GEB79768 | MILEAGE 7,012 |
| BALANCED OWED TO | BANK OF PACIFIC |
| EST. AMT. OWED 170,000.00 | ALLOW AMT. 170,000.00 |

| TRADE-IN DESCRIPTION NO. 3 | STOCK NO. |
|---|---|
| YEAR MAKE | COLOR |
| MODEL | BODY TYPE |
| I.D NO. | MILEAGE |
| BALANCED OWED TO | |
| EST. AMT. OWED | ALLOW AMT. |

*Service Fee: This charge represents costs and profit to the seller/dealer for items such as inspecting, cleaning and adjusting new and used vehicles and preparing documents related to the sale. Also included is a full tank of gas.

| | | | |
|---|---|---|---|
| TOTAL SELLING PRICE | $ | 267,500 | 00 |
| TRADE ALLOWANCE | − | 227,000 | 00 |
| DIFFERENCE | = $ | 40,500 | 00 |
| SERVICE FEES* | + | 498 | 00 |
| SUB TOTAL | * | 40,998 | 00 |
| SALES TAX | + | 3,536 | 08 |
| ESTIMATED TAG, TITLE & REG | + | 161 | 50 |
| THIRD PARTY PRIVATE TAG AGENCY'S FEE | + | 134 | 00 |
| EST. BALANCE ON TRADE | + | 234,735 | 20 |
| TOTAL DELIVERY PRICE | = $ | 279,564 | 78 |
| DEPOSIT NON-REFUNDABLE ☐ CAR IN STOCK ☐ SPECIAL ORDER [BUYER] | − | 40,000 | 00 |
| EXTENDED WARRANTY (taxable) | + | N/A | |
| *BALANCE DUE ON DELIVERY | = $ | 239,564 | 78 |
| AMOUNT FINANCED | = $ | 239,564 | 78 |

LIENHOLDER: ALLY FINANCIAL
P.O. BOX 8123
COCKEYSVILLE, MD 21030

**PLEASE NOTE:**
PAYMENT ON DELIVERY MUST BE CASH, CASHIERS CHECK
OR MONEY ORDER. NO PERSONAL CHECKS.
Please bring insurance information at time of delivery.
Vehicle cannot delivered without insurance.
*BALANCE OWING ON TRADE is an estimate.
The Buyer is responsible for the difference   [BUYER]

ESTIMATED DATE OF DELIVERY TO CUSTOMER: 12/16/19

If this order and acceptance is contingent upon the arrangement of financing, the purchaser(s) offer is not accepted and the transaction is not consummated until (a) approved in writing by the Dealer and a responsible Bank of Finance Company and (b) all disclosures required by the Federal Consumer Credit Protection Act (Truth in Lending Act) have been given and (c) purchaser(s) and Dealer have signed an installment Sales Contract. By signing below, purchaser(s) acknowledge that they have read both sides of this offer to purchase and hereby accept its terms and conditions.

| | | |
|---|---|---|
| Buyer Signature    12/16/19 | Date | Accepted By: _____  Sales Manager |
| Co-Buyer Signature    12/16/19 | Date | Accepted By: _____  Business Manager |

Please read additional terms and conditions on reverse side, before signing.    297465 08/08/18 MMP

AutoDataDirect, Inc.

Scan or visit verify.add123.com to verify

Verification Code: **Z2T9P5E**

# New York Vehicle Record
Retrieved On: Thu December 12, 2019 05:51:24 PM EST

| Registration Data | Vehicle Data | Title Data |
|---|---|---|
| **Tag:** CRY9697 | **VIN:** 1FDUF4HT2GEB79768 | **Title:** |
| **Issue Date:** 12/14/2017 | **Year:** 16 | **Issue Date:** 12/26/2017 |
| **Exp. Date:** 01/05/2018 | **Make:** FORD | **Odo Read:** 000025 |
| **County:** NASS | **Model:** F450SD* | **Odo Status:** ACTUAL |
| | **Trim:** XLT* | |
| | **Body:** SUBN | |
| | **Weight:** 007339 | |
| | **Color:** BLACK | |
| | **Type:** PASSENGER | |
| | **Cylinders:** 08 | |
| | **Fuel Type:** DIESEL | |

## Vehicle Interests

**Owner 1** KEITH M DAGOSTINO
56 WOODLAND DR
OYSTER BAY, NY 11771

**Registrant 1** KEITH M DAGOSTINO
56 WOODLAND DR
OYSTER BAY, NY 11771

**DL1 #:** D01244 93089 263196-75
**Sex:** M
**DOB:** 05/02/1975

**Lienholder 1** WOODSIDE CREDIT
PO BOX 12379
NEWPORT BEACH, CA 92658

**Lien Date:** 12/14/2017

## Raw Record Data

```
**VEHICLE IDENTIFICATION NUMBER RECORD EXPANSION**    TODAY'S DATE IS 12/12/19
VINH: 1FDUF4HT2GEB79768               CURRENT OWNER
16  FORD  BLACK  SUBN WGT: 007339      DAGOSTINO,KEITH,M
ODOMETER:  000025  ACTUAL
FUEL: DIESEL  CYL: 08
                              56 WOODLAND DR
PLATE: CRY9697  TYPE: PASSENGER       OYSTER BAY    NY 11771
BATCH DATE:      12/14/17
ORIG DOC ISSUED: 12/26/17             LAST DOC ISSUED: 12/26/17
 ******************************** LIENS ******************************************
WOODSIDE;CREDIT               DATE LIEN PROCESSED: 12/14/17

PO BOX 12379          NEWPORT BEACH  CA   92658

**REGISTRATION RECORD EXPANSION ***    TODAY'S DATE IS 12/12/19
PLATE: CRY9697  TYPE: PASSENGER           REGISTRANT INFORMATION:
VINH: 1FDUF4HT2GEB79768                DAGOSTINO,KEITH,M    DOB: 05/02/75
16 FORD  BLACK  SUBN WEIGHT:007339                         SEX: M
FUEL: DIESEL    CYL: 08                56 WOODLAND DR       COUNTY: NASS
EXPIRES: 01/05/18  VALID: 12/14/17     OYSTER BAY    NY    ZIP: 11771
INS:                                  MIR: D01244 93089 263196-75

 ----- PREVIOUS VEHICLE AND PLATE INFORMATION ASSOCIATED WITH THIS RECORD ----
09 HUMME GREY  SUBN WEIGHT:006631 FUEL: GAS     CYL 08 VINH 5GRGNB3229H101842
EXPIRES: 01/05/18  VALID: 02/29/16
 ------------------------------ REGISTRATION ACTIVITIES -------------------------
```

TRADE PACK ™

# FLORIDA

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**DIVISION OF MOTORIST SERVICES**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
http://www.flhsmv.gov/offices/

## SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGEMENT

| VEHICLE DESCRIPTION | | | | | |
|---|---|---|---|---|---|
| CHECK ONE: ☒ Motor Vehicle | ☐ Mobile Home | | ☐ Vessel | | |
| Vehicle Identification Number | Year | Make | Color | Body | Title Number |
| 1FDUF4HT2GE879768 | 2016 | FORD | BLACK | 4WD REG | CA |

## ODOMETER DISCLOSURE STATEMENT

**WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.**

WE STATE THAT THIS ☐ 5 or ☒ 6 DIGIT ODOMETER NOW READS

**7 , 012** .xx (NO TENTHS) MILES,

DATE READ **12 / 16 / 19**, AND WE HEREBY CERTIFY THAT TO THE BEST OF OUR KNOWLEDGE THE ODOMETER READING:

**CAUTION:**
Read carefully before checking a box.

☒ 1. REFLECTS ACTUAL MILEAGE

☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.
(EXCESS OF ITS MECHANICAL LIMITS APPLIES TO 5 DIGIT ODOMETERS)

☐ 3. IS NOT THE ACTUAL MILEAGE. **WARNING – ODOMETER DISCREPANCY**

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**WHO IS AUTHORIZED TO COMPLETE THIS FORM?**
ANY PERSON WHO IS BUYING OR SELLING A MOTOR VEHICLE AND WHO MUST MAKE OR ACKNOWLEDGE AN ODOMETER DISCLOSURE, IN ORDER TO COMPLY WITH STATE OR FEDERAL ODOMETER DISCLOSURE LAW.

**WHEN SHOULD THIS FORM BE USED?**
1.  WHEN A MOTOR VEHICLE, FOR WHICH AN ODOMETER DISCLOSURE S REQUIRED, HAS BEEN SOLD.
2.  WHEN A MOTOR VEHICLE, FOR WHICH AN ODOMETER DISCLOSURE IS REQUIRED, HAS BEEN PURCHASED.
3.  WHEN AN ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGEMENT BETWEEN THE BUYER AND THE SELLER IS REQUIRED, BUT NO ODOMETER DISCLOSURE STATEMENT HAS BEEN MADE ON ANOTHER STATE OR FEDERAL FORM.

**WHEN SHOULD THIS FORM NOT BE USED?**
1.  WHEN A FLORIDA TITLE WHICH WAS ISSUED ON OR AFTER APRIL 29, 1990 IS AVAILABLE.
2.  WHEN A FORM HSMV 82994, MOTOR VEHICLE DEALER TITLE REASSIGNMENT SUPPLEMENT, HAS BEEN USED.
3.  WHEN A FORM HSMV 82995, MOTOR VEHICLE DEALER POWER OF ATTORNEY/ODOMETER DISCLOSURE, HAS BEEN USED.
4.  WHEN AN OUT-OF-STATE TITLE, WHICH CONFORMS TO FEDERAL LAW, IS USED TO TRANSFER A MOTOR VEHICLE.

**FILING:**
1.  COPIES SHOULD BE EXCHANGED BETWEEN THE SELLER AND THE BUYER. DEALERS MUST RETAIN THIS DOCUMENT IN THEIR RECORDS FOR A PERIOD OF FIVE YEARS.
2.  IT IS NOT NECESSARY TO FILE THIS FORM OR ANY COPY OF THIS FORM WITH THE STATE OF FLORIDA, UNLESS REQUESTED TO DO SO BY THE DIVISION OF MOTOR VEHICLES.

| Seller's Signature | Seller's Printed Name |
|---|---|
| | KIMBERLY D'AGOSTINO KEITH D'AG |
| Seller's Street Address | |
| 56 WOODLAND DRIVE | |

| City | State | Zip |
|---|---|---|
| OYSTER BAY | NY | 11771 |

| Buyer's Signature | Buyer's Printed Name |
|---|---|
| | EXCELL AUTO GROUP INC |
| Buyer's Street Address | |
| 1001 Clint Moore Rd Suite 101 | |

| City | State | Zip |
|---|---|---|
| Boca Raton | FL | 33487 |

HSMV 82993 (Rev. 11/11)
Check your local phone book government pages or visit the following website for current mailing addresses: http://www.flhsmv.gov/offices/

**LAW FORM NO. 7002-12-FL** (REV 2/12)
©2012 The Reynolds and Reynolds Company  TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ODOMETER DISCLOSURE STATEMENT

VEHICLE AIR POLLUTION CONTROL STATEMENT

CUSTOMER'S NAME _____   STOCK NO. 879768

## TITLE PAYOFF AND GUARANTEE

DO HEREBY AUTHORIZE _____ BANK OF PACIFIC _____ TO ACCEPT FROM THE DEALERSHIP NAMED BELOW $ ___170,000.00___ , BEING THE BALANCE DUE ON MY ACCOUNT AND YOU ARE INSTRUCTED UPON RECEIPT OF THE ABOVE AMOUNT TO SURRENDER TO THEM THE OWNERSHIP CERTIFICATE OF TITLE, PROPERLY ENDORSED AND RELEASED. YOU ARE FURTHER INSTRUCTED TO CANCEL MY INSURANCE POLICY AND PAY ANY UNEARNED INSURANCE PREMIUM, ALSO ALL UNEARNED INTEREST AND BROKERAGE TO THE DEALERSHIP BELOW NAMED AND AUTHORIZED TO MAKE THIS PAYOFF.

### VEHICLE DESCRIPTION

**CHECK ONE:** ☑ Motor Vehicle   ☐ Mobile Home   ☐ Vessel

| Vehicle Identification Number | Year | Make | Color | Body | Title No. |
|---|---|---|---|---|---|
| 1FDUF4HT2GE879768 | 2016 | FORD | BLACK | 4WD REG | |

**NOTICE TO OWNER: COMPLETE THIS FORM IN ITS ENTIRETY PRIOR TO SIGNING.**

I, (WE) _____ UNDERSTAND THAT MY PAYOFF HAS BEEN ESTIMATED. IF THE PAYOFF BALANCE AND/OR LIEN ON MY VEHICLE TRADED-IN AS DESCRIBED ABOVE ARE IN EXCESS OF $ 170,000.00 , THE ADDITIONAL AMOUNT WILL BE PAID ON DEMAND OR MAY BE ADDED TO MY SECURITY AGREEMENT. SHOULD THE PAYOFF BALANCE BE LOWER THAN THE ABOVE ESTIMATED AMOUNT, THE DEALER AGREES TO PAY ME THE DIFFERENCE.

I (we), _____ , the undersigned, hereby warrant and guarantee that a valid certificate of title to the vehicle described above (the "Vehicle") will be furnished to _EXCELL AUTO GROUP INC_ (the "Dealer") free and clear of all liens or encumbrances within ten (10) days of the date hereof in consideration of a trade-in allowance of $ _170,000.00_ (the "Trade-In Amount").

If the certificate of title is not furnished as required above, I (we) agree to pay the Dealer the Trade-In Amount in cash. Upon my (our) failure (a) to deliver the certificate of title (b) to pay the Trade-In Amount in cash as described above or (c) to furnish additional security satisfactory to the Dealer, then the Trade-In Amount shall become due and payable without benefit of any exemption under any state or federal homestead or bankruptcy exemption laws as to this debt and I (we) agree to all expenses incurred in collecting the Trade-In Amount, including ten percent (10%) attorney's fees and all other reasonable collection expenses and court costs.

EXCELL AUTO GROUP INC
DEALER

X _____
BUYER(S) SIGNATURE          BUYER(S) PRINTED NAME

X _____
BUYER(S) SIGNATURE          BUYER(S) PRINTED NAME

**LAW** FORM NO. 7002-12-FL (REV. 2/12) ©2012 The Reynolds and Reynolds Company® Order Toll Free 1-800-344-0996 Fax 1-800-531-9055; www.reysource.com

GUARANTEE OF TITLE

POWER OF ATTORNEY



AMERICAN SOLUTIONS FOR BUSINESS • TALLAHASSEE, FL          2-161811

HSMV 82995 (REV. 10/11)S

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**          (Instructions on Reverse Side)
**DIVISION OF MOTORIST SERVICES**
2900 Apalachee Parkway - Tallahassee, 32399-0610
**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| 1FDUF4HT2GEB79768 | 2016 | FORD | RHINO GX | 4WD REG CAB | |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, **KEITH M DAGOSTINO** _____ (Print Seller's Name) _____ appoint **EXCELL AUTO GROUP INC** (Print Name of Dealership / Business)

as of _____ (Date) _____ as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐,☐☐☐ xx (NO TENTHS) MILES, DATE READ __ __/__ __/__ __, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.          ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.          ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

**UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

**TRANSFEROR (Seller):**

Seller's Signature _[signature]_          Seller's Printed Name **KEITH M DAGOSTINO**

Co Seller's Signature _____          Co Seller's Printed Name _____

Seller's Street Address **56 WOODLAND DR**          City **OYSTER BAY**          State **NY**          Zip **11771**

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____          Purchaser's Printed Name _____

Purchaser's Dealership Name **EXCELL AUTO GROUP INC** (Print Name of Dealership/Business)          Dealer License No. **VI/1014488/1**

Business Address **1001 Clint Moore Rd Suite 101**          City **Boca Raton**          State **FL**          Zip **33487**

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ (Print Purchaser's Name) _____ appoint _____ (Print Name of Dealership / Business)

as of _____ (Date) _____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS ☐☐☐,☐☐☐ xx (NO TENTHS) MILES, DATE READ __ __/__ __/__ __, AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.          ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.          ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

**UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

**TRANSFEROR (Seller):**

Seller's Signature _____ (For Dealership / Business)          Seller's Printed Name _____ (For Dealership / Business)

Business Address _____          City _____          State _____          Zip _____

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____          Purchaser's Printed Name _____

Co Purchaser's Signature _____          Co Purchaser's Printed Name _____

Purchaser's Name _____          Street Address _____

City _____          State _____          Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, _____ (Print Name of Person exercising above power(s) of attorney) _____ , hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

**UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

Signature _____          Date _____          Printed Name _____

**1001 Clint Moore Rd Suite 101          Boca Raton          FL          33487**

AMERICAN SOLUTIONS FOR BUSINESS • TALLAHASSEE, FL

HSMV 82995 (REV. 10/11)S

**STATE OF FLORIDA**
**DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES**
**DIVISION OF MOTORIST SERVICES**
2900 Apalachee Parkway - Tallahassee, 32399-0610
**MOTOR VEHICLE POWER OF ATTORNEY/ODOMETER DISCLOSURE**

(Instructions on Reverse Side)

This form may be used when title is physically held by lienholder or when the title has been lost. This form must be submitted to the state by the person exercising Powers of Attorney. Failure to do so may result in fines or imprisonment.

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Model | Body | Title No. |
|---|---|---|---|---|---|
| 1FDUF4HT2GEB79768 | 2016 | FORD | RHINO | UT | 1FDUF4HT2GEB79768 |

**PART A. TRANSFEROR (SELLER'S) POWER OF ATTORNEY TO DISCLOSE MILEAGE.**

I/We, KEITH M DAGOSTINO ____(Print Seller's Name)____ appoint KARMA PALM BEACH INC ____(Print Name of Dealership / Business)____

as of 11-17-21 ____(Date)____ as my/our attorney-in-fact with full authority to transfer title, to satisfy any lien and to disclose the mileage for the vehicle described above, exactly as stated in the following disclosure.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS [1][1][5],[6][6][0] xx (NO TENTHS) MILES, DATE READ 11 / 17 / 21 , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☒ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____     Seller's Printed Name KEITH M DAGOSTINO

Co Seller's Signature _____     Co Seller's Printed Name _____

Seller's Street Address 56 Woodland Dr     City Oyster Bay     State NY     Zip 11771

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____     Purchaser's Printed Name Alana Bailey

Purchaser's Dealership Name KARMA PALM BEACH INC     Dealer License No. Vf/1133543/1

Business Address 1001 Clint Moore Rd Ste 103 ____(Print Name of Dealership/Business)____     City Boca Raton     State FL     Zip 33487

**PART B. TRANSFEREE (PURCHASER) POWER OF ATTORNEY TO REVIEW TITLE DOCUMENTS AND ACKNOWLEDGE DISCLOSURE. (PART B IS INVALID UNLESS PART A HAS BEEN COMPLETED.)**

I/We, _____ ____(Print Purchaser's Name)____ appoint _____ ____(Print Name of Dealership / Business)____

as of _____ ____(Date)____ as my/our attorney-in-fact for the purpose of and with full authority to apply for title and/or registration, to file a lien and to sign the mileage disclosure on the title for the vehicle described above, only if the disclosure is exactly as the disclosure completed below.

**WARNING:** Federal law and State law require that you state the mileage in connection with transfer of ownership. Providing a false statement may result in fines or imprisonment.

I/WE STATE THAT THIS ☐ 5 DIGIT OR ☐ 6 DIGIT ODOMETER NOW READS [ ][ ][ ],[ ][ ][ ] xx (NO TENTHS) MILES, DATE READ __ / __ / __ , AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY/OUR KNOWLEDGE THE ODOMETER READING:

☐ 1. REFLECTS ACTUAL MILEAGE.     ☐ 2. IS IN EXCESS OF ITS MECHANICAL LIMITS.     ☐ 3. IS NOT THE ACTUAL MILEAGE. WARNING ODOMETER DISCREPANCY

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

**TRANSFEROR (Seller):**

Seller's Signature _____ ____(For Dealership / Business)____     Seller's Printed Name _____ ____(For Dealership / Business)____

Business Address _____     City _____     State _____     Zip _____

**TRANSFEREE (Purchaser):**

Purchaser's Signature _____     Purchaser's Printed Name _____

Co Purchaser's Signature _____     Co Purchaser's Printed Name _____

Purchaser's Name _____     Street Address _____

City _____     State _____     Zip _____

**PART C. CERTIFICATION BY ATTORNEY IN FACT (Person completing Part C must be the same person transferring information and signing the title.)**

I, Mayara Cardoso ____(Print Name of Person exercising above power(s) of attorney)____ , hereby certify that the mileage I have disclosed on the title document is consistent with that provided to me in the above power(s) of attorney. Further, upon examination of the title and any reassignment documents for the vehicle described above, the mileage disclosure I have made on the title pursuant to the power of attorney is the same or greater than that previously stated on the title reassigned documents. This certificate is not intended to create, nor does it create any new or additional liability under Federal or State law.

UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

Signature Mayara L. Cardoso     Date 2-25-22     Printed Name Mayara Cardoso

1001 Clint Moore Rd Ste 103     Boca Raton     FL     33487

01    72446    New York State Department of Motor Vehicles    00185    122617

## NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| 1FDUF4HT2GEB79768 | 2016 | FORD |

| 7339 | DIE | 8 | SUBN | BK |
|---|---|---|---|---|
| Wgt./Lgth | Fuel | Cyl/Prop. | Body/Hull | Color |

WOODSIDE CREDIT
PO BOX 12379
NEWPORT BEACH    CA 92658

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

### OWNER

DAGOSTINO,KEITH,M
56 WOODLAND DR
OYSTER BAY    NY 11771

### ADDITIONAL LIENHOLDERS

The following information applies only to the lienholder shown in the box above.

[X] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle boat or manufactured home We are transferring ownership to:

[ ] We have assigned our security interes in this vehicle, boat or manufactured home

Lien Filing Code

Name                    Date of assign

No. and Street

City        State        Zip

Brooke Perez, Title Officer    6/3/2022
Authorized Signature        Date

Woodside Credit, LLC

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)

# EXHIBIT B

## NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| 1FDUF4HT2GEB79768 | 2016 | FORD |

| 7339 | DIE | 8 | SUBN | BK |
|---|---|---|---|---|
| Wgt./Lgth | Fuel | Cyl/Prop. | Body/Hull | Color |

WOODSIDE CREDIT
PO BOX 12379
NEWPORT BEACH    CA 92658

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

### OWNER

DAGOSTINO,KEITH,M
56 WOODLAND DR
OYSTER BAY       NY 11771

### ADDITIONAL LIENHOLDERS

The following information applies only to the lienholder shown in the box above.

[X] Our security interest in the vehicle, boat or manufactured home described in this notice has been satisfied.

[ ] We have assumed ownership of this vehicle boat or manufactured home. We are transferring ownership to:

[ ] We have assigned our security interes in this vehicle, boat or manufactured home

Lien Filing Code _____

Name _____    Date of Assign _____

No. and Street _____

City _____    State _____    Zip _____

*Brooke Perez Title Officer*    3/3/2022

Authorized Signature _____    Date

*Woodside Credit LLC*

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle, boat or manufactured home, give the transferred Title AND this original Notice of Recorded Lien to the new owner. To obtain a lien-free Title before then, return your current Title, this original Notice of Recorded Lien and a $20.00 fee to: NYS DMV, Title Bureau, 6 Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the Title for the vehicle, boat or manufactured home, you must apply for a duplicate. You may apply for a duplicate by completing form MV-902 (available at a DMV office or on our web site at www.dmv.ny.gov) and mailing it with a $20.00 check or money order AND this original Notice of Recorded Lien to the DMV Title Bureau at the above address.

If your address has **not** changed since you last registered the vehicle and your registration shows your current address, you may be able to apply for a duplicate title on line. For more information, please visit www.dmv.ny.gov.

MV-901 (4/12)

# EXHIBIT C

Exhibit C

Case 22-12790-ERK   Doc 395   Filed 05/09/23   Page 32 of 34

```
───────────────────────────── VEHICLE INFO ─────────────────────────────
VEHICLE ID NUM: 1FDUF4HT2GEB79768
VEHICLE TYPE:    TR           NET WEIGHT: 14000      YEAR MAKE:  2016
ODOMETER MILES:               GVW:        14000      VEHICLE MAKE: FORD
ODOMETER STATUS:              VEHICLE USE: P         BODY:       CB
ODOMETER TYPE:                FUEL TYPE:             INHOUSE MAKE:
ODOMETER DATE:                MAJOR COLOR: BLK       MINOR COLOR:

─────────────────────────────── TITLE INFO ──────────────────────────────
TITLE NUMBER:                PENDING:               CANCEL DATE:
ISSUE DATE:                                         CANCEL STATE:
SALVAGE TYPE:                                       EFS STATUS:
TITLE STATUS:                                       ELT STATUS:

                              BRAND INFO
BRAND CODE:       NO BRANDS ON FILE       JUR:    BRAND DATE:

─────────────────────────────── OWNER INFO ──────────────────────────────
FEID/DL NUMBER:                                     OWNER NUMBER:    1
BIRTH DATE/SEX:  05/02/1975  /  M                   RES COUNTY:
OWNER NAME:      DAGOSTINO, KEITH M.
OWNER ADDR:      56 WOODLAND DR
                 OYSTER BAY, NY  11771

LEGAL OWNERSHIP:

────────────────────────────── REGISTRATION INFO ────────────────────────
LICENSE PLATE:   CBK8457                 DECAL NUMBER:
PLATE CODE:      TDL                     DECAL YEAR:
ISSUE DATE:      11/06/2017              ISSUE DATE:
ARF CREDIT:      0.00                    EXPIRE DATE:   12/05/2017
REG USE:         DI                      UNIT NUM/FLEET:
CLASS CODE:      013                     LOCATION CODE:
COMMENTS:

────────────────────────────── REGISTRANT INFO ──────────────────────────
FEID/DL NUMBER:                                     REGISTRANT NUM:  1
REGIS. DOB/SEX:  05/02/1975  /  M                   RES COUNTY:
REGISTRANT NAME: DAGOSTINO, KEITH M.
REGISTRANT ADDR: 56 WOODLAND DR
                 OYSTER BAY, NY  11771

────────────────────────────── LIEN HOLDER INFO ─────────────────────────
FEID/DL NUMBER:                                     LIEN NUMBER:
LIEN DOB/SEX:                                        RES COUNTY:
LIEN DATE:                         LIEN              ELT FLAG:
                                   RECEIVED:
LIEN HLDR NAME:
LIEN HLDR ADDR:     NO LIENS ON FILE
```

```
LIC PLT NUM CBK8457        RETR ALL    TRANS CODE DESC DEALER ISSUE OF
                                                        TEMP PLATE
   VEH ID NUM   1FDUF4HT2GEB79768        . . .     FL/DO/OOS
                                                        #
BIENNIAL                        PREV LP              INIT EXEMPT PLT
FLAG                            NUM                              NUM
  EFF. DATE     11/06/2017 EXP. DATE   12/05/2017 INITIAL FEE
                                                        STATUS
LIC PLATE      TDL           EXP. DATE  12/05/2017   PLATE ISS DATE 11/06/2017
CODE
DECAL YEAR               DECAL NUM              DECAL ISS DATE
DECAL TYPE               PERM. DECALF
CANC. REASON              CANC. DATE              TITLE NUM
REPLACE RSN              LIC PLT STATUS    I      VES REG NUM
LEGISLATIVE              FLEET                     REG ONLY FLAG T
                         NUM /
                         UNIT NUM
  REG TYPE     R          REG ONLY REASON  DI       RENTAL PARK
  REG STATUS   A          COUNTY        CITY        MAIL TO     F    . . .
                                                        CUST?
  VEH CLASS    013         REG USE DI  API            VOIDED
  TRUE LICENSE PLATE CBK8457        REGIS NUM272917198  AMENDED   F
  TAX CREDIT STATE              TRANS.ID993526040      RESTORED
  DLR/AGENT LIC NUM  VI10144881        . . .           PREV ID
  NON DLR/AGENT NUM                   . . .         MAIL TRANS
  EMPLOYEE              0231235080    . . .           MORE. . .
UNSTRUCT. NAME
COMMENT                                         ┌HISTORY DETAIL──────
PLATE EXPLANATION                                FEES         T
                                                 TITLE
┌CUSTOMER──────────────────────────────RELEASE ─BEACON       F
KEITH M. DAGOSTINO                         . . . REFUND INFO   F
                                                 OVERRIDE      O
                                                 PRINT
          ─────────HOV─────────              TEMP LP ISSUE
                                                 REASON
  HOV DECAL   HOV EXP.    REPL REASON ISS RSNISSUE REASON DESC
```

# FVP and KPB Motion to Abandon 2016 Rhino SB 5.9.2023 3

Final Audit Report                                          2023-05-09

| | |
|---|---|
| Created: | 2023-05-09 |
| By: | Jerrell Breslin (jerrybreslin@outlook.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFVCZm4ZK4TwWO88isYUnLA5fba1jkZHT |

## "FVP and KPB Motion to Abandon 2016 Rhino SB  5.9.2023 3" History

- Document created by Jerrell Breslin (jerrybreslin@outlook.com)
  2023-05-09 - 4:11:50 PM GMT- IP address: 99.56.157.227

- Document emailed to zanklscott3@gmail.com for signature
  2023-05-09 - 4:12:36 PM GMT

- Email viewed by zanklscott3@gmail.com
  2023-05-09 - 4:20:59 PM GMT- IP address: 104.28.57.245

- Signer zanklscott3@gmail.com entered name at signing as scott zankl
  2023-05-09 - 4:21:39 PM GMT- IP address: 76.109.50.253

- Document e-signed by scott zankl (zanklscott3@gmail.com)
  Signature Date: 2023-05-09 - 4:21:41 PM GMT - Time Source: server- IP address: 76.109.50.253

- Agreement completed.
  2023-05-09 - 4:21:41 PM GMT

Adobe Acrobat Sign