**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**EXCELL AUTO GROUP, INC.,**                              **CASE NO. 22-12790-EPK**

     Debtor.                                                         Chapter 7

_____/

## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that on this Wednesday, May 10, 2023, the pleading(s) identified below were served upon the parties (also) identified below by email at the addresses indicated.

        **CP # 395 -** Verified Motion to Compel Abandonment of Vehicle and Title (2016 Ford Rhino) dated May 9, 2023.

        **CP # 396 –** Notice of Hearing [re CP# 395, above] dated May 10, 2023.

                Served:

    The Trustee, Nicole Testa Mehdipour at Nicole.Mehdipour@ntmlawfirm.com; upon counsel for the Trustee by serving Alan R. Crane, Esq. at acrane@furrcohen.com and Jason Rigoli, Esq. at jrigoli@furrcohen.com; upon Michael Bakst, the trustee for Auto Wholesale of Boca LLC by serving michael.bakst@gmlaw.com and Rilyn Carnahan, Esq. at rilyn.carnahan@gmlaw.com; upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; and upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com, Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com,

Case No. 22-12790-EPK
COS re Motion and NOH re 2016 Ford Rhino
Page 2 of 2

David Unseth, Esq. at dmunseth@bclplaw.com,; upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com, upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.Com and upon Michael Halperin by serving Phil Landau, Esq. at phil@landaulaw.com and upon Benidt Investments by serving Patricia Redmond, Esq. at predmond@swmwas.com.

By:     s/ David R. Softness
        David R. Softness, Esq.
        Florida Bar No. 513229
        David R. Softness, P.A.
        201 S Biscayne Boulevard
        Suite 2740
        Miami, FL 33131-4332
        Tel:        305-341-3111
        Email:      david@softnesslaw.com

        *Counsel for FVP*