**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re:  CASE NO: 22-12790-EPK

**EXCELL AUTO GROUP, INC**  CHAPTER 7

    Debtor.
_____/

## NOTICE OF APPEARANCE OF MICHAEL R. BAKST, AS TRUSTEE IN BANKRUPTCY FOR AUTO WHOLE OF BOCA, LLC, AS AN INTERESTED PARTY AND REQUEST FOR NOTICE

Michael R. Bakst, Trustee in Bankruptcy for Auto Wholesale of Boca, LLC, hereby files this Notice of Appearance as an interested party, and Request for Notice and states:

PLEASE TAKE NOTICE that the Trustee in Bankruptcy for Auto Wholesale of Boca, LLC listed below hereby appears as an interested party in the above captioned matter. Pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and Bankruptcy Code Sections 342 and 1109(b), and requests that copies of any and all notices, pleadings, motions, orders, applications, presentments, petitions, memoranda, affidavits, declarations, disclosure statements and plans of reorganization, or other documents, filed or entered in these cases be transmitted to:

                                          Michael R. Bakst, Trustee
                                          P.O. Box 407
                                          West Palm Beach, FL 33402
                                          Telephone: (561) 838-4539
                                          Email: BakstTrustee@gmlaw.com

Dated: May 10, 2023

                                          **MICHAEL R. BAKST, TRUSTEE**

                                          **/s/ MICHAEL R. BAKST**
                                          _____
                                          Michael R. Bakst, Trustee
                                          P.O. Box 407
                                          West Palm Beach, FL 33402
                                          Telephone: (561) 838-4539

# CERTIFICATE OF SERVICE

I certify that on May 10, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

/s/ <u><i>Michael R. Bakst</i></u>

**Mailing Information for Case 22-12790-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**  joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

- **Eric N Assouline**  ena@assoulineberlowe.com, ah@assoulineberlowe.com

- **Paul A Avron**  pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

- **Zachary J Bancroft**  zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com

- **Alan Barbee**  abarbee@brileyfin.com

- **Eyal Berger**  eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Charles Wade Bowden**  bowdenw@gtlaw.com

- **Jerrell A Breslin**  jb@jsjb.law, eservice@jsjb.law

- **Stephen C Breuer**  stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com

- **Melissa A. Campbell**  mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

- **Alan R Crane**  acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestcase.com

- **Winston I Cuenant**  winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com

- **Mitchell A Dinkin**  mdinkin@madlegal.net, lucyd@madlegal.net

- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- **Jay L Farrow**  jay@farrowlawfirm.com

- **Michael Foster**   michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Amanda Klopp**   amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**   Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman**   brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **Ari Newman**   newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com

- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**    JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**    jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**    bk@stewartlegalgroup.com
- **David M Unseth**    dmunseth@bclplaw.com
- **Paul E Wilson**    pwilson@paulwilsonesq.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**    tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

**Luxury Lease Company LLC**
210 Summit Ave, Suite C4
Montvale, NJ 07645

**Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**C. Wade Bowden**
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Chapford Specialty Finance LLC**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Quad Funding Partners, LLC**
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

**David Unseth**
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446