

**ORDERED in the Southern District of Florida on May 11, 2023.**



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

     Debtor.

_____/

Case No.: 22-12790-EPK
Chapter 7

### ORDER GRANTING MOTION FOR AUTHORITY
### TO DELIVER TITLE [ECF NO. 381]

THIS CASE came before the Court for a hearing on May 10, 2023 at 10:30 a.m., in West Palm Beach, Florida, on the *Motion for Authority to Deliver Title* [ECF No. 381] (the "**Motion**") filed by the chapter 7 trustee, Nicole Testa Mehdipour.  The Court has reviewed the Motion, heard the argument of counsel, notes that no objections were filed or made on the record during the hearing, and is otherwise fully advised.  Accordingly, it is

ORDER that:

1.     The Motion is **GRANTED**.

1

2.      The Trustee is authorized to immediately deliver title to the 2012 Toyota FJ Cruiser,

VIN JTEZU4BF4CK012581 to Ms. Silvana Borrega, including signing the title and any other

document reasonable and necessary to convey proper title to Ms. Borrega pursuant to this Order.

3.      The Court retains jurisdiction to enforce the terms of this Order.

###

**Submitted by**:

Jason S. Rigoli, Esquire
*Special Counsel for Trustee*
Furr and Cohen, P.A.
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
(561)395-0500/(561)338-7532 fax
E-mail:  jrigoli@furrcohen.com

*Attorney Jason S. Rigoli is directed to serve a copy of this Order on all interested parties and file*
*a Certificate of Service with the Court.*