UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                            Case No. 22-12790-MAM

EXCELL AUTO GROUP, INC.,

                                                                  Chapter 7 Case

     Debtor.

_____/

### THE CHAPTER 7 TRUSTEE'S AGREED MOTION TO EXTEND DEADLINE RELATED TO THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF REQUEST FOR PRODUCTION [ECF NO. 386]

NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee for the Estate of Excell Auto Group, Inc. (the "Chapter 7 Trustee"), through the undersigned counsel and pursuant to Federal Rule of Bankruptcy Procedure 9013 and Local Rule 9013-1, hereby moves *on an agreed basis* to extend the deadline to object to, produce, or otherwise respond to *Creditor the DCG 2008 Irrevocable Wealth Trust's Notice of Request for Production of Documents to Debtor, Excell Auto Group, Inc. through its Chapter 7 Trustee, Nicole Testa Mehdipour, Pursuant to Bankruptcy Rule 2004, and Local Rule 2004-1* (the "DCG 2004 Notice") for a period to run concurrently with an order to show cause/scheduling conference in the parties' related adversary proceeding – July 26, 2023. The Chapter 7 Trustee seeks this extension to permit the DCG 2008 Irrevocable Wealth Trust (the "DCG Trust") and the Chapter 7 Trustee to engage in a voluntary exchange of documents and participate in settlement discussions. In support of this relief, the Chapter 7 Trustee further states as follows:

## BACKGROUND

1.      On April 8, 2022, Excell Auto Group, Inc. filed a petition for relief under Chapter 7 of the United States Code in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division. The Chapter 7 Trustee was appointed thereafter.

2.      On May 3, 2023, the DCG Trust served the DCG 2004 Notice requesting the Chapter 7 Trustee to produce documents (as such term is defined in the notice) pursuant to Federal Rule of Bankruptcy Procedure 2004. *See* DCG 2004 Notice [ECF No. 386].

3.      The DCG Trust and the Chapter 7 Trustee have been in ongoing discussions concerning the basis of the claims and defenses asserted/likely to be asserted by each against the other in avoidance litigation and in the claims adjudication process.

## RELIEF REQUESTED AND BASIS THEREFORE

4.      The DCG Trust and the Chapter 7 Trustee have conferred and concluded that the interests of the DCG Trust and the estate would be best served by a continuance of the deadline to object, produce, or otherwise respond to the DCG 2004 Notice to run concurrently with a scheduling conference and a hearing on an order to show cause in the parties' related adversary proceeding – *viz.*, through and including July 26, 2023.

5.      Undersigned counsel certifies that he has conferred with counsel for the DCG Trust who agrees to the relief sought by this Motion and further certifies that the Chapter 7 Trustee likewise agrees to the request relief.

WHEREFORE NICOLE TESTA MEHDIPOUR, Chapter 7 Trustee for the Estate of Excell Auto Group, Inc. respectfully requests that the Court extend the deadline to object, produce, or otherwise respond to the DCG 2004 Notice through and including July 26, 2023, as reflected in the proposed order attached hereto as Exhibit "A."

2

Dated this __17th__ day of May 2023.

Respectfully submitted,

**YOUNG FOSTER PLLC**
*Counsel for the Chapter 7 Trustee*
1600 South Federal Highway, Suite 570
Pompano Beach, Florida 33062
Telephone:     (954) 866-3570
Facsimile:     (954) 866-3571

By:   __/s/ *Michael C. Foster, Esq.*__
          Michael C. Foster, Esq.
          Florida Bar No. 0042765
          michael@youngfoster.com
          admin@youngfoster.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2023, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system.

          __/s/ *Michael C. Foster*__
          Michael C. Foster, Esq.

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

                                                                          Chapter 7 Case

          Debtor.

_____/

**ORDER GRANTING THE CHAPTER 7 TRUSTEE'S AGREED MOTION
TO EXTEND DEADLINE RELATED TO THE DCG 2008 IRREVOCABLE
WEALTH TRUST'S NOTICE OF REQUEST FOR PRODUCTION [ECF NO. 386]**

          THIS MATTER came before the Court upon the *The Chapter 7 Trustee's Agreed Motion
to Extend Deadline Related to the DCG Irrevocable Wealth Trust's Notice of Request for
Production [ECF No. 386]* (the "Motion to Extend"). The Court having reviewed the Motion to
Extend [ECF No. 25], having been advised of the agreement of the parties to the requested relied,
and being otherwise advised in the premises, hereby, **ORDERS AND ADJUDGES** that:

4

1.      The Motion to Extend is **GRANTED**.

2.      The Chapter 7 Trustee shall object, produce documents, or otherwise respond to the

DCG Notice of Production on or before July 26, 2023.

### #

**Submitted by:**

Michael C. Foster, Esq.
**YOUNG FOSTER PLLC**
1600 S. Federal Highway, Suite 570
Pompano Beach, Florida 33062
Telephone: (954) 866-3570
Facsimile: (954) 866-3571
michael@youngfoster.com
admin@youngfoster.com

*(Attorney Foster shall serve a copy of the signed Order on all parties entitled to service and file
with the Court a certificate of service conforming with Local Rule 2002-1(F))*