

**ORDERED in the Southern District of Florida on May 18, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                      Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

                                                                                                             Chapter 7 Case

       Debtor.
_____/

### ORDER GRANTING THE CHAPTER 7 TRUSTEE'S AGREED MOTION TO EXTEND DEADLINE RELATED TO THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF REQUEST FOR PRODUCTION [ECF NO. 386]

THIS MATTER came before the Court upon the *The Chapter 7 Trustee's Agreed Motion to Extend Deadline Related to the DCG Irrevocable Wealth Trust's Notice of Request for Production [ECF No. 386]* (the "Motion to Extend"). The Court having reviewed the Motion to Extend [ECF No. 400], having been advised of the agreement of the parties to the requested relied, and being otherwise advised in the premises, hereby, **ORDERS AND ADJUDGES** that:

1. The Motion to Extend is **GRANTED**.

2. The Chapter 7 Trustee shall object, produce documents, or otherwise respond to *Creditor the DCG Irrevocable Wealth Trust's Notice of Request for Production of Documents to Debtor, etc.* [ECF No. 386] on or before July 26, 2023.

# # #

**Submitted by:**

Michael C. Foster, Esq.
**YOUNG FOSTER PLLC**
1600 S. Federal Highway, Suite 570
Pompano Beach, Florida 33062
Telephone: (954) 866-3570
Facsimile: (954) 866-3571
michael@youngfoster.com
admin@youngfoster.com

*(Attorney Foster shall serve a copy of the signed Order on all parties entitled to service and file with the Court a certificate of service conforming with Local Rule 2002-1(F))*