**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**EXCELL AUTO GROUP, INC.,**                    **CASE NO. 22-12790-EPK**

    Debtor.                                      Chapter 7

_____/

## NOTICE TO WITHDRAW FVP'S AND KPB's MOTION TO COMPEL ABANDONMENT (2016 FORD RHINO)

**COME NOW**, FVP Opportunity Fund III, LP, a Delaware limited partnership (the "FVP Fund"), FVP Investments LLC, a Delaware limited liability company ("FVP Investments"), and FVP Servicing, LLC, a Delaware limited liability company ("FVP Servicing") (collectively, "FVP"), by and through their undersigned counsel and withdraws its pending Motion to compel abandonment of the 2016 Ford Rhino (the "Motion") which is at CP # 395 on the Court's docket.

The Motion was set for hearing before the Court on Friday, May 26, 2023, at 9:30 a.m., and FVP requests hereby that the said hearing be cancelled and removed from the Court's docket.

Dated May 25, 2023.

For the FVP Parties

| | |
|---|---|
| Jerrell A. Breslin, Esq.<br>Jonathan Noah Schwartz, Esq.<br>Schwartz Breslin PLLC<br>The DuPont Building<br>169 East Flagler Street, #700<br>Miami, Florida 33131<br>Phone: (305) 577-4626<br>E-mail:  JB@JSJB.Law<br>EService@JSJB.law<br><br>By:   s/ Jerrell Breslin<br>      Jerrell Breslin, Esq.<br>      Fla Bar No: 269573 | David Softness, Esq.<br>David R. Softness, P.A.<br>201 S. Biscayne Blvd., Ste 2740<br>Miami, Florida 33131<br>Phone: (305) 341-3111<br>E-mail:david@softnesslaw.com<br><br><br><br>By:   s/ David R. Softness<br>      David R. Softness, Esq.<br>      Fla Bar No: 513229 |

<u>For Karma of Palm Beach, Inc.</u>

Weiss, Handler & Cornwell, PA
One Boca Place, Suite 205-E
2255 Glades Road
Boca Raton, FL  33431
Tel:     561-997-9995
Email: hw@whcfla.com

By:     <u>/s/ Harry Winderman</u>
        Harry Winderman, Esq.
        Fla Bar 209562


## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the following parties were served with the foregoing electronic service via EM/ECF and by email at the addresses indicated: Chapter 7 Trustee by serving Michael R Bakst, efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com; efileu386@gmlaw.com; efileu1857@gmlaw.com; efileu3163@gmlaw.com; efileu3214@gmlaw.com; efileu3291@gmlaw.com; upon the Debtor Auto Wholesale of Boca by serving Michael Lessne, Esq. at Michael@lessnelaw.com; upon Wing Lake Capital Partners f/k/a Franklin Capital Group, LLC by serving Bradley Shraiberg, Esq. at bss@lpplaw and Pat Dorsey, Esq. at pdorsey@slp.law; upon Karma of Broward, Inc. and Karma of Palm Beach, Inc. by serving Harry Winderman, Esq. at harry4334@hotmail.com; upon Ed Brown by serving Brett Marks, Esq., at brett.marks@akerman.com and Amanda Klopp, Esq., at amanda.klopp@akerman.com and Eyal Berger, Esq., at eyal.berger@akerman.com; upon Hi Bar by serving Steven Wells at Steve@wellspc.com, Jason DeJonker, Esq. at Jason.DeJonnker@bclplaw.com, Jarret Hitchings, Esq. at jarret.hitchings@bclplaw.com, David Unseth, Esq. at dmunseth@bclplaw.com; upon Derek Stephens by serving Cory Mauro, Esq. at cory.mauro@maurolaw.com and Evan Appell, Esq. at evan@edalegal.com, upon Moishe, Lisa and Chase Farache by serving Scott Gherman, Esq. at Sgherman@Scottghermanpa.com and Michael Hoffman, Esq. at mshoffman@hlalaw.com; upon Michael Halperin by serving Phil Landau, Esq. at

**CASE NO. 22-12790-EPK**
Withdrawal of Motion to Compel Abandonment – 2016 Ford Rhino
Page 3 of 3

phil@landaulaw.com; and upon Benidt Investments by serving Patricia Redmond, Esq. at predmond@swmwas.com and Michael Harwin at mharwin@stearnsweaver.com.

/ s/ David R. Softness<br>David Softness, Esq.