**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

**In Re:**                                                          **CASE NO: 22-12790-EPK**

**EXCELL AUTO GROUP, INC**                          **CHAPTER 7**

    **Debtor.**
_____/

**NOTICE OF APPEARANCE OF RILYN A. CARNAHAN, ESQ. AND GREENSPOON
MARDER, LLP AS COUNSEL FOR MICHAEL R. BAKST, CHAPTER 7 TRUSTEE IN
BANKRUPTCY FOR AUTO WHOLESALE OF BOCA, LLC, CASE NUMBER 22-15627-
EPK AS AN INTERESTED PARTY AND REQUEST FOR NOTICE**

       Rilyn A. Carnahan, Esq. and Greenspoon Marder, LLP counsel for Michael R. Bakst, Trustee

in Bankruptcy for Auto Wholesale of Boca, LLC, Case Number 22-15627-EPK hereby files this

Notice of Appearance as an interested party, and Request for Notice and states:

       PLEASE TAKE NOTICE that the attorney listed below hereby appears as an interested party

in the above captioned matter.   Pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal

Rules of Bankruptcy Procedure and Bankruptcy Code Sections 342 and 1109(b), and requests that

copies of any and all notices, pleadings, motions, orders, applications, presentments, petitions,

memoranda, affidavits, declarations, disclosure statements and plans of reorganization, or other

documents, filed or entered in these cases be transmitted to:

          RILYN A. CARNAHAN, ESQ.
          Greenspoon Marder, LLP
          Counsel for Michael R. Bakst, Trustee in Bankruptcy for
          Auto Wholesale of Boca, LLC
          CityPlace Tower
          525 Okeechobee Blvd., Suite 900
          West Palm Beach, Florida 33401
          T: (561) 838-4557
          F: (561) 514-3457
          Email: rilyn.carnahan@gmlaw.com

Dated:  May 30, 2023                    Respectfully Submitted,

                                        **GREENSPOON MARDER LLP**

                                        */s Rilyn A. Carnahan*
                                        _____
                                        MICHAEL R. BAKST, ESQ.
                                        Florida Bar No.: 866377
                                        RILYN A. CARNAHAN, ESQ.
                                        Florida Bar No.: 614831
                                        Attorneys for the AWB Trustee
                                        CityPlace Tower
                                        525 Okeechobee Blvd., Suite 900
                                        West Palm Beach, FL 33401
                                        T:  (561) 838-4523
                                        F:  (561) 514-3457
                                        Email: rilyn.carnahan@gmlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 30, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing as indicated below.

                                         */s/Rilyn A. Carnahan*
                                        Rilyn A. Carnahan, Esq.

**Mailing Information for Case 22-12790-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, HAPI@HKLAW.COM

- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com

- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

- **Zachary J Bancroft**    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com

- **Alan Barbee**    abarbee@brileyfin.com

- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Charles Wade Bowden**    bowdenw@gtlaw.com

- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law

- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com

- **Melissa A. Campbell**    mcampbell@bakerdonelson.com,
  achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

- **Alan R Crane**    acrane@furrcohen.com,
  rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com;cranear84158@notify.bestc
  ase.com

- **Winston I Cuenant**    winston@cuenantlaw.com,
  drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.co
  m

- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net

- **C Craig Eller**    celler@kelleylawoffice.com,
  bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- **Jay L Farrow**    jay@farrowlawfirm.com

- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com

- **Travis A Harvey**    tharvey@bakerdonelson.com

- **Dana L Kaplan**    dana@kelleylawoffice.com,
  cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

- **Philip J Landau**    phil@landau.law,
  plandau@ecf.courtdrive.com;jessica@landau.law;diane@landau.law;dlocascio@ecf.courtdrive.c
  om

- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

- **Mark A Levy**    mark.levy@brinkleymorgan.com,
  sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

- **Brett D Lieberman**    brett@elrolaw.com,
  eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com

- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com

- **Nathan G Mancuso**    ngm@mancuso-law.com

- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;m
  ehdipournr85783@notify.bestcase.com

- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BC
  asey@ntmlawfirm.com

- **James B Miller**    bkcmiami@gmail.com

- **Ari Newman**    newmanar@gtlaw.com,
  perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com

- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

- **Hampton Peterson**    legalservices@PBCTax.com

- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com

- **David A Ray**    dray@draypa.com,
  simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com

- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com

- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com

- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com

- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com

- **Jeffrey J Saunders**    JJS@crarybuchanan.com,
  rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com

- **John D. Segaul**    john@segaul.com,
  court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net

- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

- **David R. Softness**    david@softnesslaw.com

- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

- **James B Sowka**    jsowka@seyfarth.com,
  ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com

- **Peter D. Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com

- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com

- **Gavin N Stewart**    bk@stewartlegalgroup.com

- **David M Unseth**    dmunseth@bclplaw.com

- **Paul E Wilson**    pwilson@paulwilsonesq.com

- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

- **Thomas G Zeichman**    tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case
(who therefore require manual noticing/service).

**Luxury Lease Company LLC**
210 Summit Ave, Suite C4
Montvale, NJ 07645

**Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT
TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**C. Wade Bowden**
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Chapford Specialty Finance LLC**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Quad Funding Partners, LLC**
Attn: Eric Nicholsberg

3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

**David Unseth**
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446