UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,                                    Chapter 7

      Debtor.
_____/

## NOTICE OF APPEARANCE FOR MOSHE FARACHE

The undersigned counsel, **Michael D. Lessne** of the law firm of Michael D. Lessne, P.A. dba **Lessne Law**, appears as counsel in this case for **Moshe Farache** and requests that copies of all papers filed in this case be served upon him and that he be added to the Court's Parties in Interest list so that he will receive electronic notices.

May 30, 2023

**LESSNE LAW**
*Counsel for Moshe Farache*
100 S.E. 3rd Ave., 10th Floor
Fort Lauderdale, FL 33394
Telephone: 954-372-5759
Email: michael@lessne.law

By: */s/ Michael Lessne*
Michael Lessne
Florida Bar No. 73881

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing notice has been filed with the Court and furnished via transmission of Notices of Electronic Filing on all counsel of record or pro se parties identified on the CM/ECF service list maintained by the Court in this case on this 30th day of May, 2023.

/s/ Michael D. Lessne
Michael D. Lessne