# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>EXCELL AUTO GROUP, INC | CASE NO: 22-12790<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 401 |

On 5/30/2023, I did cause a copy of the following documents, described below,

ORDER GRANTING THE CHAPTER 7 TRUSTEE'S AGREED MOTION TO EXTEND DEADLINE RELATED TO THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF REQUEST FOR PRODUCTION [ECF NO. 386] ECF Docket Reference No. 401

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/30/2023

/s/ Michael C. Foster
Michael C. Foster  0042765

Young Foster PLLC
1600 S Federal Highway, Suite 570
Pompano Beach, FL  33062
954 866 3570
michael@youngfoster.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:<br><br>EXCELL AUTO GROUP, INC | CASE NO: 22-12790<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 401 |

On 5/30/2023, a copy of the following documents, described below,

ORDER GRANTING THE CHAPTER 7 TRUSTEE'S AGREED MOTION TO EXTEND DEADLINE RELATED TO THE DCG 2008 IRREVOCABLE WEALTH TRUST'S NOTICE OF REQUEST FOR PRODUCTION [ECF NO. 386] ECF Docket Reference No. 401

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/30/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael C. Foster
Young Foster PLLC
1600 S Federal Highway, Suite 570
Pompano Beach, FL  33062

```
USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING        LUXURY LEASE COMPANY LLC               1001 CLINT MOORE   LLC
NCRS ADDRESS DOWNLOAD                   210 SUMMIT AVE    SUITE C4             6560 W ROGERS CIRCLE
CASE 22-12790                           MONTVALE  NJ 07645-1500                SUITE B27
SOUTHERN DISTRICT OF FLORIDA                                                   BOCA RATON  FL 33487-2746
TUE MAY 30 8-14-59 PST 2023



ALLY BANK                               ALLY BANK LEASE TRUST   ASSIGNOR TO    ALLY BANK   CO AIS PORTFOLIO SERVICES
PO BOX 5703                             VEHICLE                                LLC
CLEARWATER    FL 33758-5703             4515 N SANTA FE AVE DEPT APS           4515 N SANTA FE AVE DEPT APS
                                        OKLAHOMA CITY   OK 73118-7901          OKLAHOMA CITY   OK 73118-7901




AUSTIN BUSINESS FINANCE   LLC AND XAN   AUTO WHOLESALE OF BOCA   LLC           BAL INVESTMENTS   LLC
MYBURGH                                 6560 W ROGERS CIRCLE                   CO ZACHARY J BANCROFT   ESQ
CO ERIC N ASSOULINE   ESQ               SUITE B27                              BAKER DONELSON   ET AL
ASSOULINE   BERLOWE   PA                BOCA RATON   FL 33487-2746             200 S ORANGE AVE   STE 2900
100 SE 2ND STREET                                                              ORLANDO   FL 32801-3448
SUITE 3105
MIAMI   FL 33131-2100


BENIDT INVESTMENTSSLINGER   LLC         CHAPFORD CREDIT OPPORTUNITIES FUND LP  CHAPFORD SPECIALTY FINANCE LLC
CO ERIC J SILVER   ESQ                  CO SCOTT ROSE   ESQ                    CO SCOTT ROSE   ESQ
150 WEST FLAGLER STREET                 201 BROAD STREET   SUITE 500           201 BROAD STREET   SUITE 500
SUITE 2200                              STAMFORD   CT 06901-2004               STAMFORD   CT 06901-2004
MIAMI   FL 33130-1545




COLUMBUS DAY FINANCE   LLC              DCG 2008 IRREVOCABLE WEALTH TRUST      DAIMLER TRUST
CO JORDAN L RAPPAPORT   ESQ             CO IVAN J REICH                        CO PAUL WILSON
RAPPAPORT OSBORNE   RAPPAPORT   PLLC    750 PARK OF COMMERCE BLVD   SUITE 210  1776 N PINE ISLAND RD   SUITE 308
1300 N FEDERAL HWY 203                  BOCA RATON   FL 33487-3611             PLANTATION   FL 33322-5235
BOCA RATON   FL 33432-2848



DEBTOR
EXCELL AUTO GROUP   INC                 EXCELL AUTO SPORT AND SERVICE   INC    FVP INVESTMENTS   LLC   A DELAWARE
1001 CLINT MOORE ROAD                   CO NATHAN G MANCUSO                    LIMITED LIA
SUITE 101                               7777 GLADES RD   SUITE 100             CO DAVID R SOFTNESS   ESQ
BOCA RATON   FL 33487-2830              BOCA RATON   FL 33434-4150             201 SOUTH BISCAYNE BOULEVARD 2740
                                                                               MIAMI   FL 33131-4332



FVP OPPORTUNITY FUND III   LP           FVP SERVICING   LLC A DELAWARE LIMITED FRANKLIN CAPITAL FUNDING   LLC
CO DAVID R SOFTNESS   ESQ               LIABIL                                 CO SHRAIBERG PAGE   PA
201 SOUTH BISCAYNE BOULEVARD 2740       CO DAVID R SOFTNESS   ESQ              2385 NW EXECUTIVE CENTER DR   300
MIAMI   FL 33131-4332                   201 SOUTH BISCAYNE BOULEVARD 2740      BOCA RATON   FL 33431-8530
                                        MIAMI   FL 33131-4332




GRAVES DIRECTIONAL DRILLING INC AKA     HI BAR CAPITAL   LLC                   INTEGRATED VEHICLE LEASING   INC
GRAVE                                   2111 57TH STREET                       CO MORITT HOCK   HAMROFF LLP
CO KELLEY   FULTON   KAPLAN   ELLER PL  BROOKLYN   NY 11204-2081               ATTN THERESA A DRISCOLL   ESQ
1665 PALM BEACH LAKES BLVD STE 1000                                            400 GARDEN CITY PLAZA
WEST PALM BEACH   FL 33401-2109                                                GARDEN CITY   NY 11530-3327




JPMORGAN CHASE BANK   NA                KARMA AUTOMOTIVE   LLC                 KARMA OF BROWARD   INC
CO DENNIS J LEVINE                      CO JAMES B SOWKA                       CO WEISS HANDLER   CORNWELL   PA
4919 MEMORIAL HWY   STE 135             233 SOUTH WACKER DRIVE    IL 60606     2255 GLADES ROAD
TAMPA   FL 33634-7510                                                          SUITE 205E
                                                                               BOCA RATON   FL 33431-7391
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| KARMA OF PALM BEACH  INC<br>CO WEISS  HANDLER  CORNWELL  PA<br>2255 GLADES ROAD  SUITE 205E<br>BOCA RATON  FL 33431-7391 | MMS ULTIMATE SERVICES  INC<br>7241 CATALINA ISLE DRIVE<br>LAKE WORTH  FL 33467-7746 | MERCEDES BENZ FINANCIAL SERVICES USA LLC<br>14372 HERITAGE PARKWAY<br>FORT WORTH  TX 76177-3300 |
| MILCO ATWATER  LLC<br>CO EYAL BERGER<br>201 LAS OLAS BLVD 1800<br>FORT LAUDERDALE  FL 33301-4442 | MILLCO ATWATER  LLC<br>201 E LAS OLAS BLVD 1800<br>FORT LAUDERDALE  FL 33301-4442 | PALM BEACH COUNTY TAX COLLECTOR<br>CO HAMPTON PETERSON ESQ<br>POB 3715<br>WEST PALM BEACH  FL 33402-3715 |
| PRESTIGE LUXURY CARS  LLC<br>CO THOMAS G ZEICHMAN<br>2385 EXECUTIVE CENTER DRIVE  SUITE 250<br>BOCA RATON  FL 33431-8511 | QUAD FUNDING PARTNERS  LLC<br>ATTN ERIC NICHOLSBERG<br>3303 W COMMERCIAL BLVD 190<br>FORT LAUDERDALE  FL 33309-3412 | ROAD RICH  LLC DBA ROAD RICH MOTORS<br>CO KELLEY  FULTON  KAPLAN  ELLER PL<br>1665 PALM BEACH LAKES BLVD  STE 1000<br>WEST PALM BEACH  FL 33401-2109 |
| SAVANNAH ROW DEVELOPMENT COMPANY  LLC<br>CO MA DINKIN LAW FIRM  PLLC<br>3319 SR 7  SUITE 303<br>WELLINGTON  FL 33449-8147 | SHRAYBER LAND  INC<br>CO JOAQUIN J ALEMANY  ESQ<br>HOLLAND  KNIGHT LLP<br>701 BRICKELL AVE  SUITE 3300<br>MIAMI  FL 33131-2898 | TULOCAY FARM  INC<br>CO PETER SPINDEL  ESQ  PA<br>POB 835063<br>MIAMI  FL 33283-5063 |
| UNITED COMMUNITY BANK DBA SEASIDE BANK AND<br>CRARY BUCHANAN  PA<br>759 SW FEDERAL HIGHWAY<br>SUITE 106<br>STUART  FL 34994-2972 | WESTLAKE FLOORING COMPANY  LLC<br>CO LIEBLER GONZALEZ  PORTUONDO<br>44 WEST FLAGLER STREET<br>25TH FLOOR<br>MIAMI  FL 33130-1808 | WESTLAKE SERVICES  LLC<br>CO LIEBLER GONZALEZ  PORTUONDO<br>44 WEST FLAGLER STREET<br>25TH FLOOR<br>MIAMI  FL  33130-1808 |
| WOODSIDE CREDIT  LLC<br>CO ZACH B SHELOMITH  ESQ<br>2699 STIRLING RD  C401<br>FORT LAUDERDALE  FL 33312-6598 | ~~EXCLUDE~~<br>~~(U)WEST PALM BEACH~~ | 1001 CLINT MOORE  LLC<br>CO JAMES B MILLER  PA<br>19 WEST FLAGLER STREET  SUITE 416<br>MIAMI  FL 33130-4419 |
| 22 CAPITAL<br>1900 GLADES ROAD<br>SUITE 540<br>BOCA RATON  FL 33431-7378 | AA PUBLISHING CORP DBA THE BOCA RATON OBS<br>7700 CONGRESS AVENUE STE 3115<br>BOCA RATON  FL 33487-1357 | AJA REALTY<br>16850 CHARLES RIVER DRIVE<br>DELRAY BEACH  FL 33446-0010 |
| AMEX TRS CO  INC<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AARON PARKINSON<br>1361 SW 21ST ST<br>BOCA RATON  FL 33486-6646 | AARON PARKINSON<br>FREDERIK MIDDLETON<br>1361 SW 21ST ST<br>BOCA RATON  FL 33486-6646 |
| ALPINE BUSINESS CAPITAL<br>99 WALL STREET<br>NEW YORK  NY 10005-4301 | AUTO WHOLESALE BOCA<br>6560 WEST ROGERS CIRCLE<br>SUITE B27<br>BOCA RATON  FL 33487-2746 | AUTO WHOLESALE OF BOCA  LLC<br>CO JAMES B MILLER  PA<br>19 WEST FLAGLER STREET  SUITE 416<br>MIAMI  FL 33130-4419 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BAL INVESTMENTS<br>1114 ASHTON TRACE<br>ATLANTA  GA 30319-2681 | CHAD ZAKIN<br>CO MARK A LEVY  ESQ<br>BRINKLEY MORGAN<br>100 SE THIRD AVE  23RD FLOOR<br>FORT LAUDERDALE  FL 33394-0002 | CHAPFORD SPECIALTY FINANCE LLC<br>CO JAMES C MOON  ESQUIRE<br>MELAND BUDWICK  PA<br>200 S BISCAYNE BLVD  STE 3200<br>MIAMI  FL 33131-5323 |
| DCG 2008 IRREVOCABLE WEALTH TRUST<br>CO KENNETH J GOODMAN  AS TRUSTEE<br>1001 EAST TELECOM DRIVE<br>BOCA RATON  FL 33431-4422 | DCG TRUST<br>CO KENNY GOODMAN<br>1928 THATCH PALM DRIVE<br>BOCA RATON  FL 33432-7457 | DAVID AMSEL<br>CO BREUER LAW  PLLC<br>6501 CONGRESS AVE  STE 240<br>BOCA RATON  FL 33487-2840 |
| USPS CHANGE<br>EAG WHOLESALE  LLCOLP EAG  LLC<br>CO SIMON  SIGALOS  LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL  33431-5862 | ED BROWN<br>152 BEARS CLUB DRIVE<br>JUPITER  FL 33477-4203 | EDVARD DESSALINES<br>6160 KELTY WAY<br>LAKE WORTH  FL 33467-6117 |
| EDWARD BROWN<br>CO EYAL BERGER  ESQ<br>AKERMAN LLP<br>201 EAST LAS OLAS BLVD  SUITE 1800<br>FORT LAUDERDALE  FL 33301-4442 | EDWARD M BROWN<br>CO BRETT MARKS  ESQUIRE<br>AKERMAN LLP<br>201 EAST LAS OLAS BLVD<br>SUITE 1600<br>FORT LAUDERDALE  FLORIDA 33301-4439 | FVP OPPORTUNITY FUND III LP<br>CO DAVID SOFTNESS  ESQ<br>201 S BISCAYNE BLVD  SUITE 2740<br>MIAMI  FL 33131-4332 |
| FVP OPPORTUNITY FUND III  LP<br>CO DAVID SOFTNESS  ESQ<br>201 S BISCAYNE BLVD<br>SUITE 2740<br>MIAMI  FL  33131 | FEDEX CORPORATE SERVICES INC<br>3965 AIRWAYS BLVD  MODULE G  3RD FLOOR<br>MEMPHIS  TN 38116-5017 | FIRST CITIZENS BANK  TRUST COMAPNY<br>PO BOX 593007<br>SAN ANTONIO  TX 78259-0200 |
| FRANKLIN CAPITAL FUNDING  LLC<br>CO BRADLEY S SHRAIBERG  ESQ<br>2385 NW EXECUTIVE CENTER DR  300<br>BOCA RATON  FL 33431-8530 | FREDERICK HALL<br>200 N PALM AVE<br>INDIALANTIC  FL 32903-5051 | GEOFFREY THOMAS KEABLE<br>LAWRENCE A CAPLAN  PA<br>1375 GATEWAY BLVD<br>BOYNTON BEACH  FL 33426-8304 |
| GET BACKED<br>2101 INTERSTATE 35<br>4TH FLOOR<br>AUSTIN  TX 78741-3800 | GRAVES DIRECTIONAL DRILLING INC<br>CO KELLEY  FULTON  KAPLAN  ELLER  PL<br>1665 PALM BEACH LAKES BLVD  STE 1000<br>WEST PALM BEACH  FL 33401-2109 | ~~EXCLUDE~~<br>~~(D)GRAVES DIRECTIONAL DRILLING  INC~~<br>~~CO KELLEY  FULTON  KAPLAN  ELLER  PL~~<br>~~1665 PALM BEACH LAKES BLVD  STE 1000~~<br>~~WEST PALM BEACH  FL 33401-2109~~ |
| GREEN BUCKET INVESTMENTS<br>AARON PARKINSON<br>6700 N ANDREWS AVE 3 FL<br>FT LAUD  FL 33309-2204 | HALEY WALKER<br>CO OLIVE JUDD  PA<br>2426 EAST LAS OLAS BLVD<br>FORT LAUDERDALE  FL 33301-1573 | IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 501<br>JERSEY CITY  NJ 07302-3821 |
| INTEGRATED VEHICLE LEASING INC<br>THERESA A DRISCOLL<br>MORITT HOCK  HAMROFF LLP<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY 11530-3327 | JACK BRENNAN<br>GRAYROBINSON  PA<br>301 E PINE STREET  SUITE 1400<br>ORLANDO  FL 32801-2798 | JACK BRENNAN<br>GRAYROBISON  PA<br>301 E PINE STREET  SUITE 1400<br>ORLANDO  FL 32801-2741 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| JOHNIE FLOYD WEEMS III<br>1199 S FEDERAL HIGHWAY SUITE 423<br>BOCA RATON FL 33432-7335 | KARMA PALM BEACH INC KARMA OF BROWARD INC<br>CO HARRY WINDERMAN ESQ<br>WEISS HANDLER CORNWELL PA<br>2255 GLADES ROAD SUITE 205E<br>BOCA RATON FL 33431-7392 | KARMA OF PALM BEACH INC KARMA OF BROWARD<br>CO HARRY WINDERMAN ESQ<br>WEISS HANDLER CORNWELL PA<br>2255 GLADES ROAD SUITE 205E<br>BOCA RATON FL 33431-7392 |
| LILLIAN ROBERTS<br>6360 NW 42ND AVENUE<br>COCONUT CREEK FLORIDA 33073<br>COCONUT CREEK FL 33073-3262 | MXT SOLUTIONS LLC<br>2101 INTERSTATE 35 4TH FLOOR<br>AUSTIN TX 78741-3800 | MIKE HALPERIN<br>5820 HARRINGTON WAY<br>BOCA RATON FL 33496-2511 |
| MIKE HALPERIN<br>CO PHILIP J LANDAU ESQ<br>3010 N MILITARY TRAIL SUITE 318<br>BOCA RATON FL 33431-6300 | MILLCOATWATER LLC<br>CO D BRETT MARKS ESQUIRE<br>201 EAST LAS OLAS BLVD - SUITE 1800<br>FORT LAUDERDALE FLORIDA 33301-4442 | MOSHE FARACHE AND<br>MMS ULTIMATE SERVICES INC<br>CO JAMES B MILLER PA<br>19 WEST FLAGLER STREET SUITE 416<br>MIAMI FL 33130-4419 |
| ~~EXCLUDE~~<br>~~(D)MOSHE FARACHE AND MMS ULTIMATE~~<br>~~SERVICES INC~~<br>~~CO JAMES B MILLER PA~~<br>~~19 WEST FLAGLER STREET SUITE 416~~<br>~~MIAMI FL 33130-4419~~ | USPS CHANGE<br>OLP EAG LLC<br>CO SIMON SIGALOS LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | OFFICE OF THE US TRUSTEE<br>51 SW 1ST AVE<br>SUITE 1204<br>MIAMI FL 33130-1614 |
| ~~EXCLUDE~~<br>~~(U)PARKINSON HOLDINGS LTD~~<br>~~CO AARON PARKINSON~~<br>~~19 OATLAND ESP UNIT 26~~<br>~~RUNAWAY BAY QLD 4216~~ | ~~EXCLUDE~~<br>~~(U)PARKINSON SUPER PTY LTD~~<br>~~CO AARON PARKINSON~~<br>~~19 OATLAND ESP UNIT 26~~<br>~~RUNAWAY BAY QLD 4216~~ | PARKVIEW<br>400 MAIN STREET<br>STAMFORD CT 06901-3000 |
| USPS CHANGE<br>PEAK FINANCE LLC<br>CO SIMON SIGALOS LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | PHIL GORI<br>195 W ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-8602 | PRESTIGE LUXURY CARS LLC<br>70 SE 4TH AVE<br>DELRAY BEACH FL 33483-4514 |
| PRESTIGE LUXURY MOTORS<br>4301 OAK CIRCLE<br>SUITE 25<br>BOCA RATON FL 33431 | RICHARD APPLEGATE<br>CO JORDAN L RAPPAPORT<br>1300 N FEDERAL HWY 203<br>BOCA RATON FL 33432-2848 | SAVANNAH ROW<br>30 SE 15TH AVENUE<br>BOCA RATON FL 33432 |
| ~~EXCLUDE~~<br>~~(D)SAVANNAH ROW DEVELOPMENT COMPANY~~<br>~~LLC~~<br>~~CO MA DINKIN LAW FIRM PLLC~~<br>~~3319 SR 7 SUITE 303~~<br>~~WELLINGTON FL 33449-8147~~ | SHRAYBER LAND<br>15700 DALLAS PARKWAY SUITE 11<br>DALLAS TX 75248-3306 | ~~EXCLUDE~~<br>~~(D)SHRAYBER LAND INC~~<br>~~CO JOAQUIN J ALEMANY ESQ~~<br>~~HOLLAND KNIGHT LLP~~<br>~~701 BRICKELL AVE SUITE 3300~~<br>~~MIAMI FL 33131-2898~~ |
| SPIN CAPITAL<br>1968 S COAST HIGHWAY<br>SUITE 5021<br>LAGUNA BEACH CA 92651-3681 | STEFANO RIGA<br>CO JORDAN L RAPPAPORT<br>1300 N FEDERAL HWY SUITE 203<br>BOCA RATON FL 33432-2848 | STEPHEN BREUER<br>BREUER LAW PLLC<br>6501 CONGRESS AVENUE<br>SUITE 240<br>BOCA RATON FL 33487-2840 |

USPS FIRST CLASS MAILING RECIPIENTS
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TBF<br>333 RIVER STREET<br>HOBOKEN  NJ 07030-5856 | TVT<br>1407 BROADWAY<br>NEW YORK  NY 10018-5100 | TVT DIRECT FUNDING LLC<br>65 WEST 36TH STREET  FLOOR 12<br>NEW YORK  NY 10018-7935 |
| THE GORI FAMILY  LIMITED PARTNERSHIP<br>CO D BRETT MARKS  ESQUIRE<br>AKERMAN LLP<br>201 EAST BROWARD BLVD<br>SUITE 1800<br>FORT LAUDERDALE  FLORIDA 33301 | THERESA A DRISCOLL<br>MORITT HOCK  HAMROFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY 11530-3327 | TIMOTHY OLESIJUK<br>CO JOHN D SEGAUL  ESQ<br>300 S PINE ISLAND RD 304<br>PLANTATION FL 33324-2621 |
| UNITED COMMUNITY BANK DBA SEASIDE BANK AND<br>CRARY BUCHANAN  PA<br>759 SW FEDERAL HIGHWAY  SUITE 106<br>STUART  FL 34994-2972 | UNITED HEALTHCARE INSURANCE COMPANY<br>ATTN CDMBANKRUPTCY<br>185 ASYLUM ST-03B<br>HARTFORD CT 06103-3408 | WING LAKE CAPITAL PARTNERS<br>32300 NORTHWESTERN HIGHWAY<br>SUITE 200<br>FARMINGTON HILLS  MI 48334-1501 |
| ~~EXCLUDE~~<br>~~(D)WOODSIDE CREDIT  LLC~~<br>~~CO ZACH B SHELOMITH  ESQ~~<br>~~2699 STIRLING RD  C401~~<br>~~FORT LAUDERDALE  FL 33312-6598~~ | AARON PARKINSON<br>CO JORDAN L RAPPAPORT ESQ<br>1300 N FEDERAL HWY 203<br>BOCA RATON  FL 33432-2848 | ALAN BARBEE<br>1400 CENTERPARK BLVD SUITE 860<br>SUITE 860<br>WEST PALM BEACH  FL 33401-7421 |
| ALEXEY ALEKSEYEVICH GORODOVA<br>1100 S MIAMI AVENUE<br>APT 1210<br>MIAMI  FL 33130-4164 | ANDREW GREENBERG<br>CO JORDAN L RAPPAPORT<br>1300 N FEDERAL HWY 203<br>BOCA RATON  FL 33432-2848 | ANDREW TODD MCNEILL<br>CO PAID A AVRON<br>201 E LAS OLAS BOULEVARD  SUITE 1500<br>FORT LAUDERDALE  FL 33301-4439 |
| BRADLEY SKOREPA<br>CO BRETT D LIEBERMAN<br>20200 W DIXIE HWY  SUITE 905<br>MIAMI  FL 33180-1926 | C WADE BOWDEN<br>777 S FLAGLER DRIVE  SUITE 300<br>WEST PALM BEACH  FL 33401-6167 | CARINA AVILA<br>DMS INC<br>4701 SW 51ST ST<br>DAVIE  FL 33314-5503 |
| CHAD ZAKIN<br>CO MARK A LEVY<br>100 SE THIRD AVENUE  23RD FLOOR<br>FORT LAUDERDALE  FL 33394-0002 | CHRISTOPHER TODD BLUDWORTH<br>CO PAID A AVRON<br>201 E LAS OLAS BOULEVARD  SUITE 1500<br>FORT LAUDERDALE  FL 33301-4439 | DAVID AMSEL<br>CO BREUER LAW  PLLC<br>6501 CONGRESS AVENUE<br>SUITE 240<br>SUITE 240<br>BOCA RATON  FL 33487-2840 |
| DAVID UNSETH<br>211 NORTH BROADWAY  SUITE 3600<br>ST LOUIS  MO 63102-2726 | EDVARD DESSALINES<br>CO JOHN E PAGE<br>2385 NW EXECUTIVE CENTER DR  SUITE 300<br>BOCA RATON  FL 33431-8530 | EDWARD BROWN<br>CO EYAL BERGER<br>201 LAS OLAS BLVD 1800<br>FORT LAUDERDALE  FL 33301-4442 |
| FREDERICK HALL<br>CUENANT  PENNINGTON PA<br>CO WINSTON CUENANT<br>101 NE 3RD AVENUE<br>SUITE 1500<br>FORT LAUDERDALE  FL 33301-1181 | FREDERICK MIDDLETON<br>CO JORDAN L RAPPAPORT ESQ<br>1300 N FEDERAL HWY 203<br>BOCA RATON  FL 33432-2848 | HARRY WINDERMAN<br>HARRY WINDERMAN  ESQ<br>2255 GLADES ROAD<br>SUITE 205E<br>BOCA RATON  FL 33431-7391 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not served via First Class USPS Mail Service.

JOHN WITTIG
CO EYAL BERGER
201 LAS OLAS BLVD 1800
FORT LAUDERDALE   FL 33301-4442

EXCLUDE
~~(U)JOHNIE FLOYD WEEMS   III~~

KRISTEN ZANKL
16937 PIERRE CIRCLE
DELRAY BEACH   FL 33446-3693

MICHAEL HALPERIN
CO PHILIP LANDAU
LANDAU LAW   PLLC
3010 N MILITARY TRAIL
SUITE 318
BOCA RATON   FL 33431-6300

MICHAEL R BAKST   TRUSTEE
PO BOX 407
WEST PALM BEACH   FL 33402-0407

MOSHE FARACHE
6560 W ROGERS CIRCLE SUIT B27
BOCA RATON   FL 33487-2746

(P)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

PHILIP T GORI
CO EYAL BERGER
201 LAS OLAS BLVD 1800
FORT LAUDERDALE   FL 33301-4442

RICHARD APPLEGATE
CO JORDAN L RAPPAPORT
SUITE 203   SQUIRES BUILDING
1300 NORTH FEDERAL HIGHWAY
BOCA RATON   FL 33432-2801

RICHARD GREENBERG
CO JORDAN L RAPPAPORT
1300 N FEDERAL HWY 203
BOCA RATON   FL 33432-2848

SCOTT ZANKL
16937 PIERRE CIRCLE
DELRAY BEACH   FL 33446-3693

STEFANO RIGA
CO JORDAN L RAPPAPORT   ESQ
1300 N FEDERAL HWY   STE 203
BOCA RATON   FL 33432-2848

STEVEN GRAVES
CO KELLEY   FULTON   KAPLAN   ELLER PL
1665 PALM BEACH LAKES BLVD   STE 1000
WEST PALM BEACH   FL 33401-2109

SVETLANA PETROVNA GORODOVA
1100 S MIAMI AVENUE
APT 1210
MIAMI   FL 33130-4164

TAREK ABOUALAZZM
CO JORDAN L RAPPAPORT   ESQ
1300 N FEDERAL HWY   STE 203
BOCA RATON   FL 33432-2848

TIM OLESIJUK
CO JOHN D SEGAUL
300 S PINE ISLAND ROAD   SUITE 304
PLANTATION   FL 33324-2621