

**ORDERED in the Southern District of Florida on June 22, 2023.**



_____
**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*West Palm Beach Division*
www.flsb.uscourts.gov

In re:

**EXCELL AUTO GROUP, INC.,**                    **CASE NO. 22-12790-EPK**

 Debtor.                                        Chapter 7
_____/

<u>**ORDER GRANTING RENEWED MOTION TO COMPEL**</u>
<u>**TURN OVER OF 2016 FORD RHINO**</u>

**THIS CAUSE** came before the Court on Wednesday June 14, 2023, at 10:30 a.m.

upon the joint (renewed) motion of FVP Opportunity Fund III, LP, FVP Investments LLC,

and FVP Servicing, LLC (collectively, "FVP") and Karma of Palm Beach, Inc. ("KPB")  (CP

# 405, the "Motion") seeking an Order compelling the Trustee, Nicole Testa Mehdipoor,

the chapter 7 trustee in this case (the "Trustee" and the "Case") to turn-over that certain

2016 Ford Rhino (the "Rhino"), and it appearing that the Trustee is not opposing the relief

requested provided that there is proper notice thereof, and counsel for FVP has

represented that notice of the Motion and Notice of Hearing were duly and properly served

on the relevant parties, and no party having objected, formally or otherwise, and the Court having considered the Motion and the Court's entire file, good cause appearing, and the Court being fully advised, does hereby Find and Order as follows:

1.     The Motion is granted as follows:

2.     The Trustee is ordered and directed to turn over the Rhino, immediately. In that regard, the Rhino shall be deemed abandoned pursuant to Section 554(b) of the Code and Rule 6007 of the Bankruptcy Rules[1] without further order of this Court.

3.     FVP shall make arrangements, at its own expense, to pick up the Rhino from the Trustee after payment is received by the Trustee for storage and related expenses set forth in paragraph 5 below.

4.     The Trustee does not have possession or control of the title to the Rhino. To the extent necessary, the Trustee shall execute any documents reasonably necessary to disclaim any interest in the Rhino so that title can be reissued to the Rhino.  FVP is solely responsible for all expenses incurred in connection with reissuing title to the Rhino.

5.     FVP has agreed to be responsible for certain expenses associated with the Trustee's possession and safeguarding of the Rhino in the amount of $ 4,615.00.

6.     Pending reimbursement from FVP, the Trustee is authorized and directed to pay Document Management Solutions Inc (DMS) for expenses incurred in connection with the Rhino without further Order of this Court. This Order shall take effect immediately upon its entry.

---

[1]     All defined terms in the Motion shall be used in this Order with the same meaning unless expressly indicated otherwise.

Case No. 22-12790-EPK
Order Granting Motion to Compel Abandonment of Ford Rhino
Page 1 of 4

      7.     The Court retains jurisdiction to enforce or otherwise with respect to the Motion and this Order.

*   *   *

Order Submitted By;

David R. Softness, Esq.
(FBN:  513229)
**DAVID R. SOFTNESS P.A.**
201 South Biscayne Boulevard
Suite 2740
Miami, FL  33131
Tel:        305-341-3111
Email:      david@softnesslaw.com

*Counsel for FVP*

Attorney Softness is directed to serve this Order upon all appropriate parties.