UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                           Case No.: 22-12790-EPK
                                                                                       Chapter 7

EXCELL AUTO GROUP, INC.,

    Debtor.
_____/

## AGREED NOTICE OF RULE 2004 EXAMINATION OF DEBTOR[1]

☒ *Testimony:* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, **NICOLE TESTA MEHDIPOUR ("Trustee"), Chapter 7 trustee of the estate of Excell Auto Group, LLC, by and through the undersigned attorney,** will examine under oath Scott Zankl, as an authorized representative of the Debtor Excell Auto Group, Inc., beginning at 9:30 am on July 27, 2023. The examination will be conducted **at 2255 Glades Road, Suite 419A, Boca Raton, Fl 33483** and will be recorded by Ouellette & Mauldin Court Reporters, Inc. The examination may continue from day to day until completed.

☐ *Production:* Pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, **[examining party]** requests that **[witness]** produce the documents, electronically stored information, or objects described on the attached schedule (or if the examination is of a witness other than the debtor, on the attached subpoena), who must permit inspection, copying, testing, or sampling of the materials on **[date]** at **[time]**, at **[place]**.

If the examinee receives this notice less than 14 days before the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time. The scope of the examination will be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1 no order is necessary. If the examination is of a witness other than the debtor, the Local Form "Subpoena for Rule 2004 Examination" is included with this notice.

Dated: July 18, 2023.

                                                          FURR AND COHEN, P.A.
                                                        *Special Counsel for Trustee/Plaintiff*
                                                        2255 Glades Road, Suite 419A Boca Raton, FL 33431
                                                        Telephone: (561) 395-0500
                                                        Facsimile: (561) 338-7532

                                                        BY: */s/ Alan R. Crane*_____

---

[1] The date and time were agreed to by the Trustee and the deponent through counsel.

LF-14 (rev. 12/01/21)

Alan R. Crane<br>
Florida Bar No.: 0963836<br>
E-Mail: acrane@furrcohen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via e-mail on the parties listed below on this July 18, 2023.

BY: */s/ Alan R. Crane*_____
Alan R. Crane

Nicole Testa Mehdipour, Esq. (nicolem@ntmlawfirm.com) – Chapter 7 trustee/Plain Court

Harry Winderman, Esq., (harry4334@hotmail.com) – Attorney for the Debtor\Kristen Zankl

Reporters: omctrep@aol.com

LF-14 (rev. 12/01/21)