**AMENDED FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-12790-EPK | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/8/2022 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 3/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/18/2022 | (8) | Cash (from Debtor's file cabinet) | Funds left in filing cabinet | 1229-000 | $138.00 | | $138.00 |
| 04/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $0.09 | $137.91 |
| 05/26/2022 | (9) | Richard Applegate endorsed cashiers check | as per agreement with R. Applegate to return garnished estate funds. | 1229-000 | $143,386.53 | | $143,524.44 |
| 05/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $44.99 | $143,479.45 |
| 06/22/2022 | (18) | SW Car Wash Corp | Motion for Authority to Deliver Title filed; Order Pending<br><br>note: both checks received at the same time through mail forward | 1221-000 | $347.86 | | $143,827.31 |
| 06/22/2022 | (18) | SW Car Wash Corp | Motion for Authority to Deliver Title filed; Order Pending<br><br>note: both checks received at the same time through mail forward | 1221-000 | $347.86 | | $144,175.17 |
| 06/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $224.38 | $143,950.79 |
| 07/07/2022 | (19) | ADP TAX FILING SERVICE | ADP Refund | 1229-000 | $42.00 | | $143,992.79 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $232.34 | $143,760.45 |
| 07/30/2022 | (5) | DMS. Inc | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>SeaDoo 155 | 1129-000 | $4,600.00 | | $148,360.45 |
| 07/30/2022 | (5) | DMS. Inc | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #2122019 Sea Doo GTX | 1129-000 | $8,200.00 | | $156,560.45 |
| 08/08/2022 | 3001 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo GTX | 3630-000 | | $820.00 | $155,740.45 |
| | | | | **SUBTOTALS** | **$157,062.25** | **$1,321.80** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-12790-EPK | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/8/2022 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 3/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/08/2022 | 3002 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo GTX | 3640-000 | | $475.00 | $155,265.45 |
| 08/08/2022 | 3003 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo Wake | 3630-000 | | $460.00 | $154,805.45 |
| 08/08/2022 | 3004 | Document Management Systems DMS | Sale proceeds Per Order Approving Sale of DMS, ECF #172; Notice of Auction, ECF #177 and Report of Sale, ECF #212<br>2019 Sea Doo Wake | 3640-000 | | $475.00 | $154,330.45 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $250.31 | $154,080.14 |
| 09/15/2022 | 3005 | Document Management Systems DMS | Per Order Granting Motion to Pay Administrative Expenses; ECF #250 | 2990-000 | | $4,865.00 | $149,215.14 |
| 09/15/2022 | 3006 | OneSource Technologies | Per Court Order Granting Motion to Pay Administrative Expense; ECF #251 | 2990-000 | | $1,137.50 | $148,077.64 |
| 09/19/2022 | 3006 | STOP PAYMENT: OneSource Technologies | CHECK REISSUED AS THE CHECK WAS DAMAGED UPON RECEIPT BY ONESOURCE<br><br>Per Court Order Granting Motion to Pay Administrative Expense; ECF #251 | 2990-004 | | ($1,137.50) | $149,215.14 |
| 09/19/2022 | 3007 | OneSource Technologies | CHECK REISSUED AS THE CHECK WAS DAMAGED UPON RECEIPT BY ONESOURCE<br><br>Per Court Order Granting Motion to Pay Administrative Expense; ECF #251 | 2990-000 | | $1,137.50 | $148,077.64 |
| 09/20/2022 | (10) | Florida Blue | | 1229-000 | $1,483.86 | | $149,561.50 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $253.87 | $149,307.63 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $225.39 | $149,082.24 |

|  |  |  |  | SUBTOTALS | $1,483.86 | $8,142.07 | |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-12790-EPK | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/8/2022 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 3/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/15/2022 | (18) | SW CAR WASH CORP | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $149,430.10 |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Turnover to be filed | 1221-000 | $347.86 | | $149,777.96 |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $150,125.82 |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $150,473.68 |
| 11/15/2022 | (18) | SW CAR WASH COR | Motion for Authority to Deliver Title filed; Order Pending | 1221-000 | $347.86 | | $150,821.54 |
| 11/22/2022 | (20) | Automatic Data Processing | Refund of security deposit | 1229-000 | $16,000.00 | | $166,821.54 |
| 11/23/2022 | 3008 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100259250 09/01/2022-09/30/2022 | 3991-000 | | $20,286.04 | $146,535.50 |
| 11/23/2022 | 3009 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100252394 08/01/2022-08/31/2022 | 3991-000 | | $2,229.50 | $144,306.00 |
| 11/23/2022 | 3010 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Retainer | 3991-000 | | $15,000.00 | $129,306.00 |
| 11/29/2022 | (21) | Scott Zankl | Per Court Order dated 11/22/22; ECF #321 | 1229-000 | $3,700.00 | | $133,006.00 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $242.14 | $132,763.86 |
| 12/05/2022 | (3) | DMS, Inc. | Per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #332. | 1129-000 | $75,700.00 | | $208,463.86 |
| 12/05/2022 | (11) | DMS. Inc. | Auctioneer for Trustee per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #335 (2016 American Hauler Silver Hawk) | 1229-000 | $14,000.00 | | $222,463.86 |
| 12/05/2022 | (13) | DMS, Inc. | Per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #334. | 1229-000 | $93,100.00 | | $315,563.86 |

SUBTOTALS    $204,239.30    $37,757.68

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-12790-EPK | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/8/2022 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 3/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/05/2022 | 3011 | Document Management Systems DMS | Auctioneer for Trustee Fees per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #335 (2016 American Hauler Silver Hawk) | 3630-000 | | $1,400.00 | $314,163.86 |
| 12/05/2022 | 3012 | Document Management Systems DMS | Auctioneer for Trustee Expenses per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #335 (2016 American Hauler Silver Hawk) | 3640-000 | | $1,200.00 | $312,963.86 |
| 12/05/2022 | 3013 | Document Management Systems DMS | Auctioneer for Trustee Expenses per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF #334 (2008 Freightliner M2) | 3640-000 | | $1,990.00 | $310,973.86 |
| 12/05/2022 | 3014 | Document Management Systems DMS | Auctioneer for Trustee Fees per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 (2008 Freightliner M2) | 3630-000 | | $9,310.00 | $301,663.86 |
| 12/05/2022 | 3015 | Document Management Systems DMS | Auctioneer for Trustee Expenses per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 (2017 Peterbilt 337) | 3640-000 | | $1,200.00 | $300,463.86 |
| 12/05/2022 | 3016 | Document Management Systems DMS | Auctioneer for Trustee Fees per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 and ROA ECF 332. (2017 Peterbilt 337) | 3630-000 | | $7,570.00 | $292,893.86 |
| 12/09/2022 | 3017 | Ally Financial | Per Order Approving Retention of Auctioneer ECF #259; Notice of Auction ECF #274 Payoff of 2017 Peterbilt | 4110-000 | | $13,468.25 | $279,425.61 |
| 12/16/2022 | (18) | SW Car Wash Corp | Motion for Turnover to be filed received late - receivable | 1221-000 | $347.86 | | $279,773.47 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $483.08 | $279,290.39 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $452.79 | $278,837.60 |
| | | | **SUBTOTALS** | | **$347.86** | **$37,074.12** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5

| Case No. | 22-12790-EPK | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/8/2022 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 3/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/01/2023 | (18) | SW CAR WASH COR | | 1221-000 | $347.86 | | $279,185.46 |
| 02/17/2023 | 3018 | Document Management Systems DMS | Per Order Granting Motion to Pay Administrative Expense for Retrieval and Storage of Vehicles; ECF #366 | 2410-000 | | $3,700.00 | $275,485.46 |
| 02/24/2023 | 3019 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100263120 10/01/2022-10/31/2022 | 3991-000 | | $8,700.71 | $266,784.75 |
| 02/24/2023 | 3020 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100266678 11/01/2022-11/30/2022 | 3991-000 | | $1,199.82 | $265,584.93 |
| 02/24/2023 | 3021 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100271930 12/01/2022-12/31/2022 | 3991-000 | | $568.00 | $265,016.93 |
| 02/24/2023 | 3022 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 Invoice #P0100275216 01/01/2023-01/31/2023 | 3991-000 | | $902.50 | $264,114.43 |
| 02/28/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $405.94 | $263,708.49 |
| 03/03/2023 | (18) | SW Car Wash Corp | Motion for Turnover to be filed | 1221-000 | $347.86 | | $264,056.35 |
| 03/17/2023 | (1) | Western Union Money Order | petty cash/change within books and records | 1229-000 | $19.45 | | $264,075.80 |
| 03/22/2023 | 3023 | KLDiscovery | Per Court Order dated 10/17/2022; ECF #282 2/01/2023-2/28/2023 Invoice #P0100280706 | 3991-000 | | $64.00 | $264,011.80 |
| 03/27/2023 | (18) | SW CAR WASH COR | | 1221-000 | $2,443.94 | | $266,455.74 |
| 03/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $459.18 | $265,996.56 |

| | | | | SUBTOTALS | $3,159.11 | $16,000.15 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 6

| Case No. | 22-12790-EPK | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/8/2022 | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 3/31/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  |  |  | TOTALS: |  | $366,292.38 | $100,295.82 | $265,996.56 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 | |
|  |  |  | Subtotal |  | $366,292.38 | $100,295.82 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | Net |  | $366,292.38 | $100,295.82 | |

**For the period of 4/8/2022 to 3/31/2023**

| | |
|---|---|
| Total Compensable Receipts: | $366,292.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $366,292.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,295.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,295.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/18/2022 to 3/31/2023**

| | |
|---|---|
| Total Compensable Receipts: | $366,292.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $366,292.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $100,295.82 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,295.82 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-12790-EPK | | Trustee Name: | Nicole Testa Mehdipour, Trustee |
|---|---|---|---|---|
| Case Name: | EXCELL AUTO GROUP, INC. | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***4450 | | Checking Acct #: | ******9001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/8/2022 | | Blanket bond (per case limit): | $52,222,000.00 |
| For Period Ending: | 3/31/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $366,292.38 | $100,295.82 | $265,996.56 |

| For the period of 4/8/2022 to 3/31/2023 | | For the entire history of the case between 04/08/2022 to 3/31/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $366,292.38 | Total Compensable Receipts: | $366,292.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $366,292.38 | Total Comp/Non Comp Receipts: | $366,292.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $100,295.82 | Total Compensable Disbursements: | $100,295.82 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $100,295.82 | Total Comp/Non Comp Disbursements: | $100,295.82 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ NICOLE TESTA MEHDIPOUR, TRUSTEE

NICOLE TESTA MEHDIPOUR, TRUSTEE