**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

**In re:**

**Case No. 22-12790-EPK**
**Chapter 7**

**EXCELL AUTO GROUP, INC.,**

**Debtor.**
**_______________________________/**

**CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE EXPENSES TO DOCUMENT MANAGEMENT SOLUTIONS FOR RETRIEVAL AND STORAGE OF AERO TRAILER**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee for the above referenced estate (the "Trustee"), hereby files on an *ex parte* basis, this *Motion to Pay Administrative Expenses to Document Management Solutions for Retrieval and Storage of Vehicle* (the "Motion") and in support thereof states as follows:

1. The Trustee was appointed to administer the above-captioned estate on April 8, 2022 [ECF No. 2].

2. The Trustee required the services of Document Management Solutions, Inc., ("DMS"), located at 4701 SW 51st Street, Davie, Florida 33314, to retrieve, store and secure, among other assets, a trailer, Aero Build LLC Custom Trailer, VIN No. A49UIE15MN143050 (the "Trailer").

3. The Trustee has determined the Trailer is not property of the estate. Pursuant to the Motion Approving Compromise Controversy with Edward Brown filed on April 14, 2023 [ECF No. 378] and the Court's Order Approving the Compromise entered on May 19, 2023 [ECF No. 402], the Trailer was to be turned over to Edward Brown. Mr. Brown has since recovered the Trailer, and the Trustee wishes to remit payment to DMS.

4. The Trustee requests authorization to pay DMS the administrative expense in the amount of $4,450.00. A copy of the supporting invoice for the services rendered is attached hereto as ***Exhibit A***.

WHEREFORE, the Trustee respectfully requests the entry of an Order, in substantially the form attached hereto as ***Exhibit B***, approving the services of DMS, and authorizing payment in connection with the towing, retrieval and storage of the Aero Build LLC Custom Trailer, VIN No. A49UIE15MN143050 as an administrative expense in the amount of $4,450.00.

Respectfully submitted this 20th day of July, 2023.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on June 30, 2023, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties indicated below and on the attached service list.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

***Sent via CM/ECF***

- **Joaquin J Alemany** joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline** ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron** pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee** abarbee@brileyfin.com

- **Eyal Berger**  eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Charles Wade Bowden**  bowdenw@gtlaw.com
- **Jerrell A Breslin**  jb@jsjb.law, eservice@jsjb.law
- **Stephen C Breuer**  stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Melissa A. Campbell**  mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Alan R Crane**  acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Jonathan T Crane**  jcrane@furrcohen.com, staff1@furrcohen.com
- **Winston I Cuenant**  winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**  mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**  celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**  jay@farrowlawfirm.com
- **Michael Foster**  michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**  tharvey@butler.legal
- **Dana L Kaplan**  dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Amanda Klopp**  amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**  phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**  Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Michael D Lessne**  michael@lessne.law
- **Mark A Levy**  mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman**  brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- **James Randolph Liebler**  jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**  ngm@mancuso-law.com
- **David B Marks**  brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**  Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**  bkcmiami@gmail.com
- **Ari Newman**  newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**    JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**    jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**    bk@stewartlegalgroup.com
- **David M Unseth**    dmunseth@bclplaw.com
- **Paul E Wilson**    pwilson@paulwilsonesq.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**    tzeichman@bmulaw.com, G67999@notify.cincompass.com

***Sent via U.S. Mail***

Luxury Lease Company LLC
210 Summit Ave, Suite C4
Montvale, NJ 07645

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

Rilyn A. Carnahan
Greenspoon Marder, LLP
525 Okeechobee Blvd Suite 900
West Palm Beach, FL 33401

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446

# INVOICE

**DMS, INC.**
4701 SW 51 Street
Fort Lauderdalevie, FL 33314

carinaavila4@gmail.com
+1 (954) 821-9499

## Excell Auto Group Inc.

**Bill to**
Excell Auto Group Inc.
C/O Nicole Testa Mehdipour, Trustee
200 E. Broward Boulevard
Suite 1110 Fort Lauderdale
Florida 33301

**Invoice details**
Invoice no.: 2825
Terms: Due on receipt
Invoice date: 07/01/2023
Due date: 07/01/2023

| | Product or service | | Amount |
|---|---|---|---|
| 1. | **Storage**<br>Service date: 07/01/2023<br>2021 Aeri Build LLC: towing $ 250.00 $300 per month, storage fee from April 2022 to june 2023 $ 4200.00 total out of pocket thru June 2023 | 1 unit × $4,450.00 | $4,450.00 |

**Total** **$4,450.00**

**Overdue** 07/01/2023

## Ways to pay

Pay invoice

**EXHIBIT B**
**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

**In re:** **Case No. 22-12790-EPK**
**Chapter 7**

**EXCELL AUTO GROUP, INC.,**

**Debtor.**
_______________________________/

**ORDER GRANTING**
**CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE EXPENSES FOR RETRIEVAL AND STORAGE OF AERO TRAILER**

**THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expenses for Retrieval and Storage of Aero Trailer* (the "Motion") [ECF No. ___]. The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The services provided by Document Management Solutions, Inc., in connection with the towing, retrieval and storage of the Aero Build LLC Custom Trailer, VIN No. A49UIE15MN143050, are approved to be paid as administrative expenses in the amount of $4,450.00.

3. The Trustee is authorized to pay, from the estate, the amount of $4,450.00 to DMS as an administrative expense.

###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*