

**ORDERED in the Southern District of Florida on July 24, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(WEST PALM BEACH DIVISION)
www.flsb.uscourts.gov**

In re:                                             Case No. 22-12790-EPK
                                                   Chapter  7
**EXCELL AUTO GROUP, INC.,**

      **Debtor.**
_____/

**ORDER GRANTING
CHAPTER 7 TRUSTEE'S *EX PARTE* MOTION TO PAY ADMINISTRATIVE
EXPENSES FOR RETRIEVAL AND STORAGE OF AERO TRAILER**

**THIS MATTER** came before the Court upon the *Chapter 7 Trustee's Ex Parte Motion to Pay Administrative Expenses for Retrieval and Storage of Aero Trailer* (the "Motion") [ECF No. 421].  The Court having reviewed and considered the Motion, having been duly advised in the premises, finds good cause to grant the Motion.  Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED**.

2. The services provided by Document Management Solutions, Inc., in connection with the towing, retrieval and storage of the Aero Build LLC Custom Trailer, VIN No. A49UIE15MN143050, are approved to be paid as administrative expenses in the amount of $4,450.00.

3. The Trustee is authorized to pay, from the estate, the amount of $4,450.00 to DMS as an administrative expense.

###

**Submitted by:**
Nicole Testa Mehdipour, Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Ms. Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*