UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

**NOTICE OF WITHDRAWAL OF EX PARTE MOTION
TO SHORTEN TIME TO RESPOND TO INTERROGATORIES
TO HI BAR CAPITAL, LLC AND SPIN CAPITAL, LLC (ECF NO. 423)**

Nicole Testa Mehdipour, Chapter 7 trustee, by and through undersigned counsel, withdraws the *Ex Parte Motion to Shorten Time to Respond to Interrogatories to Hi Bar Capital, LLC and Spin Capital, LLC* [ECF No. 423] (the "Motion"). The Motion was inadvertently filed in the main case instead of adversary proceeding 23-01132-EPK. The Motion was properly filed in the adversary.

Dated: July 24, 2023.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

BY:   /s/ *Jason S. Rigoli*
        Alan R. Crane, Esq.
        Florida Bar No.: 0963836
        E-mail: acrane@furrcohen.com
        Jason S. Rigoli, Esq.
        Florida Bar No.: 91990
        E-mail: jrigoli@furrcohen.com

1