UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL AUTO GROUP, INC.

    Debtor.

Case No. 22-12790-EPK

Chapter 7

## CROSS-NOTICE OF RULE 2004 EXAMINATION OF KRISTEN ZANKL

Creditor, Milco Atwater, LLC, by and through undersigned counsel, gives notice that it shall examine **Kristen Zankl**, an authorized representative of Debtor, Excell Auto Group, Inc., under oath on July 28, 2023 at 9:30 a.m., at the offices of Furr and Cohen P.A., 2255 Glades Road, Suite 419A, Boca Raton, FL 33483. The examination may continue from day to day until completed.

Dated: July 25, 2023

Respectfully submitted,

By: /s/ *Amanda Klopp*
Eyal Berger, Esq.
Florida Bar No. 11069
eyal.berger@akerman.com
D. Brett Marks, Esq.
Florida Bar Number: 099635
Email: brett.marks@akerman.com
Amanda Klopp, Esq.
Florida Bar No. 124156
amanda.klopp@akerman.com
**AKERMAN LLP**
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 463-2700
Fax: (954) 463-2224
*Counsel for Milco Atwater, LLC*

71787680;1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

By: */s/ Amanda Klopp*
Amanda Klopp, Esq.