UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

EXCELL AUTO GROUP, INC.,                  Case No.: 22-12790-EPK

      Debtor.                                       Chapter 7
_____/

## CROSS NOTICE OF RULE 2004 EXAMINATION OF SCOTT ZANKL

Franklin Capital Funding, LLC ("Franklin"), by and through its undersigned counsel, hereby gives notice that it shall examine Scott Zankl, an authorized representative of the Debtor, Excell Auto Group, Inc., under oath on July 27, 2023 at 9:30am, at the offices of Furr and Cohen, P.A., 2255 Glades Road, Suite 419A, Boca Raton, FL 33483.  The examination may continue from day to day until completed.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on July 25, 2023.

                                        Respectfully Submitted,

                                        **SHRAIBERG PAGE, P.A.**
                                        Counsel for Franklin
                                        2385 NW Executive Center Drive, #300
                                        Boca Raton, Florida 33431
                                        Telephone: 561-443-0800
                                        Facsimile: 561-998-0047
                                        Email: bss@slp.law

                              By:    /s/ *Bradley S. Shraiberg*
                                                Bradley S. Shraiberg
                                                Florida Bar No. 121622
                                                Patrick Dorsey
                                                Florida Bar No. 85841

{2425/000/00564480}