UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM DIVISION

In re:

EXCELL AUTO GROUP, INC.,

Case No. 22-12790-EPK
Chapter 7

    Debtor.
_____/

## CROSS-NOTICE OF RULE 2004 EXAMINATION OF KRISTEN ZANKL

COMES NOW, Interested Party, Michael Halperin, by and through undersigned counsel, and hereby gives this Cross-Notice of the taking of the deposition of Kristen Zankl, as an authorized representative of the Debtor, Excell Auto Group, Inc., beginning at 9:30 a.m. on July 28, 2023 at 2255 Glades Road, Suite 419A, Boca Raton, Florida 33431, and as otherwise indicated in the *Trustee's Agreed Notice of Taking Deposition Duces Tecum of Debtor* pursuant to Federal Rule of Bankruptcy Procedure 2004.  ECF No. 418.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Respectfully submitted,

**LANDAU LAW, PLLC**
Counsel for Michael Halperin
3010 N. Military Trail, Suite 318
Boca Raton FL 33431
Telephone: 561-443-0802
Email:  phil@landau.law

By: */s/ Philip Landau*
    Philip Landau
    Florida Bar No. 0504017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the court's CM/ECF system to all parties registered to receive such notice on the 26th day of July 2023.

By: /s/ *Philip Landau*
Philip Landau