UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

EXCELL AUTO GROUP, INC.

                Debtor.

Case No.: 22-12790-EPK
Chapter 7

_____/

NICOLE TESTA MEHDIPOUR,
as Chapter 7 Trustee for Excell Auto Group, Inc.

        Plaintiff,

Adv. Pro. No. 22-_____-EPK

v.

HI BAR CAPITAL, LLC, a New York limited liability
company, SPIN CAPITAL LLC a/k/a Spin Capital,
a New Jersey limited liability company,
SPFL, an unknown entity, YISROEL HERBST, an individual,
MORDI HERBST, an individual, and
JOSHUA LUBIN, an individual

        Defendant(s).

_____/

**NOTICE OF FILING PROPOSED ORDER ADMITTING**
**ATTORNEY PRO HAC VICE**

      PLEASE TAKE NOTICE that Defendants, SPIN CAPITAL LLC, and JOSHUA LUBIN, by and through the undersigned counsel, hereby file their Proposed Order Admitting Attorney Pro Hac Vice.

                                                     Respectfully Submitted,

                                                     By: */s/ Bernard L. Egozi*_____
                                                     EGOZI & BENNETT, P.A.
                                                     2999 NE 191st Street, Suite 407
                                                     Aventura, Florida 33180
                                                     Telephone: (305) 931-3000
                                                     Facsimile: (305) 931-9343

                                                Bernard L. Egozi
                                                Florida Bar No. 152544
                                                begozi@egozilaw.com