## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

**In re:**

**EXCELL AUTO GROUP, INC.,**                              **Case No. 22-12790-EPK**
                                                          **Chapter 7**

    **Debtor.**
_____/

## NOTICE OF RULE 2004 EXAMINATION
## DUCES TECUM OF SCOTT ZANKL[1]

COMES NOW, Interested Party, Michael Halperin, by and through undersigned counsel, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedures and Local Rule 2004-1, hereby gives notice that he shall examine **Scott Zankl, as an authorized representative of the Debtor, Excell Auto Group, Inc.**, ("Deponent") under oath on **August 22, 2023 at 9:00 a.m.,** at the law offices of Landau Law, PLLC, 3010 N. Military Trail, Suite 318, Boca Raton, Florida 33431.

The examination may continue from day to day until completed. If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the examination.

---

[1] Scott Thomas Zankl has accepted service of his *Subpoena for Rule 2004 Examination Duces Tecum* (ECF 438) and the parties have agreed to commence the examination on August 22, 2023 at 9:00 a.m. at the location identified in this Notice.

## <u>ATTORNEY CERTIFICATION</u>

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties registered to receive notice and to the parties listed below in the manner indicated on the 3rd day of August 2023.

Respectfully submitted,

**LANDAU LAW, PLLC**
Counsel for Michael Halperin
3010 N. Military Trail, Suite 318
Boca Raton, Florida 33431
Telephone: 561-443-0802
Email: phil@landau.law

By: _/s/  Philip Landau_
        Florida Bar. No. 0504017