# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.,                         Case No. 22-12790-EPK

    Debtor.                                              Chapter 7

_____/

## NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

Kenneth J. Goodman ("Goodman") as Trustee of the DCG 2008 Irrevocable Wealth Trust (the "DCG Trust"), by and through undersigned counsel, gives notice that it will examine **Scott Thomas Zankl**, under oath on **August 22, 2023 at 9:00 a.m.** at the offices of **Landau Law, PLLC, 3010 N. Military Trail, Ste. 318, Boca Raton, FL 33431.** The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time and date.

The examination is being conducted pursuant to Rule 2004, *Federal Rules of Bankruptcy Procedure*, and Local Rule 2004-1, *Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Florida*, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

All interest parties that plan on attending the examination should contact the undersigned counsel's office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.

Dated: August 3, 2023              Respectfully submitted,

                                                         NASON, YEAGER, GERSON, HARRIS
                                                         & FUMERO, P.A.
                                                         750 Park of Commerce Blvd Suite 210,
                                                         Boca Raton, FL 33487
                                                         Telephone:    (561) 982-7114
                                                         Facsimile:    (561) 982-7116
                                                         Email:  ireich@nasonyeager.com
                                                         *Attorneys for Goodman as Trustee of DCG*

                                                    BY:   /s/ *Ivan J. Reich*
                                                             IVAN J. REICH
                                                             FBN:  778011