UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

                                                                Chapter 7 Case

            Debtor.

_____/

**SUMMARY OF FIRST INTERIM APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF
EXPENSES TO YOUNG FOSTER PLLC AS SPECIAL CONFLICT
LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR
THE PERIOD FROM AUGUST 1, 2022, THROUGH MAY 31, 2023**

| | | |
|---|---|---|
| 1. | Name of Applicant: | Young Foster PLLC |
| 2. | Role of Applicant: | Special Conflict Litigation Counsel for Nicole Testa Mehdipour, Chapter 7 Trustee |
| 3. | Name of Certifying Professional: | Michael C. Foster, Esq. |
| 4. | Date case filed: | April 8, 2022 |
| 5. | Date of Order Approving Employment: | August 19, 2022 (ECF No. 228) |

**IF INTERIM APPLICATION, COMPLETE 6, 7, AND 8 BELOW**

| | | |
|---|---|---|
| 6. | Period of this Application: | August 1, 2022 – May 31, 2023. |
| 7. | Amount of Compensation Sought Current: | $148,335.00 |
| 8. | Amount of Expense Reimbursement Sought: | $1,475.02 |

**IF FINAL APPLICATION, COMPLETE 9-15 BELOW:**

9.  Total Amount of Compensation sought
    during the case:                          Not Applicable.

10. Total Amount of Expense
    Reimbursement sought during the case:     Not Applicable.

11. Amount of Original Retainer(s). Please
    disclose both Fee Retainer and Cost
    Retainer, if such Retainer has been
    received:                                 Not Applicable.

12. Current Balance of Retainer(s)            Not Applicable.
    remaining:

13. Last interim report filed (Month/Year     May 1, 2023, ECF No. 385
    and ECF No.):

14. If case is Chapter 11, current funds in   Not Applicable.
    the Chapter 11 estate:

15. If case is Chapter 7, current funds held
    by Chapter 7 Trustee:                     $852,363.49.

  Dated: August 4, 2023.                 Respectfully submitted,

                                         **YOUNG FOSTER PLLC**
                                         *Special Conflict Litigation Counsel*
                                         *for the Chapter 7 Trustee*
                                         1600 South Federal Highway, Suite 570
                                         Pompano Beach, Florida 33062
                                         Telephone:    (954) 866-3570
                                         Facsimile:    (954) 866-3571

                                         By:    /s/ *Michael C. Foster*
                                                Michael C. Foster, Esq.
                                                Florida Bar No. 0042765
                                                michael@youngfoster.com
                                                admin@youngfoster.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

                                                                Chapter 7 Case

          Debtor.

_____/

**FIRST INTERIM APPLICATION FOR ALLOWANCE AND PAYMENT
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO
YOUNG FOSTER PLLC AS SPECIAL CONFLICT LITIGATION
COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD
FROM AUGUST 1, 2022, THROUGH MAY 31, 2023**

Michael C. Foster, Esq. on behalf of Young Foster PLLC ("Applicant"), as special conflict litigation counsel to Nicole Testa Mehdipour, Chapter 7 Trustee (the "Chapter 7 Trustee") for the estate of Excell Auto Group, Inc. (the "Debtor"), files its *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to Young Foster PLLC as Special Conflict Litigation Counsel for the Chapter 7 Trustee, for the Period from August 1, 2022, through May 31, 2023* (the "Application"), pursuant to 11 U.S.C. §§ 330 and 331, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Local Rule 2016-1 of the United States Bankruptcy Court for the Southern District of Florida, and the *Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases* ("Fee Guidelines"). In support of this Application, the Applicant states:

**JURISDICTION, VENUE, AND PREDICATES FOR RELIEF**

1.     The Court has jurisdiction over this Bankruptcy Case and Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b).

2.     Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.     The predicates for relief requested in the Application are 11 U.S.C. §§ 330 and 331

of the Bankruptcy Code, Bankruptcy Rule 2016, Local Rule 2016-1, and the Fee Guidelines.

## PRELIMINARY STATEMENT

4.      Applicant requests an interim award in the total amount of $149,810.02, which amount consists of $148,335.00 in legal fees and reimbursement of actual and necessary expenses in the amount of and $1,475.02 for services rendered during the period of August 1, 2022, through and including May 31, 2023.

5.      This request is the Applicant's first interim application to the Court for allowance and payment of compensation and reimbursement of expenses rendered as counsel to the Chapter 7 Trustee. As of August 2, 2023, estate funds are $852,363.49. No understanding exists between the Applicant and any other person for the sharing of compensation sought by this Application, except among the members and regular associates of Applicant.

## BACKGROUND

6.      On April 8, 2022, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, thereby initiating this bankruptcy case (the "Bankruptcy Case"). Ms. Mehdipour was thereafter appointed as Chapter 7 Trustee.

7.      Applicant was then engaged to provide services needed to assist the Chapter 7 Trustee with due diligence, investigation, analysis, and to the extent appropriate, pursuit of any and all potential claims and causes of action, including, but not limited to, potential Chapter 5 actions, avoidance actions, and/or actions for turnover of property of the estate against Kenneth J. Goodman, The DCG 2008 Irrevocable Wealth Trust, and related parties (collectively the "Litigation Claims"). The Applicant's assistance is and was necessary in connection with the Litigation Claims where the law firm of Furr and Cohen, P.A. has previously disclosed a conflict with the evaluation of such claims.

4

## APPLICATION

8.      As reflected by the detail that follows, Applicant has devoted substantial time and resources to the representation of the Chapter 7 Trustee. Applicant seeks compensation only for services rendered and expenses incurred in connection with the performance of duties prescribed by the Bankruptcy Code or pursuant to Orders of this Court and relating only to this bankruptcy case and the related matters for which Applicant has been engaged. None of the services or expenses set forth herein were rendered or incurred in connection with any other matter.

9.      In accordance with the Fee Guidelines, the following exhibits are attached to this Application:

**Exhibit 1**:    Fee Application Summary Chart.

**Exhibit 2-A**:    Summary of Professional and Paraprofessional Time Total per Individual for the Application Period;

**Exhibit 2-B**:    Summary of Professional and Paraprofessional Time by Activity Category for the Application Period;

**Exhibit 3**:    Summary of Requested Reimbursement of Expenses for the Application Period; and

**Exhibit 4**:    Time Records for Application Period, which represent Applicant's complete time records, in chronological order, by activity category, for the time period covered by this Application, and a detailed schedule listing of the expenses and disbursements for which the Applicant seeks reimbursement.

10.      Applicant submits that this Application complies with the applicable provision of the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Rules, and Fee Guidelines.

## DESCRIPTION OF SERVICES RENDERED

11.      **Asset Analysis and Recovery.** Applicant seeks compensation of $13,200.00 (discounted from $13,145.00), representing 24.3 hours for the period of August 1, 2022 through May 31, 2023 (the "Application Period"). This category includes time incurred by undersigned

counsel in reviewing potential litigation targets, legal theories of recovery against litigation targets, and the factual and legal predicates necessary to prevail on the Chapter 7 Trustee's claims.

12.    **Case Administration.** Applicant seeks compensation of $0.00, for the Application Period; such time has been written off. This category includes time incurred by undersigned counsel in reviewing pleadings reflecting records retention and the disposition of assets.

13.    **Fees/Employment Application.** Applicant seeks compensation of $330.00, representing .60 hours, for the Application Period. This category includes time expended in revising, the Applicant's employment application and order, and is discounted by 1.60 hours of the original time billed.

14.    **Litigation.** Applicant seeks compensation of $134,860.00, representing 246.50 hours, for the Application Period.  This category includes services relating to legal analysis, advice, and opinions regarding litigation-related issues. These issues have included, but are not limited to, devising litigation strategy for the prosecution of avoidance claims to recover assets for distribution to creditors, the analysis of various legal theories for recovery against litigation targets, drafting pleadings in ongoing adversary and state court litigation, the analysis of the Debtor's financial documents and correspondence regarding and with litigation targets, reviewing voluminous document production, assisting in the preparation of the Chapter 7 Trustee for testimony, and preparing for and attending 2004 examinations.

15.    **Settlement and Compromise.** Applicant seeks compensation of $0.00 representing for the Application Period; such time has been written off. This category includes services relating to settlement including, time and attention to settlements with respect to various avoidance claims and claims litigation pursued by the Chapter 7 Trustee.

16.    **Expenses.** During the Application Period, Applicant incurred and disbursed actual

and necessary costs and expenses related to this case in the amount of $1,475.02**.** The expenses incurred include, among other things, court reporter fees, postage, and copying costs.  A detailed description of the necessary costs and expenses incurred by Applicant is attached hereto as **Exhibit "4."**

## FACTORS TO BE CONSIDERED

17.    **Applicable Legal Standard.**    Applicant believes that the requested fee of $148,335.00, for 273.90 hours worked is reasonable, necessary, and substantially beneficial to the estate within the meaning of 11 U.S.C. § 330(a) and the criteria set forth in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), and *In re First Colonial Corp.*, 544 F.2d 1291 (5th Cir. 1977).

18.    *American Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.)*, 544 F.2d1291 (5th Cir.), *cert. denied*, 431 U.S. 904 (1977), enumerates twelve factors a bankruptcy court should evaluate in awarding fees.  These  factors,  are as follows:

(a)  Time and labor required;

(b)  Novelty and difficulty of the questions presented;

(c)  Skill required to perform the legal services properly;

(d)  The preclusion from other employment by the attorney due to acceptance of the case;

(e)  The customary fee for similar work in the community;

(f)  Whether the fee is fixed or contingent;

(g)  The time limitations imposed by the client or circumstances;

(h)  The amount involved and results obtained;

(i)  The experience, reputation, and ability of the attorneys;

(j)  The undesirability of the case;

(k)  The nature and length of the professional relationship with the client; and

(l)  Awards in similar cases.

19.    **Time and Labor Required.**  The time records of services rendered, attached hereto as **Exhibit "4,"** show that the Applicant has devoted 273.90 hours of professional time in the representation of the Chapter 7 Trustee. The services rendered were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.

20.    **Novelty and Difficulty of Questions Presented.**  The issues that have arisen in this case during the period encompassed by this Application demanded a high level of skill and perseverance of Applicant. Applicant spent time analyzing potential recovery of assets, resolving pending and potential avoidance litigation and state court litigation, analyzing complex legal and factual issues supporting litigation claims, and in developing legal theories for discovery.

21.    **Skill Requisite to Perform Services Properly.**  In rendering services to the Chapter 7 Trustee, Applicant demonstrated legal skill and expertise in, among other areas, bankruptcy, commercial litigation, and negotiation.

22.    **Preclusion of Other Employment.**  Applicant is aware of no other employment from which it was precluded as a result of accepting this case.  It is important to note, however, that Applicant did commit a significant amount of time and labor which otherwise would have been dedicated to other ongoing bankruptcy and non-bankruptcy matters for which, in most instances, monthly billing statements would have been paid on a timely basis.

23.    **Customary Fee.**  The rate charged by the participating attorney as set forth in

8

Exhibit "2" is well within the range charged by such professionals of similar skill and reputation in the area of bankruptcy law.  Applicant submits that the billable rate of **$550.00** per hour ($an effective rate of $541.00 when considering time written off) for the professional working in this case compares favorably with rates customarily charged for similar cases; indeed, it is at or below the hourly rates customarily charged in this jurisdiction for like services.

24.     **Whether Fee is Fixed or Contingent.**  Applicant's compensation in this matter is subject to approval of the Court and the recovery of assets and, therefore, contingent.  The Court should consider this factor, which militates in favor of a fee in the amount requested.  The amount requested is similar to the fee which Applicant would charge its clients in other non-contingent, bankruptcy and commercial cases.

25.     **Time Limitations Imposed by Client.** The immediate nature of this case and related matters, have required Applicant to devote a substantial amount of time to handling matters.  Young Foster PLLC attorneys have continued to work diligently and cooperatively for the benefit of all stakeholders.

26.     **Experience, Reputation and Ability of Attorneys.**  Applicant is a law firm having substantial experience in the areas of bankruptcy law and creditor rights, corporate law, commercial law, commercial litigation, and insurance; this experience was required of counsel for the Chapter 7 Trustee.  The experience, reputation, and ability of the attorneys of record in these cases are known to this Court.

27.     **"Undesirability" of Case.**  Applicant does not find it undesirable to represent the Chapter 7 Trustee based upon the understanding that reasonable compensation will be awarded for fees and expenses incurred during the course of the representation.

28.     **Nature and Length of Professional Relationship with Client.**  This Application

has presented the nature and extent of the professional services Applicant has rendered in connection with its representation of the Chapter 7 Trustee for which Applicant seeks compensation.  The recitals set forth in the daily diaries attached hereto constitute only a summary of the time spent. A mere reading of the time summary annexed hereto alone cannot completely reflect the full range of services Applicant rendered and the complexity of the issues and the pressures of time and performance which have been placed on Applicant in connection with this case.

29.     **Awards in Similar Cases.**  Based on the standards set forth in Section 330 of the Bankruptcy Code and *First Colonial,* Applicant believes that the amounts requested herein represent the fair and reasonable value of its services rendered.

30.     No agreement or understanding exists between Applicant and any other person for the sharing of compensation received or to be received for services rendered on behalf of the Chapter 7 Trustee in connection with these cases except as permitted under 11 U.S.C. § 504.

**WHEREFORE,** Applicant respectfully requests the Court to enter an Order Granting the Application for the Application Period, as follows:

(a)     Approving, on an interim basis, 80% of the attorneys' fees sought by the Applicant and 100% of the costs, in the amount of $118,668.00 for fees and $1,475.02 for costs (the "Interim Award");

(b)     Directing the Chapter 7 Trustee to make an initial payment in respect of the Interim Award on a *pro rata* basis with such compensation and reimbursement of costs as is awarded to the Chapter 7 Trustee's other professionals, so long as the aggregate of such payments does not exceed 50% of the funds held by the Chapter 7 Trustee;

(c)    Authorizing the Chapter 7 Trustee to make further payments to the Applicant in respect of the Interim Award on a *pro rata* basis with such compensation and reimbursement of costs as is awarded to the Chapter 7 Trustee's other professionals without further order of this Court, so long as the aggregate of such payments does not exceed 50% of the funds then held by the Chapter 7 Trustee, up to the full amount of the Interim Award; and

(d)    Granting such further relief as the Court deems just and proper.

Dated: August 4, 2023.                  Respectfully submitted,

**YOUNG FOSTER PLLC**
*Special Conflict Litigation Counsel for the*
*Chapter 7 Trustee*
1600 South Federal Highway, Suite 570
Pompano Beach, Florida 33062
Telephone:    (954) 866-3570
Facsimile:     (954) 866-3571

By:    /s/ *Michael C. Foster, Esq.*
          Michael C. Foster, Esq.
          Florida Bar No. 0042765
          michael@youngfoster.com
          admin@youngfoster.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 4, 2023, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all remaining parties on the attached mailing service list.

/s/ *Michael C. Foster*
Michael C. Foster

## SERVICE LIST

**Sent via CM/ECF**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com,
  sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**    john@segaul.com,
  court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **James B Sowka**    jsowka@seyfarth.com,
  ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**    pwilson@paulwilsonesq.com
- **Harry Winderman**    harry4334@hotmail.com,
  lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**    tzeichman@bmulaw.com, G67999@notify.cincompass.com

**Sent via First Class U.S. Mail:**

**Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446

**See attached mailing matrix.**

Label Matrix for local noticing
113C-9
Case 22-12790-EPK
Southern District of Florida
West Palm Beach
Tue Aug 16 15:10:54 EDT 2022

1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL INVESTMENTS, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Chapford Specialty Finance LLC
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 South Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

Columbus Day Finance, LLC
c/o Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487-3611

Daimler Trust
c/o Paul Wilson
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322-5235

EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487-2830

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
MIami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530-3327

Karma Automotive, LLC
c/o James B. Sowka
233 South Wacker Drive,, IL 60606

Karma of Broward, Inc.
c/o Weiss Handler & Cornwell, PA
2255 Glades Road
Suite 205E
Boca Raton, FL 33431-7391

MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467-7746

Mercedes Benz Financial Services USA, LLC.
14372 Heritage Parkway
Fort Worth, TX 76177-3300

Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
HOLLAND & KNIGHT LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL   33130-1808

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

1001 Clint Moore, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
Frederik Middleton
1361 SW 21st St
Boca Raton, FL 33486-6646

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Auto Wholesale of Boca, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Chad Zakin
c/o Mark A. Levy, Esq.
Brinkley Morgan
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394-0002

Chapford Specialty Finance LLC
c/o James C. Moon, Esquire
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

David Amsel
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL   33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David Softness, Esq.
201 S. Biscayne Blvd.
Suite 2740
Miami, FL  33131
david@softnesslaw.com  33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-5051

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

The Gori Family  Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

Timothy Olesijuk
c/o John D. Segaul, Esq.
300 S. Pine Island Rd #304
Plantation FL 33324-2621

United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Aaron Parkinson
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Alan Barbee
1400 Centerpark Blvd Suite 860
Suite 860
West Palm Beach, FL 33401-7421

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Frederick Hall
Cuenant & Pennington P.A.
c/o Winston Cuenant
101 NE 3rd Avenue
Suite #1500
Fort Lauderdale, FL 33301-1181

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

(d)Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(u)Johnie Floyd Weems, III

```
End of Label Matrix
Mailable recipients   124
Bypassed recipients     9
Total                 133
```

**FEE APPLICATION SUMMARY CHART**

**Young Foster PLLC**

| | | REQUEST | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF No. | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF No. | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| N/A | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | | | | | | | | | | |

**Summary of Professional and Paraprofessional Time**
**Total Per Individual for the Period of August 1, 2022 through May 31, 2023**
**Young Foster PLLC**
**First Interim Application for Allowance and Payment**
**of Compensation and Reimbursement of Expenses**

| Name of Professional | Years Admitted / Years Experience | Hourly Billing Rate | Amount of Hours | Amount of Fees |
|---|---|---|---|---|
| **Partners:** | | | | |
| Michael C. Foster | 2/17/1995 | $ 550.00 | 273.9 $ | 150,645.00 |
| | | | **273.9 $** | **148,335.00** |
| **Associates:** | | | | |
| | | | **0 $** | **-** |
| **Paraprofessionals:** | | | | |
| | | | **0 $** | **-** |

| | | |
|---|---|---|
| **Total Amount of Hours:** | | **273.9** |
| **Total Amount of Fees:** | | **$148,335.00** |
| **Blended Hourly Rate:** | **$** | **541.00** |

**Summary of Professional and Paraprofessional Time**
**by Activity Code Category For Period of August 1, 2022-May 31, 2023**
**Young Foster PLLC**
**First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses**

| | | | | |
|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | |
| **Name** | **Rate** | **Hours** | | **Fees** |
| **Partners:** | | | | |
| Michael C. Foster | $ 550.00 | 24.3 | $ | 13,145.00 |
| **Associates:** | | | | |
| **Paralegals:** | | | | |
| **Activity Subtotal:** | | **24.3** | **$** | **13,145.00** |
| **Case Administration** | | | | |
| **Name** | **Rate** | **Hours** | | **Fees** |
| **Partners:** | | | | |
| Michael C. Foster | $ 550.00 | 0.3 | $ | - |
| **Associates:** | | | | |
| **Paralegals:** | | | | |
| **Activity Subtotal:** | | **0.3** | **$** | **-** |
| **Fee/Employment Application** | | | | |
| **Name** | **Rate** | **Hours** | | **Fees** |
| **Partners:** | | | | |
| Michael C. Foster | $ 550.00 | 2.2 | $ | 330.00 |
| **Paralegals:** | | | | |
| **Activity Subtotal:** | | **2.2** | **$** | **330.00** |

**Litigation**

| | **Name** | **Rate** | **Hours** | | **Fees** |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| | Michael C. Foster | $ 550.00 | 246.5 | $ | 134,860.00 |
| **Associates:** | | | | | |
| **Paralegals:** | | | | | |
| | **Activity Subtotal:** | | **246.5** | **$** | **134,860.00** |

**Settlement/Non-Binding ADR**

| | **Name** | **Rate** | **Hours** | | **Fees** |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| | Michael C. Foster | $ 550.00 | 0.6 | $ | - |
| **Associates:** | | | | | |
| **Paralegals:** | | | | | |
| | **Activity Subtotal:** | | **0.6** | **$** | **-** |

**Litigation**

| | **Total All Activities** | | **273.9** | **$** | **148,335.00** |
|---|---|---|---|---|---|

**Summary of Requested Reimbursement of Expenses**
**For Period of August 1, 2022-May 31, 2023**
**Young Foster PLLC**
**First Interim Application for Compensation and Reimbursement of Expenses**

| | | |
|---|---|---:|
| Filing Fees | $ | - |
| CourtCall | $ | - |
| Process Service Fees | $ | - |
| Witness Fees | $ | - |
| Court Reporter Fees and Transcriptions | $ | 776.48 |
| Lien and Title Searches | $ | - |
| Photocopies | $ | - |
|     In-House  (---- @ $.15/page) | $ | - |
|     Outside  Copies (2,232 @ $.15/page) | $ | 334.80 |
|     Outside Copies (565 @ $.44/page) | | 249.68 |
| Postage | $ | 114.06 |
| Overnight Delivery Charges | $ | - |
| Outside Courier/Messenger Services | $ | - |
| Long Distance Telephone Charges | $ | - |
| Long Distance Fax T (0 @ $1.00/page) | $ | - |
| Computerized Research | $ | - |
| Out-of-Southern-District-of-Florida Travel | | |
|     Transportation | $ | - |
|     Lodging | $ | - |
|     Parking | $ | - |
|     Meals | $ | - |
| **Total Expenses Reimbursement Requested:** | **$** | **1,475.02** |

Detail of Professional and Paraprofessional Time - August 1, 2022 through May 31, 2023
Young Foster PLLC
First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses

| Date | TKPR Name | Activity | Rate | Hours | Actual | Billed | Billable | Narrative |
|------|-----------|----------|------|-------|--------|--------|----------|-----------|
| **Asset Analysis and Recovery** | | | | | | | | |
| 8/2/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Review petition and related filings. |
| 8/2/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Review pertinent pleadings in Goodman adv. Zankl. |
| 8/9/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 1 | $ 550.00 | $ 550.00 | Yes | Review potential usury claims. |
| 8/16/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Review material pleadings (continued) in state court litigation. |
| 8/18/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Initial strategy call with Ms. Mehdipour. |
| 8/18/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Review raw transfer analysis and related memorandum. |
| 8/18/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Continued review of state court pleadings. |
| 8/20/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Complete review of state court pleadings involving to Goodman, et al. |
| 8/22/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Continued analysis of avoidance claims. |
| 8/22/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Begin review of Zankl's 6/6/2022 2004 examination. |
| 8/24/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Review DCG proofs of claim/loan documents in preparation for call with counsel for the Zankls. |
| 8/24/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 1.3 | $ 715.00 | $ 715.00 | Yes | Continued review of 2004 transcripts. |
| 8/30/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Various correspondence with Debtor's counsel re: production electronic records and meeting re: avoidance claims. |
| 8/30/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Review of DCG loan documents (begin). |
| 9/1/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Strategy call with Mr. Mehdipour. |
| 9/13/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review Zankl transcripts (continued). |
| 9/19/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Review decisional law re: usury (continued). |
| 10/10/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Review/analyze state court motion for summary judgment on usury claims (begin). |
| 10/11/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 1.7 | $ 935.00 | $ 935.00 | Yes | Review/analyze state court motion for summary judgment on usury claims (continued). |
| 10/12/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 1.5 | $ 825.00 | $ 825.00 | Yes | Continued research on usury issues. |
| 10/19/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 1.1 | $ 605.00 | $ 605.00 | Yes | Continued review and analysis of materials submitted in support of summary judgment on usury issues. |
| 10/27/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Begin review of documents in Nebula database in support of DCG claims. |
| 10/28/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review/analyze DCG Trust distribution schedule. |
| 10/31/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Meeting with Alan Barbee and Jonathan Eargle re: Goodman analysis. |
| 10/31/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 2.2 | $ 1,210.00 | $ 1,210.00 | Yes | Continued review of usury decisional law. |
| 10/31/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Strategy call with Mr. Crane re: Parkinson deposition. |
| 11/2/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 1.4 | $ 770.00 | $ 770.00 | Yes | Continued analysis of loan documents. |
| 11/4/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Confer with Ivan Reich re: usury issues. |
| 11/6/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Analysis of DCG loan documents (continued). |
| 11/23/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.2 | $ 110.00 | $   - | No | Review order on turnover motion. |
| 11/30/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Call with Mr. Reich re: resolution of usury issues in state court. |
| 12/5/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.1 | $ 55.00 | $   - | No | Review Auctioneer's Report and related notice of filing. |
| 12/5/2022 | M. Foster | Asset Anal. & Recovery | $550.00 | 0.1 | $ 55.00 | $   - | No | Review auctioneer's report re: Freightliner. |
| **Total for Asset Analysis and Recovery** | | | | 24.3 | $ 13,365.00 | $ 13,145.00 | | |
| | | | | | | | | |
| **Case Administration** | | | | | | | | |
| 9/13/2022 | M. Foster | Case Administration | $550.00 | 0.1 | $ 55.00 | $   - | No | Review motion to pay KL Discovery administrative expense. |
| 9/20/2022 | M. Foster | Case Administration | $550.00 | 0.1 | $ 55.00 | $   - | No | Review order approving application to retain DMS. |
| 10/17/2022 | M. Foster | Case Administration | $550.00 | 0.1 | $ 55.00 | $   - | No | Review Ally notice of consent to auction sale. |
| **Total for Case Administration** | | | | 0.3 | $ 165.00 | $   - | | |
| | | | | | | | | |
| **Fee & Employment Applications** | | | | | | | | |
| 8/15/2022 | M. Foster | Fee/Employment App. | $550.00 | 1.6 | $ 880.00 | $   - | No | Prepare employment application and related filings. |
| 8/16/2022 | M. Foster | Fee/Employment App. | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Review and revise application to employ and proposed order on same. |
| 8/18/2022 | M. Foster | Fee/Employment App. | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review and revise order approving application to employ. |
| **Total for Fee & Employment Applications** | | | | 2.2 | $ 1,210.00 | $ 330.00 | | |
| | | | | | | | | |
| **Litigation** | | | | | | | | |
| 8/2/2022 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Review ownership and public records for potential targets. |
| 8/8/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare draft e-mail to Mr. Winderman re: DCG claims. |
| 8/15/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Telephone call with Ivan Reich re: engagement as counsel and status of state court litigation involving DCG. |
| 8/18/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Confer with counsel for DCG re: document request. |
| 8/19/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review order granting application to employ. |
| 8/20/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review/analyze document request from DCG and provide comments to Ms. Mehdipour. |
| 8/22/2022 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Strategy call with Trustee Mehdipour and Trustee's general counsel. |
| 8/22/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare for strategy call with Trustee and Trustee's general counsel. |
| 8/23/2022 | M. Foster | Litigation | $550.00 | 1.5 | $ 825.00 | $ 825.00 | Yes | Review usury statutes re: claims against Mr. Goodman. |
| 8/24/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review response to turnover motion. |
| 8/24/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Strategy call with Mr. Crane. |
| 8/24/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Call with Mr. Winderman re: Zankl litigation adverse to Goodman. |
| 8/24/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Strategy call with Ms. Mehdipour and Mr. Crane. |
| 8/26/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Review  motion to modify stay. |
| 9/2/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review notice of hearing on motion for turnover and attention to case management deadlines. |
| 9/6/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review Brown subpoena. |
| 9/7/2022 | M. Foster | Litigation | $550.00 | 1 | $ 550.00 | $ 550.00 | Yes | Usury analysis (continued). |
| 9/13/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $   - | No | Review motion re: KL Discovery and related notice of hearing. |
| 9/13/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $   - | No | Review motion to pay administrative expense (DMS). |
| 9/13/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review response to motion for stay relief. |
| 9/13/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review materials in preparation for stay relief motion. |
| 9/14/2022 | M. Foster | Litigation | $550.00 | 1.2 | $ 660.00 | $ 660.00 | Yes | Attend hearing on stay relief motion. |
| 9/15/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $   - | No | Review orders granting motions to pay administrative expense. |
| 9/16/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $   - | No | Review application to employ DMS. |
| 9/16/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review order/notice of hearing on stay relief motion. |
| 9/17/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review notice of intent/subpoena from Brown. |
| 9/17/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $   - | No | Review Middleton deposition notice/subpoena and attention to case management deadlines. |
| 9/22/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Review supplemental memoranda re: stay relief/alter ego in connection with stay relief motion. |
| 9/23/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review Rich Road notice of appearance and subpoena. |
| 9/26/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $   - | No | Review Ally notice of filing. |
| 9/28/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review order denying motion to amend automatic stay, |

| Date | Name | Category | Rate | Hours | | Amount | | Billed | Description |
|---|---|---|---|---|---|---|---|---|---|
| 9/28/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review Green Bucket and Sinteag subpoenas/notices of intent to serve. |
| 9/29/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review notice/amended notice and subpoena to Austin Business, and attention to case management deadlints. |
| 10/10/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review notice of appearance for witness, Austin Business Finance. |
| 10/10/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ | 165.00 Yes | Review motion to compel turnover (Brown). |
| 10/10/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Confer with counsel for the Zankls and Debtor re: Zankl deposition. |
| 10/12/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review Millco Atwater notice of appearance. |
| 10/13/2022 | M. Foster | Litigation | $550.00 | 0.9 | $ | 495.00 | $ | 495.00 Yes | Outline causes of action against DCG. |
| 10/13/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review notice of hearing on motion to compel turnover. |
| 10/17/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | - No | Review order on KLD discovery. |
| 10/20/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ | 165.00 Yes | Strategy call with Ms. Mehdipour re: collateral estoppel issues. |
| 10/20/2022 | M. Foster | Litigation | $550.00 | 0.9 | $ | 495.00 | $ | 495.00 Yes | Analysis of collateral estoppel issues in Goodman litigation. |
| 10/20/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Review emergency motion to enforce stay and related notice of hearing. |
| 10/21/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | - No | Reviw Hi Bar's motion for counsel to appear pro hac vice. |
| 10/21/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ | 330.00 Yes | Strategy call with the Trustee re: collateral estoppel issues. |
| 10/21/2022 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ | 385.00 Yes | Call with I. Reich re: stipulation on lack of preclusive effect of motion for summary judgment in state court litigation. |
| 10/21/2022 | M. Foster | Litigation | $550.00 | 2.3 | $ | 1,265.00 | $ | 1,265.00 Yes | Review materials submitted in state court regarding motion for summary judgment and motion to amend. |
| 10/21/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ | 275.00 Yes | Review evidentiary proffers in support of summary judgment. |
| 10/23/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | - No | Review emergency motion to compromise and related hearing notice. |
| 10/24/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Prepare for hearing on motion for summary judgment (DCG adv. Zankl - PB County State Court). |
| 10/24/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ | 330.00 Yes | Strategy call with Mr. Crane. |
| 10/24/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Call with Mr. Winderman re: hearing on motion for summary judgment. |
| 10/24/2022 | M. Foster | Litigation | $550.00 | 2.1 | $ | 1,155.00 | $ | 1,155.00 Yes | Review additional usury decisonal law in support of summary judgment hearing in the state court. |
| 10/24/2022 | M. Foster | Litigation | $550.00 | 1.4 | $ | 770.00 | $ | 770.00 Yes | Attend hearing on motion for summary judgment (DCG adv. Zankl - State Court). |
| 10/24/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ | 330.00 Yes | Call with Ivan Reich re: hearing on motion for summary judgment. (DCG adv. Zankl - PB County State Court). |
| 10/24/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Update call with Ms. Mehdipour. |
| 10/25/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review Hi Bar Capital notice of appearance. |
| 10/25/2022 | M. Foster | Litigation | $550.00 | 4.7 | $ | 2,585.00 | $ | 2,585.00 Yes | Prepare for DCG Deposition and attend meeting with counsel for DCG and Mr. Goodman. |
| 10/26/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Update call with Ms. Mehdipour re: Goodman meeting. |
| 10/26/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ | 165.00 Yes | Call with Counsel for DCG re: status of Trustee's investigation. |
| 10/26/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Prepare communication to counsel for DCG and Zankls re: Trustee investigation. |
| 10/26/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review order granting motion to compromise with Hi Bar. |
| 10/27/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review status of state court DCG litigation. |
| 10/28/2022 | M. Foster | Litigation | $550.00 | 1.6 | $ | 880.00 | $ | 880.00 Yes | Meeting with Mr. Crane in preparation for deposition of Mr. Parkinson. |
| 10/28/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ | 275.00 Yes | Prepare for meeting with Mr. Crane in preparation for Parkinson Deposition. |
| 10/28/2022 | M. Foster | Litigation | $550.00 | 0.9 | $ | 495.00 | $ | 495.00 Yes | Follow up call with Mr. Crane re: deposition of Parkinson. |
| 10/30/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review analysis of Green Bucket document production. |
| 10/31/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review sale spreadsheets (Parkinson). |
| 10/31/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review status of state court litigation. |
| 10/31/2022 | M. Foster | Litigation | $550.00 | 1.2 | $ | 660.00 | $ | 660.00 Yes | Analyze loan documents (DCG) (Continued). |
| 11/1/2022 | M. Foster | Litigation | $550.00 | 6.8 | $ | 3,740.00 | $ | 3,740.00 Yes | Attend deposition of Aaron Parkinson. |
| 11/1/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Strategy call with Ms. Mehdipour. |
| 11/2/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Attend status conference/turnover motion. |
| 11/2/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Begin preparation of discovery. |
| 11/3/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ | 330.00 Yes | Analyze status of state court litigation and motion to amend re: potential stay violation. |
| 11/8/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review updated pleadings in state court litigation (DCG). |
| 11/10/2022 | M. Foster | Litigation | $550.00 | 0.9 | $ | 495.00 | $ | 495.00 Yes | Begin review/analysis of motion for sanctions re: violation of the automatic stay and related notice of hearing. |
| 11/10/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review notice of hearing on turnover motion (Karma). |
| 11/14/2022 | M. Foster | Litigation | $550.00 | 2.4 | $ | 1,320.00 | $ | 1,320.00 Yes | Outline claims for declaratory relief. |
| 11/15/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Strategy call with Ms. Mehdipour re: claims against Goodman. |
| 11/15/2022 | M. Foster | Litigation | $550.00 | 1.3 | $ | 715.00 | $ | 715.00 Yes | Continued outline of issues of action for declaratory relief. |
| 11/16/2022 | M. Foster | Litigation | $550.00 | 1.1 | $ | 605.00 | $ | 605.00 Yes | Strategy call with Ms. Mehdipour and Messrs. Crane and Rigoli. |
| 11/16/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review turnover motion and related notice of hearing. |
| 11/16/2022 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ | 385.00 Yes | Prepare for strategy call with Ms. Mehdipour and Messrs. Crane and Rigoli. |
| 11/16/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review status of PB County litigation with DCG and recent filings. |
| 11/17/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | - No | Review Quad Funding turnover motion and related notice of hearing/attention to case management deadlines. |
| 11/17/2022 | M. Foster | Litigation | $550.00 | 0.9 | $ | 495.00 | $ | 495.00 Yes | Strategy call with Mr. Crane and Mr. Rigoli. |
| 11/21/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Outline of claim for declaratory relief. |
| 11/22/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review notice cancelling hearing on motion to amend (state court). |
| 11/22/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Review deposition of Mr. Goodman (begin). |
| 11/23/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Strategy call with Ms. Mehdipour. |
| 11/25/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review order granting turnover motion. |
| 11/28/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ | 275.00 Yes | Outline complaint for declaratory relief (continued). |
| 11/28/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review notice of appearance for Seaside Bank and Trust. |
| 11/28/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review Brown's response to Karma's turnover motion. |
| 11/29/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ | 55.00 Yes | Review Halperin response to turnover motion. |
| 11/30/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review state court status and case management deadlines. |
| 11/30/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Review motion for sanctions/related decisional law. |
| 12/1/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Prepare for team strategy call re: resolution of various state court usury claims. |
| 12/1/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ | 330.00 Yes | Strategy call re: motion for sanctions, etc. |
| 12/1/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Prepare and receive various communications regarding pending stay violation motion. |
| 12/1/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review Prestige joinder in motion for sanctions (Zankls) and related exhibits. |
| 12/1/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Call with Ivan Reich re: state court litigation involving usury claims. |
| 12/1/2022 | M. Foster | Litigation | $550.00 | 1.2 | $ | 660.00 | $ | 660.00 Yes | Research and review decisional law on state court intervention. |
| 12/2/2022 | M. Foster | Litigation | $550.00 | 1.6 | $ | 880.00 | $ | 880.00 Yes | Begin preparation of motion to intervene and complaint in intervention. |
| 12/5/2022 | M. Foster | Litigation | $550.00 | 1.9 | $ | 1,045.00 | $ | 1,045.00 Yes | Review decisional law and prepare motion to intervene. |
| 12/5/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ | 275.00 Yes | Prepare for stay violation motion. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ | 275.00 Yes | Strategy call with Mr. Crane. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ | 330.00 Yes | Call with counsel for DCG re: hearing on motion for sanctions and motion to intervene (state court). |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 1.5 | $ | 825.00 | $ | 825.00 Yes | Complete draft motion to intervene. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ | 275.00 Yes | Prepare order granting motion to intervene. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ | 330.00 Yes | Prepare for hearing on motion for sanctions. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Review Zankls' notice of compliance/withdrawal of demands for affirmative relief based on usury. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ | 165.00 Yes | Review and comment on proposed redaction of account statements for Brown production. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Review and comment on proposed order resolving alleged stay violation. |
| 12/6/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Call with counsel for DCG counsel re: hearing on motion to stay. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ | 220.00 Yes | Strategy call with Mr. Crane and Mr. Rigoli re: hearing on motion re: stay violation. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ | 440.00 Yes | Attend hearing on stay violation motion. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Prepare for hearing on motion re: stay violations (continued). |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ | 110.00 Yes | Call with Mr. Crane re: stay violation motion/settlement conference. |

| Date | Name | Category | Rate | Hours | | Amount | | Billed | Description |
|---|---|---|---|---|---|---|---|---|---|
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ 220.00 | Yes | Review and revise motion to intervene. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ 275.00 | Yes | Call with Ivan Reich re: motion to intervene. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ 220.00 | Yes | Strategy call with Mr. Crane. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Call with Harry Winderman re: motion to intervene. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review and revise order on motion to intervene. |
| 12/7/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Review scheduling order and attention to case management deadlines. |
| 12/8/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Obtain hearing date and prepare notice of hearing re: motion to intervene. (DCG adv. Zankl - PB County State Court). |
| 12/8/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ 330.00 | Yes | Finalize and file motion to intervene. |
| 12/8/2022 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ 385.00 | Yes | Review communications concerning lending relationship between DCG and Zankl. |
| 12/9/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Review notice of compliance and related state court filings. |
| 12/9/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Prepare and serve notice of hearing on motion to intervene. |
| 12/9/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ 330.00 | Yes | Continued review of database re: lender communications. |
| 12/12/2022 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ 220.00 | Yes | Review Zankl filings and update client. |
| 12/12/2022 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ 385.00 | Yes | Begin review of usury document set. |
| 12/12/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review order on motion for sanctions and attention to case management deadlines. |
| 12/12/2022 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ 275.00 | Yes | Review Kristen Zankl e-mails. |
| 12/13/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review notices of appearance for Chase. |
| 12/13/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review order granting Quad Funding Motion to Compel. |
| 12/14/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review notice of w/d of mtn to reopen summary judgment hearing (Zankl)/follow up re: status of proceedings. |
| 12/15/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Update call with Ms. Mehdipour. |
| 12/15/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review status of state court docket (DCG adv. Zankl - PB County State Court). |
| 12/19/2022 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ 385.00 | Yes | Outline causes of action against DCG. |
| 12/19/2022 | M. Foster | Litigation | $550.00 | 1 | $ | 550.00 | $ 550.00 | Yes | Review Interface/Karma pleadings. |
| 12/19/2022 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ 330.00 | Yes | Review request for judicial notice and order/decisional law from Interface adv. Karma case. |
| 12/20/2022 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ 385.00 | Yes | Continued review of decisional law in support of summary judgment in Interface case (PB County State Court). |
| 12/21/2022 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ 440.00 | Yes | Review (continued) summary judgment papers in  Interface case. |
| 12/23/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review motion to re-open (DCG PB County Court). |
| 12/23/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review Request for Judicial Notice and related correspondence to state court (DCG). |
| 12/29/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review proposed Truist subpoena. |
| 12/29/2022 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review and update case management deadlines relative to state court litigation. |
| 12/29/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Confer with Court and counsel re: hearing on motion for summary judgment (state court - Goodman v. Zankl). |
| 12/29/2022 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review Goodman's request for judicial notice (PB County State Court - Goodman adv. Zankl). |
| 12/29/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Begin preparation for hearing on motion to dismiss (Goodman v. Zankl - PB County State Court). |
| 12/29/2022 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Review notice of filing/Interface Motion for Reconsideration (DCG v. Zankl - PB County State Court). |
| 1/2/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review status of state court pleadings and follow up re: hearing on motion for summary judgment. |
| 1/3/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Confer with parties re: hearing on motion for summary judgment (PB County State Court - DCG adv. Zankl). |
| 1/4/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Confer with court and counsel re: hearing on motion to reopen (DCG adv. Zankl - PB County State Court). |
| 1/4/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review notice of hearing on motion to reopen (DCG adv. Zankl - PB County State Court). |
| 1/5/2023 | M. Foster | Litigation | $550.00 | 1.1 | $ | 605.00 | $ 605.00 | Yes | Outline issues for complaint in intervention (continued). |
| 1/5/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ | 275.00 | $ 275.00 | Yes | Review response to motion to reopen. |
| 1/6/2023 | M. Foster | Litigation | $550.00 | 1.3 | $ | 715.00 | $ 715.00 | Yes | Prepare for and attending hearing motion to reopen (DCG adv. Zankl - State Court). |
| 1/6/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Update call with Ms. Mehdipour. |
| 1/9/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Review status of state court litigation (DCG adv. Zankl). |
| 1/10/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ | 660.00 | $ 660.00 | Yes | Strategy call with Mr. Crane. |
| 1/12/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review DCG's notice of withdrawing request for damages relief on stay motion. |
| 1/13/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Follow up re: status of order on motion for summary judgment (DCG adv. Zankl - PB County State Court). |
| 1/16/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Prepare correspondence to the Court re: motion to intervene. |
| 1/16/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ | 660.00 | $ 660.00 | Yes | Prepare for hearing on motion to intervene. |
| 1/18/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ 220.00 | Yes | Prepare for hearing on motion to intervene (State Court - Goodman adv. Zankl). |
| 1/20/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ | 495.00 | $ 495.00 | Yes | Prepare for hearing on motion to intervene (continued) (DCG adv. Zankl - PB County State Court). |
| 1/20/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Prepare update to the Chapter 7 Trustee re: PB County State Court litigation. |
| 1/20/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Strategy call with Mr. Crane. |
| 1/21/2023 | M. Foster | Litigation | $550.00 | 1.7 | $ | 935.00 | $ 935.00 | Yes | Prepare for hearing on motion to intervene. |
| 1/24/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Prepare/revise draft order on motion to intervene (DCG adv. Zankl - State Court). |
| 1/24/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ 330.00 | Yes | Complete preparation for hearing on motion to intervene (DCG adv. Zankl - State Court). |
| 1/24/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ | 495.00 | $ 495.00 | Yes | Attend hearing on motion to intervene (DCG adv. Zankl - State Court). |
| 1/24/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Prepare case update for Ms. Mehdipour. |
| 1/24/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review notice of hearing on stay relief motion. |
| 1/25/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ 220.00 | Yes | Confer with counsel re: order on motion to intervene, and revise and submit order (DCG adv. Zankl - PBC State Court). |
| 1/26/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ 440.00 | Yes | Strategy call with Alan Crane and Jason Rigoli. |
| 1/26/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ 330.00 | Yes | Document review in anticipation of drafting complaint. |
| 1/27/2023 | M. Foster | Litigation | $550.00 | 1 | $ | 550.00 | $ 550.00 | Yes | Zoom meeting with B. Riley and litigation team. |
| 1/28/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Follow up with Court re: order on motion to intervene (DCG adv. Zankl - PBC State Court). |
| 1/30/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ | 660.00 | $ 660.00 | Yes | Continued review of Zankl documents in anticipation of drafting complaint (Zankl e-mails and text messages) |
| 1/31/2023 | M. Foster | Litigation | $550.00 | 1.9 | $ | 1,045.00 | $ 1,045.00 | Yes | Document review in anticipation of drafting complaint. |
| 2/1/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Follow up w/ Court re: order granting motion to intervene (DCG adv. Zankl - PB County Court)/ client update. |
| 2/1/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ | 660.00 | $ 660.00 | Yes | Review motion to convert in AWB bankruptcy and related exhibits. |
| 2/1/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review Prestige subpoena and notice. |
| 2/1/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ | 660.00 | $ 660.00 | Yes | Review of usury case law re: causes of action against DCG/Goodman. |
| 2/2/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ 440.00 | Yes | Continued analysis of usury case law in anticipation of drafting complaint. |
| 2/3/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ 330.00 | Yes | Review Debtor's 1120S Forms for 2016 - 2020 and consider potential errors/omissions claims. |
| 2/3/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review Franklin Capital Notice of Intent/Subpoena on/to Zankl. |
| 2/3/2023 | M. Foster | Litigation | $550.00 | 2.4 | $ | 1,320.00 | $ 1,320.00 | Yes | Document review in anticipation of drafting complaint. |
| 2/6/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ 220.00 | Yes | Review and comment on motion to convert. |
| 2/6/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Review order granting motion to intervene and resultant deadlines. |
| 2/7/2023 | M. Foster | Litigation | $550.00 | 2.1 | $ | 1,155.00 | $ 1,155.00 | Yes | Review Goodman/DCG documents in preparation for drafting complaint (continued). |
| 2/10/2023 | M. Foster | Litigation | $550.00 | 1.4 | $ | 770.00 | $ 770.00 | Yes | Continued review/analysis of Debtor's documents in anticipation of drafting complaint against DCG/Goodman. |
| 2/16/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ | 220.00 | $ 220.00 | Yes | Strategy call with Ms. Mehdipour. |
| 2/16/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review order granting Skorepas' stay relief motion. |
| 2/17/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ - | No | Review Quad Funding Notice to Withdraw Appearance. |
| 2/17/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review order authorizing payment of administrative expense. |
| 2/17/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ | 110.00 | $ 110.00 | Yes | Confer with counsel re: extension to plead in state court. |
| 2/17/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review status of state court proceedings (DCG/Goodman adv. Zankl). |
| 2/18/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ 385.00 | Yes | Prepare extension to file complaint in intervention (PB County State Court - DCG adv. Zankl). |
| 2/20/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ | 55.00 | $ 55.00 | Yes | Review Zankl notice of compliance re: Franklin Capital subpoena. |
| 2/20/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ | 330.00 | $ 330.00 | Yes | Review, revise, finalize, and file motion for extension to file complaint (DCG adv. Zankl - PB County State Court). |
| 2/28/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ | 385.00 | $ 385.00 | Yes | Review Interface v. Karma docket/pleadings. (PB County state court). |
| 2/28/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ | 165.00 | $ 165.00 | Yes | Review state court's usury analysis (Interface adv. Karma). |
| 3/1/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ | 440.00 | $ 440.00 | Yes | Review transfer/interest analysis in preparation for drafting complaint in intervention. |

| Date | Timekeeper | Type | Rate | Hours | Amount | Billed | Description |
|---|---|---|---|---|---|---|---|
| 3/1/2023 | M. Foster | Litigation | $550.00 | 2.3 | $ 1,265.00 | $ 1,265.00 | Yes | Continued review of Goodman texts and e-mails in support of drafting complaint. |
| 3/2/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Update decisional law re: usury in preparation for drafting complaint (DCG adv. Zankl - PB County State Court). |
| 3/2/2023 | M. Foster | Litigation | $550.00 | 1.4 | $ 770.00 | $ 770.00 | Yes | Preparation of Complaint in intervention (DCG adv. Zankl - PB County State Court). |
| 3/2/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare for strategy call with FA re: support for complaint. |
| 3/2/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Strategy call with FA and C7T in preparation for drafting complaint (DCG adv. Zankl - PB County state court). |
| 3/3/2023 | M. Foster | Litigation | $550.00 | 1.3 | $ 715.00 | $ 715.00 | Yes | Review/analyze loan documents in anticipation of drafting complaint. |
| 3/3/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Continued preparation of complaint (DCG adv. Zankl - PB County State Court). |
| 3/4/2023 | M. Foster | Litigation | $550.00 | 3.4 | $ 1,870.00 | $ 1,870.00 | Yes | Complete draft of complaint in intervention (DCG adv. Zankl - PB County State Court.) |
| 3/5/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Review and revise complaint in intervention (DCG adv. Zankl - PB County State Court.) |
| 3/5/2023 | M. Foster | Litigation | $550.00 | 1 | $ 550.00 | $ 550.00 | Yes | Review and revise complaint in intervention adverse to DCG Trust (DCG adv. Zankl - PB County State Court.) |
| 3/6/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Strategy call with Ms. Mehdipour. |
| 3/7/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Finalize and serve complaint in intervention. (DCG adv. Zankl - PB County State Court.) |
| 3/7/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Outline discovery requests. (DCG adv. Zankl - PB County State Court.) |
| 3/8/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Update case management deadlines/confer with OC re: deposition dates. (DCG adv. Zankl - PB County State Court.) |
| 3/8/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Review MSJ (Interface) re: exhibits to Goodman deposition (DCG adv. Zankl - PB County State Court.) |
| 3/9/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Prepare initial discovery requests. |
| 3/10/2023 | M. Foster | Litigation | $550.00 | 1.3 | $ 715.00 | $ 715.00 | Yes | Prepare discovery to DCG Trust. |
| 3/13/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Confer with Ms. Mehdipour re: AWB deposition. |
| 3/13/2023 | M. Foster | Litigation | $550.00 | 1.6 | $ 880.00 | $ 880.00 | Yes | Prepare and serve document requests. (DCG v. Zankl - PB County State Court.) |
| 3/15/2023 | M. Foster | Litigation | $550.00 | 1.4 | $ 770.00 | $ 770.00 | Yes | Review motion to convert and related papers in preparation for meeting with Ms. Mehdipour re: deposition. |
| 3/15/2023 | M. Foster | Litigation | $550.00 | 3.7 | $ 2,035.00 | $ 2,035.00 | Yes | Meeting with Ms. Mehdipour in preparation for deposition on hearing re: motion to convert. |
| 3/15/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Outline additional topic areas for Ms. Mehdipour's testimony on motion to convert. |
| 3/16/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Outline additional points for testimony at motion to convert/topic areas for testimony. |
| 3/16/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Call with Ms. Mehdipour re: deposition preparation. |
| 3/16/2023 | M. Foster | Litigation | $550.00 | 2.7 | $ 1,485.00 | $ 1,485.00 | Yes | Attend deposition of Ms. Mehdipour (AWB conversion motion). |
| 3/16/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Post-deposition meeting. |
| 3/16/2023 | M. Foster | Litigation | $550.00 | 1.9 | $ 1,045.00 | $ 1,045.00 | Yes | Prepare draft motion to intervene (Interface adv. Karma - PB County State Court). |
| 3/17/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Review and revise motion to intervene (Interface adv. Karma - PB County State Court). |
| 3/20/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review order denying motion to reopen (DCG adv. Zankl - PB County State Court). |
| 3/20/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Confer with C7T and counsel re: motion to intervene (Interface adv. Karma - PB County State Court); revise and file. |
| 3/21/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Prepare for hearing on motion to reopen summary judgment (Interface adv. Karma - PB County State Court). |
| 3/21/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare notice of filing exhibits (Interface adv. Karma - PB County State Court). |
| 3/22/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Follow up with Court and counsel re: hearing dates on motion to intervene. |
| 3/24/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Review updated docket and filings (Interface adv. Karma - PB County State Court). |
| 3/24/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Continued review of materials in support of motion for reconsideration. (Interface adv. Karma - PBC State Court.) |
| 3/24/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Review notice of removal and related pleadings (Mehdipour adv. Zankl, et al.) |
| 3/25/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review response in opposition to motion to intervene (Interface adv. Karma - PB County State Court). |
| 3/27/2023 | M. Foster | Litigation | $550.00 | 1.3 | $ 715.00 | $ 715.00 | Yes | Prepare for hearing on motion to reconsider (Interface adv. Karma - PB County State Court). |
| 3/27/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review Zankl's Answer to Complaint in Intervention (DCG adv. Zankl, et al. - PB County State Court). |
| 3/27/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Begin review of remand/abstention issues. |
| 3/27/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ 660.00 | $ 660.00 | Yes | Attend hearing on motion for reconsideration (Interface adv. Karma - PB County State Court). |
| 3/28/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Strategy call with Ms. Mehdipour, Rigoli, and Crane. |
| 3/28/2023 | M. Foster | Litigation | $550.00 | 1.3 | $ 715.00 | $ 715.00 | Yes | Continued review of remand/abstention issues. |
| 3/29/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Outline demand letter/coverage trigger to accounting firm. |
| 3/29/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review order granting motion for reconsideration (Interface adv. Karma- PB County State Court). |
| 3/30/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Continued analysis of remand/abstention decisional law. |
| 4/3/2023 | M. Foster | Litigation | $550.00 | 1.8 | $ 990.00 | $ 990.00 | Yes | Research and review decisional law re: abstention and motion to remand. |
| 4/3/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review Karma witness and exhibit lists (Interface adv. Karma). |
| 4/4/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review/analyze order granting motion for summary judgment (DCG adv. Zankl - PB County Circuit Court). |
| 4/5/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Analyze summary judgment order (DCG adv. Zankl - PB County State Court) and provide update to Ms. Mehdipour. |
| 4/5/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Analyze amendment of complaint/additional causes of action. |
| 4/5/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Telephone call with Ivan Reich re: DCG adversary proceeding. |
| 4/5/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review notice of filing re: state court order on MSJ (Main Case, Adversary, and Interface state court litigation). |
| 4/6/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Review/analyze decisional law on intervention re: potential withdrawal of motion in Interface adv. Karma. |
| 4/6/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Begin review motions to dismiss, for summary judgment, and to stay (Mehdipour adv. Zankl) and review deadlines. |
| 4/7/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Complete review of motion to dismiss (Mehdipour adv. Zankl). |
| 4/7/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review notice of hearing on Motion to Dismiss and motion to stay (Mehdipour adv. Zankl). |
| 4/7/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Review/analysis of motion to stay and cited case law. |
| 4/7/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ 660.00 | $ 660.00 | Yes | Analyze notice of filing summary judgment order (DCG adv. Zankl) and decisional law cited therein. |
| 4/7/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review notice of filing Zankl answer (Mehdipour adv. Zankl) and notices of filing/withdrawal re: same (Main Case). |
| 4/7/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Prepare client update and analysis. |
| 4/8/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Research and review decisional law re: adjudication of facts in the context of declaratory judgment. |
| 4/9/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Research re: scope of federal declaratory judgment act. |
| 4/9/2023 | M. Foster | Litigation | $550.00 | 3.7 | $ 2,035.00 | $ 2,035.00 | Yes | Begin preparation of response to motion to dismiss (DCG Adversary). |
| 4/10/2023 | M. Foster | Litigation | $550.00 | 3.4 | $ 1,870.00 | $ 1,870.00 | Yes | Complete draft response to response to motion to dismiss (DCG Adversary). |
| 4/10/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Reviews, finalize and file response to motion to dismiss (DCG Adversary). |
| 4/10/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Strategy call with the Chapter 7 Trustee re: motion to dismiss, motion to stay, and remand issues (DCG Adversary). |
| 4/11/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Prepare for hearing on motion to dismiss, etc. |
| 4/11/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review correspondence from counsel for DCG re: MSJ (PB County State Court - Interface adv. Karma). |
| 4/11/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review Halperin subpoena to Chapter 7 Trustee and related notice. |
| 4/12/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review trial order (DCG adv. Zankl - PB County State Court). |
| 4/12/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review notice of filing and affidavit of Scott Zankl (DCG adv. Zankl - PB County State Court). |
| 4/12/2023 | M. Foster | Litigation | $550.00 | 1.6 | $ 880.00 | $ 880.00 | Yes | Continued preparation for and attendance at case management conference/hearing on motion to dismiss. |
| 4/12/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Strategy call with Mr. Crane. |
| 4/12/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Call with Harry Winderman. |
| 4/12/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review trial deadlines in DCG adv. Zankl (PB County State Court). |
| 4/13/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review amended claim of Edward Brown. |
| 4/13/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Analyze order of proof for trial (DCG adv. Zankl - PB County State Court). |
| 4/14/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review order granting motion to stay (Mehdipour adv. Goodman). |
| 4/14/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Review scheduling order and order to show cause, and attention to case management deadlines. |
| 4/14/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Strategy call with Ms. Mehdipour, and Messrs. Rigoli and Crane. |
| 4/14/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Review trial docket and deadlines (Goodman adv. Zankl - PB County State Court.) |
| 4/17/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Begin review of FVP complaint re: conflict with Debtor's theories/assertion of Debtor's claims. |
| 4/18/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Confer with counsel re: deposition scheduling. |
| 4/18/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Prepare for meeting with FA on DCG claims. |
| 4/18/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review Notice of Filing Zankl Affidavit/Affidavit and Notice of Conf. Filing (Interface adv. Zankl - PBC State Court). |
| 4/19/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review motion for reconsideration (DCG adv. Zankl - PB County State Court). |
| 4/19/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Prepare for meeting with B. Riley Team re: avoidance action analysis and usury calculations. |
| 4/19/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Meeting with Messrs. Barbee and Eargle re: Status of Analysis. |

| Date | Timekeeper | Category | Rate | Hours | Amount | Billed | Y/N | Description |
|---|---|---|---|---|---|---|---|---|
| 4/21/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review trial docket for DCG adv. Zankl (PB County State Court). |
| 4/21/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Review/analyze order of proof for trial on DCG claims. |
| 4/24/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Follow up re: state court trial setting. |
| 4/27/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review notice of cancelling Sofoul deposition (Interface litigation - PB County State Court). |
| 4/27/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review calendar and confer with counsel for DCG re: moving show cause hearing. |
| 4/27/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Review updated trial docket in PB County State Court (DCG adv. Zankl) and confer w/ counsel re: trial setting/remand. |
| 4/28/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review order re-setting trial and pertinent case management deadlines. (DCG adv. Zankl - PB County State Court). |
| 4/28/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review transcript of hearing on notice of removal, motion to dismiss, etc. (DCG adv. Zankl - Adversary Proceeding). |
| 5/1/2023 | M. Foster | Litigation | $550.00 | 1.1 | $ 605.00 | $ 605.00 | Yes | Prepare for hearing on order to show cause, etc. |
| 5/1/2023 | M. Foster | Litigation | $550.00 | 1 | $ 550.00 | $ 550.00 | Yes | Confer with counsel for DCG and prepare motion/order to continue hearing on order to show cause, etc. |
| 5/2/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review and revise order granting continuance. |
| 5/2/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Prepare certificate of service for order granting continuance of order to show cause, et al. |
| 5/2/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Strategy call with Mr. Crane. |
| 5/2/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Review order continuing hearing on order to show cause and scheduling conference/attention to deadlines. |
| 5/3/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Follow up with FA re: status of usury analysis (DCG). |
| 5/3/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Review/analyze DCG 2004 request. |
| 5/4/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review status of state court litigation/discovery status. |
| 5/4/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Strategy call with Ms. Mehdipour. |
| 5/5/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review Zankls' requests for judicial notice in state court cases. |
| 5/5/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare for strategy call re: document requests. |
| 5/5/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Strategy call re: objections to discovery. |
| 5/5/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Review Zankl affidavit (Interface - PB County State Court). |
| 5/6/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Strategy call with Mr. Crane re: various avoidance issues. |
| 5/7/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Analyze objections to discovery requests. |
| 5/7/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Strategy call with counsel Alan Crane. |
| 5/8/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Strategy call with Ms. Mehdipour. |
| 5/8/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review DCG adv. Zankl (PB County State Court) docket/recent filings. |
| 5/8/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Strategy call with Mr. Crane. |
| 5/9/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review FVP Motion to Compel Abandonment. |
| 5/10/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review notice of hearing on FVP's motion to compel abandonment. |
| 5/11/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Begin preparation for hearing on order to show cause (Mehdipour adv. DCG). |
| 5/11/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Review transcript of ruling form AWB motion to convert. |
| 5/11/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review state court dockets with DCG affiliates/recent filings. |
| 5/11/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Strategy call with Alan Crane. |
| 5/11/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review hearing transcript on motion to stay, etc. |
| 5/12/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Begin preparation for examination of Kenny Goodman. |
| 5/12/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare notice re: Goodman deposition. |
| 5/15/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Various communications with counsel for DCG, et al. re: Goodman examination and voluntary production. |
| 5/15/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Strategy call with Mr. Crane. |
| 5/15/2023 | M. Foster | Litigation | $550.00 | 1.4 | $ 770.00 | $ 770.00 | Yes | Prepare for examination of DCG Trust. |
| 5/15/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Prepare motion to continue order to show cause, etc. |
| 5/15/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Update call with Ms. Mehdipour re: DCG Claim adversary proceeding and structure for settlement discussions. |
| 5/16/2023 | M. Foster | Litigation | $550.00 | 1.1 | $ 605.00 | $ 605.00 | Yes | Strategy call with Alan Crane, NTM, and Jason Rigoli. |
| 5/16/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Prepare motion/order continuing hearing on order to show cause, etc. (DCG Adversary Proceeding). |
| 5/16/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Continued preparation for DCG examination. |
| 5/16/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Prepare motion to continue deadlines in main case re: 2004 examination. |
| 5/16/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review executed order continuing hearing on order to show cause and update case management deadlines. |
| 5/17/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review Karma and Zankl Motions to Stay (Interface adv. Karma and DCG adv. Zankl - PB County State Court). |
| 5/17/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Call with Jon Eagle. |
| 5/17/2023 | M. Foster | Litigation | $550.00 | 1.9 | $ 1,045.00 | $ 1,045.00 | Yes | Prepare for deposition of DCG Trust (continued). |
| 5/17/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Prepare motion/order to extend deadline to respond to 2004 request. |
| 5/18/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Review order granting extension on production response, and update case management deadlines. |
| 5/18/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Prepare for status conference in state case. (DCG adv. Zankl - PB County State Court). |
| 5/19/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Review e-mail and attached materials from counsel for the DCG Trust re: examination/settlement negotiations. |
| 5/19/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review order granting motion to compromise (Brown). |
| 5/19/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare for case management conference (DCG adv. Zankl - PB County State Court). |
| 5/19/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Attend case management conference in DCG adv. Zankl - PB County State Court. |
| 5/20/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ 660.00 | $ 660.00 | Yes | Review draft analysis of DCG transfers from FA and begin comparison to loan documents and related materials. |
| 5/22/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Prepare exhibits for DCG deposition. |
| 5/22/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Call with Ms. Mehdipour re: DCG examination. |
| 5/22/2023 | M. Foster | Litigation | $550.00 | 1 | $ 550.00 | $ 550.00 | Yes | Outline points for DCG's examination. |
| 5/22/2023 | M. Foster | Litigation | $550.00 | 1.5 | $ 825.00 | $ 825.00 | Yes | Begin analysis of DCG production. |
| 5/23/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Prepare for and attend strategy call with Mr. Barbee. |
| 5/23/2023 | M. Foster | Litigation | $550.00 | 2.4 | $ 1,320.00 | $ 1,320.00 | Yes | Continued review of production provided by counsel for Goodman. |
| 5/23/2023 | M. Foster | Litigation | $550.00 | 0.7 | $ 385.00 | $ 385.00 | Yes | Strategy call with Mr. Crane. |
| 5/23/2023 | M. Foster | Litigation | $550.00 | 2.4 | $ 1,320.00 | $ 1,320.00 | Yes | Prepare examination for Mr. Goodman. |
| 5/24/2023 | M. Foster | Litigation | $550.00 | 7 | $ 3,850.00 | $ 3,850.00 | Yes | Prepare for and participate in examination of Mr. Goodman and related settlement conference. |
| 5/25/2023 | M. Foster | Litigation | $550.00 | 0.3 | $ 165.00 | $ 165.00 | Yes | Prepare for strategy call with Crane, Rigoli, and Mehdipour. |
| 5/25/2023 | M. Foster | Litigation | $550.00 | 0.9 | $ 495.00 | $ 495.00 | Yes | Strategy call with Crane, Rigoli, and Mehdipour. |
| 5/25/2023 | M. Foster | Litigation | $550.00 | 1.1 | $ 605.00 | $ 605.00 | Yes | Analyze additional materials in preparation for Goodman examination and follow up with counsel for Goodman. |
| 5/25/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Follow up calls with counsel for Mr. Goodman re: agreement on settlement discussions and further examination. |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review amended turnover motion and related notice of hearing (FVP) |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Prepare for call with Mr. Barbee. |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Prepare notice of withdrawal of motion to intervene - Interface adv. Karma (PB County State Court). |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 1.4 | $ 770.00 | $ 770.00 | Yes | Continued analysis of Goodman reports and analysis. |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 0.8 | $ 440.00 | $ 440.00 | Yes | Strategy call with Alan Barbee. |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare for call with Mr. Barbee. |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Prepare order granting remand (DCG Adversary Proceeding). |
| 5/26/2023 | M. Foster | Litigation | $550.00 | 0.4 | $ 220.00 | $ 220.00 | Yes | Begin review of Goodman text messages. |
| 5/27/2023 | M. Foster | Litigation | $550.00 | 0.1 | $ 55.00 | $ 55.00 | Yes | Review/review order re: remand. |
| 5/27/2023 | M. Foster | Litigation | $550.00 | 0.2 | $ 110.00 | $ 110.00 | Yes | Various communications re: continued examination of Mr. Goodman. |
| 5/29/2023 | M. Foster | Litigation | $550.00 | 0.5 | $ 275.00 | $ 275.00 | Yes | Prepare for continued deposition of Mr. Goodman. |
| 5/30/2023 | M. Foster | Litigation | $550.00 | 0.6 | $ 330.00 | $ 330.00 | Yes | Prepare for continued examination of Mr. Goodman. |
| 5/31/2023 | M. Foster | Litigation | $550.00 | 1.2 | $ 660.00 | $ 660.00 | Yes | Review supplemental production from Goodman. |
| 5/31/2023 | M. Foster | Litigation | $550.00 | 5.7 | $ 3,135.00 | $ 3,135.00 | Yes | Prepare for and attend continued deposition of Mr. Goodman and post-deposition conference. |
| **Total for Litigation** | | | | **246.5** | **$135,575.00** | **$ 134,860.00** | | |

**Settlement/Non-Binding ADR**

| Date | TKPR Name | Activity | Rate | No. | Total | | | Description |
|------|-----------|----------|------|-----|-------|---|---|-------------|
| 4/10/2023 | M. Foster | Settlement/Non-Binding . | $550.00 | 0.2 | $ | 110.00 | $ - | No | Review motion to compromise with Middleton, et al. |
| 4/14/2023 | M. Foster | Settlement/Non-Binding . | $550.00 | 0.4 | $ | 220.00 | $ - | No | Review motion to compromise and notice of hearing re: Brown. |
| **Total for Settlement/Non-Binding ADR** | | | | **0.6** | **$** | **330.00** | **$ -** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total for All Categories** | | | **273.9** | **$ 150,645.00** | **$ 148,335.00** | | |

**Detail of Expenses  - August 1, 2022 through May 31, 2023**

| Date | TKPR Name | Activity | Rate | No. | Total | Description |
|------|-----------|----------|------|-----|-------|-------------|
| 8/22/2022 | M. Foster | Administrative | $438.96 | 1 | $438.96 | Postage and copying for application to employ (CertificateOfService.com) - 2232 copies @ .15 + 124 @ 2oz rate, .84) |
| 1/16/2023 | M. Foster | Litigation | $9.90 | 1 | $9.90 | Postage for delivery to state court of materials in support of motion to intervene (USPS Priority). |
| 5/25/2023 | M. Foster | Litigation | $426.30 | 1 | $426.30 | Court reporter fee - Kenneth Goodman (Day 1) (United Reporting). |
| 5/26/2023 | M. Foster | Litigation | $249.68 | 1 | $249.68 | Copies of exhibits (outside printing - FEDEX/Kinkos) - 565 @ .28 + miscelaneous charges ($75.35) + tax ($16.13) |
| 5/31/2023 | M. Foster | Litigation | $350.18 | 1 | $350.18 | Court reporter fee - Kenneth Goodman (Day 2) (United Reporting). |

| | | | | |
|---|---|---|---|---|
| **Total Expenses** | | **$1,475.02** | | |