UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,
                                                                                                Chapter 7 Case
    Debtor.
_____/

## CERTIFICATION

1.  I have been designated by Young Foster PLLC ("Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Fee Guidelines").

2.  I have read the Applicant's application for compensation and reimbursement of expenses (the "Application"). The application complies with the Fee Guidelines, and the fees and expenses sought fall within the Fee Guidelines, except as specifically noted in this certification and described in the application.

3.  The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.  In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay.

5.  In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.  The following are the variances with the provisions of the Guidelines, the date of each Court order approving the variance, and the justification for the variance: None.

**I HEREBY CERTIFY** that the foregoing is true and correct.

Dated: August 4, 2023.

                                      Respectfully submitted,

                                      **YOUNG FOSTER PLLC**
                                      *Special Conflict Litigation Counsel for the Chapter 7 Trustee*
                                      1600 South Federal Highway, Suite 570
                                      Pompano Beach, Florida 33062
                                      Telephone:    (954) 866-3570
                                      Facsimile:     (954) 866-3571

                                    By:    /s/ *Michael C. Foster*
                                             Michael C. Foster, Esq.
                                             Florida Bar No. 0042765
                                             michael@youngfoster.com
                                             admin@youngfoster.com

3