UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re

EXCELL AUTO GROUP, INC.,

      Debtor.
_____/

Case No.: 22-12790-EPK
Chapter 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Intent to Serve Subpoena on Lillian Roberts* [ECF No. 442] was served via CM/ECF to those parties registered to receive electronic notice of filing in this case on the dates indicated below.

Dated: August 8, 2023

                    FURR AND COHEN, P.A.
                    *Special Counsel for Creditor*
                    2255 Glades Road, Suite 419A
                    Boca Raton, FL 33431
                    Telephone: 561-395-0500
                    Facsimile: 561-338-7532

                    By: /s/ Jason S. Rigoli
                    Jason S. Rigoli
                    Florida Bar No.: 091990
                    E-Mail: jrigoli@furrcohen.com

**By Notice of Electronic Filing:** ECF No. 442 was served on August 4, 2023 to all parties registered with CM/ECF to receive electronic notices