**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                              Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                        Chapter  7

    **Debtor.**
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses to the Law Office of Nicole Testa Mehdipour, P.A., General Counsel for Chapter 7 Trustee for the Estate of Excell Auto Group, Inc.* [ECF No. 446], was served on August 4, 2023, via the Court's CM/ECF electronic mail notification system and was served on August 8, 2023 via U.S. Mail, to all parties as indicated on the attached service list.

Dated:   August 8, 2023

                                                    **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
                                                  *General Counsel for Chapter 7 Trustee*
                                                  6278 North Federal Highway
                                                  Suite 408
                                                  Fort Lauderdale, FL 33308
                                                  Tel: (954) 858-5880  Fax: (954) 208-0888
                                                  Email: trustee@ntmlawfirm.com

                                                  By:  /s/ Nicole Testa Mehdipour
                                                        Nicole Testa Mehdipour
                                                        Florida Bar No. 177271
                                                        Nicole.M@ntmlawfirm.com

***Sent via CM/ECF:***

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**    abarbee@brileyfin.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Charles Wade Bowden**    bowdenw@gtlaw.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Alan R Crane**    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Jonathan T Crane**    jcrane@furrcohen.com, staff1@furrcohen.com
- **Winston I Cuenant**    winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **Bernard L. Egozi**    begozi@egozilaw.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**    tharvey@butler.legal
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Michael D Lessne**    michael@lessne.law
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman**    brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour**  nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**  Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**  bkcmiami@gmail.com
- **Ari Newman**  newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**  jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**  legalservices@PBCTax.com
- **Jordan L Rappaport**  office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**  dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**  ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**  jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**  romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**  hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**  JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**  john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**  zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**  bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**  esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**  david@softnesslaw.com
- **Christian Somodevilla**  cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**  jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**  peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**  MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**  bk@stewartlegalgroup.com
- **David M Unseth**  dmunseth@bclplaw.com
- **Paul E Wilson**  pwilson@paulwilsonesq.com

- **Harry Winderman**  harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**  tzeichman@bmulaw.com, G67999@notify.cincompass.com

*<u>Sent via First Class US Mail:</u>*

**Luxury Lease Company LLC**
210 Summit Ave, Suite C4
Montvale, NJ 07645

**Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Michael R. Bakst, Trustee**
P.O Box 407
West Palm Beach, FL 33402

**C. Wade Bowden**
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

**Rilyn A. Carnahan**
Greenspoon Marder, LLP
525 Okeechobee Blvd
Suite 900
West Palm Beach, FL 33401

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Chapford Specialty Finance LLC**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Quad Funding Partners, LLC**
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

**David Unseth**
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446