**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No. 22-12790-EPK
                                                                Chapter 7
EXCELL AUTO GROUP, INC.


_____Debtor_____/

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that a true and correct copy of the following documents were served

to those parties via the manner listed below:

- *1st Interim Application for Compensation for Alan R. Crane, Special Counsel to the Trustee **[ECF No. 443]***
- *1st Interim Application for Compensation for Alan Barbee, Financial Advisor to the Trustee **[ECF No. 444]***

Dated:  August 8, 2023

FURR AND COHEN PA
*Special Counsel to the Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
T (561) 395-0500
F (561) 338-7532

By <u>*/s/ Jason R. Rigoli*</u>
    Jason R. Rigoli, Esq.
    Fla. Bar No. 91990
    Email: jrigoli@furrcohen.com

**By Notice of Electronic Filing on August 4, 2023:**  All parties registered with CM/ECF to receive electronic notices.

**By US Mail on August 8, 2023:** To all parties listed below.

**Luxury Lease Company LLC**
210 Summit Ave, Suite C4
Montvale, NJ 07645

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Michael R. Bakst, Trustee**
P.O Box 407
West Palm Beach, FL 33402

**C. Wade Bowden**
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

**Rilyn A. Carnahan**
Greenspoon Marder, LLP
525 Okeechobee Blvd
Suite 900
West Palm Beach, FL 33401

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Chapford Specialty Finance LLC**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Quad Funding Partners, LLC**
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

**David Unseth**
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446