United States Bankruptcy Court
Southern District of Florida

In re:  Case No. 22-12790-EPK
EXCELL Auto Group, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-9      User: admin      Page 1 of 5
Date Rcvd: Aug 07, 2023      Form ID: CGFCRD3H      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| 96626776 | + 1001 Clint Moore, LLC, c/o James B. Miller, P.A., 19 West Flagler Street, Suite 416, Miami, FL 33130-4419 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alan Barbee | abarbee@brileyfin.com |
| Alan R Crane | on behalf of Trustee Nicole Testa Mehdipour acrane@furrcohen.com yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com |
| Alan R Crane | on behalf of Plaintiff Nicole Mehdipour acrane@furrcohen.com yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com |
| Amanda Klopp | on behalf of Creditor Millco Atwater LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Creditor Edward Brown amanda.klopp@akerman.com jeanette.martinezgoldberg@akerman.com |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 07, 2023 | Form ID: CGFCRD3H | Total Noticed: 1 |

Amanda Klopp
  on behalf of Creditor Milco Atwater LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Ari Newman, Esq.
  on behalf of Interested Party JPMorgan Chase Bank N.A. newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Bernard L. Egozi
  on behalf of Defendant Spin Capital LLC a/k/a Spin Capital begozi@egozilaw.com

Bernard L. Egozi
  on behalf of Interested Party Joshua Lubin begozi@egozilaw.com

Bernard L. Egozi
  on behalf of Interested Party Spin Capital LLC a/k/a Spin Capital begozi@egozilaw.com

Bernard L. Egozi
  on behalf of Defendant Joshua Lubin begozi@egozilaw.com

Bradley S Shraiberg
  on behalf of Creditor Franklin Capital Funding LLC bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law

Brett D Lieberman
  on behalf of Interested Party Bradley Skorepa brett@elrolaw.com eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com

C Craig Eller, Esq
  on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. celler@kelleylawoffice.com bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq
  on behalf of Creditor Road Rich LLC d/b/a Road Rich Motors celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Charles Wade Bowden
  on behalf of Interested Party JPMorgan Chase Bank N.A. bowdenw@gtlaw.com

Christian Somodevilla
  on behalf of Creditor Woodside Credit LLC cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law

Dana L Kaplan
  on behalf of Creditor Steven Graves dana@kelleylawoffice.com cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Dana L Kaplan
  on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc. dana@kelleylawoffice.com cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Dana L Kaplan
  on behalf of Creditor Road Rich LLC d/b/a Road Rich Motors dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

David A Ray
  on behalf of Trustee Nicole Testa Mehdipour dray@draypa.com simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com

David B Marks
  on behalf of Creditor Philip T. Gori brett.marks@akerman.com charlene.cerda@akerman.com

David B Marks
  on behalf of Creditor Millco Atwater LLC brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks
  on behalf of Creditor Edward Brown brett.marks@akerman.com charlene.cerda@akerman.com

David B Marks
  on behalf of Creditor John Wittig brett.marks@akerman.com charlene.cerda@akerman.com

David M Unseth
  on behalf of Creditor Hi Bar Capital LLC dmunseth@bclplaw.com

David R. Softness
  on behalf of Creditor FVP Servicing LLC a Delaware limited liability company david@softnesslaw.com

David R. Softness
  on behalf of Creditor FVP Opportunity Fund III LP david@softnesslaw.com

David R. Softness
  on behalf of Creditor FVP Investments LLC, a Delaware limited liability company david@softnesslaw.com

Dennis J LeVine, Esq
  on behalf of Interested Party JPMorgan Chase Bank N.A. Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Eric J Silver

| | |
|---|---|
| | on behalf of Creditor BENIDT INVESTMENTS/SLINGER LLC esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com |
| Eric N Assouline, Esq | on behalf of Witness Austin Business Finance LLC and Xan Myburgh ena@assoulineberlowe.com, ah@assoulineberlowe.com |
| Eric S Pendergraft | on behalf of Creditor Edvard Dessalines ependergraft@slp.law dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eric S Pendergraft | on behalf of Creditor Johnie Floyd Weems III ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law |
| Eyal Berger, Esq. | on behalf of Creditor John Wittig eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Edward Brown eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Philip T. Gori eyal.berger@akerman.com jeanette.martinezgoldberg@akerman.com |
| Eyal Berger, Esq. | on behalf of Creditor Milco Atwater LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Ezequiel Joseph Romero | on behalf of Creditor Hi Bar Capital LLC romeroe@bryancave.com, zeke.romero30@gmail.com |
| Gavin N Stewart | on behalf of Creditor Ally Bank bk@stewartlegalgroup.com |
| Hampton Peterson, Esq | on behalf of Creditor Palm Beach County Tax Collector legalservices@PBCTax.com |
| Harry Winderman | on behalf of Defendant Scott Zankl harry4334@hotmail.com lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Harry Winderman | on behalf of Interested Party Scott Zankl harry4334@hotmail.com lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Harry Winderman | on behalf of Interested Party Karma of Broward Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Harry Winderman | on behalf of Defendant Kristen Zankl harry4334@hotmail.com lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Harry Winderman | on behalf of Interested Party Karma of Palm Beach Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Harry Winderman | on behalf of Debtor EXCELL Auto Group Inc. harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com |
| Harry J Ross, Esq | on behalf of Interested Party Svetlana Petrovna Gorodova hross@hjrlaw.com jerri@hjrlaw.com |
| Harry J Ross, Esq | on behalf of Interested Party Alexey Alekseyevich Gorodova hross@hjrlaw.com jerri@hjrlaw.com |
| Ivan J Reich, Esq | on behalf of Defendant Kenneth Goodman as Trustee ireich@nasonyeager.com, msmith@nasonyeager.com |
| Ivan J Reich, Esq | on behalf of Creditor Kenneth J. Goodman as Trustee of the DCG 2008 Irrevocable Wealth Trust ireich@nasonyeager.com msmith@nasonyeager.com |
| Ivan J Reich, Esq | on behalf of Creditor DCG 2008 Irrevocable Wealth Trust ireich@nasonyeager.com msmith@nasonyeager.com |
| James B Miller | on behalf of Creditor 1001 Clint Moore LLC bkcmiami@gmail.com |
| James B Miller | on behalf of Creditor Auto Wholesale of Boca LLC bkcmiami@gmail.com |
| James B Sowka | on behalf of Creditor Karma Automotive LLC jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com |
| James Randolph Liebler | |

District/off: 113C-9     User: admin     Page 4 of 5
Date Rcvd: Aug 07, 2023     Form ID: CGFCRD3H     Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor Westlake Services LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| James Randolph Liebler | |
| | on behalf of Creditor Westlake Flooring Company LLC jrlii@lgplaw.com, mkv@lgplaw.com |
| Jason S Rigoli, Esq. | |
| | on behalf of Trustee Nicole Testa Mehdipour jrigoli@furrcohen.com yfernandez@furrcohen.com;staff1@furrcohen.com |
| Jason S Rigoli, Esq. | |
| | on behalf of Plaintiff Nicole Mehdipour jrigoli@furrcohen.com yfernandez@furrcohen.com;staff1@furrcohen.com |
| Jay L Farrow | |
| | on behalf of Creditor Moshe Farache jay@farrowlawfirm.com |
| Jay L Farrow | |
| | on behalf of Creditor MMS Ultimate Services Inc. jay@farrowlawfirm.com |
| Jay L Farrow | |
| | on behalf of Creditor 1001 Clint Moore LLC jay@farrowlawfirm.com |
| Jeffrey J Saunders | |
| | on behalf of Creditor United Community Bank d/b/a Seaside Bank and Trust JJS@crarybuchanan.com rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com |
| Jerrell A Breslin | |
| | on behalf of Creditor FVP Servicing LLC a Delaware limited liability company jb@jsjb.law, eservice@jsjb.law |
| Jerrell A Breslin | |
| | on behalf of Creditor FVP Investments LLC, a Delaware limited liability company jb@jsjb.law, eservice@jsjb.law |
| Jerrell A Breslin | |
| | on behalf of Creditor FVP Opportunity Fund III LP jb@jsjb.law, eservice@jsjb.law |
| Joaquin J Alemany | |
| | on behalf of Creditor Shrayber Land Inc. joaquin.alemany@hklaw.com, HAPI@HKLAW.COM |
| John D. Segaul | |
| | on behalf of Creditor Tim Olesijuk john@segaul.com court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net |
| John E Page | |
| | on behalf of Creditor Johnie Floyd Weems III jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com |
| John E Page | |
| | on behalf of Creditor Edvard Dessalines jpage@slp.law dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com |
| Jonathan T Crane | |
| | on behalf of Trustee Nicole Testa Mehdipour jcrane@furrcohen.com staff1@furrcohen.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Interested Party Tarek Aboualazzm office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Interested Party Frederick Middleton office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Creditor Richard Greenberg office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Interested Party Aaron Parkinson office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Interested Party Columbus Day Finance LLC office@rorlawfirm.com, 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Creditor Andrew Greenberg office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Interested Party Stefano Riga office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Jordan L Rappaport, Esq | |
| | on behalf of Creditor Richard Applegate office@rorlawfirm.com 1678370420@filings.docketbird.com |
| Mark A Levy, Esq | |
| | on behalf of Creditor Chad Zakin mark.levy@brinkleymorgan.com sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com |
| Mark E Steiner | |
| | on behalf of Creditor Westlake Services LLC MES@lgplaw.com, pm@lgplaw.com |
| Mark E Steiner | |

| | |
|---|---|
| District/off: 113C-9 | User: admin        Page 5 of 5 |
| Date Rcvd: Aug 07, 2023 | Form ID: CGFCRD3H      Total Noticed: 1 |

on behalf of Creditor Westlake Flooring Company LLC MES@lgplaw.com, pm@lgplaw.com

Melissa A. Campbell
    on behalf of Creditor BAL Investments LLC mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com

Michael Foster
    on behalf of Trustee Nicole Testa Mehdipour michael@youngfoster.com admin@youngfoster.com

Michael Foster
    on behalf of Plaintiff Nicole Testa Mehdipour michael@youngfoster.com admin@youngfoster.com

Michael D Lessne
    on behalf of Creditor Moshe Farache michael@lessne.law

Mitchell A Dinkin, Esq.
    on behalf of Creditor Savannah Row Development Company LLC mdinkin@madlegal.net, lucyd@madlegal.net

Nathan G Mancuso
    on behalf of Creditor Excell Auto Sport and Service Inc. ngm@mancuso-law.com

Nicole Testa Mehdipour
    on behalf of Plaintiff Nicole Mehdipour nicolem@ntmlawfirm.com cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour
    Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour
    on behalf of Trustee Nicole Testa Mehdipour Trustee@ntmlawfirm.com TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Paul E Wilson
    on behalf of Creditor Daimler Trust pwilson@paulwilsonesq.com

Paul E Wilson
    on behalf of Creditor Mercedes Benz Financial Services USA LLC. pwilson@paulwilsonesq.com

Paul A Avron, Esq.
    on behalf of Interested Party Andrew Todd McNeill pavron@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Paul A Avron, Esq.
    on behalf of Interested Party Christopher Todd Bludworth pavron@bergersingerman.com efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com

Peter D. Spindel
    on behalf of Creditor Tulocay Farm Inc. peterspindel@gmail.com, peterspindelcmecf@gmail.com

Philip J Landau
    on behalf of Creditor Michael Halperin phil@landau.law plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com

Stephen C Breuer
    on behalf of Creditor David Amsel stephen@breuer.law genna@breuer.law,stephen@ecf.courtdrive.com

Thomas G Zeichman
    on behalf of Creditor Prestige Luxury Cars LLC tzeichman@bmulaw.com, G67999@notify.cincompass.com

Travis A Harvey
    on behalf of Creditor BAL Investments LLC tharvey@butler.legal

Winston I Cuenant
    on behalf of Creditor Frederick Hall winston@cuenantlaw.com drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com

Zach B Shelomith
    on behalf of Creditor Woodside Credit LLC zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com

Zachary J Bancroft
    on behalf of Creditor BAL Investments LLC zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com

TOTAL: 104

Form CGFCRD3H  (07/20/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22−12790−EPK

Chapter: 7

**In re:**
EXCELL Auto Group, Inc.
1001 Clint Moore Road
Suite 101
Boca Raton, FL 33487
EIN: 80−0344450

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Erik P. Kimball to consider the following:

**First Interim Application for Compensation for Alan R Crane, Special Counsel, Period: 4/11/2022 to 5/31/2023, Fee: $1,016,920.00, Expenses: $14,255.74. Filed by Attorney Alan R Crane (443)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** August 30, 2023
   **Time:** 01:30 PM
   **Location:** Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or manually enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

   All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above−described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

4. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

5. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities.

Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

**Dated: 8/7/23**                                           **CLERK OF COURT**
                                                             By: Dawn Leonard
                                                             Courtroom Deputy