

**ORDERED in the Southern District of Florida on August 14, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              Case No. 22-12790-EPK
                                                                    Chapter 7
**EXCELL AUTO GROUP, INC.,**

    Debtor.
_____/

### ORDER (I) CONTINUING HEARING ON MOTION TO APPEAR PRO HAC VICE AND (II) DIRECTING PROPOSED VISITING ATTORNEY TO COMPLY WITH LOCAL RULE 2090-1

This matter came before the Court for hearing on August 9, 2023, upon the *Motion to Appear Pro Hac Vice* [ECF No. 431, the "Motion"]. In the Motion, Bernard L. Egozi, Esq. requests the admission *pro hac vice* of Shanna M. Kaminski, Esq., who proposes to act as counsel for Spin Capital and Joshua Lubin.

Local Rule 2090-1 provides that, generally, lawyers who are not members of the bar of the United States District Court for the Southern District of Florida are not permitted to engage in general practice in the District. For purposes of the rule, the filing of more than three motions to appear pro hac vice within a 365-day period in separate cases before the

courts of the United States District Court for the Southern District of Florida are presumed to be a "general practice." The local rule provides, in relevant part, that "[t]he proposed visiting attorney must certify that he or she has not filed more than three pro hac vice motions in different cases in this District within the last 365 days." The *Affidavit of Proposed Visiting Attorney* attached to the Motion at ECF No. 431 fails to include this certification.

Accordingly, the Court ORDERS and ADJUDGES as follows:

1. The hearing on the *Motion to Appear Pro Hac Vice* [ECF No. 431] is continued to August 30, 2023 at 1:30 p.m. The hearing will be held at the United States Bankruptcy Court, The Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E. If a party is unable to register online, please call Dawn Leonard, Courtroom Deputy, at 561-514-4143. All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

2. Not later than August 25, 2023, Bernard L. Egozi, Esq. must file an amended *Affidavit of Proposed Visiting Attorney* signed by Shanna M. Kaminski, Esq. The

amended affidavit must comply with Local Rule 2090-1. In particular, the amended affidavit must be the current version of LF-44 (rev. 04/11/23) and must include a certification that the proposed visiting attorney has not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

###

Copy to:
Bernard Egozi, Esq.

*Bernard Egozi, Esq. shall serve a copy of this Order on all appropriate parties and file a certificate of service.*