## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### West Palm Beach Division
**www.flsb.uscourts.gov**

In re:

EXCELL AUTO GROUP, INC.,

    Debtor.

_____/

Case No. 22-12790-EPK

Chapter 7

## RE-NOTICE OF RULE 2004 EXAMINATION DUCES TECUM

Milco Atwater, LLC ("Milco"), by and through undersigned counsel, gives notice that it will examine **Scott Thomas Zankl**, under oath on **September 6, 2023 at 9:00 a.m.** at the offices of **Landau Law, PLLC, 3010 N. Military Trail, Suite 318, Boca Raton, Florida 33431.** The examination may continue from day to day until completed. If the examinee receives this notice less than 14 days prior to the scheduled examination date, the examination will be rescheduled upon timely request to a mutually agreeable time and date.

The examination is being conducted pursuant to Rule 2004, *Federal Rules of Bankruptcy Procedure*, and Local Rule 2004-1, *Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Florida,* and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

All interested parties that plan on attending the examination should contact the undersigned counsel's office to confirm that the examination is going forward on the scheduled date and time before attending as the date and time may change.

72318690;1

Dated: August 18, 2023

Respectfully submitted,

By: */s/ Eyal Berger*
Eyal Berger, Esq.
Florida Bar No.: 011069
Email: eyal.berger@akerman.com
D. Brett Marks, Esq.
Florida Bar Number: 099635
Email: brett.marks@akerman.com
Amanda Klopp, Esq.
Florida Bar Number: 124156
Email: amanda.klopp@akerman.com
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301-2999
Tel: 954-463-2700
Fax: 954-463-2224
*Counsel for Milco Atwater, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case.

*/s/ Eyal Berger*
Eyal Berger, Esq.

72318690;1