UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**In re:**

**EXCELL AUTO GROUP, INC.,**                                     Case No. 22-12790-EPK
                                                                                       Chapter 7

      **Debtor.**

_____/

RE-NOTICE OF RULE 2004 EXAMINATION
DUCES TECUM OF SCOTT ZANKL
[Deposition previously scheduled for August 22, 2023]

COMES NOW, Interested Party, Michael Halperin, by and through undersigned counsel, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedures and Local Rule 2004-1, hereby gives notice that he shall examine **Scott Zankl, as an authorized representative of the Debtor, Excell Auto Group, Inc.**, ("Deponent") under oath on **September 6, 2023 at 9:00 a.m.,** at the law offices of Landau Law, PLLC, 3010 N. Military Trail, Suite 318, Boca Raton, Florida 33431.

The examination may continue from day to day until completed. If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the examination.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to all parties registered to receive notice and to the parties listed below in the manner indicated on the 18th day of August 2023.

    Respectfully submitted,

    **LANDAU LAW, PLLC**
    Counsel for Michael Halperin
    3010 N. Military Trail, Suite 318
    Boca Raton, Florida 33431
    Telephone: 561-443-0802
    Email: phil@landau.law

    By:  */s/ Philip Landau*
          Florida Bar. No. 0504017