**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

In re:                                                    **Case No. 22-12790-EPK**

**EXCELL AUTO GROUP, INC.**
                                                         **Chapter 7**

      Debtor.

_____/

**_AMENDED_ CHAPTER 7 TRUSTEE'S _EX PARTE_ APPLICATION TO EMPLOY**
**DOCUMENT MANAGEMENT SOLUTIONS, INC. AS AUCTIONEER**
*(amended solely in connection with a proposed sale of 2018 BMW and 2013 Dodge Ram 5500)*

NICOLE TESTA MEHDIPOUR, Trustee (the "Trustee"), pursuant to 11 U.S.C. §327(a) and Local Rule 6005-1 applies for entry of an Order approving the employment of Carina Avila of Document Management Solutions, Inc. ("DMS") (the "Auctioneer"), subject to the terms and conditions herein, relative to a proposed auction of the Debtor's 2018 BMW 7601, (VIN# WBA7H6C58JG614866) and the 2013 Dodge Ram 5500, (VIN# 3C7WRMDL7DG588303) (the "Vehicles").

1.      The Trustee believes that the highest and best value for the vehicles will be generated pursuant to an online auction and that such auction is in the best interest of the estate.

2.      The proposed Auctioneer is disinterested within the meaning of 11 U.S.C. §101(14) and §327(a), pursuant to the Affidavit of Auctioneer, attached hereto as part of **_Composite Exhibit A_**.

3.      The Auctioneer is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statues §468.381 et.seq. or §468.387 for out-of-state auctioneers.  In addition, Auctioneer has obtained an annual blanket bond of $100,000.00 which is in place and is greater than the revenues expected to be generated by the proposed auction of the property or combination of auctions.  The bond is issued by a surety company approved by the Department of the Treasury, and the bond is in favor of the United States of America.  A copy of the license and bond are attached to the Affidavit of Auctioneer as part of **_Composite Exhibit A_**.

4.      The maximum amount of costs to be expensed by and reimbursed to the Auctioneer for each vehicle for the listing fee, towing and maintenance fee, vehicle preparation, CarFax Reports, storage and administration fees, are detailed on **_Exhibit B_**.

5.      Compensation of the Auctioneer will be ten percent (10%) return, based on the gross revenue from the sale of each of the vehicles.

6.      The Trustee will serve copies of the Order granting this motion together with the notice of sale in accordance with Bankruptcy Rules 6004(a)(2) and 2002(a)(2) and (c)(1), and Local Rule 6005-1(E).

7.      Upon completion of the auction, the Auctioneer will file a report summarizing the results of the auction and stating the fees and expenses which will be paid to Auctioneer in accordance with the Order approving the retention.  The report shall be served only on the U.S. Trustee, the Trustee and any other interest party who specifically requests a copy.  The fees and expenses will be paid without the necessity of further notice or hearing unless any party in interest files an objection within fourteen (14) days from the filing of the report.

WHEREFORE, Trustee, NICOLE TESTA MEHDIPOUR, moves for the entry of an Order granting this Application, approving the revised retention and compensation of Auctioneer, solely in connection with a proposed sale of the Vehicles, upon the terms and conditions stated herein.

Respectfully submitted this 21st day of August, 2023.


/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880

**EXHIBIT A**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                            Case No.: 22-12790-EPK
**EXCELL AUTO GROUP INC.**                        Chapter 7
Debtor.

_____ /

**AFFIDAVIT OF CARINA AVILA**
**FOR DOCUMENT MANAGEMENT SOLUTIONS, INC. AS PROPOSED AUCTIONEER**

STATE OF FLORIDA          )
COUNTY OF BROWARD          )

        BEFORE ME, the undersigned authority, this date did personally appear, Document
Management Solutions, Inc., who being duly sworn under Oath, deposes and states:

1.  I submit this Affidavit in support of the *Chapter 7 Trustee's Ex Parte Application to Employ Document
    Management Solutions, Inc. as Auctioneer* (the "Application"). I have read the Application and affirm
    all factual statements made therein as true, accurate and correct.

2.  DMS is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of
    Florida pursuant to Florida Statues §468.381 et seq. or §468.387 for out-of-state auctioneers.

3.  In addition, I have obtained an annual blanket bond of $100,000 which is in place and is greater than
    the revenues expected to be generated by the proposed auction of the property or combination of
    auctions. The bond is issued by a surety company approved by the Department of the Treasury, and the
    bond is in favor of the United States of America. Copies are attached. True copies are the license and
    bond are attached hereto.

4.  I have no connections to the Debtor, the estate, the Trustee (other than serving as auctioneer in unrelated
    cases) or the U.S. Trustee, and am a disinterested person as required by 11 U.S.C. §327(a).

5.  I understand that the Court, in its discretion, may alter the terms and conditions of employment and
    compensation as deemed appropriate.

        I declare under penalty of perjury that the foregoing is true and correct.

**FURTHER AFFIANT SAYETH NAUGHT**

**CARINA AVILA, for**
**Document Management Solutions, Inc.**
The foregoing instrument was acknowledged before me this __7__ day of ᴶᵁᴺᴱ , 2022.



Notary Public, State of Florida

My Commission Expires:

Notary Public State of Florida
Lilibeth Cedeno
My Commission
HH 164572
Exp. 8/12/2025

Ron DeSantis, Governor

Julie I. Brown, Secretary

Florida
dbpr

# STATE OF FLORIDA
# DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION

## FLORIDA BOARD OF AUCTIONEERS

THE AUCTION BUSINESS HEREIN IS LICENSED UNDER THE
PROVISIONS OF CHAPTER 468, FLORIDA STATUTES

# DOCUMENT MANAGEMENT SOLUTIONS, INC.

DMS, INC.
4701   SW 51 STREET

DAVIE            FL 33314

**LICENSE NUMBER: AB3922**

**EXPIRATION DATE:  NOVEMBER 30, 2023**

Always verify licenses online at MyFloridaLicense.com



Do not alter this document in any form.

This is your license. It is unlawful for anyone other than the licensee to use this document.

# Western Surety Company

## VERIFICATION CERTIFICATE
TO VERIFY THAT A CONTINUOUS FORM OF
BOND OR POLICY HAS NOT BEEN CANCELLED

This is to certify that the Dishonest/Fidelity Bond No. **61158326**, in the amount of **$200,000** issued by **Western Surety Company**, as Surety and on behalf of **Document Management Solutions, Inc., located at 4701 SW 51st Street, Davie, FL 33314**, as Principal, and effective September 01, 2011 is a continuous instrument covering an indefinite term, is now in full force and effect and has been renewed for an additional one year term beginning on September 01, 2022.  This bond will continue in full force and effect until cancelled or terminated.

**Signed,** sealed and dated this **12th** day of **July**, **2022**.

**Western Surety Company**

_____
*Clinton J, Diers, Attorney-in-Fact*

## **EXHIBIT B**

| **Description** | **Retrieval Fee** | **Preparation Fee** | **Storage Administrative Fee** | **CarFax Report** | **Estimated Listing Fee** |
|---|---|---|---|---|---|
| 2018 BMW 7601 (VIN# WBA7H6C58JG614866) | $750.00 | $200.00 | April 2022-September 2023 $350.00 Per Month =$5,950.00 | $100.00 | $150.00 |
| 2013 Dodge Ram (VIN# C7WRMDL7DG588303) | $750.00 | $200.00 | April 2022-September 2023 $300.00 per month =$5,100.00 | $100.00 | $150.00 |

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
**www.flsb.uscourts.gov**

In re:                                                                    Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.,**

                                                                         **Chapter 7**

                    **Debtor(s)**
_____/

***AMENDED* ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION TO RETAIN DOCUMENT MANAGEMENT SOLUTIONS. INC., AS AUCTIONEER IN CONNECTION WITH THE SALE OF THE 2018 BMW AND 2013 DODGE RAM 5500**

        **THIS MATTER** having come before the Court upon the *Amended* Chapter 7 Trustee's *Ex Parte* Application for Approval of Employment of Carina Avila of Document Management Solutions, Inc., ("DMS") as Auctioneer in Connection with the Sale of the 2018 BMW AND THE 2013 DODGE RAM 5500 (ECF #   ), (the "Application") pursuant to  11 U.S.C. §327(a), Bankruptcy Rule 2014 and

Local Rule 6005-1 [ECF No.____], seeking the entry of an Order approving the retention of Carina Avila of DMS, Inc., (the "Auctioneer"), subject to the terms and conditions delineated therein, relative to an auction of property of the Debtor's estate referenced in the Application.  The Application was considered *ex parte,* and the Court finds that no notice of hearing was necessary upon the circumstances.  The Court having considered the record, as related to the sale of the estate's interest in the Motorcycle referenced in the Application, finds good cause to approve the retention and compensation of DMS, Inc. pursuant to the terms and conditions stated in the Application.

Thereupon, it is

**ORDERED AND ADJUDGED** that:

1.      The Amended Application is **GRANTED** solely as to a terms and conditions of the retention in connection with a proposed sale of the 2018 BMW and the 2013 Dodge Ram 5500. All other terms and conditions of the *Order Approving Trustee's Ex Parte Application to Retain Document Management Solutions. Inc., as Auctioneer in Connection with the Sale of Vehicles* [ECF No. 259] shall remain in full force and effect.

2.      The Auctioneer shall sell the Vehicles utilizing E-Bay Motors' website, with compensation to be set at ten percent (10%) return, based on the gross revenue.  The maximum amount of costs and expenses to be expended by and reimbursed to the Auctioneer as detailed per vehicle in ***Exhibit B*** to the Motion.

3.      The Trustee shall serve this Order on all creditors together with service of the notice of proposed auction sale pursuant to Bankruptcy Rule 6002, 2002(a)(2) and 2002(c)(1), as well as Local Rule 6005-1.

4.      Upon the completion of the auction, DMS, Inc. shall file a report summarizing the results of the auction and stating the fees and expenses which will be paid in accordance with this Order.  The report shall be served only on the U.S. Trustee, the Trustee and any other interested party

who specifically requests a copy.  The Trustee is authorized to pay the fees and expenses, as referenced

in paragraph 2 of this Order, without the necessity of further notice or hearing, unless any party in

interest files an objection within fourteen (14) days from the filing of the report.

###

**Submitted by:**
Nicole Testa Mehdipour, Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308

*(Trustee Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August 21, 2023, via the Court's CM/ECF electronic mail notification system, and via U.S. mail to all parties as indicated below.

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour

### <u>*Sent via CM/ECF*</u>

- **Joaquin J Alemany**    joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**    abarbee@brileyfin.com
- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Charles Wade Bowden**    bowdenw@gtlaw.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Alan R Crane**    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Jonathan T Crane**    jcrane@furrcohen.com, staff1@furrcohen.com
- **Winston I Cuenant**    winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **Bernard L. Egozi**    begozi@egozilaw.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**    tharvey@butler.legal
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Michael D Lessne**    michael@lessne.law

- **Mark A Levy**    mark.levy@brinkleymorgan.com,
  sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman**    brett@elrolaw.com,
  eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com,
  cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com,
  TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **Ari Newman**    newmanar@gtlaw.com,
  perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **John E Page**    jpage@slp.law,
  dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**    ependergraft@slp.law,
  dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**    legalservices@PBCTax.com
- **Jordan L Rappaport**    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**    dray@draypa.com,
  simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**    ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**    jrigoli@furrcohen.com,
  yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**    romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**    hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**    JJS@crarybuchanan.com,
  rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**    john@segaul.com,
  court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**    zbs@lss.law,
  info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**    bss@slp.law,
  dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**    david@softnesslaw.com
- **Christian Somodevilla**    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**    jsowka@seyfarth.com,
  ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**    peterspindel@gmail.com, peterspindelcmecf@gmail.com

- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**    bk@stewartlegalgroup.com
- **David M Unseth**    dmunseth@bclplaw.com
- **Paul E Wilson**    pwilson@paulwilsonesq.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**    tzeichman@bmulaw.com, G67999@notify.cincompass.com

### _Served via First Class U.S. Mail:_

Luxury Lease Company LLC
210 Summit Ave, Suite C4
Montvale, NJ 07645

Ally Bank Lease Trust - Assignor to Vehicle
Asset Universal Leasing Trust (a.k.a.
"VAULT TRUST", or "V.A.U.L. Trust", or
"VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

Rilyn A. Carnahan
Greenspoon Marder, LLP
525 Okeechobee Blvd
Suite 900
West Palm Beach, FL 33401

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Alan R. Crane
2255 Glades Road Suite 419A
Boca Raton, FL 33431

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446