UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re

EXCELL AUTO GROUP, INC.,

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Amended Notice of Intent to Serve Subpoena on Lillian Roberts* [ECF No. 459] was served via CM/ECF to those parties registered to receive electronic notice of filing in this case on the dates indicated below.

Dated: August 22, 2023

    FURR AND COHEN, P.A.
*Special Counsel for Creditor*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532

By: /s/ Jason S. Rigoli
Jason S. Rigoli
Florida Bar No.: 091990
E-Mail: jrigoli@furrcohen.com

**By Notice of Electronic Filing:** ECF No. 442 was served on August 17, 2023 to all parties registered with CM/ECF to receive electronic notices