**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Case No. 22-12790-BKC-EPK** |
| | **Chapter 7** |
| **EXCELL AUTO GROUP, INC.** | |
|     **Debtor.** | |
| _____/ | |

**TRUSTEE'S NOTICE OF AUCTION SALE PURSUANT TO RULE 6004 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE AND 11 U.S.C. §363(B) AND (F)**

*PURSUANT TO BANKRUPTCY RULE 6004 AND LOCAL RULE 6004-1(D) THIS PROPOSED SALE WILL BE DEEMED APPROVED WITHOUT THE NECESSITY OF HEARING OR ORDER IF NO OBJECTION TO THE SALE IS FILED AND SERVED WITHIN 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE.*

**TO: ALL CREDITORS AND PARTIES IN INTEREST**

**NOTICE IS HEREBY GIVEN THAT:**

NICOLE TESTA MEHDIPOUR, the Chapter 7 Trustee (The "Trustee") for the bankruptcy estate of EXCELL AUTO GROUP, INC. hereby files this Notice of Sale Pursuant to Rule 6004 of the Federal Rules of Bankruptcy Procedure, Local Rule 6004-1(D) and 11 U.S.C. §363(b) and (f), and respectfully states as follows:

1. The Debtor filed a voluntary petition for bankruptcy relief under Chapter 7 of Title 11 of the Bankruptcy Code on August 8, 2022 [ECF No. 1] and Nicole Testa Mehdipour was duly appointed as the Chapter 7 Trustee in the case [ECF No. 2].

2. The Trustee seeks authorization to sell the Debtor's Vehicle, specifically, a 2018 BMW 7601, (VIN# WBA7H6C58JG614866) (the "Vehicle").

3. The Vehicle is owned by the Debtor, and research has not uncovered any liens, claims or encumbrances on the Vehicle.

4. Document Management Solutions, Inc. ("DMS"), was approved by Amended Order on August 24, 2023 [ECF No. 466], as the Trustee's auctioneer for the purpose of conducting the Auction. The Trustee proposes selling the Vehicle by way of E-Bay Motor's Online Vehicle Auction Sale (the "<u>Auction</u>"), free and clear of all liens, claims and encumbrances, with those liens, claims and encumbrances to attach to the proceeds of the sale.

5. The Auctioneer has agreed to be compensated ten percent (10%) based on the gross revenue from the sale of the vehicle. The maximum amount of costs and expenses to be expended by and reimbursed to the Auction for the vehicle which will be paid from the proceeds generate from the Auction is as follows:

| **Description** | **Retrieval Fee** | **Preparation Fee** | **Storage Administrative Fee** | **CarFax Report** | **Estimated Listing Fee** |
|---|---|---|---|---|---|
| 2018 BMW 7601 (VIN# WBA7H6C58JG614866) | $750.00 | $200.00 | April 2022-September 2023 $350.00 Per Month =$5,950.00 | $100.00 | $150.00 |

6. The Vehicle shall be listed for sale on E-Bay and shall not close until 21 days service of this Notice. **THE SALE IS 'AS-IS" AND "WHERE IS" AND WITHOUT ANY WARRANTIES OR REPRESENATIONS OF ANY NATURE.**

7. The highest bidder shall be required to pay by cash or cashier's check, and the sale shall be final. The sale shall also be subject to any other terms and conditions as announced by the Auctioneer at the Auction.

8. The Auction proceeds shall be held in trust by the Auctioneer, in accordance with applicable law, and remitted to the estate within two (2) weeks of the Auction.

9. Any objections to the sale must be in writing, filed with the Clerk of the Bankruptcy Court and served upon Nicole Testa Mehdipour, the Chapter 7 Trustee.

**WHEREFORE**, the Trustee seeks to sell the Vehicle via online Auction upon the terms and conditions as set forth herein.

Respectfully submitted this 25th day of August, 2023.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee
Chapter 7 Trustee
6278 North Federal Highway
Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August 25, 2023, via the Court's CM/ECF electronic mail notification system and via U.S. mail to the Debtors, EXCELL AUTO GROUP, INC., and to all parties as indicated below and on the attached service list.

/s/ Nicole Testa Mehdipour, Trustee
Nicole Testa Mehdipour, Trustee

*Sent via CM/ECF*

- Joaquin J Alemany    joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- Eric N Assouline    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Paul A Avron    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- Zachary J Bancroft    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- Alan Barbee    abarbee@brileyfin.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Charles Wade Bowden    bowdenw@gtlaw.com
- Jerrell A Breslin    jb@jsjb.law, eservice@jsjb.law
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Melissa A. Campbell    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- Alan R Crane    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Jonathan T Crane    jcrane@furrcohen.com, staff1@furrcohen.com

- Winston I Cuenant    winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Bernard L. Egozi    begozi@egozilaw.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    jay@farrowlawfirm.com
- Michael Foster    michael@youngfoster.com, admin@youngfoster.com
- Travis A Harvey    tharvey@butler.legal
- Dana L Kaplan    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Philip J Landau    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Michael D Lessne    michael@lessne.law
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Brett D Lieberman    brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- James B Miller    bkcmiami@gmail.com
- Ari Newman    newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com

- Jason S Rigoli    jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- Jeffrey J Saunders    JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- John D. Segaul    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- Zach B Shelomith    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Christian Somodevilla    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- James B Sowka    jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- Peter D. Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Gavin N Stewart    bk@stewartlegalgroup.com
- David M Unseth    dmunseth@bclplaw.com
- Paul E Wilson    pwilson@paulwilsonesq.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

**_Sent via U.S. Mail_**:   See below and the attached mailing matrix.

Luxury Lease Company LLC
210 Summit Ave, Suite C4
Montvale, NJ 07645

Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

Rilyn A. Carnahan
Greenspoon Marder, LLP
525 Okeechobee Blvd
Suite 900
West Palm Beach, FL 33401

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Alan R. Crane
2255 Glades Road Suite 419A
Boca Raton, FL 33431

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446

```
Label Matrix for local noticing          Luxury Lease Company LLC               1001 Clint Moore, LLC                   Mercedes Benz Financial Services USA, LLC.   Milco Atwater, LLC                       Milco Atwater, LLC
113C-9                                   210 Summit Ave,  Suite C4              6560 W Rogers Circle                    14372 Heritage Parkway                        c/o Eyal Berger                          201 E Las Olas Blvd #1800
Case 22-12790-EPK                        Montvale, NJ 07645-1500                Suite B27                               Fort Worth, TX 76177-3300                     201 Las Olas Blvd #1800                  Fort Lauderdale, FL 33301-4442
Southern District of Florida                                                    Boca Raton, FL 33487-2746                                                             Fort Lauderdale, FL 33301-4442
West Palm Beach
Fri Aug 25 10:11:31 EDT 2023

Ally Bank                                Ally Bank Lease Trust - Assignor to Vehicle   Ally Bank, c/o AIS Portfolio Services, LLC    Palm Beach County Tax Collector          Prestige Luxury Cars, LLC                Quad Funding Partners, LLC
P. O. Box 5703                           4515 N Santa Fe Ave. Dept. APS                4515 N Santa Fe Ave. Dept. APS                c/o Hampton Peterson Esq                 c/o Thomas G. Zeichman                   Attn: Eric Nicholsberg
Clearwater, FL 33758-5703                Oklahoma City, OK 73118-7901                  Oklahoma City, OK 73118-7901                  POB 3715                                 2385 Executive Center Drive,  Suite 250  3303 W. Commercial Blvd #190
                                                                                                                                     West Palm Beach, FL 33402-3715           Boca Raton, FL 33431-8511                Fort Lauderdale, FL 33309-3412

Austin Business Finance, LLC and Xan Myburgh   Auto Wholesale of Boca, LLC        BAL Investments, LLC                    Road Rich, LLC d/b/a Road Rich Motors         Savannah Row Development Company, LLC    Shrayber Land, Inc.
c/o Eric N. Assouline, Esq.              6560 W Rogers Circle                    c/o Zachary J. Bancroft,  Esq.          c/o Kelley, Fulton, Kaplan & Eller PL         c/o M.A. Dinkin Law Firm, P.L.L.C.       c/o Joaquin J. Alemany, Esq.
Assouline & Berlowe, P.A.                Suite B27                               Baker Donelson, et al.                  1665 Palm Beach Lakes Blvd., Ste. 1000        3319 SR 7, Suite 303                     HOLLAND & KNIGHT LLP
100 SE 2nd Street                        Boca Raton, FL 33487-2746               200 S. Orange Ave., Ste.  2900          West Palm Beach, FL 33401-2109                Wellington, FL 33449-8147                701 Brickell Ave., Suite 3300
Suite 2105                                                                       Orlando, FL 32801-3448                                                                                                         Miami, FL 33131-2898
Miami, FL 33131-2100

BENUDY INVESTMENTS/SLINGER, LLC          Chapford Credit Opportunities Fund LP   Chapford Specialty Finance LLC          Spin Capital LLC a/k/a Spin Capital            Tulocay Farm, Inc.                       United Community Bank d/b/a Seaside Bank and
c/o Eric J. Silver, Esq.                 c/o Scott Rose, Esq.                    c/o Scott Rose, Esq.                    2999 NE 191st Street, Suite 407                c/o Peter Spindel, Esq., P.A.            Crary Buchanan, P.A.
150 West Flagler Street                  201 Broad Street, Suite 500             201 Broad Street, Suite 500             Aventura, FL 33180-3383                        POB 835063                               759 SW Federal Highway
Suite 2200                               Stamford, CT 06901-2004                 Stamford, CT 06901-2004                                                                Miami, FL 33283-5063                     Suite 106
Miami, FL 33130-1545                                                                                                                                                                                             Stuart, FL 34994-2972

Columbus Day Finance, LLC                DCG 2008 Irrevocable Wealth Trust       Dainler Trust                           Westlake Flooring Company, LLC                 Westlake Services, LLC                   Woodside Credit, LLC
c/o Jordan L. Rappaport, Esq             c/o Ivan J. Reich                       c/o Paul Wilson                         c/o Liebler Gonzalez & Portuondo               c/o Liebler Gonzalez & Portuondo         c/o Zach B. Shelomith, Esq.
Rappaport Osborne & Rappaport, PLLC      750 Park of Commerce Blvd, Suite 210    1776 N. Pine Island Rd., Suite 308      44 West Flagler Street                         44 West Flagler Street                   2699 Stirling Rd # C401
1300 N Federal Hwy #203                  Boca Raton, FL 33487-3611               Plantation, FL 33322-5235               25th Floor                                     25th Floor                               Fort Lauderdale, FL 33312-6598
Boca Raton, FL 33432-2848                                                                                                Miami, FL 33130-1808                           Miami, FL 33130-1808

EXCELL Auto Group, Inc.                  Excell Auto Sport and Service, Inc.     FVP Investments, LLC, a Delaware limited lia   1001 Clint Moore, LLC                   22 Capital                               A&A Publishing Corp d/b/a The Boca Raton Obs
1001 Clint Moore Road                    c/o Nathan G. Mancuso                   c/o David R. Softness, Esq.             c/o James B. Miller, P.A.                     1900 Glades Road                         7700 Congress Avenue Ste 3115
Suite 101                                7777 Glades Rd., Suite 100              201 South Biscayne Boulevard #2740      19 West Flagler Street,  Suite 416            Suite 540                                Boca Raton, FL 33487-1357
Boca Raton, FL 33487-2830                Boca Raton, FL 33434-4150               Miami, FL 33131-4332                    Miami, FL 33130-4419                          Boca Raton, FL 33431-7378

FVP Opportunity Fund III, LP             FVP Servicing, LLC a Delaware limited liabil   Franklin Capital Funding, LLC    AJA Realty                                     AMEX TRS Co., Inc.                        Aaron Parkinson
c/o David R. Softness, Esq.              c/o David R. Softness, Esq.             c/o Shraiberg Page, PA                  16850 Charles River Drive                     c/o Becket and Lee LLP                   1361 SW 21st St
201 South Biscayne Boulevard #2740       201 South Biscayne Boulevard #2740      2385 NW Executive Center Dr., #300      Delray Beach, FL 33446-0010                   PO Box 3001                              Boca Raton, FL 33486-6646
Miami, FL 33131-4332                     Miami, FL 33131-4332                    Boca Raton, FL 33431-8530                                                              Malvern PA 19355-0701

Graves Directional Drilling Inc. a/k/a Grave   Hi Bar Capital, LLC               Integrated Vehicle Leasing, Inc.        Aaron Parkinson                                Alpine Business Capital                  Auto Wholesale Boca
c/o Kelley, Fulton, Kaplan & Eller PL    2111 57th Street                        c/o Moritt Hock & Hamroff LLP           Frederik Middleton                            99 Wall Street                           6560 West Rogers Circle
1665 Palm Beach Lakes Blvd., Ste. 1000   Brooklyn, NY 11204-2081                 Attn.: Theresa A. Driscoll, Esq.        1361 SW 21st St                                New York, NY 10005-4301                  Suite B27
West Palm Beach, FL 33401-2109                                                   400 Garden City Plaza                   Boca Raton, FL 33486-6646                                                              Boca Raton, FL 33487-2746
                                                                                 Garden City, NY 11530-3327

JPMorgan Chase Bank, N.A.                Karma Automotive, LLC                   Karma of Broward, Inc.                  Auto Wholesale of Boca, LLC                   BAL Investments                          Chad Zakin
c/o Dennis J. LeVine                     c/o James B. Sowka                      c/o Weiss Handler & Cornwell, PA        c/o James B. Miller, P.A.                     1114 Ashton Trace                        c/o Mark A. Levy, Esq.
4919 Memorial Hwy, Ste 135               233 South Wacker Drive,, IL 60606       2255 Glades Road                        19 West Flagler Street,  Suite 416            Atlanta, GA 30319-2681                   Brinkley Morgan
Tampa, FL 33634-7510                                                             Suite 205E                              Miami, FL 33130-4419                                                                   100 SE Third Ave, 23rd Floor
                                                                                 Boca Raton, FL 33431-7391                                                                                                     Fort Lauderdale, FL 33394-0002

Karma of Palm Beach, Inc.                Kenneth J. Goodman as Trustee of the DCG 200   MWS Ultimate Services, Inc.     Chapford Specialty Finance LLC                 DCG 2008 Irrevocable Wealth Trust        DCG Trust
c/o Weiss, Handler & Cornwell, PA        Nason, Yeager, Gerson, Harris & Fumero  7241 Catalina Isle Drive                c/o James C. Moon, Esquire                    c/o Kenneth J. Goodman, as Trustee       c/o Kenny Goodman
2255 Glades Road, Suite 205E             750 Park of Commerce Blvd., Ste. 210    Lake Worth, FL 33467-7746               Meland Budwick, P.A.                          1001 East Telecom Drive                  1928 Thatch Palm Drive
Boca Raton, FL 33431-7391                Boca Raton, FL 33487-3611                                                       200 S. Biscayne Blvd., Ste 3200               Boca Raton, FL 33431-4422                Boca Raton, FL 33432-7457
                                                                                                                         Miami, FL 33131-5323
```

```
David Amsel                          (c)EAG WHOLESALE, LLC/OLP EAG, LLC    Ed Brown                         (c)OLP EAG, LLC                   Office of the US Trustee
c/o Breuer Law, PLLC                 C/O SIMON & SIGALOS, LLC              152 Bears Club Drive             C/O SIMON & SIGALOS, LLP          51 S.W. 1st Ave.
6501 Congress Ave., Ste. 240         3839 NW 2ND AVE STE 100               Jupiter, FL 33477-4203           3839 NW 2ND AVE STE 100           Suite 1204
Boca Raton, FL 33487-2840            BOCA RATON FL 33431-5862                                               BOCA RATON FL 33431-5862          Miami, FL 33130-1614

Edward Dessalines                    Edward Brown                          Edward M. Brown                  (c)PEAK FINANCE, LLC              Phil Gori
6160 Kelty Way                       c/o Eyal Berger, Esq.                 c/o Brett Marks, Esquire         C/O SIMON & SIGALOS, LLP          195 W. Alexander Palm Road
Lake Worth, FL 33467-6117            Akerman LLP                           Akerman LLP                      3839 NW 2ND AVE STE 100           Boca Raton, FL 33432-8602
                                     201 East Las Olas Blvd., Suite 1800   201 East Las Olas Blvd.          BOCA RATON FL 33431-5862
                                     Fort Lauderdale, FL 33301-4442        Suite 1600
                                                                           Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP          FVP Opportunity Fund III, LP          Fedex Corporate Services Inc     Prestige Luxury Motors            Richard Applegate
c/o David Softness, Esq.             c/o David Softness, Esq.              3965 Airways Blvd, Module G, 3rd Floor   4301 Oak Circle           c/o Jordan L. Rappaport
201 S. Biscayne Blvd.                201 S. Biscayne Blvd.                 Memphis, TN 38116-5017           Suite 25                          1300 N. Federal Hwy #203
Suite 2740                           Suite 2740                                                             Boca Raton, FL 33431              Boca Raton, FL 33432-2848
Miami, FL 33131                      Miami, FL 33131-4332                                                   Shrayber Land
                                     david@softnesslaw.com  33131-4332                                      15700 Dallas Parkway  33431-4258

First Citizens Bank & Trust Comapny  Franklin Capital Funding, LLC         Frederick Hall                   Shrayber Land                     Stefano Riga
PO Box 593007                        c/o Bradley S. Shraiberg, Esq.        200 N. Palm Ave                  15700 Dallas Parkway, Suite 11    c/o Jordan L. Rappaport
San Antonio, TX 78259-0200           2385 NW Executive Center Dr., #300    Indialantic, FL 32903-3165       Dallas, TX 75248-3306             1300 N. Federal Hwy Suite 203
                                     Boca Raton, FL 33431-8530                                                                                Boca Raton, FL 33432-2848

Geoffrey Thomas Keable               Get Backed                            Graves Directional Drilling Inc.                                   TBF
Lawrence A. Caplan, P.A.             2101 Interstate 35                    c/o Kelley, Fulton, Kaplan & Eller, PL   Stephen Breuer            1407 Broadway
1375 Gateway Blvd                    4th Floor                             1665 Palm Beach Lakes Blvd., Ste 1000    Breuer Law, PLLC          New York, NY 10018-5100
Boynton Beach, FL 33426-8304         Austin, TX 78741-3800                 West Palm Beach, FL 33401-2109   6501 Congress Avenue
                                                                                                            Suite 240
                                                                                                            Boca Raton, FL 33487-2840

Green Bucket Investments             Haley Walker                          IPFS Corporation                 TVT Direct Funding LLC            Theresa A. Driscoll
Aaron Parkinson                      c/o Olive Judd, P.A.                  30 Montgomery Street             65 West 36th Street, Floor 12     Moritt Hock & Hamroff
6700 N Andrews Ave 3 Fl              2426 East Las Olas Blvd.              Suite 501                        New York, NY 10018-7935           400 Garden City Plaza
Ft. Laud., FL 33309-2204             Fort Lauderdale, FL 33301-1573        Jersey City, NJ 07302-3821                                         Garden City, NY 11530-3327

Integrated Vehicle Leasing Inc.      Jack Brennan                          Jack Brennan                     Timothy Olesijuk                  United Healthcare Insurance Company
Theresa A. Driscoll                  GrayRobison, P.A.                     GrayRobison, P.A.                c/o John D. Segaul, Esq.          Attn CDM/Bankruptcy
Moritt Hock & Hamroff LLP            301 E. Pine Street, Suite 1400        301 E. Pine Street, Suite 1400   300 S. Pine Island Rd #304        185 Asylum St-03B
400 Garden City Plaza                Orlando, FL 32801-2798                Orlando, FL 32801-2741           Plantation FL 33324-2621          Hartford CT 06103-3408
Garden City, NY 11530-3327

Johnie Floyd Weems, III              Karma Palm Beach Inc. & Karma of Broward Inc   Karma of Palm Beach Inc. & Karma of Broward   Wing Lake Capital Partners   Alan Barbee
1199 S. Federal Highway, Suite 423   c/o Harry Winderman, Esq.             c/o Harry Winderman, Esq.        32300 Northwestern Highway        1400 Centerpark Blvd Suite 860
Boca Raton, FL 33432-7335            Weiss, Handler & Cornwell, PA         Weiss, Handler & Cornwell, PA    Suite 200                         Suite 860
                                     2255 Glades Road, Suite 205E          2255 Glades Road, Suite 205E     Farmington Hills, MI 48334-1501   West Palm Beach, FL 33401-7421
                                     Boca Raton, FL 33431-7392             Boca Raton, FL 33431-7392

Lillian Roberts                      MXT Solutions, LLC                    Mike Halperin                    Aaron Parkinson                   Andrew Greenberg
6360 NW 42nd Avenue                  2101 Interstate 35, 4th Floor         5820 Harrington Way              c/o Jordan L. Rappaport Esq       c/o Jordan L Rappaport
Coconut Creek, Florida 33073         Austin, TX 78741-3800                 Boca Raton, FL 33496-2511        1300 N Federal Hwy #203           1300 N Federal Hwy #203
Coconut Creek, FL 33073-3262                                                                                Boca Raton, FL 33432-2848         Boca Raton, FL 33432-2848

Mike Halperin                        Millco-Atwater, LLC                   Moshe Farache and                Alexey Alekseyevich Gorodova      C. Wade Bowden
c/o Philip J. Landau, Esq.           c/o D. Brett Marks, Esquire           MMS Ultimate Services, Inc.      1100 S Miami Avenue               777 S. Flagler Drive, Suite 300
3010 N. Military Trail, Suite 318    201 East Las Olas Blvd. - Suite 1800  c/o James B. Miller, P.A.        Apt 1210                          West Palm Beach, FL 33401-6167
Boca Raton, FL 33431-6300            Fort Lauderdale, Florida 33301-4442   19 West Flagler Street, Suite 416  Miami, FL 33130-4164
                                                                           Miami, FL 33130-4419

                                                                           Andrew Todd McNeill              Bradley Skorepa                   Parkview
                                                                           c/o Paid A. Avron                c/o Brett D. Lieberman            400 Main Street
                                                                           201 E. Las Olas Boulevard, Suite 1500   20200 W. Dixie Hwy, Suite 905   Stamford, CT 06901-3000
                                                                           Fort Lauderdale, FL 33301-4439   Miami, FL 33180-1926

                                                                                                                                              Prestige Luxury Cars, LLC
                                                                                                                                              70 SE 4TH AVE
                                                                                                                                              DELRAY BEACH, FL 33483-4514

                                                                                                                                              Savannah Row
                                                                                                                                              30 SE 15th Avenue
                                                                                                                                              Boca Raton, FL 33432

                                                                                                                                              Spin Capital
                                                                                                                                              1968 S. Coast Highway
                                                                                                                                              Suite 5021
                                                                                                                                              Laguna Beach, CA 92651-3681

                                                                                                                                              The Gori Family Limited Partnership
                                                                                                                                              c/o D. Brett Marks, Esquire
                                                                                                                                              Akerman LLP
                                                                                                                                              201 East Broward Blvd.
                                                                                                                                              Suite 1800
                                                                                                                                              Fort Lauderdale, Florida 33301

                                                                                                                                              United Community Bank d/b/a Seaside Bank and
                                                                                                                                              Crary Buchanan, P.A.
                                                                                                                                              759 S.W. Federal Highway, Suite 106
                                                                                                                                              Stuart, FL 34994-2972

                                                                                                                                              Alan R. Crane
                                                                                                                                              2255 Glades Road Suite 419A
                                                                                                                                              Boca Raton, FL 33431-7379
```

```
Carina Avila                        Chad Zakin                          Christopher Todd Bludworth          Nicole Testa Mehdipour
DMS Inc                             c/o Mark A. Levy                    c/o Paid A. Avron                   United States Bankruptcy Trustee
4701 SW 51st St                     100 SE Third Avenue, 23rd Floor     201 E. Las Olas Boulevard, Suite 1500   6278 North Federal Highway Suite 408
Davie, FL 33314-5503                Fort Lauderdale, FL 33394-0002      Fort Lauderdale, FL 33301-4439      Ft Lauderdale, FL 33308

David Amsel                         David Unseth                        Edvard Dessalines
c/o Breuer Law, PLLC                211 North Broadway, Suite 3600      c/o John E. Page                    Addresses marked (c) above for the following entity/entities were corrected
6501 Congress Avenue                St. Louis, MO 63102-2726            2385 NW Executive Center Dr, Suite 300   as required by the USPS Locatable Address Conversion System (LACS).
Suite 240
Suite 240
Boca Raton, FL 33487-2840                                               Boca Raton, FL 33431-8530

Edward Brown                        Frederick Hall                      Frederick Middleton                 OLP EAG, LLC                        Peak Finance, LLC
c/o Eyal Berger                     Cuenant & Pennington P.A.           c/o Jordan L. Rappaport Esq         c/o Simon & Sigalos, LLP            c/o Simon & Sigalos, LLP
201 Las Olas Blvd #1800             c/o Winston Cuenant                 1300 N Federal Hwy #203             3839 NW Boca Raton Blvd. #100       3839 NW Boca Raton Blvd #100
Fort Lauderdale, FL 33301-4442      101 NE 3rd Avenue                   Boca Raton, FL 33432-2848           Boca Raton, FL 33431                Boca Raton FL 33431
                                    Suite #1500
                                    Fort Lauderdale, FL 33301-1181

Harry Winderman                     John Wittig                         Joshua Lubin
Harry Winderman, ESQ.               c/o Eyal Berger                     2999 NE 191st Street, Suite 407
2255 Glades Road                    201 Las Olas Blvd #1800             Aventura, FL 33180-3383
Suite 205e                          Fort Lauderdale, FL 33301-4442
Boca Raton, FL 33431-7391                                                                                   The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

Kristen Zankl                       Michael Halperin                    Michael R. Bakst, Trustee           (d)Graves Directional Drilling, Inc.    (d)Moshe Farache and MMS Ultimate Services, I
16937 Pierre Circle                 c/o Philip Landau                   P.O Box 407                         c/o Kelley, Fulton, Kaplan & Eller, PL   c/o James B. Miller, P.A.
Delray Beach, FL 33446-3693         Landau Law, PLLC                    West Palm Beach, FL 33402-0407      1665 Palm Beach Lakes Blvd., Ste 1000    19 West Flagler Street, Suite 416
                                    3010 N. Military Trail                                                  West Palm Beach, FL 33401-2109          Miami, FL 33130-4419
                                    Suite 318
                                    Boca Raton, FL 33431-6300

Moshe Farache                       (p)NICOLE TEST MEHDIPOUR            Philip T. Gori                      (u)Parkinson Super Pty LTD          (d)Savannah Row Development Company, LLC
6560 W. Rogers Circle Suit B27      6278 NORTH FEDERAL HIGHWAY SUITE 408   c/o Eyal Berger                  c/o Aaron Parkinson                 c/o M.A. Dinkin Law Firm, P.L.L.C.
Boca Raton, FL 33487-2746           FORT LAUDERDALE FL 33308-1916       201 Las Olas Blvd #1800             19 Oatland Esp, Unit 26             3319 SR 7, Suite 303
                                                                        Fort Lauderdale, FL 33301-4442      Runaway Bay QLD 4216                Wellington FL 33449-8147

Richard Applegate                   Richard Greenberg                   Rilyn A. Carnahan                   (d)Shrayber Land, Inc.              (u)Johnie Floyd Weems, III
c/o Jordan L. Rappaport             c/o Jordan L Rappaport              Greenspoon Marder, LLP              c/o Joaquin J. Alemany, Esq.
Suite 203, Squires Building         1300 N Federal Hwy #203             525 Okeechobee Blvd                 Holland & Knight LLP
1300 North Federal Highway          Boca Raton, FL 33432-2848           Suite 900                           701 Brickell Ave., Suite 3300
Boca Raton, FL 33432-2801                                               West Palm Beach, FL 33401-6306      Miami, FL 33131-2898

Scott Zankl                         Stefano Riga                        Steven Graves                       (d)Woodside Credit, LLC
16937 Pierre Circle                 c/o Jordan L Rappaport              c/o Kelley, Fulton, Kaplan & Eller PL   2699 Stirling Rd # C401
Delray Beach, FL 33446-3693         1300 N Federal Hwy, Ste 203         1665 Palm Beach Lakes Blvd., Ste. 1000   Fort Lauderdale, FL 33312-6598
                                    Boca Raton, FL 33432-2848           West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova          Tarek Aboualazzm                    Tim Olesijuk                        EAG Wholesale, LLC/OLP EAG, LLC     End of Label Matrix
1100 S Miami Avenue                 c/o Jordan L. Rappaport, Esq        c/o John D. Segaul                  c/o Simon & Sigalos, LLC            Mailable recipients    146
Apt 1210                            1300 N Federal Hwy, Ste 203         300 S. Pine Island Road, Suite 304  3839 NW Boca Raton Blvd. #100       Bypassed recipients      9
Miami, FL 33130-4164                Boca Raton, FL 33432-2848           Plantation, FL 33324-2621           Boca Raton, FL 33431                Total                  155

                                                                                                            (u)West Palm Beach                  (u)Parkinson Holdings LTD
                                                                                                                                                c/o Aaron Parkinson
                                                                                                                                                19 Oatland Esp, Unit 26
                                                                                                                                                Runaway Bay QLD 4216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).