**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                              Case No.  22-12790-EPK
                                                    Chapter  7

**EXCELL AUTO GROUP, INC.**


_____Debtor_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Amended Order Approving Trustee's Ex Parte Application to Retain Document Management Solutions, Inc. as Auctioneer In Connection with the Sale of the 2018 BMW and 2013 Dodge Ram 5500 (ECF No. 466)* was served via CM/ECF on August 24, 2023 and served together with the *Trustee's Notice of Auction Sale Pursuant to Rule of Federal Rules of Bankruptcy Procedure and 11 U.S.C. §363(B) and (F) (ECF #467)* via First Class U.S. Mail on August 25, 2023 as indicated below and on the attached service matrix list.

                                              /s/ Nicole Testa Mehdipour
                                              Nicole Testa Mehdipour
                                              Chapter 7 Trustee
                                              6278 North Federal Highway
                                              Suite 408
                                              Fort Lauderdale, FL 33308
                                              Tel: (954) 858-5880
                                              Email: trustee@ntmlawfirm.com


*Sent via CM/ECF Notification:*

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- **Eric N Assouline**   ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com

- **Eyal Berger**    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Charles Wade Bowden**    bowdenw@gtlaw.com
- **Jerrell A Breslin**    jb@jsjb.law, eservice@jsjb.law
- **Stephen C Breuer**    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- **Alan R Crane**    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Jonathan T Crane**    jcrane@furrcohen.com, staff1@furrcohen.com
- **Winston I Cuenant**    winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net, lucyd@madlegal.net
- **Bernard L. Egozi**    begozi@egozilaw.com
- **C Craig Eller**    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**    jay@farrowlawfirm.com
- **Michael Foster**    michael@youngfoster.com, admin@youngfoster.com
- **Travis A Harvey**    tharvey@butler.legal
- **Dana L Kaplan**    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp**    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau**    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Michael D Lessne**    michael@lessne.law
- **Mark A Levy**    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman**    brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- **James Randolph Liebler**    jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**    bkcmiami@gmail.com
- **Ari Newman**    newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- **Ezequiel Joseph Romero**   romeroe@bryancave.com, zeke.romero30@gmail.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **Jeffrey J Saunders**   JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart**   bk@stewartlegalgroup.com
- **David M Unseth**   dmunseth@bclplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com

<u>*Sent via First Class U.S. Mail:*</u>  To all parties listed below and on the attached service list.

Luxury Lease Company LLC
210 Summit Ave, Suite C4
Montvale, NJ 07645

Ally Bank Lease Trust - Assignor to
Vehicle Asset Universal Leasing Trust
(a.k.a. "VAULT TRUST", or "V.A.U.L.
Trust", or "VAULT", or "V.A.U.L.T."), c/o
AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

Rilyn A. Carnahan
Greenspoon Marder, LLP
525 Okeechobee Blvd
Suite 900
West Palm Beach, FL 33401

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Alan R. Crane
2255 Glades Road Suite 419A
Boca Raton, FL 33431

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446

```
Label Matrix for local noticing          Luxury Lease Company LLC                 1001 Clint Moore, LLC                    Mercedes Benz Financial Services USA, LLC.   Milco Atwater, LLC
113C-9                                    210 Summit Ave,  Suite C4                6560 W Rogers Circle                     14372 Heritage Parkway                        c/o Eyal Berger
Case 22-12790-EPK                         Montvale, NJ 07645-1500                  Suite B27                                Fort Worth, TX 76177-3300                     201 Las Olas Blvd #1800
Southern District of Florida                                                       Boca Raton, FL 33487-2746                                                              Fort Lauderdale, FL 33301-4442
West Palm Beach
Fri Aug 25 10:11:31 EDT 2023

Ally Bank                                 Ally Bank Lease Trust - Assignor to Vehicle   Ally Bank, c/o AIS Portfolio Services, LLC   Palm Beach County Tax Collector      Prestige Luxury Cars, LLC
P. O. Box 5703                            4515 N Santa Fe Ave. Dept. APS          4515 N Santa Fe Ave. Dept. APS           c/o Hampton Peterson Esq                      c/o Thomas G. Zeichman
Clearwater, FL 33758-5703                 Oklahoma City, OK 73118-7901            Oklahoma City, OK 73118-7901             POB 3715                                       2385 Executive Center Drive, Suite 250
                                                                                                                           West Palm Beach, FL 33402-3715                 Boca Raton, FL 33431-8511

Austin Business Finance, LLC and Xan Myburgh   Auto Wholesale of Boca, LLC         BAL Investments, LLC                     Road Rich, LLC d/b/a Road Rich Motors         Savannah Row Development Company, LLC
c/o Eric N. Assouline, Esq.                6560 W Rogers Circle                    c/o Zachary J. Bancroft, Esq.            c/o Kelley, Fulton, Kaplan & Eller PL         c/o M.A. Dinkin Law Firm, P.L.L.C.
Assouline & Berlowe, P.A.                  Suite B27                               Baker Donelson, et al.                   1665 Palm Beach Lakes Blvd., Ste. 1000        3319 SR 7, Suite 303
100 SE 2nd Street                          Boca Raton, FL 33487-2746               200 S. Orange Ave., Ste. 2900            West Palm Beach, FL 33401-2109                Wellington, FL 33449-8147
Suite 3105                                                                         Orlando, FL 32801-3448
Miami, FL 33131-2100

BENDIT INVESTMENTS/SLINGER, LLC           Chapford Credit Opportunities Fund LP    Chapford Specialty Finance LLC           Spin Capital LLC a/k/a Spin Capital           United Community Bank d/b/a Seaside Bank and
c/o Eric J. Silver, Esq.                  c/o Scott Rose, Esq.                     c/o Scott Rose, Esq.                     2999 NE 191st Street, Suite 407               Crary Buchanan, P.A.
150 West Flagler Street                   201 Broad Street, Suite 500              201 Broad Street, Suite 500              Aventura, FL 33180-3383                       759 SW Federal Highway
Suite 2200                                Stamford, CT 06901-2004                  Stamford, CT 06901-2004                                                                Suite 106
Miami, FL 33130-1545                                                                                                                                                      Stuart, FL 34994-2972

Columbus Day Finance, LLC                 DCG 2008 Irrevocable Wealth Trust        Dainler Trust                            Westlake Flooring Company, LLC                Westlake Services, LLC
c/o Jordan L. Rappaport, Esq              c/o Ivan J. Reich                        c/o Paul Wilson                          c/o Liebler Gonzalez & Portuondo              c/o Liebler Gonzalez & Portuondo
Rappaport Osborne & Rappaport, PLLC       750 Park of Commerce Blvd, Suite 210     1776 N. Pine Island Rd., Suite 308       44 West Flagler Street                        44 West Flagler Street
1300 N Federal Hwy #203                   Boca Raton, FL 33487-3611                Plantation, FL 33322-5235                25th Floor                                    25th Floor
Boca Raton, FL 33432-2848                                                                                                   Miami, FL  33130-1808                         Miami, FL  33130-1808

EXCELL Auto Group, Inc.                   Excell Auto Sport and Service, Inc.      FVP Investments, LLC, a Delaware limited lia   1001 Clint Moore, LLC                   22 Capital
1001 Clint Moore Road                     c/o Nathan G. Mancuso                    c/o David R. Softness, Esq.              c/o James B. Miller, P.A.                     1900 Glades Road
Suite 101                                 7777 Glades Rd., Suite 100               201 South Biscayne Boulevard #2740       19 West Flagler Street, Suite 416             Suite 540
Boca Raton, FL 33487-2830                 Boca Raton, FL 33434-4150                Miami, FL 33131-4332                     Miami, FL 33130-4419                          Boca Raton, FL 33431-7378

FVP Opportunity Fund III, LP              FVP Servicing, LLC a Delaware limited liabil   Franklin Capital Funding, LLC      AJA Realty                                    AMEX TRS Co., Inc.
c/o David R. Softness, Esq.               c/o David R. Softness, Esq.              c/o Shraiberg Page, PA                   16850 Charles River Drive                     c/o Becket and Lee LLP
201 South Biscayne Boulevard #2740        201 South Biscayne Boulevard #2740       2385 NW Executive Center Dr., #300       Delray Beach, FL 33446-0010                   PO Box 3001
Miami, FL 33131-4332                      Miami, FL 33131-4332                     Boca Raton, FL 33431-8530                                                              Malvern PA 19355-0701

Graves Directional Drilling Inc. a/k/a Grave   Hi Bar Capital, LLC                 Integrated Vehicle Leasing, Inc.         Aaron Parkinson                               Alpine Business Capital
c/o Kelley, Fulton, Kaplan & Eller PL     2111 57th Street                         c/o Moritt Hock & Hamroff LLP            Frederik Middleton                            99 Wall Street
1665 Palm Beach Lakes Blvd., Ste. 1000    Brooklyn, NY 11204-2081                  Attn.: Theresa A. Driscoll, Esq.         1361 SW 21st St                               New York, NY 10005-4301
West Palm Beach, FL 33401-2109                                                     400 Garden City Plaza                    Boca Raton, FL 33486-6646
                                                                                   Garden City, NY 11530-3327

JPMorgan Chase Bank, N.A.                 Karma Automotive, LLC                    Karma of Broward, Inc.                   Auto Wholesale of Boca, LLC                   BAL Investments
c/o Dennis J. LeVine                      c/o James B. Sowka                       c/o Weiss Handler & Cornwell, PA         c/o James B. Miller, P.A.                     1114 Ashton Trace
4919 Memorial Hwy, Ste 135                233 South Wacker Drive,, IL 60606        2255 Glades Road                         19 West Flagler Street, Suite 416             Atlanta, GA 30319-2681
Tampa, FL 33634-7510                                                               Suite 205E                               Miami, FL 33130-4419
                                                                                   Boca Raton, FL 33431-7391

Karma of Palm Beach, Inc.                 Kenneth J. Goodman as Trustee of the DCG 200   MWS Ultimate Services, Inc.        Chapford Specialty Finance LLC                DCG 2008 Irrevocable Wealth Trust
c/o Weiss, Handler & Cornwell, PA         Nason, Yeager, Gerson, Harris & Fumero   7241 Catalina Isle Drive                 c/o James C. Moon, Esquire                    c/o Kenneth J. Goodman, as Trustee
2255 Glades Road, Suite 205E              750 Park of Commerce Blvd., Ste. 210     Lake Worth, FL 33467-7746                Meland Budwick, P.A.                          1001 East Telecom Drive
Boca Raton, FL 33431-7391                 Boca Raton, FL 33487-3611                                                         200 S. Biscayne Blvd., Ste 3200               Boca Raton, FL 33431-4422
                                                                                                                            Miami, FL 33131-5323
```

| | | |
|---|---|---|
| David Amsel<br>c/o Breuer Law, PLLC<br>6501 Congress Ave., Ste. 240<br>Boca Raton, FL 33487-2840 | (c)EAG WHOLESALE, LLC/OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLC<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | (c)OLP EAG, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Parkview<br>400 Main Street<br>Stamford, CT 06901-3000 |
| Edward Dessalines<br>6160 Kelty Way<br>Lake Worth, FL 33467-6117 | Edward Brown<br>c/o Eyal Berger, Esq.<br>Akerman LLP<br>201 East Las Olas Blvd., Suite 1800<br>Fort Lauderdale, FL 33301-4442 | Ed Brown<br>152 Bears Club Drive<br>Jupiter, FL 33477-4203 | (c)PEAK FINANCE, LLC<br>C/O SIMON & SIGALOS, LLP<br>3839 NW 2ND AVE STE 100<br>BOCA RATON FL 33431-5862 | Phil Gori<br>195 W. Alexander Palm Road<br>Boca Raton, FL 33432-8602 | Prestige Luxury Cars, LLC<br>70 SE 4TH AVE<br>DELRAY BEACH, FL 33483-4514 |
| FVP Opportunity Fund III LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2740<br>Miami, FL 33131<br>david@softnesslaw.com  33131-4332 | FVP Opportunity Fund III, LP<br>c/o David Softness, Esq.<br>201 S. Biscayne Blvd.<br>Suite 2740<br>Miami, FL 33131 | Fedex Corporate Services Inc<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, TN 38116-5017 | Prestige Luxury Motors<br>4301 Oak Circle<br>Suite 25<br>Boca Raton, FL 33431<br>Shrayber Land<br>15700 Dallas Parkway  33431-4258 | Richard Applegate<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Savannah Row<br>30 SE 15th Avenue<br>Boca Raton, FL 33432 |
| First Citizens Bank & Trust Comapny<br>PO Box 593007<br>San Antonio, TX 78259-0200 | Franklin Capital Funding, LLC<br>c/o Bradley S. Shraiberg, Esq.<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Frederick Hall<br>200 N. Palm Ave<br>Indialantic, FL 32903-3165 | Shrayber Land<br>15700 Dallas Parkway, Suite 11<br>Dallas, TX 75248-3306 | Spin Capital<br>1968 S. Coast Highway<br>Suite 5021<br>Laguna Beach, CA 92651-3681 | Stefano Riga<br>c/o Jordan L. Rappaport<br>1300 N. Federal Hwy Suite 203<br>Boca Raton, FL 33432-2848 |
| Geoffrey Thomas Keable<br>Lawrence A. Caplan, P.A.<br>1375 Gateway Blvd<br>Boynton Beach, FL 33426-8304 | Get Backed<br>2101 Interstate 35<br>4th Floor<br>Austin, TX 78741-3800 | Graves Directional Drilling Inc.<br>c/o Kelley, Fulton, Kaplan & Eller, PL<br>1665 Palm Beach Lakes Blvd., Ste 1000<br>West Palm Beach, FL 33401-2109 | Stephen Breuer<br>Breuer Law, PLLC<br>6501 Congress Avenue<br>Suite 240<br>Boca Raton, FL 33487-2840 | TBF<br>333 River Street<br>Hoboken, NJ 07030-5856 | TVT<br>1407 Broadway<br>New York, NY 10018-5100 |
| Green Bucket Investments<br>Aaron Parkinson<br>6700 N Andrews Ave 3 Fl<br>Ft. Laud., FL 33309-2204 | Haley Walker<br>c/o Olive Judd, P.A.<br>2426 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301-1573 | IPFS Corporation<br>30 Montgomery Street<br>Suite 501<br>Jersey City, NJ 07302-3821 | TVT Direct Funding LLC<br>65 West 36th Street, Floor 12<br>New York, NY 10018-7935 | The Gori Family Limited Partnership<br>c/o D. Brett Marks, Esquire<br>Akerman LLP<br>201 East Broward Blvd.<br>Suite 1800<br>Fort Lauderdale, Florida 33301 | Theresa A. Driscoll<br>Moritt Hock & Hamroff<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 |
| Integrated Vehicle Leasing Inc.<br>Theresa A. Driscoll<br>Moritt Hock & Hamroff LLP<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | Jack Brennan<br>GrayRobison, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2798 | Jack Brennan<br>GrayRobison, P.A.<br>301 E. Pine Street, Suite 1400<br>Orlando, FL 32801-2741 | Timothy Olesijuk<br>c/o John D. Segaul, Esq.<br>300 S. Pine Island Rd #304<br>Plantation FL 33324-2621 | United Community Bank d/b/a Seaside Bank and<br>Crary Buchanan, P.A.<br>759 S.W. Federal Highway,  Suite 106<br>Stuart, FL 34994-2972 | United Healthcare Insurance Company<br>Attn CDM/Bankruptcy<br>185 Asylum St-03B<br>Hartford CT 06103-3408 |
| Johnie Floyd Weems, III<br>1199 S. Federal Highway, Suite 423<br>Boca Raton, FL 33432-7335 | Karma Palm Beach Inc. & Karma of Broward Inc<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Karma of Palm Beach Inc. & Karma of Broward<br>c/o Harry Winderman, Esq.<br>Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7392 | Wing Lake Capital Partners<br>32300 Northwestern Highway<br>Suite 200<br>Farmington Hills, MI 48334-1501 | Aaron Parkinson<br>c/o Jordan L. Rappaport Esq<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | Alan Barbee<br>1400 Centerpark Blvd Suite 860<br>Suite 860<br>West Palm Beach, FL 33401-7421 |
| Lillian Roberts<br>6360 NW 42nd Avenue<br>Coconut Creek, Florida 33073<br>Coconut Creek, FL 33073-3262 | MXT Solutions, LLC<br>2101 Interstate 35, 4th Floor<br>Austin, TX 78741-3800 | Mike Halperin<br>5820 Harrington Way<br>Boca Raton, FL 33496-2511 | Alan R. Crane<br>2255 Glades Road Suite 419A<br>Boca Raton, FL 33431-7379 | Alexey Alekseyevich Gorodova<br>1100 S Miami Avenue<br>Apt 1210<br>Miami, FL 33130-4164 | Andrew Greenberg<br>c/o Jordan L Rappaport<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 |
| Mike Halperin<br>c/o Philip J. Landau, Esq.<br>3010 N. Military Trail, Suite 318<br>Boca Raton, FL 33431-6300 | Millco-Atwater, LLC<br>c/o D. Brett Marks, Esquire<br>201 East Las Olas Blvd. - Suite 1800<br>Fort Lauderdale, Florida 33301-4442 | Moshe Farache and<br>MMS Ultimate Services, Inc.<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | Andrew Todd McNeill<br>c/o Paid A. Avron<br>201 E. Las Olas Boulevard, Suite 1500<br>Fort Lauderdale, FL 33301-4439 | Bradley Skorepa<br>c/o Brett D. Lieberman<br>20200 W. Dixie Hwy, Suite 905<br>Miami, FL 33180-1926 | C. Wade Bowden<br>777 S. Flagler Drive, Suite 300<br>West Palm Beach, FL 33401-6167 |

```
Carina Avila                    Chad Zakin                      Christopher Todd Bludworth      Nicole Testa Mehdipour
DMS Inc                         c/o Mark A. Levy                c/o Paid A. Avron               United States Bankruptcy Trustee
4701 SW 51st St                 100 SE Third Avenue, 23rd Floor 201 E. Las Olas Boulevard, Suite 1500  6278 North Federal Highway Suite 408
Davie, FL 33314-5503            Fort Lauderdale, FL 33394-0002  Fort Lauderdale, FL 33301-4439  Ft Lauderdale, FL 33308

David Amsel                     David Unseth                    Edvard Dessalines
c/o Breuer Law, PLLC            211 North Broadway, Suite 3600  c/o John E. Page                Addresses marked (c) above for the following entity/entities were corrected
6501 Congress Avenue            St. Louis, MO 63102-2726        2385 NW Executive Center Dr, Suite 300  as required by the USPS Locatable Address Conversion System (LACS).
Suite 240                                                       Boca Raton, FL 33431-8530
Suite 240
Boca Raton, FL 33487-2840

Edward Brown                    Frederick Hall                  Frederick Middleton             EAG Wholesale, LLC/OLP EAG, LLC     OLP EAG, LLC                    Peak Finance, LLC
c/o Eyal Berger                 Cuenant & Pennington P.A.       c/o Jordan L. Rappaport Esq     c/o Simon & Sigalos, LLP            c/o Simon & Sigalos, LLP        c/o Simon & Sigalos, LLP
201 Las Olas Blvd #1800         c/o Winston Cuenant             1300 N Federal Hwy #203         3839 NW Boca Raton Blvd. #100       3839 NW Boca Raton Blvd. #100   3839 NW Boca Raton Blvd #100
Fort Lauderdale, FL 33301-4442  101 NE 3rd Avenue               Boca Raton, FL 33432-2848       Boca Raton, FL 33431                Boca Raton, FL 33431            Boca Raton FL 33431
                                Suite #1500
                                Fort Lauderdale, FL 33301-1181

Harry Winderman                 John Wittig                     Joshua Lubin
Harry Winderman, ESQ.           c/o Eyal Berger                 2999 NE 191st Street, Suite 407
2255 Glades Road                201 Las Olas Blvd #1800         Aventura, FL 33180-3383            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.
Suite 205e                      Fort Lauderdale, FL 33301-4442
Boca Raton, FL 33431-7391

Kristen Zankl                   Michael Halperin                Michael R. Bakst, Trustee                                           (d)Graves Directional Drilling, Inc.   (d)Moshe Farache and MMS Ultimate Services, I
16937 Pierre Circle             c/o Philip Landau               P.O Box 407                     (u)West Palm Beach                  c/o Kelley, Fulton, Kaplan & Eller, PL  c/o James B. Miller, P.A.
Delray Beach, FL 33446-3693     Landau Law, PLLC                West Palm Beach, FL 33402-0407                                      1665 Palm Beach Lakes Blvd., Ste 1000   19 West Flagler Street, Suite 416
                                3010 N. Military Trail                                                                              West Palm Beach, FL 33401-2109          Miami, FL 33130-4419
                                Suite 318
                                Boca Raton, FL 33431-6300

Moshe Farache                   (p)NICOLE TEST MEHDIPOUR        Philip T. Gori                                                      (u)Parkinson Super Pty LTD              (d)Savannah Row Development Company, LLC
6560 W. Rogers Circle Suit B27  6278 NORTH FEDERAL HIGHWAY SUITE 408  c/o Eyal Berger                                               c/o Aaron Parkinson                     c/o M.A. Dinkin Law Firm, P.L.L.C.
Boca Raton, FL 33487-2746       FORT LAUDERDALE FL 33308-1916   201 Las Olas Blvd #1800                                             19 Oatland Esp, Unit 26                 3319 SR 7, Suite 303
                                                                Fort Lauderdale, FL 33301-4442                                      Runaway Bay QLD 4216                    Wellington FL 33449-8147

Richard Applegate               Richard Greenberg               Rilyn A. Carnahan                                                   (u)Parkinson Holdings LTD               (u)Johnie Floyd Weems, III
c/o Jordan L. Rappaport         c/o Jordan L Rappaport          Greenspoon Marder, LLP                                              c/o Aaron Parkinson
Suite 203, Squires Building     1300 N Federal Hwy #203         525 Okeechobee Blvd                                                 19 Oatland Esp, Unit 26
1300 North Federal Highway      Boca Raton, FL 33432-2848       Suite 900                                                           Runaway Bay QLD 4216
Boca Raton, FL 33432-2801                                       West Palm Beach, FL 33401-6306

Scott Zankl                     Stefano Riga                    Steven Graves                                                       (d)Shrayber Land, Inc.                  (d)Woodside Credit, LLC
16937 Pierre Circle             c/o Jordan L Rappaport          c/o Kelley, Fulton, Kaplan & Eller PL                               c/o Joaquin J. Alemany, Esq.            c/o Zach B. Shelomith, Esq.
Delray Beach, FL 33446-3693     1300 N Federal Hwy, Ste 203     1665 Palm Beach Lakes Blvd., Ste. 1000                              Holland & Knight LLP                    2699 Stirling Rd # C401
                                Boca Raton, FL 33432-2848       West Palm Beach, FL 33401-2109                                      701 Brickell Ave., Suite 3300           Fort Lauderdale, FL 33312-6598
                                                                                                                                    Miami, FL 33131-2898

Svetlana Petrovna Gorodova      Tarek Aboualazzm                Tim Olesijuk
1100 S Miami Avenue             c/o Jordan L. Rappaport, Esq    c/o John D. Segaul                                                  End of Label Matrix
Apt 1210                        1300 N Federal Hwy, Ste 203     300 S. Pine Island Road, Suite 304                                  Mailable recipients   146
Miami, FL 33130-4164            Boca Raton, FL 33432-2848       Plantation, FL 33324-2621                                           Bypassed recipients     9
                                                                                                                                    Total                 155
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).