

**ORDERED in the Southern District of Florida on August 31, 2023.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                                          Case No.  22-12790-EPK
                                                                                Chapter 7
**EXCELL AUTO GROUP, INC.**

         **Debtor.**
_____/

### ORDER APPROVING FIRST APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS MATTER came before the Court for hearing on August 30, 2023 at 1:30 p.m. (the "Hearing") upon the *First Interim Fee Application for Compensation and Reimbursement for Alan Barbee, Financial Advisor, Period: 4/11/2022 to 5/31/2023, Fee: $504,293.50, Expenses: $7,668.29* [ECF No. 444] (the "Application"). The Court having reviewed the Application and having taken into consideration 11 U.S.C. § 330 and each of the factors that govern the

reasonableness of fees as set forth in *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977) and *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974), having noted that all parties received adequate notice of the hearing and the Application, having noted that no objections have been interposed to the Application, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The Application [ECF No. 444] is **APPROVED**, as set forth herein, and the award of fees and costs for services rendered by the following professional on an interim basis is as follows:

Alan R. Barbee, CPA
GlassRatner Advisory & Capital Group, LLC
d/b/a B. Riley Advisory Services
*Financial Advisor to the Chapter 7 Trustee*
1400 Centrepark Boulevard, Suite 860
West Palm Beach, FL 33401

For the Time Period Covering: 04/11/2022 through 05/31/2023

| | |
|---|---:|
| Requested fees | $504,293.50 |
| Requested costs | $7,668.29 |
| **TOTAL FEES AND COSTS REQUESTED** | $511,961.79 |
| TOTAL AWARDED INTERIM FEES (80%): | $403,434.80 |
| TOTALAWARDED COSTS (100%): | $7,668.29 |
| **TOTAL FEES AND COSTS AWARDED:** | $411,103.09 |
| **20% Holdback of Fees** | $100,858.70 |
| Authorized Initial Payment of Fees | $97,430.44 |
| Authorized Initial Payment of Costs | $7,668.29 |
| **Authorized Initial Payment of Fees & Costs** | $105,098.73 |
| **Remainder of 80% Interim Award to be Paid** | $306,004.36 |

2. With respect to the Application, the following award represents a holdback of twenty percent (20%) of the fees expended, and provides for payment of eighty percent (80%) of

the fees expended, upon the availability of estate funds with the conditions set forth herein, and one-hundred percent (100%) of the expenses incurred during the Application Period.

3. The Chapter 7 Trustee is authorized to disburse the initial payments to the Applicant as set forth herein forthwith.

4. The Chapter 7 Trustee is further authorized to disburse the remainder of the interim award to the Applicant on a pro rata basis without further order of this Court, so long as the aggregate of such payments does not exceed 50% of the funds then held by the Chapter 7 Trustee, up to the full amount of the interim award.

5. Payment of the foregoing awarded fees and costs shall be without prejudice to seeking further awards of fees and costs.

6. The Court will consider payment of any holdback amounts at the time of Applicant's final application for the allowance and payment of compensation and reimbursement of expenses.

7. The Court reserves jurisdiction to interpret and enforce the terms of the Application and of this Order.

###

**Submitted by:**
Nicole Testa Mehdipour, Esquire
**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, PA**
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308

*(Attorney Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*