UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No. 22-12790-EPK
Chapter 7

Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the *Motion to Compel Production and for Contempt* **[ECF No. 475]** and *Notice of Hearing* **[ECF No. 476]** were served by ECF and/or U.S Mail to the parties listed below in the manner and date stated.

Dated: September 8, 2023

FURR AND COHEN, P.A.
*Attorneys for Chapter 7 Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: 561-395-0500
Facsimile: 561-338-7532

By: /s/ Jason S. Rigoli
Jason S. Rigoli
Florida Bar No.: 091990
E-Mail: jrigoli@furrcohen.com

**By Notice of Electronic Filing:** Served on September 8, 2023 to all parties registered with CM/ECF to receive electronic notice.

**By E-mail:** Served on September 8, 2023 upon Subpoena Response Unit – American Express (amexsru@aexp.com)

**By U.S. Mail:** Served on September 8, 2023 to the parties listed below.

American Express
Attn: Subpoena Response Unit
43 Butterfield Circle
El Paso, TX 79906

American Express Company
c/o CT Corporation, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

American Express Travel Related Company, Inc.
c/o CT Corporation, Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

American Express
Attn: Laureen E. Seeger, Chief Legal Officer
200 Vesey St Fl 50
New York City, New York 10285