UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 22-12790-EPK

**EXCELL AUTO GROUP, INC.,**  Chapter 7 Proceeding

      **Debtor.**
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2023, a copy of the Amended Notice to Parties Participating in Judicial Settlement Conference, (DE 474), was furnished to all counsel of record and those that receive electronic notice via CM/ECF, including but not limited to Trustee's counsel.

| Dated: September 8, 2023 | ASSOULINE & BERLOWE, P.A.<br>Miami Tower<br>100 SE 2nd St., Suite 3105<br>Miami, FL 33131<br>Telephone: (305) 567-5576<br>Facsimile: (305) 567-9343<br>Email: ena@assoulineberlowe.com<br><br>By:_____<br>    Eric N. Assouline<br>    Florida Bar No. 106143 |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I electronically filed the foregoing by using the CM/ECF system and served all parties who receive such electronic service.

                                   By:*/s/. Eric N. Assouline*
                                       Eric N. Assouline