**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-12790-BKC-EPK |
| **EXCELL AUTO GROUP, INC.** | Chapter 7 |
| Debtor._____/ | |

**NOTICE OF FILING**
**AMENDMENT TO COMPOSITE EXHIBIT A OF AFFIDAVIT OF CARINA AVILA**
**FOR DOCUMENT MANAGEMENT SOLUTIONS, INC. AS PROPOSED**
**AUCTIONEER**
*(Amendment to Affidavit solely to include Auctioneer's Address)*

**NICOLE TESTA MEHDIPOUR**, the Chapter 7 Trustee, hereby files this *Notice of Filing Amendment to Composite Exhibit A, to replace solely[1] the Affidavit of Carina Avila for Document Solutions, Inc. as Proposed Auctioneer, [ECF No. 477]*, to include the address of Document Management Solutions.

Dated: September 11, 2023

**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**

*General Counsel for Chapter 7 Trustee*
6278 N. Federal Highway, Suite 408
Fort Lauderdale, FL 33308
Tel: (954) 858-5880
Fax: (954) 208-0888

/s/ Nicole Testa Mehdipour
Nicole Testa Mehdipour
Florida Bar No. 177271
Nicole.Mehdipour@ntmlawfirm.com

---

[1] Original exhibits to the Affidavit remain unchanged.

**AMENDED AFFIDAVIT**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

**EXCELL AUTO GROUP INC.**

Debtor.

Case No.: 22-12790 EPK

Chapter 7

/

**AFFIDAVIT OF CARINA AVILA FOR**
**DOCUMENT MANAGEMENT SOLUTIONS INC. AS PROPOSED**
**AUCTIONEER**

STATE OF FLORIDA        )
COUNTY OF BROWARD   )

BEFORE ME, the undersigned authority, this date did personally appear Document Management Solutions Inc. who being duly sworn under Oath, deposes and states:

1. I submit this Affidavit in support of the Chapter 7 Trustee's Ex Parte Application to Employ Document Management Solutions, Inc. as Auctioneer (the "application) I have read the Application and affirm all factual statements made there in as true, accurate and correct.

2. DMS is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statues 468 381 et seq or 468 387 for out-of-state auctioneers.

3. In addition, I have obtained an annual blanket bond of $200,000 which is in place and is greater than the revenues expected to be generated by the proposed auction of the property or combination of auctions. The bond is issued by a surety company approved by the Department of the Treasury and the bond is in favor of the United States of America. True copies of the license and bond are attached hereto.

1

4. I have no connections to the Debtor, the estate, the Trustee (other than serving as auctioneer in unrelated cases) or the U.S. Trustee, and am a disinterested person as required by 11 U S C 327 (a)

5. I understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as deemed appropriate.

I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Carina Avila
DMS, Inc.
4701 SW 51 St
Davie Fl 33314


THE FOREGOING INSTRUMENT was acknowledged before me this 8 day of September, 2023.

_____
Notary Public, State of Florida

My Commission Expires:

Notary Public State of Florida
Lilibeth Cedeno
My Commission
HH 164572
Exp. 8/12/2025

2