**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(WEST PALM BEACH DIVISION)**
www.flsb.uscourts.gov

In re:                                                                                   Case No. 22-12790-EPK

**EXCELL AUTO GROUP, INC.**                                          Chapter  7

    Debtor(s).
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy were served as follows:

    (1)    *Trustee's Motion for Entry of an Order: (I) Authorizing Sale of Orange County Custom Ferrari Motorcycle; (II) Approving Bidding Procedures and Form and Manner of Notices of Sale; (III) Approving Trustee's Retention of Document Management Solutions, Inc.; and (IV) Approving Sale of Estate Property Free and Clear of Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363(B) and (F), [ECF No. 477]*, was served on September 8, 2023, was served via the Court's CM/ECF electronic mail notification system and, on September 11, 2023, via U.S. Mail to all parties as indicated on the attached service list;

    *(2)*    *Notice of Hearing on Application to Employ Carina Avila of Document Management Solutions as Auctioneer [Affidavit Attached], Motion to Sell Free and Clear of Liens (2014 Orange County Custom−Made Ferrari Motorcycle with VIN Ending 170885, Color Black) pursuant to 11 USC 363 (F)* (ECF No. 480], was served on September 11, 2023, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties as indicated on the attached service list;

    (3)    *Notice of Filing Amendment to Composite Exhibit A, to replace solely the Affidavit of Carina Avila for Document Solutions, Inc. as Proposed Auctioneer, [ECF No. 481]*, was served on September 11, 2023, via the Court's CM/ECF electronic mail notification system and via U.S. Mail to all parties as indicated on the attached service list.

    Dated:   September 12, 2023

                                                                           **LAW OFFICE OF NICOLE TESTA MEHDIPOUR, P.A.**
                                                                           *Counsel for Chapter 7 Trustee*
                                                                           6278 North Federal Highway, Suite 408
                                                                           Fort Lauderdale, FL 33308
                                                                           Tel: (954) 858-5880 Fax: (954) 208-0888

                                                                           By:   /s/ Nicole Testa Mehdipour
                                                                                  Nicole Testa Mehdipour
                                                                                  Florida Bar No. 177271
                                                                                  Nicole.M@ntmlawfirm.com

*Sent via CM/ECF:*

- Joaquin J Alemany    joaquin.alemany@hklaw.com, HAPI@HKLAW.COM
- Eric N Assouline    ena@assoulineberlowe.com, ah@assoulineberlowe.com
- Paul A Avron    pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- Zachary J Bancroft    zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- Alan Barbee    abarbee@brileyfin.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Charles Wade Bowden    bowdenw@gtlaw.com
- Jerrell A Breslin    jb@jsjb.law, eservice@jsjb.law
- Stephen C Breuer    stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- Melissa A. Campbell    mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;cranderson@bakerdonelson.com;bkcts@bakerdonelson.com
- Alan R Crane    acrane@furrcohen.com, yfernandez@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- Jonathan T Crane    jcrane@furrcohen.com, staff1@furrcohen.com
- Winston I Cuenant    winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- Mitchell A Dinkin    mdinkin@madlegal.net, lucyd@madlegal.net
- Bernard L. Egozi    begozi@egozilaw.com
- C Craig Eller    celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- Jay L Farrow    jay@farrowlawfirm.com
- Michael Foster    michael@youngfoster.com, admin@youngfoster.com
- Travis A Harvey    tharvey@butler.legal
- Dana L Kaplan    dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Philip J Landau    phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- Dennis J LeVine    Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- Michael D Lessne    michael@lessne.law
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Brett D Lieberman    brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;edan@elrolaw.com
- James Randolph Liebler    jrlii@lgplaw.com, mkv@lgplaw.com
- Nathan G Mancuso    ngm@mancuso-law.com
- David B Marks    brett.marks@akerman.com, charlene.cerda@akerman.com
- Nicole Testa Mehdipour    nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- Nicole Testa Mehdipour    Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

- James B Miller    bkcmiami@gmail.com
- Ari Newman    newmanar@gtlaw.com, perezan@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- John E Page    jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- Eric S Pendergraft    ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- Hampton Peterson    legalservices@PBCTax.com
- Jordan L Rappaport    office@rorlawfirm.com, 1678370420@filings.docketbird.com
- David A Ray    dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- Ivan J Reich    ireich@nasonyeager.com, msmith@nasonyeager.com
- Jason S Rigoli    jrigoli@furrcohen.com, yfernandez@furrcohen.com;staff1@furrcohen.com
- Ezequiel Joseph Romero    romeroe@bryancave.com, zeke.romero30@gmail.com
- Harry J Ross    hross@hjrlaw.com, jerri@hjrlaw.com
- Jeffrey J Saunders    JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- John D. Segaul    john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- Zach B Shelomith    zbs@lss.law, info@lss.law;mch@lss.law;zshelomith@ecf.inforuptcy.com
- Bradley S Shraiberg    bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- Eric J Silver    esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- David R. Softness    david@softnesslaw.com
- Christian Somodevilla    cs@lss.law, info@lss.law;cs@ecf.courtdrive.com;mch@lss.law
- James B Sowka    jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- Peter D. Spindel    peterspindel@gmail.com, peterspindelcmecf@gmail.com
- Mark E Steiner    MES@lgplaw.com, pm@lgplaw.com
- Gavin N Stewart    bk@stewartlegalgroup.com
- David M Unseth    dmunseth@bclplaw.com
- Paul E Wilson    pwilson@paulwilsonesq.com
- Harry Winderman    harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- Thomas G Zeichman    tzeichman@bmulaw.com, G67999@notify.cincompass.com

***Sent via First Class US Mail:***

Luxury Lease Company LLC
210 Summit Ave, Suite C4
Montvale, NJ 07645

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Ally Bank Lease Trust - Assignor to Vehicle
Asset Universal Leasing Trust
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

Rilyn A. Carnahan
Greenspoon Marder, LLP
525 Okeechobee Blvd
Suite 900
West Palm Beach, FL 33401

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901


Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

Alan R. Crane
2255 Glades Road Suite 419A
Boca Raton, FL 33431

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 22-12790-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Sep 12 13:17:26 EDT 2023 | Luxury Lease Company LLC<br>210 Summit Ave, Suite C4<br>Montvale, NJ 07645-1500 | 1001 Clint Moore, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| Ally Bank<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Ally Bank Lease Trust - Assignor to Vehicle<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank, c/o AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Austin Business Finance, LLC<br>c/o Eric N. Assouline, Esq.<br>Miami Tower, 100 SE 2nd Street, Suite 31<br>100 SE 2nd Street<br>Suite 3105<br>Miami, FL 33131-2100 | Austin Business Finance, LLC and Xan Myburgh<br>c/o Eric N. Assouline, Esq.<br>Assouline & Berlowe, P.A.<br>100 SE 2nd Street<br>Suite 3105<br>Miami, FL 33131-2100 | Auto Wholesale of Boca, LLC<br>6560 W Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 |
| BAL Investments, LLC<br>c/o Zachary J. Bancroft, Esq.<br>Baker Donelson, et al.<br>200 S. Orange Ave., Ste. 2900<br>Orlando, FL 32801-3448 | BENIDT INVESTMENTS/SLINGER, LLC<br>c/o Eric J. Silver, Esq.<br>150 West Flagler Street<br>Suite 2200<br>Miami, FL 33130-1545 | Chapford Credit Opportunities Fund LP<br>c/o Scott Rose, Esq.<br>201 Broad Street, Suite 500<br>Stamford, CT 06901-2004 |
| Chapford Specialty Finance LLC<br>c/o Scott Rose, Esq.<br>201 Broad Street, Suite 500<br>Stamford, CT 06901-2004 | Columbus Day Finance, LLC<br>c/o Jordan L. Rappaport, Esq<br>Rappaport Osborne & Rappaport, PLLC<br>1300 N Federal Hwy #203<br>Boca Raton, FL 33432-2848 | DCG 2008 Irrevocable Wealth Trust<br>c/o Ivan J. Reich<br>750 Park of Commerce Blvd, Suite 210<br>Boca Raton, FL 33487-3611 |
| Daimler Trust<br>c/o Paul Wilson<br>1776 N. Pine Island Rd., Suite 308<br>Plantation, FL 33322-5235 | EXCELL Auto Group, Inc.<br>1001 Clint Moore Road<br>Suite 101<br>Boca Raton, FL 33487-2830 | Excell Auto Sport and Service, Inc.<br>c/o Nathan G. Mancuso<br>7777 Glades Rd., Suite 100<br>Boca Raton, FL 33434-4150 |
| FVP Investments, LLC, a Delaware limited lia<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>MIami, FL 33131-4332 | FVP Opportunity Fund III, LP<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 | FVP Servicing, LLC a Delaware limited liabil<br>c/o David R. Softness, Esq.<br>201 South Biscayne Boulevard #2740<br>Miami, FL 33131-4332 |
| Franklin Capital Funding, LLC<br>c/o Shraiberg Page, PA<br>2385 NW Executive Center Dr., #300<br>Boca Raton, FL 33431-8530 | Graves Directional Drilling Inc. a/k/a Grave<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd.,Ste. 1000<br>West Palm Beach, FL 33401-2109 | Hi Bar Capital, LLC<br>2111 57th Street<br>Brooklyn, NY 11204-2081 |
| Integrated Vehicle Leasing, Inc.<br>c/o Moritt Hock & Hamroff LLP<br>Attn.: Theresa A. Driscoll, Esq.<br>400 Garden City Plaza<br>Garden City, NY 11530-3327 | JPMorgan Chase Bank, N.A.<br>c/o Dennis J. LeVine<br>4919 Memorial Hwy, Ste 135<br>Tampa, FL 33634-7510 | Karma Automotive, LLC<br>c/o James B. Sowka<br>233 South Wacker Drive,, IL 60606 |
| Karma of Broward, Inc.<br>c/o Weiss Handler & Cornwell, PA<br>2255 Glades Road<br>Suite 205E<br>Boca Raton, FL 33431-7391 | Karma of Palm Beach, Inc.<br>c/o Weiss, Handler & Cornwell, PA<br>2255 Glades Road, Suite 205E<br>Boca Raton, FL 33431-7391 | Kenneth J. Goodman as Trustee of the DCG 200<br>Nason, Yeager, Gerson, Harris & Fumero<br>750 Park of Commerce Blvd., Ste. 210<br>Boca Raton, FL 33487-3611 |

| | | |
|---|---|---|
| MMS Ultimate Services, Inc.<br>7241 Catalina Isle Drive<br>Lake Worth, FL 33467-7746 | Mercedes Benz Financial Services USA, LLC.<br>14372 Heritage Parkway<br>Fort Worth, TX 76177-3300 | Milco Atwater, LLC<br>c/o Eyal Berger<br>201 Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 |
| Millco Atwater, LLC<br>201 E Las Olas Blvd #1800<br>Fort Lauderdale, FL 33301-4442 | Palm Beach County Tax Collector<br>c/o Hampton Peterson Esq<br>POB 3715<br>West Palm Beach, FL 33402-3715 | Prestige Luxury Cars, LLC<br>c/o Thomas G. Zeichman<br>2385 Executive Center Drive, Suite 250<br>Boca Raton, FL 33431-8511 |
| Quad Funding Partners, LLC<br>Attn: Eric Nicholsberg<br>3303 W. Commercial Blvd #190<br>Fort Lauderdale, FL 33309-3412 | Road Rich, LLC d/b/a Road Rich Motors<br>c/o Kelley, Fulton, Kaplan & Eller PL<br>1665 Palm Beach Lakes Blvd., Ste. 1000<br>West Palm Beach, FL 33401-2109 | Savannah Row Development Company, LLC<br>c/o M.A. Dinkin Law Firm, P.L.L.C.<br>3319 SR 7, Suite 303<br>Wellington, FL 33449-8147 |
| Shrayber Land, Inc.<br>c/o Joaquin J. Alemany, Esq.<br>HOLLAND & KNIGHT LLP<br>701 Brickell Ave., Suite 3300<br>Miami, FL 33131-2898 | Spin Capital LLC a/k/a Spin Capital<br>2999 NE 191st Street, Suite 407<br>Aventura, FL 33180-3383 | Tulocay Farm, Inc.<br>c/o Peter Spindel, Esq., P.A.<br>POB 835063<br>Miami, FL 33283-5063 |
| United Community Bank d/b/a Seaside Bank and<br>Crary Buchanan, P.A.<br>759 SW Federal Highway<br>Suite 106<br>Stuart, FL 34994-2972 | Westlake Flooring Company, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 | Westlake Services, LLC<br>c/o Liebler Gonzalez & Portuondo<br>44 West Flagler Street<br>25th Floor<br>Miami, FL 33130-1808 |
| Woodside Credit, LLC<br>c/o Zach B. Shelomith, Esq.<br>2699 Stirling Rd # C401<br>Fort Lauderdale, FL 33312-6598 | 1001 Clint Moore, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | 22 Capital<br>1900 Glades Road<br>Suite 540<br>Boca Raton, FL 33431-7378 |
| A&A Publishing Corp d/b/a The Boca Raton Obs<br>7700 Congress Avenue Ste 3115<br>Boca Raton, FL 33487-1357 | AJA Realty<br>16850 Charles River Drive<br>Delray Beach, FL 33446-0010 | AMEX TRS Co., Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Aaron Parkinson<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Aaron Parkinson<br>Frederik Middleton<br>1361 SW 21st St<br>Boca Raton, FL 33486-6646 | Alpine Business Capital<br>99 Wall Street<br>New York, NY 10005-4301 |
| Auto Wholesale Boca<br>6560 West Rogers Circle<br>Suite B27<br>Boca Raton, FL 33487-2746 | Auto Wholesale of Boca, LLC<br>c/o James B. Miller, P.A.<br>19 West Flagler Street, Suite 416<br>Miami, FL 33130-4419 | BAL Investments<br>1114 Ashton Trace<br>Atlanta, GA 30319-2681 |
| Chad Zakin<br>c/o Mark A. Levy, Esq.<br>Brinkley Morgan<br>100 SE Third Ave, 23rd Floor<br>Fort Lauderdale, FL 33394-0002 | Chapford Specialty Finance LLC<br>c/o James C. Moon, Esquire<br>Meland Budwick, P.A.<br>200 S. Biscayne Blvd., Ste 3200<br>Miami, FL 33131-5323 | DCG 2008 Irrevocable Wealth Trust<br>c/o Kenneth J. Goodman, as Trustee<br>1001 East Telecom Drive<br>Boca Raton, FL 33431-4422 |

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

David Amsel
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David Softness, Esq.
201 S. Biscayne Blvd.
Suite 2740
Miami, FL  33131
david@softnesslaw.com   33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-3165

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway   33431-4258

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Spin Capital
1968 S. Coast Highway
Suite 5021
Laguna Beach, CA 92651-3681

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

The Gori Family  Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

Timothy Olesijuk
c/o John D. Segaul, Esq.
300 S. Pine Island Rd #304
Plantation FL 33324-2621

United Community Bank d/b/a Seaside Bank and
Crary Buchanan, P.A.
759 S.W. Federal Highway, Suite 106
Stuart, FL 34994-2972

United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Aaron Parkinson
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Alan Barbee
1400 Centerpark Blvd Suite 860
Suite 860
West Palm Beach, FL 33401-7421

Alan R. Crane
2255 Glades Road Suite 419A
Boca Raton, FL 33431-7379

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Bradley Skorepa
c/o Brett D. Lieberman
20200 W. Dixie Hwy, Suite 905
Miami, FL 33180-1926

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401-6167

Carina Avila
4701 SW 51st St
Davie, FL 33314-5503

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503


Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840


David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102-2726

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442


Frederick Hall
Cuenant & Pennington P.A.
c/o Winston Cuenant
101 NE 3rd Avenue
Suite #1500
Fort Lauderdale, FL 33301-1181

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Harry Winderman
Harry Winderman, ESQ.
2255 Glades Road
Suite 205e
Boca Raton, FL 33431-7391


John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Joshua Lubin
2999 NE 191st Street, Suite 407
Aventura, FL 33180-3383

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693


Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402-0407

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746


(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Philip T. Gori
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801


Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Rilyn A. Carnahan
Greenspoon Marder, LLP
525 Okeechobee Blvd
Suite 900
West Palm Beach, FL 33401-6306

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693


Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164


Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308


Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419


(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147


(d)Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(u)Johnie Floyd Weems, III


End of Label Matrix
Mailable recipients    148
Bypassed recipients      9
Total                  157