UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Case No.: 22-12790-EPK
Chapter 7

Debtor.
_____/

**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION AND FOR CONTEMPT AND REQUEST FOR CANCELLATION OF HEARING**

Nicole Testa Mehdipour ("**Trustee**"), Trustee for the bankruptcy estate of Excell Auto Group, Inc. ("**Debtor**"), by and through undersigned counsel, withdraws the *Motion to Compel Production and for Contempt* [ECF No. 475] without prejudice and requests that the hearing scheduled for September 27, 2023 at 9:30 a.m. pursuant to the *Notice of Hearing* [ECF No. 476] be cancelled.

Dated: September 21, 2023.

FURR AND COHEN, P.A.
*Special Counsel for Trustee*
2255 Glades Road, Suite 419A
Boca Raton, Fl 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532

By: */s/ Jason S. Rigoli*
Alan R. Crane
Florida Bar No.: 0963836
E-Mail: Acrane@Furrcohen.com
Jason S. Rigoli, Esq.
Florida Bar No. 91990
E-mail: jrigoli@furrcohen.com

1