UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

                                                          Chapter 7 Case

      Debtor.

_____/

### THE CHAPTER 7 TRUSTEE'S APPLICATION FOR APPROVAL OF MODIFIED EMPLOYMENT OF YOUNG FOSTER PLLC AS SPECIAL LITIGATION COUNSEL RETROACTIVE TO DECEMBER 10, 2025

Pursuant to 11 U.S.C. §§ 327 and 330, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rules 2014-1 and 9013-1, Chapter 7 Trustee, NICOLE TESTA MEHDIPOUR (the "Chapter 7 Trustee"), respectfully applies to the Court for an Order, substantially in the form attached hereto as **Exhibit B**, authorizing the modified employment of Michael C. Foster, Esq. and the law firm of Young Foster PLLC (collectively, the "Applicant"), as special litigation counsel to the Chapter 7 Trustee, stating as follows:

1.      On April 8, 2022 (the "Petition Date"), the Debtor filed a petition for relief (the "Bankruptcy Case") under Chapter 7 of the United States Code (the "Bankruptcy Code") and the Chapter 7 Trustee was thereafter appointed.

2.      On August 16, 2022, the Chapter 7 Trustee sought approval for Applicant to assist her with, *inter alia*, due diligence, investigation, analysis, and to the extent appropriate, pursuit of any and all potential claims and causes of action, including, but not limited to, potential Chapter 5 actions, other avoidance actions, and/or actions for turnover of property of the estate against Kenneth J. Goodman, The DCG 2008 Irrevocable Wealth Trust, and related parties (collectively, the "DCG Litigation Claims"). The Applicant's assistance was necessary in connection with the

DCG Litigation Claims, in particular, where the law firm of Furr and Cohen, P.A. had disclosed a conflict with the evaluation of such claims.

3.      Applicant participated in, *inter alia*, the investigation, analysis, and negotiation of the DCG Litigation Claims, and Applicant's activities in this regard were concluded on December 10, 2025. The Chapter 7 Trustee now seeks modification of Applicant's employment to allow Applicant to participate in certain pending adversary litigation styled *Nicole Testa Mehdipour, Chapter 7 Trustee v. Thomas U. Graner, Esq., et al.*; Adversary Number 25-01357-EPK (the "Graner Adversary"), to participate in such other proceedings as may require a jury trial, and to act as counsel in any further matters in which the Furr and Cohen, P.A. identifies a conflict. Trustee seeks this modification for two primary reasons.

4.      First, Applicant has substantial experience and expertise in matters involving professional negligence and the other state law causes of action included in the complaint commencing the Graner Adversary. Second, Applicant has served as lead trial counsel in dozens of jury and non-jury trials – the latter of which are of particular importance here where the defendants in the Graner Adversary proceeding have demanded trial by jury, and where certain other proceedings may involve trial by jury.

5.      In addition, Applicant, has substantial experience in bankruptcy matters, including litigating adversary proceedings before this Court. Therefore, the Chapter 7 Trustee submits that the Applicant is highly qualified to serve in the capacity described herein.

6.      The Chapter 7 Trustee certifies that Applicant's efforts will not be duplicative of the work performed by her general counsel in the Graner Adversary, or otherwise.

7.      Attached to this Application is the *Declaration of Michael C. Foster in Support of Application to Employ* (the "Declaration") – a verified statement as required under Bankruptcy

2

Rule 2014 – demonstrating that the Applicant and its attorneys are disinterested as required by 11 U.S.C. § 327(a). The Declaration is attached hereto as **Exhibit A.**

8. To the best of the Chapter 7 Trustee's knowledge, pursuant to § 327 of the Bankruptcy Code, the Applicant does not hold or represent any interest adverse to the Debtor or the estate with respect to the matters concerning which the Applicant is to be employed. To the best of the Trustee's knowledge, the Applicant is thus "disinterested" as such term is defined in 11 U.S.C. § 101(14) with respect to the matters concerning which the Applicant is to be employed and has no connection with the Debtor, its creditors, or any other party in interest except as described in the Declaration.

9. Applicant has agreed to be compensated pursuant to 11 U.S.C. § 330.

10. The Trustee respectfully submits that the retention of the Applicant is necessary and in the best interests of the Debtor's estate and that the terms and conditions of such employment as proposed herein are reasonable, necessary, and in the best interests of the Debtor's estate.

WHEREFORE, the Trustee respectfully requests that the Court enter an Order, in the form attached hereto as **Exhibit B,** approving the employment of the Applicant as special conflict litigation counsel for the Trustee under the terms and conditions set forth herein effective as of December 10, 2025.

Dated: May 5, 2026.

Respectfully submitted,

Nicole Testa Mehdipour
Chapter 7 Trustee

3

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on May 5, 2026 a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

**YOUNG FOSTER PLLC**
*Special Conflict Litigation Counsel*
*for the Chapter 7 Trustee*
2400 E Commercial Blvd, Suite 723
Fort Lauderdale, Florida 33308
Telephone:     (954) 866-3570
Facsimile:     (954) 866-3571


By:    /s/ *Michael C. Foster, Esq.*
Michael C. Foster, Esq.
Florida Bar No. 0042765
michael@youngfoster.com
karin@youngfoster.com

## SERVICE LIST

**Sent via CM/ECF**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joaquin J Alemany**   joaquin.alemany@hklaw.com, jose.casal@hklaw.com
- **Paul A Avron**   pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com;mmorgan@bergersingerman.com
- **Zachary J Bancroft**   zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee**   abarbee@brileyfin.com
- **Eyal Berger**   eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Stephen C Breuer**   stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com
- **Alan R Crane**   acrane@furrcohen.com, rrivera@furrcohen.com;ltitus@furrcohen.com;staff1@furrcohen.com
- **Winston I Cuenant**   winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;ccyager105@gmail.com
- **Mitchell A Dinkin**   mdinkin@madlegal.net, lucyd@madlegal.net
- **C Craig Eller**   celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow**   jay@farrowlawfirm.com
- **Travis A Harvey**   tharvey@bakerdonelson.com
- **Dana L Kaplan**   dana@kelleylawoffice.com, cassandra@kelleylawoffice.com;debbie@kelleylawoffice.com;craig@kelleylawoffice.com;kelleycr75945@notify.bestcase.com;scott@kelleylawoffice.com
- **Philip J Landau**   phil@landau.law, plandau@ecf.courtdrive.com;diane@landau.law;dlocascio@ecf.courtdrive.com
- **Mark A Levy**   mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **James Randolph Liebler**   jrlii@lgplaw.com, mkv@lgplaw.com
- **Nathan G Mancuso**   ngm@mancuso-law.com
- **David B Marks**   brett.marks@akerman.com, charlene.cerda@akerman.com
- **Nicole Testa Mehdipour**   nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour**   Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **James B Miller**   bkcmiami@gmail.com
- **James C. Moon**   jmoon@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;jmoon@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov

- **John E Page**   jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson**   legalservices@PBCTax.com
- **Jordan L Rappaport**   office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray**   dray@draypa.com, sramirez.dar@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Ivan J Reich**   ireich@nasonyeager.com, msmith@nasonyeager.com
- **Jason S Rigoli**   jrigoli@furrcohen.com, rrivera@furrcohen.com;staff1@furrcohen.com
- **Harry J Ross**   hross@hjrlaw.com, jerri@hjrlaw.com
- **John D. Segaul**   john@segaul.com, court@segaulstoll.com;melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith**   zbs@lss.law, info@lss.law;zshelomith@ecf.inforuptcy.com
- **Bradley S Shraiberg**   bss@slp.law, dwoodall@slp.law;dwoodall@ecf.courtdrive.com;pmouton@slp.law
- **Eric J Silver**   esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R. Softness**   david@softnesslaw.com
- **Christian Somodevilla**   cs@lss.law, info@lss.law;cs@ecf.courtdrive.com
- **James B Sowka**   jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel**   peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner**   MES@lgplaw.com, pm@lgplaw.com
- **Paul E Wilson**   pwilson@paulwilsonesq.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
- **Thomas G Zeichman**   tzeichman@bmulaw.com, G67999@notify.cincompass.com


**<u>Sent via First Class U.S. Mail</u>:**

**Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust (a.k.a. "VAULT TRUST", or "V.A.U.L. Trust", or "VAULT", or "V.A.U.L.T."), c/o AIS Port**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

6

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446

**See attached mailing matrix.**

7

Label Matrix for local noticing
113C-9
Case 22-12790-EPK
Southern District of Florida
West Palm Beach
Thu Apr 23 11:32:23 EDT 2026

Luxury Lease Company LLC
210 Summit Ave,  Suite C4
Montvale, NJ 07645-1500

1 of 1 Motorsports LLC
16937 Pierre Circle
Delray Beach, FL 33446-3693

1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

AJA Realty Enterprises, Inc.
c/o Salazar Law
2121 SW 3rd Avenue
Suite 200
Miami, FL 33129-1458

Ally Bank
P.O. Box 5703
Clearwater, FL 33758-5703

Ally Bank
c/o Karen A. Green
621 S. Federal Highway, Suite 10
Fort Lauderdale, FL 33301-3145

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Austin Business Finance, LLC
c/o Eric N. Assouline, Esq.
Miami Tower, 100 SE 2nd Street, Suite 31
100 SE 2nd Street
Suite 3105
Miami, FL 33131-2100

Austin Business Finance, LLC and Xan Myburgh
c/o Eric N. Assouline, Esq.
Assouline & Berlowe, P.A.
100 SE 2nd Street
Suite 3105
Miami, FL 33131-2100

Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Columbus Day Finance, LLC
c/o Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487-3611

Daimler Trust
c/o Paul Wilson
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322-5235

EXCELL Auto Group, Inc.
16937 Pierre Circle
Delray Beach, FL 33446-3693

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
MIami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Franklin Capital Funding, LLC
c/o Shraiberg Page, PA
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Graner Law Group, P.A.
c/o Fender, Bolling and Paiva, P.A.
P.O. Box 1545
Ft. Lauderdale, FL 33302-1545

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
2111 57th Street
Brooklyn, NY 11204-2081

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530-3327

JPMorgan Chase Bank, N.A.
c/o Dennis J. LeVine
4919 Memorial Hwy, Ste 135
Tampa, FL 33634-7510

Karma Automotive, LLC
c/o James B. Sowka
233 South Wacker Drive,, IL 60606

Karma of Broward, Inc.
16937 Pierre Circle
Delray Beach, FL 33446-3693

Karma of Palm Beach, Inc.
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kenneth J. Goodman as Trustee of the DCG 200
Nason, Yeager, Gerson, Harris & Fumero
750 Park of Commerce Blvd., Ste. 210
Boca Raton, FL 33487-3611

MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467-7746

Mercedes Benz Financial Services USA, LLC.
14372 Heritage Parkway
Fort Worth, TX 76177-3300

Midnight Express Power Boats, Inc.
c/o Michael R. Bakst
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401-6306

Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309-3412

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Shrayber Land, Inc,
Salazar Law
2121 SW 3rd Avenue
Suite 200
Miami, FL 33129-1458

Shrayber Land, Inc.
2121 SW 3rd Ave #200
Miami, FL 33129-1458

Spin Capital LLC a/k/a Spin Capital
1460 Arboretum Parkway
Lakewood, NJ 08701-1607

TD Bank, N.A.
c/o Lance Bergmann Melamud
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325

TVT Direct Funding LLC
65 W 36th St
Floor 12
New York, NY 10018-7935

Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

United Community Bank d/b/a Seaside Bank and
Crary Buchanan, P.A.
759 SW Federal Highway
Suite 106
Stuart, FL 34994-2972

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL   33130-1808

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

1001 Clint Moore, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
Frederik Middleton
1361 SW 21st St
Boca Raton, FL 33486-6646

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Auto Wholesale of Boca, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Chad Zakin
c/o Mark A. Levy, Esq.
Brinkley Morgan
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394-0002

Chapford Specialty Finance LLC
c/o James C. Moon, Esquire
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

David Amsel
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David Softness, Esq.
201 S. Biscayne Blvd.
Suite 2740
Miami, FL  33131
david@softnesslaw.com  33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-3165

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
15701 Collins Ave., Unit 1001
North Miami Beach, FL 33160-5393

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL  33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway  33431-4258

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Spin Capital
1460 Arboretum Parkway
Lakewood NJ 08701-1607

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

The Gori Family  Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

Timothy Olesijuk
c/o John D. Segaul, Esq.
300 S. Pine Island Rd #304
Plantation FL 33324-2621

United Community Bank d/b/a Seaside Bank and
Crary Buchanan, P.A.
759 S.W. Federal Highway, Suite 106
Stuart, FL 34994-2972

United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Aaron Parkinson
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Alan Barbee
GlassRatner Advisory & Capital Group, LL
1675 N. Military Trail - Suite 650
Boca Raton, FL 33486-4322

Alan R. Crane
2255 Glades Road Suite 419A
Boca Raton, FL 33431-7379

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Bradley Skorepa
c/o Brett D. Lieberman
20200 W. Dixie Hwy, Suite 905
Miami, FL 33180-1926

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401-6167

Carina Avila
4701 SW 51st St
Davie, FL 33314-5503

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102-2726

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Frederick Hall
Cuenant & Pennington P.A.
c/o Winston Cuenant
101 NE 3rd Avenue
Suite #1500
Fort Lauderdale, FL 33301-1181

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Gary A. Barnes
1500 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326-1153

Howard Castleman
c/o Thomas R. Lehman
Miami Tower
100 S.E. 2nd Street, 36th Floor
Miami, FL 33131-2134

Jeffrey Weintraub
c/o Thomas R. Lehman
100 S.E. 2nd Street, 36th Floor
Miami, FL 33131-2134

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Jordi Guso
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-5319

Joshua Lubin
2999 NE 191st Street, Suite 407
Aventura, FL 33180-3383

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Lillian Roberts
c/o Oliver Birman
200 South Andrews Avenue, Suite 600
Fort Lauderdale, FL 33301-2066

Mark Simms
1341 W. Mockingbird Lane, Suite 600W
Dallas, TX 75247-6904

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Michael R Bakst
c/o Greenspoon Marder, LLP
525 Okeechobee Blvd #900
West Palm Beach, FL 33401-6306

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402-0407

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Oliver Griffin
123 S. Broad Street, Suite 1850
Philadelphia, PA 19109-1032

Philip T. Gori
c/o Eyal Berger
195 Alexander Palm
Boca Raton, FL 33432-8602

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

Tyler Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)West Palm Beach

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109


(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216


(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(d)Johnie Floyd Weems, III
15701 Collins Ave., Unit 1001
North Miami Beach, FL 33160-5393


End of Label Matrix
Mailable recipients   165
Bypassed recipients     9
Total                 174

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 22-12790-MAM

EXCELL AUTO GROUP, INC.,

                                                                    Chapter 7 Case

        Debtor.

_____/

### DECLARATION OF MICHAEL C. FOSTER, ESQ.
### IN SUPPORT OF APPLICATION TO EMPLOY

        Michael C. Foster, Esq., pursuant to 28 U.S.C. § 1746, does state:

        1.      I am an attorney admitted to practice in the State of Florida and in the United States

Bankruptcy Courts in the Southern District of Florida.

        2.      I am a partner at the law firm of Young Foster PLLC (the "Firm"), which maintains

an office at 2400 E Commercial Blvd, Suite 723, Fort Lauderdale, Florida 33308.

        3.      I am familiar with the matters set forth herein and make this declaration (the

"Declaration") in support of *The Chapter 7 Trustee's Application for Approval of Modified*

*Employment of Young Foster PLLC as Special Litigation Counsel Retroactive to December 10,*

*2025* (the "Application").

        4.      Unless other otherwise stated, this Declaration is based upon facts of which I have

personal knowledge.

        5.      In preparing this Declaration, I reviewed the name of the Debtor (as defined in the

Application), the Debtor's insiders, and the Debtor's creditors, as such names are filed with the

Court. I compared the information obtained thereby with the information from the Firm's client

and adverse party conflict check system. The facts stated in this Declaration as to the relationship

between lawyers in our firm and the Debtor, the Debtor's insiders, the Debtor's creditors, the U.S. Trustee, other persons employed by the U.S. Trustee, and those persons and entities who are defined as disinterested persons in § 101(14) of the Bankruptcy Code, are based on the results of my review of the Firm's conflict check system.  Specifically, I conducted (i) a computer search of the Firm's records with respect to all names referred to in paragraph 5; and (ii) disseminated a written request for information to the attorneys in the Firm regarding connections to the Debtor. Based upon such search, the Firm does not represent any entity in a matter that would constitute a conflict of interest or impair the disinterestedness of the Firm.

6.      The Firm's conflicts check system is comprised of records regularly maintained in the course of business of the Firm and it is the regular practice of the Firm to make and maintain these records. It reflects entries that are noted in the system at the time the information becomes known by persons whose regular duties include recording and maintaining this information. I regularly use and rely upon the information contained in the system in the performance of my duties with the law firm and in my practice of law.

7.      Neither I, nor the Firm, hold or represent any interest adverse to the estate, and we are disinterested persons within the scope and meaning of 11 U.S.C. § 101(14) and as required by 11 U.S.C. § 327(a).

8.      Undersigned counsel has represented, the Chapter Trustee in her fiduciary capacity as trustee in various bankruptcy cases that are unrelated to the bankruptcy case, *sub judice*. Except for the representation of the Chapter 7 Trustee in this and certain unrelated matters, neither I nor the Firm have any connections with the Debtor, its creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee or any person employed in the Office of the U.S. Trustee.

9.      Neither I, nor the Firm, has or will represent any other entity in connection with this case, and neither I, nor the Firm, will accept any fee from any other party or parties in this case, except the Chapter 7 Trustee, unless otherwise authorized by the Court.

10.     Neither I, nor the Firm, has any connections with the Debtor, the Debtor's creditors, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

11.     The professional fees and costs incurred by the Firm in the course of its representation of the Chapter 7 Trustee in this case shall be subject in all respects to the application and notice requirements of 11 U.S.C. §§ 327, 330 and 331 and Federal Rules of Bankruptcy Procedure 2014 and 2016.

12.     The current hourly rates for the attorneys at the Firm range from $350.00 to $550.00. My current hourly rate is $550.00. The current hourly rates for partners who may work on this case range from $450.00 to $550.00. The current hourly rates for other attorneys who may work on this case range from $250.00 to $350.00. The current hourly rates for legal assistants and paralegals that may work on this matter range from $175.00 to $225.00. In the normal course of business, the Firm revises its hourly rates.

13.     No promises have been received by the Firm, any or its partners, or other employees or affiliates as to compensation in connection with the case other than in accordance with the provisions of the Bankruptcy Code.

14.      No attorney in the Firm has any other connection with the Debtor, the Debtor's creditors, United States Trustee or any employee of that office or any other parties in interest.

15.     No attorney in the Firm has any other interest, direct or indirect, that may be affected by the proposed representation.

16. Except as set forth herein or in the Application, no attorney in the Firm has had or presently has any connection with the captioned Debtor, the Debtor's creditors, any other party in interest or their respective attorneys and accountants, the United Trustee, or any person employed in the Office of the United States Trustee, on any matters in which the Firm is to be engaged, except that I, our law firm, and our attorneys may have appeared in the past, and may appear in the future, in other cases in which one or more of said parties may be involved.

## 28 U.S.C. § 1746 Declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2026.

_____
Michael C. Foster, Esq.

4

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,
                                                                Chapter 7 Case

    Debtor.

_____/

**ORDER APPROVING THE CHAPTER 7 TRUSTEE'S APPLICATION FOR
APPROVAL OF MODIFIED EMPLOYMENT OF YOUNG FOSTER PLLC AS
SPECIAL LITIGATION COUNSEL RETROACTIVE TO DECEMBER 10, 2025**

THIS CAUSE came before the Court upon the *Chapter 7 Trustee's Application for Approval of Modified Employment of Young Foster PLLC as Special Litigation Counsel Retroactive to December 10, 2025* (the "Application") [ECF No. _____]. Upon the representation that Michael C. Foster, Esq. is duly qualified to practice in this Court pursuant to Local Rule 2090-1(A), that Michael C. Foster, Esq. and Young Foster PLLC (collectively the "Applicant") hold no interest adverse to

the estate in the matters upon which they are engaged, that the Applicant consists of disinterested persons as required by 11 U.S.C §327(a), and has disclosed any connections with parties set forth in Rule 2014 of the Federal Rules of Bankruptcy Procedure, and that Applicant's employment is necessary and would be in the best interests of the estate, it is

**ORDERED** and **ADJUDGED** that the Chapter 7 Trustee, Nicole Testa Mehdipour, is authorized to employ Michael C. Foster, Esq. and Young Foster PLLC, retroactive to December 10, 2025, as special litigation counsel for the Chapter 7 Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327, 330, and 331, and in accordance with the terms and conditions set forth in the Application.

### ###

**Submitted by:**
Michael C. Foster, Esq.
Young Foster PLLC
2400 E Commercial Blvd
Suite 723
Fort Lauderdale, Florida 33308

*(Attorney Foster shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*

2