

**ORDERED in the Southern District of Florida on May 12, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

       Debtor.

_____/

Case No.: 22-12790-EPK
Chapter 7

### ORDER GRANTING EXPEDITED MOTION TO COMPROMISE CONTROVERSY WITH FUNDERS APP LLC d/b/a 24 CAPITAL, MARK ALLAYEV, PAUL VEGA, FUNDERS APP LLC, AND 24 CAPITAL LLC

THIS MATTER came before the Court for a hearing on May 12, 2026, at 1:30 p.m. in West Palm Beach, Florida, upon the *Expedited Motion to Compromise Controversy with Funders App LLC d/b/a 24 Capital, Mark Allayev, Paul Vega, Funders App LLC, and 24 Capital LLC* [Dkt. No. 1148] (the "**Motion**"), filed by Nicole Testa Mehdipour, Chapter 7 Trustee. The Court has reviewed the Motion and the record in this case and related adversary proceeding, heard the argument of counsel, notes that no objections were filed or raised at the hearing, and is otherwise fully advised. Accordingly, it is

      **ORDERED that:**

1

1.      The Motion is **GRANTED**.

2.      The terms of the Settlement Agreement as set forth in the executed written settlement agreement, attached as Exhibit 1 to the Motion are **APPROVED** in their entirety and incorporated into this Order by reference.

3.      Nothing in this Order shall be construed to modify or amend the terms of the settlement as memorialized in the Settlement Agreement.

4.      The Court reserves jurisdiction to enforce the terms of this Order and the Settlement Agreement.

###

**Submitted By:**

Jason S. Rigoli, Esq.
Furr and Cohen, P.A.
*Special Counsel to the Trustee*
2255 Glades Road, Suite 419A
Boca Raton, FL 33431
Telephone: (561) 395-0500
Facsimile: (561) 338-7532
E-mail: jrigoli@furrcohen.com

*Attorney Jason S. Rigoli is directed to serve a conformed copy of this order on all interested parties and shall file a certificate of service with the Court.*