

**ORDERED in the Southern District of Florida on May 13, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 22-12790-EPK** |
| | **Chapter 7** |
| **EXCELL AUTO GROUP, INC.,** | |
| **Debtor.** | |
| _____/ | |

**ORDER DENYING FRANKLIN CAPITAL FUNDING, LLC'S**
**MOTION TO CONTINUE MAY 20, 2026 HEARINGS**
**AND TO SET FOR EVIDENTIARY HEARING**

This matter came before the Court upon the *Franklin Capital Funding, LLC's Motion to Continue May 20, 2026 Hearings and to Set for Evidentiary Hearing* [Dkt. No. 1154, the "Motion"]. On May 20, 2026, the Court will hear applications for interim compensation and an application for approval of modified employment of special litigation counsel. Franklin Capital Funding, LLC objects [Dkt. Nos. 1151, 1152] to many of these matters and in the Motion asks that most of the matters to which it objects be continued and set for an evidentiary hearing.

The May 20, 2026 hearings are non-evidentiary hearings at which the Court will consider any filed objections and presentations of counsel and determine whether an evidentiary hearing is appropriate.  If so, the Court will set one or more evidentiary hearings as necessary.

Accordingly, the Court ORDERS and ADJUDGES that the Motion is DENIED.

### 

Copy to:
Theodore Sandler, Esq.

*Theodore Sandler, Esq. shall serve a copy of this Order on all appropriate parties and file a certificate of service.*