**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re Excell Auto Group, Inc. | Chapter 7 |
| Debtor. | Case No. 22-12790-EPK |

**FRANKLIN CAPITAL FUNDING, LLC'S**
**SUPPLEMENT TO OMNIBUS OBJECTION TO INTERIM FEE APPLICATIONS**

Franklin Capital Funding, LLC ("**FCF**") files this supplement in support of its *Objection to Interim Fee Applications* [DE 1151] (the "**Objection**"). The trustee filed her *Response in Opposition* [DE 1158], arguing that FCF failed to specifically identify time entries to which it objects. The Objection highlighted examples of the trustee's improper billing and objected to the entirety of the section of her time entries dedicated to "Litigation." Objection ¶¶ 12, 13. To satisfy the trustee's request for a more specific delineation of all time entries to which FCF objects, FCF submits this supplement to which a copy of the trustee's time entries is attached as **Exhibit 1**.

Those entries to which FCF primarily objects on the basis that the entries are not compensable under section 327 because they are trustee work, not attorney work, are highlighted in yellow. Those entries to which FCF primarily objects on the basis that the entries are duplicative of Furr Cohen's or Young Foster's work and are therefore not compensable under section 330(a)(4)(A)(i) are highlighted in pink.[1] FCF's objections are based on its review to date. FCF reserves to amend or otherwise modify its objections to specific time entries ahead of an evidentiary hearing if granted or ahead of a hearing on final fee applications.

---

[1] FCF submits that many of the highlighted entries can be characterized as both non-attorney work and duplicative work. The highlighting is therefore not meant to signify exclusive objection types.

1

**Certificate of Service**

Undersigned counsel certifies that he caused a copy of this document to be served on all parties listed on the electronic service list via notice of electronic filing on the date indicated below including to Nicole Mehdipour, Nicole.Mehdipour@ntmlawfirm.com, Michael Foster, michael@youngfoster.com, karin@youngfoster.com, and Alan Crane, acrane@furrcohen.com

Date: May 18, 2026

By: /s/ *Theodore Sandler*
Theodore Sandler, Esq.
Fla. Bar No. 1015927
tsandler@sandlerlawpa.com
**SANDLER LAW**
1728 NE Miami Gardens Dr. #1224
North Miami Beach, FL 33179
T/F: (305) 570-0534

*Counsel for Franklin Capital Funding, LLC and*
*Franklin Capital Group, LLC*