

**ORDERED in the Southern District of Florida on May 22, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No.  22-12790-EPK
                                                    Chapter 7

EXCELL AUTO GROUP, INC.

          Debtor.
_____/

## ORDER APPROVING THIRD APPLICATION FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

THIS MATTER came before the Court for hearing on May 20, 2026 at 10:00 a.m. (the "Hearing") upon the *Third Interim Fee Application for Compensation and Reimbursement for Alan Barbee, Financial Advisor, Period: 01/01/2025 to 03/31/2026, Fee: $349,465.02, Expenses: $6,299.09* [ECF No. 1132] (the "Application").  The Court having reviewed the Application and having taken into consideration 11 U.S.C. §330 and each of the factors that govern the

reasonableness of fees, having noted that all parties received adequate notice of the hearing and the Application, having noted that no objections have been interposed to the Application, it is hereby

     **ORDERED** and **ADJUDGED** as follows:

     1.     The Application [ECF No. 1132] is **APPROVED**, as set forth herein, and the award of fees and costs for services rendered by the following professional on an interim basis is as follows:

Alan R. Barbee, CPA
GlassRatner Advisory & Capital Group, LLC
*Financial Advisor to the Chapter 7 Trustee*
1675 N. Military Trail, Suite 650
Boca Raton, FL 33486

For the Time Period Covering: 01/01/2025 – 03/31/2026

| | |
|---|---:|
| Requested fees | $349,465.02 |
| Requested costs | $6,299.09 |
| **TOTAL FEES AND COSTS REQUESTED** | **$355,764.11** |
| | |
| TOTAL AWARDED INTERIM FEES (75%): | $262,098.77 |
| TOTALAWARDED COSTS (100%): | $6,299.09 |
| **TOTAL FEES AND COSTS AWARDED:** | **$268,397.86** |
| | |
| **25% Holdback of Fees** | **$87,366.25** |

     2.     With respect to the Application, the following award represents a holdback of twenty-five percent (25%) of the fees expended and provides for payment of seventy-five percent (75%) of the fees expended, upon the availability of estate funds with the conditions set forth herein, and one-hundred percent (100%) of the expenses incurred during the Application Period.

     3.     The Chapter 7 Trustee is authorized to disburse the initial payments to the Applicant as set forth herein forthwith.

     4.     Payment of the foregoing awarded fees and costs shall be without prejudice to seeking further awards of fees and costs.

5. The Court will consider payment of any holdback amounts at the time of Applicant's final application for the allowance and payment of compensation and reimbursement of expenses.

6. The Court reserves jurisdiction to interpret and enforce the terms of the Application and of this Order.

###

**Submitted by:**
Nicole Testa Mehdipour, Esquire
**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, PA**
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308

*(Attorney Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*