

**ORDERED in the Southern District of Florida on May 22, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                          Case No.  22-12790-EPK
                                                                 Chapter 7

**EXCELL AUTO GROUP, INC.**

         Debtor.
_____/

**ORDER APPROVING THIRD APPLICATION FOR ALLOWANCE AND PAYMENT**
**OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER came before the Court for hearing on May 20, 2026, at 10:00 a.m. (the

"Hearing") upon the *Second Interim Application for Compensation for Michael Foster, Special*

*Counsel, Period: 01/01/2025 to 03/31/2026, Fee: $99,922.50, Expenses: $1,139.56* [ECF No.

1137] (the "Application").  The Court having reviewed the Application and having taken into

consideration 11 U.S.C. § 330 and each of the factors that govern the reasonableness of fees,

having noted that all parties received adequate notice of the hearing and the Application, having

reviewed Franklin Capital Funding, LLC's Omnibus Objection to Interim Fee Applications [ECF

No. 1151] (the "Objection"), and having heard arguments of counsel, it is hereby

        **ORDERED** and **ADJUDGED** as follows:

1.      The Court's ruling from the bench is adopted and incorporated herein by reference.

2.      The Objection is overruled without prejudice.

3.      The Application [ECF No. 1137] is **APPROVED**, as set forth herein, and the award

of fees and costs for services rendered by the following professional on an interim basis is as

follows:

Michael C. Foster Esquire
Young Foster PLLC
*Special Conflict Counsel to the Chapter 7 Trustee*
2400 E Commercial Blvd, Suite 723
Fort Lauderdale, Florida 33308

For the Time Period Covering: 01/01/2025 – 03/31/2026

| | |
|---|---:|
| Requested fees | $99,922.50 |
| Requested costs | $1,139.56 |
| **TOTAL FEES AND COSTS REQUESTED** | **$101,062.06** |
| | |
| TOTAL AWARDED INTERIM FEES (75%): | $74,941.88 |
| TOTALAWARDED COSTS (100%): | $1,139.56 |
| **TOTAL FEES AND COSTS AWARDED:** | **$76,081.44** |
| | |
| **25% Holdback of Fees** | **$24,980.63** |

4.      With respect to the Application, the following award represents a holdback of

twenty-five percent (25%) of the fees expended and provides for payment of seventy-five percent

(75%) of the fees expended, upon the availability of estate funds with the conditions set forth

herein, and one-hundred percent (100%) of the expenses incurred during the Application Period.

5. The Chapter 7 Trustee is authorized to disburse the fees and costs to the Applicant as set forth herein forthwith.

6. Payment of the foregoing awarded fees and costs shall be without prejudice to seeking further awards of fees and costs.

7. The Court will consider payment of any holdback amounts at the time of Applicant's final application for the allowance and payment of compensation and reimbursement of expenses.

8. The Court will consider objections at the time of Applicant's final application for the allowance and payment of compensation and reimbursement of expenses.

9. The Court reserves jurisdiction to interpret and enforce the terms of the Application and of this Order.

###

**_Submitted by:_**
Nicole Testa Mehdipour, Esquire
**LAW OFFICE OF NICOLE TESTA MEHDIPOUR, PA**
6278 North Federal Highway, Suite 408
Fort Lauderdale, FL 33308

*(Attorney Mehdipour shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*