

**ORDERED in the Southern District of Florida on May 22, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                      Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,
                                                            Chapter 7 Case

      Debtor.
_____/

### ORDER GRANTING THE CHAPTER 7 TRUSTEE'S APPLICATION FOR APPROVAL OF MODIFIED EMPLOYMENT OF YOUNG FOSTER PLLC AS SPECIAL LITIGATION COUNSEL RETROACTIVE TO DECEMBER 10, 2025

THIS CAUSE came before the Court on May 20, 2026 at 10:00 a.m. upon the *Chapter 7 Trustee's Application for Approval of Modified Employment of Young Foster PLLC as Special Litigation Counsel Retroactive to December 10, 2025* (the "Application") [ECF No. 1145] and *Franklin Capital Funding, LLC's Objection to Trustee's Application to Employ Young Foster PLLC* (the "Objection") [ECF No. 1152]. The Court having reviewed the Application and the

Objection, having heard the argument of counsel, and upon the representations that Michael C. Foster, Esq. is duly qualified to practice in this Court pursuant to Local Rule 2090-1(A), that Michael C. Foster, Esq. and Young Foster PLLC (collectively the "Applicant") hold no interest adverse to the estate in the matters upon which they are engaged, that the Applicant consists of disinterested persons as required by 11 U.S.C §327(a), and has disclosed any connections with parties set forth in Rule 2014 of the Federal Rules of Bankruptcy Procedure, and that Applicant's employment is necessary and would be in the best interests of the estate, it is

**ORDERED** and **ADJUDGED** that the Chapter 7 Trustee, Nicole Testa Mehdipour, is authorized to employ Michael C. Foster, Esq. and Young Foster PLLC, retroactive to December 10, 2025, as special litigation counsel for the Chapter 7 Trustee on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330, and in accordance with the terms and conditions set forth in the Application.

###

**Submitted by:**
Michael C. Foster, Esq.
Young Foster PLLC
2400 E Commercial Blvd
Suite 723
Fort Lauderdale, Florida 33308

*(Attorney Foster shall serve a copy of the signed Order on all interested parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*