UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No.: 22-12790-EPK
                                                                Chapter 7
EXCELL Auto Group, Inc.,

        Debtor.

_____/

**U.S. BANK NATIONAL ASSOCIATION'S**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

   **Under Local Rule 9013-3(c), the relief requested herein may be granted without further motion, notice, or hearing if no written response or objection is filed and served within 14 days after service of this motion.**

---

        U.S. Bank National Association (the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy estate of Excell Auto Group, Inc. (the "Debtor"), seeks relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

        1.      Debtor's Bankruptcy Case.   On April 8, 2022, the Debtor filed the above-captioned Chapter 7 bankruptcy case.

        2.      Jurisdiction.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

        3.      Contract.  On December 23, 2020, the Excell Auto Group, Inc. and Kristen Zankl ("Borrowers") executed and delivered a Retail Installment Sale Contract Simple Finance Charge (the "Contract"). The total sale price was $142,842.56 of which $83,853.65 was financed.  A copy of the Contract is attached hereto as **Exhibit A** and the Electronic Title and Online Vehicle

Report are attached hereto as  **Exhibit B.**

4.      Collateral.  Secured Creditor is entitled to enforce the Contract, which is secured by the following described Collateral: 2020 KARMA REVERO GT, VIN 50GK43SB2LA000130 (the "Collateral"). The J.D. Power Used Car Guide lists the average retail value of the Collateral at $75,100.00.  As of May 22, 2026, the total debt on the Collateral is $68,703.81. A copy of the Valuation is attached hereto as **Exhibit C**.

5.      Default:  As of May 22, 2026, the Borrowers owe Secured Creditor an outstanding total debt of $68,703.81 and have defaulted by failing to make one (1) payment of $1,225.01 due on April 22, 2022 and forty-nine (49) payments of $1,289.48 due May 22, 2022 – May 22, 2026, and all subsequent payments due thereafter. An Affidavit is attached hereto as **Exhibit D.**

6.      Relief Requested.  Secured Creditor requests the entry of an order modifying the automatic stay pursuant to 11 U.S.C. § 362(d) to permit Secured Creditor to enforce all of its in rem remedies against the Collateral pursuant to the Contract on the basis that the Debtor is failing to maintain their monthly payments.

7.      Order.  A copy of the proposed order is attached as **Exhibit E**.

8.      Request for Hearing in 30 Days.  In the event a timely objection is filed in response to the instant motion, Secured Creditor requests that a hearing be held within thirty (30) days.

9.      Request for Waiver of 14-Day Stay of Relief.  Secured Creditor requests that the 14 day stay, pursuant to Fed. R. Bankr. P. 4001(a)(4), be waived.

10.      Request for Attorney's Fees and Costs.  Secured Creditor requests attorney's fees and costs as a result of filing the instant motion.

11.      Secured Creditor seeks that the order and the relief granted in the order shall

survive conversion of this case to a case under any other chapter of the Bankruptcy Code.

Wherefore, Secured Creditor requests the entry of an order modifying the automatic stay, authorizing Movant, its successors and assigns, to protect its interest and proceed with taking possession of the Collateral under its Contract and appropriate state statutes; and for such other and further relief as the Court deems just and proper.

MCCALLA RAYMER LEIBERT PIERCE, LLP

By:     */s/ Toni  Townsend*
           Toni Townsend
           Florida Bar No. 1022285
           Attorney for Creditor
           110 S.E. 6th Street, Suite 2300
           Ft. Lauderdale, Florida 33301
           Phone: (312) 346-9088 X5174
           Fax: 312-803-9663
           Email: Toni.Townsend@mccalla.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 17, 2026, a true and correct copy of the foregoing was

served by U.S. Mail, First Class, and/or electronic transmission to: EXCELL Auto Group, Inc.,

16937 Pierre Circle, Delray Beach, FL 33446  and those parties receiving CM/ECF service.

- **Eric N Assouline**    ena@assoulineberlowe.com
- **Paul A Avron**    pavron@bergersingerman.com
- **Michael R. Bakst**    efileu1094@gmlaw.com
- **Zachary J Bancroft**    zbancroft@bakerdonelson.com
- **Alan Barbee**    abarbee@brileyfin.com
- **Marc P Barmat**    mbarmat@furrcohen.com
- **Gary A Barnes**    gbarnes@bakerdonelson.com
- **Eyal Berger**    eyal.berger@akerman.com
- **Oliver M Birman**    obirman@pbyalaw.com
- **Charles Wade Bowden**    bowdenw@gtlaw.com
- **Jerrell A Breslin**    jb@jsjb.law
- **Stephen C Breuer**    stephen@breuer.law
- **Melissa A. Campbell**    mcampbell@bakerdonelson.com
- **Rilyn A Carnahan**    rcarnahan@lippes.com
- **Stanley Quinn Casey**    scasey@sqcaseylaw.com
- **Marko F Cerenko**    mcerenko@klugerkaplan.com
- **Carmen Contreras-Martinez**    carmen.contreras-martinez@saul.com
- **Nicolette Corso-Vilmos**    nvilmos@bergersingerman.com
- **Alan R Crane**    acrane@furrcohen.com
- **Jonathan T Crane**    jcrane@furrcohen.com
- **Winston I Cuenant**    winston@cuenantlaw.com
- **Marcelo Diaz-Cortes**    md@lklsg.com
- **Mitchell A Dinkin**    mdinkin@madlegal.net
- **John D Eaton**    jeaton@shawde-eaton.com
- **C Craig Eller**    celler@kelleylawoffice.com
- **Jay L Farrow**    Jay.Farrow@counselorlawfirm.com
- **G Steven Fender**    steven.fender@fender-law.com
- **Michael Foster**    michael@youngfoster.com
- **Thomas Joseph Francella**    TFrancella@raineslaw.com
- **Charles P Gourlis**    cgourlis@letolawfirm.com
- **Karen Ann Green**    ANHSOrlans@InfoEx.com
- **Robert Charles Harris**    rharris@bcrhllp.com
- **Travis A Harvey**    tharvey@butler.legal
- **Rachel Iacangelo**    rachel.e.iacangelo@usdoj.gov
- **Dana L Kaplan**    dana@kelleylawoffice.comm
- **Amanda Klopp**    amanda.klopp@akerman.com

- **Philip J Landau**    plandau@landau.law
- **Dennis J LeVine**    Theresa.Byington@brockandscott.com
- **Thomas R. Lehman**    trl@lklsg.com, ame@lklsg.com
- **Michael D Lessne**    mlessne@lessnehoffman.law
- **Matthew P. Leto**    mleto@letolawfirm.com
- **Mark A Levy**    mark.levy@brinkleymorgan.com
- **Brett D Lieberman**    brett@elrolaw.com
- **James Randolph Liebler**    jrlii@lgplaw.com
- **Nathan G Mancuso**    ngm@mancuso-law.com
- **David B Marks**    brett.marks@akerman.com
- **Nicole Testa Mehdipour**    nicolem@ntmlawfirm.com
- **Nicole Testa Mehdipour**    Trustee@ntmlawfirm.com
- **Lance Bergmann Melamud**    LMelamud@grsm.com
- **James B Miller**    bkcmiami@gmail.com
- **Ari Newman**    newmanar@gtlaw.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Leslie S. Osborne**    office@rorlawfirm.com
- **John E Page**    jpage@slp.law
- **Eric S Pendergraft**    ependergraft@slp.law
- **Lauren G Raines**    lraines@bradley.com
- **Jordan L Rappaport**    office@rorlawfirm.com
- **David A Ray**    dray@draypa.com
- **Patricia A Redmond**    predmond@stearnsweaver.com
- **Ivan J Reich**    ireich@nasonyeager.com
- **Ricardo A Reyes**    rar@tobinreyes.com
- **Jason S Rigoli**    jrigoli@furrcohen.com
- **Harry J Ross**    hross@hjrlaw.com, paralegal@hjrlaw.com
- **Luis Salazar**    lsalazar@coleschotz.com
- **Theodore Sandler**    tsandler@sandlerlawpa.com
- **Jeffrey J Saunders**    JJS@crarybuchanan.com
- **John D. Segaul**    john@segaul.com
- **Zach B Shelomith**    zbs@shelomith.law
- **Avi C. Shoham**    avi@egozilaw.com
- **Eric J Silver**    esilver@stearnsweaver.com
- **David R Softness**    david@softnesslaw.com
- **Christian Somodevilla**    Christian.Somodevilla@usdoj.gov
- **James B Sowka**    jsowka@seyfarth.com
- **Peter D. Spindel**    peterspindel@gmail.com
- **Mark E Steiner**    MES@lgplaw.com, pm@lgplaw.com

- **Gavin N Stewart**    bk@stewartlegalgroup.com
- **Steven D Weber**    steve@weberlawpa.com
- **Paul E Wilson**    pwilson@paulwilsonesq.com
- **Thomas G Zeichman**    Tom@Zeichmanlaw.com

By:    */s/ Toni  Townsend*
Toni Townsend