# EXHIBIT B



# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 50GK43SB2LA000130 | 2020 | KARM | | 4D | | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| 5048 | | ▮▮▮▮▮▮ | | FL | 02-08-2021 |

Vehicle Color

**Full Name of Owner(s)**
EXCELL AUTO GROUP, INC.
1001 CLINT MOORE RD STE 101
BOCA RATON, FL 334872830

**Liens(s)**
[US Bank NA
PO Box 3427
Oshkosh, WI 54903]*

Lien Date: 12-23-2020
ELT Number: ▮▮▮▮▮▮
LTN: ▮▮▮▮▮▮

* Information has been supplied by the lienholder, not the state titling agency.

Document ID ▮▮▮▮▮▮

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.





*Home of the "Smart MVR" ™*

PO Box 100, Woodlyn, PA 19094
Tel: 866.454.3238 • www.IMVRS.com

## FL Online Vehicle Report

**Order Date: 5/5/2026**

| | | | |
|---|---|---|---|
| **Ordered for:** | U.S. Bank NA | **Reference** | ▮ |
| **VIN Searched:** | 50GK43SB2LA000130 | **VIN:** | 50GK43SB2LA000130 |
| **Plate Searched:** | | **Plate:** | |
| **Title Searched:** | | **Title#:** | ▮ |
| **Searched on:** | 5/5/2026 | | |
| **Control #:** | ▮ | | |

### Vehicle Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Year:** | 2020 | **Make/Model:** | KARM/ | **Body:** | 4D | **Vin:** | 50GK43SB2LA000130 |
| **Color:** | RED | **Mot Power:** | | **Veh Type:** | AUTO | **Plate:** | |
| **VLF Class:** | | **UL Wt/Axels:** | 5048 | **GVW:** | | **Plate Type:** | |
| **Asterisk Yr:** | | **Title Issued:** | 02/08/2021 | **Reg Issued:** | | **Title Num:** | ▮ |
| **Odometer:** | 150 | **Purchase Price:** | | **Total Fee:** | | **Reg Expires:** | |
| **First Sold:** | | **Purchase Date:** | 12/21/2020 | **Last Tran:** | 02/08/2021 | | |

### Legal Owners

| | |
|---|---|
| **Name:** | US BANK, NA |
| **Address:** | PO BOX 3427 |
| | OSHKOSH, WI 54903 |
| **Date:** | 12/23/2020 |

### Registered Owners

| | |
|---|---|
| **Name:** | EXCELL AUTO GROUP, INC. |
| **Address:** | 1001 CLINT MOORE RD STE 101 |
| | BOCA RATON, FL 33487 |

### Additional State Information

ODOMETER IS ACTUAL
ODOMETER DATE: 12/23/2020
VEHICLE USE: PERSONAL
LAST TRANSACTION: OR
ELECTRONIC TITLE
ELECTRONIC LIEN: TRUE

**End of report**

| | | |
|---|---|---|
| | | insrepv1-9(2016) |