# EXHIBIT C

# 2020 Karma Revero GT 4 Door Sedan

**Manufacturer**   Karma

**Year**   2020

**Model**   Revero GT

**Trim**   4 Door Sedan

**Reference Number:** 50GK43SB2LA000130

|  | Original MSRP | Low Retail | Average Retail | High Retail |
|---|---|---|---|---|
| **BASE PRICE** | $135,000 | $66,100 | $75,100 | $83,200 |
| **TOTAL PRICE** | $135,000 | $66,100 | $75,100 | $83,200 |

## Vehicle Notes

No notes available

## Value Explanations

### Low Retail Value

This vehicle would be in mechanically functional condition, needing only minor reconditioning. The exterior paint, trim and interior would show normal wear, needing only minor reconditioning. May also be a deteriorated restoration or a very poor amateur restoration. Mostly usable "as-is". This column does +*not*+ represent a "parts car" or a non-running vehicle.

### Note:

Some of the vehicles in this publication could be considered "Daily Drivers" and are not valued as a classic vehicle. When determining a value for a daily driver, it is recommended that the subscriber use the low retail value.

### Average Retail Value

This vehicle would be in good condition overall. It could be an older restoration or a well-maintained original vehicle. Completely operable. The exterior paint, trim and mechanics are presentable and serviceable inside and out. A "20-footer".

### High Retail Value

This vehicle would be in excellent condition overall. It could be a completely restored or an extremely well-maintained original vehicle showing very minimal wear. The exterior paint, trim and mechanics are not in need of reconditioning. The interior would be in excellent condition. Some vehicles may be considered "matching numbers" vehicles.

### Note:

This column does not represent a "100 Point" or "# 1" vehicle.

* A "100 Point" or "# 1" vehicle is not driven. It would generally be in a museum or transported in an enclosed trailer to concours judging and car shows. This type of car would be stored in a climate regulated facility.