UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

EXCELL Auto Group, Inc.
Debtor.

Case No.: 22-12790-EPK
Chapter 7

_____/

**EXHIBIT D**
**AFFIDAVIT OF INDEBTEDNESS**

STATE OF _Texas_

COUNTY OF _Dallas_

BEFORE ME, a representative authorized to take oaths, this day personally appeared _Erica Choice_, ("Affiant") who under penalty of perjury, deposes and says:

1.     I am over the age of eighteen and am authorized to make this affidavit on behalf of U.S. Bank National Association (the "Secured Creditor"), in connection with and in support of Secured Creditor's Motion for Relief from Stay filed in the above-styled bankruptcy case regarding a certain Retail Installment Sale Contract Simple Finance Charge (herein referenced as "Contract") which Secured Creditor entered into with Excell Auto Group, Inc. and Kristen Zankl ("Borrowers").

2.     I am an ___Other___ for Secured Creditor. In this position, my responsibilities include ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.

3.     Secured Creditor is the holder of the subject Contract. I am familiar with the Contract to the Borrowers, which is the basis for Secured Creditor's secured status.

4.     Secured Creditor maintains a computerized account of the Contract including all receipts and disbursements, charges and credits. The amount of indebtedness and the nature and

extent of the default set forth in the motion is derived from said computerized account of the Contract at issue. In my capacity as the _Officer_ for Secured Creditor, I have access to said computerized account documents. Said records are made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, the records are kept in the ordinary course of Secured Creditor's regularly conducted activities, and are made by Secured Creditor as a regular practice.

5. In connection with this case, I have reviewed the aforementioned computerized account records, the Contract documents and other business records of the Secured Creditor. Based upon my examination of the business records described herein, I have determined that as of May 22, 2026 there is now due and owing an outstanding principal balance of $67,505.54 and an outstanding total debt of $68,703.81.

6. The Borrowers have defaulted on payments due to Secured Creditor by failing to make the payment due on April 22, 2022 – May 22, 2026, and all subsequent payments due thereafter.

7. Based upon my examination of the business records described herein, I have determined that the sums set forth above remain due under the Contract.

8. I have reviewed the documents attached as exhibits to Secured Creditor's Motion for Relief from Stay and have determined that the Contract and Certificate of Title attached thereto as **Exhibits A and B** are true and accurate copies of the originals.

9.      I declare under penalty of perjury that the foregoing facts are true and correct based on personal knowledge derived from Secured Creditor's books and business records, as I have detailed heretofore.  This Affidavit is intended to show that competent testimony can be introduced at an evidentiary hearing, if necessary.


FURTHER AFFIANT SAYETH NAUGHT

_Erica Chow_
Affiant

_Erica Chow_
Print or Type Name


SWORN TO AND SUBSCRIBED before me this _16th_ day of _June_ , 20_26_ by _Erica Choice_ who is personally known to me or produced identification _produced identification_ .


NOTARY PUBLIC

_Henri Ventura_
Print Name

My commission expires:          _10/04/26_

HENRI VENTURA
Notary ID #133997996
My Commission Expires
October 4, 2026