

**ORDERED in the Southern District of Florida on June 20, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

| | |
|---|---|
| EXCELL Auto Group, Inc., | Case No.:   22-12790-EPK |
| Debtor. | Chapter:   7 |

_____/

### ORDER GRANTING MOTION RELIEF FROM
### THE AUTOMATIC STAY IN FAVOR OF U.S. BANK NATIONAL ASSOCIATION
(Re: 2020 KARMA REVERO GT, VIN 50GK43SB2LA000130)

**THIS MATTER** came before the court upon the Motion for Relief from the Automatic Stay (the "Motion") [Doc.1169]  filed by U.S. BANK NATIONAL ASSOCIATION, its successors and/or assigns (the "Secured Creditor") The Secured Creditor by submitting this form of order has represented that the motion was served on all required parties; the 14-day response time provided by Local Rule 9013-3(c) has expired; no one has filed, or served on the Secured Creditor, a response to the motion; and this form of order was attached as an exhibit to the Motion.  The Court

having reviewed the Motion, any relevant pleadings, and being otherwise duly advised in the premises, it is

**ORDERED:**

1.    The Motion is granted.

2.    The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Secured Creditor's interest in the collateral described as a 2020 KARMA REVERO GT, VIN 50GK43SB2LA000130.

3.    The relief granted here permits Secured Creditor, its successors and/or assigns, to allow Creditor to obtain possession of its Collateral and liquidate same under state law.

4.    This Order is entered for the sole purpose of allowing Secured Creditor, its successors and/or assigns, to complete *in rem* relief to take any and all steps necessary to exercise any rights it may have in the Collateral and to gain possession of said Property.  Secured Creditor does not have *in personam* relief against the Debtor(s).

5.    Secured Creditor's request for attorney's fees and costs is granted as recoverable pursuant to the underlying loan documents.

6.    Secured Creditor's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(4) is granted.

7.      This Order and the relief granted hereto shall survive conversion of this case to a case under any other chapter of the Bankruptcy Code.

###

**Submitted by:**
Toni Townsend
McCalla Raymer Leibert Pierce, LLP
110 S.E. 6th Street, Suite 2300
Ft. Lauderdale, Florida 33301
Phone: (312) 346-9088 X5174
Fax: 312-803-9663
Email: Toni.Townsend@mccalla.com

**Copies to:**

Attorney Toni Townsend is directed to serve copies of this order on all interested parties and to file a certificate of service as required under Local Rule 9036-2.