**ORDERED in the Southern District of Florida on September 21, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In Re: Case No.: 22-12790-EPK

**EXCELL AUTO GROUP, INC.,** Chapter 7

Debtor.

______________________________________/

**ORDER APPROVING TRUSTEE'S EXPEDITED APPLICATION FOR APPROVAL OF EMPLOYMENT AND SUBSTITUTION OF COUNSEL EFFECTIVE AS OF AUGUST 3, 2026**

THIS CASE came before the Court for a hearing on September 17, 2026, at 1:30 p.m. pursuant to the *Expedited Application by Trustee for Approval of Employment and Substitution of Counsel Effective as of August 3, 2026* [Dkt. No. 1184] (the "**Application**"), seeking to employ and substitute in as special counsel, Alan R. Crane, Esq. and the law firm of GrayRobinson, P.A. At the hearing, Avrumi "Josh" Lubin raised an objection to the Application. The Court has

reviewed the Application, notes that Alan R. Crane, Esq. shall remain approved as special counsel for the Trustee, that the law firm of GrayRobinson, P.A. shall be substituted as special counsel to the Trustee in place of Furr and Cohen, P.A. Further, Alan R. Crane, Esq. has represented that Alan R. Crane, Esq. and GrayRobinson, P.A. hold no interest adverse to the estate in the matters upon which they are engaged, as required by 11 U.S.C. § 327(e), and have disclosed any connections with parties as set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate. The Court is otherwise fully advised. Accordingly, it is

**ORDERED as follows:**

1. The Application is **APPROVED**.

2. The objection raised by Avrumi "Josh" Lubin is **OVERRULED** for the reasons set forth on the record.

3. The Trustee is authorized to employ Alan R. Crane, Esq., and GrayRobinson, P.A. pursuant to 11 U.S.C. § 327(e), effective as of August 3, 2026, to perform the services enumerated in the Application, along with other tasks involved in the administration of a Chapter 7 case for which the assistance or advice of an attorney is necessary, at the following hourly rates for the attorneys principally responsible for the representation: Alan R. Crane, Esq. - $700.00/hour and Jason S. Rigoli, Esq. - $625.00/hour.

4. Alan R. Crane, Esq., and GrayRobinson, P.A. shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at their standard rates, set forth above, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Trustee.

5. The law firm of Furr and Cohen, P.A. is no longer special counsel to the Trustee

and is relieved of all further responsibility as special counsel to the Trustee effective as of August 3, 2026.

###

**Submitted by:**
Alan R. Crane
GRAYROBINSON, P.A.
*Special Counsel for Chapter 7 Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Tel: (561) 368-3808/ Fax: (561) 368-4008
Alan.Crane@gray-robinson.com

*Alan R. Crane is directed to serve copies of this order on all interested parties and file a certificate of service with the Court.*