Form CGFCRD3H (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 22−12790−EPK**
**Chapter: 7**

**In re:**
EXCELL Auto Group, Inc.
16937 Pierre Circle
Delray Beach, FL 33446
EIN: 80−0344450

# NOTICE OF CONTINUED HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Erik P. Kimball to consider the following:

**Application to Employ Gary F. Seitz and the Law Firm of Gellert Seitz Busenkell & Brown, LLC as Special Counsel Effective as of August 18, 2026 [Affidavit Attached] Filed by Trustee Nicole Testa Mehdipour (1179)**

1. This matter has been set on the Court's motion calendar for a non−evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** **October 14, 2026**
   **Time:** **10:30 AM**
   **Location:** **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401**

2. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone, if the judge's procedures allow. **To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.** To register, click on or manually enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

   All participants (whether attending in person or remotely) must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036−2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

4. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Under District Court Administrative Order 2018−79, as amended by District Court Administrative Order 2019−87−A, with certain limited exceptions, electronic devices, including but not limited to cameras, cellular phones (including those with cameras), smart glasses, iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. A motion seeking to allow a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time may be filed under Local Rule 9013−2(c).

**Dated: 9/23/26** **CLERK OF COURT**

By: Dawn Leonard
Courtroom Deputy