UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Debtor.
_______________________________/

Case No. 22-12790-EPK
Chapter 7

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 6, 2026, the *Motion to Compromise Controversy with GSS Equity LLC, Abraham Grunhut, and Yitzchok Isaac Weiss and for Entry of a Bar Order* **[Dkt. No. 1181]** and *Re-Notice of Hearing* **[Dkt. No. 1183]** were served by U.S. Mail via BK Attorney Services, LLC d/b/a certificateofservice.com on the following parties:

Go Fund Advance, LLC
500 W. Putnam Ave., Suite 4000
Greenwich, CT 06830

Go Fund Advance, LLC
1757 58th Street
Brooklyn, NY 11204-2236

Go Fund Advance, LLC
c/o Hassett & George, P.C., as R.A.
945 Hopmeadow Street
Simsbury, CT 06070

Go Fund Advance, LLC
304 W. Main Street, Suite 2
Avon, CT 06001

Yisroel Getter
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Yisroel Getter
1579 Julia Ct.
Toms River, NJ 08755

Yitzchok Wolf a/k/a Isaac Wolf
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Yitzchok Wolf a/k/a Isaac Wolf
1224 1st Street Apt #4
Brooklyn, NY 11214

Jonathan Braun
39 Washington Ave.
Staten Island, NY 10314

Yosef Brezel
1009 E. 2nd Street
Brooklyn, NY 11230

Yitzchok Weiss a/k/a Isaac Weiss
21 Dale Road
Airmont, NY 10952

Yitzchok Weiss a/k/a Isaac Weiss
199 Lee Avenue, Suite 297
Brooklyn, NY 11211

Abraham Grunhut a/k/a Abe Grenhut
1 Sunny Ridge Court
Spring Valley, NY 10977

Abraham Grunhut a/k/a Abe Grenhut
c/o GSS Equity LLC
P.O. Box 110836
Brooklyn, NY 11211

Matrix Advance, LLC
1757 58th Street
Brooklyn, NY 11204

Matrix Advance, LLC
500 West Putnam Avenue, Suite 4000
Greenwich, CT 06830

MAPCAP Funding LLC
1449 37th Street, Suite 213
Brooklyn, NY 11218

Merchant Capital, LLC
c/o Hassett & George, Registered Agent
945 Hopmeadow Street
Simsbury, CT 06070

Quick Capital, Inc.
c/o Yoel Getter
564 East 9th Street
Brooklyn, NY 11218

Tailored Fund Cap LLC
c/o Legalinc Corporate Services Inc.
1967 Wehrle Drive, Suite 1 #086
Buffalo, NY 14221

MAPCAP Advance LLC
1274 49th Street, Suite 375
Brooklyn, NY 11219

ALT Capital Source LLC
1274 49th Street, Suite 375
Brooklyn, NY 11219

ALT Capital Source, LLC
1009 E. 2nd Street
Brooklyn, NY 11230

Bridge Funding CAP LLC
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Funding 123, LLC
c/o Hassett & George, Registered Agent
945 Hopmeadow Street
Simsbury, CT 06070

Fundura Capital Group LLC
c/o Northwest Registered Agent LLC
90 State Street
Suite 700, Office 40
Albany, NY 12207

Fundura Capital Partners LLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431

GSS Equity, LLC
P.O. Box 110836
Brooklyn, NY 11211

Hartford Receivables, LLC
a Delaware limited liability company
500 W. Putnam Ave., Suite 4000
Greenwich, CT 06830

Hartford Receivables, LLC
a Delaware limited liability company
c/o Northwest Registered Agent Service, Inc.
8 The Green, Suite B
Dover, DE 19901

Dated: October 6, 2026

GRAYROBINSON, P.A.
*Attorney for the Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3808
Facsimile: 561-368-4008

By: */s/ Jason S. Rigoli*
JASON S. RIGOLI, ESQ.
Florida Bar No. 91990
jason.rigoli@gray-robinson.com