**ORDERED in the Southern District of Florida on October 16, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:

EXCELL AUTO GROUP, INC.

Debtor.
______________________________________/

Case No.: 22-12790-EPK
Chapter 7

**ORDER GRANTING MOTION TO COMPROMISE CONTROVERSY WITH GSS EQUITY, LLC, ABRAHAM GRUNHUT AND YITZCHOK "ISAAC" WEISS AND FOR ENTRY OF A BAR ORDER**

THIS CASE came before the Court for a hearing on October 14, 2026, at 10:30 a.m. in West Palm Beach, Florida, upon the *Motion to Compromise Controversy with GSS Equity, LLC, Abraham Grunhut and Yitzchok "Isaac" Weiss and for Entry of a Bar Order* [Dkt. No. 1181] (the "**Motion**"), filed by Nicole Testa Mehdipour, Chapter 7 Trustee. The Court has reviewed the Motion and the record in this case and related adversary proceeding, heard the argument of counsel, notes that no objections were filed or raised at the hearing, and is otherwise fully advised. Accordingly, it is

**ORDERED that:**

1. The Motion is GRANTED.

2. The terms of the Settlement Agreement as set forth in the executed written settlement agreement attached as Exhibit 1 to the Motion are **APPROVED**, together with the Bar Order attached as Exhibit A thereto, in their entirety and incorporated into this Order by reference.

3. Nothing in this Order shall be construed to modify or amend the terms of the settlement as memorialized in the Settlement Agreement. The Court finds that entry of the requested Bar Order is appropriate in order to achieve the finality and repose that is contemplated as a term of the proposed settlement and that good cause therefore exists for the entry of this Order, and that this Order is fair and equitable. *See In re U.S. Oil & Gas Litigation*, 967 F.2d 489, 495-496 (11th Cir. 1992); *In re Munford, Inc.*, 97 F.3d 449, 454-455 (11th Cir. 1996); *In Re Centro Grp., LLC*, No. 21-11364, 2021 WL 5158001 (11th Cir. Nov. 5, 2021); and *Brophy v. Salkin*, 550 B.R. 595 (S.D. Fla. 2015).

4. The Bar Order request is approved to the extent set forth by separate Order of this Court in the Bar Order Pursuant to Settlement Agreement Between Trustee Nicole Testa Mehdipour and GSS Equity, LLC, Abraham Grunhut and Yitzchok Weiss.

5. The Court reserves jurisdiction to enforce the terms of this Order and the Settlement Agreement.

###

**Submitted by:**
Jason S. Rigoli, Esq.
GRAY ROBINSON, P.A.
*Special Counsel for Chapter 7 Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Tel: (561) 368-3808/ Fax: (561) 368-4008
Jason.Rigoli@gray-robinson.com

*Jason S. Rigoli is directed to serve copies of this order on all interested parties and file a certificate of service with the Court*