UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No. 22-12790-EPK
Chapter 7

Debtor.
_______________________________/

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2026, the *Order Granting Motion to Compromise Controversy with GSS Equity, LLC, Abraham Grunhut and Yitzchok "Isaac" Weiss and for Entry of a Bar Order* **[Dkt. No. 1195]** and that on October 20, 2026 the *Bar Order Pursuant to Settlement Agreement Between (I) Nicole Testa Mehdipour, Chapter 7 Trustee, and (II) GSS Equity, LLC, Yitzchok "Isaac" Weiss, and Abraham Grunhut* **[Dkt. No. 1196]** were served electronically on the following parties:

Eric N Assouline, Esq on behalf of Creditor Austin Business Finance, LLC
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Eric N Assouline, Esq on behalf of Witness Austin Business Finance, LLC and Xan Myburgh
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Paul A Avron, Esq. on behalf of Interested Party Andrew Todd McNeill
pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul A Avron, Esq. on behalf of Interested Party Christopher Todd Bludworth
pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael R. Bakst, Esq. on behalf of Interested Party Midnight Express Power Boats, Inc.
efileu1094@gmlaw.com,ecf.alert+bakst@titlexi.com;mbrennan@lippes.com;mbird@lippes.com;jrosaECF@lippes.com;alopezECF@lippes.com;EBakstECF@lippes.com;MBakstECF@lippes.com

Michael R. Bakst, Esq. on behalf of Interested Party Michael R. Bakst, Trustee
efileu1094@gmlaw.com,ecf.alert+bakst@titlexi.com;mbrennan@lippes.com;mbird@lippes.com;jrosaECF@lippes.com;alopezECF@lippes.com;EBakstECF@lippes.com;MBakstECF@lippes.com

Zachary J Bancroft on behalf of Creditor BAL Investments, LLC
zbancroft@bakerdonelson.com,achentnik@bakerdonelson.com,bkcts@bakerdonelson.com

Alan Barbee
abarbee@glassratner.com

Marc P Barmat on behalf of Plaintiff Nicole Testa Mehdipour
mbarmat@slp.law,mbarmat@slp.law;dwoodall@slp.law;pmouton@slp.law;mortman@slp.law

Marc P Barmat on behalf of Trustee Nicole Testa Mehdipour
mbarmat@slp.law,mbarmat@slp.law;dwoodall@slp.law;pmouton@slp.law;mortman@slp.law

Gary A Barnes on behalf of Creditor BAL Investments, LLC
gbarnes@bakerdonelson.com, mparris@bakerdonelson.com

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor John Wittig
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Oliver M Birman on behalf of Creditor Lillian Roberts
obirman@pbyalaw.com, eserviceftl@pbyalaw.com

Charles Wade Bowden on behalf of Interested Party JPMorgan Chase Bank, N.A.
bowdenw@gtlaw.com, charles-bowden-2484@ecf.pacerpro.com,Tina.Chalkley@gtlaw.com

Jerrell A Breslin on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law
Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
jb@jsjb.law, eservice@jsjb.law

Stephen C Breuer on behalf of Creditor David Amsel
stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com,mia@breuer.law

Melissa A. Campbell on behalf of Creditor BAL Investments, LLC
mcampbell@bakerdonelson.com,achentnik@bakerdonelson.com;kwilliams@bakerdonelson.com;bkcts@bakerdonelson.com

Rilyn A Carnahan, Esq. on behalf of Interested Party Michael R Bakst
rcarnahan@lippes.com,efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com;rilyn_carnahan@yahoo.com;rcarnahan@lippes.com;mbird@lippes.com;rcarnahanECF@l

Stanley Quinn Casey, II on behalf of Defendant Spin Capital LLC a/k/a Spin Capital
scasey@sqcaseylaw.com

Marko F Cerenko on behalf of Defendant ALPINE BUSINESS CAPITAL LLC
mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com

Marko F Cerenko on behalf of Defendant VERTEX FUNDING LLC
mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com

Marko F Cerenko on behalf of Defendant BARUCH JUNGREIS
mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com

Carmen Contreras-Martinez on behalf of Interested Party Spin Capital LLC a/k/a Spin Capital
carmen.contreras-martinez@saul.com,aida.mclaughlin@saul.com;
litigationdocketing@saul.com

Nicolette Corso-Vilmos on behalf of Trustee Nicole Testa Mehdipour
nvilmos@bergersingerman.com,efile@bergersingerman.com;efile@ecf.courtdrive.com;fsellers@bergersingerman.com;efile@ecf.courtdrive.com;bsimental@bergersingerman.com

Alan R Crane on behalf of Plaintiff Nicole Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com

Alan R Crane on behalf of Plaintiff Nicole Testa Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com

Alan R Crane on behalf of Trustee Nicole Testa Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com

Jonathan T Crane on behalf of Plaintiff Nicole Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Jonathan T Crane on behalf of Plaintiff Nicole Testa Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Jonathan T Crane on behalf of Plaintiff Nicole Testa Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Jonathan T Crane on behalf of Trustee Nicole Testa Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Winston I Cuenant on behalf of Creditor Frederick Hall
winston@cuenantlaw.com,drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;jessica.cuenant@gmail.com

Marcelo Diaz-Cortes on behalf of Interested Party Jeffrey Weintraub
md@lklsg.com, tms@lklsg.com

Mitchell Andrew Dinkin on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

John D Eaton on behalf of Creditor BAL Investments, LLC
jeaton@shawde-eaton.com, sduquesnay@shawde-eaton.com

C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Jay L Farrow on behalf of Creditor 1001 Clint Moore, LLC
Jay.Farrow@counselorlawfirm.com

Jay L Farrow on behalf of Creditor MMS Ultimate Services, Inc.
Jay.Farrow@counselorlawfirm.com

Jay L Farrow on behalf of Creditor Moshe Farache
Jay.Farrow@counselorlawfirm.com

G Steven Fender on behalf of Creditor Graner Law Group, P.A.
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Defendant Graner Law Group, P.A.
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Defendant Thomas U Graner
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Interested Party Graner, Platzek & Allison, P.A.
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Interested Party Jennifer Graner
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Interested Party Thomas U. Graner
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

Michael Foster on behalf of Plaintiff Nicole Testa Mehdipour
michael@youngfoster.com, karin@youngfoster.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
michael@youngfoster.com, karin@youngfoster.com

Thomas Joseph Francella, Jr on behalf of Defendant Oetker Hotel Management Company GMBH
TFrancella@raineslaw.com, thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Thomas Joseph Francella, Jr on behalf of Defendant SARL Eden Rock
TFrancella@raineslaw.com, thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Charles P Gourlis on behalf of Defendant Hi Bar Capital, LLC
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Abraham Grunhut
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Isaac Weiss
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Yisroel Herbst
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Karen Ann Green on behalf of Creditor Ally Bank
ANHSOrlans@InfoEx.com

Robert Charles Harris on behalf of Creditor TVT Direct Funding LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Kinetic Direct Funding, LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Libertas Funding LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Noble Financial Corp.
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant TVT Direct Funding LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Craig Paul
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant David Waill
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Gary Katcher
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Jessica Petrovic
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Matthew Cohen
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Michael Thompson
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Randy Saluck
rharris@bcrhllp.com

Travis A Harvey on behalf of Creditor BAL Investments, LLC
tharvey@butler.legal

Rachel Iacangelo on behalf of Defendant United States of America
rachel.e.iacangelo@usdoj.gov, southern.taxcivil@usdoj.gov

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
dana@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Steven Graves
dana@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Amanda Klopp on behalf of Creditor Milco Atwater, LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Creditor Millco Atwater, LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Creditor Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Philip J Landau on behalf of Creditor Michael Halperin
plandau@landau.law,plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com

Dennis J LeVine, Esq on behalf of Interested Party JPMorgan Chase Bank, N.A.
Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Thomas R. Lehman, Esq. on behalf of Creditor Savannah Row Development Company, LLC
trl@lklsg.com, ame@lklsg.com

Thomas R. Lehman, Esq. on behalf of Creditor Howard Castleman
trl@lklsg.com, ame@lklsg.com

Thomas R. Lehman, Esq. on behalf of Interested Party Jeffrey Weintraub
trl@lklsg.com, ame@lklsg.com

Michael D Lessne on behalf of Creditor Moshe Farache
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com;lnegron@lessnehoffman.law

Matthew P. Leto on behalf of Defendant Hi Bar Capital, LLC
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Abraham Grunhut
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Isaac Weiss
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Yisroel Herbst
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Mark A Levy, Esq on behalf of Creditor Chad Zakin
mark.levy@brinkleymorgan.com,sandra.gonzalez@brinkleymorgan.com;brinkleymorgan ecf@gmail.com

Brett D Lieberman on behalf of Interested Party Bradley Skorepa
brett@elrolaw.com,eservice@elrolaw.com;tisha@elbizlaw.com;virginia@elbizlaw.com; denissis@elbizlaw.com

James Randolph Liebler on behalf of Creditor Westlake Flooring Company, LLC
jrlii@lgplaw.com, mkv@lgplaw.com;de@lgplaw.com

James Randolph Liebler on behalf of Creditor Westlake Services, LLC
jrlii@lgplaw.com, mkv@lgplaw.com;de@lgplaw.com

Nathan G Mancuso on behalf of Creditor Excell Auto Sport and Service, Inc.
ngm@mancuso-law.com

David B Marks on behalf of Creditor Millco Atwater, LLC
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor John Wittig
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Plaintiff Nicole Mehdipour
nicolem@ntmlawfirm.com,cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Plaintiff Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Lance Bergmann Melamud on behalf of Interested Party TD Bank, N.A.
LMelamud@grsm.com, aruff@grsm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Defendant Holand Automotive USA, Inc.
bkcmiami@gmail.com

Ari Newman, Esq. on behalf of Interested Party JPMorgan Chase Bank, N.A.
newmanar@gtlaw.com,Melissa.DeLaTorre@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Defendant Green Bucket Investments, Corp.
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Parkinson Holdings, LTD
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Parkinson LLC
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Parkinson Super Party LTD AFT Superannuation Fund
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Aaron Parkinson
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Craig Parkinson
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Jason Carros
office@rorlawfirm.com, 4275819420@filings.docketbird.com

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law,dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law

John E Page on behalf of Creditor Johnie Floyd Weems, III
jpage@slp.law,dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law

Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law,dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Creditor Johnie Floyd Weems, III
ependergraft@slp.law,dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Lauren G Raines on behalf of Defendant AJ Advance, Inc.
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Amal Capital Corp.
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant DC Fund LLC d/b/a Diverse Capital
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Diverse Capital, LLC
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Eeshan Capital, Corp.
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant True Business Funding, LLC
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Ariel Peretz
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Jonathan Allayev
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Jonathan Jacobs
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Lauren Stateman
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Naftoli Leser
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Ronen Abramovitch
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Applegate
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Green Bucket Investments, Corp.
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Parkinson Holdings, LTD
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Parkinson LLC
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Parkinson Super Party LTD AFT Superannuation Fund
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Aaron Parkinson
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Columbus Day Finance, LLC
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Aaron Parkinson
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Frederick Middleton
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Stefano Riga
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Tarek Aboualazzm
office@rorlawfirm.com, 1678370420@filings.docketbird.com

David A Ray on behalf of Trustee Nicole Testa Mehdipour
dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com

Patricia A Redmond on behalf of Mediator Patricia Redmond
predmond@stearnsweaver.com,jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com,etorres@nasonyeager.com;jheredia@nasonyeager.com;llavander@nasonyeager.com

Ivan J Reich, Esq on behalf of Creditor Kenneth J. Goodman as Trustee of the DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com,etorres@nasonyeager.com;jheredia@nasonyeager.com;llavander@nasonyeager.com

Ivan J Reich, Esq on behalf of Defendant Kenneth Goodman, as Trustee
ireich@nasonyeager.com,etorres@nasonyeager.com;jheredia@nasonyeager.com;llavander@nasonyeager.com

Ricardo A Reyes on behalf of Defendant Marina One, Inc.
rar@tobinreyes.com,rreid@tobinreyes.com;eservice@tobinreyes.com;mhorton@tobinreyes.com

Jason S Rigoli, Esq. on behalf of Plaintiff Nicole Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Jason S Rigoli, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Jason S Rigoli, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Jason S Rigoli, Esq. on behalf of Trustee Nicole Testa Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Harry J Ross, Esq on behalf of Interested Party Alexey Alekseyevich Gorodova
hross@hjrlaw.com, paralegal@hjrlaw.com

Harry J Ross, Esq on behalf of Interested Party Svetlana Petrovna Gorodova
hross@hjrlaw.com, paralegal@hjrlaw.com

Luis Salazar, Esq. on behalf of Interested Party AJA Realty Enterprises, Inc.
lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com;EVazquez@coleschotz.com

Luis Salazar, Esq. on behalf of Interested Party Shrayber Land, Inc,
lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com;EVazquez@coleschotz.com

Theodore Sandler on behalf of Creditor Franklin Capital Funding, LLC
tsandler@sandlerlawpa.com

Theodore Sandler on behalf of Defendant Franklin Capital Funding, LLC
tsandler@sandlerlawpa.com

Theodore Sandler on behalf of Defendant Franklin Capital Group, LLC, dba Wing Lake Capital
tsandler@sandlerlawpa.com

Jeffrey J Saunders on behalf of Creditor United Community Bank d/b/a Seaside Bank and Trust
JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com

Jeffrey J Saunders on behalf of Witness Crary Buchanan P.A.
JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com

John D. Segaul on behalf of Creditor Tim Olesijuk
john@segaul.com, melissa@segaul.com;segaullawfirmpa@jubileebk.net

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@shelomith.law,info@shelomith.law;alt@shelomith.law;agp@shelomith.law;drp@shelomith.law;mpc@shelomith.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com

Avi C. Shoham on behalf of Interested Party Joshua Lubin
avi@egozilaw.com

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com,jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R Softness on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
david@softnesslaw.com

David R Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R Softness on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
Christian.Somodevilla@usdoj.gov,shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

James B Sowka on behalf of Creditor Karma Automotive, LLC
jsowka@seyfarth.com,
ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com

Peter D. Spindel on behalf of Creditor Tulocay Farm, Inc.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Mark E Steiner on behalf of Creditor Westlake Flooring Company, LLC
MES@lgplaw.com, pm@lgplaw.com

Mark E Steiner on behalf of Creditor Westlake Services, LLC
MES@lgplaw.com, pm@lgplaw.com

Gavin N Stewart on behalf of Creditor Ally Bank
bk@stewartlegalgroup.com

Toni Townsend on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Steven D Weber on behalf of Defendant 24 Capital LLC
steve@weberlawpa.com, service@weberlawpa.com

Steven D Weber on behalf of Defendant Funders App LLC
steve@weberlawpa.com, service@weberlawpa.com

Steven D Weber on behalf of Defendant Mark Allayev
steve@weberlawpa.com, service@weberlawpa.com

Steven D Weber on behalf of Defendant Paul Vega
steve@weberlawpa.com, service@weberlawpa.com

Paul E Wilson on behalf of Creditor Daimler Trust
pwilson@paulwilsonesq.com

Paul E Wilson on behalf of Creditor Mercedes Benz Financial Services USA, LLC.
pwilson@paulwilsonesq.com

Thomas G Zeichman on behalf of Creditor Prestige Luxury Cars, LLC
tom@zeichmanlaw.com,g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com

I further certify that on October 29, 2026, I served a copy of the foregoing documents by E-Mail on the parties listed below and on October 28, 2026 by U.S. Mail on the attached service list, via BK Attorney Services, LLC d/b/a certificateofservice.com, pursuant to the Order Limiting Notice entered at Dkt. No. 760.

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
proofofclaim@becket-lee.com

Fedex Corporate Services Inc
bankruptcy@fedex.com

Geoffrey Thomas Keable
lacaplanlaw@bellsouth.net

A&A Publishing Corp
d/b/a The Boca Raton Observer
ralph@bocaratonobserver.com

First Citizens Bank & Trust Company
staceyrgray@aol.com

United Healthcare Insurance Company
jayson_ronning@uhc.com

Chapford Specialty Finance LLC
jmoon@melandbudwick.com

Haley Walker
cpetersen@olivejudd.com

Jack Brennan
jack.brennan@gray-robinson.com

Lillian Roberts
lileroberts@gmail.com

IPFS Corporation
lisa.chandler@ipfs.com

Dated: October 29, 2026

GRAYROBINSON, P.A.
*Attorney for the Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3808
Facsimile: 561-368-4008

By: *__/s/ Jason S. Rigoli__*
JASON S. RIGOLI, ESQ.
Florida Bar No. 91990
jason.rigoli@gray-robinson.com

**SERVICE LIST**

Edward Brown
c/o David B. Marks, Esq.
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301

Franklin Capital Funding, LLC
c/o Patrick R. Dorsey, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431

BAL Investments, LLC
Melissa A. Campbell, Esq.
200 S. Orange Ave., Suite 2900
Orlando, FL 32801

Michael Halperin
c/o Philip Landau, Esq.
Landau Law, PLLC
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco Atwater, LLC
c/o David B. Marks, Esq.
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW 2nd Avenue, Suite 100
Boca Raton, FL 33431-5862

Green Bucket Investments
Aaron Parkinson
6700 N. Andrews Avenue, 3rd Floor
Fort Lauderdale, FL 33309-2204

The Gori Family Limited Partnership
c/o D. Brett Marks, Esq.
Akerman LLP
201 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301

Edvard Dessalines
c/o Eric S. Pendergraft, Esq.
Shraiberg Page P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431

DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich, Esq.
750 Park of Commerce Blvd., Suite 210
Boca Raton, FL 33487-3611

Aaron Parkinson
c/o Jordan Rappaport, Esq.
Rappaport Osborne & Rappaport, PLLC
1300 N. Federal Highway
Boca Raton, FL 33432

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW 2nd Avenue, Suite 100
Boca Raton, FL 33431-5862

Savannah Row Development Company, LLC
Thomas R. Lehman, Esq.
100 S.E. 2nd Street - 36th Floor
Miami, FL 33131

Shrayber Land, Inc.
c/o Salazar Law
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Road, Suite C401
Fort Lauderdale, FL 33312-6598

MXT Solutions, LLC
c/o Eric Assouline, Esq.
100 SE 2nd St., Suite 3105
Miami, FL 33131

Chapford Specialty Finance LLC
c/o James C. Moon, Esq.
Meland Budwick, P.A.
200 S. Biscayne Blvd., Suite 3200
Miami, FL 33131-5323

TVT Direct Funding LLC
65 West 36th Street, 12th Floor
New York, NY 10018-7935

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman, Esq.
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Johnie Floyd Weems, III
c/o Eric S. Pendergraft, Esq.
Shraiberg Page P.A.
2385 N.W. Executive Center Dr., Suite 300
Boca Raton, FL 33431

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman, Esq.
2385 Executive Center Dr., Suite 250
Boca Raton, FL 33431-8511

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Edward Brown
c/o Amanda Klopp, Esq.
Akerman LLP
777 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401

TVT Direct Funding LLC
65 West 36th Street, 12th Floor
New York, NY 10018-7935

Millco Atwater, LLC
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC
c/o Eyal Berger, Esq.
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301

Millco Atwater, LLC
c/o Amanda Klopp, Esq.
Akerman LLP
777 South Flagler Dr., Suite 1100
West Palm Beach, FL 33401

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edvard Dessalines
c/o John E. Page, Esq.
Shraiberg Page P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431-8530

BAL Investments, LLC
1114 Ashton Trace
Atlanta, GA 30319-2681

BAL Investments, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Suite 2900
Orlando, FL 32801-3448

BAL Investments, LLC
Travis A. Harvey, Esq.
400 N. Ashley Dr., Suite 2300
Tampa, FL 33602

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Johnie Floyd Weems, III
1199 S. Federal Highway, Suite 423
Boca Raton, FL 33432-7335

Johnie Floyd Weems, III
c/o John E. Page, Esq.
Shraiberg Page, P.A.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431

Shrayber Land, Inc.
2121 SW 3rd Avenue, Suite 200
Miami, FL 33129-1458

Shrayber Land, Inc.
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight, LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., Suite 300
Boca Raton, FL 33431-8530

Aaron Parkinson
1361 SW 21st Street
Boca Raton, FL 33486-6646

Aaron Parkinson
c/o Frederik Middleton
1361 SW 21st Street
Boca Raton, FL 33486-6646

Woodside Credit, LLC
c/o Christian Somodevilla, Esq.
2 S. Biscayne Blvd., Suite 2200
Miami, FL 33131

IPFS Corporation
30 Montgomery Street, Suite 501
Jersey City, NJ 07302-3821

Excell Auto Group, Inc.
c/o Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Go Fund Advance, LLC
500 W. Putnam Ave., Suite 4000
Greenwich, CT 06830

Go Fund Advance, LLC
1757 58th Street
Brooklyn, NY 11204-2236

Go Fund Advance, LLC
c/o Hassett & George, P.C., as R.A.
945 Hopmeadow Street
Simsbury, CT 06070

Go Fund Advance, LLC
304 W. Main Street, Suite 2
Avon, CT 06001

Yisroel Getter
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Yisroel Getter
1579 Julia Ct.
Toms River, NJ 08755

Yitzchok Wolf a/k/a Isaac Wolf
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Yitzchok Wolf a/k/a Isaac Wolf
1224 1st Street Apt #4
Brooklyn, NY 11214

Jonathan Braun
39 Washington Ave.
Staten Island, NY 10314

Yosef Brezel
1009 E. 2nd Street
Brooklyn, NY 11230

Yitzchok Weiss a/k/a Isaac Weiss
21 Dale Road
Airmont, NY 10952

Yitzchok Weiss a/k/a Isaac Weiss
199 Lee Avenue, Suite 297
Brooklyn, NY 11211

Abraham Grunhut a/k/a Abe Grenhut
1 Sunny Ridge Court
Spring Valley, NY 10977

Abraham Grunhut a/k/a Abe Grenhut
c/o GSS Equity LLC
P.O. Box 110836
Brooklyn, NY 11211

Matrix Advance, LLC
1757 58th Street
Brooklyn, NY 11204

Matrix Advance, LLC
500 West Putnam Avenue, Suite 4000
Greenwich, CT 06830

MAPCAP Funding LLC
1449 37th Street, Suite 213
Brooklyn, NY 11218

Merchant Capital, LLC
c/o Hassett & George, Registered Agent
945 Hopmeadow Street
Simsbury, CT 06070

Quick Capital, Inc.
c/o Yoel Getter
564 East 9th Street
Brooklyn, NY 11218

Tailored Fund Cap LLC
c/o Legalinc Corporate Services Inc.
1967 Wehrle Drive, Suite 1 #086
Buffalo, NY 14221

MAPCAP Advance LLC
1274 49th Street, Suite 375
Brooklyn, NY 11219

ALT Capital Source LLC
1274 49th Street, Suite 375
Brooklyn, NY 11219

ALT Capital Source, LLC
1009 E. 2nd Street
Brooklyn, NY 11230

Bridge Funding CAP LLC
5308 13th Avenue, Suite 324
Brooklyn, NY 11219

Funding 123, LLC
c/o Hassett & George, Registered Agent
945 Hopmeadow Street
Simsbury, CT 06070

Fundura Capital Group LLC
c/o Northwest Registered Agent LLC
90 State Street
Suite 700, Office 40
Albany, NY 12207

Fundura Capital Partners LLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431

GSS Equity, LLC
P.O. Box 110836
Brooklyn, NY 11211

Hartford Receivables, LLC
a Delaware limited liability company
500 W. Putnam Ave., Suite 4000
Greenwich, CT 06830

Hartford Receivables, LLC
a Delaware limited liability company
c/o Northwest Registered Agent Service, Inc.
8 The Green, Suite B
Dover, DE 19901