UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re: Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

Debtor.
__________________________________/

# MOTION TO APPROVE COMPROMISE AND SETTLEMENT WITH HOLAND AUTOMOTIVE USA, INC.

**Under Local Rule 9013-3(b), the relief requested herein may be granted without further motion, notice, or hearing if no written response or objection is filed and served within 21 days after service of this motion.**

NICOLE TESTA MEHDIPOUR, solely in her capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Excell Auto Group, Inc. (the "Estate"), moves under Federal Rules of Bankruptcy Procedure 2002(a)(3) and 9019(a), and Local Rule 9013-3(b), for an order approving the settlement agreement dated September 29, 2026 (the "Agreement") between the Trustee and Holand Automotive USA, Inc. ("Holand"). A proposed order granting the relief sought herein is attached as Exhibit 1, and the executed Agreement is attached as Exhibit 2. In support, the Trustee states:

## BACKGROUND

1. Excell Auto Group, Inc. is the debtor in the above-captioned Chapter 7 case (the "Debtor"). Nicole Testa Mehdipour is the duly appointed and acting Chapter 7 Trustee.

2. The Trustee commenced the adversary proceeding styled Nicole Testa Mehdipour, Chapter 7 Trustee v. Holand Automotive USA, Inc., Adv. Proc. No. 24-01253-EPK (the "Adversary Proceeding"), in which the Trustee asserted claims against Holand (the "Claims").

Holand disputes the Claims and has asserted defenses thereto. The Claims remain pending and have not been adjudicated.

3. The Trustee and Holand negotiated the Agreement in good faith to resolve fully and finally the Claims and the matters that were or could have been asserted in the Adversary Proceeding, avoiding the expense, risk, difficulties, delay, and uncertainty of litigation. The Agreement was executed by both Parties on September 29, 2026, with Holand signing through Gad Bitton, its President. The Agreement is subject to Court approval and its stated conditions to effectiveness.

## THE PROPOSED SETTLEMENT

4. In full and final settlement of the Claims, Holand shall pay the Trustee $99,500.00 (the "Settlement Payment") by check payable to "Nicole Testa Mehdipour, Chapter 7 Trustee of the bankruptcy estate of Excell Auto Group, Inc." or by wire transfer of immediately available funds to an account designated in writing by the Trustee or her counsel.[1] The Settlement Payment is due on or before 30 days following entry of a final non-appealable order approving the Agreement. The Trustee will provide wire instructions within 15 days after execution of the Agreement. As additional Settlement Consideration, Holand shall irrevocably waive any claim or right to payment under 11 U.S.C. § 502(h) arising from or relating to the Claims, the Adversary Proceeding, or the Settlement Payment (the "Section 502(h) Waiver"). Agreement § 2.

5. As of execution by the Parties, the Agreement is effective and binding upon the Trustee and Holand (the "Settlement Effective Date"). The Section 502(h) Waiver becomes irrevocably effective upon entry of a final non-appealable order approving the Agreement. If the

[1] The Trustee shall deliver a duly-executed, current IRS form W-9 to Holand's counsel upon approval of the Agreement.

Agreement is not approved by such an order, it is null and void and of no force or effect. Agreement § 3.

6. Effective as of the Settlement Effective Date, the Trustee, solely in her capacity as Chapter 7 Trustee and on behalf of the Estate and the Debtor, fully and unconditionally releases Holand from the Claims and all known and unknown claims or causes of action that were asserted or could have been asserted by the Trustee or the Estate against Holand in the Adversary Proceeding and the Bankruptcy Case. Holand likewise fully and unconditionally releases the Trustee, solely in her capacity as Chapter 7 Trustee, and the Estate from all known and unknown claims or causes of action that were asserted or could have been asserted by Holand against the Trustee or the Estate in the Adversary Proceeding and the Bankruptcy Case. The releases do not affect obligations under the Agreement, which survive. *See* Agreement § 4.

7. Promptly after the Settlement Effective Date, the Trustee will take all steps reasonably necessary to dismiss the Adversary Proceeding with prejudice. Each Party will bear its own fees and costs except as otherwise expressly provided in the Agreement. *See* Agreement § 5.

8. Holand knowingly, voluntarily, irrevocably, and unconditionally waives and relinquishes any claim, proof of claim, administrative expense, right to payment, setoff, recoupment, or other right against the Debtor, the Estate, or the Trustee under 11 U.S.C. § 502(h) arising from or relating to the Claims, the Adversary Proceeding, the Settlement Payment, or any transfer or recovery resolved by the Agreement. Any such claim previously filed or asserted is withdrawn and waived with prejudice. The Agreement also requires the Parties to use best efforts to effectuate the settlement, provides for no admission of liability, requires each Party to bear its own fees and expenses, and reserves exclusive jurisdiction in this Court to approve and enforce

the Agreement. *See* Agreement §§ 6–25. The complete terms appear in Exhibit 2 and control over this summary.

## REQUEST FOR APPROVAL OF SETTLEMENT

9. Bankruptcy Rule 9019(a) permits the Court, on the Trustee's motion and after notice, to approve a compromise. Rule 2002(a)(3) requires at least 21 days' notice of a hearing on approval to the Debtor, Trustee, creditors, and indenture trustees unless the Court for cause orders otherwise. This motion is submitted on the 21-day negative-notice procedure authorized for a Rule 9019(a) motion in this Chapter 7 case by Local Rule 9013-3(b). It seeks one form of relief: Approval of the Agreement.

10. Under Rule 9019 of the Federal Rules of Bankruptcy Procedure, the Court may approve a settlement or compromise after notice or hearing. Fed. R. Bankr. P. 9019. "It is generally recognized that the law favors compromise of disputes over litigation for litigation sake." *In re Bicoastal Corp*., 164 B.R. 1009, 1016 (Bankr. M.D. Fla. 1993). When considering a settlement for approval, a bankruptcy court is to "determine whether the proposed settlement is fair and equitable." *In re Air Safety Int'l, L.C*., 336 B.R. 843, 852 (Bankr. S.D. Fla. 2005). "Settlements are generally favored in bankruptcy proceedings, in that they provide for an often needed and efficient resolution in a bankruptcy case." *Tindall v. Mavrode (In re Mavrode)*, 205 B.R. 716, 719 (Bankr. D.N.J. 1997). Indeed, "[a] starting point in analyzing any proposed settlement agreement is the general policy of encouraging settlements and favoring compromises." *In re Harbour E. Dev., Ltd.*, No. 10-20733-BKC-AJC, 2012 WL 1851015, at *5 (Bankr. S.D. Fla. May 21, 2012).

11. The Eleventh Circuit Court of Appeals has set forth factors to assist bankruptcy courts in determining whether a settlement proposal meets the appropriate standard. *Id.* These factors are as follows: (a) the probability of success in the litigation; (b) the difficulties, if any, to

be encountered in the matter of collection; (c) the complexity of the litigation involved, and the expense, inconvenience, and delay necessarily attending it; and (d) the paramount interest of the creditors and a proper deference to their reasonable views in the premises (together, the "Justice Oaks Factors"). *See Wallis v. Justice Oaks II, Ltd.*, 898 F.2d 1544, 1549 (11th Cir. 1990); *see also Romagosa v. Thomas*, 236 Fed. Appx. 498, 504 (11th Cir. 2007) (setting forth the *Justice Oaks Factors* and affirming bankruptcy court's approval of settlement agreement). Moreover, "[t]he bankruptcy court is not required to rule on the merits and must look only to the probabilities." *Id.* Settlements or compromises should be approved unless they "fall below the lowest point in the range of reasonableness." *In re Bicoastal Corp.*, 164 B.R. at 1016.

12. On balance, the *Justice Oaks Factors* weigh in favor of approving the Settlement Agreement.

13. Probability of success. The Claims are pending in the Adversary Proceeding and have not been adjudicated. Holand disputes the Claims and has asserted defenses, and the Trustee would bear the burden of establishing the merits and amount of any recovery. The Agreement resolves those uncertainties without an adjudication on the merits or an admission of liability. The $99,500.00 Settlement Payment, together with the Section 502(h) Waiver, reasonably reflects the litigation risk and provides a definite benefit to the Estate.

14. Collection. Holand's obligation to pay $99,500.00 is a direct payment obligation, payable by check or wire within 30 days after entry of a final non-appealable approval order. The Agreement also eliminates the risk that Holand could assert a claim under 11 U.S.C. § 502(h) arising from the Claims, the Adversary Proceeding, the Settlement Payment, or any transfer or recovery resolved by the Agreement. The payment obligation and irrevocable waiver provide meaningful, readily identifiable value for the Estate.

15. Expense and delay. Continuing the Adversary Proceeding against a corporate defendant, along with prosecution of a jury trial, would entail further pleadings, discovery, motion practice, potential trial, and possible appeal. The compromise avoids the expense, inconvenience, delay, and uncertainty associated with that litigation and permits the Trustee to obtain a defined recovery while resolving the Claims and related matters through a dismissal with prejudice.

16. Creditors' interests. The Estate will receive $99,500.00, and Holand will irrevocably waive any claim under 11 U.S.C. § 502(h) arising from the Claims, the Adversary Proceeding, the Settlement Payment, or any transfer or recovery resolved by the Agreement. Accordingly, no allowed Section 502(h) claim arising from the settled matters will dilute distributions to creditors. The cash recovery, waiver, mutual releases, and dismissal with prejudice support the Trustee's business judgment that the Agreement is fair and equitable and in creditors' interests. Creditors will have the opportunity to object through the notice procedure.

17. The Trustee will serve this motion and its exhibits on the Debtor, Holand, the United States Trustee, all creditors and indenture trustees, and other parties entitled to notice under Bankruptcy Rules 2002(a)(3), 9019(a), and 9034 and the Local Rules. Because the Adversary Proceeding is pending, the Trustee will also file a notice of this motion in the Adversary Proceeding as required by Local Rule 9019-1.

WHEREFORE, the Chapter 7 Trustee respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) authorizing the Settlement Agreement; (iii) entering the form of Order, attached as Exhibit 1, in the event that no written objections are filed within the time prescribed by Local Rule 9013-1(b); (iv) retaining jurisdiction to enforce the terms of the Settlement Agreement; and (v) for such other and further relief as the Court deems just and proper.

Dated: November 5, 2026.

Respectfully submitted,

**YOUNG FOSTER PLLC**
*Special Litigation Counsel*
*for the Chapter 7 Trustee*
2400 E Commercial Blvd, Suite 723
Fort Lauderdale, Florida 33308
Telephone: (954) 866-3570

By: */s/ Michael C. Foster, Esq.*
Michael C. Foster, Esq.
Florida Bar No. 0042765
michael@youngfoster.com
karin@youngfoster.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 5, 2026, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

*/s/ Michael C. Foster*
Michael C. Foster, Esq.

# SERVICE LIST

**Sent via CM/ECF**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Eric N Assouline** ena@assoulineberlowe.com, ah@assoulineberlowe.com
- **Paul A Avron** pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com
- **Michael R. Bakst** efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;mbrennan@lippes.com;mbird@lippes.com;jrosaECF@lippes.com;alopezECF@lippes.com;EBakstECF@lippes.com;MBakstECF@lippes.com
- **Zachary J Bancroft** zbancroft@bakerdonelson.com, achentnik@bakerdonelson.com,bkcts@bakerdonelson.com
- **Alan Barbee** abarbee@glassratner.com
- **Marc P Barmat** mbarmat@slp.law, mbarmat@slp.law;dwoodall@slp.law;pmouton@slp.law;mortman@slp.law
- **Gary A Barnes** gbarnes@bakerdonelson.com, mparris@bakerdonelson.com
- **Eyal Berger** eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Oliver M Birman** obirman@pbyalaw.com, eserviceftl@pbyalaw.com
- **Charles Wade Bowden** bowdenw@gtlaw.com, charles-bowden-2484@ecf.pacerpro.com,Tina.Chalkley@gtlaw.com
- **Jerrell A Breslin** Jerry@Breslin.Law, Eservice@Breslin.Law
- **Stephen C Breuer** stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com,mia@breuer.law
- **Melissa A. Campbell** mcampbell@bakerdonelson.com, achentnik@bakerdonelson.com;kwilliams@bakerdonelson.com;bkcts@bakerdonelson.com
- **Rilyn A Carnahan** rcarnahan@lippes.com, efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.com;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com;rilyn_carnahan@yahoo.com;rcarnahan@lippes.com;mbird@lippes.com;rcarnahanECF@l
- **Stanley Quinn Casey** scasey@sqcaseylaw.com
- **Marko F Cerenko** mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com
- **Carmen Contreras-Martinez** carmen.contreras-martinez@saul.com, aida.mclaughlin@saul.com;litigationdocketing@saul.com
- **Nicolette Corso-Vilmos** nvilmos@bergersingerman.com, efile@bergersingerman.com;efile@ecf.courtdrive.com;fsellers@bergersingerman.com;efile@ecf.courtdrive.com;AFarrington@bergersingerman.com;pcastro@bergersingerman.com
- **Alan R Crane** alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;glenda.gutstein@gray-robinson.com;alan-crane-6498@ecf.pacerpro.com;sheree.hurayt@gray-robinson.com;5353572420@filings.docketbird.com;susan.massinger@gray-robinson.com

- **Jonathan T Crane** jonathan.crane@gray-robinson.com, jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com;Susan.Massinger@gray-robinson.com
- **Winston I Cuenant** winston@cuenantlaw.com, drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;jessica.cuenant@gmail.com
- **Marcelo Diaz-Cortes** md@lklsg.com, tms@lklsg.com
- **Mitchell Andrew Dinkin** mdinkin@madlegal.net, lucyd@madlegal.net
- **John D Eaton** jeaton@shawde-eaton.com, sduquesnay@shawde-eaton.com
- **C Craig Eller** celler@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com
- **Jay L Farrow** Jay.Farrow@counselorlawfirm.com
- **G Steven Fender** steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com
- **Michael Foster** michael@youngfoster.com, karin@youngfoster.com
- **Thomas Joseph Francella** TFrancella@raineslaw.com, thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com
- **Charles P Gourlis** cgourlis@letolawfirm.com, kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com
- **Karen Ann Green** ANHSOrlans@InfoEx.com
- **Robert Charles Harris** rharris@bcrhllp.com
- **Travis A Harvey** tharvey@butler.legal
- **Rachel Iacangelo** rachel.e.iacangelo@usdoj.gov, southern.taxcivil@usdoj.gov
- **Dana L Kaplan** dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Amanda Klopp** amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- **Philip J Landau** plandau@landau.law, plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com
- **Dennis J LeVine** Theresa.Byington@brockandscott.com, wbecf@brockandscott.com
- **Thomas R. Lehman** trl@lklsg.com, ame@lklsg.com
- **Michael D Lessne** mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com;lnegron@lessnehoffman.law
- **Matthew P. Leto** mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com
- **Mark A Levy** mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- **Brett D Lieberman** brett@elrolaw.com, eservice@elrolaw.com;tisha@elbizlaw.com;virginia@elbizlaw.com;denissis@elbizlaw.com
- **James Randolph Liebler** jrlii@lgplaw.com, mkv@lgplaw.com;de@lgplaw.com
- **Nathan G Mancuso** ngm@mancuso-law.com
- **David B Marks** brett.marks@akerman.com, charlene.cerda@akerman.com

- **Nicole Testa Mehdipour** nicolem@ntmlawfirm.com, cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com
- **Nicole Testa Mehdipour** Trustee@ntmlawfirm.com, TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com
- **Lance Bergmann Melamud** LMelamud@grsm.com, aruff@grsm.com
- **James B Miller** bkcmiami@gmail.com
- **Ari Newman** newmanar@gtlaw.com, Melissa.DeLaTorre@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Leslie S. Osborne** office@rorlawfirm.com, 4275819420@filings.docketbird.com
- **John E Page** jpage@slp.law, dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
- **Hampton Peterson** legalservices@PBCTax.com
- **Lauren G Raines** lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com
- **Jordan L Rappaport** office@rorlawfirm.com, 1678370420@filings.docketbird.com
- **David A Ray** dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com
- **Patricia A Redmond** predmond@stearnsweaver.com, jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com
- **Ivan J Reich** ireich@nasonyeager.com, etorres@nasonyeager.com;jheredia@nasonyeager.com;llavander@nasonyeager.com
- **Ricardo A Reyes** rar@tobinreyes.com, rreid@tobinreyes.com;eservice@tobinreyes.com;mhorton@tobinreyes.com
- **Jason S Rigoli** Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com
- **Harry J Ross** hross@hjrlaw.com, paralegal@hjrlaw.com
- **Luis Salazar** lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com
- **Theodore Sandler** tsandler@sandlerlawpa.com
- **Jeffrey J Saunders** JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com
- **John D. Segaul** john@segaul.com, melissa@segaul.com;segaullawfirmpa@jubileebk.net
- **Zach B Shelomith** zbs@shelomith.law, info@shelomith.law;alt@shelomith.law;agp@shelomith.law;drp@shelomith.law;mpc@shelomith.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com
- **Avi C. Shoham** avi@egozilaw.com

- **Eric J Silver** esilver@stearnsweaver.com, jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com
- **David R Softness** david@softnesslaw.com
- **Christian Somodevilla** Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov
- **James B Sowka** jsowka@seyfarth.com, ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com
- **Peter D. Spindel** peterspindel@gmail.com, peterspindelcmecf@gmail.com
- **Mark E Steiner** MES@lgplaw.com, pm@lgplaw.com
- **Gavin N Stewart** bk@stewartlegalgroup.com
- **Toni Townsend** toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com
- **Steven D Weber** steve@weberlawpa.com, service@weberlawpa.com
- **Paul E Wilson** pwilson@paulwilsonesq.com
- **Thomas G Zeichman** tom@zeichmanlaw.com, g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com;cseaton@zeichmanlaw.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Luxury Lease Company LLC**
210 Summit Ave, Suite C4
Montvale, NJ 07645

**1 of 1 Motorsports LLC**
16937 Pierre Circle
Delray Beach, FL 33446

**Ally Bank Lease Trust - Assignor to Vehicle Asset Universal Leasing Trust**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Carina Avila**
4701 SW 51st St
Davie, FL 33314

**Carina Avila**
DMS Inc
4701 SW 51st St
Davie, FL 33314

**Gary A. Barnes**
1500 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326

**C. Wade Bowden**
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401

**Steven J Brotman**
Locke Lord LLP
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
steven.brotman@troutman.com,
Irene.rabba@troutman.com;AutoDocket@troutman.com;gary.marsh@troutman.com;pier
ce.rigney@troutman.com;Pierce.rigney@troutman.com;Gary.marsh@troutman.com;Matt
hew.brooks@troutman.com

**Stanley Q. Casey**
1300 Washington Ave. #618
Miami Beach, FL 33139

**Chapford Credit Opportunities Fund LP**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Chapford Specialty Finance LLC**
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901

**Alan R. Crane**
2255 Glades Road Suite 419A
Boca Raton, FL 33431

**EXCELL Auto Group, Inc.**
16937 Pierre Circle
Delray Beach, FL 33446

**Oliver Griffin**
123 S. Broad Street, Suite 1850
Philadelphia, PA 19109

**Jordi Guso**
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131

**Hi Bar Capital, LLC**
2111 57th Street
Brooklyn, NY 11204

**Integrated Vehicle Leasing, Inc.**
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530

**Karma of Broward, Inc.**
16937 Pierre Circle
Delray Beach, FL 33446

**Karma of Palm Beach, Inc.**
16937 Pierre Circle
Delray Beach, FL 33446

**Quad Funding Partners, LLC**
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309

**Gary F. Seitz**
1201 N. Orange Street, Suite 300
Wilmington, DE 19801

**Shrayber Land, Inc.**
2121 SW 3rd Ave #200
Miami, FL 33131

**Mark Simms**
1341 W. Mockingbird Lane, Suite 600W
Dallas, TX 75247

**David Unseth**
211 North Broadway, Suite 3600
St. Louis, MO 63102

**Kristen Zankl**
16937 Pierre Circle
Delray Beach, FL 33446

**Scott Zankl**
16937 Pierre Circle
Delray Beach, FL 33446

**Tyler Zankl**
16937 Pierre Circle
Delray Beach, FL 33446

**See attached mailing matrix.**

Label Matrix for local noticing
113C-9
Case 22-12790-EPK
Southern District of Florida
West Palm Beach
Wed Nov 4 15:40:11 EST 2026

Luxury Lease Company LLC
210 Summit Ave, Suite C4
Montvale, NJ 07645-1500

1 of 1 Motorsports LLC
16937 Pierre Circle
Delray Beach, FL 33446-3693

1001 Clint Moore, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

AJA Realty Enterprises, Inc.
c/o Salazar Law
2121 SW 3rd Avenue
Suite 200
Miami, FL 33129-1458

Ally Bank
P.O. Box 5703
Clearwater, FL 33758-5703

Ally Bank
c/o Karen A. Green
621 S. Federal Highway, Suite 10
Fort Lauderdale, FL 33301-3145

Ally Bank Lease Trust - Assignor to Vehicle
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Austin Business Finance, LLC
c/o Eric N. Assouline, Esq.
Miami Tower, 100 SE 2nd Street, Suite 31
100 SE 2nd Street
Suite 3105
Miami, FL 33131-2100

Austin Business Finance, LLC and Xan Myburgh
c/o Eric N. Assouline, Esq.
Assouline & Berlowe, P.A.
100 SE 2nd Street
Suite 3105
Miami, FL 33131-2100

Auto Wholesale of Boca, LLC
6560 W Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

BAL Investments, LLC
c/o Zachary J. Bancroft, Esq.
Baker Donelson, et al.
200 S. Orange Ave., Ste. 2900
Orlando, FL 32801-3448

BENIDT INVESTMENTS/SLINGER, LLC
c/o Eric J. Silver, Esq.
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

Chapford Credit Opportunities Fund LP
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Chapford Specialty Finance LLC
c/o Scott Rose, Esq.
201 Broad Street, Suite 500
Stamford, CT 06901-2004

Columbus Day Finance, LLC
c/o Jordan L. Rappaport, Esq
Rappaport Osborne & Rappaport, PLLC
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

DCG 2008 Irrevocable Wealth Trust
c/o Ivan J. Reich
750 Park of Commerce Blvd, Suite 210
Boca Raton, FL 33487-3611

Daimler Trust
c/o Paul Wilson
1776 N. Pine Island Rd., Suite 308
Plantation, FL 33322-5235

EXCELL Auto Group, Inc.
16937 Pierre Circle
Delray Beach, FL 33446-3693

Excell Auto Sport and Service, Inc.
c/o Nathan G. Mancuso
7777 Glades Rd., Suite 100
Boca Raton, FL 33434-4150

FVP Investments, LLC, a Delaware limited lia
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
MIami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

FVP Servicing, LLC a Delaware limited liabil
c/o David R. Softness, Esq.
201 South Biscayne Boulevard #2740
Miami, FL 33131-4332

Franklin Capital Funding, LLC
1728 NE Miami Gardens Dr. #1224
North Miami Beach, FL 33179-5301

Graner Law Group, P.A.
c/o Fender, Bolling and Paiva, P.A.
P.O. Box 1545
Ft. Lauderdale, FL 33302-1545

Graves Directional Drilling Inc. a/k/a Grave
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd.,Ste. 1000
West Palm Beach, FL 33401-2109

Hi Bar Capital, LLC
2111 57th Street
Brooklyn, NY 11204-2081

Integrated Vehicle Leasing, Inc.
c/o Moritt Hock & Hamroff LLP
Attn.: Theresa A. Driscoll, Esq.
400 Garden City Plaza
Garden City, NY 11530-3327

JPMorgan Chase Bank, N.A.
c/o Dennis J. LeVine
4919 Memorial Hwy, Ste 135
Tampa, FL 33634-7510

Karma Automotive, LLC
c/o James B. Sowka
233 South Wacker Drive,, IL 60606

Karma of Broward, Inc.
16937 Pierre Circle
Delray Beach, FL 33446-3693

Karma of Palm Beach, Inc.
16937 Pierre Circle
Delray Beach, FL 33446-3693

Kenneth J. Goodman as Trustee of the DCG 200
Nason, Yeager, Gerson, Harris & Fumero
750 Park of Commerce Blvd., Ste. 210
Boca Raton, FL 33487-3611

MMS Ultimate Services, Inc.
7241 Catalina Isle Drive
Lake Worth, FL 33467-7746

Mercedes Benz Financial Services USA, LLC.
14372 Heritage Parkway
Fort Worth, TX 76177-3300

Midnight Express Power Boats, Inc.
c/o Michael R. Bakst
525 Okeechobee Blvd., Suite 900
West Palm Beach, FL 33401-6306

Milco Atwater, LLC
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Millco Atwater, LLC
201 E Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Palm Beach County Tax Collector
c/o Hampton Peterson Esq
POB 3715
West Palm Beach, FL 33402-3715

Prestige Luxury Cars, LLC
c/o Thomas G. Zeichman
2385 Executive Center Drive, Suite 250
Boca Raton, FL 33431-8511

Quad Funding Partners, LLC
Attn: Eric Nicholsberg
3303 W. Commercial Blvd #190
Fort Lauderdale, FL 33309-3412

Road Rich, LLC d/b/a Road Rich Motors
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington, FL 33449-8147

Shrayber Land, Inc,
Salazar Law
2121 SW 3rd Avenue
Suite 200
Miami, FL 33129-1458

Shrayber Land, Inc.
2121 SW 3rd Ave #200
Miami, FL 33129-1458

Spin Capital LLC a/k/a Spin Capital
1460 Arboretum Parkway
Lakewood, NJ 08701-1607

TD Bank, N.A.
c/o Lance Bergmann Melamud
201 S. Biscayne Boulevard, Suite 3400
Miami, FL 33131-4325

TVT Direct Funding LLC
65 W 36th St
Floor 12
New York, NY 10018-7935

Tulocay Farm, Inc.
c/o Peter Spindel, Esq., P.A.
POB 835063
Miami, FL 33283-5063

United Community Bank d/b/a Seaside Bank and
Crary Buchanan, P.A.
759 SW Federal Highway
Suite 106
Stuart, FL 34994-2972

Westlake Flooring Company, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Westlake Services, LLC
c/o Liebler Gonzalez & Portuondo
44 West Flagler Street
25th Floor
Miami, FL 33130-1808

Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

1001 Clint Moore, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

22 Capital
1900 Glades Road
Suite 540
Boca Raton, FL 33431-7378

A&A Publishing Corp d/b/a The Boca Raton Obs
7700 Congress Avenue Ste 3115
Boca Raton, FL 33487-1357

AJA Realty
16850 Charles River Drive
Delray Beach, FL 33446-0010

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Aaron Parkinson
1361 SW 21st St
Boca Raton, FL 33486-6646

Aaron Parkinson
Frederik Middleton
1361 SW 21st St
Boca Raton, FL 33486-6646

Alpine Business Capital
99 Wall Street
New York, NY 10005-4301

Auto Wholesale Boca
6560 West Rogers Circle
Suite B27
Boca Raton, FL 33487-2746

Auto Wholesale of Boca, LLC
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

BAL Investments
1114 Ashton Trace
Atlanta, GA 30319-2681

Chad Zakin
c/o Mark A. Levy, Esq.
Brinkley Morgan
100 SE Third Ave, 23rd Floor
Fort Lauderdale, FL 33394-0002

Chapford Specialty Finance LLC
c/o James C. Moon, Esquire
Meland Budwick, P.A.
200 S. Biscayne Blvd., Ste 3200
Miami, FL 33131-5323

DCG 2008 Irrevocable Wealth Trust
c/o Kenneth J. Goodman, as Trustee
1001 East Telecom Drive
Boca Raton, FL 33431-4422

DCG Trust
c/o Kenny Goodman
1928 Thatch Palm Drive
Boca Raton, FL 33432-7457

David Amsel
c/o Breuer Law, PLLC
6501 Congress Ave., Ste. 240
Boca Raton, FL 33487-2840

(c)EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

Ed Brown
152 Bears Club Drive
Jupiter, FL 33477-4203

Edvard Dessalines
6160 Kelty Way
Lake Worth, FL 33467-6117

Edward Brown
c/o Eyal Berger, Esq.
Akerman LLP
201 East Las Olas Blvd., Suite 1800
Fort Lauderdale, FL 33301-4442

Edward M. Brown
c/o Brett Marks, Esquire
Akerman LLP
201 East Las Olas Blvd.
Suite 1600
Fort Lauderdale, Florida 33301-4439

FVP Opportunity Fund III LP
c/o David Softness, Esq.
201 S. Biscayne Blvd, Suite 2740
Miami, FL 33131-4332

FVP Opportunity Fund III, LP
c/o David Softness, Esq.
201 S. Biscayne Blvd.
Suite 2740
Miami, FL 33131
david@softnesslaw.com 33131-4332

Fedex Corporate Services Inc
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

First Citizens Bank & Trust Comapny
PO Box 593007
San Antonio, TX 78259-0200

Franklin Capital Funding, LLC
c/o Bradley S. Shraiberg, Esq.
2385 NW Executive Center Dr., #300
Boca Raton, FL 33431-8530

Frederick Hall
200 N. Palm Ave
Indialantic, FL 32903-3165

Geoffrey Thomas Keable
Lawrence A. Caplan, P.A.
1375 Gateway Blvd
Boynton Beach, FL 33426-8304

Get Backed
2101 Interstate 35
4th Floor
Austin, TX 78741-3800

Graves Directional Drilling Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

Green Bucket Investments
Aaron Parkinson
6700 N Andrews Ave 3 Fl
Ft Laud., FL 33309-2204

Haley Walker
c/o Olive Judd, P.A.
2426 East Las Olas Blvd.
Fort Lauderdale, FL 33301-1573

IPFS Corporation
30 Montgomery Street
Suite 501
Jersey City, NJ 07302-3821

Integrated Vehicle Leasing Inc.
Theresa A. Driscoll
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Jack Brennan
GrayRobinson, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2798

Jack Brennan
GrayRobison, P.A.
301 E. Pine Street, Suite 1400
Orlando, FL 32801-2741

Johnie Floyd Weems, III
15701 Collins Ave., Unit 1001
North Miami Beach, FL 33160-5393

Karma Palm Beach Inc. & Karma of Broward Inc
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Karma of Palm Beach Inc. & Karma of Broward
c/o Harry Winderman, Esq.
Weiss, Handler & Cornwell, PA
2255 Glades Road, Suite 205E
Boca Raton, FL 33431-7392

Lillian Roberts
6360 NW 42nd Avenue
Coconut Creek, Florida 33073
Coconut Creek, FL 33073-3262

MXT Solutions, LLC
2101 Interstate 35, 4th Floor
Austin, TX 78741-3800

Mike Halperin
5820 Harrington Way
Boca Raton, FL 33496-2511

Mike Halperin
c/o Philip J. Landau, Esq.
3010 N. Military Trail, Suite 318
Boca Raton, FL 33431-6300

Millco-Atwater, LLC
c/o D. Brett Marks, Esquire
201 East Las Olas Blvd. - Suite 1800
Fort Lauderdale, Florida 33301-4442

Moshe Farache and
MMS Ultimate Services, Inc.
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(c)OLP EAG, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Parkview
400 Main Street
Stamford, CT 06901-3000

(c)PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVE STE 100
BOCA RATON FL 33431-5862

Phil Gori
195 W. Alexander Palm Road
Boca Raton, FL 33432-8602

Prestige Luxury Cars, LLC
70 SE 4TH AVE
DELRAY BEACH, FL 33483-4514

Prestige Luxury Motors
4301 Oak Circle
Suite 25
Boca Raton, FL 33431
Shrayber Land
15700 Dallas Parkway 33431-4258

Richard Applegate
c/o Jordan L. Rappaport
1300 N. Federal Hwy #203
Boca Raton, FL 33432-2848

Savannah Row
30 SE 15th Avenue
Boca Raton, FL 33432

Shrayber Land
15700 Dallas Parkway, Suite 11
Dallas, TX 75248-3306

Shrayber Land, Inc.
c/o Joaquin J. Alemany, Esq.
Holland & Knight LLP
701 Brickell Ave., Suite 3300
Miami, FL 33131-2898

Spin Capital
1460 Arboretum Parkway
Lakewood NJ 08701-1607

Stefano Riga
c/o Jordan L. Rappaport
1300 N. Federal Hwy Suite 203
Boca Raton, FL 33432-2848

Stephen Breuer
Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Boca Raton, FL 33487-2840

TBF
333 River Street
Hoboken, NJ 07030-5856

TVT
1407 Broadway
New York, NY 10018-5100

TVT Direct Funding LLC
65 West 36th Street, Floor 12
New York, NY 10018-7935

The Gori Family Limited Partnership
c/o D. Brett Marks, Esquire
Akerman LLP
201 East Broward Blvd.
Suite 1800
Fort Lauderdale, Florida 33301

Theresa A. Driscoll
Moritt Hock & Hamroff
400 Garden City Plaza
Garden City, NY 11530-3327

Timothy Olesijuk
c/o John D. Segaul, Esq.
300 S. Pine Island Rd #304
Plantation FL 33324-2621

United Community Bank d/b/a Seaside Bank and
Crary Buchanan, P.A.
759 S.W. Federal Highway, Suite 106
Stuart, FL 34994-2972

United Healthcare Insurance Company
Attn CDM/Bankruptcy
185 Asylum St-03B
Hartford CT 06103-3408

Wing Lake Capital Partners
32300 Northwestern Highway
Suite 200
Farmington Hills, MI 48334-1501

Aaron Parkinson
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Alan Barbee
GlassRatner Advisory & Capital Group, LL
1675 N. Military Trail - Suite 650
Boca Raton, FL 33486-4322

Alan R. Crane
2255 Glades Road Suite 419A
Boca Raton, FL 33431-7379

Alexey Alekseyevich Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Andrew Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Andrew Todd McNeill
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

Bradley Skorepa
c/o Brett D. Lieberman
20200 W. Dixie Hwy, Suite 905
Miami, FL 33180-1926

C. Wade Bowden
777 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401-6167

Carina Avila
4701 SW 51st St
Davie, FL 33314-5503

Carina Avila
DMS Inc
4701 SW 51st St
Davie, FL 33314-5503

Chad Zakin
c/o Mark A. Levy
100 SE Third Avenue, 23rd Floor
Fort Lauderdale, FL 33394-0002

Christopher Todd Bludworth
c/o Paid A. Avron
201 E. Las Olas Boulevard, Suite 1500
Fort Lauderdale, FL 33301-4439

David Amsel
c/o Breuer Law, PLLC
6501 Congress Avenue
Suite 240
Suite 240
Boca Raton, FL 33487-2840

David Unseth
211 North Broadway, Suite 3600
St. Louis, MO 63102-2726

Edvard Dessalines
c/o John E. Page
2385 NW Executive Center Dr, Suite 300
Boca Raton, FL 33431-8530

Edward Brown
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Frederick Hall
Cuenant & Pennington P.A.
c/o Winston Cuenant
101 NE 3rd Avenue
Suite #1500
Fort Lauderdale, FL 33301-1181

Frederick Middleton
c/o Jordan L. Rappaport Esq
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Gary A. Barnes
1500 Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, GA 30326-1153

Gary F. Seitz
1201 N. Orange Street, Suite 300
Wilmington, DE 19801-1167

Howard Castleman
c/o Thomas R. Lehman
Miami Tower
100 S.E. 2nd Street, 36th Floor
Miami, FL 33131-2134

Jeffrey Weintraub
c/o Thomas R. Lehman
100 S.E. 2nd Street, 36th Floor
Miami, FL 33131-2134

John Wittig
c/o Eyal Berger
201 Las Olas Blvd #1800
Fort Lauderdale, FL 33301-4442

Jordi Guso
Berger Singerman LLP
1450 Brickell Avenue
Suite 1900
Miami, FL 33131-5319

Joshua Lubin
2999 NE 191st Street, Suite 407
Aventura, FL 33180-3383

Kristen Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Lillian Roberts
c/o Oliver Birman
200 South Andrews Avenue, Suite 600
Fort Lauderdale, FL 33301-2066

Mark Simms
1341 W. Mockingbird Lane, Suite 600W
Dallas, TX 75247-6904

Michael Halperin
c/o Philip Landau
Landau Law, PLLC
3010 N. Military Trail
Suite 318
Boca Raton, FL 33431-6300

Michael R Bakst
c/o Greenspoon Marder, LLP
525 Okeechobee Blvd #900
West Palm Beach, FL 33401-6306

Michael R. Bakst, Trustee
P.O Box 407
West Palm Beach, FL 33402-0407

Moshe Farache
6560 W. Rogers Circle Suit B27
Boca Raton, FL 33487-2746

(p)NICOLE TEST MEHDIPOUR
6278 NORTH FEDERAL HIGHWAY SUITE 408
FORT LAUDERDALE FL 33308-1916

Oliver Griffin
123 S. Broad Street, Suite 1850
Philadelphia, PA 19109-1032

Philip T. Gori
c/o Eyal Berger
195 Alexander Palm
Boca Raton, FL 33432-8602

Richard Applegate
c/o Jordan L. Rappaport
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, FL 33432-2801

Richard Greenberg
c/o Jordan L Rappaport
1300 N Federal Hwy #203
Boca Raton, FL 33432-2848

Scott Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

Stefano Riga
c/o Jordan L Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Steven Graves
c/o Kelley, Fulton, Kaplan & Eller PL
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401-2109

Svetlana Petrovna Gorodova
1100 S Miami Avenue
Apt 1210
Miami, FL 33130-4164

Tarek Aboualazzm
c/o Jordan L. Rappaport, Esq
1300 N Federal Hwy, Ste 203
Boca Raton, FL 33432-2848

Tim Olesijuk
c/o John D. Segaul
300 S. Pine Island Road, Suite 304
Plantation, FL 33324-2621

Tyler Zankl
16937 Pierre Circle
Delray Beach, FL 33446-3693

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nicole Testa Mehdipour
United States Bankruptcy Trustee
6278 North Federal Highway Suite 408
Ft Lauderdale, FL 33308

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

EAG Wholesale, LLC/OLP EAG, LLC
c/o Simon & Sigalos, LLC
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

OLP EAG, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd. #100
Boca Raton, FL 33431

Peak Finance, LLC
c/o Simon & Sigalos, LLP
3839 NW Boca Raton Blvd #100
Boca Raton FL 33431

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)U.S. BANK NATIONAL ASSOCIATION

(u)West Palm Beach

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(d)Graves Directional Drilling, Inc.
c/o Kelley, Fulton, Kaplan & Eller, PL
1665 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401-2109

(d)Moshe Farache and MMS Ultimate Services, I
c/o James B. Miller, P.A.
19 West Flagler Street, Suite 416
Miami, FL 33130-4419

(u)Parkinson Holdings LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(u)Parkinson Super Pty LTD
c/o Aaron Parkinson
19 Oatland Esp, Unit 26
Runaway Bay QLD 4216

(d)Savannah Row Development Company, LLC
c/o M.A. Dinkin Law Firm, P.L.L.C.
3319 SR 7, Suite 303
Wellington FL 33449-8147

(d)Woodside Credit, LLC
c/o Zach B. Shelomith, Esq.
2699 Stirling Rd # C401
Fort Lauderdale, FL 33312-6598

(d)Johnie Floyd Weems, III
15701 Collins Ave., Unit 1001
North Miami Beach, FL 33160-5393

End of Label Matrix
Mailable recipients 166
Bypassed recipients 10
Total 176

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re: Case No. 22-12790-EPK

EXCELL AUTO GROUP, INC.,

Debtor.
_________________________________/

**ORDER APPROVING COMPROMISE AND SETTLEMENT WITH HOLAND AUTOMOTIVE USA, INC.**

The movant by submitting this form of order has represented that the motion was served on all required parties; the 21-day response time provided by Local Rule 9013-3(b) has expired; no one has filed, or served on the movant, a response to the motion; and this form of order was attached as an exhibit to the motion.

THIS MATTER came before the Court upon the *Motion to Approve Compromise and Settlement with Holand Automotive USA, Inc.* [ECF No. ____] (the "Motion to Compromise").

The Court (A) having been advised by the movant through the submission of the instant Order that: (i) the Motion to Compromise was served on all parties as required by Bankruptcy Rule 2002 and Local Rule 9013-3(b); (ii) the 21-day response time provided by Local Rule 9013-3(b) has expired; (iii) no one has filed, or served on the movant, a response to the Motion to Compromise; and (iv) the form of the Order was attached as an exhibit to the Motion to Compromise; (B) having reviewed the Motion to Compromise, the Agreement attached to the Motion to Compromise as Exhibit 2 (the "Settlement"), and the Court file; (C) having found that the Settlement meets the criteria set forth in *In re Justice Oaks II, Ltd.*, 898 F.2d 1544 (11th Cir. 1990) and is in the best interests of the Estate; and (D) having found that the notice of the Settlement complies with Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, Local Rule 9013-1(D), and any other applicable notice requirement, **ORDERS AND ADJUDGES** that:

1. The Motion to Compromise is **GRANTED**. The terms of the Settlement reflected in the Motion to Compromise are approved and incorporated herein by reference.

2. Without limiting the generality of the foregoing, the Chapter 7 Trustee is authorized to take such actions and execute such documents as she deems reasonable, necessary, and/or appropriate to effectuate the Settlement attached to the Motion to Compromise as Exhibit 2.

3. The Court incorporates the terms of the Settlement into this Order and retains the jurisdiction to enforce this Order and the Settlement attached to the Motion to Compromise as Exhibit 2.

###

Submitted by:

Michael C. Foster, Esq.
**YOUNG FOSTER PLLC**
2400 E Commercial Blvd, Suite 723
Fort Lauderdale, Florida 33308

Telephone: (954) 866-3570
Facsimile: (954) 866-3571
michael@youngfoster.com
karin@youngfoster.com

*(Attorney Foster must serve a copy of this order on all parties entitled to notice thereof and file a certificate of service as required by Local Rule 9036-2.)*

# SETTLEMENT AGREEMENT

This settlement agreement (the "Agreement") is made and entered into as of the last date set forth on the signature pages below, by and between NICOLE TESTA MEHDIPOUR, solely in her capacity as Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of EXCELL AUTO GROUP, INC. (the "Debtor"), and HOLAND AUTOMOTIVE USA, INC. ("Holand" or the "Defendant"; together with the Trustee, the "Parties" and, individually, a "Party"). The Parties hereby agree as follows:

## RECITALS

WHEREAS, Excell Auto Group, Inc. is a debtor in a Chapter 7 bankruptcy case pending before the United States Bankruptcy Court for the Southern District of Florida (the "Bankruptcy Case");

WHEREAS, Nicole Testa Mehdipour serves as the Chapter 7 Trustee of the Estate in the Bankruptcy Case;

WHEREAS, the Trustee commenced the adversary proceeding styled *Nicole Testa Mehdipour, Chapter 7 Trustee v. Holand Automotive USA, Inc.*, Adv. Proc. No. 24-01253-EPK (the "Adversary Proceeding"), in which the Trustee asserted claims against Holand (the "Claims");

WHEREAS, Holand disputed the Claims and asserted defenses thereto;

WHEREAS, the Parties desire to resolve fully and finally all claims that were asserted or could have been asserted in the Adversary Proceeding; and

WHEREAS, the Parties have negotiated in good faith and are willing to enter into this Agreement to resolve finally the Claims and the matters settled herein, among other reasons, to avoid the attendant expense, risk, difficulties, delays, and uncertainties of litigation.

## SETTLEMENT TERMS

NOW, THEREFORE, in consideration of the releases and promises set forth below, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. **Recitals.** The Parties acknowledge and agree that the recitals set forth above are true, are incorporated by reference, and are explicitly made part of this Agreement.

2. **Settlement Consideration.** In full and final settlement of the Claims, Holand shall (a) pay to the Trustee the sum of Ninety-Nine Thousand Five Hundred Dollars ($99,500.00) (the "Settlement Payment"), and (b) irrevocably waive any claim or right to payment under 11 U.S.C. § 502(h) arising from or relating to the Claims, the Adversary Proceeding, or the Settlement Payment (the "Section 502(h) Waiver", together with the Settlement Payment, the "Settlement

Consideration"). The Settlement Payment shall be made by check payable to "Nicole Testa Mehdipour, Chapter 7 Trustee of the bankruptcy estate of Excell Auto Group, Inc.," or by wire transfer of immediately available funds to an account designated in writing by the Trustee or Trustee's counsel. The Settlement Payment is due and payable on or before 30 days following entry of a final non-appealable order approving this Agreement. Wire transfer instructions shall be provided by the Trustee to Holand within 15 days of execution of this Agreement by all Parties.

3. **Binding Upon Effective Date.** Upon execution of this Agreement by the Parties , this Agreement shall become effective and binding upon the Parties (the "**Settlement Effective Date**"). The Section 502(h) Waiver shall become irrevocably effective upon approval of this Agreement by the Bankruptcy Court by entry of a final non-appealable order approving this Agreement. In the event that the Settlement Effective Date does not occur or this Agreement is not approved by the Bankruptcy Court by a final non-appealable order, this Agreement shall be deemed null and void and of no force or effect.

4. **General Release and Waiver of Parties.** Exclusive of the obligations, requirements, and duties expressly set forth in this Agreement, effective as of the Settlement Effective Date, the Trustee, solely in her capacity as Chapter 7 Trustee and on behalf of the Estate and the Debtor, fully and unconditionally waives, releases, remises, and forever discharges Holand from the Claims and from all known and unknown claims or causes of action that were asserted or could have been asserted, discoverable or not, by the Trustee or the Estate against Holand in the Adversary Proceeding and the Bankruptcy Case. Effective as of the Settlement Effective Date, Holand likewise fully and unconditionally waives, releases, remises, and forever discharges the Trustee, solely in her capacity as Chapter 7 Trustee, and the Estate from all known and unknown claims or causes of action that were asserted or could have been asserted by Holand against the Trustee or the Estate in the Adversary Proceeding and the Bankruptcy Case. Nothing in this release shall constitute or be deemed to constitute a release or waiver of any rights obtained by, or obligations imposed upon, any Party pursuant to this Agreement.

5. **Dismissal of Adversary Proceeding.** Promptly after the Settlement Effective Date, the Trustee shall take all steps reasonably necessary to dismiss the Adversary Proceeding with prejudice, with each Party to bear its own fees and costs except as otherwise expressly provided in this Agreement.

6. **Waiver of Section 502(h) Claim.** As a material part of the Settlement Consideration, effective as of the Settlement Effective Date, Holand knowingly, voluntarily, irrevocably, and unconditionally waives and relinquishes any claim, proof of claim, administrative expense, right to payment, setoff, recoupment, or other right against the Debtor, the Estate, or the Trustee under 11 U.S.C. § 502(h) arising from or relating to the Claims, the Adversary Proceeding, the Settlement Payment, or any transfer or recovery resolved by this Agreement.

Holand agrees that it will not file, assert, amend, or otherwise pursue any claim under 11 U.S.C. § 502(h) arising from or relating to the Claims, the Adversary Proceeding, the Settlement Payment, or any transfer or recovery resolved by this Agreement, and that any such claim previously filed or asserted is withdrawn and waived with prejudice as of the Settlement Effective Date.

Nothing in this paragraph shall constitute an admission by Holand concerning the existence, validity, avoidability, or recoverability of any transfer or the merits of any Claim. Upon the Settlement Effective Date, the Claims shall be subject to the releases set forth in this Agreement.

7. **Best Efforts.** The Parties and their counsel shall use their best efforts to effectuate the settlement of the stated terms and conditions set forth herein; and the Trustee, upon full execution hereof by all Parties, shall immediately file a Rule 9019 motion seeking the approval of this Agreement with the Bankruptcy Court in the Bankruptcy Case and exercise her best efforts to obtain approval thereof, as well as file a notice of pending settlement in the Adversary Proceeding.

8. **Jurisdiction.** The Parties expressly agree that the Bankruptcy Court administering the Bankruptcy Case shall retain exclusive jurisdiction for purposes of approving and enforcing the terms of this Agreement. The Parties hereby consent to the Bankruptcy Court's entry of a final order with respect to any such matter or dispute arising out of or relating to this Settlement. However, for the avoidance of doubt, if this Agreement is not approved by the Bankruptcy Court by entry of a final non-appealable order, the Parties shall return to the *status quo ante*, with no waiver by Holand of its right to defend and entitlement to jury trial in the Adversary Proceeding.

9. **Good Faith.** These settlement negotiations have been undertaken by the Parties in good faith and for settlement purposes only, and neither this Agreement nor any evidence of negotiations hereunder, shall be offered or received in evidence in any action or proceeding for any purpose, other than in an action or proceeding to enforce this Agreement.

10. **No Admission of Liability.** Each Party enters into this Agreement without admitting any liability or conceding any allegations not already expressly admitted. This Agreement and its provisions shall not be offered or received in evidence in any action or proceeding as an admission or concession of liability or wrongdoing of any nature on the part of any Party except that it may be offered and received in evidence solely to enforce this Agreement.

11. **Entirety of Agreement.** This Agreement, including any exhibits, annexes and/or schedules hereto, constitutes the entire agreement between and among the Parties concerning the subject matter of this Agreement and supersedes all prior negotiations, agreements and understandings, whether written or oral, between and among the Parties concerning the subject matter of this Agreement. Each of the Parties hereto acknowledges that it is executing this Agreement without reliance on any representations, warranties or commitments other than those representations, warranties and commitments expressly set forth in this Agreement.

12. **Court Approval.** The Parties acknowledge that this Agreement is subject to approval by the Bankruptcy Court. The Trustee shall seek such approval as set forth above, and Holand shall reasonably cooperate in connection with the Trustee's request for approval.

13. **Amendments or Modifications.** No amendment, change or modification of any of the terms, provisions or conditions of this Agreement shall be effective unless made in writing and signed by the Party against whom such amendment, change or modification is sought to be enforced. Waiver of any provision of this Agreement shall not be deemed a waiver of future compliance therewith and such provisions shall remain in full force and effect.

14. **Fees and Expenses of the Agreement**. Each Party shall be responsible for its own fees, including attorney fees, and expenses in connection with the settlement described in this Agreement.

15. **Divisions and Headings.** The division of this Agreement into sections and subsections and the use of captions and headings in connection therewith are solely for convenience and shall have no legal effect in construing the provisions of this Agreement.

16. **Choice of Law.** The validity, construction, and enforceability of this Agreement shall be governed and controlled by the application of the laws of the State of Florida.

17. **Severability of Provisions.** If any provision of this Agreement shall be held invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions of this Agreement shall not be impaired thereby.

18. **No Effect.** If the Bankruptcy Court does not approve this Agreement, then the Agreement shall be of no further force or effect, and the Parties shall be restored to their rights as they existed prior to the execution of this Agreement.

19. **Breach of this Agreement.** If any Party breaches this Agreement by failing to fulfill any of their respective obligations, the non-breaching Party will have the right to sue the breaching Party for damages incurred as a result of a breach of this Agreement. In any action relating to any breach of this Agreement, the Agreement may be asserted both as a defense and as a counterclaim or crossclaim.

20. **Expenses for Enforcement.** To the extent allowed by the documents and applicable law, if any action or proceeding is brought to enforce or interpret this Agreement, the prevailing Party, in addition to all other legal or equitable remedies possessed, shall be entitled to be reimbursed for all costs and expenses, including reasonable attorneys' fees incurred by reason of such action or proceeding.

21. **Successors and Assigns.** This Agreement will be binding upon and inure to the benefit of the parties hereto and their respective permitted successors, assigns, heirs, devisees, executors, administrators, affiliates, representatives, assigns, officers, agents, and employees wherever the context requires, or admits.

22. **Construction of Agreement.** This Agreement is the product of negotiations between the Parties, and the enforcement or interpretation of this Agreement is to be interpreted in a neutral manner; and any presumption with regard to interpretation for or against any Party by reason of that Party (or its counsel) having drafted or caused to be drafted this Agreement or any portion of this Agreement, shall not be effective in regard to the interpretation of this Agreement.

23. **Representations and Warranties.** Each Party executing this Agreement represents and warrants that such Party is duly authorized to execute this Agreement, has all requisite power, authority, and approval required to enter into, execute, and deliver this

Agreement, including the releases and waivers given in this Agreement, has read this Agreement, fully knows and understands its contents, voluntarily executed this Agreement, and has had the opportunity to consult with counsel before executing this Agreement.

24. **Counterparts.** This Agreement may be executed in any number of counterparts, each of which shall be an original and enforceable against any Party who signed it, but all of which together shall constitute one and the same document. A facsimile or scan of a signed copy of the Agreement shall serve as an original executed copy for all purposes.

25. **Agreement to Further Cooperate**. Each Party represents that they will cooperate with each other to fulfill the terms and conditions of this Agreement. The Parties agree to take such additional action, including the execution and delivery of any additional documents, necessary or desirable in the reasonable opinion of any other Party to effectuate the provisions and spirit of this Agreement.

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the date(s) set forth below.

**NICOLE TESTA MEHDIPOUR,** as Chapter 7 Trustee of the Estate of EXCELL AUTO GROUP, INC.

Dated: September 29, 2026.

**HOLAND AUTOMOTIVE USA, INC.**

By:
Name: Gad Bitton
Title: President

Dated: September 29, 2026.