# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

IN RE:

Excell Auto Group, Inc.

CASE NO: 22-12790-EPK

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 7

ECF Docket Reference No. 1199

---

On 11/5/2026, I did cause a copy of the following documents, described below,

Motion to Approve Compromise and Settlement with Holand Automotive USA, Inc. ECF Docket Reference No. 1199

Motion to Compromise Controversy with Millco-Atwater, LLC and Nicholas Stratigakes ECF Docket Reference No. 1201

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/5/2026

/s/ Michael C. Foster
Michael C. Foster 0042765

YOUNG FOSTER PLLC
2400 E Commercial Blvd,Suite 723
Fort Lauderdale, FL 33308
954-866-3570
michael@youngfoster.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Excell Auto Group, Inc.

CASE NO: 22-12790-EPK

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 1199

On 11/5/2026, a copy of the following documents, described below,

Motion to Approve Compromise and Settlement with Holand Automotive USA, Inc. ECF Docket Reference No. 1199

Motion to Compromise Controversy with Millco-Atwater, LLC and Nicholas Stratigakes ECF Docket Reference No. 1201

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/5/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael C. Foster
YOUNG FOSTER PLLC
2400 E Commercial Blvd,Suite 723
Fort Lauderdale, FL 33308

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ROBERT MILLER
5215 OLD ORCHARD RD
STE 130
SKOKIE, IL 60077

FRANKLIN CAPITAL FUNDING, LLC
C/O PATRICK R. DORSEY, ESQ.
SHRAIBERG PAGE, P.A.
2385 NW EXECUTIVE CENTER DR., SUITE 300
BOCA RATON, FL 33431

EDWARD BROWN
C/O DAVID B. MARKS, ESQ.
201 EAST LAS OLAS BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301

MICHAEL HALPERIN
C/O PHILIP LANDAU, ESQ.
LANDAU LAW, PLLC
3010 N. MILITARY TRAIL, SUITE 318
BOCA RATON, FL 33431-6300

BAL INVESTMENTS, LLC
MELISSA A. CAMPBELL, ESQ.
200 S. ORANGE AVE., SUITE 2900
ORLANDO, FL 32801

EAG WHOLESALE, LLC/OLP EAG, LLC
C/O SIMON & SIGALOS, LLC
3839 NW 2ND AVENUE, SUITE 100
BOCA RATON, FL 33431-5862

MILLCO ATWATER, LLC
C/O DAVID B. MARKS, ESQ.
AKERMAN LLP
201 EAST LAS OLAS BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301

THE GORI FAMILY LIMITED PARTNERSHIP
C/O D. BRETT MARKS, ESQ.
AKERMAN LLP
201 EAST BROWARD BLVD., SUITE 1800
FORT LAUDERDALE, FLORIDA 33301

GREEN BUCKET INVESTMENTS
AARON PARKINSON
6700 N. ANDREWS AVENUE, 3RD FLOOR
FORT LAUDERDALE, FL 33309-2204

DCG 2008 IRREVOCABLE WEALTH TRUST
C/O IVAN J. REICH, ESQ.
750 PARK OF COMMERCE BLVD., SUITE 210
BOCA RATON, FL 33487-3611

EDVARD DESSALINES
C/O ERIC S. PENDERGRAFT, ESQ.
SHRAIBERG PAGE P.A.
2385 NW EXECUTIVE CENTER DR., SUITE 300
BOCA RATON, FL 33431

PEAK FINANCE, LLC
C/O SIMON & SIGALOS, LLP
3839 NW 2ND AVENUE, SUITE 100
BOCA RATON, FL 33431-5862

AARON PARKINSON
C/O JORDAN RAPPAPORT, ESQ.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 N. FEDERAL HIGHWAY
BOCA RATON, FL 33432

SHRAYBER LAND, INC.
C/O SALAZAR LAW
2121 SW 3RD AVENUE, SUITE 200
MIAMI, FL 33129-1458

SAVANNAH ROW DEVELOPMENT COMPANY, LLC
THOMAS R. LEHMAN, ESQ.
100 S.E. 2ND STREET - 36TH FLOOR
MIAMI, FL 33131

MXT SOLUTIONS, LLC
C/O ERIC ASSOULINE, ESQ.
100 SE 2ND ST., SUITE 3105
MIAMI, FL 33131

WOODSIDE CREDIT, LLC
C/O ZACH B. SHELOMITH, ESQ.
2699 STIRLING ROAD, SUITE C401
FORT LAUDERDALE, FL 33312-6598

TVT DIRECT FUNDING LLC
65 WEST 36TH STREET, 12TH FLOOR
NEW YORK, NY 10018-7935

CHAPFORD SPECIALTY FINANCE LLC
C/O JAMES C. MOON, ESQ.
MELAND BUDWICK, P.A.
200 S. BISCAYNE BLVD., SUITE 3200
MIAMI, FL 33131-5323

JOHNIE FLOYD WEEMS, III
C/O ERIC S. PENDERGRAFT, ESQ.
SHRAIBERG PAGE P.A.
2385 N.W. EXECUTIVE CENTER DR., SUITE 300
BOCA RATON, FL 33431

PRESTIGE LUXURY CARS, LLC
C/O THOMAS G. ZEICHMAN, ESQ.
2385 EXECUTIVE CENTER DRIVE, SUITE 250
BOCA RATON, FL 33431-8511

EDWARD BROWN
C/O EYAL BERGER, ESQ.
AKERMAN LLP
201 EAST LAS OLAS BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301-4442

PRESTIGE LUXURY CARS, LLC
C/O THOMAS G. ZEICHMAN, ESQ.
2385 EXECUTIVE CENTER DR., SUITE 250
BOCA RATON, FL 33431-8511

TVT DIRECT FUNDING LLC
65 WEST 36TH STREET, 12TH FLOOR
NEW YORK, NY 10018-7935

EDWARD BROWN
C/O AMANDA KLOPP, ESQ.
AKERMAN LLP
777 SOUTH FLAGLER DRIVE, SUITE 1100
WEST PALM BEACH, FL 33401

MILLCO ATWATER, LLC
C/O EYAL BERGER, ESQ.
AKERMAN LLP
201 EAST LAS OLAS BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301

MILLCO ATWATER, LLC
201 EAST LAS OLAS BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301-4442

SAVANNAH ROW DEVELOPMENT COMPANY, LLC
C/O M.A. DINKIN LAW FIRM, P.L.L.C.
3319 SR 7, SUITE 303
WELLINGTON FL 33449-8147

MILLCO ATWATER, LLC
C/O AMANDA KLOPP, ESQ.
AKERMAN LLP
777 SOUTH FLAGLER DR., SUITE 1100
WEST PALM BEACH, FL 33401

MXT SOLUTIONS, LLC
2101 INTERSTATE 35, 4TH FLOOR
AUSTIN, TX 78741-3800

DCG 2008 IRREVOCABLE WEALTH TRUST
C/O KENNETH J. GOODMAN, AS TRUSTEE
1001 EAST TELECOM DRIVE
BOCA RATON, FL 33431-4422

EDVARD DESSALINES
C/O JOHN E. PAGE, ESQ.
SHRAIBERG PAGE P.A.
2385 NW EXECUTIVE CENTER DR., SUITE 300
BOCA RATON, FL 33431-8530

EDVARD DESSALINES
6160 KELTY WAY
LAKE WORTH, FL 33467-6117

BAL INVESTMENTS, LLC
C/O ZACHARY J. BANCROFT, ESQ.
BAKER DONELSON, ET AL.
200 S. ORANGE AVE., SUITE 2900
ORLANDO, FL 32801-3448

BAL INVESTMENTS, LLC
1114 ASHTON TRACE
ATLANTA, GA 30319-2681

MIKE HALPERIN
5820 HARRINGTON WAY
BOCA RATON, FL 33496-2511

BAL INVESTMENTS, LLC
TRAVIS A. HARVEY, ESQ.
400 N. ASHLEY DR., SUITE 2300
TAMPA, FL 33602

JOHNIE FLOYD WEEMS, III
C/O JOHN E. PAGE, ESQ.
SHRAIBERG PAGE, P.A.
2385 NW EXECUTIVE CENTER DR., SUITE 300
BOCA RATON, FL 33431

JOHNIE FLOYD WEEMS, III
1199 S. FEDERAL HIGHWAY, SUITE 423
BOCA RATON, FL 33432-7335

SHRAYBER LAND, INC.
15700 DALLAS PARKWAY, SUITE 11
DALLAS, TX 75248-3306

SHRAYBER LAND, INC.
2121 SW 3RD AVENUE, SUITE 200
MIAMI, FL 33129-1458

FRANKLIN CAPITAL FUNDING, LLC
C/O BRADLEY S. SHRAIBERG, ESQ.
2385 NW EXECUTIVE CENTER DR., SUITE 300
BOCA RATON, FL 33431-8530

SHRAYBER LAND, INC.
C/O JOAQUIN J. ALEMANY, ESQ.
HOLLAND & KNIGHT, LLP
701 BRICKELL AVE., SUITE 3300
MIAMI, FL 33131-2898

AARON PARKINSON
C/O FREDERIK MIDDLETON
1361 SW 21ST STREET
BOCA RATON, FL 33486-6646

AARON PARKINSON
1361 SW 21ST STREET
BOCA RATON, FL 33486-6646

IPFS CORPORATION
30 MONTGOMERY STREET, SUITE 501
JERSEY CITY, NJ 07302-3821

WOODSIDE CREDIT, LLC
C/O CHRISTIAN SOMODEVILLA, ESQ.
2 S. BISCAYNE BLVD., SUITE 2200
MIAMI, FL 33131

KRISTEN ZANKL
16937 PIERRE CIRCLE
DELRAY BEACH, FL 33446-3693

EXCELL AUTO GROUP, INC.
C/O KRISTEN ZANKL
16937 PIERRE CIRCLE
DELRAY BEACH, FL 33446-3693

NICHOLAS STRATIGAKES
C/O D. BRETT MARKS, ESQ.
AKERMAN LLP
201 EAST LAS OLAS BLVD., SUITE 1800
FORT LAUDERDALE, FL 33301-4442

SCOTT ZANKL
16937 PIERRE CIRCLE
DELRAY BEACH, FL 33446-3693