**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**In re:**

**EXCELL AUTO GROUP, INC.,**

**Debtor(s).**
_____________________________________/

**Case No: 22-12790-EPK**
**Chapter 7**

**NOTICE OF SCHEDULING JUDICIAL SETTLEMENT CONFERENCE**

**JASON RIGOLI, ESQ** SHALL SERVE A COPY OF THIS NOTICE ON ALL COUNSEL WHO ARE NOT RECIPIENTS OF THIS NOTICE VIA CM/ECF, AND SHALL FILE A CERTIFICATE OF SERVICE OF THE SAME.

**COUNSEL FOR EACH PARTY SHALL DELIVER A COPY OF THIS NOTICE TO THEIR CLIENT AND CLIENT REPRESENTATIVE**

A Pre-Settlement Conference Call was held in this matter on **November 11, 2026**. At the Pre-Settlement Conference Call, the Settlement Judge and counsel for each participating party scheduled the judicial Settlement Conference.

The Settlement Conference will commence:

**Date:** **December 1, 2026**
**Time:** **10:00 am**
**Location:** video conference only using Zoom Communications, Inc.

All provisions of the *Notice to Parties Participating in Judicial Settlement Conference* [ECF No. 1194] remain in full force and effect to the extent not inconsistent with this notice.

Hon. Paul G. Hyman
United States Bankruptcy Judge