UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

EXCELL AUTO GROUP, INC.

Case No. 22-12790-EPK
Chapter 7

Debtor.
_________________________________/

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2026, the *Notice to Parties Participating in Judicial Settlement Conference* **[Dkt. No. 1206]** and the *Order Appointing Settlement Judge* **[Dkt. No. 1205]** were served electronically on the following parties:

Eric N Assouline, Esq on behalf of Creditor Austin Business Finance, LLC
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Eric N Assouline, Esq on behalf of Witness Austin Business Finance, LLC and Xan Myburgh
ena@assoulineberlowe.com, ah@assoulineberlowe.com

Paul A Avron, Esq. on behalf of Interested Party Andrew Todd McNeill
pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Paul A Avron, Esq. on behalf of Interested Party Christopher Todd Bludworth
pavron@bergersingerman.com, efile@bergersingerman.com;efile@ecf.inforuptcy.com

Michael R. Bakst, Esq. on behalf of Interested Party Midnight Express Power Boats, Inc.
efileu1094@gmlaw.com,ecf.alert+bakst@titlexi.com;mbrennan@lippes.com;mbird@lippes.com;jrosaECF@lippes.com;alopezECF@lippes.com;EBakstECF@lippes.com;MBakstECF@lippes.com

Michael R. Bakst, Esq. on behalf of Interested Party Michael R. Bakst, Trustee
efileu1094@gmlaw.com,ecf.alert+bakst@titlexi.com;mbrennan@lippes.com;mbird@lippes.com;jrosaECF@lippes.com;alopezECF@lippes.com;EBakstECF@lippes.com;MBakstECF@lippes.com

Zachary J Bancroft on behalf of Creditor BAL Investments, LLC
zbancroft@bakerdonelson.com,achentnik@bakerdonelson.com,bkcts@bakerdonelson.com

Alan Barbee
abarbee@glassratner.com

Marc P Barmat on behalf of Plaintiff Nicole Testa Mehdipour
mbarmat@slp.law,mbarmat@slp.law;dwoodall@slp.law;pmouton@slp.law;mortman@slp.law

Marc P Barmat on behalf of Trustee Nicole Testa Mehdipour
mbarmat@slp.law,mbarmat@slp.law;dwoodall@slp.law;pmouton@slp.law;mortman@slp.law

Gary A Barnes on behalf of Creditor BAL Investments, LLC
gbarnes@bakerdonelson.com, mparris@bakerdonelson.com

Eyal Berger, Esq. on behalf of Creditor Milco Atwater, LLC
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Edward Brown
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor John Wittig
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq. on behalf of Creditor Philip T. Gori
eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Oliver M Birman on behalf of Creditor Lillian Roberts
obirman@pbyalaw.com, eserviceftl@pbyalaw.com

Charles Wade Bowden on behalf of Interested Party JPMorgan Chase Bank, N.A.
bowdenw@gtlaw.com, charles-bowden-2484@ecf.pacerpro.com,Tina.Chalkley@gtlaw.com

Jerrell A Breslin on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
jb@jsjb.law, eservice@jsjb.law

Jerrell A Breslin on behalf of Creditor FVP Opportunity Fund III, LP
jb@jsjb.law, eservice@jsjb.law
Jerrell A Breslin on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
jb@jsjb.law, eservice@jsjb.law

Stephen C Breuer on behalf of Creditor David Amsel
stephen@breuer.law, genna@breuer.law,stephen@ecf.courtdrive.com,mia@breuer.law

Melissa A. Campbell on behalf of Creditor BAL Investments, LLC
mcampbell@bakerdonelson.com,achentnik@bakerdonelson.com;kwilliams@bakerdonelson.com;
bkcts@bakerdonelson.com

Rilyn A Carnahan, Esq. on behalf of Interested Party Michael R Bakst
rcarnahan@lippes.com,efileu1089@gmlaw.com;efileu2170@gmlaw.com;efileu1094@gmlaw.co
m;melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3186@gmlaw.com;rilyn_carnahan@
yahoo.com;rcarnahan@lippes.com;mbird@lippes.com;rcarnahanECF@l

Stanley Quinn Casey, II on behalf of Defendant Spin Capital LLC a/k/a Spin Capital
scasey@sqcaseylaw.com

Marko F Cerenko on behalf of Defendant ALPINE BUSINESS CAPITAL LLC
mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com

Marko F Cerenko on behalf of Defendant VERTEX FUNDING LLC
mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com

Marko F Cerenko on behalf of Defendant BARUCH JUNGREIS
mcerenko@klugerkaplan.com, cgarcia@klugerkaplan.com

Carmen Contreras-Martinez on behalf of Interested Party Spin Capital LLC a/k/a Spin Capital
carmen.contreras-martinez@saul.com,aida.mclaughlin@saul.com; litigationdocketing@saul.com

Nicolette Corso-Vilmos on behalf of Trustee Nicole Testa Mehdipour
nvilmos@bergersingerman.com,efile@bergersingerman.com;efile@ecf.courtdrive.com;fsellers@
bergersingerman.com;efile@ecf.courtdrive.com;bsimental@bergersingerman.com

Alan R Crane on behalf of Plaintiff Nicole Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;
glenda.gutstein@gray-robinson.com; sheree.hurayt@gray-robinson.com;
5353572420@filings.docketbird.com

Alan R Crane on behalf of Plaintiff Nicole Testa Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;
glenda.gutstein@gray-robinson.com; sheree.hurayt@gray-robinson.com;
5353572420@filings.docketbird.com

Alan R Crane on behalf of Trustee Nicole Testa Mehdipour
alan.crane@gray-robinson.com, yesenia.fernandezvivas@gray-robinson.com;
glenda.gutstein@gray-robinson.com; sheree.hurayt@gray-robinson.com;
5353572420@filings.docketbird.com

Jonathan T Crane on behalf of Plaintiff Nicole Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Jonathan T Crane on behalf of Plaintiff Nicole Testa Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Jonathan T Crane on behalf of Plaintiff Nicole Testa Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Jonathan T Crane on behalf of Trustee Nicole Testa Mehdipour
jonathan.crane@gray-robinson.com, yfernandez@furrcohen.com;jonathan.crane@gray-robinson.com;yesenia.fernandezvivas@gray-robinson.com;4053367420@filings.docketbird.com

Winston I Cuenant on behalf of Creditor Frederick Hall
winston@cuenantlaw.com,drabrams620@gmail.com;cn.ecf.mail@gmail.com;info@cuenantlaw.com;jessica.cuenant@gmail.com

Marcelo Diaz-Cortes on behalf of Interested Party Jeffrey Weintraub
md@lklsg.com, tms@lklsg.com

Mitchell Andrew Dinkin on behalf of Creditor Savannah Row Development Company, LLC
mdinkin@madlegal.net, lucyd@madlegal.net

John D Eaton on behalf of Creditor BAL Investments, LLC
jeaton@shawde-eaton.com, sduquesnay@shawde-eaton.com

C Craig Eller, Esq on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
celler@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

C Craig Eller, Esq on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
celler@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com

Jay L Farrow on behalf of Creditor 1001 Clint Moore, LLC
Jay.Farrow@counselorlawfirm.com

Jay L Farrow on behalf of Creditor MMS Ultimate Services, Inc.
Jay.Farrow@counselorlawfirm.com

Jay L Farrow on behalf of Creditor Moshe Farache
Jay.Farrow@counselorlawfirm.com

G Steven Fender on behalf of Creditor Graner Law Group, P.A.
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Defendant Graner Law Group, P.A.
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Defendant Thomas U Graner
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Interested Party Graner, Platzek & Allison, P.A.
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Interested Party Jennifer Graner
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

G Steven Fender on behalf of Interested Party Thomas U. Graner
steven@fenderbollingpaiva.com, simone@fenderbollingpaiva.com

Michael Foster on behalf of Plaintiff Nicole Testa Mehdipour
michael@youngfoster.com, karin@youngfoster.com

Michael Foster on behalf of Trustee Nicole Testa Mehdipour
michael@youngfoster.com, karin@youngfoster.com

Thomas Joseph Francella, Jr on behalf of Defendant Oetker Hotel Management Company GMBH
TFrancella@raineslaw.com, thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Thomas Joseph Francella, Jr on behalf of Defendant SARL Eden Rock
TFrancella@raineslaw.com, thomas-francella-jr-0613@ecf.pacerpro.com;sshidner@raineslaw.com

Charles P Gourlis on behalf of Defendant Hi Bar Capital, LLC
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Abraham Grunhut
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Isaac Weiss
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Charles P Gourlis on behalf of Defendant Yisroel Herbst
cgourlis@letolawfirm.com,kzelaya@letolawfirm.com;LLFpleadings@ecf.courtdrive.com

Karen Ann Green on behalf of Creditor Ally Bank
ANHSOrlans@InfoEx.com

Robert Charles Harris on behalf of Creditor TVT Direct Funding LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Kinetic Direct Funding, LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Libertas Funding LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Noble Financial Corp.
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant TVT Direct Funding LLC
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Craig Paul
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant David Waill
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Gary Katcher
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Jessica Petrovic
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Matthew Cohen
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Michael Thompson
rharris@bcrhllp.com

Robert Charles Harris on behalf of Defendant Randy Saluck
rharris@bcrhllp.com

Travis A Harvey on behalf of Creditor BAL Investments, LLC
tharvey@butler.legal

Rachel Iacangelo on behalf of Defendant United States of America
rachel.e.iacangelo@usdoj.gov, southern.taxcivil@usdoj.gov

Dana L Kaplan on behalf of Creditor Graves Directional Drilling Inc. a/k/a Graves Directional Inc.
dana@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Road Rich, LLC d/b/a Road Rich Motors
dana@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Dana L Kaplan on behalf of Creditor Steven Graves
dana@kelleylawoffice.com,bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Amanda Klopp on behalf of Creditor Milco Atwater, LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Creditor Millco Atwater, LLC
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Amanda Klopp on behalf of Creditor Edward Brown
amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com

Philip J Landau on behalf of Creditor Michael Halperin
plandau@landau.law,plandau@ecf.courtdrive.com;dlocascio@landau.law;dlocascio@ecf.courtdrive.com

Dennis J LeVine, Esq on behalf of Interested Party JPMorgan Chase Bank, N.A.
Theresa.Byington@brockandscott.com, wbecf@brockandscott.com

Thomas R. Lehman, Esq. on behalf of Creditor Savannah Row Development Company, LLC
trl@lklsg.com, ame@lklsg.com

Thomas R. Lehman, Esq. on behalf of Creditor Howard Castleman
trl@lklsg.com, ame@lklsg.com

Thomas R. Lehman, Esq. on behalf of Interested Party Jeffrey Weintraub
trl@lklsg.com, ame@lklsg.com

Michael D Lessne on behalf of Creditor Moshe Farache
mlessne@lessnehoffman.law, mlessne@ecf.courtdrive.com;lnegron@lessnehoffman.law

Matthew P. Leto on behalf of Defendant Hi Bar Capital, LLC
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Abraham Grunhut
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Isaac Weiss
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Mordechai Dov Ber Herbst aka Mordi Herbst
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Matthew P. Leto on behalf of Defendant Yisroel Herbst
mleto@letolawfirm.com, kzelaya@letolawfirm.com,LLFpleadings@ecf.courtdrive.com

Mark A Levy, Esq on behalf of Creditor Chad Zakin
mark.levy@brinkleymorgan.com,sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Brett D Lieberman on behalf of Interested Party Bradley Skorepa
brett@elrolaw.com,eservice@elrolaw.com;tisha@elbizlaw.com;virginia@elbizlaw.com;denissis@elbizlaw.com

James Randolph Liebler on behalf of Creditor Westlake Flooring Company, LLC
jrlii@lgplaw.com, mkv@lgplaw.com;de@lgplaw.com

James Randolph Liebler on behalf of Creditor Westlake Services, LLC
jrlii@lgplaw.com, mkv@lgplaw.com;de@lgplaw.com

Nathan G Mancuso on behalf of Creditor Excell Auto Sport and Service, Inc.
ngm@mancuso-law.com

David B Marks on behalf of Creditor Millco Atwater, LLC
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Edward Brown
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor John Wittig
brett.marks@akerman.com, charlene.cerda@akerman.com

David B Marks on behalf of Creditor Philip T. Gori
brett.marks@akerman.com, charlene.cerda@akerman.com

Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Nicole Testa Mehdipour on behalf of Plaintiff Nicole Mehdipour
nicolem@ntmlawfirm.com,cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Plaintiff Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
nicolem@ntmlawfirm.com,cm_ecf_service@ntmlawfirm.com;atty_mehdipour@bluestylus.com;cmecfservice@gmail.com;mehdipournr85783@notify.bestcase.com

Nicole Testa Mehdipour on behalf of Trustee Nicole Testa Mehdipour
Trustee@ntmlawfirm.com,TRUSTEE_CMECF_Service@ntmlawfirm.com;FL80@ecfcbis.com;ntm@trustesolutions.net;BCasey@ntmlawfirm.com

Lance Bergmann Melamud on behalf of Interested Party TD Bank, N.A.
LMelamud@grsm.com, aruff@grsm.com

James B Miller on behalf of Creditor 1001 Clint Moore, LLC
bkcmiami@gmail.com

James B Miller on behalf of Creditor Auto Wholesale of Boca, LLC
bkcmiami@gmail.com

James B Miller on behalf of Defendant Holand Automotive USA, Inc.
bkcmiami@gmail.com

Ari Newman, Esq. on behalf of Interested Party JPMorgan Chase Bank, N.A.
newmanar@gtlaw.com,Melissa.DeLaTorre@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Leslie S. Osborne, Esq. on behalf of Defendant Green Bucket Investments, Corp.
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Parkinson Holdings, LTD
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Parkinson LLC
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Parkinson Super Party LTD AFT Superannuation Fund
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Aaron Parkinson
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Craig Parkinson
office@rorlawfirm.com, 4275819420@filings.docketbird.com

Leslie S. Osborne, Esq. on behalf of Defendant Jason Carros
office@rorlawfirm.com, 4275819420@filings.docketbird.com

John E Page on behalf of Creditor Edvard Dessalines
jpage@slp.law,dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law

John E Page on behalf of Creditor Johnie Floyd Weems, III
jpage@slp.law,dwoodall@slp.law;pmouton@slp.law;pmouton@ecf.courtdrive.com;jpage@ecf.courtdrive.com;mortman@slp.law

Eric S Pendergraft on behalf of Creditor Edvard Dessalines
ependergraft@slp.law,dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Eric S Pendergraft on behalf of Creditor Johnie Floyd Weems, III
ependergraft@slp.law,dwoodall@slp.law;mortman@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law

Hampton Peterson, Esq on behalf of Creditor Palm Beach County Tax Collector
legalservices@PBCTax.com

Lauren G Raines on behalf of Defendant AJ Advance, Inc.
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Amal Capital Corp.
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant DC Fund LLC d/b/a Diverse Capital
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Diverse Capital, LLC
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Eeshan Capital, Corp.
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant True Business Funding, LLC
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Ariel Peretz
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Jonathan Allayev
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Jonathan Jacobs
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Lauren Stateman
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Naftoli Leser
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Lauren G Raines on behalf of Defendant Ronen Abramovitch
lraines@bradley.com, jbrandt@bradley.com;lauren-raines-3944@ecf.pacerpro.com

Jordan L Rappaport, Esq on behalf of Creditor Andrew Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Applegate
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Creditor Richard Greenberg
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Green Bucket Investments, Corp.
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Parkinson Holdings, LTD
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Parkinson LLC
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Parkinson Super Party LTD AFT Superannuation Fund
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Defendant Aaron Parkinson
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Columbus Day Finance, LLC
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Aaron Parkinson
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Frederick Middleton
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Stefano Riga
office@rorlawfirm.com, 1678370420@filings.docketbird.com

Jordan L Rappaport, Esq on behalf of Interested Party Tarek Aboualazzm
office@rorlawfirm.com, 1678370420@filings.docketbird.com

David A Ray on behalf of Trustee Nicole Testa Mehdipour
dray@draypa.com, simone.draypa@gmail.com,cm_ecf_service@ntmlawfirm.com

Patricia A Redmond on behalf of Mediator Patricia Redmond
predmond@stearnsweaver.com,jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com;dhalperin@stearnsweaver.com;lcruz@stearnsweaver.com

Ivan J Reich, Esq on behalf of Creditor DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com,etorres@nasonyeager.com;jheredia@nasonyeager.com;llavander@nasonyeager.com

Ivan J Reich, Esq on behalf of Creditor Kenneth J. Goodman as Trustee of the DCG 2008 Irrevocable Wealth Trust
ireich@nasonyeager.com,etorres@nasonyeager.com;jheredia@nasonyeager.com;llavander@nasonyeager.com

Ivan J Reich, Esq on behalf of Defendant Kenneth Goodman, as Trustee
ireich@nasonyeager.com,etorres@nasonyeager.com;jheredia@nasonyeager.com;llavander@nasonyeager.com

Ricardo A Reyes on behalf of Defendant Marina One, Inc.
rar@tobinreyes.com,rreid@tobinreyes.com;eservice@tobinreyes.com;mhorton@tobinreyes.com

Jason S Rigoli, Esq. on behalf of Plaintiff Nicole Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Jason S Rigoli, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Jason S Rigoli, Esq. on behalf of Plaintiff Nicole Testa Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Jason S Rigoli, Esq. on behalf of Trustee Nicole Testa Mehdipour
Jason.Rigoli@gray-robinson.com, Yesenia.FernandezVivas@gray-robinson.com;Sheree.Hurayt@gray-robinson.com;Glenda.Gutstein@gray-robinson.com

Harry J Ross, Esq on behalf of Interested Party Alexey Alekseyevich Gorodova
hross@hjrlaw.com, paralegal@hjrlaw.com

Harry J Ross, Esq on behalf of Interested Party Svetlana Petrovna Gorodova
hross@hjrlaw.com, paralegal@hjrlaw.com

Luis Salazar, Esq. on behalf of Interested Party AJA Realty Enterprises, Inc.
lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com;EVazquez@coleschotz.com

Luis Salazar, Esq. on behalf of Interested Party Shrayber Land, Inc,
lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;JCeide@coleschotz.com;Aleesin@coleschotz.com;DFernandez@coleschotz.com;EVazquez@coleschotz.com

Theodore Sandler on behalf of Creditor Franklin Capital Funding, LLC
tsandler@sandlerlawpa.com

Theodore Sandler on behalf of Defendant Franklin Capital Funding, LLC
tsandler@sandlerlawpa.com

Theodore Sandler on behalf of Defendant Franklin Capital Group, LLC, dba Wing Lake Capital
tsandler@sandlerlawpa.com

Jeffrey J Saunders on behalf of Creditor United Community Bank d/b/a Seaside Bank and Trust
JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com

Jeffrey J Saunders on behalf of Witness Crary Buchanan P.A.
JJS@crarybuchanan.com, rciarsolo@crarybuchanan.com;r65589@notify.bestcase.com

John D. Segaul on behalf of Creditor Tim Olesijuk
john@segaul.com, melissa@segaul.com;segaullawfirmpa@jubileebk.net

Zach B Shelomith on behalf of Creditor Woodside Credit, LLC
zbs@shelomith.law,info@shelomith.law;alt@shelomith.law;agp@shelomith.law;drp@shelomith.law;mpc@shelomith.law;Shelomith.ZachB.B105131@notify.bestcase.com;zshelomith@ecf.inforuptcy.com

Avi C. Shoham on behalf of Interested Party Joshua Lubin
avi@egozilaw.com

Eric J Silver on behalf of Creditor BENIDT INVESTMENTS/SLINGER, LLC
esilver@stearnsweaver.com,jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mfernandez@stearnsweaver.com

David R Softness on behalf of Creditor FVP Investments, LLC, a Delaware limited liability company
david@softnesslaw.com

David R Softness on behalf of Creditor FVP Opportunity Fund III, LP
david@softnesslaw.com

David R Softness on behalf of Creditor FVP Servicing, LLC a Delaware limited liability company
david@softnesslaw.com

Christian Somodevilla on behalf of Creditor Woodside Credit, LLC
Christian.Somodevilla@usdoj.gov,shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

James B Sowka on behalf of Creditor Karma Automotive, LLC
jsowka@seyfarth.com,
ctholen@seyfarth.com;bankruptcydocket@seyfarth.com;3913483420@filings.docketbird.com

Peter D. Spindel on behalf of Creditor Tulocay Farm, Inc.
peterspindel@gmail.com, peterspindelcmecf@gmail.com

Mark E Steiner on behalf of Creditor Westlake Flooring Company, LLC
MES@lgplaw.com, pm@lgplaw.com

Mark E Steiner on behalf of Creditor Westlake Services, LLC
MES@lgplaw.com, pm@lgplaw.com

Gavin N Stewart on behalf of Creditor Ally Bank
bk@stewartlegalgroup.com

Toni Townsend on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION
toni.townsend@mccalla.com, mccallaecf@ecf.courtdrive.com

Steven D Weber on behalf of Defendant 24 Capital LLC
steve@weberlawpa.com, service@weberlawpa.com

Steven D Weber on behalf of Defendant Funders App LLC
steve@weberlawpa.com, service@weberlawpa.com

Steven D Weber on behalf of Defendant Mark Allayev
steve@weberlawpa.com, service@weberlawpa.com

Steven D Weber on behalf of Defendant Paul Vega
steve@weberlawpa.com, service@weberlawpa.com

Paul E Wilson on behalf of Creditor Daimler Trust
pwilson@paulwilsonesq.com

Paul E Wilson on behalf of Creditor Mercedes Benz Financial Services USA, LLC.
pwilson@paulwilsonesq.com

Thomas G Zeichman on behalf of Creditor Prestige Luxury Cars, LLC
tom@zeichmanlaw.com,g67999@notify.cincompass.com;zeichman.thomasb@notify.bestcase.com

I further certify that on November 24, 2026, I served a copy of the foregoing documents by E-Mail on Steven Meyer, Esq., steven@thefirm.legal.

Dated: November 24, 2026

GRAYROBINSON, P.A.
*Attorney for the Trustee*
2255 Glades Road, Suite 301E
Boca Raton, FL 33431
Telephone: 561-368-3808
Facsimile: 561-368-4008

By: */s/ Jason S. Rigoli*
JASON S. RIGOLI, ESQ.
Florida Bar No. 91990
jason.rigoli@gray-robinson.com